DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| Debtors.[1] | **Jointly Administered** |

## NOTICE OF SCHEDULED OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that, in accordance with this Court's *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 61] (the "**Case Management Procedures**"), the United States Bankruptcy Court for the Southern District of New York (the "**Court**") has scheduled an omnibus hearing for **10:00 a.m.[2] on October 16, 2025**, to consider matters in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the above-captioned debtors will file an agenda listing the matters to be set for the hearing in accordance with the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted via Zoom for Government. Parties wishing to appear at or attend the hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by **4:00 p.m. on October 15, 2025**. Instructions and additional information about the Court's remote attendance procedures can be found at https://www.nysb.uscourts.gov/ecourt-appearances. Once an appearance is properly submitted, the Court will circulate by email the Zoom link to the hearing to those parties who have made an electronic appearance prior to the hearing.

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] All times herein are expressed in prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued or adjourned from time to time by an announcement of the adjourned date or dates at the hearing or a later hearing or by filing a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of documents filed publicly in these chapter 11 cases are available free of charge at https://dm.epiq11.com/SpiritAirlines.

Dated:   September 10, 2025
         New York, New York

DAVIS POLK & WARDWELL LLP

By:  */s/ Darren S. Klein*

450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Proposed Counsel to the Debtors and Debtors in Possession*