DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| Debtors.[1] | **Jointly Administered** |

**NOTICE OF ADJOURNMENT OF HEARING**
**ON THE MOTION TO SEAL AND AERCAP MOTION**

**PLEASE TAKE NOTICE** that, on August 29, 2025 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") commenced cases by filing petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Hearing**") before the Honorable Sean H. Lane, United States Bankruptcy Judge, to consider the relief requested in the *Motion of the Debtors for Entry of an Order Authorizing the Debtors to Redact Commercially Sensitive Information* [ECF No. 134] (the "**Motion to Seal**") and *Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief* [ECF No. 135] (the "**AerCap Motion**," and together with the Motion to Seal, the "**Motions**") had been scheduled for 11:00 a.m.[2] on September 30, 2025.

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] All times herein are expressed in prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline with respect to the Sealing Motion and the AerCap Motion was at 10:00 a.m. on September 29, 2025, and has passed.[3]

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned and will now take place at **10:00 a.m. on October 10, 2025**.

**PLEASE TAKE FURTHER NOTICE THAT** that the Hearing will be conducted via Zoom for Government.  Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by **4:00 p.m. on October 9, 2025**.  Instructions and additional information about the Court's remote attendance procedures can be found at https://www.nysb.uscourts.gov/ecourt-appearances.  Once an appearance is properly submitted, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time by an announcement of the adjourned date or dates at the Hearing or a later hearing or by filing a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that all objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions and any other document filed publicly in the Chapter 11 Cases are available free of charge at https://dm.epiq11.com/SpiritAirlines.

Dated:   September 29, 2025
         New York, New York

DAVIS POLK & WARDWELL LLP

By:  */s/ Darren S. Klein*
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Proposed Counsel to the Debtors and Debtors in Possession*

---

[3] The Debtors, with the permission of the Court, have extended the deadlines with respect to the Official Committee of Unsecured Creditors.

2