| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | DEBEVOISE & PLIMPTON LLP |
| 450 Lexington Avenue | 66 Hudson Boulevard East |
| New York, New York 10017 | New York, New York 10001 |
| Tel.: (212) 450-4000 | Tel.: (212) 909-6000 |
| Marshall S. Huebner | Jasmine Ball |
| Darren S. Klein | Elie J. Worenklein |
| Christopher S. Robertson | |
| Joseph W. Brown | *Proposed Fleet Counsel to the Debtors and Debtors in Possession* |

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

## AMENDED[2] HEARING AGENDA FOR SEPTEMBER 30, 2025

Time and Date of Hearing:   September 30, 2025, at 11:00 a.m.[3]

Location of Hearing:   The hearing will be conducted via Zoom for Government. Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by 4:00 p.m. on the business day prior to the hearing.

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and https://dm.epiq11.com/SpiritAirlines (free of charge).

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] **Amended items appear in bold text.**

[3] All times herein are expressed in prevailing Eastern Time.

1. **INTERIM APPROVAL OF CASH MANAGEMENT MOTION**

   *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) the Debtors to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* [ECF No. 18]

   Objection Deadline: September 23, 2025, at 12:00 p.m.

   Responses Received: The Debtors received informal comments.

   Related Documents:

   A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

   B. Interim Order (I) Authorizing (A) the Debtors to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims [ECF No. 36]

   C. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) the Debtors to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims [ECF No. 155]**

   Status: This matter will go forward as scheduled.

2. **FINAL APPROVAL OF CRITICAL AIRLINE AGREEMENTS MOTION**

   *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Critical Airline Obligations, (II) Modifying the Automatic Stay, and (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 3]

   Objection Deadline: September 23, 2025, at 12:00 p.m.

   Responses Received: The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Interim Order (I) Authorizing the Debtors to Satisfy Critical Airline Obligations, (II) Modifying the Automatic Stay, and (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 49]

C. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Critical Airline Obligations, (II) Modifying the Automatic Stay, and (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 156]**

Status: This matter will go forward as scheduled.

3. **FINAL APPROVAL OF CUSTOMER PROGRAMS MOTION**

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Practices and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 4]

Objection Deadline: September 23, 2025, at 12:00 p.m.

Responses Received: The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Interim Order Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Practices and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 52]

C. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Practices and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 157]**

Status: This matter will go forward as scheduled.

4. **FINAL APPROVAL OF WAGES MOTION**

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former*

3

*Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 17]

Objection Deadline: September 23, 2025, at 12:00 p.m.

Responses Received: The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Interim Order Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 55]

C. **Supplemental Declaration of Fred Cromer in Support of the Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 151]**

D. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 158]**

Status: This matter will go forward as scheduled.

5. **FINAL APPROVAL OF CRITICAL VENDORS MOTION**

*Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(b)(9) Claimants, (II) Confirming Administrative Status of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief* [ECF No. 10]

Objection Deadline: September 23, 2025, at 12:00 p.m.

Responses Received: The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Interim Order (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(b)(9) Claimants, (II) Confirming Administrative Status of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief [ECF No. 56]

C. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(b)(9) Claimants, (II) Confirming Administrative Status of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief [ECF No. 159]**

Status: This matter will go forward as scheduled.

6. **FINAL APPROVAL OF TAX ATTRIBUTES MOTION**

*Motion of the Debtors for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for, and Approving Restrictions on, Certain Transfers of and Declarations of Worthlessness With Respect to Interests in and Certain Claims Against the Debtors' Estates, (II) Establishing Notification and Hearing Procedures for, and Approving Restrictions on, Certain Transfers of Claims Against the Debtors' Estates, and (III) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates* [ECF No. 15]

Objection Deadline: September 23, 2025, at 12:00 p.m.

Responses Received: The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Interim Order (I) Establishing Notification and Hearing Procedures for, and Approving Restrictions on, Certain Transfers of and Declarations of Worthlessness with Respect to Interests in and Certain Claims Against the Debtors' Estates [ECF No. 58]

C. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for, and Approving Restrictions on, Certain Transfers of and Declarations of Worthlessness With Respect to Interests in and Certain Claims Against the Debtors' Estates, (II) Establishing Notification and Hearing Procedures for, and**

5

**Approving Restrictions on, Certain Transfers of Claims Against the Debtors' Estates, and (III) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates [ECF No. 160]**

Status: This matter will go forward as scheduled.

7. **FINAL APPROVAL OF TAXES AND FEES MOITON**

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 12]

Objection Deadline: September 23, 2025, at 12:00 p.m.

Responses Received: The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Interim Order Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 59]

C. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 161]**

Status: This matter will go forward as scheduled.

8. **FINAL APPROVAL OF INSURANCE MOTION**

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Corporate Insurance Programs, and Honor All Obligations in Respect Thereof and (B) Enter into New Premium Financing Agreements and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 11]

Objection Deadline: September 23, 2025, at 12:00 p.m.

Responses Received: The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

    B. Interim Order Authorizing (I) the Debtors to (A) Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Corporate Insurance Programs, and Honor All Obligations in Respect Thereof and (B) Enter into New Premium Financing Agreements and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 57]

    C. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Corporate Insurance Programs, and Honor All Obligations in Respect Thereof and (B) Enter into New Premium Financing Agreements and (II) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 162]**

Status: This matter will go forward as scheduled.

**9.  FINAL APPROVAL OF RECLAMATION PROCEDURES MOTION**

*Motion of the Debtors Pursuant to Sections 105(a) and 546(c) of the Bankruptcy Code for Approval of Procedures for the Treatment of Reclamation Claims* [ECF No. 14]

Objection Deadline: September 23, 2025, at 12:00 p.m.

Responses Received: **The Debtors received informal comments.**

Related Documents:

    A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

    B. Interim Order Pursuant to Sections 105(a) and 546(c) of the Bankruptcy Code Approving Procedures for the Treatment of Reclamation Claims [ECF No. 83]

    C. **Certificate of No Objection Regarding Motion of the Debtors Pursuant to Sections 105(a) and 546(c) of the Bankruptcy Code for Approval of Procedures for the Treatment of Reclamation Claims [ECF No. 163]**

Status: This matter will go forward as scheduled.

**10.  FINAL APPROVAL OF UTILITIES MOTION**

*Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [ECF No. 9]

Objection Deadline: September 23, 2025, at 12:00 p.m.

7

Responses Received:

A. Objection of Florida Power & Light Company to the Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [ECF No. 130]

B. The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Interim Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [ECF No. 88]

C. Notice of Withdrawal of Objection of Florida Power & Light Company to the Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [ECF No. 146]

D. **Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [ECF No. 164]**

Status: This matter will go forward as scheduled.

11. **1110 PROCEDURES MOTION**

*Debtors' Motion for Entry of an Order (I) For Authority to (A) Enter into Agreements Under Section 1110(a) of the Bankruptcy Code, (B) Enter into Stipulations to Extend the Time to Comply with Section 1110 of the Bankruptcy Code, and (C) File Redacted Versions of such Agreements and Stipulations and (II) Approving Related Procedures* [ECF No. 78]

Objection Deadline: September 23, 2025, at 4:00 p.m.

Responses Received:

A. Ex-Parte Objection of Ameer Flippin of Harlem Park Partners, Inc. to Debtors' Motion for Entry of an Order (I) For Authority to (A) Enter into Agreements Under Section 1110(a) of the Bankruptcy Code, (B) Enter into Stipulations to Extend the Time to

Comply with Section 1110 of the Bankruptcy Code, and (C) File Redacted Versions of such Agreements and Stipulations and (II) Approving Related Procedures [ECF No. 82]

B. The Debtors received informal comments.

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Notice of Withdrawal of Objection of Ameer Flippin of Harlem Park Partners, Inc. to Debtors' Motion for Entry of an Order (I) For Authority to (A) Enter into Agreements Under Section 1110(a) of the Bankruptcy Code, (B) Enter into Stipulations to Extend the Time to Comply with Section 1110 of the Bankruptcy Code, and (C) File Redacted Versions of such Agreements and Stipulations and (II) Approving Related Procedures [ECF No. 95]

C. **Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order (I) For Authority to (A) Enter into Agreements Under Section 1110(a) of the Bankruptcy Code, (B) Enter into Stipulations to Extend the Time to Comply with Section 1110 of the Bankruptcy Code, and (C) File Redacted Versions of such Agreements and Stipulations and (II) Approving Related Procedures [ECF No. 178]**

Status: This matter will go forward as scheduled.

12. **ORDINARY COURSE PROFESSIONALS PROCEDURES MOTION**

*Motion of the Debtors for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [ECF No. 115]

Objection Deadline: September 23, 2025, at 4:00 p.m.

Responses Received: The Debtors received informal comments.

Related Documents:

A. **Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [ECF No. 165]**

Status: This matter will go forward as scheduled.

9

**13.    REJECTION MOTION**

*Omnibus Motion for an Order (I) Approving the Rejection of (A) Certain Airport Use and Lease Agreements and (B) Related Executory Contracts, (II) Approving the Abandonment of Certain Excess Property and (III) Granting Related Relief* [ECF No. 114]

Objection Deadline: September 23, 2025, at 4:00 p.m.

Responses Received: None

Related Documents:

A.  Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B.  Certificate of No Objection Regarding Motion for an Order (I) Approving the Rejection of (A) Certain Airport Use and Lease Agreements and (B) Related Executory Contracts, (II) Approving the Abandonment of Certain Excess Property and (III) Granting Related Relief [ECF No. 149]

Status: On September 25, 2025, the Debtors filed a certificate of no objection with respect to this motion. Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.

**14.    AERCAP SEALING MOTION**

*Motion of the Debtors for Entry of an Order Authorizing the Debtors to Redact Commercially Sensitive Information* [ECF No. 134]

Objection Deadline: September 29, 2025, at 10:00 a.m.

Responses Received:

**A.  Objection of the United States Trustee to the Debtors Motion for Entry of an Order Authorizing the Debtors to Redact Commercially Sensitive Information [ECF No. 169]**

Related Documents:

A.  Declaration of Fred Cromer in Support of (A) the Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief and (B) the Related Sealing Motion [ECF No. 137]

B.  Order Shortening Notice with Respect to the Debtors' AerCap Motion and Related Sealing Motion [ECF No. 139]

10

C. **Notice of Adjournment of Hearing On The Motion To Seal And AerCap Motion [ECF No. 182]**

Status: **This matter has been adjourned to 10:00 a.m. on October 10, 2025.**

15. **AERCAP MOTION**

*Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief* [ECF No. 135]

Objection Deadline: September 29, 2025, at 10:00 a.m.

Responses Received:

A. **Objection of the United States Trustee to the Debtors Motion for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief [ECF No. 169]**

Related Documents:

A. Declaration of Fred Cromer in Support of (A) the Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief and (B) the Related Sealing Motion [ECF No. 137]

B. Order Shortening Notice with Respect to the Debtors' AerCap Motion and Related Sealing Motion [ECF No. 139]

C. **Notice of Adjournment of Hearing On The Motion To Seal And AerCap Motion [ECF No. 182]**

Status: **This matter has been adjourned to 10:00 a.m. on October 10, 2025.**

16. **INTERIM APPROVAL OF ADEQUATE PROTECTION MOTION**

*Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief* [ECF No. 79]

Objection Deadline: September 29, 2025, at 10:00 a.m.

Responses Received:

A. **Limited Objection of the United States Trustee to the Debtors' Motion for Entry of Second Interim and Final Orders Authorizing the Debtors to Use Cash Encumbered Accounts [ECF No. 167]**

Related Documents:

A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 19]

B. Declaration of Fred Cromer in Support of the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief [ECF No. 79, Ex. A]

C. Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief [ECF No. 89]

D. Supplemental Motion of the Debtors for Entry of Second Interim and Final Orders (I) Authorizing the Debtors to Use Cash in Encumbered Accounts, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion and the Supplemental Motion, and (V) Granting Related Relief [ECF No. 141]

E. Declaration of Scott Farnsworth in Support of the Supplemental Motion of the Debtors for Entry of Second Interim and Final Orders (I) Authorizing the Debtors to Use Cash in Encumbered Accounts, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion and Supplemental Motion, and (V) Granting Related Relief [ECF No. 142]

F. **Notice of Revised Proposed Second Interim Order (I) Authorizing the Debtors to use Cash in Encumbered Accounts, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling Further Hearing on the Motion and the Supplemental Motion, and (V) Granting Related Relief [ECF No. 173]**

G. **Debtors' Reply in Opposition to the United States Trustee's Limited Objection to Debtors' Supplemental Motion for Entry of Second Interim and Final Orders (I) Authorizing the Debtors to use Cash in Encumbered Accounts, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling Further Hearing on the Motion and the Supplemental Motion, and (V) Granting Related Relief [ECF No. 181]**

Status: This matter will go forward as scheduled.

[*Remainder of page intentionally left blank*]

Dated: September 29, 2025
      New York, New York

| DEBEVOISE & PLIMPTON LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| 66 Hudson Boulevard East | |
| New York, New York 10001 | By:   */s/ Darren S. Klein* |
| Tel.: (212) 909-6000 | 450 Lexington Avenue |
| Jasmine Ball | New York, NY 10017 |
| Elie J. Worenklein | Tel.: (212) 450-4000 |
| | Marshall S. Huebner |
| *Proposed Fleet Counsel to the* | Darren S. Klein |
| *Debtors and Debtors in Possession* | Christopher S. Robertson |
| | Joseph W. Brown |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |