DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Proposed Counsel to the Debtors and Debtors
in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SPIRIT AVIATION HOLDINGS, INC.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 25-11897 (SHL)**<br><br>**Jointly Administered** |

## AGENDA FOR OCTOBER 10, 2025 HEARING

| | |
|---|---|
| Time and Date of Hearing: | October 10, 2025, at 10:00 a.m. (prevailing Eastern Time)[2] |
| Location of Hearing: | The hearing will be conducted via Zoom for Government. Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by 4:00 p.m. on the business day prior to the hearing. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and https://dm.epiq11.com/SpiritAirlines (free of charge). |

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] All times herein are expressed in prevailing Eastern Time.

1. **DIP MOTION**

*Motion of Debtors for Entry of (I) Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (A) Authorizing the Debtors to Obtain Post-Petition Financing; (B) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing on the Motion; and (F) Granting Related Relief; and (II) Third Interim Order (A) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (B) Granting Adequate Protection; (C) Modifying the Automatic Stay; (D) Scheduling a Final Hearing on the Motion; and (E) Granting Relief* [ECF No. 194]

Objection Deadline: October 8, 2025 at 11:59 p.m.

Responses Received: [TBD]

Reply Deadline: October 9, 2025 at 11:59 p.m.

Replies Received: [TBD]

Related Documents:

A. Declaration of Brent Herlihy in Support of Motion of Debtors for Entry of (I) Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (A) Authorizing the Debtors to Obtain Post-Petition Financing; (B) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing on the Motion; and (F) Granting Related Relief; and (II) Third Interim Order (A) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (B) Granting Adequate Protection; (C) Modifying the Automatic Stay; (D) Scheduling a Final Hearing on the Motion; and (E) Granting Relief [ECF No. 194, Ex. A]

B. Supplement to the Motion of Debtors for Entry of (I) Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (A) Authorizing the Debtors to Obtain Postpetition Financing; (B) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing on the Motion; and (F) Granting Related Relief; and (II) Third Interim Order (A) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (B) Granting Adequate Protection; (C) Modifying the Automatic Stay; (D) Scheduling a Final Hearing on the Motion; and (E) Granting Related Relief [ECF No. 211]

C. Notice of Filing of (I) Notice and Subscription Form to Eligible Holders and (II) Tender Procedures [ECF No. 226]

   Status: This matter will go forward as scheduled.

2.  **MOTION TO FILE AERCAP MOTION UNDER SEAL**

*Motion of the Debtors for Entry of an Order Authorizing the Debtors to Redact Commercially Sensitive Information* [ECF No. 134]

Objection Deadline: September 29, 2025 at 10:00 a.m.

Responses Received:

A.  Objection of the United States Trustee to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Commercially Sensitive Information [ECF No. 169]

    a.  The Debtors understand that this objection has been resolved with the United States Trustee.

Related Documents:

B.  Declaration of Fred Cromer in Support of (A) the Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief and (B) the Related Sealing Motion [ECF No. 137]

C.  Order Shortening Notice with Respect to the Debtors' AerCap Motion and Related Sealing Motion [ECF No. 139]

D.  Notice of Adjournment of Hearing on The Motion to Seal and AerCap Motion [ECF No. 182]

E.  Declaration of Fred Cromer in Support of (A) the Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief and (B) the Related Sealing Motion [ECF No. 185]

F.  Supplemental Declaration of Fred Cromer in Support of (A) the Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief and (B) the Related Sealing Motion [ECF No. 192]

    Status: This matter will go forward as scheduled.

3. **AERCAP MOTION**

*Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief* [ECF No. 135]

Objection Deadline: September 29, 2025 at 10:00 a.m.

Responses Received:

A. Objection of the United States Trustee to the Debtors' Motion for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief [ECF No. 169]

   a. The Debtors understand that this objection has been resolved with the United States Trustee.

Related Documents:

B. Declaration of Fred Cromer in Support of (A) the Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief and (B) the Related Sealing Motion [ECF No. 137]

C. Order Shortening Notice with Respect to the Debtors' AerCap Motion and Related Sealing Motion [ECF No. 139]

D. Notice of Adjournment of Hearing on the Motion to Seal and AerCap Motion [ECF No. 182]

E. Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief [ECF No. 184]

F. Declaration of Fred Cromer in Support of (A) the Motion of the Debtors for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief and (B) the Related Sealing Motion [ECF No. 185]

G.  Notice of Revised Proposed Order (I) Approving the Global Restructuring Term
Sheet with AerCap Ireland Limited, (II) Authorizing and Approving Assumption and
Rejection of Certain Aircraft Agreements, (III) Authorizing and Approving Entry into
the New Lease Agreements and Definitive Documents, and (IV) Granting Related
Relief [ECF No. 186]

H.  Supplemental Declaration of Fred Cromer in Support of (A) the Motion of the Debtors
for Entry of an Order (I) Approving the Global Restructuring Term Sheet with AerCap
Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain
Aircraft Agreements, (III) Authorizing Entry into the New Lease Agreements and
Definitive Documents, and (IV) Granting Related Relief and (B) the Related Sealing
Motion [ECF No. 192]

Status: This matter will go forward as scheduled.

[*Remainder of page intentionally left blank*]

Dated:    October 8, 2025
          New York, New York

DAVIS POLK & WARDWELL LLP

By:  _/s/ Darren S. Klein_____
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Proposed Counsel to the Debtors and Debtors in Possession*