DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

## NOTICE OF EXTENSION OF DEADLINE PURSUANT TO ORDER EXTENDING THE TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

**PLEASE TAKE NOTICE** that pursuant to paragraph 2 of the *Order Extending the Time to File Schedules and Statements of Financial Affairs* [ECF No. 42] (the "**Order**")[2], the date by which the Debtors must file their Schedules and SOFAs may be extended by written agreement between the Debtors and the U.S. Trustee (which written agreement may be by email) and upon notice filed on the docket of the Chapter 11 Cases and served on the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2 of the Order, and as agreed between the Debtors and the U.S. Trustee, the time in which the Debtors must file their Schedules and SOFAs is hereby extended to November 4, 2025, without prejudice to the Debtors' right to seek further extensions.

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Order.

Dated:    October 9, 2025
        New York, New York

                      DAVIS POLK & WARDWELL LLP

                      By:    */s/ Darren S. Klein*
                      450 Lexington Avenue
                      New York, NY 10017
                      Tel.: (212) 450-4000
                      Marshall S. Huebner
                      Darren S. Klein
                      Christopher S. Robertson
                      Joseph W. Brown

                      *Proposed Counsel to the Debtors and Debtors in Possession*