| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | DEBEVOISE & PLIMPTON LLP |
| 450 Lexington Avenue | 66 Hudson Boulevard East |
| New York, New York 10017 | New York, New York 10001 |
| Tel.: (212) 450-4000 | Tel.: (212) 909-6000 |
| Marshall S. Huebner | Jasmine Ball |
| Darren S. Klein | Elie J. Worenklein |
| Christopher S. Robertson | |
| Joseph W. Brown | *Proposed Fleet Counsel to the Debtors and Debtors in Possession* |
| *Proposed Counsel to the Debtors and Debtors in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SPIRIT AVIATION HOLDINGS, INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11897 (SHL)<br><br>Jointly Administered |

## AMENDED[2] AGENDA FOR OCTOBER 29, 2025, HEARING

Time and Date of Hearing:   October 29, 2025, at 11:00 a.m. (prevailing Eastern Time)[3]

Location of Hearing:   The hearing will be conducted via Zoom for Government. Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by 4:00 p.m. on the business day prior to the hearing.

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and https://dm.epiq11.com/SpiritAirlines (free of charge).

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] **Amended items appear in bold text.**

[3] All times herein are expressed in prevailing Eastern Time.

**I.   Uncontested Matters**

1. **ASSUMPTION AND REJECTION PROCEDURES MOTION.** Motion of Debtors for Entry of an Order (I) Approving Procedures to Assume, Assume and Assign, or Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [ECF No. 273]

   Objection Deadline:  October 22, 2025, at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A. Certificate of No Objection Regarding Motion of Debtors for Entry of an Order (I) Approving Procedures to Assume, Assume and Assign, or Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [ECF No. 311]

   Status:  On October 23, 2025, the Debtors filed a certificate of no objection with respect to this motion.  Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.

2. **OMNIBUS AIRPORT AGREEMENTS REJECTION MOTION.** Omnibus Motion for an Order (I) Approving the Rejection of Certain Airport Agreements, (II) Approving the Abandonment of Certain Excess Property and (III) Granting Related Relief [ECF No. 274]

   Objection Deadline:  October 22, 2025, at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A. Certificate of No Objection Regarding Omnibus Motion for an Order (I) Approving the Rejection of Certain Airport Agreements, (II) Approving the Abandonment of Certain Excess Property and (III) Granting Related Relief [ECF No. 312]

   Status:  On October 23, 2025, the Debtors filed a certificate of no objection with respect to this motion.  Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.

3. **FIRST OMNIBUS EQUIPMENT LEASE REJECTION MOTION WITH RESPECT TO CERTAIN EQUIPMENT.** Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code [ECF No. 204]

   Objection Deadline: October 9, 2025, at 4:00 p.m.

   Responses Received:  None.

    Related Documents:

    A. Declaration of Fred Cromer in Support of Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code [ECF No. 205]

    B. Certificate of No Objection Regarding Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code [ECF No. 260]

    C. Notice of Adjournment of Hearing to Consider Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code Solely with Respect to the Equipment Set Forth on Exhibit A Hereto [ECF No. 275]

    D. Order Granting Debtors' First Omnibus Motion to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code [ECF No. 301]

    E. **Notice of Withdrawal of the Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code with Respect to the Equipment Set Forth on Exhibit A Hereto [ECF No. 374]**

    **Status:  On October 28, 2025, the Debtors withdrew this motion with respect to the balance of the pending relief requested therein.**

4. **INTERIM COMPENSATION PROCEDURES MOTION.**  Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [ECF No. 201]

    Objection Deadline:  October 9, 2025, at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A. Notice of Adjournment of Hearing on Retention Matters [ECF No. 264]

    B. Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [ECF No. 314]

    Status:  On October 23, 2025, the Debtors filed a certificate of no objection with respect to this motion.  Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.

5. **ERNST & YOUNG LLP RETENTION APPLICATION.** Application of the Debtors for Entry of an Order Authorizing the Debtors to Employ and Retain Ernst & Young LLP as Audit and Tax Services Provider *Nunc Pro Tunc* to the Petition Date [ECF No. 199]

   Objection Deadline: October 9, 2025, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Hearing on Retention Matters [ECF No. 264]

   B. Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Authorizing the Debtors to Employ and Retain Ernst & Young LLP as Audit and Tax Services Provider *Nunc Pro Tunc* to the Petition Date [ECF No. 313]

   Status: On October 23, 2025, the Debtors filed a certificate of no objection with respect to this pleading. Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.

6. **DEBEVOISE & PLIMPTON LLP RETENTION APPLICATION.** Application of the Debtors for Authority to Employ and Retain Debevoise & Plimpton LLP as Fleet Counsel *Nunc Pro Tunc* to the Petition Date [ECF No. 206]

   Objection Deadline: October 9, 2025, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Hearing on Retention Matters [ECF No. 264]

   B. Certificate of No Objection Regarding Application of the Debtors for Authority to Employ and Retain Debevoise & Plimpton LLP as Fleet Counsel *Nunc Pro Tunc* to the Petition Date [ECF No. 317]

   Status: On October 24, 2025, the Debtors filed a certificate of no objection with respect to this pleading. Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.

7. **DAVIS POLK & WARDWELL LLP RETENTION APPLICATION.** Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Davis Polk & Wardwell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [ECF No. 196]

   Objection Deadline: October 9, 2025, at 4:00 p.m.

   Responses Received: The Debtors received informal comments.

Related Documents:

A. Notice of Adjournment of Hearing on Retention Matters [ECF No. 264]

B. **Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Davis Polk & Wardwell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [ECF No. 365]**

C. **First Supplemental Declaration of Marshall S. Huebner in Support of the Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Davis Polk & Wardwell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [ECF No. 375]**

Status: This matter is going forward on an uncontested basis.

8. **PJT PARTNERS LP RETENTION APPLICATION.** Application of the Debtors for an Order (I) Authorizing the Employment and Retention of PJT Partners LP as Investment Banker Effective *Nunc Pro Tunc* to the Petition Date; and (II) Granting Related Relief [ECF No. 197]

    Objection Deadline: October 9, 2025, at 4:00 p.m.

    Responses Received: The Debtors **resolved** informal comments.

    Related Documents:

    A. Notice of Adjournment of Hearing on Retention Matters [ECF No. 264]

    B. **Certificate of No Objection Regarding Application of the Debtors for an Order (I) Authorizing the Employment and Retention of PJT Partners LP as Investment Banker Effective *Nunc Pro Tunc* to the Petition Date; and (II) Granting Related Relief [ECF No. 366]**

    Status: **On October 28, 2025, the Debtors filed a certificate of no objection with respect to this pleading. Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.**

9. **EPIQ CORPORATE RESTRUCTURING, LLC RETENTION APPLICATION.** Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Administrative Agent, *Nunc Pro Tunc* to the Petition Date [ECF No. 198]

    Objection Deadline: October 9, 2025, at 4:00 p.m.

    Responses Received: The Debtors **resolved** informal comments.

    Related Documents:

    A. Notice of Adjournment of Hearing on Retention Matters [ECF No. 264]

B. **Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Administrative Agent,** *Nunc Pro Tunc* **to the Petition Date [ECF No. 367]**

Status:  **On October 28, 2025, the Debtors filed a certificate of no objection with respect to this pleading.  Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.**

10. **MORRIS, NICHOLS, ARSHT & TUNNELL LLP RETENTION APPLICATION.** Application of the Debtors for Authority to Employ and Retain Morris, Nichols, Arsht & Tunnell LLP as Conflicts Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [ECF No. 202]

    Objection Deadline:  October 9, 2025, at 4:00 p.m.

    Responses Received:  The Debtors **resolved** informal comments.

    Related Documents:

    A. Notice of Adjournment of Hearing on Retention Matters [ECF No. 264]

    B. **Certificate of No Objection Regarding Application of the Debtors for Authority to Employ and Retain Morris, Nichols, Arsht & Tunnell LLP as Conflicts Counsel for the Debtors** *Nunc Pro Tunc* **to the Petition Date [ECF No. 368]**

    Status:  **On October 28, 2025, the Debtors filed a certificate of no objection with respect to this pleading.  Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.**

11. **FTI CONSULTING, INC. RETENTION APPLICATION.** Application of the Debtors for Entry of an Order Authorizing the Debtors to Employ and Retain FTI Consulting, Inc. as Restructuring Advisors *Nunc Pro Tunc* to the Petition Date [ECF No. 203]

    Objection Deadline: October 9, 2025, at 4:00 p.m.

    Responses Received:  The Debtors received informal comments.

    Related Documents:

    A. Notice of Adjournment of Hearing on Retention Matters [ECF No. 264]

    B. **Supplemental Declaration of Daniel P. Wikel in Support of the Application of the Debtors for Entry of an Order Authorizing the Debtors to Employ and Retain FTI Consulting, Inc., as Restructuring Advisors** *Nunc Pro Tunc* **to the Petition Date [ECF No. 377]**

    Status:  This matter is going forward on an uncontested basis.

12. **O'MELVEY & MYERS LLP RETENTION APPLICATION.** Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of O'Melveny & Myers LLP as Special Labor Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [ECF No. 267]

    Objection Deadline: October 22, 2025, at 4:00 p.m.

    Responses Received:  **The Debtors resolved informal comments.**

    Related Documents:

    A. **Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of O'Melveny & Myers LLP as Special Labor Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [ECF No. 369]**

    Status:  **On October 28, 2025, the Debtors filed a certificate of no objection with respect to this pleading. Accordingly, a hearing on this matter is necessary only to the extent the Court has any questions or concerns.**

13. **FINAL DIP HEARING.** Motion of Debtors for Entry of (I) Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (A) Authorizing the Debtors to Obtain Post-Petition Financing; (B) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing on the Motion; and (F) Granting Related Relief; and (II) Third Interim Order (A) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (B) Granting Adequate Protection; (C) Modifying the Automatic Stay; (D) Scheduling a Final Hearing on the Motion; and (E) Granting Relief [ECF No. 194]

    Objection Deadline:  October 22, 2025, at 4:00 p.m.

    Responses Received:

    A. Official Committee of Unsecured Creditors' Reservation of Rights to the Debtors' Motion to Obtain Postpetition Financing [ECF No. 231]

    B. Limited Reservation of Rights of NAI National Ltd Regarding Final DIP Financing Order [ECF No. 240]

    C. Citi's Statement with Respect to the Proposed Final DIP Order [ECF No. 318]

    Related Documents:

    D. Supplement to the Motion of Debtors for Entry of (I) Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (A) Authorizing the Debtors to Obtain Postpetition Financing; (B) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing on the Motion; and

7

(F) Granting Related Relief; and (II) Third Interim Order (A) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (B) Granting Adequate Protection; (C) Modifying the Automatic Stay; (D) Scheduling a Final Hearing on the Motion; and (E) Granting Related Relief [ECF No. 211]

E. Notice of Filing of (I) Revised DIP Documents and (II) Revised Proposed Interim DIP Order [ECF No. 242]

F. (I) Interim Order (A) Authorizing the Debtors to Obtain Post-Petition Financing; (B) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing on the Motion; and (F) Granting Related Relief; and (II) Third Interim Order (A) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (B) Granting Adequate Protection; (C) Modifying the Automatic Stay; (D) Scheduling a Final Hearing on the Motion; and (E) Granting Related Relief [ECF No. 250]

G. Notice of Proposed Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (III) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief [ECF No. 305]

H. **Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion to Obtain Postpetition Financing [ECF No. 343]**

I. **Notice of Revised Proposed Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (III) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief [ECF No. 378]**

Status:  This matter will go forward on an uncontested basis.

[*Remainder of page intentionally left blank*]

Dated: October 28, 2025
      New York, New York

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard East<br>New York, New York 10001<br>Tel.: (212) 909-6000<br>Jasmine Ball<br>Elie J. Worenklein<br><br>*Proposed Fleet Counsel to the Debtors and Debtors in Possession* | DAVIS POLK & WARDWELL LLP<br><br>By:  */s/ Darren S. Klein*<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel.: (212) 450-4000<br>Marshall S. Huebner<br>Darren S. Klein<br>Christopher S. Robertson<br>Joseph W. Brown<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

9