**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

### SUMMARY SHEETS TO FIRST INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 30, 2025, THROUGH NOVEMBER 30, 2025

| | |
|---|---|
| **Name of Applicant:** | **Epiq Corporate Restructuring, LLC** |
| Authorized to Provide Professional Services to: | Spirit Aviation Holdings, Inc. *et al.* |
| Date of Retention: | Order entered on November 3, 2025 Epiq *nunc pro tunc* to the Commencement Date [ECF No. 394] |
| Fee Period for which Compensation and Reimbursement is sought: | August, 30, 2025 through November, 30, 2025 |
| Amount of Compensation sought as actual, reasonable and necessary for the Fee Period: | $35,450.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Fee Period: | $0.00 |
| Total Compensation and Expenses Requested for the Fee Period: | $35,450.00 |

---

[1]  The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

Blended Rate of Professionals during the Fee
Period:                                          $185.99

This is a:____ monthly __X__ interim ____ final application.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**FIRST INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST, 30, 2025 THROUGH NOVEMBER, 30, 2025**

This is the first interim application (the "Fee Application") of Epiq Corporate Restructuring, LLC ("Epiq"), administrative agent to the above-captioned debtors and debtors in possession (collectively, the "Debtors").[2] Pursuant to the Fee Application, Epiq requests allowance and approval of compensation in the aggregate amount of $35,450.00 for professional services rendered by Epiq to the Debtors and reimbursement of actual and necessary expenses incurred by Epiq during the period from August, 30, 2025 through and including November, 30, 2025 (the "Fee Period").

In support of the Application, Epiq respectfully states as follows:

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2]  In addition to being retained as administrative agent, by the Court's order on July 2, 2020, Epiq was retained, pursuant to 28 U.S.C. § 156(c), to serve as notice and claims agent in these cases [Docket No. 47] (the "Claims and Noticing Agent Order"). In accordance with the Notice and Claims Agent Order, all fees and expenses related to Epiq's notice and claims agent services will be paid by the Debtors in the ordinary course of business without the necessity of a fee application or monthly application. As such, none of Epiq's notice and claims agent fees or expenses are included in this Final Fee Application.

**Jurisdiction**

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in the Court is proper pursuant to 28 U.S.C. § 1408.

2.  The bases for the relief requested herein are sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

**Disclosure of Compensation and Requested Interim Award**

3.  Epiq files this Application requesting allowance and approval of compensation in the amount of $35,450.00 for professional services rendered by Epiq to the Debtors and reimbursement of actual and necessary expenses incurred by Epiq during the Fee Period.

4.  The fees sought in this Application reflect an aggregate of 190.60 hours expended by Epiq professionals during the Fee Period rendering necessary and beneficial administrative services to the Debtors at a blended average hourly rate of $185.99 for professionals. Epiq maintains computerized records of the time expended in the performance of the professional services required by the Debtors and their estates. These records are maintained in the ordinary course of Epiq's practice.

5.  The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

6.  Epiq's hourly rates are set at a level designed to compensate Epiq fairly for the work of its professionals. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

7.  Epiq regularly reviews its bills to ensure that the Debtors are only billed for services that were actual and necessary.  Moreover, in accordance with the Local Bankruptcy Rules, Epiq regularly reduces its expenses, particularly expenses related to overtime travel and overtime meals.

8. No understanding exists between Epiq and any other person for the sharing of compensation sought by Epiq, except among the parent, affiliates, members, employees and associates of Epiq.

### Background

9.  On August, 29, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for these Chapter 11 Cases. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases, and no official committee of unsecured creditors has been formed.

10.  The circumstances leading to the Debtor's filing for Chapter 11 are set forth in detail in the Declaration of Fred Cromer pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York, which was filed as part of the Chapter 11 petitions [ECF No. 19].

11.  On October 2, 2025, the Debtors filed their Application to Employ Epiq Bankruptcy Solutions, LLC as Administrative Agent [ECF No. 198] *nunc pro tunc* to the Commencement Date, which was granted by Order dated November 3, 2025 [ECF No. 394].  Pursuant to the Retention Order, Epiq is authorized to be compensated on an hourly basis for professional services rendered to the Debtors and reimbursed for actual and necessary expenses incurred by Epiq in connection therewith.

12.  On November 3, 2025, the Court entered the Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [ECF No. 201], (the "Interim Compensation Order").

## Summary of Professional Services

13.    Pursuant to, and consistent with, the relevant requirements of the Interim Compensation Order, and the Local Bankruptcy Rules (collectively, the "Guidelines"), as applicable, the following exhibits are attached hereto:

    a.    **Exhibit A** contains a certification by the undersigned regarding compliance with the Guidelines (the "Certification");

    b.    **Exhibit B** contains a list of Epiq's project categories and the total billed to each category during the Fee Period;

    c.    **Exhibit C** contains a billing summary for the Fee Period that includes the name of each professional for whose work compensation is sought, the aggregate time expended by each professional and the corresponding hourly billing rate at Epiq's current billing rates and an indication of the individual amounts requested as part of this Fee Application; and

    d.    **Exhibit D** contains the time detail for the Fee Period.

14.    To provide a meaningful summary of services rendered on behalf of the Debtors and their estates for the Fee Period, Epiq has established, in accordance with its internal billing procedures, the following matter numbers in connection with these cases:

| Matter No. | Matter Description |
|---|---|
| 495 | Balloting/Solicitation Consultation |
| 645 | 645 Schedule/Sofa Prep |

15.    The following is a summary, by matter, of the most significant professional services rendered by Epiq as administrative agent during the Fee Period. This summary is organized in accordance with Epiq's internal system of matter numbers.[3]

---

[3]    This summary of services rendered during the Final Fee Period is not intended to be a detailed or exhaustive description of the work performed by Epiq, but, rather, is intended to highlight certain key areas where Epiq provided services to the Debtors during the Final Fee Period. A summary description of the work performed in the Final Fee Period, categorized by project code, and those day-to-day services and the time expended in performing such services, are set forth in Exhibit D.

A.    **Balloting/Solicitation Consultation (Matter #495)**

Total Fees:        $7,167.00
Total Hours:      36.80

16.    This category includes but is not limited to all matters related (i) consulting with counsel on draft rights offering materials, (ii) establishing and conferring on rights offering processes for debt holders and commitment parties, (iii) preparation, review and discussions with counsel on rights offering data and (iv) corresponding and responding to DTC inquiries regarding timing and procedures.

B.    **Schedule/Sofa Prep (Matter #645)**

Total Fees:        $28,283.00
Total Hours:      153.80

17.    Time in this category includes work related to the preparation and filing of certain of the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs ("Schedules and Statement"). Epiq's associates worked closely with the Debtors' personnel and legal advisors to gather the necessary data, and then analyze and compile that data into the Schedules and Statements.

**Reasonable and Necessary Services Rendered by Epiq**

18.    The foregoing professional services rendered by Epiq on behalf of the Debtors during the Fee Period were reasonable, necessary and appropriate to the administration of the Debtors' bankruptcy cases and related matters.

19.    Epiq is one of the country's leading Chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of bankruptcy cases. As a specialist in claims management, consulting and legal administration services, Epiq provides comprehensive solutions to a wide variety of administrative issues for bankruptcy cases, and has substantial experience in matters of this size and complexity. Overall,

Epiq brings to these Chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

20.     During the Fee Period, Epiq consulted and assisted the Debtors in several phases of these chapter 11 cases.  To this end, as set forth in detail in **Exhibit C** of the Application, numerous Epiq professionals expended time rendering services on behalf of the Debtors and their estates.

21. During the Fee Period, Epiq's hourly billing rates for the professionals responsible for managing these cases ranged from $140.00 to $195.00.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $185.99 (based on 190.60 recorded hours at Epiq's regular billing rates in effect at the time of the performance of services).  The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

### Epiq's Requested Compensation and Reimbursement Should be Allowed

22.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered and reimbursement for actual, necessary expenses."  Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement.

23.    In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including:

1.  the time spent on such services;

2.  the rates charged for such services;

3.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

4.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

5.  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

24.    In the instant case, Epiq respectfully submits that the services for which it seeks compensation in the Application were necessary for and beneficial to the Debtors and their estates and were rendered to protect and preserve the Debtors' estates. Epiq respectfully submits that the services rendered were performed economically, effectively and efficiently and that the results obtained to date have benefited all stakeholders in the cases. Epiq further submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Debtors, their estates and all parties in interest.

25. Epiq's professionals spent a total of 190.60 hours during the Fee Period, which services have a fair market value of $35,450.00. As demonstrated by the Fee Application and all of the exhibits submitted in support hereof, Epiq spent its time economically and without unnecessary duplication. In addition, the work conducted was carefully assigned to appropriate professionals according to the experience and level of expertise required for each particular task. In summary, the services rendered by Epiq were necessary and beneficial to the Debtors and their estates, and

were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved.

26.     Accordingly, Epiq respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

### No Prior Request

27.     No prior application for the relief requested herein has been made to this or any other court.

### Notice

The Debtors will provide notice of this Fee Application in accordance with the Interim Compensation Order.  A copy of this Fee Statement will also be made available on the Debtors' case information website located at https://dm.epiq11.com/SpiritAirlines.  The Debtors submit that no other or further notice be given.

Dated: December 19, 2025              */s/ Kathryn Tran*_____
                                      Kathryn Tran
                                      Consulting Director
                                      Epiq Corporate Restructuring, LLC

# EXHIBIT A

**Certification**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GRUPO AEROMÉXICO, S.A.B. de C.V., *et al.,* | Case No. 20-11563 (SCC) |
| Debtors.[1] | Jointly Administered |

**CERTIFICATION OF EPIQ CORPORATE RESTRUCTURING, LLC**
**PURSUANT TO GENERAL ORDER M–447 REGARDING**
**THE INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC**
**AS ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT**
**OF ACTUAL AND NECESSARY EXPENSES INCURRED**
**FROM AUGUST, 30, 2025 THROUGH NOVEMBER, 30, 2025**

---

Pursuant to the *United States Trustee Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys*

*in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee,

28 CFR Part 58, Appendix B (the "Guidelines"), together with the Local Rule 2016-1,

the undersigned, a Senior Consultant of Epiq Corporate Solutions, LLC ("Epiq"), administrative

agent for Grupo Aeromexico, S.A.B. de C.V.. *et al.*, Debtors and Debtors in Possession, (the

"Debtors"), hereby certifies with respect to Epiq's first and final interim application for

allowance of compensation for services rendered and reimbursement of expenses incurred with

---

[1] The Debtors in these cases, along with each Debtor's registration number in the applicable jurisdiction, are as follows:
Grupo Aeroméxico, S.A.B. de C.V. 286676; Aerovías de México, S.A. de C.V. 108984; Aerolitoral, S.A. de C.V. 217315; Aerovías Empresa de Cargo, S.A. de C.V. 437094-1. The Debtors' corporate headquarters is located at Paseo de la Reforma No. 243, piso 25 Colonia Cuauhtémoc, Mexico City, C.P. 06500.

respect to the Debtors' Chapter 11 case (the "Application"),[2] for the period from August, 30,

2025 through November, 30, 2025  (the "Compensation Period") as follows:

1.      I am the professional designated by Epiq in respect of compliance with the

Guidelines and Local Rule 2016-1.

2.      I make this certification in respect of the foregoing Application for allowance and

payment of compensation for professional services and reimbursement of expenses for the

Compensation Period submitted by Epiq.

3.      I am the professional designated by Epiq in respect of compliance with the

Administrative Order M-447 (the "Administrative Order"), the Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Case, dated January

29, 2013 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330

adopted on January 30, 1996 (the "UST Guidelines," and together with the Administrative Order

and Local Guidelines, the "Guidelines").

4.      I am thoroughly familiar with all the services performed on behalf of the Debtors

by Epiq's professionals.

5.      In compliance with the Guidelines, I certify that:

a. I have read the Application.

b. To the best of my knowledge, information and belief formed after reasonable

inquiry, the fees and disbursements sought fall within the Guidelines.

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Application.

c. Except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Epiq and generally accepted by Epiq's clients.

d. In providing a reimbursable service in these Chapter 11 Cases, Epiq does not make a profit on that service, whether the service is performed by Epiq in house or through a third-party.

e. In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy and section 504 of title 11 of the United States Code (the "Bankruptcy Code"), no agreement or understanding exists between Epiq and any other person for the sharing of compensation to be received in connection with these chapter 11 cases.

f. All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

6.      By this certification, Epiq does not waive or release any rights or entitlements it has under the order of this Court, entered on November 3, 2025, approving Epiq's retention by the Debtors.

*[remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed, this 19th day of December 2025

Respectfully submitted,

*/s/ Kathryn Tran*
Kathryn Tran
Consulting Director
Epiq Corporate Restructuring, LLC

# EXHIBIT B

## Summary of Fees Billed by Subject Matter for the Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting/Solicitation Consultation | 36.80 | $7,167.00 |
| 645 | Schedule/Sofa Prep | 153.80 | $28,283.00 |
| **TOTALS:** | | **190.60** | **$35,450.00** |

**<u>EXHIBIT C</u>**

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | Practice Director | 35.90 | $195.00 | $7,000.50 |
| Stephenie Kjontvedt | Solicitation Consultant | 0.20 | $185.00 | $37.00 |
| Kathryn Tran | Director | 56.70 | $185.00 | $10,489.50 |
| Emily Young | Solicitation Consultant | 0.70 | $185.00 | $129.50 |
| Lance Mulhern | Director of Case Management II | 19.80 | $185.00 | $3,663.00 |
| Joseph Saraceni | Senior Consultant II | 70.80 | $185.00 | $13,098.00 |
| Tony Persaud | Senior Case Manager II | 3.50 | $175.00 | $612.50 |
| Lauren Mantilla Rodriguez | Case Manager II | 3.00 | $140.00 | $420.00 |
| **TOTALS** | | **190.60** | | **$35,450.00** |
| | Blended Rate: | 185.99 | | |

# EXHIBIT D

## Time Detail for the Fee Period

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 9/2/2025 | 0.20 | 185.00 | 37.00 | REVIEW EMAIL INQUIRIES ON SOLICITATION |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/3/2025 | 0.80 | 195.00 | 156.00 | 5PM CALL REGARDING DIP PROCEDURES; MULTIPLE PARTIES (.5); PM REVIEW OF DOCUMENT SENT BY AKIN AND COMMENTS RE SAME TO GROUP (.3) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/6/2025 | 0.60 | 195.00 | 117.00 | MEETING REGARDING DIP |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/8/2025 | 1.00 | 195.00 | 195.00 | DOCUMENT REVIEW AND COMMENTS (PARTIAL) (1.5); CONFER WITH COUNSEL AND G BATEMAN REGARDING ATOP PROCESS AND NO ATOP (.5.) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/9/2025 | 2.50 | 195.00 | 487.50 | RIGHTS OFFERING REVIEW (2); MAKE NOTES FOR DISCUSSION AND EDITS (0.5) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/10/2025 | 2.30 | 195.00 | 448.50 | REVIEW AND PREPARE DOCUMENTS FOR DTC (2.1); CONFER WITH J CHAU REGARDING SPREADSHEET (.2) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/11/2025 | 1.20 | 195.00 | 234.00 | REVIEW J CHAU DRAFT SPREADSHEET; UPDATE; SEND TO J ARENA AND TEXT RE TIMING; SEND SPREADSHEET TO COUNSEL WITH EXPLANATORY MESSAGE. |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/13/2025 | 4.80 | 195.00 | 936.00 | CONFER WITH DTC REGARDING DOCUMENTATION (1.2); CONVER WITH J CHAU AND COUNSEL REGARDING SPREADSHEETS (0.4); MULTIPLE FOLLOW UPS (0.7) AND TELEPHONE CALLS WITH COUNSEL (0.5); DOCUMENT AND SPREADSHEET REVIEW FOR RIGHTS OFFERING (2). |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/14/2025 | 4.00 | 195.00 | 780.00 | PREPARATION FOR LAUNCH (1) - EXTENSIVE COORDINATION EARLY MORNING; DTC, LUKE C JOHN CHAU, PREPARATION FOR LAUNCH (2); PM LAUNCH OF RIGHTS OFFERING EVENT - SEND EMAIL TO DTC AND CONFER WTIH T VAZQUEZ REGARDING SERVICE REQUIREMENTS (1.0) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/15/2025 | 1.80 | 195.00 | 351.00 | ATTEND TO DTC SET-UP' PREPARE EMAILED RESPONSE TO PARTIES IN INTEREST FOR J CHAU (EPIQ); COORDINATE ON ADDITIONAL ITEMS FOR DTC (1.8) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/16/2025 | 0.60 | 195.00 | 117.00 | COORDINATE WITH TEAM ON DTC ATOP PREPARATION AND CONFER WITH DTC |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/20/2025 | 1.70 | 195.00 | 331.50 | REVIEW UPDATED SUBSCRIPTION DOCUMENTATION (.8); CONFER WITH J ARENA AND ADDITIONAL FOLLOW UP (.9) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/21/2025 | 1.00 | 195.00 | 195.00 | ATTEND TO INQUIRIES, INCLUDING ADDITIONAL DRAFT TO PARTIES IN INTEREST. |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/22/2025 | 1.80 | 195.00 | 351.00 | CALL WITH C VAN BUREN DPW (.2); CONFER WITH J ARENA RE SAME (.2); REVIEW AND COMMENT ON SUPPLEMENT (.6); SUPPLEMENT NO 1 (.8) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/23/2025 | 2.80 | 195.00 | 546.00 | UPDATED SUPPLEMENT NO 1 TO DTC AM WITH MESSAGING (.3); CONFER WITH J ARENA REGARDING NEEDED UPDATES (.4); INSTRUCTIONS TO J RACKAUCKAS REGARDING SERVICE (.2); CONSULT WITH J ARENA REGARDING SAME (.4); EXTENSIVE P.M. COORDINATION BETWEEN DPW AND AKIN REGARDING ALL UPDATES AND SEND SUPPLEMENT NO 2 TO DTC (1.5) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/24/2025 | 1.40 | 195.00 | 273.00 | CONFER WITH DTC REGARDING SUPPLEMENT NO 2 (.2); CONFER J ARENA REGARDING NEEDED WEBSITE UPDATES (.3); REVIEW AND EXTENSIVE CONSULTATION REGARDING UPDATED SPREADSHEET (.9) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/27/2025 | 0.50 | 195.00 | 97.50 | CONFER WITH C VAN BUREN REGARDING STATUS. |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/28/2025 | 1.80 | 195.00 | 351.00 | 4:30 CALL (.5); REVIEW OF ANNOUNCEMENT AND COMMENTS (1.0); ATTEND TO PARTY IN INTEREST INQUIRY (.3) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/29/2025 | 1.80 | 195.00 | 351.00 | CLOSING DATE FOR EARLY SETTLEMENT; EARLY SETTLEMENT DISCUSSION; CONFER J ARENA; CONFER WITH COUNSEL; ATTEND TO EARLY SETTLEMENT PROCESSING WITH DTC AND LOOP IN WILMINGTON TRUST WITH DTC; NOTICE TO DTC. |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/30/2025 | 1.50 | 195.00 | 292.50 | EXTENSIVE CONSULTATION WITH J ARENA AND J CHAU RE DIP AND STATUS (.8); CALLS AND EMAILS WITH PARTIES IN INTEREST REGARDING SUBSCRIPTION (.7) |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 10/31/2025 | 0.60 | 195.00 | 117.00 | FOLLOW UP WITH J MILES AND CONFER WITH COUNSEL RE STATUS. |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 11/3/2025 | 0.50 | 195.00 | 97.50 | CONFER WITH PARTIES IN INTEREST REGARDING DIP FINANCING EVENT |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 11/12/2025 | 0.10 | 195.00 | 19.50 | FOLLOW UP WITH L CHARLESTON. |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 11/13/2025 | 0.70 | 185.00 | 129.50 | ATTN TO TIMELINE |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 11/14/2025 | 0.80 | 195.00 | 156.00 | CONFER WITH DTC VOLUNTARY TEAM REGARDING TIMING; CONFER WITH COUNSEL AND J ARENA (EPIQ). |
| | | | | 36.80 | | 7,167.00 | |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 9/30/2025 | 0.80 | 185.00 | 148.00 | REVIEW OF SCHEDULE G DATA; CLEAN, CONFORM AND IMPORT SAME TO SCHEDULE G DATABASE |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/3/2025 | 1.00 | 185.00 | 185.00 | ATTEND SOFA SOAL WORKSTREAM KICK OFF CALL WITH DAVIS POLK, FTI, AND COMPANY. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/3/2025 | 1.20 | 185.00 | 222.00 | PREPARE FOR AND ATTEND CALL WITH FTI, COMPANY AND DPW RE SCHEDULES/STATEMENTS PREPARATION |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/7/2025 | 0.30 | 185.00 | 55.50 | CORRESPOND WITH FTI REGARDING CONTRACTS DATA ROOM. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/8/2025 | 0.50 | 185.00 | 92.50 | REVIEW OF CONTRACTS FILE DIRECTORY AND RUN ANALYSIS/COMPARE AGAINST SCHEDULE G FROM 2024 CASE |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/10/2025 | 1.00 | 185.00 | 185.00 | REVIEW CONTRACTS, DETERMINE DEBTOR LIST. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/13/2025 | 0.10 | 185.00 | 18.50 | CONFER WITH T PERSAUD RE STATUS OF CONTRACT REVIEW |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/14/2025 | 0.50 | 185.00 | 92.50 | TELEPHONE CALL WITH FTI REGARDING CONTRACTS REVIEW FOR SCHEDULE G |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/14/2025 | 0.80 | 185.00 | 148.00 | REVIEW OF CONTRACTS INDEX (0.4); AND TELEPHONE CALL WITH CASE TEAM REGARDING STATUS OF CONTRACTS REVIEW (0.4) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/17/2025 | 0.20 | 185.00 | 37.00 | SEVERAL EMAIL CORRESPONDENCE WITH FTI RE MEETING RE SCHEDULE G |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/17/2025 | 0.30 | 185.00 | 55.50 | ATTEND TELEPHONE CALL WITH FTI RE SCHEDULE G PREP |

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/21/2025 | 0.80 | 185.00 | 148.00 | REVIEW OF BATCH 1 CONTRACTS FILE AND SEND EMAIL TO J HELLER (FTI) RE SAME |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/22/2025 | 0.40 | 185.00 | 74.00 | ATTEND CALL WITH FTI REGARDING SCHEDULE G. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/22/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA QUESTIONS 32, 31, 26, 19, 17, 14, 16, 23, 25, 15, 30, AND 5. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/22/2025 | 2.00 | 185.00 | 370.00 | REVIEW OF EXTRACTION FILE (3000 LINES), CLEAN AND CONFORM DATA; RECONCILIATION OF FILE TO SCHEDULE G FROM FIRST FILING |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/22/2025 | 2.30 | 185.00 | 425.50 | CONTINUE REVIEW OF EXTRACTION FILE (3000 LINES), CLEAN AND CONFORM DATA; RECONCILIATION OF FILE TO SCHEDULE G FROM FIRST FILING |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/22/2025 | 1.80 | 185.00 | 333.00 | CONTINUE REVIEW OF EXTRACTION FILE (2900 LINES), CLEAN AND CONFORM DATA; RECONCILIATION OF FILE TO SCHEDULE G FROM FIRST FILING |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/22/2025 | 2.10 | 185.00 | 388.50 | CONTINUE REVIEW OF EXTRACTION FILE (3100 LINES), CLEAN AND CONFORM DATA; RECONCILIATION OF FILE TO SCHEDULE G FROM FIRST FILING |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/23/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA 22, 24, 18, 27, SOAL 60. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/23/2025 | 2.00 | 185.00 | 370.00 | TRANSLATE DATA FOR SOAL 71, 74, 75, 76, 73. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/23/2025 | 1.80 | 185.00 | 333.00 | CONTINUE TO TRANSLATE DATA FOR SOAL 71, 74, 75, 76, 73. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/23/2025 | 1.50 | 185.00 | 277.50 | UPDATE SOAL 55, SOFA 14, 16. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/23/2025 | 1.80 | 185.00 | 333.00 | UPDATE SOFAS FOR ALL CAYMEN ENTITIES IN ACCORDANCE WITH COMMENTS FROM FTI AND COMPANY |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/23/2025 | 1.70 | 185.00 | 314.50 | CONTINUE UPDATE SOFAS FOR ALL CAYMEN ENTITIES IN ACCORDANCE WITH COMMENTS FROM FTI AND COMPANY |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/23/2025 | 1.50 | 185.00 | 277.50 | UPDATE SOFA 23, 25, 21, 24, 22. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/24/2025 | 2.00 | 185.00 | 370.00 | REVIEW OF BATCH 3 CONTRACT REVIEW WIP FILE; IDENTIFY COUNTERPARTIES FOR SCHEDULE G; CONFORM AND CLEAN DATA |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/24/2025 | 0.40 | 185.00 | 74.00 | PREPARE FOR AND ATTEND TELEPHONE CALL WITH FTI REGARDING STATUS OF SCHEDULES PREP |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/24/2025 | 2.00 | 185.00 | 370.00 | CONTINUE REVIEW OF BATCH 3 CONTRACT REVIEW WIP FILE; IDENTIFY COUNTERPARTIES FOR SCHEDULE G; CONFORM AND CLEAN DATA |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/26/2025 | 1.70 | 185.00 | 314.50 | CONTINUE ANALYSIS/CONFORMING OF CONTRACT DATA FOR SCHEDULE G |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/26/2025 | 2.50 | 185.00 | 462.50 | CONTINUE REVIEW AND ANALYSIS OF CONTRACTS DATA TO PROCESS SAME TO SCHEDULE G; TRANSLATE FOR DATABASE |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/26/2025 | 2.00 | 185.00 | 370.00 | REVIEW AND ANALYSIS OF CONTRACTS DATA TO PROCESS SAME TO SCHEDULE G |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/27/2025 | 2.50 | 185.00 | 462.50 | UPDATE SOFA 6, 8, 12, 9, UPDATE SOALS 24, 25, 26, 52, 53, 2, 7, 8, 11, 16, 21, 22, 39, 41, 47, 49, 50; UPDATE SOALS FOR CAYMAN DEBTORS. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/27/2025 | 2.30 | 185.00 | 425.50 | RECONCILIATION OF MASTER CONTRACT FILE AGAINST SCHEDULE G AND IDENTIFY RELATED LOCATION/AIRPORT TO RELEVANT CONTRACTS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/27/2025 | 2.00 | 185.00 | 370.00 | CROSS REFERENCE AND RECONCILIATION OF CONTRACT REVIEW FILE AGAINST PREVIOUSLY FILED SCHEDULE G |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/28/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA QUESTIONS 29, 6, 8, 12, 1. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/28/2025 | 1.40 | 185.00 | 259.00 | REVIEW AND CONFORM BATCH 5 DATA EXTRACT FROM CONTRCT REVIEW |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/28/2025 | 0.50 | 185.00 | 92.50 | DRAFT EMAIL TO J HELLER (FTI) REGARDING UPDATE ON SCHEDULE G PROGRESS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/28/2025 | 0.30 | 185.00 | 55.50 | REVIEW, RESEARCH AND RESPOND TO EMAIL FROM J HELLER RE CONTRACTS REVIEW PROGRESS |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/29/2025 | 1.50 | 185.00 | 277.50 | PREPARE AND CIRCULATE SOFA AND SOAL WORKPLANS WITH STATUS TO FTI TEAM. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/29/2025 | 0.50 | 185.00 | 92.50 | ATTEND CALL WITH FTI REGARDING SOFA/SOAL UPDATES. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 10/29/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOAL ASSET QUESTIONS 2, 7, 8, 11, 16, 21, 22, 39, 41, 47, 49, 50. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/29/2025 | 0.30 | 185.00 | 55.50 | TELEPHONE CALL WITH J SARACENI REGARDING SOAL QUESTIONS/STATUS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/29/2025 | 1.00 | 185.00 | 185.00 | REVIEW/ANALYSIS OF DATA TO REMOVE CONTRACT ENTRY ON SCHEDULE G |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/29/2025 | 0.20 | 185.00 | 37.00 | REVIEW SOFA/SOAL TRACKER FOR STATUS OF DATA TRANSFER |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/30/2025 | 2.00 | 185.00 | 370.00 | REVIEW OF CONTRACT DATA TO IDENTIFY DUPES, NON-EXECUTORY AND EXPIRED CONTRACTS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/30/2025 | 0.10 | 185.00 | 18.50 | RETURN EMAIL TO J HELLER RE DEADLINE TO FILE SCHEDULES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/31/2025 | 1.30 | 185.00 | 240.50 | REVIEW OF CASH PAYMENT REPORT AND RECONCILE AGAINST COMPANY PAYMENT DATA (0.8); PREP REPORT FOR FTI (0.5) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 10/31/2025 | 0.50 | 185.00 | 92.50 | FURTHER RESEARCH OF AUGUST WIRES, UPDATE SOFA 11 FILE AND RETURN EMAIL TO FTI |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/3/2025 | 1.00 | 185.00 | 185.00 | UPDATE SCHEDULE E, SCHEDULE Q74, SOFA Q11. |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/3/2025 | 1.50 | 185.00 | 277.50 | PERFORMED DATA ANALYSIS OF SOFA 4 |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/4/2025 | 2.00 | 185.00 | 370.00 | IMPORT AND REVIEW AND UPDATE SCHEDULE E. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/4/2025 | 0.10 | 185.00 | 18.50 | RETURN EMAIL TO J HELLER REGARDING STATUS OF SCHEDULES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/4/2025 | 1.00 | 185.00 | 185.00 | REVIEW OF CONTRACTS WIP FILE AND CONFORM/CLEAN DATA; REMOVING DUPLICATES AND NON-EXECUTORY CONTRACTS |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/4/2025 | 1.50 | 185.00 | 277.50 | PERFORMED DATA ANALYSIS OF SOFA 3 |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/5/2025 | 2.50 | 185.00 | 462.50 | PREPARE UPDATED WORKPLANS FOR SCHEDULES AND STATEMENTS AND CIRCULATE WITH SUMMARIES TO FTI. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/5/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFFA P5 Q10, PREPARE UPDATED WORKPLANS FOR SCHEDULES AND STATEMENTS AND CIRCULATE WITH SUMMARIES TO FTI. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/5/2025 | 0.20 | 185.00 | 37.00 | REVIEW EMAIL AND FILES PERTAINING TO SOFA 4 DATA |

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/5/2025 | 0.20 | 185.00 | 37.00 | CONFER WITH C SANDIFER (FTI) REGARDING LEASES FOR SCHEDULE G |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/5/2025 | 0.30 | 185.00 | 55.50 | SEND EMAIL TO J HELLER (FTI) RE STATUS OF SCHEDULE G REVIEW |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/5/2025 | 1.80 | 185.00 | 333.00 | REVIEW OF CONTRACTS FOR RELATED AIRPORTS (0.7); REVIEW OF SCHEDULE AB55 FOR RELATED AIRPORTS, PREP RESEARCH FILE (0.7); CONFER WITH T PERSAUD REGARDING RESEARCH FOR AIRPORT CODES (0.2) |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/6/2025 | 1.50 | 185.00 | 277.50 | IMPORT SCHEDULE 3 DATA TO SOFA DATABASE |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/6/2025 | 0.70 | 185.00 | 129.50 | RUN FUZZY MATCH AND REVIEW/UPDATE SCHEDULE COUNTER PARTY ADDRESSES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/6/2025 | 1.00 | 185.00 | 185.00 | REVIEW SCHEDULE G DATA FOR MISSING ADDRESSES; CROSS REFERENCE TO INITIAL FILING AND MATRIX TO PULL IN MISSING DATA |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/6/2025 | 0.10 | 185.00 | 18.50 | REVIEW EMAIL FROM FTI PERTAIN TO SCHEDULE DRAFTS |
| Tony Persaud | Senior Case Manager II | 645 Schedule/Sofa Prep | 11/7/2025 | 2.50 | 175.00 | 437.50 | COORDINATE PARSING REVIEW OF ADDRESSES FOR SCHEDULES / CREDITOR MATRIX PREPARATION |
| Tony Persaud | Senior Case Manager II | 645 Schedule/Sofa Prep | 11/7/2025 | 1.00 | 175.00 | 175.00 | ADDRESSES AND REDACTION PROTOCOLS FOR SCHEDULES / CREDITOR MATRIX PREPARATION |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/7/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFAS FOR SOFA 3 AND 4. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/7/2025 | 2.00 | 185.00 | 370.00 | PREPARE DRAFT SCHEDULES AND STATEMENTS, REVIEW AND UPDATE AS NECESSARY. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/7/2025 | 1.00 | 185.00 | 185.00 | PREPARE AND CIRCULATE DRAFT SCHEDULES AND STATEMENTS TO FTI TEAM WITH SUMMARY OF OPEN ITEMS. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/7/2025 | 2.00 | 185.00 | 370.00 | PREP DATA FOR SCHEDULE G AND IMPORT TO DATABASE |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/7/2025 | 1.80 | 185.00 | 333.00 | PREPARATION OF SCHEDULE G; REVIEW DATA IN DATABASE; CONFORM AND REMOVE ADDITIONAL DUPLICATES AND MAKE EDITS TO CERTAIN DESCRIPTIONS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/7/2025 | 0.40 | 185.00 | 74.00 | PREPARATION OF SUMMARY OF CONTRACTS AND DRAFT EMAIL PERTAINING TO CONTRACTS POPULATION TO FTI |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/7/2025 | 1.50 | 185.00 | 277.50 | PERFORMED SOFA DATA ANALYSIS SCHEDULE E |
| Lauren Mantilla Rodriguez | Case Manager II | 645 Schedule/Sofa Prep | 11/7/2025 | 2.00 | 140.00 | 280.00 | REVIEW AND PARSE ADDRESS INFORMATION IN DATABASE |
| Lauren Mantilla Rodriguez | Case Manager II | 645 Schedule/Sofa Prep | 11/7/2025 | 1.00 | 140.00 | 140.00 | CONTINUE REVIEW AND PARSE ADDRESS INFORMATION IN DATABASE |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/10/2025 | 0.20 | 185.00 | 37.00 | RESEARCH AND REPLY TO EMAIL FROM D WIKEL RE SCHEDULE G |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/11/2025 | 0.80 | 185.00 | 148.00 | UPDATE SOFA QUESTIONS 2 AND 11. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/11/2025 | 0.10 | 185.00 | 18.50 | SEND EMAIL TO FTI RE ENGAGEMENT LETTERS FOR SCHEDULE G |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/12/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA Q3 FOR REDACTIONS, CONSOLIDATION OF PAYMENTS. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/12/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA 3 FOR SONCOLIDATION OF PAYMENTS, REDACTIONS, AND CORRECT VENDOR NAMES. |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/12/2025 | 1.60 | 185.00 | 296.00 | PERFORMED DATA ANALYSIS OF SOAL DATA FOR J SARACENI |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/13/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA PART 2, QUESTION 3, SOFA 21, SOAL 64, SOAL PART 7, QUESTIONS 44-45. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/13/2025 | 0.10 | 185.00 | 18.50 | REVIEW EMAIL FROM FTI RE SCHEDULE D |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/13/2025 | 0.10 | 185.00 | 18.50 | REVIEW EMAIL AND DATA REGARDING SOFA 3 |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.40 | 185.00 | 74.00 | REVIEW OF MULTIPLE EMAILS PERTAINING TO EDITS FOR SOFA QUESTIONS; SCHEDULE D AND SCHEDULE F |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.30 | 185.00 | 55.50 | REVIEW SEVERAL EMAILS AND ATTACHMENTS PERTAINING TO SCHEDULES AND STATEMENTS UPDATES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.40 | 185.00 | 74.00 | PREPARATION OF SCHEDULE G FOR ADDITIONAL CONTRACTS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.40 | 185.00 | 74.00 | PREPARATION OF SCHEDULE H; SEND EMAIL TO J SARACENI RE SAME |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.30 | 185.00 | 55.50 | REVIEW OF SCHEDULE F FILE; CONFER WITH L MULHERN RE CLEANING ADDRESSES |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.50 | 185.00 | 92.50 | REVIEW OF SCHEDULE F FILE (0.2); SEND INSTRUCTIONS TO P LARRIER REGARDING INSTRUCTIONS FOR PARSING ADDRESSES (0.1); CONFER WITH P LARRIER REGARDING CERTAIN ADDRESS RESEARCH REQUIRED (0.2) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.30 | 185.00 | 55.50 | CONFER WITH FTI RE ADDRESSES FOR SCHEDULE F |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.20 | 185.00 | 37.00 | CONFER WITH J SARACENI REGARDING STATUS OF SCHEDULES/SOFA |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.40 | 185.00 | 74.00 | REVIEW OF SCHEDULE D EXHIBIT; REVIEW OF EMAIL FROM J HELLER (FTI) TELEPHONE CALL WITH FTI RE CO-CREDITORS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.50 | 185.00 | 92.50 | REVIEW OF REJECTION ORDERS AND MAKE EDITS TO SCHEDULE G |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.40 | 185.00 | 74.00 | CONFER WITH J HELLER (FTI) REGARDING REJECTED CONTRACTS (0.2); REVIEW DOCKETS FOR ORDERS REGARDING REJECTED CONTRACTS (0.2) |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/16/2025 | 0.10 | 185.00 | 18.50 | CONFER WITH J HELLER REGARDING MISSING ADDRESSES |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/17/2025 | 2.00 | 185.00 | 370.00 | PREPARE DRAFT SOFA REPORTS, REVIEW REPORT AND UPDATE AS NECESSARY. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/17/2025 | 2.00 | 185.00 | 370.00 | UPDATE SCHEDULED AND F. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/17/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA 73, REVIEW AND UPDATE SOFA 3, 4, 26A, 26C, 28, 29, SCHEDULE G FOR REDACTIONS. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/17/2025 | 2.00 | 185.00 | 370.00 | UPDATE SCHEDULE G, IMPORT SCHEDULE H, UPDATE SOAL QUESTIONS 3 AND 7. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/17/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA QUESTIONS 13, 27, 28, 29. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/17/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA QUESTIONS 4 AND 7. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/17/2025 | 0.40 | 185.00 | 74.00 | MAKE EDITS TO SCHEDULE D; GENERATE DRAFTS, REVIEW AND SEND TO FTI |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/17/2025 | 0.80 | 185.00 | 148.00 | REVIEW OF SCHEDULE D; PROCESS SAME FOR DATABASE; GENERATE DRAFTS AND REVIEW |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/17/2025 | 2.10 | 185.00 | 388.50 | PERFORMED DATA ANALYSIS FOR CERTAIN SOFA QUESTIONS |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/17/2025 | 2.40 | 185.00 | 444.00 | UPDATED SOALS DATABASE FOR REQUESTED DATA IMPORTS |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/18/2025 | 2.00 | 185.00 | 370.00 | UPDATE SOFA 4, 28, 29, 26. |

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/18/2025 | 2.00 | 185.00 | 370.00 | PREPARE REDACTED AND UNREDACTED DRAFT SOFA REPORTS AND CIRCULATE TO FIT AND DPW. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/18/2025 | 1.00 | 185.00 | 185.00 | REDACTS AND GENERATE FINAL SOFA REPORTS FOR FILING, CIRCULATE TO FTI AND DPW. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/18/2025 | 1.50 | 185.00 | 277.50 | REVIEW SCHEDULE F FOR REDACTIONS, COORDINATE REDACTED SCHEDULE F EXHIBIT. |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/18/2025 | 1.00 | 185.00 | 185.00 | GENERATE DRAFTS; CONFER WITH COUNSEL AND FTI RE SAME; FINALIZE SOAL FOR FILING |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/18/2025 | 1.70 | 185.00 | 314.50 | REVIEW OF SCHEDULE F DATA; PROVIDE INSTRUCTIONS TO L MULHERN; CONFER WITH SAME; REVIEW COMPILED DATABASE AND MAKE EDITS |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/18/2025 | 1.00 | 185.00 | 185.00 | REVIEW OF SCHEDULE D DATA; REVIEW AGAINST SCHEDULES RAFTS; MAKE UPDATES/CORRECT DATA |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/18/2025 | 1.00 | 185.00 | 185.00 | MULTIPLE EMAILS WITH FTI REGARDING SCHEDULE D AND SCHEDULE F DATA |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/18/2025 | 0.20 | 185.00 | 37.00 | REVIEW EMAILS PERTAINING TO UPDATED SOFA DATA AND STATUS OF SCHEDULE F |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/18/2025 | 0.20 | 185.00 | 37.00 | REVIEW EMAILS PERTAINING TO UPDATED SOFA DATA |
| Kathryn Tran | Director/V.P. Consulting | 645 Schedule/Sofa Prep | 11/18/2025 | 0.20 | 185.00 | 37.00 | SEND EMAIL TO J HELLER REGARDING TIMING FOR FINAL DRAFTS |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/18/2025 | 2.10 | 185.00 | 388.50 | IMPORTED DATA FOR SOFA 3 AMENDMENTS |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/18/2025 | 2.50 | 185.00 | 462.50 | IMPORTED DATA AND PERFORMED DATA ANALYSIS FOR SCHEDULE F |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/18/2025 | 1.80 | 185.00 | 333.00 | PERFORMED REDACTION ANALYSIS FOR SCHEDULE F AND G |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/18/2025 | 1.40 | 185.00 | 259.00 | PERFORMED AGGREGATIONS AND MISSING ADRESS REVIEW OF SCHEDULE G |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/19/2025 | 1.00 | 185.00 | 185.00 | COORDINATE UPDATES TO SCHEDULES F AND G FOR MISSING ADDRESSES. |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/19/2025 | 2.00 | 185.00 | 370.00 | RESEARCH MISSING ADDRESSES IN SCHEDULE F AND G, COORDINATE UPDATES TO SOFAS, COMPILE LIST OF MISSING ADDRESSES AND CIRCULATE TO FTI FOR COMPANY RESEARCH. |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/19/2025 | 0.20 | 185.00 | 37.00 | PERFORMED DATA ANALYSIS FOR SCHEDULE D |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/20/2025 | 2.00 | 185.00 | 370.00 | PREPARE DATA AND COORDINATE IMPORT OF SCHEDULES. |
| Lance Mulhern | Director of Case Management II | 645 Schedule/Sofa Prep | 11/20/2025 | 1.20 | 185.00 | 222.00 | GENERATED DATABASE EXPORTS |
| Joseph Saraceni | Senior Consultant II | 645 Schedule/Sofa Prep | 11/21/2025 | 1.00 | 185.00 | 185.00 | REVIEW FILED SCHEDULE IMPORT STATUS. |
| | | | | 153.80 | | 28,283.00 | |

| | | | | 190.60 | | 35,450.00 | |