**Hearing Date: January 21, 2026 at 11:00 a.m. ET[1]**
**Objection Deadline: January 9, 2026 at 4:00 p.m.**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
Robert J. Dehney, Sr. (NY Bar #3578)
Matthew O. Talmo
Sophie Rogers Churchill
Luke Brzozowski

*Conflicts Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SPIRIT AVIATION HOLDINGS, INC.**, *et al.*, | Case No. 25-11897 (SHL) |
| Debtors.[2] | Jointly Administered |

### COVER SHEET TO THE FIRST INTERIM APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS CONFLICTS COUNSEL FOR THE DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 29, 2025 THROUGH NOVEMBER 30, 2025

In accordance with Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York, incorporating the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases* [General Order M-447], among other guidelines (the "**Local Guidelines**") and the *Order Establishing Procedures*

---

[1]    All times herein are expressed in prevailing Eastern Time.

[2]    The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

*for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [ECF No. 387] (the "**Interim Compensation Order**"),[3] Morris, Nichols, Arsht & Tunnell LLP ("**Morris Nichols**"), conflicts counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this summary (this "**Summary**") of fees and expenses sought as actual and necessary in the fee application to which this Summary is attached (the "**Application**") for the period of August 29, 2025 through November 30, 2025 (the "**Compensation Period**").

| General Information | |
|---|---|
| **Name of Applicant:** | Morris, Nichols, Arsht & Tunnel LLP |
| | Conflicts Counsel to the Debtors and Debtors in Possession |
| **Authorized to Provide Services to:** | Spirit Aviation Holdings, Inc., *et al.* |
| **Petition Date:** | August 29, 2025 |
| **Retention Date:** | November 3, 2025 *nunc pro tunc* to the petition date |
| **Date of Order Approving Retention:** | November 3, 2025 [ECF No. 397] |

| Summary of Fees and Expenses Requested for the Compensation Period | |
|---|---|
| **Time Period Covered by This Application:** | August 29, 2025 through November 30, 2025 |
| **Total Compensation Requested:** | $367,812.50 |
| **Total Expenses Requested:** | $8,440.75 |
| **Total Compensation and Expenses Requested:** | $376,523.25 |

---

[3]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

**Summary of Past Requests for Compensation and Prior Payments**

| | |
|---|---|
| **Compensation Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $225,585.60 (This reflects 80% of fees sought in September 2025). |
| **Expenses Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $6,588.41 (This reflects 100% of expenses sought in September 2025). |
| **Total Compensation and Expenses Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $232,174.01 |

**Summary of Rates and Other Related Information for the Compensation Period**

| | |
|---|---|
| **Blended Rate in This Application for All Partners, of Counsel, and Associates:** | $878.07 |
| **Blended Rate in This Application for All Timekeepers:** | $864.66 |
| **Number of Professionals Included in This Application:** | 16 |
| **Difference Between Fees Budgeted and Compensation Sought for This Period:** | N/A |
| **Number of Professionals Billing Fewer Than 15 Hours During This Period:** | 9 |

**Increase in Rates Since Date of Retention:  Not Applicable.**

This is an:___ monthly    _x_ interim    ___ final application

### Summary of Prior Monthly Fee Statements Requested for Interim Period

| Period Covered and ECF No. | Total Fees Requested | Total Expenses Requested | Total Fees and Expenses Requested | Fees Paid | Expenses Paid | Total Balance Remaining to be Paid |
|---|---|---|---|---|---|---|
| 8/29/25-9/30/25 ECF No. 429 | $281,982.00 | $6,588.41 | $288,570.41 | $225,585.60 | $6,588.41 | $56,396.40 |
| 10/1/25-10/30/25 ECF No. 517 | $60,701.50 | $954.74 | $61,656.24 | $0.00 | $0.00 | $61,656.24 |
| 11/1/25-11/30/25 ECF No. 608 | $25,129.00 | $897.60 | $26,026.60 | $0.00 | $0.00 | $26,026.60 |
| **Totals** | **$367,812.50** | **$8,440.75** | **$376,253.25** | **$225,585.60** | **$6,588.41** | **$144,079.24** |

**Hearing Date: January 21, 2026 at 11:00 a.m. ET[1]**
**Objection Deadline: January 9, 2026 at 4:00 p.m.**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
Robert J. Dehney, Sr. (NY Bar #3578)
Matthew O. Talmo
Sophie Rogers Churchill
Luke Brzozowski

*Conflicts Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | Case No. 25-11897 (SHL) |
| Debtors.[2] | Jointly Administered |

**FIRST INTERIM APPLICATION OF MORRIS, NICHOLS, ARSHT &
TUNNELL LLP, AS CONFLICTS COUNSEL FOR THE DEBTORS,
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FROM
<u>AUGUST 29, 2025 THROUGH NOVEMBER 30, 2025</u>**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of

New York (the "**Local Rules**"), incorporating the *Amended Guidelines for Fees and*

---

[1]   All times herein are expressed in prevailing Eastern Time.

[2]   The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

*Disbursements for Professionals in the Southern District of New York Bankruptcy Cases* [General Order M-447], among other guidelines (the "**Local Guidelines**"), the United States Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases*, effective as of November 1, 2013 (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Fee Guidelines**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Morris, Nichols, Arsht & Tunnell LLP as Conflicts Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date* [ECF No. 397] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [ECF No. 387] (the "**Interim Compensation Order**"),[3] Morris, Nichols, Arsht & Tunnell LLP ("**Morris Nichols**"), conflicts counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submits this *First Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as Conflicts Counsel for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 29, 2025 through November 30, 2025* (this "**Application**"), for (a) compensation in the amount of $367,812.50 for actual, reasonable, and necessary professional services that Morris Nichols rendered for the period of August 29, 2025 through November 30, 2025 (the "**Compensation Period**") and (b) reimbursement of $8,440.75 for the actual and necessary expenses that Morris Nichols incurred in connection with such services, for an aggregate total of $376,523.25.

---

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

## JURISDICTION

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtors confirm their consent to the entry of a final order by the Court in connection with this Motion.

3.      Venue of the Chapter 11 Cases and related proceedings is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

4.      On August 29, 2025 (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On September 17, 2025, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**UCC**") pursuant to section 1102 of the Bankruptcy Code [ECF No. 117].  On October 28, 2025, the U.S. Trustee appointed an examiner (the "**Examiner**") pursuant to 11 U.S.C. § 1104(c) [ECF No. 286].  On December 1, 2025, the Debtors filed an application authorizing the appointment of an independent fee examiner (the "**Fee Examiner**") [ECF No. 521].  These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [ECF No. 35].

5.      Additional information about the Debtors' businesses and the events leading up to the Petition Date can be found in the *Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings* [ECF No. 19].

6.        On November 3, 2020, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases [ECF No. 387].

### THE DEBTOR'S RETENTION OF MORRIS NICHOLS

7.        On November 3, 2025, the Court entered the *Order Approving Application of Debtors for Authority to Employ and Retain Morris, Nichols, Arsht & Tunnell LLP as Conflicts Counsel for the Debtors Nunc Pro Tunc to the Petition Date* [ECF No. 397] (the "**Retention Order**") authorizing Morris Nichols's retention by the Debtors.  The Retention Order, attached hereto as **Exhibit B** and incorporated herein by reference, allows the Debtors to compensate and reimburse Morris Nichols in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Guidelines, and the Interim Compensation Order.

8.        The Retention Order also authorizes the Debtors to compensate Morris Nichols at its hourly rates charged for services of this type and for the firm's actual, necessary expenses incurred in connection with such services rendered during the Compensation Period.  The Retention Order permits Morris Nichols to render the following services:

(a)        perform all necessary services as the Debtors' conflicts counsel, including, without limitations, providing the Debtors with advice, representing the Debtors, and preparing necessary documents on behalf of the Debtors in the areas of restructuring and bankruptcy;

(b)        counsel the Debtors with regard to their rights and obligations as debtors in possession;

(c)        counsel the Debtors with regard to Delaware law matters, including Delaware corporate law;

(d)        coordinate with the Debtors' other professionals in representing the Debtors in connection with these cases; and

(e)        perform all other necessary, requested, or related legal services.

## COMPENSATION PAID AND ITS SOURCES

9.      All services during the Compensation Period for which compensation is requested by Morris Nichols were performed for or on behalf of the Debtors.  Additionally, Morris Nichols has not received any payment or promises of payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Fee Application.  A certification confirming Morris Nichols's compliance with the Fee Guidelines is annexed hereto as **Exhibit A**.

10.      To the extent that billable time or disbursement charges for services rendered or expenses incurred relate to the Compensation Period, but were not processed prior to the preparation of this Fee Application, Morris Nichols reserves the right to request compensation for such services and reimbursement of such expenses in a future fee application.

11.      These professional services were rendered by Morris Nichols's partners, counsel, associates and paraprofessionals from its various practice groups.

## RELIEF REQUESTED

12.      During the Compensation Period, Morris Nichols's professionals and paraprofessionals expended a total of 425.5 hours in connection with providing necessary services. Morris Nichols has been able to efficiently provide services by utilizing the expertise of professionals and paraprofessionals within relevant practice groups to effectively advise the Debtors regarding discrete issues and ensuring that the level of seniority is commensurate with the assignment.  Morris Nichols, in connection with services rendered on behalf of the Debtors, respectfully requests allowance of reasonable compensation of such services rendered in the total amount of $367,812.50 and reimbursement of actual and necessary expenses incurred in the amount of $8,440.75, for an aggregate total of $376,523.25 for the Fee Period.  Annexed hereto as **Exhibit C** is a list of Morris Nichols professionals and paraprofessionals, their position with the

5

firm, the department in which the individual practices, the hourly rate charged for their services, the number of hours worked on this matter during the Compensation Period, and other pertinent information.  **Exhibit D** annexed hereto is a list of the various categories and the total fees and total hours expended by subject matter category.  Morris Nichols maintains computerized, detailed time records of services rendered by its professionals and paraprofessionals.  The detailed time records for this Compensation Period are annexed hereto as **Exhibit E**.  Annexed hereto as **Exhibit F** is Morris Nichols's staffing plan in connection with services rendered to the Debtors.

## CASE STATUS

13.     Spirit Aviation Holdings, Inc. ("**Holdings**") and each of its direct and indirect subsidiaries (collectively with Holdings, "**Spirit**," the "**Debtors**," or the "**Company**"), operate a leading value airline committed to delivering value to its guests by offering an enhanced travel experience with flexible, affordable options. As of the Petition Date, Spirit employed approximately 25,000 direct employees and independent contractors, and served destinations throughout the United States, Latin America, and the Caribbean with one of the youngest and most fuel-efficient fleets in the United States.

14.     Spirit commenced these cases to use the tools of chapter 11 to realize hundreds of millions of dollars in annual savings and lighten its balance sheet by shedding billions of dollars of liabilities. Spirit continues to examine every aspect of its cost structure, fleet, and network. Spirit intends to use chapter 11 to implement the broad changes necessary to transition the Company to a sustainable future and position it to deliver the best value in the sky for years to come. Spirit is redesigning its network to focus its flying on key markets to provide more destinations, frequencies and enhanced connectivity in certain of its focus cities, while simultaneously reducing its presence in certain other cities. In line with the redesigned network, Spirit intends to rightsize its fleet to match capacity with profitable demand. Doing so will

significantly shrink Spirit's overall fleet, which in turn will materially lower Spirit's debt and lease

obligations, leading to hundreds of millions of dollars in annual operating savings.

15.    In the short time since the Petition Date, the Debtors have made significant

progress toward their restructuring goals including:

(a)    smoothly transitioning into chapter 11, including by obtaining vital first- and second-day relief, and engaging in numerous discussions and negotiations with key stakeholders;

(b)    securing and obtaining approval of an approximately $475 million post-petition debtor-in-possession financing (the "**DIP Facility**"), which involved comprehensive negotiations with the DIP Lenders,[4] the Committee, and various other key constituencies in the Chapter 11 Cases;

(c)    seeking and obtaining authority to amend and assume certain aircraft-related leases, reject certain aircraft-related leases, and enter into certain new lease agreements with respect to aircraft-related equipment, in each case, in furtherance of the Debtors' fleet rationalization process and consistent with the Debtors' go-forward fleet needs;

(d)    negotiating and entering into a global settlement with one of the Debtors' largest aircraft lessors, AerCap Ireland Limited and certain of its affiliates ("**AerCap**"), whereby AerCap agreed to provide Sprit with, among other things, a $150 million liquidity infusion and other significant cost savings;

(e)    negotiating and entering into a settlement with the Debtors' major engine provider, International Aero Engines, LLC and certain of its affiliates (the "**IAE Parties**"), whereby the IAE Parties agreed to provide Sprit with up to $140 million additional credits and other significant cost savings;

(f)    seeking and obtaining authority to assign two gates at Chicago O'Hare International Airport to American Airlines, Inc. for an assignment fee of $30 million;

---

[4] "**DIP Lenders**" shall have the meaning ascribed to such term in the *Motion of Debtors for Entry of (I) Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (A) Authorizing the Debtors to Obtain Post-Petition Financing, (B) Granting Senior Secured Liens and Superpriority Administrative Expense Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing on the Motion; and (F) Granting Related Relief; and (II) Third Interim Order (A) Authorizing the Debtors to Use Cash in Encumbered Accounts; (B) Granting Adequate Protection; (C) Modifying the Automatic Stay; (D) Scheduling a Final Hearing on the Motion; and (E) Granting Relief* (the "**DIP Motion**") [ECF No. 194].

(g)     negotiating and entering into transactions with lessors, vendors and other counterparties of the Debtors, which provided the Debtors with much needed breathing room as they transitioned into chapter 11;

(h)     preparing for and successfully arguing numerous motions and applications at multiple omnibus hearings; and

(i)     addressing, and continuing to address, in-depth issues surrounding numerous diligence requests from various parties in interest while providing an ever-increasing volume of relevant information.

16.     As the foregoing summary demonstrates, the Debtors have accomplished a great deal during the Compensation Period and continue to make progress on many different fronts.

## SUMMARY OF SERVICES RENDERED

17.     During the Compensation Period, Morris Nichols provided critical professional advice and other services, including with respect to complex issues involved in these chapter 11 cases.  Summaries of significant services are detailed below in accordance with Morris Nichols's internal system of project categories:

Case Administration
Fees: $435.00, Total Hours: 1.0
- Under this project category, Morris Nichols assisted the Debtors with general matters related to case administration, including noticing of pleadings and other filings, and case coordination with the Debtors' other professionals.

Automatic Stay Matters
Fees: $30,073.50, Total Hours: 35.8
- Under this project category, Morris Nichols assisted the Debtors with research, drafting and negotiating issues related to the enforcement of the automatic stay.

Fee Applications (MNAT – Filing)
Fees: $18,223.50, Total Hours: 28.7
- Under this project category, Morris Nichols assisted the Debtors with issues related to the preparation and review of Morris Nichols's monthly fee statements.

Executory Contracts/Unexpired Leases
Fees: $16,196.50, Total Hours: 11.7
- Under this project category, Morris Nichols assisted the Debtors with issues related to the Debtors' executory contracts and unexpired leases and negotiations with lease and contract counterparties, among other things.  Specifically, Morris Nichols:

8

- Reviewed and provided comments to various documents related to new or amended commercial agreements.
- Analyzed and performed an analysis of certain executory contracts; and
- Discussed and corresponded with the Debtors, the Debtors' various professionals, and contract counterparties regarding the performance, amendment, extension, assumption, assignment and/or rejection of certain executory contracts and unexpired leases.

Other Contested Matters
Fees: $4,792.00, Total Hours: 3.6
- Under this project category, Morris Nichols assisted the Debtors with issues related to certain transactions, including certain settlements and contested motions.

Financing Matters/Cash Collateral
Fees: $209,371.50, Total Hours: 237.0
- Under this project category, Morris Nichols assisted the Debtors with issues related to the Debtors' use of cash collateral and debtor in possession ("DIP") financing and the cash reserves related thereto. Specifically, Morris Nichols conducted extensive research regarding numerous issues related to the use of cash collateral, adequate protection, and DIP financing, and discussed and corresponded with the Debtors and their advisors to formulate strategies with respect to the same.

Court Hearings
Fees: $38,222.00, Total Hours: 43.1
- Under this project category, Morris Nichols prepared for and attended hearings, including the hearings on September 2, 2025, September 8, 2025, September 30, 2025, October 10, 2025, October 16, 2025, October 29, 2025, and November 10, 2025.

Professional Retention (MNAT – Filing)
Fees: $26,494.50, Total Hours: 36.1
- Under this project category, Morris Nichols assisted the Debtors in maintaining Morris Nichols's retention in these cases. Specifically, Morris Nichols drafted and submitted, and conducted investigations related to, supplemental declarations and disclosures in support of Morris Nichols's retention.

General Case Strategy
Fees: $23,773.00, Total Hours: 28.2
- Under this project category, Morris Nichols assisted the Debtors with general case strategy related to various issues. Specifically, Morris Nichols prepared for, coordinated, and attended numerous meetings with various professionals and advisors on case status and the status of certain issues to develop an efficient strategy with respect to each, and had numerous conversations with the Debtors' other professionals on general case strategy.

Schedules/SOFA/U.S. Trustee Reports
Fees: $231.00, Total Hours: 0.3

- Under this project category, Morris Nichols assisted the Debtors with their statement of financial affairs. Specifically, Morris Nichols responded to inquiries from the Debtors' financial advisors to assist in preparing SOFA Part 6.

## ACTUAL AND NECESSARY EXPENSES

18.     As set forth in **Exhibit G** hereto, Morris Nichols has incurred or disbursed $8,440.75 in expenses in providing professional services to the Debtors during the Compensation Period.  These expense amounts are intended to cover Morris Nichols's direct operating costs, which costs are not incorporated into Morris Nichols's hourly billing rates.  Only clients for whom the services are actually used are separately charged for such services.  The effect of including such expenses as part of the hourly billing rates would unfairly impose additional costs upon clients who do not require extensive photocopying, delivery, and other services.

19.     Morris Nichols charges all of its bankruptcy clients $0.10 per page for photocopying and printing.

20.     Morris Nichols does not charge for outgoing domestic facsimiles or incoming facsimiles.

21.     Regarding online legal research, Morris Nichols pays a contractual flat fee to Westlaw.  Morris Nichols is currently under contract to pay Westlaw this flat fee every month.  Morris Nichols charges all of its clients for Westlaw usage based upon Westlaw's retail costs discounted to reflect Morris Nichols's projected cost, which may not always equal the actual cost to Morris Nichols.  Charging its clients for Westlaw usage helps Morris Nichols defray some of the monthly flat fees it must pay to Westlaw.

22.     Morris Nichols has made every effort to minimize its expenses in these chapter 11 cases.  The actual expenses incurred in providing professional services to the Debtors were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors, their estates, and other parties in interest.

## MORRIS NICHOLS'S REQUESTED COMPENSATION AND REIMBURSEMENT SHOULD BE ALLOWED

23.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (a)     the time spent on such services;
>
> (b)     the rates charged for such services;
>
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
>
> (e)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

24.     The foregoing professional services were performed by Morris Nichols in an efficient manner, were necessary and appropriate to the administration of these chapter 11 cases, and were in the best interests of the Debtors, their estates, and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, and tasks involved.  As required by the U.S. Trustee

Guidelines, annexed hereto as **Exhibit H** is a chart setting forth the comparative blended rates of the professionals and paraprofessionals who rendered services with a corresponding comparison of rates for professionals and paraprofessionals not involved in these chapter 11 cases.

## NOTICE

25.     The Debtors will provide notice of this Application in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

WHEREFORE, Morris Nichols, in connection with services rendered on behalf of the Debtors, respectfully requests allowance of reasonable compensation of such services rendered in the total amount of $367,812.50 and reimbursement of actual and necessary expenses incurred in the amount of $8,440.75, for an aggregate total of $376,523.25.

Dated:  December 19, 2025          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Robert J. Dehney, Sr.*
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
Robert J. Dehney, Sr. (NY Bar #3578)
Matthew O. Talmo
Sophie Rogers Churchill
Luke Brzozowski

*Conflicts Counsel for the Debtors and the Debtors in Possession*

## Exhibit A

**Certification of Compliance with Fee Guidelines**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
Robert J. Dehney, Sr. (NY Bar #3578)
Matthew O. Talmo
Sophie Rogers Churchill
Luke Brzozowski

*Conflicts Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**CERTIFICATION OF ROBERT J. DEHNEY, SR. IN SUPPORT OF FIRST
INTERIM APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL
LLP, AS CONFLICTS COUNSEL FOR THE DEBTORS,
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FROM
<u>AUGUST 29, 2025 THROUGH NOVEMBER 30, 2025</u>**

I, Robert J. Dehney, Sr., hereby certify that:

1.      I am a partner at Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"),

which maintains an office for the practice of law at 1201 North Market Street, 16th Floor,

Wilmington, Delaware 19801.  I am an attorney at law, duly admitted and in good standing to

practice in the states of Connecticut, Delaware, Pennsylvania, and New York.

---

[1]     The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

2.     I have reviewed the First Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as Conflicts Counsel for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 29, 2025 through November 30, 2025 (the "**Application**") to certify to certain matters addressed in the (i) Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals, entered on November 3, 2025 [ECF No. 387] (the "**Interim Compensation Order**"), (ii) rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York, incorporating the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases [General Order M-447], among other guidelines (the "**Local Guidelines**"), and (iii) the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**U.S. Trustee Guidelines,**" and together with Local Guidelines, the "**Fee Guidelines**").[2]  The Application covers the period from August 29, 2025 through November 30, 2025 (the "**Compensation Period**").

3.     To the best of my knowledge, information and belief, the statements contained in the foregoing Application are true and accurate in all material respects and comply with the Fee Guidelines in material part.  Morris Nichols responds to the questions identified in the U.S. Trustee Guidelines as follows:

(a)     Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.  **No**.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

(b)     If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?  **Not applicable.**

(c)     Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?  **No**.

(d)     Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  **The Application includes time and fees related to reviewing or revising time records or preparing, reviewing, or revising invoices in connection with the preparation of three monthly fee statements relating to the Compensation Period covered by the Application.  Morris Nichols is seeking compensation for approximately 28.7 hours and $18,223.50 in fees related to reviewing and revising time records with respect to both the preparation of such fee applications, and reviewing time records for redactions as queried in question 5, which collectively represents approximately 5% of the aggregate amount of the fees requested.**

(e)     Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.  **The Application includes time and fees related to reviewing time records to redact any privileged or other confidential information. Such charges are included in the time charges set forth in response to question 4 and are not separately calculated.**

(f)     Did the Application include any rate increases since retention in these cases? **No.**

(g)     Did the client agree when retaining Morris Nichols to accept all future rate increases? If not, did Morris Nichols inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458? **The client was informed regarding Morris Nichols's rates and future rate increases as part of its approval of Morris Nichols's retention application.**

Dated:  December 19, 2025
        Wilmington, Delaware

                                        */s/ Robert J. Dehney, Sr.*
                                        Robert J. Dehney, Sr.

## Exhibit B

## Retention Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:**<br><br>**SPIRIT AVIATION HOLDINGS, INC., et al.,**<br><br>Debtors.[1] | **Chapter 11**<br>**Case No. 25-11897 (SHL)**<br>**(Jointly Administered)**<br>**Hearing Date:**<br>**October 16, 2025, at 11:00 a.m.**<br>**Objection Deadline:**<br>**October 9, 2025, at 4:00 p.m.** |

**ORDER APPROVING APPLICATION OF DEBTORS FOR AUTHORITY TO EMPLOY
AND RETAIN MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS CONFLICTS
COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the Application (the "**Application**")[2] of Spirit Aviation Holdings, Inc. and its direct

and indirect subsidiaries (collectively, the "**Debtors**"), which are debtors and debtors in possession

in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for entry of an order, pursuant

to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules

2014-1 and 2016-1, approving the employment and retention of Morris Nichols as conflicts

counsel for the Debtors *nunc pro tunc* to the Petition Date, pursuant to the terms set forth in the

Application and in the Dehney Declaration; the Court having jurisdiction to consider the

Application and the relief requested therein pursuant to 28 U.S.C. § 1334 and the *Amended*

*Standing Order of Reference M-431* from the United States District Court for the Southern District

of New York, dated January 31, 2012; and the Court having found that this is a core proceeding

pursuant to 28 U.S.C. § 157; and the Court having found that it may enter a final order consistent

---

[1]    The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit
Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance
Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors'
mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
Application.

with Article III of the United States Constitution; and the Court having found that venue of the

Chapter 11 Cases and related proceedings being proper in this district pursuant to 28 U.S.C.

§§ 1408 and 1409; and due, proper, and adequate notice of the Application and opportunity for a

hearing on the Application having been given to the parties listed therein, and it appearing that no

other or further notice need be provided; and the Court having reviewed and considered the

Application, the Dehney Declaration, and the Cromer Declaration; and the Court having held a

hearing, if necessary, to consider the relief requested in the Application on a final basis (the

"**Hearing**"); and the Court having determined that the legal and factual bases set forth in the

Application, the Dehney Declaration, and the Cromer Declaration and at the Hearing, if any,

establish just cause for the relief granted herein; and the Court having found that (a) Morris Nichols

does not hold or represent an interest adverse to the Debtors' estates and (b) Morris Nichols is a

"disinterested person," as defined in section 101(14) of the Bankruptcy Code, as required by

section 327(a) of the Bankruptcy Code; and the Court having found that the relief requested in the

Application being in the best interests of the Debtors, their creditors, their estates, and all other

parties in interest; and all objections and reservations of rights filed or asserted in respect of the

Application, if any, having been withdrawn, resolved, or overruled; and upon all of the proceedings

had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.     The relief requested in the Application is granted as set forth in this order (the

"**Order**").

2.     The Debtors are hereby authorized to employ and retain Morris Nichols as their

conflicts counsel *nunc pro tunc* to the Petition Date in the Chapter 11 Cases, all as contemplated

by the Application and on the terms provided in the Application, the Dehney Declaration, and the

Cromer Declaration, to the extent that the terms of the Application do not conflict with the terms of this Order.

    3.    Morris Nichols is hereby authorized to render the following professional services:

    (a)    perform all necessary services as the Debtors' conflicts counsel, including, without limitation, providing the Debtors with advice, representing the Debtors, and preparing necessary documents on behalf of the Debtors in the areas of restructuring and bankruptcy;

    (b)    counsel the Debtors with regard to their rights and obligations as debtors in possession;

    (c)    counsel the Debtors with regard to Delaware law matters, including Delaware corporate law;

    (d)    coordinate with the Debtors' other professionals in representing the Debtors in connection with these cases; and

    (e)    perform all other necessary, requested, or related legal services.

    4.    Morris Nichols shall apply for compensation for its services and reimbursement for any reasonable and necessary expenses and disbursements in accordance with the rates (as may be adjusted from time to time) and disbursement policies as set forth in the Application and the Dehney Declaration and in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable order of the Court.  Morris Nichols shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the UST Guidelines in connection with the Application and any fee application(s) to be filed by Morris Nichols in the Chapter 11 Cases.  All fees and expenses incurred by Morris Nichols and approved by the Court shall be treated as administrative expenses under section 503 of the Bankruptcy Code.

    5.    The relief granted herein shall be binding upon any chapter 11 trustee appointed in any of the Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of any of the Chapter 11 Cases to cases under chapter 7.

6.      To the extent that there may be any inconsistency between the terms of the Application, the Dehney Declaration, the Cromer Declaration, and this Order, the terms of this Order shall govern.

7.      Any Bankruptcy Rule or Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

8.      The Debtors and Morris Nichols are authorized to take any action necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Order without seeking further order of the Court.

9.      The Court shall retain jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated:**    **November 3, 2025**
        **White Plains, New York**

                        /s/ Sean H. Lane
                        **HONORABLE SEAN H. LANE**
                        **UNITED STATES BANKRUPTCY**
                        **JUDGE**

**<u>Exhibit C</u>**

**Professional & Paraprofessional Fees**

**COMPENSATION BY PROFESSIONAL**
**SPIRIT AVIATION HOLDINGS, INC.,** *et al.*,
Case No. 25-11897 (SHL)
**August 29, 2025 through November 30, 2025**

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert J. Dehney | Partner/Bankruptcy.  Partner since 1999. Joined firm as an associate in 1996. Member of the DE Bar since 1997. | 1,895 | 32.2 | 61,019.00 |
| Donna L. Culver | Partner/Bankruptcy.  Partner since 1999. Joined firm as an associate in 1991. Member of the DE Bar since 1991. | 1,295 | 5.2 | 6,734.00 |
| Andrew R. Remming | Partner/Bankruptcy.  Partner since 2016. Joined firm as an associate in 2008. Member of the DE Bar since 2008. | 1,295 | 44.3 | 57,368.50 |
| Matthew B. Harvey | Partner/Bankruptcy.  Partner since 2020. Joined firm as associate from 2008 to Sept. 2013; rejoined the firm as an associate in Nov. 2014.  Member of the DE Bar since 2008. | 1,295 | 0.2 | 259.00 |
| Matthew O. Talmo | Partner/Bankruptcy.  Partner since 2025. Joined the firm as an associate in 2016. Member of the DE Bar since 2016. | 1,125 | 32.8 | 36,900.00 |
| Daniel B. Butz | Senior Counsel/Bankruptcy. Joined the firm as an associate in 2002. Member of the DE Bar since 2002. | 1,095 | 0.9 | 985.50 |
| Sophie Rogers Churchill | Associate/Bankruptcy.  Joined the firm as an associate in 2021. Member of the DE Bar since 2022. | 770 | 79.2 | 60,984.00 |
| Echo Qian | Associate/Bankruptcy.  Joined the firm as an associate in 2023.  Member of the DE Bar since 2024. | 730 | 1.2 | 876.00 |
| Hashim Elwazir | Associate/Bankruptcy.  Joined the firm as an associate in 2025.  Member of the TX Bar since 2023. | 675 | 34.5 | 23,287.50 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| J. Luke Brzozowski | Associate/Bankruptcy.  Joined the firm as an associate in 2024.  Member of the DE Bar since 2024. | 625 | 90.9 | 56,812.50 |
| Cole Kreuzberger | Associate/Bankruptcy.  Joined the firm as a law clerk in 2025. | 625 | 86.7 | 54,187.50 |
| John-Mark Gladstone | Law Clerk/Bankruptcy.  Joined the firm as a law clerk in 2025. | 625 | 4.5 | 2,812.50 |
| Desiree M. Vale | Paralegal | 435 | 8.8 | 3,828.00 |
| John Lawrence | Paralegal | 435 | 1.2 | 522.00 |
| Radha Chevli | Paralegal | 435 | 2.4 | 1,044.00 |
| Billie Springart | Legal Assistant | 385 | 0.5 | 192.50 |
| **Total** | | **864.42** | **425.5** | **$367,812.50** |
| **BLENDED RATE: $864.42** | | | | |
| **ATTORNEY BLENDED RATE: $877.91** | | | | |

## Exhibit D

**Fees by Project Category**

**COMPENSATION BY PROJECT CATEGORY**
**SPIRIT AVIATION HOLDINGS, INC.,** *et al.,*

**Case No. 25-11897 (SHL)**
**August 29, 2025 through November 30, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.0 | 435.00 |
| Automatic Stay Matters | 35.8 | 30,073.50 |
| Fee Applications (MNAT - Filing) | 28.7 | 18,223.50 |
| Executory Contracts/Unexpired Leases | 11.7 | 16,196.50 |
| Other Contested Matters | 3.6 | 4,792.00 |
| Financing Matters/Cash Collateral | 237.0 | 209,371.50 |
| Court Hearings | 43.1 | 38,222.00 |
| Professional Retention (MNAT - Filing) | 36.1 | 26,494.50 |
| General Case Strategy | 28.2 | 23,773.00 |
| Schedules/SOFA/U.S. Trustee Reports | 0.3 | 231.00 |
| **TOTAL** | **425.5** | **$367,812.50** |

## Exhibit E

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| **Task Code** | **B110** | **Case Administration** | | |
| 9/5/2025 | Chevli, Radha | Communicate with S. Churchill re: case status (.1); review the docket and update the case file (.6). | 0.7 | 304.50 |
| 9/8/2025 | Chevli, Radha | Review the court docket and update the case file. | 0.2 | 87.00 |
| 11/18/2025 | Chevli, Radha | Review docket and update case file. | 0.1 | 43.50 |
| **Sub-Total** | | | **1.0** | **435.00** |
| **Task Code** | **B140** | **Automatic Stay Matters** | | |
| 9/1/2025 | Rogers Churchill, Sophie | Review first day papers. | 0.9 | 693.00 |
| 9/10/2025 | Kreuzberger, Cole | Research precedent re: automatic stay. | 0.8 | 500.00 |
| 9/10/2025 | Brzozowski, Luke | Confer with S. Churchill re: research re: automatic stay violations. | 0.1 | 62.50 |
| 9/10/2025 | Brzozowski, Luke | Research precedent re: stay violations (1.6); emails with S. Churchill re: same (.1). | 1.7 | 1,062.50 |
| 9/10/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski re: research re: automatic stay. | 0.1 | 77.00 |
| 9/10/2025 | Brzozowski, Luke | Research issue re: automatic stay violations (.3); confer with R. Dehney re: same (.1). | 0.4 | 250.00 |
| 9/10/2025 | Dehney, Robert J. | Confer with L. Brzozowski re: research regarding automatic stay violations. | 0.1 | 189.50 |
| 9/11/2025 | Kreuzberger, Cole | Research precedent re: automatic stay. | 0.6 | 375.00 |
| 9/12/2025 | Kreuzberger, Cole | Draft memorandum re: automatic stay. | 0.5 | 312.50 |
| 9/12/2025 | Brzozowski, Luke | Research precedent re: automatic stay violations. | 1 | 625.00 |
| 9/15/2025 | Kreuzberger, Cole | Further draft memorandum re: automatic stay issue. | 1.3 | 812.50 |
| 9/15/2025 | Brzozowski, Luke | Research precedent re: automatic stay violations. | 1.3 | 812.50 |
| 9/16/2025 | Brzozowski, Luke | Research precedent re: automatic stay violations. | 1.8 | 1,125.00 |
| 10/30/2025 | Elwazir, Hashim | Review correspondence with DPW team re: Unifi objection (.1); review Unifi objection and draft response (.3). | 0.4 | 270.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/2025 | Talmo, Matthew | Emails with D. Klein and S. Churchill re: stay objection. | 0.2 | 225.00 |
| 10/30/2025 | Brzozowski, Luke | Review Unifi lift stay motion and related documents (.6); review draft reply to same (.5). | 1.1 | 687.50 |
| 10/30/2025 | Rogers Churchill, Sophie | Emails with DPW and M. Talmo re: Unifi lift stay motion. | 0.2 | 154.00 |
| 10/31/2025 | Kreuzberger, Cole | Review Unifi lift stay motion. | 0.3 | 187.50 |
| 10/31/2025 | Kreuzberger, Cole | Review draft response to Unifi lift stay motion. | 0.4 | 250.00 |
| 10/31/2025 | Kreuzberger, Cole | Meeting with S. Churchill and H. Elwazir re: UniFi motion to lift stay response and research inquiries re: same. | 0.3 | 187.50 |
| 10/31/2025 | Kreuzberger, Cole | Research re: automatic stay issues. | 1.5 | 937.50 |
| 10/31/2025 | Kreuzberger, Cole | Review precedent re: at-will clauses and relief from stay. | 1.1 | 687.50 |
| 10/31/2025 | Elwazir, Hashim | Review correspondence re: motion from DPW team (.1); correspond with S. Churchill re: the same (.1); discuss status and research re: same with S. Churchill and C. Kreuzberger (.3); research issues re: automatic termination (1.1). | 1.6 | 1,080.00 |
| 10/31/2025 | Talmo, Matthew | Call with DPW re: objection to motion for relief from stay. | 0.1 | 112.50 |
| 10/31/2025 | Talmo, Matthew | Review stay relief motion and draft objection. | 1 | 1,125.00 |
| 10/31/2025 | Talmo, Matthew | Emails with R. Dehney re: stay relief objection. | 0.2 | 225.00 |
| 10/31/2025 | Talmo, Matthew | Call with S. Churchill and DPW re: stay relief motion. | 0.4 | 450.00 |
| 10/31/2025 | Talmo, Matthew | Call with S. Churchill re: stay relief objection. | 0.1 | 112.50 |
| 10/31/2025 | Brzozowski, Luke | Further review stay relief motion and objection to the same (.3); research precedent re: same (.4); confer with C. Kreuzberger (.1) and S. Churchill (.1) re: same. | 0.9 | 562.50 |
| 10/31/2025 | Dehney, Robert J. | Emails with DPW re: lift/stay motion (.3); review draft objection from DPW (.3); further discussion with MNAT team and DPW re: draft objection to same (.4). | 1 | 1,895.00 |
| 10/31/2025 | Dehney, Robert J. | Summary email from M. Talmo following call with DPW re: lift/stay motion and responses to same. | 0.5 | 947.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2025 | Rogers Churchill, Sophie | Call with DPW and M. Talmo re: Unifi lift stay motion (.4); follow up call with M. Talmo re: same (.1). | 0.5 | 385.00 |
| 10/31/2025 | Rogers Churchill, Sophie | Review Unifi lift stay motion and draft objection; begin revising objection. | 1.9 | 1,463.00 |
| 10/31/2025 | Rogers Churchill, Sophie | Emails to C. Kreuzberger, H. Elwazir, and L. Brzozowski re: research. | 0.1 | 77.00 |
| 10/31/2025 | Rogers Churchill, Sophie | Discuss status and research re: motion with H. Elwazir and C. Kreuzberger. | 0.3 | 231.00 |
| 10/31/2025 | Kreuzberger, Cole | Confer with L. Brzozowski re: precedent research re: stay relief motion and objection to the same. | 0.1 | 62.50 |
| 10/31/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski re: precedent research re: stay relief motion and objection to the same. | 0.1 | 77.00 |
| 11/1/2025 | Gladstone, John-Mark | Review case law for Debtors' Objection to Motion for Entry of an Order Modifying the Automatic Stay. | 4.4 | 2,750.00 |
| 11/1/2025 | Gladstone, John-Mark | Email S. Rogers Churchill comments regarding Debtors' Objection to Motion for Entry of an Order Modifying the Automatic Stay. | 0.1 | 62.50 |
| 11/1/2025 | Elwazir, Hashim | Review correspondence re: draft objection (.1); research case law re: "at will" contract termination clauses (.4); review correspondence from S. Churchill re: same (.2). | 0.7 | 472.50 |
| 11/1/2025 | Dehney, Robert J. | Review draft objection to Unifi Lift Stay Motion (.2) and emails with MNAT team re: same (.1). | 0.3 | 568.50 |
| 11/1/2025 | Dehney, Robert J. | Review email from Thompson Hine re: relief from stay stipulation (.2) and emails with MNAT and DPW re: same (.1). | 0.3 | 568.50 |
| 11/3/2025 | Kreuzberger, Cole | Review and edit reply to Unifi lift stay motion. | 0.8 | 500.00 |
| 11/3/2025 | Talmo, Matthew | Review and revise stipulation re: automatic stay. | 0.4 | 450.00 |
| 11/3/2025 | Dehney, Robert J. | Emails with M. Talmo re: stipulation. | 0.1 | 189.50 |
| 11/3/2025 | Dehney, Robert J. | Emails with Thompson Hine re: proposed order. | 0.2 | 379.00 |
| 11/4/2025 | Talmo, Matthew | Emails with R. Dehney and S. Rogers Churchill re: stipulation for relief from stay. | 0.3 | 337.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/4/2025 | Talmo, Matthew | Call with D. Klein and R. Dehney re: stay issues. | 0.2 | 225.00 |
| 11/4/2025 | Dehney, Robert J. | Emails with M. Talmo and S. Rogers Churchill re: reservations and preservations of rights, and claims and defenses, and follow-up emails re: same. | 0.5 | 947.50 |
| 11/4/2025 | Dehney, Robert J. | Review Stay/Relief objection and comment on same. | 0.2 | 379.00 |
| 11/4/2025 | Dehney, Robert J. | Call with D. Klein and M. Talmo re: stay issues. | 0.2 | 379.00 |
| 11/5/2025 | Talmo, Matthew | Emails with R. Dehney and DPW re: stay relief stipulation (.2); calls and emails with S. Gordon re: same (.4); discuss same with S. Rogers Churchill (.2). | 0.8 | 900.00 |
| 11/5/2025 | Talmo, Matthew | Call with N. Sosnick re: stay relief stipulation. | 0.1 | 112.50 |
| 11/5/2025 | Dehney, Robert J. | Emails with D. Klein, M. Talmo and others re: objection deadline, and responses from Thompson Hine re: stipulation. | 0.3 | 568.50 |
| 11/5/2025 | Dehney, Robert J. | Emails with M. Talmo and DPW re: stay relief stipulation. | 0.2 | 379.00 |
| 11/5/2025 | Rogers Churchill, Sophie | Review and revise draft stipulation and emails with M. Talmo and R. Dehney re same (.6); discuss same with M. Talmo (.2). | 0.8 | 616.00 |
| **Sub-Total** | | | **35.8** | **30,073.50** |
| **Task Code** | **B160** | **Fee Applications (MNAT - Filing)** | | |
| 10/14/2025 | Brzozowski, Luke | Review and revise exhibit to September fee application for privilege and confidentiality. | 3.4 | 2,125.00 |
| 10/16/2025 | Remming, Andrew | Review update from S. Churchill re: MNAT draft fee application. | 0.1 | 129.50 |
| 10/17/2025 | Remming, Andrew | Review and edit draft of MNAT September fee application. | 0.2 | 259.00 |
| 10/23/2025 | Talmo, Matthew | Discuss MNAT fee application with S. Churchill. | 0.2 | 225.00 |
| 10/23/2025 | Rogers Churchill, Sophie | Revise first monthly fee application (.8); confer with M. Talmo re: same (.2); confer with L. Brzozowski re: same (.1). | 1.1 | 847.00 |
| 10/23/2025 | Brzozowski, Luke | Confer with S. Churchill re: first monthly fee application. | 0.1 | 62.50 |
| 10/24/2025 | Brzozowski, Luke | Review and revise exhibit to September fee application for privilege and confidentiality. | 1 | 625.00 |
| 10/27/2025 | Vale, Desiree | Draft Morris Nichols September Fee Application. | 2.1 | 913.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/28/2025 | Vale, Desiree | Further draft Morris Nichols September Fee Application. | 2.5 | 1,087.50 |
| 10/28/2025 | Vale, Desiree | Draft Morris Nichols September Fee Statement charts (.6); e-mail to S. Rogers Churchill (.1). | 0.7 | 304.50 |
| 10/28/2025 | Rogers Churchill, Sophie | Revise first monthly fee statement. | 1.9 | 1,463.00 |
| 10/29/2025 | Kreuzberger, Cole | Review compensation procedures approved by the Court at 10/29 hearing and prepare memorandum re: same. | 0.9 | 562.50 |
| 10/29/2025 | Elwazir, Hashim | Review summary of compensation procedures motion from C. Kreuzberger (.1); review and revise draft fee statement (.3). | 0.4 | 270.00 |
| 10/29/2025 | Talmo, Matthew | Email S. Churchill re: MNAT fee application. | 0.1 | 112.50 |
| 10/29/2025 | Vale, Desiree | Update Morris Nichols September Fee Statement (.3); update statement with revised charts (.5); e-mail to S. Rogers Churchill (.1). | 0.9 | 391.50 |
| 10/29/2025 | Remming, Andrew | Review revised draft of MNAT Aug-Sept fee application and emails re: same with S. Churchill and M. Talmo. | 0.4 | 518.00 |
| 10/29/2025 | Remming, Andrew | Review and respond to email from L. Brzozowski re: MNAT first fee application. | 0.1 | 129.50 |
| 10/29/2025 | Rogers Churchill, Sophie | Email to C. Kreuzberger re: interim compensation procedures. | 0.1 | 77.00 |
| 10/29/2025 | Rogers Churchill, Sophie | Revise first fee statement and email to M. Talmo and A. Remming. | 0.5 | 385.00 |
| 10/29/2025 | Rogers Churchill, Sophie | Call with M. Melcer re: first fee statement; email to M. Melcer re: same. | 0.2 | 154.00 |
| 10/30/2025 | Brzozowski, Luke | Review revised exhibit to MNAT's September fee application for privilege and confidentiality. | 0.2 | 125.00 |
| 10/30/2025 | Remming, Andrew | Review draft of MNAT September fee application. | 0.5 | 647.50 |
| 11/3/2025 | Brzozowski, Luke | Review exhibit to fee application for privilege and confidentiality (.1); email to A. Remming re: same and next steps (.1). | 0.2 | 125.00 |
| 11/5/2025 | Brzozowski, Luke | Emails with S. Churchill re: exhibit to September fee application (.2); review and revise same for privilege and confidentiality (.5). | 0.7 | 437.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/6/2025 | Brzozowski, Luke | Emails with S. Churchill re: first fee statement (.1); review and revise re: same (.3); email to MNAT team re: same (.1). | 0.5 | 312.50 |
| 11/7/2025 | Lawrence, John | Call with L. Brzozowski regarding MNAT first fee statement (.1). Update MNAT first fee statement (.4). | 0.5 | 217.50 |
| 11/7/2025 | Brzozowski, Luke | Email to S. Churchill re: updated fee statement (.1); confer with J. Lawrence re: same (.1); emails with J. Lawrence re: same (.2); further review and revise same (.4); call with J. Lawrence re: same (.1); further emails with S. Churchill (.1) and M. Talmo (.1) re: same. | 1.1 | 687.50 |
| 11/7/2025 | Rogers Churchill, Sophie | Review fee statement and emails with L. Brzozowski re: same. | 0.1 | 77.00 |
| 11/7/2025 | Lawrence, John | Confer with L. Brzozowski re: updated fee statement. | 0.1 | 43.50 |
| 11/10/2025 | Brzozowski, Luke | Review and revise exhibit to October fee application. | 1.2 | 750.00 |
| 11/11/2025 | Talmo, Matthew | Confer with R. Dehney re: fee estimate. | 0.1 | 112.50 |
| 11/11/2025 | Dehney, Robert J. | Confer with M. Talmo re: fee estimate. | 0.1 | 189.50 |
| 11/12/2025 | Talmo, Matthew | Email FTI re: MNAT fees. | 0.1 | 112.50 |
| 11/13/2025 | Vale, Desiree | Draft Morris Nichols Second Fee Statement (1.0); e-mail same to S. Rogers Churchill (.1). | 1.1 | 478.50 |
| 11/19/2025 | Rogers Churchill, Sophie | Revise October fee statement. | 0.5 | 385.00 |
| 11/20/2025 | Vale, Desiree | Confer with L. Brzozowski re: Morris Nichols Second Statement edits (.1) and update same (1.1). | 1.2 | 522.00 |
| 11/20/2025 | Brzozowski, Luke | Further review and revise exhibit to October fee application for privilege and confidentiality. | 0.2 | 125.00 |
| 11/21/2025 | Brzozowski, Luke | Review and revise October fee statement (.3); emails with S. Churchill and M. Talmo re: same (.2); confer with D. Vale re: same (.1). | 0.6 | 375.00 |
| 11/24/2025 | Talmo, Matthew | Email L. Brzozowski re: MNAT fee application. | 0.1 | 112.50 |
| 11/24/2025 | Brzozowski, Luke | Further review and revise October fee application per M. Talmo comments (.3); emails with M. Talmo and S. Churchill re: same (.1). | 0.4 | 250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/26/2025 | Kreuzberger, Cole | Call with D. Vale re: coordinating fee statement filing deadlines. | 0.3 | 187.50 |
| 11/26/2025 | Rogers Churchill, Sophie | Review DPW email re: request for fee examiner and related dates (.2); email to MNAT re: same (.2); call with C. Kreuzberger re: same (.1). | 0.5 | 385.00 |
| 11/26/2025 | Rogers Churchill, Sophie | Emails with L. Brzozowski re: October fee statement and review same for filing. | 0.3 | 231.00 |
| 11/26/2025 | Brzozowski, Luke | Further review and revise October fee application (.4); finalize and prepare to file re: same (.2); emails with DPW and S. Churchill re: same (.2). | 0.8 | 500.00 |
| 11/26/2025 | Vale, Desiree | Call with C. Kreuzberger re: coordinating fee statement filing deadlines. | 0.3 | 130.50 |
| 11/26/2025 | Kreuzberger, Cole | Call with S. Churchill re: request for fee examiner and related dates. | 0.1 | 62.50 |
| **Sub-Total** | | | **28.7** | **18,223.50** |
| **Task Code** | **B185** | **Executory Contracts/Unexpired Leases** | | |
| 9/15/2025 | Brzozowski, Luke | Review vendor financial covenant and research re: same (.3); email to S. Churchill re: same (.1). | 0.4 | 250.00 |
| 9/15/2025 | Talmo, Matthew | Review vendor agreement and email S. Churchill re: same. | 0.1 | 112.50 |
| 9/15/2025 | Dehney, Robert J. | Email from DPW re: vendor covenants and reporting requirements (.3); email with Debevoise re: same (.2). | 0.5 | 947.50 |
| 9/15/2025 | Dehney, Robert J. | Emails with DPW re: vendor covenants and reporting requirements under the deal. | 0.3 | 568.50 |
| 9/16/2025 | Dehney, Robert J. | Emails with Debevoise and MNAT team re: vendor covenants. | 0.6 | 1,137.00 |
| 9/16/2025 | Dehney, Robert J. | Emails with Spirit SVP/Treasurer re: vendor covenants and reporting requirements. | 0.2 | 379.00 |
| 9/17/2025 | Talmo, Matthew | Review agreement (2.0); draft email re: same (.5). | 2.5 | 2,812.50 |
| 9/19/2025 | Talmo, Matthew | Call with company re: credit card processing agreement. | 0.3 | 337.50 |
| 10/13/2025 | Talmo, Matthew | Review emails re: contract issue (.2) and discuss same with D. Klein (.1). | 0.3 | 337.50 |
| 10/13/2025 | Dehney, Robert J. | Emails re: contract issue. | 0.2 | 379.00 |
| 10/14/2025 | Talmo, Matthew | Call with company re: contract issue. | 0.3 | 337.50 |
| 10/14/2025 | Talmo, Matthew | Review documents re: contract issue (.8); email contract counterparty re: same (.2). | 1 | 1,125.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/15/2025 | Talmo, Matthew | Discuss contract issue with R. Dehney. | 0.1 | 112.50 |
| 10/15/2025 | Dehney, Robert J. | Confer with M. Talmo re: contract issue. | 0.1 | 189.50 |
| 10/16/2025 | Talmo, Matthew | Call with company re: contract issue. | 0.2 | 225.00 |
| 10/20/2025 | Dehney, Robert J. | Review email from counsel to contract counterparty and DPW re: contract issue and call re: same. | 0.2 | 379.00 |
| 10/21/2025 | Dehney, Robert J. | Prepare for and attend conference call with counsel to contract counterparty re: contract issue. | 0.5 | 947.50 |
| 10/21/2025 | Talmo, Matthew | Call with counsel to contract counterparty and R. Dehney re: contract issue (.5); review documents re: same (.5). | 1 | 1,125.00 |
| 10/23/2025 | Talmo, Matthew | Review documents re: contract issue. | 0.4 | 450.00 |
| 10/27/2025 | Talmo, Matthew | Email client re: contract issue. | 0.3 | 337.50 |
| 10/27/2025 | Dehney, Robert J. | Emails with M. Talmo re: updates and re: contract issue. | 0.2 | 379.00 |
| 10/28/2025 | Dehney, Robert J. | Emails with counsel to contract counterparty and M. Talmo re: processing refunds, first day orders (cash management and customer programs), credit card programs, and processing agreement. | 0.2 | 379.00 |
| 10/29/2025 | Talmo, Matthew | Emails to R. Dehney re: contract issue. | 0.2 | 225.00 |
| 10/29/2025 | Dehney, Robert J. | Emails with counsel to contract counterparty and M. Talmo re: processing refunds, first day orders (cash management and customer programs), credit card programs, and processing agreement. | 0.4 | 758.00 |
| 10/30/2025 | Talmo, Matthew | Call re: contract issue (.2); emails with R. Dehney re: same (.2). | 0.4 | 450.00 |
| 10/30/2025 | Dehney, Robert J. | Continued emails with M. Talmo re: contract issue. | 0.3 | 568.50 |
| 10/30/2025 | Dehney, Robert J. | Review summary of call re: contract issue and response to same. | 0.5 | 947.50 |
| **Sub-Total** | | | **11.7** | **16,196.50** |
| **Task Code** | **B190** | **Other Contested Matters** | | |
| 9/23/2025 | Kreuzberger, Cole | Internal email re: Aercap motion. | 0.3 | 187.50 |
| 9/23/2025 | Remming, Andrew | Review AerCap motion. | 0.9 | 1,165.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/23/2025 | Remming, Andrew | Review update from C. Kreuzberger re: AerCap motion. | 0.1 | 129.50 |
| 9/29/2025 | Elwazir, Hashim | Review U.S. Trustee objection to AerCap motion and accompanying sealing motion. | 0.2 | 135.00 |
| 9/29/2025 | Remming, Andrew | Review U.S. Trustee objection to AerCap motion. | 0.3 | 388.50 |
| 9/29/2025 | Dehney, Robert J. | Review and analyze U.S. Trustee's objection. | 1 | 1,895.00 |
| 10/8/2025 | Dehney, Robert J. | Emails with D. Klein re: U.S. Trustee withdrawal of objection filed. | 0.3 | 568.50 |
| 11/3/2025 | Elwazir, Hashim | Review entered retention order and related correspondence from MNAT team. | 0.1 | 67.50 |
| 11/5/2025 | Kreuzberger, Cole | Review notice of 1110(a) election and email team re: same. | 0.3 | 187.50 |
| 11/5/2025 | Elwazir, Hashim | Review correspondence from C. Kreuzberger re: 1110(a) election. | 0.1 | 67.50 |
| **Sub-Total** | | | **3.6** | **4,792.00** |
| **Task Code** | **B230** | **Financing Matters/Cash Collateral** | | |
| 9/4/2025 | Dehney, Robert J. | Emails with D. Klein re: revisions to draft adequate protection order and call re: same. | 0.2 | 379.00 |
| 9/4/2025 | Dehney, Robert J. | Call with Milbank, Akin Gump, DPW, and MNAT re: adequate protection order. | 0.5 | 947.50 |
| 9/4/2025 | Dehney, Robert J. | Emails with M. Talmo re: edits to cash collateral order. | 0.2 | 379.00 |
| 9/5/2025 | Dehney, Robert J. | Review email from DPW re: APA draft and responses to same. | 0.2 | 379.00 |
| 9/5/2025 | Dehney, Robert J. | Emails with Debevoise, DPW and MNAT team re: Adequate Protection Agreement, and potential disruption to operations. | 0.3 | 568.50 |
| 9/5/2025 | Dehney, Robert J. | Continued emails with D. Klein re: deposit accounts. | 0.3 | 568.50 |
| 9/5/2025 | Dehney, Robert J. | Emails re: adequate protection order with Milbank, DPW and MNAT team. | 0.2 | 379.00 |
| 9/5/2025 | Dehney, Robert J. | Confer with S. Rogers Churchill re: arguments and strategy. | 0.3 | 568.50 |
| 9/5/2025 | Rogers Churchill, Sophie | Confer with R. Dehney re: arguments and strategy. | 0.3 | 231.00 |
| 9/6/2025 | Dehney, Robert J. | Calls and emails re: RCF. | 0.7 | 1,326.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/6/2025 | Dehney, Robert J. | Emails with DPW and MNAT team re: Adequate protection. | 0.5 | 947.50 |
| 9/16/2025 | Dehney, Robert J. | Emails with DPW, FTI, PJT, Debevoise, and Spirit re: budget and responses to same. | 0.4 | 758.00 |
| 9/17/2025 | Rogers Churchill, Sophie | Confer with M. Talmo and L. Brzozowski re: collateral issues (.4); further confer with M. Talmo and L. Brzozowski re: same (.1). | 0.5 | 385.00 |
| 9/17/2025 | Kreuzberger, Cole | Confer with S. Churchill re: collateral issues. | 0.3 | 187.50 |
| 9/17/2025 | Kreuzberger, Cole | Review of SDNY Local Rules. | 0.9 | 562.50 |
| 9/17/2025 | Kreuzberger, Cole | Draft memorandum to S. Churchill re: SDNY Local Rules. | 0.7 | 437.50 |
| 9/17/2025 | Kreuzberger, Cole | Meeting with S. Churchill and L. Brzozowski re: DIP issues. | 0.4 | 250.00 |
| 9/17/2025 | Kreuzberger, Cole | Meeting with S. Churchill, L. Brzozowski, and M. Talmo re: DIP issues. | 0.7 | 437.50 |
| 9/17/2025 | Kreuzberger, Cole | Research re: DIP issues. | 1.6 | 1,000.00 |
| 9/17/2025 | Kreuzberger, Cole | Draft memorandum re: financing issues. | 1.1 | 687.50 |
| 9/17/2025 | Brzozowski, Luke | Confer with M. Talmo and S. Churchill re: collateral research (.1); research re: same (1.7); call with DPW, M. Talmo, and S. Churchill re: same (.4); further confer with M. Talmo and S. Churchill re: same (.4); further research re: same (3.5). | 6.1 | 3,812.50 |
| 9/17/2025 | Brzozowski, Luke | Confer with M. Talmo, S. Churchill, and C. Kreuzberger re: DIP research (.7); further confer with S. Churchill, and C. Kreuzberger re: same (.4); research re: same (3.7). | 4.8 | 3,000.00 |
| 9/17/2025 | Talmo, Matthew | Meeting with S. Churchill and L. Brzozowski re: collateral (.4); further confer with S. Churchill and L. Brzozowski re: same (.1). | 0.5 | 562.50 |
| 9/17/2025 | Talmo, Matthew | Call with R. Dehney re: collateral issues and other issues. | 0.6 | 675.00 |
| 9/17/2025 | Talmo, Matthew | Call with J. Brown, S. Churchill and L. Brzozowski re: collateral issues (.4); discuss with S. Churchill, C. Kreuzberger, and L. Brzozowski (.7). | 1.1 | 1,237.50 |
| 9/17/2025 | Talmo, Matthew | Discuss collateral issues with A. Remming. | 0.3 | 337.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/17/2025 | Talmo, Matthew | Call with C. Robertson re: DIP issues (.4); review research re: same (1.4); email re: same (.1). | 1.9 | 2,137.50 |
| 9/17/2025 | Talmo, Matthew | Review financing documents. | 1.7 | 1,912.50 |
| 9/17/2025 | Dehney, Robert J. | Call with M. Talmo re: collateral issues and coordinating issues. | 0.6 | 1,137.00 |
| 9/17/2025 | Remming, Andrew | Confer with M. Talmo re: collateral issues. | 0.3 | 388.50 |
| 9/17/2025 | Remming, Andrew | Review analysis of cash collateral issues from M. Talmo (.5); review cash collateral order re: same (.7); emails with R. Dehney and M. Talmo re: same (.2). | 1.4 | 1,813.00 |
| 9/17/2025 | Rogers Churchill, Sophie | Confer with M. Talmo, L. Brzozowski, and C. Kreuzberger re: DIP issues (.7); follow up confer with L. Brzozowski and C. Kreuzberger re: same (.4). | 1.1 | 847.00 |
| 9/17/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: collateral issues. | 0.3 | 231.00 |
| 9/17/2025 | Rogers Churchill, Sophie | Call with DPW, M. Talmo, and L. Brzozowski re: collateral research. | 0.4 | 308.00 |
| 9/18/2025 | Kreuzberger, Cole | Review L. Brzozowski research email and send email to group re: cash collateral issues. | 0.2 | 125.00 |
| 9/18/2025 | Kreuzberger, Cole | Further revise cash collateral memorandum. | 0.3 | 187.50 |
| 9/18/2025 | Kreuzberger, Cole | Attend meeting and take notes with MNAT and co-counsel re: research issues. | 0.8 | 500.00 |
| 9/18/2025 | Kreuzberger, Cole | Research re: lien and adequate protection issues and email to L. Brzozowski and S. Churchill. | 0.2 | 125.00 |
| 9/18/2025 | Kreuzberger, Cole | Review case law re: cash collateral. | 1.1 | 687.50 |
| 9/18/2025 | Kreuzberger, Cole | Further draft cash collateral memorandum. | 0.5 | 312.50 |
| 9/18/2025 | Kreuzberger, Cole | Research re: collateral and adequate protection issues. | 1 | 625.00 |
| 9/18/2025 | Brzozowski, Luke | Research re: DIP issues (1.0); draft memo re: same (1.2); further research DIP issues (2.3); draft additional memo re: same (.6). | 5.1 | 3,187.50 |
| 9/18/2025 | Brzozowski, Luke | Review DIP research (.2); confer with C. Kreuzberger re: same (.1). | 0.3 | 187.50 |
| 9/18/2025 | Talmo, Matthew | Review email re: cash collateral research. | 0.5 | 562.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/18/2025 | Talmo, Matthew | Call with DPW, MNAT team re: research issues. | 0.8 | 900.00 |
| 9/18/2025 | Talmo, Matthew | Call with S. Churchill re: research. | 0.2 | 225.00 |
| 9/18/2025 | Dehney, Robert J. | Emails with MNAT re: collateral. | 0.2 | 379.00 |
| 9/18/2025 | Remming, Andrew | Review analysis of cash collateral issues from L. Brzozowski and case law research re: same. | 0.6 | 777.00 |
| 9/18/2025 | Remming, Andrew | Review research questions from R. Dehney. | 0.1 | 129.50 |
| 9/18/2025 | Kreuzberger, Cole | Confer with L. Brzozowski re: DIP research. | 0.1 | 62.50 |
| 9/18/2025 | Rogers Churchill, Sophie | Call with M. Talmo re: research. | 0.2 | 154.00 |
| 9/19/2025 | Kreuzberger, Cole | Research re: cash collateral precedent. | 0.5 | 312.50 |
| 9/19/2025 | Kreuzberger, Cole | Review research re: cash collateral. | 0.1 | 62.50 |
| 9/19/2025 | Kreuzberger, Cole | Research Judge Lane hearing transcripts and orders re: cash collateral. | 0.2 | 125.00 |
| 9/19/2025 | Kreuzberger, Cole | Research re: cash collateral. | 2.6 | 1,625.00 |
| 9/19/2025 | Kreuzberger, Cole | Confer with M. Talmo, A. Remming, L. Brzozowski, S. Churchill re: research for DIP issues. | 0.9 | 562.50 |
| 9/19/2025 | Kreuzberger, Cole | Email S. Churchill and L. Brzozowski re: research plan. | 0.4 | 250.00 |
| 9/19/2025 | Kreuzberger, Cole | Research precedent on adequate protection and collateral. | 3 | 1,875.00 |
| 9/19/2025 | Brzozowski, Luke | Research re: cash collateral issues (3.0); draft memo re: same (.9). | 3.9 | 2,437.50 |
| 9/19/2025 | Rogers Churchill, Sophie | Continue researching re: adequate protection issues. | 3.2 | 2,464.00 |
| 9/19/2025 | Talmo, Matthew | Research and emails with L. Brzozowski re: cash collateral (1.9); emails re: group discussion (.1). | 2 | 2,250.00 |
| 9/19/2025 | Talmo, Matthew | Review secured notes documents (.8); research re: same (1.2). | 2 | 2,250.00 |
| 9/19/2025 | Talmo, Matthew | Call with A. Remming, S. Churchill and MNAT team re: cash collateral issues. | 0.8 | 900.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/19/2025 | Dehney, Robert J. | Emails re: collateral and documents to review. | 0.2 | 379.00 |
| 9/19/2025 | Dehney, Robert J. | Call with DPW re: collateral issue and Delaware action. | 0.3 | 568.50 |
| 9/19/2025 | Dehney, Robert J. | Emails with MNAT team re: research re: DIP issues. | 0.2 | 379.00 |
| 9/19/2025 | Dehney, Robert J. | Call with D. Klein and follow-up with S. Rogers Churchill re: estimates to FTI. | 0.5 | 947.50 |
| 9/19/2025 | Dehney, Robert J. | Emails with A. Remming, M. Talmo, S. Rogers Churchill re: acceptable offer and need for board acceptance. | 0.2 | 379.00 |
| 9/19/2025 | Remming, Andrew | Call with M. Talmo and MNAT team re: research issues. | 0.9 | 1,165.50 |
| 9/19/2025 | Remming, Andrew | Research re: precedent motions re: numerous DIP issues. | 0.5 | 647.50 |
| 9/19/2025 | Remming, Andrew | Review cash collateral motion and declaration (.3) and interim order (.9). | 1.2 | 1,554.00 |
| 9/19/2025 | Remming, Andrew | Review update from R. Dehney re: DIP issues. | 0.1 | 129.50 |
| 9/19/2025 | Remming, Andrew | Review email from S. Churchill re: cash collateral issues. | 0.1 | 129.50 |
| 9/19/2025 | Remming, Andrew | Review summary of research re: cash collateral issues from L. Brzozowski (.5); review caselaw re: same (.2); review emails re: same from M. Talmo, L. Brzozowski and S. Churchill (.1). | 0.8 | 1,036.00 |
| 9/19/2025 | Rogers Churchill, Sophie | Further research re: adequate protection issues. | 4.8 | 3,696.00 |
| 9/20/2025 | Kreuzberger, Cole | Research re: adequate protection. | 1.3 | 812.50 |
| 9/20/2025 | Brzozowski, Luke | Further research re: cash collateral issues (1.8); draft memo re: same (.6). | 2.4 | 1,500.00 |
| 9/20/2025 | Remming, Andrew | Review analysis re: cash collateral issues from L. Brzozowski (.2); review case law re: same (.3). | 0.5 | 647.50 |
| 9/20/2025 | Dehney, Robert J. | Call with RCF, lenders, advisors, and DPW re: case and DIP updates. | 0.5 | 947.50 |
| 9/21/2025 | Kreuzberger, Cole | Draft memorandum re: adequate protection, procedure and liens. | 1.5 | 937.50 |
| 9/21/2025 | Rogers Churchill, Sophie | Call with J. Brown re: collateral issues. | 0.2 | 154.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/21/2025 | Rogers Churchill, Sophie | Further calls (x2) with J. Brown re: collateral issues. | 0.2 | 154.00 |
| 9/21/2025 | Rogers Churchill, Sophie | Call with A. Remming re: DIP research (.3); call with L. Brzozowski re: same and research (.1). | 0.4 | 308.00 |
| 9/21/2025 | Rogers Churchill, Sophie | Further call with J. Brown re: collateral. | 0.1 | 77.00 |
| 9/21/2025 | Rogers Churchill, Sophie | Draft and revise collateral issues. | 2.4 | 1,848.00 |
| 9/21/2025 | Brzozowski, Luke | Research precedent re: collateral issues (.6); email to S. Churchill re: same (.1). | 0.7 | 437.50 |
| 9/21/2025 | Brzozowski, Luke | Research re: collateral issues. | 5.9 | 3,687.50 |
| 9/21/2025 | Remming, Andrew | Call with S. Churchill re: DIP strategy issues. | 0.3 | 388.50 |
| 9/21/2025 | Remming, Andrew | Extensive email correspondence re: DIP issues with R. Dehney, S. Churchill and L. Brzozowski. | 0.9 | 1,165.50 |
| 9/21/2025 | Remming, Andrew | Review research re: collateral issues. | 0.3 | 388.50 |
| 9/21/2025 | Remming, Andrew | Review research questions from R. Dehney re: cash collateral issues. | 0.1 | 129.50 |
| 9/21/2025 | Dehney, Robert J. | Emails with MNAT team re: cash collateral issues. | 0.5 | 947.50 |
| 9/21/2025 | Brzozowski, Luke | Call with S. Churchill re: DIP research. | 0.1 | 62.50 |
| 9/22/2025 | Kreuzberger, Cole | Research precedent on cash collateral issues. | 0.5 | 312.50 |
| 9/22/2025 | Kreuzberger, Cole | Further review precedent re: cash collateral issues. | 1.2 | 750.00 |
| 9/22/2025 | Kreuzberger, Cole | Research and review Judge Lane cases on cash collateral. | 0.3 | 187.50 |
| 9/22/2025 | Kreuzberger, Cole | Research re: res judicata. | 1.1 | 687.50 |
| 9/22/2025 | Kreuzberger, Cole | Research re: res judicata. | 1 | 625.00 |
| 9/22/2025 | Kreuzberger, Cole | Draft memorandum re: res judicata. | 2.2 | 1,375.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/22/2025 | Kreuzberger, Cole | Research re: jurisdiction and state law issues. | 1.6 | 1,000.00 |
| 9/22/2025 | Rogers Churchill, Sophie | Revise documents re: collateral. | 0.5 | 385.00 |
| 9/22/2025 | Rogers Churchill, Sophie | Confer with R. Dehney re: collateral. | 0.1 | 77.00 |
| 9/22/2025 | Rogers Churchill, Sophie | Respond to email from A. Remming re: collateral. | 0.1 | 77.00 |
| 9/22/2025 | Rogers Churchill, Sophie | Confer with A. Remming and D. Butz re: collateral. | 0.9 | 693.00 |
| 9/22/2025 | Rogers Churchill, Sophie | Confer with A. Remming and R. Dehney re: collateral (.4); confer with C. Kreuzberger re: research (.1). | 0.5 | 385.00 |
| 9/22/2025 | Rogers Churchill, Sophie | Confer with A. Remming, L. Brzozowski, and R. Dehney (in part) re: collateral. | 1 | 770.00 |
| 9/22/2025 | Rogers Churchill, Sophie | Confer with R. Dehney and A. Remming re: cash collateral issues (.4); call with DPW, R. Dehney and A. Remming re: same (.3). | 0.7 | 539.00 |
| 9/22/2025 | Rogers Churchill, Sophie | Revise documents re: collateral. | 2 | 1,540.00 |
| 9/22/2025 | Brzozowski, Luke | Confer with S. Churchill re: research re: collateral. | 0.1 | 62.50 |
| 9/22/2025 | Brzozowski, Luke | Confer with A. Remming re: collateral and next steps. | 0.3 | 187.50 |
| 9/22/2025 | Brzozowski, Luke | Further review precedent and local rules re: collateral (1.1); email to S. Churchill re: same (.1). | 1.2 | 750.00 |
| 9/22/2025 | Brzozowski, Luke | Research re: intercreditor agreement (.6); email to A. Remming re: same (.1); further review Spirit's intercreditor agreements (2.0); draft memo re: same (.6). | 3.3 | 2,062.50 |
| 9/22/2025 | Brzozowski, Luke | Confer with A. Remming, S. Churchill, and R. Dehney (in part) re: cash collateral, WIP, and next steps. | 1 | 625.00 |
| 9/22/2025 | Brzozowski, Luke | Review cash management motion (.2); email to S. Churchill re: same (.1). | 0.3 | 187.50 |
| 9/22/2025 | Butz, Daniel B. | Confer with S. Churchill and A. Remming re: collateral. | 0.9 | 985.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/22/2025 | Culver, Donna L. | Confer with R. Dehney re: collateral. | 0.2 | 259.00 |
| 9/22/2025 | Culver, Donna L. | Review intercreditor agreement. | 0.4 | 518.00 |
| 9/22/2025 | Culver, Donna L. | Emails with MNAT Spirit team re: collateral. | 0.2 | 259.00 |
| 9/22/2025 | Remming, Andrew | Review documents re: collateral (2.9); review debt documents (1.5); office conferences with S. Churchill and D. Butz (.9); research re: collateral issues (3.0); research re: intercreditor issues (1.2); review prior chapter 11 plan (1.3). | 10.8 | 13,986.00 |
| 9/22/2025 | Remming, Andrew | Office conference with L. Brzozowski re: collateral. | 0.3 | 388.50 |
| 9/22/2025 | Dehney, Robert J. | Meeting with A. Remming, S. Rogers Churchill re: collateral. | 0.4 | 758.00 |
| 9/22/2025 | Dehney, Robert J. | Confer with MNAT team re: collateral and next steps. | 0.3 | 568.50 |
| 9/22/2025 | Dehney, Robert J. | Call with DPW and MNAT team re: cash collateral (.3); confer with A. Remming and S. Churchill re: same (.4). | 0.7 | 1,326.50 |
| 9/22/2025 | Dehney, Robert J. | Email MNAT team re: research re: cash collateral. | 0.2 | 379.00 |
| 9/22/2025 | Dehney, Robert J. | Confer with S. Churchill re: collateral. | 0.1 | 189.50 |
| 9/22/2025 | Remming, Andrew | Confer with S. Churchill and R. Dehney re: collateral. | 0.4 | 518.00 |
| 9/22/2025 | Kreuzberger, Cole | Confer with S. Churchill re: research. | 0.1 | 62.50 |
| 9/22/2025 | Remming, Andrew | Confer with S. Churchill, L. Brzozowski, and R. Dehney (in part) re: collateral. | 1 | 1,295.00 |
| 9/22/2025 | Remming, Andrew | Confer with R. Dehney and S. Churchill re: cash collateral issues (.4); call with DPW, R. Dehney and S. Churchill re: same (.3). | 0.7 | 906.50 |
| 9/22/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski re: collateral. | 0.1 | 77.00 |
| 9/22/2025 | Dehney, Robert J. | Confer with D. Culver re: intercreditor dispute. | 0.2 | 379.00 |
| 9/23/2025 | Kreuzberger, Cole | Research collateral issues. | 2.6 | 1,625.00 |
| 9/23/2025 | Kreuzberger, Cole | Review documents and research re: financing issues and collateral. | 2.2 | 1,375.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/23/2025 | Kreuzberger, Cole | Research precedent re: collateral. | 1.6 | 1,000.00 |
| 9/23/2025 | Kreuzberger, Cole | Further review precedent re: collateral. | 1.8 | 1,125.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Revise documents re: collateral. | 2.7 | 2,079.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Confer with R. Dehney re: collateral. | 0.2 | 154.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: collateral. | 0.2 | 154.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Confer with A. Remming re: collateral (.1); confer with R. Dehney re: collateral (.1). | 0.2 | 154.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Further revise documents re: collateral. | 0.5 | 385.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Call with R. Dehney and J. Brown re: DIP issues. | 0.4 | 308.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Confer with A. Remming re: collateral. | 0.1 | 77.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Call with J. Brown re: interim cash collateral order (.1); call with A. Remming re: same (.2). | 0.3 | 231.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Review collateral (.4); call with A. Remming re: same (.1); email to company re: same (.1). | 0.6 | 462.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Review and revise documents re: collateral. | 0.6 | 462.00 |
| 9/23/2025 | Brzozowski, Luke | Review and revise documents re: collateral. | 0.7 | 437.50 |
| 9/23/2025 | Brzozowski, Luke | Confer with S. Churchill re: collateral and next steps (.1); confer with A. Remming re: same (.1). | 0.2 | 125.00 |
| 9/23/2025 | Brzozowski, Luke | Research precedent re: collateral (.2); email to C. Kreuzberger re: same (.1); further research precedent and procedures re: same (2.1). | 2.4 | 1,500.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/23/2025 | Brzozowski, Luke | Draft documents re: collateral. | 4.9 | 3,062.50 |
| 9/23/2025 | Remming, Andrew | Office conference with S. Churchill re: collateral. | 0.2 | 259.00 |
| 9/23/2025 | Remming, Andrew | Call with S. Churchill re: draft collateral. | 0.2 | 259.00 |
| 9/23/2025 | Remming, Andrew | Further call with S. Churchill re: collateral. | 0.1 | 129.50 |
| 9/23/2025 | Remming, Andrew | Review update from S. Churchill re: collateral. | 0.1 | 129.50 |
| 9/23/2025 | Remming, Andrew | Review questions from R. Dehney re: collateral. | 0.1 | 129.50 |
| 9/23/2025 | Remming, Andrew | Review email from R. Dehney re: collateral. | 0.1 | 129.50 |
| 9/23/2025 | Remming, Andrew | Review and edit documents re: collateral. | 0.6 | 777.00 |
| 9/23/2025 | Remming, Andrew | Review and respond to email from S. Churchill re: collateral. | 0.1 | 129.50 |
| 9/23/2025 | Remming, Andrew | Call with S. Churchill re: collateral. | 0.1 | 129.50 |
| 9/23/2025 | Remming, Andrew | Confer with S. Churchill re: collateral. | 0.1 | 129.50 |
| 9/23/2025 | Remming, Andrew | Call with S. Churchill re: interim cash collateral order. | 0.2 | 259.00 |
| 9/23/2025 | Remming, Andrew | Further confer with S. Churchill re: collateral. | 0.1 | 129.50 |
| 9/23/2025 | Dehney, Robert J. | Call with J. Brown and S. Rogers Churchill re: collateral. | 0.4 | 758.00 |
| 9/23/2025 | Dehney, Robert J. | Background emails with DPW and MNAT team re: bonds, draft of cash collateral docs and fact supporting same. | 0.3 | 568.50 |
| 9/23/2025 | Dehney, Robert J. | Review documents re: collateral. | 0.3 | 568.50 |
| 9/23/2025 | Dehney, Robert J. | Confer with S. Churchill re: collateral. | 0.2 | 379.00 |
| 9/23/2025 | Kreuzberger, Cole | Confer with S. Churchill re: collateral. | 0.2 | 125.00 |
| 9/23/2025 | Dehney, Robert J. | Confer with S. Churchill re: collateral. | 0.1 | 189.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/23/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski re: documents re: collateral and next steps. | 0.1 | 77.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Office conference with A. Remming re: status and collateral. | 0.2 | 154.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Call with A. Remming re: collateral. | 0.2 | 154.00 |
| 9/23/2025 | Rogers Churchill, Sophie | Further call with A. Remming re: documents re: collateral. | 0.1 | 77.00 |
| 9/24/2025 | Kreuzberger, Cole | Review precedent re: collateral. | 0.3 | 187.50 |
| 9/24/2025 | Kreuzberger, Cole | Research re: jurisdiction issues. | 2.7 | 1,687.50 |
| 9/24/2025 | Kreuzberger, Cole | Research collateral issues. | 1.5 | 937.50 |
| 9/24/2025 | Rogers Churchill, Sophie | Review supplemental cash collateral motion and declaration. | 0.3 | 231.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Revise documents re: collateral (1.2); discuss same with H. Elwazir and A. Remming (.5). | 1.7 | 1,309.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Call with R. Dehney, M. Talmo, C. Robertson, and D. Klein (in part) re: cash collateral issues. | 0.9 | 693.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Call with M. Talmo re: updates re: DIP issues. | 0.7 | 539.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Confer with A. Remming re: updates re: strategy. | 0.3 | 231.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Revise documents re: collateral. | 3.9 | 3,003.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Confer with H. Elwazir re: research issue. | 0.4 | 308.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/24/2025 | Rogers Churchill, Sophie | Call with A. Remming and R. Dehney re: research issue. | 0.2 | 154.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Further confer with H. Elwazir and A. Remming re: collateral issue. | 0.5 | 385.00 |
| 9/24/2025 | Brzozowski, Luke | Draft documents re: collateral (.9); review supplemental cash collateral motion (.8); research related precedent (2.1). | 3.8 | 2,375.00 |
| 9/24/2025 | Brzozowski, Luke | Further draft motion memorandum re: collateral (2.3); confer with S. Churchill re: same (.2). | 2.5 | 1,562.50 |
| 9/24/2025 | Culver, Donna L. | Review and revise documents re: collateral issues. | 1.6 | 2,072.00 |
| 9/24/2025 | Elwazir, Hashim | Confer with S. Churchill re: collateral issues. | 0.4 | 270.00 |
| 9/24/2025 | Talmo, Matthew | Review emails re: cash collateral issues (.1); call with DPW, R. Dehney and S. Churchill re: same (.9). | 1 | 1,125.00 |
| 9/24/2025 | Talmo, Matthew | Calls with S. Churchill (.7) and A. Remming (.4) re: cash collateral issues. | 1.1 | 1,237.50 |
| 9/24/2025 | Remming, Andrew | Update call with M. Talmo re: DIP issues. | 0.4 | 518.00 |
| 9/24/2025 | Remming, Andrew | Office conference with S. Churchill re: updates re: strategy. | 0.3 | 388.50 |
| 9/24/2025 | Remming, Andrew | Review supplemental cash collateral motion. | 0.7 | 906.50 |
| 9/24/2025 | Remming, Andrew | Review research re: cash collateral issues. | 1.1 | 1,424.50 |
| 9/24/2025 | Remming, Andrew | Call with S. Churchill and R. Dehney re: research. | 0.2 | 259.00 |
| 9/24/2025 | Remming, Andrew | Further office conference with S. Churchill re: documents re: collateral. | 0.2 | 259.00 |
| 9/24/2025 | Remming, Andrew | Review declaration in support of supplemental cash collateral motion. | 0.3 | 388.50 |
| 9/24/2025 | Remming, Andrew | Office conference with S. Churchill and H. Elwazir re: research re: collateral. | 0.5 | 647.50 |
| 9/24/2025 | Remming, Andrew | Further research re: collateral and discussions with MNAT team re: same. | 1.2 | 1,554.00 |
| 9/24/2025 | Remming, Andrew | Emails with S. Churchill and R. Dehney re: supplemental cash collateral motion. | 0.1 | 129.50 |
| 9/24/2025 | Remming, Andrew | Review and edit documents re: collateral. | 0.5 | 647.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/24/2025 | Remming, Andrew | Review caselaw research from C. Kreuzberger and emails re: same from R. Dehney and M. Talmo. | 0.5 | 647.50 |
| 9/24/2025 | Remming, Andrew | Review email from M. Talmo re: update re: DIP issues. | 0.1 | 129.50 |
| 9/24/2025 | Remming, Andrew | Review email from R. Dehney re: supplemental cash collateral motion. | 0.1 | 129.50 |
| 9/24/2025 | Remming, Andrew | Further confer with S. Churchill and H. Elwazir re: collateral issue. | 0.5 | 647.50 |
| 9/24/2025 | Remming, Andrew | Discuss collateral issues with S. Churchill and H. Elwazir. | 0.5 | 647.50 |
| 9/24/2025 | Remming, Andrew | Call with R. Dehney and S. Churchill re: research issues. | 0.2 | 259.00 |
| 9/24/2025 | Dehney, Robert J. | Review information re: cash collateral issue (.1); call with MNAT and DPW re: same (.9). | 1 | 1,895.00 |
| 9/24/2025 | Dehney, Robert J. | Emails with DPW and MNAT team re: cash collateral motion issues. | 0.3 | 568.50 |
| 9/24/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski re: collateral issues. | 0.2 | 154.00 |
| 9/24/2025 | Elwazir, Hashim | Research applicable case law re: collateral issues (1.8); discuss findings re: same with S. Churchill and A. Remming (.5). | 2.3 | 1,552.50 |
| 9/24/2025 | Elwazir, Hashim | Research additional questions re: collateral strategy (.3); discuss additional findings and revised strategy with S. Churchill and A. Remming (.5). | 0.8 | 540.00 |
| 9/24/2025 | Elwazir, Hashim | Summarize research re: collateral issues and civil procedure. | 2 | 1,350.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Further office conference with A. Remming re: documents re: collateral. | 0.2 | 154.00 |
| 9/25/2025 | Rogers Churchill, Sophie | Confer with H. Elwazir re: collateral agents. | 0.5 | 385.00 |
| 9/25/2025 | Kreuzberger, Cole | Review collateral and jurisdiction research (.3) and email to team re: same (.1). | 0.4 | 250.00 |
| 9/25/2025 | Rogers Churchill, Sophie | Call with M. Talmo and A. Remming re: collateral issues. | 0.7 | 539.00 |
| 9/25/2025 | Rogers Churchill, Sophie | Confer with M. Harvey and H. Elwazir re: collateral. | 0.2 | 154.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/25/2025 | Rogers Churchill, Sophie | Confer with A. Remming re: collateral. | 0.2 | 154.00 |
| 9/25/2025 | Rogers Churchill, Sophie | Confer with H. Elwazir re: collateral. | 0.3 | 231.00 |
| 9/25/2025 | Rogers Churchill, Sophie | Call with R. Dehney, A. Remming, M. Talmo, and DPW re: collateral, DIP, and strategy (.6); prepare for same (.3); confer with R. Dehney, D. Culver, and A. Remming re: follow-up from same (.4); confer with A. Remming and H. Elwazir re: same (.2). | 1.5 | 1,155.00 |
| 9/25/2025 | Brzozowski, Luke | Review research re: collateral (.2) and related issues (.2). | 0.4 | 250.00 |
| 9/25/2025 | Culver, Donna L. | Review documents re: collateral (0.7); call with R. Dehney, A. Remming, M. Talmo, and DPW re: same (0.6); prepare for same (0.3); confer with R. Dehney, S. Churchill, and A. Remming re: follow-up from same (.4). | 2 | 2,590.00 |
| 9/25/2025 | Brzozowski, Luke | Draft documents re: collateral. | 1.9 | 1,187.50 |
| 9/25/2025 | Elwazir, Hashim | Review draft summary of findings re: collateral issues (.4); research additional issues re: collateral (.5); discuss preliminary findings with S. Churchill (.5); finalize and circulate findings to MNAT team for review (1.8); respond to query from R. Dehney re: the same (.2). | 3.4 | 2,295.00 |
| 9/25/2025 | Elwazir, Hashim | Review and analyze precedent collateral issues. | 0.4 | 270.00 |
| 9/25/2025 | Talmo, Matthew | Call with A. Remming and S. Churchill re: collateral issues. | 0.7 | 787.50 |
| 9/25/2025 | Talmo, Matthew | Call with DPW, MNAT team re: collateral issues. | 0.6 | 675.00 |
| 9/25/2025 | Remming, Andrew | Review and edit documents re: collateral. | 0.5 | 647.50 |
| 9/25/2025 | Remming, Andrew | Update call with S. Churchill and M. Talmo re: collateral issues. | 0.7 | 906.50 |
| 9/25/2025 | Remming, Andrew | Further office conference with S. Churchill re: collateral issues. | 0.4 | 518.00 |
| 9/25/2025 | Remming, Andrew | Review and edit memo re: collateral. | 0.4 | 518.00 |
| 9/25/2025 | Remming, Andrew | Further office conference with S. Churchill and H. Elwazir re: collateral. | 0.2 | 259.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/25/2025 | Remming, Andrew | Update call with MNAT and DPW teams re: DIP. | 0.6 | 777.00 |
| 9/25/2025 | Remming, Andrew | Confer with R. Dehney, S. Churchill and D. Culver re: additional research re: collateral. | 0.4 | 518.00 |
| 9/25/2025 | Remming, Andrew | Review and edit documents re: collateral and emails re: same with S. Churchill and H. Elwazir. | 0.7 | 906.50 |
| 9/25/2025 | Remming, Andrew | Review email from R. Dehney re: research issues. | 0.1 | 129.50 |
| 9/25/2025 | Remming, Andrew | Review research memo and caselaw re: collateral issues from H. Elwazir. | 0.4 | 518.00 |
| 9/25/2025 | Remming, Andrew | Review emails re: collateral research questions from R. Dehney and H. Elwazir. | 0.1 | 129.50 |
| 9/25/2025 | Remming, Andrew | Review emails from R. Dehney and D. Klein re: cash collateral issues. | 0.1 | 129.50 |
| 9/25/2025 | Remming, Andrew | Confer with S. Churchill re: collateral. | 0.2 | 259.00 |
| 9/25/2025 | Dehney, Robert J. | Call with MNAT and DPW re: collateral, DIP, and strategy (.5); follow-up emails with D. Klein (.5). | 1 | 1,895.00 |
| 9/25/2025 | Dehney, Robert J. | Emails with MNAT team re: diligence request. | 0.2 | 379.00 |
| 9/25/2025 | Dehney, Robert J. | Review email from H. Elwazir with research performed, with edits to same posed to MNAT team. | 0.2 | 379.00 |
| 9/25/2025 | Dehney, Robert J. | Review research from C. Kreuzberger re: collateral. | 0.2 | 379.00 |
| 9/25/2025 | Harvey, Matthew B. | Confer with S. Churchill and H. Elwazir re: collateral. | 0.2 | 259.00 |
| 9/25/2025 | Elwazir, Hashim | Confer with S. Churchill and M. Harvey re: collateral. | 0.2 | 135.00 |
| 9/25/2025 | Dehney, Robert J. | Confer with S. Churchill, D. Culver, and A. Remming re: follow-up from call regarding collateral, DIP, and strategy. | 0.4 | 758.00 |
| 9/25/2025 | Elwazir, Hashim | Review documents re: collateral and prepare summary of the same (2.0); review comments from A. Remming re: the summary (.2); revise documents re: collateral accordingly (.8) and discuss with S. Churchill (.3); re-circulate to A. Remming and S. Churchill and continue updating documents re: collateral (.2). | 3.5 | 2,362.50 |
| 9/25/2025 | Rogers Churchill, Sophie | Further office conference with A. Remming re: collateral issues. | 0.4 | 308.00 |
| 9/26/2025 | Culver, Donna L. | Research re: collateral issues. | 0.8 | 1,036.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/26/2025 | Kreuzberger, Cole | Research legal standards for certain state law issues. | 1.4 | 875.00 |
| 9/26/2025 | Kreuzberger, Cole | Further research legal standard for collateral. | 1 | 625.00 |
| 9/26/2025 | Elwazir, Hashim | Continue reviewing precedent re: collateral issues (.5); summarize relevant findings and circulate the same to S. Churchill (.6); confer with S. Churchill re: next steps (.2). | 1.3 | 877.50 |
| 9/26/2025 | Elwazir, Hashim | Confer with S. Churchill re: additional collateral issues and matter status (.5); research issues re: outstanding collateral issues (3.6); review email from S. Churchill re: matter update (.2); continue researching outstanding collateral issues (.7). | 5 | 3,375.00 |
| 9/26/2025 | Brzozowski, Luke | Draft documents re: collateral (3.7); confer with S. Churchill re: same (.1); confer with C. Kreuzberger re: same (.1). | 3.9 | 2,437.50 |
| 9/26/2025 | Brzozowski, Luke | Confer with H. Elwazir re: documents re: collateral. | 0.2 | 125.00 |
| 9/26/2025 | Brzozowski, Luke | Research re: collateral. | 1.1 | 687.50 |
| 9/26/2025 | Remming, Andrew | Office conference with S. Churchill re: document re: collateral workstreams and update re: same. | 0.3 | 388.50 |
| 9/26/2025 | Remming, Andrew | Review update re: additional research re: collateral from S. Churchill; further emails re: same with S. Churchill and H. Elwazir. | 0.2 | 259.00 |
| 9/26/2025 | Remming, Andrew | Review update from R. Dehney re: collateral. | 0.1 | 129.50 |
| 9/26/2025 | Remming, Andrew | Review update from S. Churchill re: cash collateral negotiations. | 0.1 | 129.50 |
| 9/26/2025 | Remming, Andrew | Review email from R. Dehney re: cash collateral issues. | 0.1 | 129.50 |
| 9/26/2025 | Rogers Churchill, Sophie | Confer with H. Elwazir re: research. | 0.2 | 154.00 |
| 9/26/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski re: collateral. | 0.1 | 77.00 |
| 9/26/2025 | Kreuzberger, Cole | Confer with L. Brzozowski re: collateral. | 0.1 | 62.50 |
| 9/26/2025 | Elwazir, Hashim | Confer with L. Brzozowski re: collateral. | 0.2 | 135.00 |

24

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/26/2025 | Rogers Churchill, Sophie | Office conference with A. Remming re: collateral workstreams and update re: same. | 0.3 | 231.00 |
| 9/27/2025 | Elwazir, Hashim | Research issues re: collateral. | 1 | 675.00 |
| 9/28/2025 | Rogers Churchill, Sophie | Email to H. Elwazir and L. Brzozowski re: DIP. | 0.1 | 77.00 |
| 9/29/2025 | Kreuzberger, Cole | Review U.S. Trustee's objections to cash collateral orders and circulate documents and summary to group. | 0.3 | 187.50 |
| 9/29/2025 | Brzozowski, Luke | Review U.S. Trustee's cash collateral objection. | 0.1 | 62.50 |
| 9/29/2025 | Remming, Andrew | Review Ad Hoc Committee 2019 statement. | 0.1 | 129.50 |
| 9/29/2025 | Remming, Andrew | Review revised proposed second interim cash collateral order. | 0.3 | 388.50 |
| 9/29/2025 | Dehney, Robert J. | Update call with D. Klein re: DIP and next steps. | 0.5 | 947.50 |
| 10/7/2025 | Rogers Churchill, Sophie | Email to DPW re: escrow. | 0.1 | 77.00 |
| 10/10/2025 | Rogers Churchill, Sophie | Prepare escrow estimate and send to M. Talmo. | 0.3 | 231.00 |
| 10/24/2025 | Kreuzberger, Cole | Review Citibank statement on proposed DIP order and draft responsive emails to MNAT team re: same. | 0.7 | 437.50 |
| 10/24/2025 | Elwazir, Hashim | Review statement of Citibank re: proposed final DIP order (.1); review internal correspondence re: the same (.1). | 0.2 | 135.00 |
| 10/24/2025 | Rogers Churchill, Sophie | Email to C. Kreuzberger re: Citi statement re: DIP. | 0.1 | 77.00 |
| **Sub-Total** | | | **237.0** | **209,371.50** |
| **Task Code** | **B300** | **Court Hearings** | | |
| 9/2/2025 | Rogers Churchill, Sophie | Attend first day hearing. | 1.5 | 1,155.00 |
| 9/2/2025 | Rogers Churchill, Sophie | Attend afternoon hearing. | 2 | 1,540.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/2/2025 | Dehney, Robert J. | Attend 2nd part of 1st day hearing. | 2 | 3,790.00 |
| 9/2/2025 | Dehney, Robert J. | Emails with MNAT team re: first day hearings, next steps. | 0.1 | 189.50 |
| 9/4/2025 | Dehney, Robert J. | Emails with MNAT team re: hearing and Citi. | 0.2 | 379.00 |
| 9/8/2025 | Rogers Churchill, Sophie | Attend continued first day hearing on cash collateral. | 1.5 | 1,155.00 |
| 9/8/2025 | Dehney, Robert J. | Attend cash collateral hearing. | 1.5 | 2,842.50 |
| 9/29/2025 | Talmo, Matthew | Review docket re: hearing and email R. Dehney re: same. | 0.3 | 337.50 |
| 9/29/2025 | Brzozowski, Luke | Review agenda for 9/30 hearing (.1); prepare materials for same (.3); email to R. Dehney re: same (.1). | 0.5 | 312.50 |
| 9/30/2025 | Elwazir, Hashim | Attend Spirit hearing regarding cash collateral motion. | 1.1 | 742.50 |
| 9/30/2025 | Talmo, Matthew | Attend hearing. | 1.1 | 1,237.50 |
| 9/30/2025 | Brzozowski, Luke | Prepare materials for 9/30 hearing. | 0.2 | 125.00 |
| 9/30/2025 | Kreuzberger, Cole | Prepare materials for hearing on 9/30. | 0.4 | 250.00 |
| 9/30/2025 | Kreuzberger, Cole | Attend in part Spirit Second Day Hearing on 9/30. | 0.5 | 312.50 |
| 9/30/2025 | Rogers Churchill, Sophie | Attend hearing. | 1.1 | 847.00 |
| 10/7/2025 | Rogers Churchill, Sophie | Respond to email from R. Dehney re: hearing dates. | 0.1 | 77.00 |
| 10/9/2025 | Kreuzberger, Cole | Confer with S. Churchill re: WIP and next steps re: 10/10 hearing. | 0.1 | 62.50 |
| 10/9/2025 | Kreuzberger, Cole | Organize and prepare materials for 10/10 hearing. | 0.3 | 187.50 |
| 10/9/2025 | Brzozowski, Luke | Prepare materials for 10/10 hearing. | 0.5 | 312.50 |
| 10/9/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: WIP and next steps re: 10/10 hearing. | 0.1 | 77.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/10/2025 | Elwazir, Hashim | Attend DIP hearing with M. Talmo, S. Rogers Churchill, and C. Kreuzberger. | 2 | 1,350.00 |
| 10/10/2025 | Kreuzberger, Cole | Attend hearing on 10/10 re: DIP and Aercap motions. | 2 | 1,250.00 |
| 10/10/2025 | Talmo, Matthew | Attend DIP hearing. | 2 | 2,250.00 |
| 10/10/2025 | Rogers Churchill, Sophie | Attend DIP hearing. | 2 | 1,540.00 |
| 10/14/2025 | Rogers Churchill, Sophie | Email to M. Talmo re: hearing agenda. | 0.1 | 77.00 |
| 10/16/2025 | Elwazir, Hashim | Attend hearing re: entry of order authorizing rejection of certain contracts (.5); circulate notes re: the same to MNAT team (.5); coordinate internal scheduling re: upcoming hearings (.1). | 1.1 | 742.50 |
| 10/16/2025 | Rogers Churchill, Sophie | Review updates re: hearing (.2); attend hearing (.5). | 0.7 | 539.00 |
| 10/27/2025 | Kreuzberger, Cole | Prepare materials for 10/29 hearing. | 0.3 | 187.50 |
| 10/27/2025 | Elwazir, Hashim | Review correspondence with MNAT team re: final DIP hearing (.1); review agenda re: the same (.1); review draft form of fee statement (.1); review Committee's filing re: debtors' DIP motion (.1). | 0.4 | 270.00 |
| 10/28/2025 | Kreuzberger, Cole | Prepare for final DIP hearing on 10/29. | 0.4 | 250.00 |
| 10/28/2025 | Chevli, Radha | Communicate with C. Kreuzberger re: 10/29 hearing (.1); prepare materials for 10/29 hearing (1.3). | 1.4 | 609.00 |
| 10/28/2025 | Talmo, Matthew | Call with S. Churchill re: hearing (.1); email A. Remming re: same (.1). | 0.2 | 225.00 |
| 10/28/2025 | Remming, Andrew | Emails with M. Talmo re: 10/29 hearing (.2); review agenda for 10/29 hearing (.1). | 0.3 | 388.50 |
| 10/28/2025 | Rogers Churchill, Sophie | Call with M. Talmo re: hearing. | 0.1 | 77.00 |
| 10/29/2025 | Kreuzberger, Cole | Prepare and organize materials for hearing on 10/29. | 1.2 | 750.00 |
| 10/29/2025 | Kreuzberger, Cole | Attend hearing on 10/29. | 1.3 | 812.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/29/2025 | Elwazir, Hashim | Review correspondence and overnight filings re: final DIP hearing and prepare for the same (.9); attend hearing (1.3). | 2.2 | 1,485.00 |
| 10/29/2025 | Brzozowski, Luke | Attend 10/29 hearing. | 1.3 | 812.50 |
| 10/29/2025 | Remming, Andrew | Prepare for 10/29 hearing, including review of key documents. | 0.8 | 1,036.00 |
| 10/29/2025 | Remming, Andrew | Attend 10/29 hearing. | 1.3 | 1,683.50 |
| 10/29/2025 | Remming, Andrew | Review and respond to email from S. Churchill re: 10/29 hearing. | 0.1 | 129.50 |
| 10/29/2025 | Remming, Andrew | Review update from M. Talmo re: 10/29 hearing. | 0.1 | 129.50 |
| 10/29/2025 | Rogers Churchill, Sophie | Email to MNAT team re: hearing agenda. | 0.1 | 77.00 |
| 10/29/2025 | Rogers Churchill, Sophie | Call with M. Melcer re: hearing; email to A. Remming and M. Talmo re: same. | 0.2 | 154.00 |
| 11/5/2025 | Springart, Billie | Emails with H. Elwazir (.1); coordinate hearing preparations for November 10th and December 8th hearings (.4). | 0.5 | 192.50 |
| 11/5/2025 | Elwazir, Hashim | Confirm hearing dates. | 0.2 | 135.00 |
| 11/9/2025 | Elwazir, Hashim | Emails with S. Churchill re: hearing preparation. | 0.1 | 67.50 |
| 11/9/2025 | Talmo, Matthew | Email N. Sosnick re: hearing. | 0.1 | 112.50 |
| 11/10/2025 | Kreuzberger, Cole | Review materials and prepare same for omnibus hearing on 11/10. | 0.6 | 375.00 |
| 11/10/2025 | Kreuzberger, Cole | Attend omnibus hearing on 11/10. | 0.9 | 562.50 |
| 11/10/2025 | Lawrence, John | Compile documents and coordinate production of hearing materials. | 0.6 | 261.00 |
| 11/10/2025 | Elwazir, Hashim | Exchange correspondence with B. Springart re: hearing preparation (.1); review amended agenda re: same (.1); attend hearing (.9) and circulate notes re: same to MNAT team (1.1). | 2.2 | 1,485.00 |
| 11/10/2025 | Dehney, Robert J. | Prepare for (.3) and attend omnibus hearing (.9) on 11/10. | 1.2 | 2,274.00 |
| **Sub-Total** | | | **43.1** | **38,222.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **Task Code** | **B340** | **Professional Retention (MNAT - Filing)** | | |
| 9/4/2025 | Brzozowski, Luke | Call with S. Churchill re: MNAT's retention application. | 0.1 | 62.50 |
| 9/4/2025 | Brzozowski, Luke | Draft MNAT's retention application. | 1.5 | 937.50 |
| 9/4/2025 | Rogers Churchill, Sophie | Call with L. Brzozowski re: MNAT's retention application. | 0.1 | 77.00 |
| 9/5/2025 | Brzozowski, Luke | Review and revise MNAT's retention application. | 0.6 | 375.00 |
| 9/5/2025 | Qian, Echo | Review potential disclosures and email S. Churchill re: same. | 0.6 | 438.00 |
| 9/6/2025 | Rogers Churchill, Sophie | Review matter reports regarding potential disclosures for retention application. | 1.5 | 1,155.00 |
| 9/7/2025 | Rogers Churchill, Sophie | Review matter reports regarding potential disclosures for retention application. | 0.8 | 616.00 |
| 9/8/2025 | Brzozowski, Luke | Confer with S. Churchill re: retention application and next steps (.1); review and revise retention application (.9); email to M. Talmo re: same (.1). | 1.1 | 687.50 |
| 9/8/2025 | Brzozowski, Luke | Confer with E. Qian re: potential disclosures. | 0.2 | 125.00 |
| 9/8/2025 | Qian, Echo | Confer with L. Brzozowski re: potential disclosures (.2); call with S. Churchill re: same (.4). | 0.6 | 438.00 |
| 9/8/2025 | Rogers Churchill, Sophie | Review matter reports regarding potential disclosures for retention application (1.3); revise draft retention application (3.4). | 4.7 | 3,619.00 |
| 9/8/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski re: retention application. | 0.1 | 77.00 |
| 9/8/2025 | Rogers Churchill, Sophie | Call with E. Qian re: potential disclosures. | 0.4 | 308.00 |
| 9/9/2025 | Kreuzberger, Cole | Review internal emails re: retention and next steps. | 0.3 | 187.50 |
| 9/9/2025 | Dehney, Robert J. | Emails with DPW, MNAT team re: retention and potential disclosures. | 0.2 | 379.00 |
| 9/9/2025 | Dehney, Robert J. | Emails with M. Talmo and L. Brzozowski re: retention application. | 0.1 | 189.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/10/2025 | Rogers Churchill, Sophie | Address retention application issues with L. Brzozowski and M. Talmo. | 0.1 | 77.00 |
| 9/10/2025 | Brzozowski, Luke | Address retention application issues with S. Churchill and M. Talmo. | 0.1 | 62.50 |
| 9/10/2025 | Talmo, Matthew | Address retention application issues with S. Churchill and L. Brzozowski. | 0.1 | 112.50 |
| 9/11/2025 | Kreuzberger, Cole | Confer with S. Churchill re: Retention Application. | 0.4 | 250.00 |
| 9/11/2025 | Kreuzberger, Cole | Edit retention application. | 1.1 | 687.50 |
| 9/11/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: Retention Application. | 0.4 | 308.00 |
| 9/12/2025 | Brzozowski, Luke | Confer with S. Churchill re: potential disclosures (.1); review potential disclosures re: same (1.4). | 1.5 | 937.50 |
| 9/12/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski re: potential disclosures. | 0.1 | 77.00 |
| 9/15/2025 | Brzozowski, Luke | Review and revise potential disclosure chart (.3); email to S. Churchill re: same (.2). | 0.5 | 312.50 |
| 9/24/2025 | Dehney, Robert J. | Review potential parties in interest and share with MNAT team. | 0.2 | 379.00 |
| 9/25/2025 | Kreuzberger, Cole | Confer with S. Churchill and L. Brzozowski re: potential disclosures. | 0.8 | 500.00 |
| 9/25/2025 | Kreuzberger, Cole | Review docket and PPI List re: potential disclosures. | 1.5 | 937.50 |
| 9/25/2025 | Rogers Churchill, Sophie | Confer with L. Brzozowski and C. Kreuzberger re: potential disclosures. | 0.8 | 616.00 |
| 9/25/2025 | Brzozowski, Luke | Review revised PPI list (.1); email MNAT team re: potential disclosures (.1). | 0.2 | 125.00 |
| 9/25/2025 | Brzozowski, Luke | Confer with S. Churchill and C. Kreuzberger re: potential disclosures (.8); review and update tracker re: same (.4); email to MNAT team re: same (.1). | 1.3 | 812.50 |
| 9/28/2025 | Rogers Churchill, Sophie | Revise retention application and emails with M. Talmo and R. Dehney re: same. | 1.2 | 924.00 |
| 9/28/2025 | Rogers Churchill, Sophie | Call with M. Melcer re: retention (.1); email to M. Talmo and R. Dehney re: same (.1). | 0.2 | 154.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/29/2025 | Brzozowski, Luke | Review revised potential parties in interest list (.1); email to S. Churchill re: same (.1). | 0.2 | 125.00 |
| 9/29/2025 | Rogers Churchill, Sophie | Continue revising retention application. | 1.5 | 1,155.00 |
| 9/30/2025 | Talmo, Matthew | Review MNAT retention application. | 1.2 | 1,350.00 |
| 9/30/2025 | Rogers Churchill, Sophie | Revise retention application. | 0.5 | 385.00 |
| 10/1/2025 | Talmo, Matthew | Review comments from DPW re: retention application. | 0.2 | 225.00 |
| 10/1/2025 | Rogers Churchill, Sophie | Review revisions to retention application and email to M. Talmo re: same. | 0.3 | 231.00 |
| 10/1/2025 | Rogers Churchill, Sophie | Email to DPW re: retention application. | 0.1 | 77.00 |
| 10/2/2025 | Brzozowski, Luke | Finalize and prepare to file MNAT's retention application (.5); emails with S. Churchill re: same (.1). | 0.6 | 375.00 |
| 10/2/2025 | Rogers Churchill, Sophie | Email to DPW re: retention application. | 0.1 | 77.00 |
| 10/2/2025 | Rogers Churchill, Sophie | Respond to email from M. Whalen re: client signoff. | 0.1 | 77.00 |
| 10/2/2025 | Rogers Churchill, Sophie | Coordinate filing retention application. | 0.6 | 462.00 |
| 10/6/2025 | Brzozowski, Luke | Research and review re: prior retention applications and orders to same (.5); email to S. Churchill re: same (.1). | 0.6 | 375.00 |
| 10/6/2025 | Rogers Churchill, Sophie | Email to L. Brzozowski re: U.S. Trustee comments. | 0.1 | 77.00 |
| 10/6/2025 | Rogers Churchill, Sophie | Respond to email from DPW re: prior retention application. | 0.1 | 77.00 |
| 10/10/2025 | Rogers Churchill, Sophie | Respond to email from M. Melcer re: retention application. | 0.1 | 77.00 |

31

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/13/2025 | Kreuzberger, Cole | Review potential disclosure and draft summary to team regarding same. | 0.5 | 312.50 |
| 10/14/2025 | Elwazir, Hashim | Discuss potential disclosures with M. Talmo (.1); review docket re: the same and communicate results to M. Talmo (.7). | 0.8 | 540.00 |
| 10/14/2025 | Talmo, Matthew | Discuss potential disclosures with H. Elwazir. | 0.1 | 112.50 |
| 10/16/2025 | Rogers Churchill, Sophie | Respond to email from M. Melcer re: U.S. Trustee inquiries re: retention application. | 0.1 | 77.00 |
| 10/22/2025 | Kreuzberger, Cole | Confer with S. Churchill re: supplemental retention application. | 0.4 | 250.00 |
| 10/22/2025 | Kreuzberger, Cole | Research precedent re: supplemental declaration. | 1 | 625.00 |
| 10/22/2025 | Kreuzberger, Cole | Draft Supplemental Declaration. | 1.2 | 750.00 |
| 10/22/2025 | Kreuzberger, Cole | Confer with L. Brzozowski re: supplemental declaration. | 0.1 | 62.50 |
| 10/22/2025 | Brzozowski, Luke | Review PPI list and research re: potential disclosures (.4); email to S. Churchill re: same (.2). | 0.6 | 375.00 |
| 10/22/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: supplemental retention application. | 0.4 | 308.00 |
| 10/22/2025 | Brzozowski, Luke | Confer with C. Kreuzberger re: supplemental declaration. | 0.1 | 62.50 |
| 10/22/2025 | Rogers Churchill, Sophie | Email to L. Brzozowski re: potential disclosure. | 0.1 | 77.00 |
| 10/22/2025 | Rogers Churchill, Sophie | Call with M. Talmo re: U.S. Trustee inquiry re: retention application. | 0.2 | 154.00 |
| 10/22/2025 | Rogers Churchill, Sophie | Internal emails re: potential disclosures. | 0.2 | 154.00 |
| 10/22/2025 | Rogers Churchill, Sophie | Further emails with M. Melcer and M. Talmo re: U.S. Trustee comments. | 0.2 | 154.00 |
| 11/3/2025 | Dehney, Robert J. | Internal emails re: retention applications approved. | 0.1 | 189.50 |
| 11/24/2025 | Kreuzberger, Cole | Internal emails re: disclosures. | 0.1 | 62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/24/2025 | Kreuzberger, Cole | Confer with S. Churchill re: potential client disclosure. | 0.1 | 62.50 |
| 11/24/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: potential client disclosure. | 0.1 | 77.00 |
| **Sub-Total** | | | **36.1** | **26,494.50** |
| **Task Code** | **B410** | **General Case Strategy** | | |
| 9/5/2025 | Brzozowski, Luke | Review docket and email R. Dehney re: status of case. | 0.2 | 125.00 |
| 9/5/2025 | Dehney, Robert J. | Email with MNAT team re: status of case and next steps. | 0.3 | 568.50 |
| 9/7/2025 | Dehney, Robert J. | Review email from DPW re: case status, retention, and next steps and emails with MNAT team re: same. | 0.4 | 758.00 |
| 9/9/2025 | Kreuzberger, Cole | Confer with S. Churchill re: WIP. | 0.5 | 312.50 |
| 9/9/2025 | Kreuzberger, Cole | Further confer with S. Churchill re: WIP. | 0.3 | 187.50 |
| 9/9/2025 | Kreuzberger, Cole | Draft and update WIP list. | 1.6 | 1,000.00 |
| 9/9/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: WIP. | 0.5 | 385.00 |
| 9/9/2025 | Rogers Churchill, Sophie | Further confer with C. Kreuzberger re: WIP. | 0.3 | 231.00 |
| 9/10/2025 | Kreuzberger, Cole | Review docket for updates. | 0.8 | 500.00 |
| 9/10/2025 | Kreuzberger, Cole | Revise WIP list. | 1.2 | 750.00 |
| 9/10/2025 | Kreuzberger, Cole | Further review and revise WIP memorandum. | 0.5 | 312.50 |
| 9/10/2025 | Kreuzberger, Cole | Confer with S. Churchill re: WIP. | 0.5 | 312.50 |
| 9/10/2025 | Kreuzberger, Cole | Review of Spirit docket and revise WIP memorandum. | 0.4 | 250.00 |
| 9/10/2025 | Kreuzberger, Cole | Review of Spirit Case Management Order and input deadlines into WIP list re: Spirit. | 0.4 | 250.00 |
| 9/10/2025 | Kreuzberger, Cole | Review U.S. Trustee Instructions re: Spirit WIP. | 0.5 | 312.50 |
| 9/10/2025 | Kreuzberger, Cole | Review of First Day Motions and input deadlines in WIP list re: Spirit. | 1.9 | 1,187.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/10/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: WIP. | 0.5 | 385.00 |
| 9/12/2025 | Kreuzberger, Cole | Confer with S. Churchill re: Spirit WIP. | 0.4 | 250.00 |
| 9/12/2025 | Kreuzberger, Cole | Review and revise WIP List. | 0.6 | 375.00 |
| 9/12/2025 | Rogers Churchill, Sophie | Confer with C. Kreuzberger re: WIP. | 0.4 | 308.00 |
| 9/15/2025 | Kreuzberger, Cole | Review case management order and input filing requirements to WIP list. | 2 | 1,250.00 |
| 9/15/2025 | Kreuzberger, Cole | Amend Schedule and Statements deadline to reflect entered order re: Spirit WIP List. | 0.2 | 125.00 |
| 9/15/2025 | Kreuzberger, Cole | Update pertinent statutory deadlines re: Spirit WIP List. | 0.9 | 562.50 |
| 9/15/2025 | Kreuzberger, Cole | Further review and revise WIP memorandum. | 1.6 | 1,000.00 |
| 9/17/2025 | Remming, Andrew | Review first day declaration. | 0.8 | 1,036.00 |
| 9/17/2025 | Remming, Andrew | Review analysis of prior plan issues from M. Talmo (.5); review prior chapter 11 plan and confirmation order (.6). | 1.1 | 1,424.50 |
| 9/18/2025 | Brzozowski, Luke | Call with DPW and MNAT re: case update and next steps (.8); email S. Churchill and C. Kreuzberger re: same (.4). | 1.2 | 750.00 |
| 9/18/2025 | Dehney, Robert J. | Prepare for and attend conference call with M. Melcer. | 0.9 | 1,705.50 |
| 9/18/2025 | Rogers Churchill, Sophie | Call with DPW and MNAT re: case update and next steps. | 0.8 | 616.00 |
| 9/19/2025 | Brzozowski, Luke | Call with MNAT team re: WIP and next steps. | 0.9 | 562.50 |
| 9/19/2025 | Dehney, Robert J. | Confer with MNAT team re: case status and next steps. | 0.9 | 1,705.50 |
| 9/19/2025 | Dehney, Robert J. | Email to A. Remming, M. Talmo, S. Rogers Churchill re: case status and next steps. | 0.2 | 379.00 |
| 9/23/2025 | Remming, Andrew | Office conference with L. Brzozowski re: status update. | 0.1 | 129.50 |
| 9/23/2025 | Remming, Andrew | Office conference with S. Churchill re: status update. | 0.2 | 259.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/23/2025 | Rogers Churchill, Sophie | Office conference with A. Remming re: status update. | 0.2 | 154.00 |
| 9/24/2025 | Remming, Andrew | Confer with S. Churchill re: updates. | 0.2 | 259.00 |
| 9/24/2025 | Rogers Churchill, Sophie | Confer with A. Remming re: updates. | 0.2 | 154.00 |
| 9/25/2025 | Elwazir, Hashim | Discuss Debtor team call preparation items with S. Churchill and A. Remming. | 0.2 | 135.00 |
| 9/26/2025 | Rogers Churchill, Sophie | Confer with H. Elwazir re: open research issues. | 0.5 | 385.00 |
| 10/14/2025 | Dehney, Robert J. | Emails with MNAT team re: WIP and next steps. | 0.1 | 189.50 |
| 10/15/2025 | Talmo, Matthew | Discuss prepetition transfers with D. Klein. | 0.2 | 225.00 |
| 10/16/2025 | Brzozowski, Luke | Review notice of adjournment (.1); email to B. Springart re: upcoming dates and deadlines (.1). | 0.2 | 125.00 |
| 10/29/2025 | Dehney, Robert J. | Email with M. Talmo re: US Trustee's comments on retention and CNO and prepetition termination of certain credit card agreements and DIP. | 0.3 | 568.50 |
| 11/26/2025 | Kreuzberger, Cole | Update WIP memorandum per case development. | 2.1 | 1,312.50 |
| **Sub-Total** | | | **28.2** | **23,773.00** |
| **Task Code** | **B420** | **Schedules/SOFA/U.S. Trustee Reports** | | |
| 10/29/2025 | Rogers Churchill, Sophie | Review and respond to inquiry from FTI re: schedules and statements. | 0.3 | 231.00 |
| **Sub-Total** | | | **0.3** | **231.00** |
| **Total** | | | **425.50** | **367,812.50** |

## Exhibit F

## Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 3 | 5 | $1,440 | $1,414.83 |
| Senior/Special Counsel | 1 | 1 | $1,095 | $1,095 |
| Associate | 3 | 6 | $690 | $669.90 |
| Other Professionals | 4 | 4 | $435 | $433.06 |

**Exhibit G**

**Summary of Actual and Necessary Expenses**

**EXPENSE SUMMARY**
**SPIRIT AVIATION HOLDINGS, INC., *et al.*,**

**Case No. 25-11897 (SHL)**
**August 29, 2025 through November 30, 2025**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 50.00 |
| In-House Printing - black & white | 445.35 |
| In-House Printing - color | 58.30 |
| Computer Research - Westlaw | 7,887.10 |
| **Grand Total Expenses** | **$8,440.75** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 9/5/2025 | Pacer | 9 | 0.90 |
| 9/8/2025 | In-House Printing - black & white | 316 | 15.80 |
| 9/11/2025 | Computer Research - Westlaw | 1 | 19.53 |
| 9/18/2025 | Computer Research - Westlaw | 1 | 54.72 |
| 9/19/2025 | Computer Research - Westlaw | 2 | 115.11 |
| 9/22/2025 | Computer Research - Westlaw | 2 | 137.70 |
| 9/23/2025 | Pacer | 100 | 10.00 |
| 9/24/2025 | Computer Research - Westlaw | 2 | 2,032.68 |
| 9/25/2025 | In-House Printing - black & white | 56 | 2.80 |
| 9/25/2025 | Computer Research - Westlaw | 1 | 2,066.98 |
| 9/26/2025 | Computer Research - Westlaw | 2 | 2,051.36 |
| 9/27/2025 | Computer Research - Westlaw | 1 | 31.93 |
| 9/29/2025 | Pacer | 64 | 6.40 |
| 9/30/2025 | In-House Printing - black & white | 850 | 42.50 |
| 10/3/2025 | Pacer | 30 | 3.00 |
| 10/6/2025 | Pacer | 13 | 1.30 |
| 10/8/2025 | Pacer | 6 | 0.60 |
| 10/9/2025 | In-House Printing - black & white | 1,546 | 77.30 |
| 10/9/2025 | Pacer | 7 | 0.70 |
| 10/10/2025 | Pacer | 35 | 3.50 |
| 10/10/2025 | In-House Printing - black & white | 25 | 1.25 |
| 10/13/2025 | In-House Printing - color | 38 | 9.50 |
| 10/13/2025 | In-House Printing - black & white | 24 | 1.20 |
| 10/14/2025 | Pacer | 80 | 8.00 |
| 10/16/2025 | Pacer | 95 | 9.50 |
| 10/16/2025 | In-House Printing - black & white | 20 | 2.00 |
| 10/22/2025 | Pacer | 31 | 3.10 |
| 10/24/2025 | In-House Printing - color | 5 | 4.00 |
| 10/27/2025 | Pacer | 30 | 3.00 |
| 10/28/2025 | In-House Printing - color | 36 | 28.80 |
| 10/28/2025 | In-House Printing - black & white | 1,724 | 172.40 |
| 10/29/2025 | In-House Printing - black & white | 630 | 63.00 |
| 10/29/2025 | In-House Printing - color | 9 | 7.20 |
| 10/31/2025 | Computer Research - Westlaw | 2 | 555.39 |
| 11/1/2025 | Computer Research - Westlaw | 2 | 821.70 |
| 11/10/2025 | In-House Printing - black & white | 671 | 67.10 |
| 11/10/2025 | In-House Printing - color | 11 | 8.80 |
| | | **TOTAL** | **8,440.75** |

## **Exhibit H**

**Customary and Comparable Compensation Disclosures**

Morris Nichols's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Morris Nichols's hourly rates for bankruptcy services are comparable to the rates charged by Morris Nichols for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

The blended hourly rate for all Morris Nichols timekeepers who worked on these cases is approximately the same as the firm's blended rate for all timekeepers over the Compensation Period. In particular, the blended hourly rate for all Morris Nichols timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations (collectively, the "Non-Chapter 11 Matters")[1] during the Compensation Period was, in the aggregate, approximately $885.86.[2] By comparison, the blended hourly rate for all Morris Nichols timekeepers (including both professionals and paraprofessionals) who worked on these cases during the Compensation Period was, in the aggregate, $864.42.

The following table shows blended hourly rates by category of professional and paraprofessional (rounded to the nearest dollar):

| Position at Morris Nichols | Blended Hourly Rate for This Application | Blended Hourly Rate Non-Chapter 11 Matters |
|---|---|---|
| Partner | $1,415 | $1,189 |
| Senior/Special Counsel | $1,095 | $1,090 |
| Associate | $670 | $651 |
| Paralegal | $435 | $332 |
| Legal Assistant | $385 | $332 |
| **Aggregate** | **$864** | **$886** |

---

[1]  It is the nature of Morris Nichols's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Morris Nichols's Business Reorganization and Restructuring Group. Accordingly, Non-Chapter 11 Matters consist of matters for which Morris Nichols timekeepers represented a client in a matter *other than* court-approved chapter 11 representations. The Non-Chapter 11 Matters include time billed by Morris Nichols timekeepers who work within Morris Nichols's Business Reorganization and Restructuring Group.

[2]  Morris Nichols calculated the blended rate for Non-Chapter 11 Matters by dividing the *total dollar amount* billed by Morris Nichols timekeepers to Non-Chapter 11 Matters during the Compensation Period by the *total number of* hours billed by such Morris Nichols timekeepers to Non-Chapter 11 Matters during the same period.