**Objection Deadline: February 4, 2026**
**at 4:00 p.m. (prevailing Eastern Time)**

Andrew K. Glenn
Trevor J. Welch
Kurt A. Mayr
Richard C. Ramirez
Malak S. Doss
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SPIRIT AVIATION HOLDINGS, INC.**, *et al.*, | Case No. 25-11897 (SHL) |
| Debtors.[1] | Jointly Administered |

**SUMMARY OF COMBINED FIRST MONTHLY, FIRST INTERIM AND FINAL FEE APPLICATION OF MARC J. HEIMOWITZ FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS EXAMINER FOR THE PERIOD FROM OCTOBER 27, 2025 THROUGH DECEMBER 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | Marc J. Heimowitz (the "Examiner") |
| **Authorized to Provide Professional Services to:** | Examiner |
| **Date of Appointment:** | October 27, 2025 |
| **Period for Which Compensation and Reimbursement are Sought:** | October 27, 2025 through December 31, 2025 (the "Compensation Period") |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $367,837.50 |
| **Amount of Expenses Reimbursement sought as actual, reasonable and necessary:** | $89.20 |
| **This is a:** | First Monthly, First Interim and Final Application |

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

**Summary of Fees by Professionals Rendering Services**
**(October 27, 2025 through December 31, 2025)**

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marc J. Heimowitz | Examiner | $1,275.00 | 288.5 | $367,837.50 |
| **TOTAL** | | | **288.5** | **$367,837.50** |

---

[2] This hourly rate reflects a 15% reduction of the Examiner's standard hourly rate, as agreed to with the United States Trustee for Region 2.

2

**Summary of Fees by Project Category**
**(October 27, 2025 through December 31, 2025)**

| Project Number | Project Category | Hours | Amount |
|---|---|---|---|
| 1 | Case Management | 16.5 | $21,037.50 |
| 2 | Report Inquiry / Analysis / Drafting | 272.0 | $346,800.00 |
| **TOTAL** | | **288.5** | **$367,837.50** |

**Summary of Expenses**
**(October 27, 2025 through December 31, 2025)**

| Expense Category | Amount |
|---|---|
| PACER charges | $89.20 |
| **TOTAL** | $89.20 |

## SUMMARY OF FINAL FEE APPLICATION
### (October 27, 2025 through December 31, 2025)

| SUMMARY OF FINAL APPLICATION | |
|---|---|
| Name of Applicant | Marc J. Heimowitz |
| Time period covered by Application | October 27, 2025 through December 31, 2025 |
| Total compensation sought during the Compensation Period | $367,837.50 |
| Total expenses sought during the Compensation Period | $89.20 |
| Petition Date | August 29, 2025 |
| Date of order approving appointment | October 29, 2025 [Docket No. 381] |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the Application for all attorneys | N/A |
| Blended rate in the Application for all timekeepers | N/A |
| Compensation sought in the Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed (80%) | $0.00 |
| Expenses sought in the Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed (100%) | $0.00 |
| Number of professionals included in the Application | 1 |
| If applicable, number of professionals in the Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Compensation Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Compensation Period | N/A |
| Are any rates higher than those approved or disclosed at retention? | No |

Andrew K. Glenn
Trevor J. Welch
Kurt A. Mayr
Richard C. Ramirez
Malak S. Doss
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**COMBINED FIRST MONTHLY, FIRST INTERIM AND FINAL**
**FEE APPLICATION OF MARC J. HEIMOWITZ FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS EXAMINER**
**FOR THE PERIOD FROM OCTOBER 27, 2025 THROUGH DECEMBER 31, 2025**

Marc J. Heimowitz, as Court-appointed examiner (the "Examiner") in the above-captioned

cases (the "Chapter 11 Cases"), hereby submits this combined first monthly, first interim and final

fee application (the "Application") for final allowance of compensation for professional services

rendered by the Examiner during the period of October 27, 2025 through December 31, 2025 (the

"Compensation Period") and final reimbursement of actual and necessary expenses incurred by

the Examiner during the Compensation Period, pursuant to Sections 330 and 331 of title 11 of the

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), and the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines"). In support of this Application, the Examiner respectfully states as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b) and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.). This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief requested herein are Sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, Local Rule 2016-1, and the U.S. Trustee Guidelines.

## BACKGROUND

3.      August 29, 2025 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors are managing and operating their businesses as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.       On September 17, 2025, the United States Trustee for Region 2 (the "U.S. Trustee") appointed an official committee of unsecured creditors in the Chapter 11 Cases (the "Committee"). No trustee has been appointed in the Chapter 11 Cases.  *See* Docket No. 117.

5.       On October 17, 2025, the Court entered the *Stipulation and Order Appointing an Examiner* [Docket No. 286] (the "Examiner Order") directing the U.S. Trustee to appoint an examiner in these Chapter 11 Cases.

6.       Pursuant to the Examiner Order, the Examiner shall investigate "the circumstances surrounding the bankruptcy refiling of [these Chapter 11 Cases] approximately five months after the effectiveness of the confirmed plan in *Spirit Airlines, LLC, et al.*, Case No. 24-11988." Examiner Order ¶ 1.

7.       The Examiner Order authorizes the Examiner to "retain counsel and other professionals, if he or she determines that such retention is necessary to discharge his or her duties, with such retention to be subject to Court approval under standards equivalent to those set forth in 11 U.S.C. § 327."  Examiner Order ¶ 4.

8.       On October 27, 2025, the U.S. Trustee informed Marc J. Heimowitz that he was selected as proposed Examiner.  On October 28, 2025, the U.S. Trustee delivered written notice appointing Mr. Heimowitz as the Examiner, and on October 29, 2025, the Court entered an order approving Mr. Heimowitz's appointment as the Examiner.  *See* Docket Nos. 363, 381.

9.       On November 3, 2025, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 387] (the "Interim Compensation Order").

10.      On December 15, 2025, the Examiner filed the *Report of Examiner Marc J. Heimowitz* [Docket No. 595] (the "Examiner's Report").

## **RELIEF REQUESTED**

11.     By this Application and in accordance with the Examiner Order, the Examiner seeks final allowance of reasonable compensation for the actual, reasonable, and necessary professional services that he has rendered as the examiner in the Chapter 11 Cases during the Compensation Period, in the amount of $367,837.50 and final reimbursement of actual, reasonable and necessary expenses incurred by the Examiner during the Compensation Period, in the amount of $89.20.

## **APPLICATION**

12.     The Examiner seeks allowance of $367,837.50, for actual, reasonable, and necessary legal services rendered; and $89.20 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Compensation Period.  The Examiner requests that the Debtors be authorized and directed to pay the Examiner an amount equal to the sum of the allowed compensation and expense reimbursement during the Compensation Period.  The Examiner has received no payments with respect to these amounts.

13.     Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by the Examiner, with respect to the Compensation Period.  These detailed itemizations comply with Local Rule 2016-1 and the U.S. Trustee Guidelines in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

14.     The Examiner incurred out-of-pocket expenses during the Compensation Period in the amount of $89.20, all on account of PACER docket retrieval charges.  These PACER docket

retrieval charges were actual, reasonable and necessary expenses incurred by the Examiner in the performance of services rendered during the Compensation Period.

15.     During the Compensation Period, the Examiner spent an aggregate of 288.5 hours performing services in connection with the Chapter 11 Cases.

16.     The Examiner has made every effort to minimize his costs while providing the highest quality of services. The Examiner submits that he has conferred a significant benefit to the estates in a cost–effective manner. Moreover, the Examiner has endeavored to coordinate with the Examiner's professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses.  The Examnier believes he has been successful in this regard.

17.     Section 330(a)(1)(B) of the Bankruptcy Code permits for reimbursement for actual, necessary expenses.  The Examiner's services and expenses incurred during the Compensation Period constitute only those necessary expenses that were incurred for the benefit of the Examiner and, ultimately, the Debtors' estates.  The Examiner has properly requested reimbursement of only actual, necessary and appropriate expenses.

18.     No agreement or understanding exists between the Examiner and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases, except pursuant to the member agreements of Coda Advisory Group LLC, as disclosed in the October 27, 2025, Declaration of Disinterestedness [Docket No. 364-1].

19.     The undersigned has reviewed the requirements of Local Rule 2016-1 and certifies to the best of his information, knowledge, and belief that this Application complies with that Rule.

## VALUATION OF SERVICES

20.     During the Compensation Period, the Examiner expended an aggregate of 288.5 hours performing services for the Examiner in connection with the Chapter 11 Cases.

21.     The amount of time spent by the Examiner for the Compensation Period is fully set forth in the detail attached hereto as **Exhibit A**.  The reasonable value of the services rendered by the Examiner for the Compensation Period in the Chapter 11 Cases is $367,837.50.

22.     The Examiner believes that the time entries included on **Exhibit A** are in compliance with the requirements of Local Rule 2016-1 and the U.S. Trustee Guidelines.

23.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the Examiner submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  In addition, the Examiner has reviewed the requirements of Local Rule 2016 and the U.S. Trustee Guidelines and believes that this Application complies with the requirements set forth therein.

## VOLUNTARY REDUCTIONS

24.     The Examiner agreed to bill at a rate of $1,275.00 per hour, which is 15% less than his standard billing rate of $1,500.00 per hour pursuant to an agreement with the U.S. Trustee.

25.     As a result of the foregoing discount, the Examiner's request reflects reductions that total $64,890.00 in fees accrued during the Compensation Period.

## NOTICE

26.     Notice of this Application will be provided in accordance with the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 61] and the Interim Compensation Order.  In light of the nature of the relief requested, the Examiner respectfully submits that no other or further notice is required or needed under the circumstances.

## CONCLUSION

WHEREFORE, the Examiner respectfully requests that final allowance be made to him in the sum of $367,837.50 as compensation for necessary professional services rendered as the examiner for the Compensation Period, and the sum of $89.20 for reimbursement of actual necessary costs and expenses incurred during the Compensation Period, and further requests such other and further relief as the Court may deem just and proper.

Dated:  January 14, 2026
　　　　New York, New York

**GLENN AGRE BERGMAN & FUENTES LLP**

*/s/ Andrew K. Glenn*
Andrew K. Glenn
Trevor J. Welch
Kurt A. Mayr
Richard C. Ramirez
Malak S. Doss
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email:  aglenn@glennagre.com
　　　　twelch@glennagre.com
　　　　kmayr@glennagre.com
　　　　rramirez@glennagre.com
　　　　mdoss@glennagre.com

*Counsel to the Examiner*

Andrew K. Glenn
Trevor J. Welch
Kurt A. Mayr
Richard C. Ramirez
Malak S. Doss
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to the Examiner*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.**, *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF COMBINED FIRST MONTHLY, FIRST INTERIM AND FINAL FEE APPLICATION OF MARC J. HEIMOWITZ FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS EXAMINER FOR THE PERIOD FROM OCTOBER 29, 2025 THROUGH DECEMBER 31, 2025**

   **PLEASE TAKE NOTICE** that Marc J. Heimowitz, as Court-appointed Examiner (the "Examiner") in the above-captioned cases filed the *Combined First Monthly, First Interim and Final Fee Application of Marc J. Heimowitz for Services Rendered and Reimbursement of Expenses as Examiner for the Period from October 29, 2025 through December 31, 2025* (the "Application"),[2] with the United States Bankruptcy Court for the Southern District of New York (the "Court").

   **PLEASE TAKE FURTHER NOTICE** that responses or objections to the relief requested in the Application shall be (a) in writing, in English, and in text-searchable format, (b) filed with the Court electronically, and (c) served on the Examiner, the undersigned counsel to the Examiner, and the Compensation Notice Parties (as defined in the Interim Compensation Order) so as to be received no later than **February 4, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Deadline"), in each case, in accordance with the Bankruptcy Rules, the Local Rules, the Court's *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 61], and the Court's Chambers' Rules (available at https://www.nysb.uscourts.gov/content/judge-sean-h-lane), to the extent applicable.

   **PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Interim Compensation Order, if no responses or objections are timely filed and served with respect to the Application, the Examiner may, on or after the Objection Deadline, submit to the Court an order, substantially in the form of the proposed order attached to the Application, under certification of counsel or certification of no objection, which order may be entered by the Court without further notice or opportunity to be heard.

   **PLEASE TAKE FURTHER NOTICE** that copies of the Application and any other document filed publicly in the Chapter 11 Cases are available free of charge at https://dm.epiq11.com/SpiritAirlines.

*[Remainder of page intentionally left blank.]*

Dated:  January 14, 2026
          New York, New York

**GLENN AGRE BERGMAN & FUENTES LLP**

*/s/ Andrew K. Glenn*
Andrew K. Glenn
Trevor J. Welch
Kurt A. Mayr
Richard C. Ramirez
Malak S. Doss
150 N.E. 6th Avenue, Unit T
Delray Beach, Florida 33483
Telephone: (212) 970-1600
Email:  aglenn@glennagre.com
          twelch@glennagre.com
          kmayr@glennagre.com
          rramirez@glennagre.com
          mdoss@glennagre.com

*Counsel to the Examiner*

## EXHIBIT A – Time Detail

| Date | Category | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2025 through 10/22/2025 | Analysis/Drafting | [No Charge] Review dockets Spirit 1 (24-11988) and Spirit 2 (25-11897); prepare chronology; review market commentary & publications; research re: 1129(a)(11) feasibility | 9.0 | $0 | $0.0 |
| 10/16/2025 through 10/22/2025 | Case Administration | [No Charge] Communications with various potential counsel; communications with UST office; prepare budget | 3.5 | $0 | $0.0 |
| 10/22/2025 through 10/27/2025 | Case Administration | [No Charge] Communications with UST office; prepare declaration of disinterestedness & other materials in support of application; communications with various potential counsel | 4.3 | $0 | $0.00 |
| 10/27/2025 | Case Administration | Communications with various potential counsel & potential FAs (1.3), prepare documentation related to appointment & filing logistics (1.3) | 2.6 | $1,275 | $3,315.00 |
| 10/27/2025 | Analysis/Drafting | Review Spirit 1 DS & transcripts; Spirit 2 declarations (2.2) | 2.2 | $1,275 | $2,805.00 |
| 10/28/2025 | Case Administration | Communications with various potential counsel & potential FAs after appt made public (2.5); selection GA; communications GA related to appointment & logistics, budget (.6) | 3.1 | $1,275 | $3,952.50 |
| 10/28/2025 | Analysis/Drafting | Communications with DPW, WF&G, Akin (1.3); review Spirit1 docket, Spirit 2 fleet status, Edgar filings, flag issues for drafting, research feasibility; review UST/SEC objection Spirit 1, ad hoc noteholder 2019 statement (6.5) | 7.8 | $1,275 | $9,945.00 |
| 10/29/2025 | Case Administration | Communications with various potential FAs (2.0); prepare/review retention applications & orders; coordinate scheduling, disclosures, and filing logistics with GA (1.0) | 3.0 | $1,275 | $3,825.00 |
| 10/29/2025 | Analysis/Drafting | Legal research and analysis regarding feasibility, good faith, revocation standards, and lease rejection issues; review and analysis of applicable case law. Review and analysis of debtor's SEC financial statements, cleansing materials, transaction chronology, interim period transactions, and aviation industry materials in connection with plan and financial issues. Review of RSA. Preparation of issues outline and agenda for case status discussion; conference with GA regarding case status, witness outreach, and next steps. Review of style and content density of comparable examiner reports for drafting guidance. (7.5) | 7.5 | $1,275 | $9,562.50 |
| 10/30/2025 | Case Administration | Communications with various FAs (.5); coordinate scheduling, disclosures, and filing logistics (.3) | 0.8 | $1,275 | $1,020.00 |
| 10/30/2025 | Analysis/Drafting | Legal research and drafting regarding feasibility, good faith, revocation standards, and transaction chronology issues; preparation of issues list for case analysis; review of Spirit 1 docket; review and analysis of Spirit 2 AerCap materials. (6.7) | 6.7 | $1,275 | $8,542.50 |
| 10/31/2025 | Case Administration | Communications with various FAs (1.5); Review examiner retention applications, proposed retention orders, and objection-extension requests; coordinate scheduling disclosures / filing logistics (1.0) | 2.5 | $1,275 | $3,187.50 |
| 10/31/2025 | Analysis/Drafting | Conference regarding report issues; refinement of agenda and follow-up action items; review and analysis of projections and preparation of cash-flow and liquidity bridge. (3.2) | 3.2 | $1,275 | $4,080.00 |
| 11/02/2025 | Analysis/Drafting | Conference with counsel and advisors regarding discovery issues; preparation of agenda and follow-up action items. (.8) | 0.8 | $1,275 | $1,020.00 |
| 11/03/2025 | Case Administration | Review of examiner retention applications, proposed retention orders, and requests to extend objection deadlines; coordination with counsel and advisors regarding scheduling, disclosures, and filing logistics. (.6) | 0.6 | $1,275 | $765.00 |
| 11/03/2025 | Analysis/Drafting | Review and analysis of Spirit 1 financial statements and projections; analysis of fleet related issues, including GTF and GAT aircraft-on-ground matters; review and analysis of lease rejection issues in Spirit 2. (6.5) | 6.5 | $1,275 | $8,287.50 |
| 11/04/2025 | Analysis/Drafting | Review and analysis of Spirit 1 financial statements and projections, pleadings, declarations, and relevant third-party publications; preparation of agenda for November 5 professionals' strategy meeting; preparation of discovery outline; research and drafting regarding transaction chronology, capital structure, management composition, fleet composition, and Section 1110 lease rejection issues. (8.7) | 8.7 | $1,275 | $11,092.50 |

| Date | Category | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/05/2025 | Analysis/Drafting | Preparation for and attendance at in-person professionals' strategy meeting; conferences regarding discovery plan, report outline, and follow-up action items; review and analysis of EBITDA bridge cleansing materials and Frontier/JetBlue transaction history materials; preparation for CFO interview. Review and analysis of email correspondence regarding Spirit diligence, discovery requests, and cleansing materials; analysis of diligence responses, fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Review and analysis of Spirit 1 confirmation materials, including transcript and declarations; review of pleadings, declarations, cleansing materials, and third-party submissions for factual incorporation. (6.3) | 6.3 | $1,275 | $8,032.50 |
| 11/06/2025 | Analysis/Drafting | Conferences regarding outreach to counterparties and factual clarifications; conferences with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items. Review and analysis of initial diligence and discovery requests and responses, including analysis of fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Attendance at diligence meeting at Spirit headquarters. Review and analysis relating to Spirit provided diligence, discovery, and examiner materials. (7.0). Non-working self-driving time to and from Spirit headquarters (1.2). | 8.2 | $1,275 | $10,455.00 |
| 11/07/2025 | Analysis/Drafting | Conference regarding Esopus-related issues and PW engine settlement motion; preparation of agenda and follow-up action items. Review and analysis of diligence requests and responses, including reconciliation of fleet availability metrics against declarations and public disclosures, and analysis of fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Review and analysis relating to Spirit provided diligence, cleansing materials, and third-party submissions for factual incorporation. (9.8) | 9.8 | $1,275 | $12,495.00 |
| 11/08/2025 | Analysis/Drafting | Review and analysis of correspondence regarding preliminary planning matters; analysis of diligence responses, fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Review of pleadings, declarations, cleansing materials, and third-party submissions for factual incorporation. (2.5) | 2.5 | $1,275 | $3,187.50 |
| 11/09/2025 | Analysis/Drafting | Review and analysis of correspondence relating to Spirit and examiner report issues; review of pleadings, declarations, cleansing materials, and third-party submissions for factual incorporation. Substantive revision of report sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease-rejection issues; integration of legal and financial analysis; preparation of draft revisions for circulation. (6.2) | 6.2 | $1,275 | $7,905.00 |
| 11/10/2025 | Analysis/Drafting | Review and analysis of diligence requests and responses, including reconciliation of fleet availability metrics against declarations and public disclosures, drafting of responses, and analysis of fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Conference with Esopus regarding related issues. Review and analysis of PW/IAE settlement motion materials. Coordination of diligence follow-up. Review and analysis of correspondence relating to Spirit, airline industry research, feasibility research, and related matters. Review of pleadings, declarations, cleansing materials, and third-party submissions for factual incorporation. (8.0) | 8.0 | $1,275 | $10,200.00 |
| 11/11/2025 | Case Administration | Review of examiner retention applications, proposed retention orders, and requests to extend objection deadlines; coordination with counsel and advisors regarding scheduling, disclosures, and filing logistics. (1.4) | 1.4 | $1,275 | $1,785.00 |
| 11/11/2025 | Analysis/Drafting | Review and analysis of correspondence relating to Spirit discovery and airline industry research. Analysis of diligence responses, fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Conference with DPW regarding discovery issues; conference with GA team regarding UCC interview; UCC interview. Conferences regarding outreach to counterparties and factual clarifications; conference regarding Esopus-related issues and PW engine settlement motion; conference with counsel and advisors regarding case status and report issues. Preparation of agenda and follow-up action items. (4.1) | 4.1 | $1,275 | $5,227.50 |
| 11/12/2025 | Analysis/Drafting | Review and analysis of correspondence relating to capital structure analysis, capacity reductions, credit rating agency matters, and related Spirit issues. Review and analysis of diligence requests and responses, including reconciliation of fleet availability metrics against declarations and public disclosures, and analysis of fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn, and revision of sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease-rejection issues; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (3.7) | 3.7 | $1,275 | $4,717.50 |

| Date | Category | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/13/2025 | Case Administration | Review of examiner retention applications, proposed retention orders, and requests to extend objection deadlines; coordination with counsel and advisors regarding scheduling, disclosures, and filing logistics. (0.2) | 0.2 | $1,275 | $255.00 |
| 11/13/2025 | Analysis/Drafting | Conference with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items. Review and analysis of diligence requests and responses, including reconciliation of fleet availability metrics against declarations and public disclosures, drafting of responses, and analysis of fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Review and analysis of correspondence relating to Spirit financial projections, credit rating agency matters, and related workstreams; review of board materials. Review of Spirit materials for factual incorporation. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn, and revision of sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease rejection issues; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (2.3) | 2.3 | $1,275 | $2,932.50 |
| 11/14/2025 | Analysis/Drafting | Participation in workstreams call with M3. Review and analysis of Spirit financial statements, projections, debt documents, and aircraft lease agreements; review of board materials and post-emergence transactions. Conference with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items. Review and analysis of diligence requests and responses; identification of issues for drafting. Review and analysis of correspondence relating to capacity reductions and related matters. Drafting of report drop-ins and incorporation of Spirit-specific and industry materials in support of examiner analysis. (9.0) | 9.0 | $1,275 | $11,475.00 |
| 11/16/2025 | Analysis/Drafting | Review and analysis of correspondence relating to capacity reductions, legal analysis inputs, feasibility research, and Spirit financial projections. Analysis of diligence responses, fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Review and analysis of Spirit fleet model and Frontier archived datasite materials; review of Elavon related correspondence. Coordination with counsel and advisors regarding scheduling, disclosures, and filing logistics. Drafting of report materials and incorporation of Spirit-specific and industry materials, and including legal analysis, in support of examiner analysis. (6.2) | 6.2 | $1,275 | $7,905.00 |
| 11/17/2025 | Analysis/Drafting | Review and analysis of credit rating agency reports. Review and analysis of diligence requests and responses, including reconciliation of fleet availability metrics against declarations and public disclosures, drafting of responses, and analysis of fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Review and analysis of correspondence and materials relating to legal analysis inputs, feasibility research, airline industry developments, and Spirit's business model. Conference with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items. Drafting of report materials and incorporation of Spirit-specific and airline industry materials, including legal analysis, in support of examiner analysis. (5.5) | 5.5 | $1,275 | $7,012.50 |
| 11/18/2025 | Analysis/Drafting | Review and analysis of correspondence relating to examiner follow-up questions, capacity reductions, and LGA gate matters. Review and analysis of diligence requests and responses; reconciliation of inconsistencies and identification of issues for drafting. Review and analysis of ASC narrative, cash forecasts and actuals, and Disclosure Statement excel model. Conference with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items. Review of materials for factual incorporation. Drafting of report materials and incorporation of Spirit-specific and airline industry materials in support of examiner analysis. (7.5) | 7.5 | $1,275 | $9,562.50 |

| Date | Category | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/19/2025 | Analysis/Drafting | Review and revision of industry and Spirit performance sections, including updating charts and resolving placeholders and inconsistencies. Review and analysis of diligence requests and responses, including reconciliation of fleet availability metrics against declarations and public disclosures, drafting of responses, and analysis of fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Review and analysis of correspondence and materials relating to payment processing issues, cleansing material bridges, and related follow-up matters; review of debtors' statement filing model and preparation of issue outline based on Cromer discussion. Conference with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items; discussion of financial projections with M3. Compilation of materials-examined listing by category and refinement of privilege-safe descriptions for inclusion in report. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn, revision of conclusions, feasibility, liquidity, capital structure, and capacity and lease-rejection sections, integration of legal and financial analysis, legal analysis drop-ins, and rewrite of historical section; preparation of successive draft revisions for circulation. (6.7) | 6.7 | $1,275 | $8,542.50 |
| 11/20/2025 | Analysis/Drafting | Review and analysis of diligence requests and responses, including reconciliation of fleet availability metrics against declarations and public disclosures, drafting of responses, and analysis of fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Preparation of airline industry liquidity analysis and related factual findings; review of P&W aircraft-on-ground credits model. Conference with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items. Review and analysis of shareholder letters filed in Spirit 1. Review of pleadings, declarations, cleansing materials, and third-party submissions for factual incorporation. Compilation of materials-examined listing by category and refinement of privilege-safe descriptions for inclusion in report. Substantive revision of report sections addressing conclusions, feasibility, liquidity, capital structure, capacity and lease-rejection issues, and solvency; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (7.5) | 7.5 | $1,275 | $9,562.50 |
| 11/21/2025 | Analysis/Drafting | Review and analysis of correspondence relating to Spirit matters; review of pleadings, declarations, cleansing materials, and third-party submissions for factual incorporation. Legal analysis and drafting regarding feasibility standards, including deterministic feasibility versus financial probability, and good-faith considerations. Conference with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items. Compilation of materials-examined listing by category and refinement of privilege-safe descriptions for inclusion in report. Substantive revision of report sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease-rejection issues; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (5.5) | 5.5 | $1,275 | $7,012.50 |
| 11/22/2025 | Analysis/Drafting | Substantive analysis and drafting of examiner report, including incorporation of Spirit specific factual findings, airline industry data and trends, and applicable legal standards; integration of financial, operational, and legal analysis; refinement of conclusions and supporting narrative for circulation. (1.3) | 1.3 | $1,275 | $1,657.50 |
| 11/23/2025 | Analysis/Drafting | Substantive analysis and drafting of examiner report, including incorporation of Spirit specific factual findings, airline industry data and trends, and applicable legal standards; integration of financial, operational, and legal analysis; refinement of conclusions and supporting narrative for circulation. (2.2) | 2.2 | $1,275 | $2,805.00 |
| 11/24/2025 | Analysis/Drafting | Conferences with counsel and advisors regarding case status and report issues, and conferences regarding outreach to counterparties and factual clarifications. Preparation of agenda and follow-up action items. Drafting and analysis of fleet-related issues, financial performance analysis, good-faith considerations, and Frontier-related matters; review of feasibility white paper. Review and analysis of correspondence relating to scheduling and related matters. Substantive revision of report sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease-rejection issues; integration of legal and financial analysis; preparation of successive draft revisions for circulation. Substantive analysis and drafting of examiner report, including incorporation of Spirit-specific factual findings, airline industry data and trends, and applicable legal standards; integration of financial, operational, and legal analysis; refinement of conclusions and supporting narrative for circulation. (7.0) | 7.0 | $1,275 | $8,925.00 |

| Date | Category | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/25/2025 | Analysis/Drafting | Conferences regarding outreach to counterparties and factual clarifications; conference with counsel and advisors regarding case status and report issues; preparation of agenda and follow-up action items. Drafting and analysis of EETC-related issues and initial GAT analysis, including preparation of follow-up discovery; conference with DPW regarding discovery follow-up and outstanding items. Coordination and discussion with GA and M3 regarding report responsibilities; participation in examiner interview of Dan Aronson; conference with Glenn and DPW. Review and analysis of plan-of-reorganization fleet detail. Review and analysis of correspondence relating to Spirit matters. Substantive revision of report sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease-rejection issues; integration of legal and financial analysis; preparation of successive draft revisions for circulation. Substantive analysis and drafting of examiner report, including incorporation of Spirit-specific factual findings, airline industry data and trends, and applicable legal standards; integration of financial, operational, and legal analysis; refinement of conclusions and supporting narrative for circulation. (5.8) | 5.8 | $1,275 | $7,395.00 |
| 11/26/2025 | Analysis/Drafting | Review and analysis of correspondence relating to draft conclusions and related report issues. Drafting and analysis of Elavon-related issues, timing and inevitability of filing considerations, capacity and lease-rejection issues, and RCF-related matters. Participation in examiner interview of Bruce Mendelson. Review and analysis of adjusted EBITDAR waterfall and reconciliation of fleet data. Conferences regarding outreach to counterparties and factual clarifications; preparation of agenda and follow-up action items. Substantive revision of report sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease-rejection issues; integration of legal and financial analysis; preparation of successive draft revisions for circulation. Substantive analysis and drafting of examiner report, including incorporation of Spirit-specific factual findings, airline industry data and trends, and applicable legal standards; integration of financial, operational, and legal analysis; refinement of conclusions and supporting narrative for circulation. (6.8) | 6.8 | $1,275 | $8,670.00 |
| 11/28/2025 | Analysis/Drafting | Conferences regarding outreach to counterparties and factual clarifications; preparation of agenda and follow-up action items. Review and analysis of Project Bravo documentation and Oliver Wyman projections. Substantive revision of report sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease rejection issues; integration of legal and financial analysis; preparation of successive draft revisions for circulation. Substantive analysis and drafting of examiner report, including incorporation of Spirit-specific factual findings, airline industry data and trends, and applicable legal standards; integration of financial, operational, and legal analysis; refinement of conclusions and supporting narrative for circulation. (3.5) | 3.5 | $1,275 | $4,462.50 |
| 11/29/2025 | Analysis/Drafting | Legal, factual, and financial analysis and drafting of examiner report, including assessment of Spirit-specific issues, airline industry conditions, and applicable legal standards governing feasibility, good faith, liquidity, capital structure, and related matters; integration of analysis and refinement of conclusions. (2.5) | 2.5 | $1,275 | $3,187.50 |
| 11/30/2025 | Analysis/Drafting | Substantive revision of report sections addressing conclusions, feasibility, liquidity, capital structure, and capacity and lease-rejection issues.  Substantive analysis, preparation, and drafting of examiner report, including evaluation and integration of Spirit-specific operational, financial, and transactional issues; analysis of airline industry conditions, performance metrics, and market dynamics; and application of relevant legal standards and considerations; integration of financial, operational, and legal analysis across report sections; refinement of conclusions and drafting narrative. (6.7) | 6.7 | $1,275 | $8,542.50 |
| 12/01/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues; analysis of diligence responses, fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting; coordination with counsel and advisors on report issues; and revision of Conclusions, Feasibility, Liquidity, Capital Structure, and capacity and lease-rejection sections; integration of legal and financial analysis; and preparation of draft revisions for circulation. (5.2) | 5.2 | $1,275 | $6,630.00 |
| 12/02/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues; coordination on report issues; and revision of Conclusions, Feasibility, Liquidity, Capital Structure, and capacity and lease-rejection sections; integration of legal and financial analysis; and preparation of draft revisions for circulation. (7.5) | 7.5 | $1,275 | $9,562.50 |

| Date | Category | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/03/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues; analysis of diligence responses, fleet status, liquidity forecasts, and transaction chronology; reconciliation of inconsistencies and identification of issues for drafting. Conferences regarding outreach to counterparties and factual clarifications; conference regarding Ted Christie meeting and interview; coordination call with M3 regarding report matters; preparation of agenda and follow-up action items. Revision of report outline and substantive revision of Conclusions, Feasibility, Liquidity, Capital Structure, and capacity and lease-rejection sections; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (7.0) | 7.0 | $1,275 | $8,925.00 |
| 12/04/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues. Review and analysis of PW/IAE settlement motion materials, including assessment of Section 9019 considerations and timing, and coordination of related diligence follow-up. Conferences regarding outreach to counterparties and factual clarifications; conference regarding Esopus-related concerns and PW engine settlement issues. Examiner interviews of former Board Chair and Ducera representatives. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn, and revision of Conclusions, Feasibility, Liquidity, Capital Structure, and capacity and lease-rejection sections; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (9.0) | 9.0 | $1,275 | $11,475.00 |
| 12/05/2025 | Document Review | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (5.8) | 5.8 | $1,275 | $7,395.00 |
| 12/06/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (9.0) | 9.0 | $1,275 | $11,475.00 |
| 12/07/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn; integration of legal and financial analysis; preparation of successive draft revisions for circulation. (10.3) | 10.3 | $1,275 | $13,132.50 |
| 12/08/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn, and revision of industry and Spirit performance sections; updating charts and resolving placeholders and inconsistencies; integration of legal and financial analysis; preparation of successive draft revisions for circulation, including incorporation of conclusions-related revisions. (7.0) | 7.0 | $1,275 | $8,925.00 |
| 12/09/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues. Substantive review and revision of draft examiner report, including participation in all-hands call, resolution of open items, coordination of next draft turn, and integration of advisor comments. Revision of industry and Spirit performance sections, including updating charts and resolving placeholders and inconsistencies, and revision of conclusions, legal and financial analysis; preparation of successive draft revisions for circulation. Preparation and interview of former Chief Executive Officer. (13.3) | 13.3 | $1,275 | $16,957.50 |
| 12/10/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, coordination of next draft turn, integration of legal and financial analysis, and preparation of successive draft revisions for circulation. (5.5) | 5.5 | $1,275 | $7,012.50 |

| Date | Category | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/11/2025 | Analysis/Drafting | Analysis, judgment, and drafting in connection with preparation of examiner report, including evaluation and integration of Spirit-specific financial, operational, and transactional issues. Substantive review and revision of draft examiner report, including integration of advisor input, resolution of open items, preparation and circulation of draft report turns for comment by DPW and Spirit, and coordination of next draft turn; integration of legal and financial analysis. (8.0). Discussion with the Office of the United States Trustee regarding report-related issues. (0.3) | 8.3 | $1,275 | $10,582.50 |
| 12/12/2025 | Analysis/Drafting | Call with DPW & Spirit CFO; communications re: same; review and revise draft examiner report; lease savings draft; Examiner Report discussion DPW re: GAT finding (1.1) | 1.2 | $1,275 | $1,530.00 |
| 12/12/2025 | Case Administration | Preparation and review of time records and billing descriptions in connection with fee application, including reconciliation of entries and compliance with U.S. Trustee billing guidelines. (2.3) | 2.3 | $1,275 | $2,932.50 |
| 12/13/2025 | Analysis/Drafting | Final review and refinement of examiner report, including editing for clarity and consistency, correction of errors, resolution of internal inconsistencies, and preparation of final draft for submission. (0.5) | 0.5 | $1,275 | $637.50 |
| 12/14/2025 | Analysis/Drafting | Final review and refinement of examiner report, including editing for clarity and consistency, correction of errors, resolution of internal inconsistencies, and preparation of final draft for submission. Zoom with all report participants. (3.4) | 3.4 | $1,275 | $4,335.00 |
| 12/15/2025 | Analysis/Drafting | Final review and refinement of examiner report, including editing for clarity and consistency, correction of errors, resolution of internal inconsistencies, and preparation of final draft for submission. (0.8) | 0.8 | $1,275 | $1,020.00 |

|  |  | Pre-Appointment | 16.8 | $0 | $0.00 |
|  |  | Billable | 288.5 | $1,275 | $367,837.50 |
|  |  | Total | 305.3 |  | $367,837.50 |