**Hearing Date: February 24, 2026 at 11:00 a.m. (ET)**
**Objection Deadline: February 5, 2026 at 4:00 p.m. (ET)**

Brett H. Miller
Todd M. Goren
James H. Burbage
Jessica D. Graber
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPIRIT AVIATION HOLDINGS, INC., *et al.*, | : | Case No. 25-11897 (SHL) |
| | : | |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------- x

**COVER SHEET FOR FIRST INTERIM APPLICATION**
**OF WILLKIE FARR & GALLAGHER LLP AS COUNSEL FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant: | Willkie Farr & Gallagher LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 25, 2025 effective as of September 18, 2025 [Docket No. 501] |
| Period for which Compensation and Reimbursement is Sought: | September 18, 2025 through November 30, 2025 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $2,148,345.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $4,405.18 |

This is a(n): ___ monthly _X_ interim ___ final application.

---

[1] The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

## Summary of Monthly Fee Statements During Application Period

| Date Filed and Docket No. | Time Period[2] | Total Fees (100%) | Total Expenses (100%) | Fees Previously Paid (80%) | Expenses Previously Paid (100%) | Fee Holdback (20%) |
|---|---|---|---|---|---|---|
| 11/25/2025 [Dkt. No. 507] | 09/18/25 – 10/31/25 | $1,607,184.00 | $3,015.37 | $1,285,747.20 | $3,015.37 | $321,436.80 |
| 01/06/2026 [Dkt. No. 670] | 11/01/25 – 11/30/25 | $541,161.50 | $1,389.81 | $0.00[3] | $0.00[4] | $108,232.30 |
| **GRAND TOTALS** | | **$2,148,345.50** | **$4,405.18** | **$1,285,747.20** | **$3,015.37** | **$429,669.10** |

---

[2]    Willkie (as defined in the Application) filed and served its monthly fee statements in accordance with the Interim Compensation Order (as defined in the Application).  No objections to Willkie's September-October or November monthly fee statements were filed prior to the applicable objection deadlines.

[3]    Willkie expects to be paid $432,929.20 (representing 80% of its requested fees for this monthly fee statement) after the objection deadline of January 26, 2026.

[4]    Willkie expects to be paid $1,389.81 (representing 100% of its requested expenses for this monthly fee statement) after the objection deadline of January 26, 2026.

Brett H. Miller
Todd M. Goren
James H. Burbage
Jessica D. Graber
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPIRIT AVIATION HOLDINGS, INC., *et al.*, | : | Case No. 25-11897 (SHL) |
| | : | |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

**FIRST INTERIM APPLICATION OF**
**WILLKIE FARR & GALLAGHER LLP AS COUNSEL FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025**

Willkie Farr & Gallagher LLP ("Willkie"), counsel for the Official Committee of

Unsecured Creditors (the "Committee") of Spirit Aviation Holdings and its debtor affiliates, as

debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the

"Debtors"), hereby submits its first interim application for compensation and reimbursement of

expenses (the "Application") for the period from September 18, 2025 through and including

---

[1] The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

November 30, 2025 (the "Application Period").  In support of the Application, Willkie respectfully represents as follows:

## JURISDICTION, VENUE AND STATUTORY PREDICATES

1.    The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The statutory bases for the relief requested herein are sections 330, 331, and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules").  This Application has been prepared in accordance with General Order M-447, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases Pursuant to Local Rule 2016-1(a) (as updated June 17, 2013)* (the "Local Guidelines"), and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines" and, together with the Local Guidelines, the "Guidelines").  Attached hereto as **Exhibit A** is a certification regarding compliance with the Guidelines.

## BACKGROUND

### A.    The Chapter 11 Cases

3.    On August 29, 2025 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the Court's *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 35].

5.      On September 17, 2025, the Office of the U.S. Trustee ("U.S. Trustee") filed a notice of appointment of the Committee [Docket No. 117].

6.      On September 18, 2025, the Committee conducted its initial meeting and selected Willkie as its proposed counsel.

7.      On October 23, 2025, the Committee filed the *Application for Entry of Order Authorizing Retention and Employment of Willkie Farr & Gallagher LLP as Counsel for the Official Committee of Unsecured Creditors Effective as of September 18, 2025* [Docket No. 306]. On November 25, 2025, the Court entered the *Order Authorizing Retention and Employment of Willkie Farr & Gallagher LLP as Counsel for the Official Committee of Unsecured Creditors Effective as of September 18, 2025* [Docket No. 501].

8.      On October 29, 2025, the Court entered an order approving the U.S. Trustee's application to appoint Marc J. Heimowitz as examiner [Docket No. 381].

**B.      The Interim Compensation Order**

9.      On November 3, 2025, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 387] (the "Interim Compensation Order").  Pursuant to the Interim Compensation Order, Willkie is authorized to file and serve its monthly fee statements on the Compensation Notice Parties (as defined in the Interim Compensation Order).  If no objections are raised prior to the expiration of the applicable Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized to pay 80% of the fees and 100% of the expenses identified in the monthly fee statement.

3

C.    **The Fee Examiner**

10.    On December 23, 2025, the Court entered the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [Docket No. 635]. David M. Klauder, Esq. is the fee examiner (the "Fee Examiner").  On January 6, 2026, Bielli & Klauder, LLC filed an application for entry of an order approving its retention and employment as counsel to the Fee Examiner [Docket No. 663], which is pending before the Court.

### SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

11.    By this Application, Willkie seeks entry of an order (a) allowing interim compensation in the amount of $2,148,345.50 and interim reimbursement of expenses in the amount of $4,405.18, (b) authorizing and directing the Debtors to remit payment to Willkie for any fees and expenses not previously paid to Willkie in accordance with the Interim Compensation Order, and (c) granting such other and further relief as may be just and proper.

12.    As set forth in the following chart, the amount sought in this Application is the total of the compensation and expenses sought in Willkie's monthly fee statements during the Application Period (the "Monthly Invoices"):

| Date Filed and Docket No. | Time Period | Total Fees (100%) | Total Expenses (100%) | Fees Previously Paid (80%) | Expenses Previously Paid (100%) | Fee Holdback (20%) |
|---|---|---|---|---|---|---|
| 11/25/2025 [Dkt. No. 507] | 09/18/25 – 10/31/25 | $1,607,184.00 | $3,015.37 | $1,285,747.20 | $3,015.37 | $321,436.80 |

| 01/06/26 [Dkt. No. 670] | 11/01/25 – 11/30/25 | $541,161.50 | $1,389.81 | $0.00[2] | $0.00[3] | $108,232.30 |
|---|---|---|---|---|---|---|
| **GRAND TOTALS** | | **$2,148,345.50** | **$4,405.18** | **$1,285,747.20** | **$3,015.37** | **$429,669.10** |

13.     The Monthly Invoices submitted by Willkie are subject to a 20% holdback as provided for in the Interim Compensation Order.  The aggregate amount of Willkie's holdbacks during the Application Period is $429,669.10 (the "<u>Fee Holdback</u>").

14.     In the ordinary course of its business, Willkie maintains computerized records of the time spent in connection with providing professional services to the Committee in connection with these chapter 11 cases.  Attached hereto as **<u>Exhibit B</u>** is a schedule of the total amount of fees incurred under each of Willkie's internal task codes during the Application Period.  Attached hereto as **<u>Exhibit C</u>** is a billing summary for the Application Period, which identifies each attorney and paraprofessional who rendered services during the Application Period, each attorney's year of bar admission and area of practice, the aggregate time billed by each attorney and paraprofessional during the Application Period, the hourly billing rate(s) for each attorney and paraprofessional, and the aggregate amount of fees generated by each professional and paraprofessional.  The compensation requested by Willkie is based on the customary compensation charged by comparably skilled practitioners in other similar bankruptcy cases.

---

[2]   Willkie expects to be paid $432,929.20 (representing 80% of its requested fees for this monthly fee statement) after the objection deadline of January 26, 2026.

[3]   Willkie expects to be paid $1,389.81 (representing 100% of its requested expenses for this monthly fee statement) after the objection deadline of January 26, 2026.

15.     Willkie also maintains computerized records of all expenses incurred in connection with the performance of professional services.  A summary of the amounts and categories of expenses for which reimbursement is sought is attached hereto as **Exhibit D.**

16.     Attached hereto as **Exhibit E** is a summary and comparison of the aggregate blended hourly rates billed by Willkie's timekeepers in New York on all matters during the Application Period and the blended hourly rates billed by Willkie to the Committee during the Application Period.

17.     Attached hereto as **Exhibit F** is a summary of Willkie's budget for the Application Period.  The budget was approved by a representative of the Committee.

18.     Attached hereto as **Exhibit G** is a summary of Willkie's staffing plan for the Application Period.  The staffing plan was approved by a representative of the Committee.

19.     A copy of Willkie's computerized records of fees and expenses incurred during the Application Period in the format specified by the Guidelines is attached hereto as **Exhibit H**.

20.     There is no agreement or understanding between Willkie and any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## DESCRIPTION OF SERVICES DURING APPLICATION PERIOD

21.     Willkie was retained by the Committee to perform the following services during these chapter 11 cases:

(a)     advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

(b)     assisting and advising the Committee relative to the administration of these chapter 11 cases;

(c)     attending meetings and negotiating with the representatives of the Debtors and other parties in interest;

6

(d)    assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

(e)    assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

(f)    assisting the Committee in the review, analysis, and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

(g)    taking all necessary actions to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, the review and analysis of claims filed against the Debtors' estates;

(h)    generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

(i)    appearing, as appropriate, before the Court, appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

(j)    performing all other necessary legal services in these chapter 11 cases.

22.    To provide an orderly and meaningful summary of the services rendered by Willkie on behalf of the Committee during the Application Period, Willkie established, in accordance with the Guidelines and its internal billing procedures, separate task codes in connection with these chapter 11 cases. The following is a summary of the most significant professional services rendered by Willkie during the Application Period organized in accordance with Willkie's internal system of task codes.

23.    The summary is divided according to the task codes that Willkie created to best reflect the categories of tasks that it was required to perform in connection with these chapter 11 cases. Nevertheless, under the circumstances, and given the interconnectedness of the issues in these chapter 11 cases, certain of these categories may overlap with one another and it is possible

7

that fees attributed to a particular category could have been attributed to other categories.  For the avoidance of doubt, however, no work performed by Willkie has been included in more than one task code category.

      (a)    **Asset Analysis and Recovery – 001**
                **Fees: $830.00; Total Hours: 0.4**

24.    This category includes time spent by Willkie analyzing the Debtors' assets and related materials to evaluate potential sources of recovery for unsecured creditors.

      (b)    **Asset Disposition – 002**
                **Fees: $22,761.50; Total Hours: 11.6**

25.    This category includes time spent by Willkie (a) reviewing and analyzing issues related to the disposition of the Debtors' assets, including the Debtors' motion to assign certain gates located at O'Hare International Airport, and (b) corresponding with the Debtors' professionals and the Committee's other professionals regarding the same.

      (c)    **Assumption and Rejection of Leases and Contracts – 003**
                **Fees: $131,105.50; Total Hours: 70.3**

26.    This category includes time spent by Willkie reviewing, analyzing, and negotiating various matters concerning the Debtors' (a) assumption or rejection of unexpired leases and contracts and (b) entry into various aircraft-related stipulations.

      (d)    **Avoidance Action Analysis – 004**
                **Fees: $780.00; Total Hours: 0.4**

27.    This category includes time spent by Willkie reviewing and analyzing potential avoidance claims and related documents.

      (e)    **Budgeting (Case) – 005**
                **Fees: $6,200.00; Total Hours: 4.1**

28.    This category includes time spent by Willkie preparing, reviewing, and revising Willkie's budget and staffing plan for these chapter 11 cases.

8

   (f)  **Business Operations – 006**
      **Fees: $20,905.50; Total Hours: 8.7**

29. This category includes time spent by Willkie on matters relating to the Debtors' business operations.  In particular, Willkie spent time (a) corresponding with the Debtors' professionals and the Committee's other professionals regarding the Debtors' operations and (b) discussing and corresponding with the Debtors' professionals and the Committee's other professionals regarding the Debtors' business plan.

   (g)  **Case Administration – 007**
      **Fees: $244,833.50; Total Hours: 162.9**

30. This category includes time spent by Willkie on matters related to the administration of the Committee and consists in significant part of time related to (a) preparing for and attending weekly update calls among the Debtors' and the Committee's legal and financial advisors; (b) coordinating multiple meetings between the Committee and the Debtors; and (c) drafting and negotiating the Committee's bylaws.  This category also includes time related to updating case task lists, monitoring the case docket, tracking case deadlines, and otherwise managing open work streams.

   (h)  **Claims Administration & Objections – 008**
      **Fees: $28,397.00; Total Hours: 19.9**

31. This category includes time spent by Willkie on matters related to claims against the Debtors, including  (a) reviewing, analyzing, and commenting on the *Motion of the Debtors for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 467] (the "Bar Date Motion") and (b) discussing and corresponding with the Debtors and the Committee regarding the Bar Date Motion.

   (i)  **Employee Benefits and Pensions – 011**
      **Fees: $10,007.50; Total Hours: 4.8**

9

32.    This category includes time spent by Willkie (a) reviewing and analyzing the *Motion of the Debtors for Entry of an Order Pursuant to §§363(B) and Fed. R. Bankr. P. 9019(A) Authorizing Entry into Agreements Establishing New Labor Conditions with ALPA and AFA* [Docket No. 585] (the "Labor Agreement Motion") and related documents and (b) discussing and corresponding with the Debtors and the Committee regarding the Labor Agreement Motion.

(j)    **Financing and Cash Collateral – 012**
**Fees: $344,305.00; Total Hours: 176.8**

33.    This category includes time spent by Willkie on tasks relating to the Debtors' debtor-in-possession financing facility (the "DIP Facility"), the related motion [Docket No. 194] (the "DIP Motion"), and the amendment to the DIP Facility [Docket No. 600].  In particular, Willkie (a) analyzed various provisions in the DIP agreement and related DIP documents; (b) researched certain provisions of the DIP Facility; and (c) drafted pleadings in response to the DIP Motion.  Willkie negotiated a number of improvements to the terms of the DIP Facility as set forth in the *Statement of the Official Committee of Unsecured Creditors in Support of Debtors' Motion to Obtain Postpetition Financing* [Docket No. 343] including (i) obtaining agreement from the DIP lenders to reduce the final roll-up ratio from 2:1 to 5:1 and (ii) express reservations under the final order with respect to the Committee's rights to investigate and potentially assert challenges related to the Debtors' prepetition transactions and prepetition liens and secured obligations.

(k)    **First and Second Day Motions – 013**
**Fees: $107,828.00; Total Hours: 80.4**

34.    This category includes time spent by Willkie reviewing and analyzing various of the Debtors' so-called first and second day operational motions.  As part of its review and analysis, Willkie negotiated language to be included in the proposed orders for these motions, responded to the Committee's inquiries regarding the motions and proposed orders, and prepared summaries and updates for the Committee regarding the relief sought.  These motions included the Debtors'

10

(a) critical airline motion; (b) trade claims motion; (c) utilities motion; (d) wages motion; (e) case management procedures motion; (f) cash collateral motion; and (g) interim compensation motion. In addition, Willkie regularly communicated with the Debtors' professionals and the Committee's other professionals regarding the appropriateness of the relief sought and the negotiated changes to the proposed orders.

> (l)    **Hearings – 015**
> **Fees: $133,393.00; Total Hours: 85.7**

35.    This category includes time spent by Willkie preparing for, attending, and reporting to the Committee regarding various Court hearings.  The Court held several hearings with respect to a wide variety of issues related to these chapter 11 cases, including the DIP Motion, contract/lease assumption and rejection motions, claims settlement agreements, and the retention applications of the Committee's professionals.

> (m)    **Lien Investigation – 017**
> **Fees: $180,037.50; Total Hours: 113.0**

36.    This category includes time spent by Willkie (a) discussing and corresponding with the Debtors' professionals and the Committee's other professionals regarding the Committee's lien investigation and (b) reviewing and analyzing the collateral packages and perfection issues in connection with the Debtors' prepetition debt facilities.

> (n)    **Meetings and Communications with Creditors – 019**
> **Fees: $382,137.00; Total Hours: 215.1**

37.    This category includes time spent by Willkie relating to discussions and correspondence with individual creditors, preparing for and leading weekly meetings with the Committee, and discussions and correspondence with individual Committee members and the Committee's other professionals in connection therewith.  Willkie coordinated all of the Committee's activities, including preparing and distributing materials to facilitate Committee

11

deliberations, raising individual Committee member concerns with the entire Committee, and preparing agendas for Committee meetings.  Willkie also spent extensive time discussing and corresponding with Committee members and other creditors regarding, among other things, the Carlyle Restructuring Agreement, the DIP Facility, the Committee's lien investigation, and general case matters.

38.    In order to ensure that Willkie provided the most efficient and cost-effective services to the Committee, each weekly Committee call was typically attended by each member of the core Willkie team working on this representation.  Given the level of activity in these chapter 11 cases during the Application Period relating to the DIP Facility and fleet-related matters, among other key issues, these Committee calls required extensive preparation by Willkie attorneys.

39.    During weekly Committee meetings, Willkie addressed key legal and operational issues, as well as general case updates, with the Committee and the Committee's other professionals.  Prior to and in preparation for those meetings, Willkie analyzed pending matters requiring the Committee's attention, reviewed and analyzed any underlying filings and other documentation in connection therewith, and coordinated with the Committee's other professionals. Willkie also assisted the Committee in formulating a position with respect to each matter and work stream discussed at weekly meetings.  To facilitate those meetings, Willkie also provided Committee members with presentations addressing pending motions and upcoming case matters, as well as email updates regarding the status of these chapter 11 cases and any important pleadings or issues that arose between Committee meetings.

(o)    **Other Litigation – 021**
**Fees: $1,365.00; Total Hours: 0.7**

40.    This category includes time spent by Willkie reviewing and analyzing issues related to an investor lawsuit against the Debtors' CEO and CFO.

12

(p)    **Other Motions / Applications – 022**
       **Fees: $298,168.00; Total Hours: 168.3**

41.    This category includes time spent by Willkie reviewing and analyzing certain procedural and other miscellaneous motions and pleadings that the Debtors and other parties in interest filed, or anticipated needing to file, in these chapter 11 cases. These motions include the Debtors' interim compensation procedures motion, ordinary course professionals motion, and the AerCap settlement motion.

(q)    **Plan and Disclosure Statement – 023**
       **Fees: $15,364; Total Hours: 7.3**

42.    This category includes time spent by Willkie researching, analyzing, and corresponding with the Debtors' professionals and the Committee's other professionals regarding M&A and exit strategies, reviewing and analyzing plan exclusivity issues, and communicating with the Debtors' professionals regarding the structure of a potential plan.

(r)    **Relief from Automatic Stay – 025**
       **Fees: $8,172.50; Total Hours: 5.9**

43.    This category includes time spent by Willkie reviewing and analyzing various motions or stipulations regarding relief from the automatic stay.

(s)    **Reporting – 026**
       **Fees: $2,377.50; Total Hours: 2.3**

44.    This category includes time spent by Willkie analyzing the Debtors' monthly operating reports and related communications.

(t)    **Schedules and Statements – 027**
       **Fees: $19,547.50; Total Hours: 18.2**

45.    This category includes time spent by Willkie reviewing, analyzing, and corresponding with the Committee's financial advisor regarding the Debtors' schedules of assets and liabilities and statements of financial affairs.

13

**Non-Willkie Retention Applications – 029**
**Fees: $98,682.50; Total Hours: 61.6**

46.     This category includes time spent by Willkie assisting the Committee's other professionals with the preparation of their respective retention applications and corresponding with the U.S. Trustee, the Debtors' professionals, and the Court regarding the same.

      (u)    **Non-Willkie Retention Application Objections – 030**
            **Fees: $7,060.00; Total Hours: 3.8**

47.     This category includes time spent by Willkie (a) reviewing and analyzing inquiries and informal objections raised in connection with the retention applications of the Committee's other professionals and (b) corresponding with the Debtors and the U.S. Trustee to resolve any issues regarding the same.

      (v)    **Non-Willkie Fee Statements and Applications – 031**
            **Fees: $14,222.50; Total Hours: 12.6**

48.     This category includes time spent by Willkie reviewing, revising, and filing the monthly fee statements of the Committee's other professionals, and discussing the same with those professionals.   Willkie also reviewed and analyzed the Debtors' professionals' monthly fee statements.

      (w)    **Willkie Retention Application – 033**
            **Fees: $58,343.00; Total Hours: 56.0**

49.     This category includes time spent by Willkie drafting Willkie's retention application and corresponding with the U.S. Trustee, the Debtors' professionals, and the Court regarding the same.

      (x)    **Willkie Fee Statements & Applications – 035**
            **Fees: $11,522.00; Total Hours: 10.0**

50.     This category includes time spent by Willkie preparing Willkie's monthly fee statements in accordance with the Interim Compensation Order, as well as filing the same.

14

(y)    **Time Entry Review – 037**
       **Fees: $57,553.00; Total Hours: 65.3**

51.    This category includes time spent by Willkie reviewing and revising attorney and paraprofessional time entries in order to comply with the Guidelines and to assist in the preparation of Willkie's monthly fee statements.  Willkie is not seeking payment for any of the time that it spent in connection with this task code.

**STATEMENT PURSUANT TO APPENDIX B**
**OF THE U.S. TRUSTEE GUIDELINES**

52.    The following statement is provided pursuant to ¶ C.5. of the U.S. Trustee Guidelines.

(a)    **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

**Answer**: No.

(b)    **Question:** If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer:** A chart comparing the amounts billed to each task code to the amount budgeted for each task code is attached hereto as **<u>Exhibit F</u>**.  In total, the fees sought in this Application ($2,148,345.50) are less than the fees budgeted ($2,751,435.45) for the time period covered by this Application.

(c)    **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer:** No.

(d)    **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

**Answer:** Willkie spent 65.3 hours totaling $57,553.00 in fees reviewing and revising time records, but is not seeking payment of those fees.

(e)    **Question:** Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

**Answer:** No.

(f)    **Question:** If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance?  (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?

**Answer**: The fee application does not include any rate increases since retention. [4]

*[Remainder of Page Intentionally Left Blank]*

---

[4]    Willkie adjusted its hourly rates on October 1, 2025, after the beginning of the Application Period, but before the date of its retention.  The Committee agreed to such rate increases.

## **CONCLUSION**

53.     Willkie believes that the services rendered during the Application Period on behalf of the Committee were reasonable and necessary within the meaning of section 330 of the Bankruptcy Code.  Further, the expenses requested were actual and necessary to the performance of Willkie's services.

54.     Willkie therefore requests an order (a) allowing interim compensation in the amount of $2,148,345.50 and interim reimbursement of expenses in the amount of $4,405.18, (b) authorizing and directing the Debtors to remit payment to Willkie for any fees and expenses not previously paid to Willkie in accordance with the Interim Compensation Order, and (c) granting such other and further relief as may be just and proper.

Dated: January 15, 2026          **WILLKIE FARR & GALLAGHER LLP**
New York, New York

                                 */s/ Brett H. Miller*
                                 Brett H. Miller
                                 Todd M. Goren
                                 James H. Burbage
                                 Jessica D. Graber
                                 787 Seventh Avenue
                                 New York, New York 10019
                                 Telephone: (212) 728-8000
                                 Facsimile: (212) 728-8111

                                 *Counsel for the Official Committee of Unsecured*
                                 *Creditors*

**<u>EXHIBIT A</u>**

Brett H. Miller
Todd M. Goren
James H. Burbage
Jessica D. Graber
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

In re:                                               :    Chapter 11
                                                     :
SPIRIT AVIATION HOLDINGS, INC., *et al.*,            :    Case No. 25-11897 (SHL)
                                                     :
                                                     :
            Debtors.[1]                              :    (Jointly Administered)
                                                     :
-------------------------------------------------------------- x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS**
**FOR PROFESSIONALS IN RESPECT OF THE FIRST INTERIM**
**APPLICATION OF WILLKIE FARR & GALLAGHER LLP AS COUNSEL FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025**

I, Brett H. Miller, hereby certify that:

1.        I am a partner with Willkie Farr & Gallagher LLP ("Willkie"), which serves as

counsel for the Official Committee of Unsecured Creditors of Spirit Aviation Holdings, Inc. and

---

[1]    The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

2.      This certification is made in respect of Willkie's compliance with *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases pursuant to Local Rule 2016-1(a) (as updated June 17, 2013)* (the "Local Guidelines"), the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines" and, together with the Local Guidelines, the "Guidelines"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 387] (the "Interim Compensation Order"), in connection with Willkie's application filed contemporaneously herewith (the "Application") for interim compensation and reimbursement of expenses for the period commencing September 18, 2025 through and including November 30, 2025, in accordance with the Guidelines.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

(a)      I have read the Application;

(b)      to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

(c)      the fees and expenses sought are billed at rates and in accordance with practices customarily employed by Willkie and generally accepted by Willkie's clients; and

(d)      in providing any reimbursable services reflected in the Application, Willkie did not make a profit on those services, whether performed by Willkie in-house or through a third party.

4.      In respect of Section B.2 of the Local Guidelines, I certify that Willkie has complied with the provisions requiring it to provide the United States Trustee for the Southern District of New York and the Debtors and their counsel with a statement of Willkie's fees and expenses.

5.      In respect of Section B.3 of the Local Guidelines, I certify that the United States Trustee for the Southern District of New York, the Debtors, counsel for the Debtors, and the Compensation Notice Parties (as defined in the Interim Compensation Order) are each being provided with a copy of the Application.

Dated: January 15, 2026                          */s/ Brett H. Miller*_____
New York, New York                               Brett H. Miller

A-3

<u>**EXHIBIT B**</u>

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TASK CODE BY
WILLKIE FARR & GALLAGHER LLP ON BEHALF OF THE COMMITTEE FOR
<u>THE PERIOD SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025</u>**

| Matter | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.4 | $830.00 |
| Asset Disposition (002) | 11.6 | $22,761.50 |
| Assumption and Rejection of Leases (003) | 70.3 | $131,105.50 |
| Avoidance Action Analysis (004) | 0.4 | $780.00 |
| Budgeting (Case) (005) | 4.1 | $6,200.00 |
| Business Operations (006) | 8.7 | $20,905.50 |
| Case Administration (007) | 162.9 | $244,833.50 |
| Claims Administration & Objections (008) | 19.9 | $28,397.00 |
| Employee Benefits and Pensions (011) | 4.8 | $10,007.50 |
| Financing & Cash Collateral (012) | 176.8 | $344,305.00 |
| First and Second Day Motions (013) | 80.4 | $107,828.00 |
| Hearings (015) | 85.7 | $133,393.00 |
| Lien Investigation (017) | 113.0 | $180,037.50 |
| Meetings and Communications with Creditors (019) | 215.1 | $382,137.00 |
| Other Litigation (021) | 0.7 | $1,365.00 |
| Other Motions /Applications (022) | 168.3 | $298,168.00 |
| Plan and Disclosure Statement (023) | 7.3 | $15,364.00 |
| Relief from Automatic Stay (025) | 5.9 | $8,172.50 |
| Reporting (026) | 2.3 | $2,377.50 |
| Schedules and Statements (027) | 18.2 | $19,547.50 |
| Non-Willkie Retention Applications (029) | 61.6 | $98,682.50 |
| Non-Willkie Retention Application Objections (030) | 3.8 | $7,060.00 |
| Non-Willkie Fee Statements & Applications (031) | 12.6 | $14,222.50 |
| Willkie Retention Applications (033) | 56.0 | $58,343.00 |

| | | |
|---|---|---|
| Willkie Fee Statements & Applications (035) | 10.0 | $11,522.00 |
| Time Entry Review (037) | 65.3 | $57,553.00 |
| **Total Incurred:** | **1,366.1** | **$2,205,898.50** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | **(65.3)** | **($57,553.00)** |
| **Total Requested:** | **1,300.8** | **$2,148,345.50** |

<u>**EXHIBIT C**</u>

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY WILLKIE FARR & GALLAGHER LLP ON BEHALF OF THE COMMITTEE <u>FOR THE PERIOD SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025</u>**

| Name | Year Admitted or Number of Years with Firm[1] | Department | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Todd M. Goren | 2003 | Business Reorganization & Restructuring ("BR&R") | $2,650.00 | 131.5 | $348,475.00 |
| | | | $2,350.00 | 51.8 | $121,730.00 |
| Brett H. Miller | 1992 | BR&R | $2,795.00 | 55.4 | $154,843.00 |
| | | | $2,500.00 | 49.5 | $123,750.00 |
| James H. Burbage | 2016 | BR&R | $2,075.00 | 47.0 | $97,525.00 |
| | | | $1,825.00 | 34.6 | $63,145.00 |
| Paul Labov | 2003 | BR&R | $2,650.00 | 7.1 | $18,815.00 |
| | | | $2,350.00 | 2.5 | $5,875.00 |
| Weston T. Eguchi | 2006 | Finance | $2,650.00 | 18.6 | $49,290.00 |
| Cindy J. Chernuchin | 1985 | Finance | $2,500.00 | 1.1 | $2,750.00 |
| Melissa Fischetti | 2014 | Real Estate | $2,075.00 | 0.4 | $830.00 |
| **Counsel** | | | | | |
| Craig A. Damast | 1992 | BR&R | $1,950.00 | 113.7 | $221,715.00 |
| | | | $1,650.00 | 37.1 | $61,215.00 |
| **Associates** | | | | | |
| Frederick Swanstrum | 2021 | Real Estate | $1,650.00 | 0.9 | $1,485.00 |
| Jessica Graber | 2022 | BR&R | $1,575.00 | 121.7 | $191,677.50 |
| | | | $1,325.00 | 51.4 | $68,105.00 |
| Philip Dalgarno | 2023 | BR&R | $1,475.00 | 94.1 | $138,797.50 |
| | | | $1,225.00 | 58.8 | $72,030.00 |
| Marine Loison | 2024 | BR&R | $1,350.00 | 2.3 | $3,105.00 |
| Zachary Charlton | 2025 | BR&R | $1,150.00 | 70.8 | $81,420.00 |
| | | | $825.00 | 26.1 | $21,532.50 |
| Misha Emanoil | 2025 | BR&R | $1,150.00 | 74.3 | $85,445.00 |
| | | | $825.00 | 23.4 | $19,305.00 |
| Sean Daly | 2015 | Finance | $1,650.00 | 1.7 | $2,805.00 |
| Robert J. Mostek | 2018 (IL) | Finance | $1,850.00 | 26.2 | $48,470.00 |
| Alice Chen | 2025 | Finance | $1,150.00 | 60.4 | $69,460.00 |
| **Law Clerks** | | | | | |
| Federico Curbelo | <1 year | BR&R | $925.00 | 47.1 | $43,567.50 |
| **Paraprofessionals** | | | | | |
| Laura Guido | 1 year | | $650.00 | 86.9 | $56,485.00 |

---

[1]    Unless noted otherwise, the year listed is the year the attorney was admitted to the bar in New York.

[2]    Willkie adjusted its hourly rates on October 1, 2025.

| | | BR&R Senior Paralegal | $590.00 | 20.3 | $11,977.00 |
|---|---|---|---|---|---|
| Rohan Sasso | 3 years | BR&R Paralegal | $485.00 | 7.9 | $3,831.50 |
| | | | $380.00 | 7.5 | $2,850.00 |
| Joanna Zervaki | <1 year | BR&R Paralegal | $420.00 | 14.4 | $6,048.00 |
| | | | $380.00 | 17.2 | $6,536.00 |
| William Collins | <1 year | BR&R Paralegal | $420.00 | 2.4 | $1,008.00 |
| **Total Incurred:**[3] | | | | **1366.1** | **$2,205,898.50** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | | **(65.3)** | **($57,553.00)** |
| **Total Requested:** | | | | **1300.8** | **$2,148,345.50** |

---

[3]    The blended rate for attorneys and law clerks is $1,750.92 per hour.  The blended rate for paraprofessionals is $566.64 per hour.

**Blended Rates**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $2,307.67 | 550.3 | $1,269,958.00 |
| Associates and Attorneys | $1,312.92 | 612.1 | $803,637.50 |
| **Total Incurred by All Attorneys:** | **$1,783.89** | **1,162.4** | **$2,073,595.50** |
| Law Clerks | $925.00 | 47.1 | $43,567.50 |
| Paraprofessionals and Non-Legal Staff | $566.64 | 156.6 | $88,735.50 |
| **Subtotal:** | **$1,614.75** | **1,366.1** | **$2,205,898.50** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | **(65.3)** | **($57,553.00)** |
| **Total Requested:** | **$1,651.56** | **1,300.8** | **$2,148,345.50** |

**<u>EXHIBIT D</u>**

**SUMMARY OF EXPENSES INCURRED BY
WILLKIE FARR & GALLAGHER LLP ON BEHALF OF THE COMMITTEE
<u>FOR THE PERIOD SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025</u>**

| Service Description | Amount |
|---|---|
| Data Acquisition (includes Legal Research) | $3,490.94 |
| Taxi, Car Service, and Parking | $383.72 |
| Conference Services | $288.91 |
| Overnight Delivery | $74.46 |
| Teleconferencing | $107.15 |
| Working Meals | $60.00 |
| **Total Requested:** | **$4,405.18** |

## <u>EXHIBIT E</u>

### CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
### <u>FOR THE PERIOD SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025</u>

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed by New York Office September 18, 2025 through November 30, 2025** | **Billed to Committee September 18, 2025 through November 30, 2025** |
| Partners | $2,469.65 | $2,470.66 |
| Counsel | $1,876.53 | $1,876.19 |
| Associates | $1,264.21 | $1,312.92 |
| Law Clerks | $925.00 | $925.00 |
| Paraprofessionals | $582.94 | $566.64 |
| Total Blended Rate (Attorneys, Law Clerks and Paraprofessionals) | $1,618.74 | $1,614.75 |

**EXHIBIT F**

**BUDGET FOR THE PERIOD SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025
(ESTIMATED VS. ACTUAL)**

| Task Code # | Task Code | Estimated Hours | Estimated Fees | Actual Hours | Actual Fees |
|---|---|---|---|---|---|
| 001 | Asset Analysis and Recovery | 90.0 | $154,286.10 | 0.4 | $830.00 |
| 002 | Asset Disposition | 15.0 | $25,714.35 | 11.6 | $22,761.50 |
| 003 | Assumption and Rejection of Leases and Contracts | 120.0 | $205,714.80 | 70.3 | $131,105.50 |
| 004 | Avoidance Action Analysis | 5.0 | $8,571.45 | 0.4 | $780.00 |
| 005 | Budgeting (Case) | 5.0 | $8,571.45 | 4.1 | $6,200.00 |
| 006 | Business Operations | 25.0 | $42,857.25 | 8.7 | $20,905.50 |
| 007 | Case Administration | 150.0 | $257,143.50 | 162.9 | $244,833.50 |
| 008 | Claims Administration and Objections | 25.0 | $42,857.25 | 19.9 | $28,397.00 |
| 009 | Claims Investigation | 5.0 | $8,571.45 | 0.0 | $0.00 |
| 010 | Discovery | 5.0 | $8,571.45 | 0.0 | $0.00 |
| 011 | Employee Benefits and Pensions | 10.0 | $17,142.90 | 4.8 | $10,007.50 |
| 012 | Financing and Cash Collateral | 200.0 | $342,858.00 | 176.8 | $344,305.00 |

| 013 | First and Second Day Motions | 120.0 | $205,714.80 | 80.4 | $107,828.00 |
| 014 | Governmental/Regulatory and Foreign Law Matters | 5.0 | $8,571.45 | 0.0 | $0.00 |
| 015 | Hearings | 100.0 | $171,429.00 | 85.7 | $133,393.00 |
| 016 | Intercompany Claims | 5.0 | $8,571.45 | 0.0 | $0.00 |
| 017 | Lien Investigation | 40.0 | $68,571.60 | 113.0 | $180,037.50 |
| 018 | Mediation | 0.0 | $0.00 | 0.0 | $0.00 |
| 019 | Meetings and Communications with Creditors | 200.0 | $342,858.00 | 215.1 | $382,137.00 |
| 020 | Non-Working Travel (billed at 50%) | 0.0 | $0.00 | 0.0 | $0.00 |
| 021 | Other Litigation | 5.0 | $8,571.45 | 0.7 | $1,365.00 |
| 022 | Other Motions/Applications | 100.0 | $171,429.00 | 168.3 | $298,168.00 |
| 023 | Plan and Disclosure Statement | 20.0 | $34,285.80 | 7.3 | $15,364.00 |
| 024 | Real Estate | 15.0 | $25,714.35 | 0.0 | $0.00 |
| 025 | Relief from Automatic Stay | 25.0 | $42,857.25 | 5.9 | $8,172.50 |
| 026 | Reporting | 5.0 | $8,571.45 | 2.3 | $2,377.50 |
| 027 | Schedules and Statements | 40.0 | $68,571.60 | 18.2 | $19,547.50 |
| 028 | Tax | 10.0 | $17,142.90 | 0.0 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 029 | Non-Willkie Retention Applications | 60.0 | $102,857.40 | 61.6 | $98,682.50 |
| 030 | Non-Willkie Retention Application Objections | 10.0 | $17,142.90 | 3.8 | $7,060.00 |
| 031 | Non-Willkie Fee Statements and Applications | 20.0 | $34,285.80 | 12.6 | $14,222.50 |
| 032 | Non-Willkie Fee Statement/Application Objections | 10.0 | $17,142.90 | 0.0 | $0.00 |
| 033 | Willkie Retention Application | 100.0 | $171,429.00 | 56.0 | $58,343.00 |
| 034 | Willkie Retention Application Objections | 0.0 | $0.00 | 0.0 | $0.00 |
| 035 | Willkie Fee Statements and Applications | 40.0 | $68,571.60 | 10.0 | $11,522.00 |
| 036 | Willkie Fee Statement/Application Objections | 0.0 | $0.00 | 0.0 | $0.00 |
| 037 | Time Entry Review | 20.0 | $34,285.80 | 65.3 | $57,553.00 |
| 038 | Post-Effective Date Work | 0.0 | $0.00 | 0.0 | $0.00 |
| | **Totals:** | **1,585.0** | **$2,751,435.45** | **1,366.1** | **$2,205,898.50** |
| | **Less Client Accommodations for Time Entry Review (100% of Fees Incurred):** | | | | **($57,553.00)** |
| | **Total Requested:** | | | | **$2,148,345.50** |

**EXHIBIT G**

**STAFFING PLAN FOR THE PERIOD**
**SEPTEMBER 18, 2025 THROUGH NOVEMBER 30, 2025**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | ACTUAL NUMBER OF TIMEKEEPERS THAT WORKED ON THE MATTER DURING THE APPLICATION PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| Partner | 7 | 7 | $2,459.00 |
| Counsel | 1 | 1 | $1,950.00 |
| Associates | 10 | 9 | $1,543.00 |
| Law Clerk | 0 | 1 | N/A |
| Paralegal / Other Professionals | 3 | 4 | $469.00 |
| **All timekeepers aggregated** | **21** | **22** | **$1,714.29[1]** |

---

[1]    This represents the average hourly rate used to develop Willkie's budget.

G-1

## **EXHIBIT H**

**Fees and Expenses**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**Spirit Airlines 2 Official Committee of Unsecured Creditors**

**Bankruptcy of Spirit Airlines**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12533345
Client/Matter No. 136708.00001
November 21, 2025

**FOR PROFESSIONAL SERVICES RENDERED**
through October 31, 2025 as set out in the
attached detail

| | | |
|---|---|---:|
| Lien Investigation | $ | 79,130.00 |
| First and Second Day Motions | | 106,185.50 |
| Business Operations | | 13,424.00 |
| Meetings and Communications with Creditors | | 253,769.00 |
| Assumption and Rejection of Leases and Contracts | | 102,043.50 |
| Plan and Disclosure Statement | | 11,759.00 |
| Case Administration | | 184,210.00 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  2
Bankruptcy of Spirit Airlines
Invoice No. 12533345
Client/Matter No. 136708.00001

Time Entry Review                                                        17,578.00

Willkie Retention Application                                            46,743.00

Non-Willkie Retention Applications                                       71,705.00

Hearings                                                                 99,903.00

Other Motions / Applications                                           288,925.50

Non-Willkie Fee Statements and Applications                                850.00

Financing and Cash Collateral                                          333,101.50

Relief from Automatic Stay                                               3,142.50

Schedules and Statements                                                   700.00

Reporting                                                                  230.00

Budgeting (Case)                                                         2,107.50

Other Litigation                                                         1,365.00

Asset Analysis and Recovery                                               830.00

Non-Willkie Retention Application Objections                             7,060.00

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  3
Bankruptcy of Spirit Airlines
Invoice No. 12533345
Client/Matter No. 136708.00001

Disbursements and Other Charges                                             3,015.37

**Total this Invoice**                               $      1,627,777.37

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page 4
Invoice No. 12533345
Client/Matter No. 136708.00001

## Bankruptcy of Spirit Airlines

## Asset Analysis and Recovery

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 10/2/25 | JHB | Review/analyze AlixPartners liquidation materials (.2) and corr. with Willkie team re: same (.2). | | 0.40 | 830.00 |
| | | **Subtotal - Asset Analysis and Recovery** | | **0.40** | **830.00** |

## Assumption and Rejection of Leases and Contracts

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/18/25 | B M | Review/comment on the section 1110 procedures motion and the comments from lessors to same (1.0); prepare memorandum regarding section 1110 issues (.5). | | 1.50 | 3,750.00 |
| 9/19/25 | P D | Conduct research re: section 1110 rights (.9); corr. with J. Burbage, J. Graber re same (.2). | | 1.10 | 1,347.50 |
| 9/21/25 | M E | Review/analyze Debtors' proposed lease rejection order (.5); corr. with J. Graber re: same (.2). | | 0.70 | 577.50 |
| 9/21/25 | Z C | Conduct research re: section 1110 procedures motion (.6); corr. with J. Graber re: same (.2). | | 0.80 | 660.00 |
| 9/22/25 | CAD | Correspondence w/ Willkie team, M. Edelman (Vedder) regarding comments to Debtors' proposed section 1110 order (.2); review/analyze same (.2). | | 0.40 | 660.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page  5
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/22/25 | B M | Review/comment on the fleet agreements including rejection procedures (.7); call with B. Parlin (Holland & Knight) regarding fleet rejection procedures (.4); review/analyze Alton materials regarding the fleet analysis and planes to be assumed/rejected (1.5). | | 2.60 | 6,500.00 |
| 9/22/25 | T G | Review/revise draft section1110 order (.4); correspondence w/ M. Edelman (Vedder) and Willkie team re: same (.3). | | 0.70 | 1,645.00 |
| 9/24/25 | CAD | Correspondence w/ Debevoise, Willkie teams regarding current draft of proposed section 1110 procedures. | | 0.20 | 330.00 |
| 9/25/25 | M E | Conduct research re: waiving right to assume and assign leases. | | 1.70 | 1,402.50 |
| 9/28/25 | JHB | Correspondence with J. Ball (Debevoise) re: section 1110 procedures order. | | 0.10 | 182.50 |
| 9/30/25 | P D | Corr. with L. Ryan (Alton), D. Klein (Davis Polk), J. Graber re: rejection motion diligence request. | | 0.20 | 245.00 |
| 10/1/25 | CAD | Correspondence w/ Willkie, Alton teams regarding Debtors' omnibus lease rejection motion/airport contracts. | | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors     Page 6
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 10/2/25 | T G | Review/analyze Airbus agreements and related documents (1.8); correspondence w/ L. Ryan (Alton) re: same (.3). | | 2.10 | 5,565.00 |
| 10/3/25 | CAD | Correspondence w/ Z. Charlton regarding Debtors' motion to reject aircraft equipment leases (.1); review/analyze same (.2); subsequent correspondence w/ Willkie team regarding same and return procedures (.3); correspondence w/ Willkie team regarding section 1110 procedures order (.2). | | 0.80 | 1,560.00 |
| 10/5/25 | CAD | Correspondence w/ Willkie team regarding lease assumption and assignment research. | | 0.20 | 390.00 |
| 10/6/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding status of Debtors' first omnibus lease/contract motion and order. | | 0.30 | 585.00 |
| 10/6/25 | J Z | Conduct research re: precedent rejection procedures (.3); correspondence with Willkie team re: same (.1). | | 0.40 | 168.00 |
| 10/6/25 | T G | Correspondence w/ Willkie team re: lease rejection motions. | | 0.30 | 795.00 |
| 10/6/25 | J G | Corr. with Willkie team re: lease rejection procedures order. | | 0.30 | 472.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  7
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/7/25 | J G | Review/revise omnibus lease rejection order (.8); corr. with Z. Charlton re: same (.3). | | 1.10 | 1,732.50 |
| 10/7/25 | T G | Call w/ Debtors' professionals re: aircraft negotiations. | | 0.80 | 2,120.00 |
| 10/8/25 | CAD | Correspondence w/ Willkie team regarding comments to proposed omnibus aircraft rejection order. | | 0.20 | 390.00 |
| 10/9/25 | L G | Review/analyze new court filings re: assumption/rejection motions and fleet filings. | | 0.20 | 130.00 |
| 10/9/25 | J G | Corr. with Debevoise team re: omnibus lease rejection order (.2); corr. with Willkie team re: same (.1) | | 0.30 | 472.50 |
| 10/13/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding Debtors' draft motion to approve assumption/rejection procedures for non-aircraft/engine leases and contracts. | | 0.30 | 585.00 |
| 10/13/25 | P D | Review/analyze draft lease assumption and rejection procedures (.2); review/analyze local rules and cases re same (.6); corr. with M. Emanoil re: revisions to same (.3). | | 1.10 | 1,622.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 8
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/13/25 | J G | Corr. with Debevoise team re: lease rejection order (.2); review/analyze non-airline lease rejection motion and proposed order (.5); corr. with Willkie team re: same (.2). | | 0.90 | 1,417.50 |
| 10/13/25 | M E | Review/revise Debtors' proposed rejection procedures order (2.1); corr. with P. Dalgarno (.7), J. Graber (.2) re: same. | | 3.00 | 3,450.00 |
| 10/14/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding revised proposed first omnibus contract/lease rejection order (2x) (.3); review/analyze same (2x) (.3). | | 0.60 | 1,170.00 |
| 10/14/25 | T G | Review/analyze updated aircraft lease rejection order (.3); call w/ B. Parlin (Holland & Knight) re: same (.3). | | 0.60 | 1,590.00 |
| 10/14/25 | P D | Review/revise proposed rejection and assumption procedures (.2); conduct research re: same (.3). | | 0.50 | 737.50 |
| 10/14/25 | JHB | Corr. with J. Graber re: lease rejection procedures (.3); correspondence w/ Willkie team re: same (.2). | | 0.50 | 1,037.50 |
| 10/14/25 | J G | Review/revise contract/lease procedures motion (.4) and research precedent re: same (.6); various corr. with Willkie team re: same (.4). | | 1.40 | 2,205.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  9
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/25 | M E | Review/comment on assumption and rejection procedures motion (.9); corr. with P. Dalgarno (.1), J. Graber (.3), Willkie team (.4) re: same. | | 1.70 | 1,955.00 |
| 10/15/25 | CAD | Review/analyze proposed assumption/rejection procedures order (2x) (.3); various correspondence w/ Willkie team regarding same (2x)(.6); discuss same w/ T. Goren (.2); correspondence w/ N. Sosnick (Davis Polk) regarding Debtors' draft motion to reject airport and lease agreement for MHT Airport (.1); review/analyze same (.2); correspondence w/ Debevoise, Willkie teams regarding form section 1110(b) stipulation (.2). | | 1.60 | 3,120.00 |
| 10/15/25 | T G | Review/revise updated drafts of lease assumption/rejection procedures (.4); correspondence w/ Willkie team re: same (.3); correspondence w/ E. Smith (Kaplan Kirsch) re: Orange County airport issues (.2). | | 0.90 | 2,385.00 |
| 10/15/25 | P D | Corr. with Willkie, Alton teams re: airport use agreement rejection motion. | | 0.10 | 147.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  10
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/15/25 | J G | Review/revise lease assumption/rejection motion and related proposed order (.5); conduct research regarding precedent re: same (.6); various corr. with Willkie team re: Debtors' lease rejection motions (.8); corr. with Davis Polk team re: same (.3). | | 2.20 | 3,465.00 |
| 10/15/25 | M E | Review/analyze rejection procedures motion (.3); corr. with Willkie team re: same (.2); review/analyze precedent rejection procedures (.4). | | 0.90 | 1,035.00 |
| 10/15/25 | M E | Review/analyze assumption and rejection procedures motion (.2); corr. with J. Graber re: same (.1). | | 0.30 | 345.00 |
| 10/15/25 | T G | Correspondence with C. Damast re: proposed assumption/rejection procedures order. | | 0.20 | 530.00 |
| 10/15/25 | T G | Call with C. Damast re: proposed assumption/rejection procedures order. | | 0.20 | 530.00 |
| 10/16/25 | CAD | Correspondence w/ Debevoise, Willkie, Alton teams regarding Debtors' first omnibus rejection motion and adjournment as to some leases. | | 0.20 | 390.00 |
| 10/16/25 | J G | Review/analyze lease rejection motion (.3); corr. with P. Dalgarno re: same (.1). | | 0.40 | 630.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page  11
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/17/25 | CAD | Correspondence w/ Willkie, Alton teams regarding Debtors' proposed second omnibus contract/lease rejection order and comments (.3); review/analyze same (.1). | | 0.40 | 780.00 |
| 10/17/25 | P D | Review/revise airport use agreement rejection proposed order (.3); conduct research re: same (.3); corr. with Willkie team re: same (.2); corr. with Willkie team, Alton, Davis Polk teams re: airport use agreement rejection motion (.3). | | 1.10 | 1,622.50 |
| 10/17/25 | Z C | Review/analyze rejection procedures and rejection motion (.6); corr. with P. Dalgarno re: same (.3). | | 0.90 | 1,035.00 |
| 10/18/25 | P D | Corr. with Davis Polk, Debevoise, Alton, Willkie teams re: Carlyle settlement motion (.2); corr. with Willkie team re: contracts subject to airport use agreement rejection motion (.1). | | 0.30 | 442.50 |
| 10/18/25 | CAD | Correspondence w/ M. Emanoil regarding Debtors' motion to approve restructuring term sheet w/ Carlyle (.2); review/analyze same (.3); correspondence w/ P. Dalgarno, Davis Polk team regarding comments to proposed second lease rejection order (.2). | | 0.70 | 1,365.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  12
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/18/25 | M E | Review/analyze Carlyle restructuring term sheet (.3); corr. with P. Dalgarno re: same (.1) | | 0.40 | 460.00 |
| 10/19/25 | CAD | Correspondence w/ N. Sosnick (Davis Polk) regarding copies of to be rejected MIA warehouse lease and MHT airport use agreement (.2); correspondence w/ P. Dalgarno, Alton team regarding same (.1). | | 0.30 | 585.00 |
| 10/19/25 | M E | Corr. with Alton team re: Carlyle term sheet. | | 0.20 | 230.00 |
| 10/20/25 | CAD | Correspondence w/ M. Emanoil, Alton team regarding Debtors' aircraft restructuring term sheet w/ Carlyle and accompanying motion (.2); correspondence w/ Davis Polk, Willkie teams regarding DDL airport use agreement/assumption motion (.2); correspondence w/ Willkie, Davis Polk teams regarding revised assumption/rejection procedures order (.2); correspondence w/ Willkie, Vedder teams regarding same (.2). | | 0.80 | 1,560.00 |
| 10/20/25 | P D | Corr. with N. Sosnick (Davis Polk), , L. Ryan (Alton) re: airport use agreements being rejected (.1); review/analyze rejection procedures re: creditor inquiry (.1); corr. with J. Graber re same (.1). | | 0.30 | 442.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  13
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/20/25 | B M | Calls (2x) with the Debtors regarding the open fleet issues related to section 1110 of the bankruptcy code (1.6); calls (2x) with the aircraft lessors regarding the open section 1110 issues (.7); prepare memorandum regarding the status of the section 1110 negotiations (.4). | | 2.70 | 7,546.50 |
| 10/21/25 | CAD | Correspondence w/ M. Emanoil regarding omnibus aircraft equipment lease rejection order. | | 0.10 | 195.00 |
| 10/21/25 | P D | Review/analyze omnibus aircraft equipment lease rejection order. | | 0.10 | 147.50 |
| 10/21/25 | M E | Review/analyze omnibus aircraft equipment lease rejection order (.3); corr. with P. Dalgarno re: same (.1) | | 0.40 | 460.00 |
| 10/22/25 | CAD | Correspondence w/ L. Ryan (Alton), Willkie team regarding Carlyle aircraft restructuring term sheet. | | 0.20 | 390.00 |
| 10/24/25 | T G | Call w/ aircraft lessor counsel re: status of lease negotiations (.5); follow-up call w/ Alton re: same (.2); correspondence w/ L. Ryan (Alton) re: same (.4); lengthy call w/ Debtors' advisors re: same (1.1). | | 2.20 | 5,830.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                        Page  14
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/27/25 | CAD | Correspondence w/ FTI/Alton, Willkie teams regarding current list of proposed cure claims for lease assumptions (.2); correspondence w/ Z. Charlton regarding section 1110 notices (.1). | | 0.30 | 585.00 |
| 10/27/25 | T G | Review/analyze section 1110 chart/stipulations (.8); correspondence w/ Alton and Debtors re: same (.4); call w/ M. Edelman (Vedder) re: same (.2). | | 1.40 | 3,710.00 |
| 10/27/25 | M E | Corr. with Willkie, Alton teams re: second omnibus motion to reject equipment leases. | | 0.30 | 345.00 |
| 10/27/25 | Z C | Review/analyze section 1110(a) notices (.4); corr. with P. Dalgarno re: same (.1); corr. with Willkie, Alton teams re: same (.1). | | 0.60 | 690.00 |
| 10/27/25 | P D | Corr. with Z. Charlton re: section 1110 stipulations. | | 0.10 | 147.50 |
| 10/27/25 | P D | Review/analyze CNOs re: lease rejection procedures (.1) and airport use agreements (.1). | | 0.20 | 295.00 |
| 10/27/25 | J G | Review/analyze section 1110(a) elections (.4): corr. with UCC professionals re: same (.1). | | 0.50 | 787.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 15
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/27/25 | B M | Various corr. with the Debtors regarding the open fleet issues related to section 1110 of the Bankruptcy Code (1.3); calls (2x) with the aircraft lessors regarding the open section 1110 issues (.9); prepare memorandum regarding the status of the section 1110 negotiations (.5). | | 2.70 | 7,546.50 |
| 10/28/25 | CAD | Correspondence w/ M. Emanoil regarding Debtors' as-filed second omnibus lease rejection motion (.1); correspondence w/ Z. Charlton regarding Debtors' as-filed section 1110 notices (.1). | | 0.20 | 390.00 |
| 10/28/25 | T G | Review/analyze section 1110 stipulations/agreements (.6) and correspondence w/ L. Ryan (Alton) re: same (.2). | | 0.80 | 2,120.00 |
| 10/28/25 | M E | Review/analyze second omnibus equipment rejection order. | | 0.60 | 690.00 |
| 10/28/25 | Z C | Review/analyze section 1110(b) stipulations (.4); corr. with P. Dalgarno re: same (.1); corr. with Willkie team re: same (.1). | | 0.60 | 690.00 |
| 10/28/25 | P D | Corr. with Z. Charlton re: section 1110 stipulations. | | 0.10 | 147.50 |
| 10/29/25 | CAD | Correspondence w/ Alton, Willkie teams regarding unredacted section 1110(a) notices. | | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 16
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| | | **Subtotal - Assumption and Rejection of Leases and Contracts** | | **54.50** | **102,043.50** |

## Budgeting (Case)

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/3/25 | P D | Corr. with Willkie team re case budget and staffing plan. | | 0.20 | 295.00 |
| 10/16/25 | M E | Draft/revise Willkie budget and staffing plan. | | 0.60 | 690.00 |
| 10/17/25 | CAD | Correspondence w/ M. Emanoil regarding draft of Willkie budget and staffing plan. | | 0.20 | 390.00 |
| 10/17/25 | J G | Corr. with M. Emanoil re: Willkie budget and staffing plan. | | 0.10 | 157.50 |
| 10/17/25 | M E | Draft budget and staffing plan (.4); corr. with J. Graber re: same (.1). | | 0.50 | 575.00 |
| | | **Subtotal - Budgeting (Case)** | | **1.60** | **2,107.50** |

## Business Operations

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/19/25 | B M | Call with FTI Consulting regarding the business plan and financial materials for the UCC advisors (.8); review/analyze the available business plan materials and fleet information (1.4); prepare memorandum regarding the business plan status and fleet issues (.7). | | 2.90 | 7,250.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  17
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/22/25 | CAD | Correspondence w/ Willkie team regarding Debtors' plans to furlough flight attendants. | | 0.10 | 165.00 |
| 9/23/25 | T G | Correspondence w/ UCC advisors/debtors re: business plan update call. | | 0.30 | 705.00 |
| 9/24/25 | CAD | Correspondence w/ D. Friesner (PJT) regarding Debtors' business plan presentation (.1); review/analyze same (.3). | | 0.40 | 660.00 |
| 9/24/25 | B M | Call with the UCC professionals regarding the business plan and fleet issues (1.0); prepare memorandum regarding the business plan and fleet issues for the UCC to consider (.4). | | 1.40 | 3,500.00 |
| 10/1/25 | B M | Prepare memorandum regarding the Debtors' business plan. | | 0.20 | 559.00 |
| 10/6/25 | CAD | Correspondence w/ Willkie team regarding proposed amended and restated certificated passenger airline lease. | | 0.20 | 390.00 |
| 10/17/25 | CAD | Correspondence w/ Willkie team regarding Spirit's furlough of pilots. | | 0.10 | 195.00 |
| | | **Subtotal - Business Operations** | | **5.60** | **13,424.00** |

## Case Administration

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  18
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/18/25 | L G | Prepare (.1) and file (.2) Willkie notice of appearance. | | 0.30 | 177.00 |
| 9/18/25 | CAD | Correspondence (.4) and discussion (.3) w/ Willkie team regarding retention of Willkie as counsel and administrative, near-term, and longer-term to do list; prepare such list (.7); correspondence w/ Z. Charlton regarding Willkie notice of appearance (.1); review/analyze same (.1); correspondence w/ Willkie team regarding tomorrow's investment banker and financial advisor pitches (.3). | | 1.90 | 3,135.00 |
| 9/18/25 | J G | Review/analyze first day pleadings, to do items, and case administration issues (1.0); various corr. with Willkie team re: same and next steps (.5). | | 1.50 | 1,987.50 |
| 9/18/25 | J G | Review/revise notice of appearance (.4); corr. with Z. Charlton re: same (.3); corr. with Z. Charlton and L. Guido re: filing of same (.1). | | 0.80 | 1,060.00 |
| 9/18/25 | T G | Calls (.4) and correspondence (.5) w/ Willkie team re: retention/key initial tasks; call w/ Davis Polk re: case update (.2); calls w/ B. Miller re: same and financial advisor selection (.4). | | 1.50 | 3,525.00 |
| 9/18/25 | B M | Call with T. Goren re: case update and financial advisor selection. | | 0.40 | 1,000.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                                      Page  19
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/18/25 | B M | Prepare for (.2) and attend (.5) call with the Debtors to discuss case issues and the UCC issues with the 1st day motions. | | 0.70 | 1,750.00 |
| 9/19/25 | JHB | Call with T. Goren and J. Graber re: immediate case objection deadlines. | | 0.30 | 547.50 |
| 9/19/25 | L G | Coordinate setup of ECF filing notifications (.1); compile internal database of court filings (1.4); prepare initial case calendar (1.1) and provide calendar updates to Willkie team (.3). | | 2.90 | 1,711.00 |
| 9/19/25 | J G | Various corr. with Willkie team re: retention as counsel, to do items, upcoming hearing, and related dates and deadlines (2.9); review/revise draft committee bylaws (.2); corr. with Willkie team re: same, final first day orders, and upcoming hearings (.2). | | 3.30 | 4,372.50 |
| 9/19/25 | T G | Review/revise draft UCC bylaws (.6) and correspondence w/ Willkie team re: same (.3). | | 0.90 | 2,115.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  20
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/19/25 | B M | Prepare for (.3) and attend (2.1) meeting of the UCC to select financial professionals; attend meetings (2x) with the Jefferies, Alton Aviation and Alix Partners teams to discuss issues for unsecured creditors (1.7); prepare memorandum regarding the division of labor for the various UCC professionals (.5). | | 4.60 | 11,500.00 |
| 9/19/25 | CAD | Correspondence w/ Willkie team regarding preparation of Committee by-laws (.4); review/revise draft of Committee by-laws (2x) (.5); correspondence w/ P. Dalgarno, J. Graber regarding same and comments (.2); subsequent correspondence w/ Willkie team regarding same (.3); correspondence w/ L. Guido regarding calendar/docket matters (.2). | | 1.60 | 2,640.00 |
| 9/19/25 | P D | Draft Committee by-laws (.9); corr. with J. Burbage, J. Graber re: same (.2). | | 1.10 | 1,347.50 |
| 9/20/25 | T G | Correspondence w/ Davis Polk and UCC professionals re: initial professionals meeting. | | 0.40 | 940.00 |
| 9/21/25 | J G | Review/analyze upcoming hearings, dates and deadlines (.3); attend meeting with the debtors and UCC professionals re: same (.4). | | 0.70 | 927.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  21
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/22/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding general case update and scheduling call (.3); correspondence w/ B. Miller, S. Cornell (US Trustee) regarding general case update/need for call and ex officio UCC member request (.2); correspondence w/ L. Guido regarding docketing and calendar update (.1); correspondence w/ Z. Charlton, Willkie team regarding draft agenda for this week's Committee meeting (2x) (.3); review/revise same (.2). | | 1.10 | 1,815.00 |
| 9/22/25 | J Z | Review/revise notice of appearance and pro hac vice applications (1.2); correspondence with Willkie team re: same (.1). | | 1.30 | 494.00 |
| 9/22/25 | L G | Update case calendar re: upcoming deadlines (.1) and provide calendar updates to Willkie team re: same (.1). | | 0.20 | 118.00 |
| 9/22/25 | T G | Call w/ Jefferies/Alton re: case update (.5); correspondence w/ Willkie team re: same/status of bylaws, initial UCC materials (.4). | | 0.90 | 2,115.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors

Page  22

Invoice No. 12533345

Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/22/25 | Z C | Corr. with Alton team (.1), Jefferies team (.1), and AlixPartners team (.1) re: working group list; corr. with J. Zervaki re: potential parties in interest list and notice of appearance tracking (.3); review/analyze notice of appearance tracker (.2); corr. with J. Graber, L. Guido re: Epiq service coordination (.2); analyze division of labor between Committee professionals (.4) and corr. with Willkie team re: same (.2). | | 1.60 | 1,320.00 |
| 9/22/25 | J G | Review/analyze notice of appearance (.2), committee bylaws (.8), upcoming motions (.1) and related objection deadlines (.2); corr. with Willkie team re: same (.6). | | 1.90 | 2,517.50 |
| 9/23/25 | CAD | Correspondence w/ M. Emanoil, Willkie team regarding draft agenda for tomorrow's Committee meeting and revisions. | | 0.20 | 330.00 |
| 9/23/25 | L G | Review/analyze docket items re: second day hearing and scheduling. | | 0.30 | 177.00 |
| 9/23/25 | M E | Corr. with J. Graber (.2) and Willkie team (.3) re: Committee meeting agenda. | | 0.50 | 412.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  23
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 9/23/25 | J G | Corr. with Z. Charlton re: case administration, upcoming dates and deadlines, and ongoing dip/cash collateral negotiations (.2); review/analyze corr. re: same (.3). | | 0.50 | 662.50 |
| 9/24/25 | CAD | Participate in weekly call w/ Debtors' professionals (matters discussed -- near-term case overview; AerCap settlement motion; potential financing options; business plan presentation) (1.0); correspondence w/ Davis Polk, Willkie teams regarding confidentiality provisions of Committee by-laws (.2); correspondence w/ P. Dalgarno regarding same and revisions (.2); various correspondence w/ Willkie team regarding conduct of Committee meetings and preparation of agendas (.5). | | 1.90 | 3,135.00 |
| 9/24/25 | P L | Participate (partial) on weekly Debtors' professionals' call re: case overview, financing, and business plan. | | 0.90 | 2,115.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors
Invoice No. 12533345
Client/Matter No. 136708.00001

Page 24

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/24/25 | P D | Call with Debtors' professionals re: AerCap settlement, financing, administrative issues (1.0); call with Davis Polk (J. Brown), Debevoise (J. Ball), Willkie team re: comments to UCC by-laws (.1); revise by-laws (.8); corr. with Willkie team re: same (.1); corr. with Willkie team re: committee meeting action items (.1). | | 2.10 | 2,572.50 |
| 9/24/25 | L G | Review/analyze recent court filings (.2); update case calendar re: same (.2) and provide updates to Willkie team re: same (.1). | | 0.50 | 295.00 |
| 9/24/25 | JHB | Attend meeting w/ Debtors' professionals re: business plan and case status. | | 1.00 | 1,825.00 |
| 9/24/25 | Z C | Corr. with Debtors' counsel re: VDR access for UCC professionals. | | 0.20 | 165.00 |
| 9/24/25 | J G | Attend meeting with Debtors' professionals and UCC professionals re: business plan, pending motions, and ongoing negotiations with secured parties (1.0); corr. with Willkie team re: same (.3). | | 1.30 | 1,722.50 |
| 9/24/25 | T G | Call w/ Debtors' professionals re: business plan/case update (1.0): review/analyze business plan presentation (.8). | | 1.80 | 4,230.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  25
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/24/25 | M E | Attend meeting with Debtors' professionals, UCC professionals re: business plan. | | 1.00 | 825.00 |
| 9/24/25 | Z C | Prepare for (.1) and attend (1.0) introductory meeting with Debtors' counsel re: operations, business plan, and case status. | | 1.10 | 907.50 |
| 9/24/25 | B M | Prepare for (.5) and attend (1.0) meeting with the Debtors to discuss operations, the business plan, and financing options. | | 1.50 | 3,750.00 |
| 9/25/25 | CAD | Correspondence w/ Willkie team regarding comments to confidentiality provisions of Committee by-laws (.2); correspondence w/ Willkie, Davis Polk teams regarding status of due diligence requests and VDR access (.2); correspondence w/ B. Miller, T. Ciantra (ALPA) regarding discussion w/ US Trustee regarding ex officio Committee membership (.2); correspondence w/ Willkie team, other Committee professionals regarding need for and timing of special Committee meeting next week (.3). | | 0.90 | 1,485.00 |
| 9/25/25 | P D | Review/revise Committee by-laws (.4); corr. with Willkie team, J. Brown (Davis Polk) re: same (.4). | | 0.80 | 980.00 |
| 9/25/25 | T G | Correspondence w/ Willkie team re: Committee bylaws. | | 0.30 | 705.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page  26
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 9/25/25 | JHB | Review/revise Committee bylaws. | | 0.30 | 547.50 |
| 9/26/25 | J Z | Review/analyze filed notices of appearance and pro hac vice applications (.7); correspondence with Willkie team re: same (.1). | | 0.80 | 304.00 |
| 9/26/25 | CAD | Correspondence w/ L. Guido regarding docketing and calendar updates (.2); correspondence w/ M. Emanoil regarding summary of documents posted to virtual data room (.1); correspondence w/ J. Graber regarding ad hoc group rule 2019 statement (.1); review/analyze same (.1). | | 0.50 | 825.00 |
| 9/26/25 | P D | Corr. with J. Brown (Davis Polk) re: revised UCC by-laws. | | 0.10 | 122.50 |
| 9/26/25 | L G | Update internal database of court filings (.1); update case calendar re: same (.1) and provide updates to Willkie team re: same (.2). | | 0.40 | 236.00 |
| 9/26/25 | P L | Review/analyze US Trustee motion re: examiner appointment (.2); discuss same with Willkie team (.2). | | 0.40 | 940.00 |
| 9/26/25 | J G | Review/revise initial case task list (1.2); corr. with Willkie team re: same (.3), next steps (.4), and upcoming motions/hearing (.3); review/analyze such motions (.5). | | 2.70 | 3,577.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  27
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/26/25 | M E | Corr. with Willkie team re: virtual data room (.5); attend meeting with Debevoise team, Willkie team re: diligence requests (.8). | | 1.30 | 1,072.50 |
| 9/28/25 | CAD | Correspondence w/ D. Slim (Pillsbury). P. Dalgarno/T. Goren regarding confidentiality provisions of Committee by-laws and proposed revisions (.4); review/analyze same (.1). | | 0.50 | 825.00 |
| 9/28/25 | T G | Attend call w/ Debtors re: AerCap/DIP update. | | 1.00 | 2,350.00 |
| 9/28/25 | P D | Corr. with Pillsbury team re: confidentiality provisions of UCC bylaws (.2); review/revise same (.2); corr. with Willkie team re: same (.2); corr. w/ Committee re: same (.1); corr. with Z. Charlton re: same (.4). | | 1.10 | 1,347.50 |
| 9/30/25 | Z C | Corr. with AlixPartners team re: VDR access (.2); corr. with C. Robertson (Davis Polk) re: same (.1); review/revise working group list (.6) and corr. with Willkie team re: same (.2). | | 1.10 | 907.50 |
| 9/30/25 | M E | Draft UCC meeting agenda (.6); revise working group list (.3); corr. with Willkie team re: same (.1). | | 1.00 | 825.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                         Page  28
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/30/25 | CAD | Correspondence w/ L. Guido regarding calendar and docket updates (.1); correspondence (.1) and discussion (.1) w/ Willkie team regarding Committee working group list; correspondence w/ Z. Charlton, other Committee professionals regarding weekly calls w/ Debtors' professionals and scheduling (.2); review/revise draft agenda for tomorrow's Committee meeting (.1); correspondence w/ Willkie team regarding same (.1). | | 0.70 | 1,155.00 |
| 9/30/25 | L G | Update internal database of court filings (.3); update case calendar re: same (.2) and provide updates to Willkie team re: same (.1). | | 0.60 | 354.00 |
| 9/30/25 | P D | Review/revise UCC working group list (.2); corr. with Z. Charlton re: same (.1); corr. with J. Brown (Davis Polk) re: revised UCC by-laws (.2). | | 0.50 | 612.50 |
| 10/1/25 | CAD | Correspondence w/ Willkie team regarding 10/3 section 341 meeting and coverage (.2); correspondence w/ Z. Charlton regarding revised draft agenda for 10/3 Committee meeting (.1); review/analyze same (.1). | | 0.40 | 780.00 |
| 10/1/25 | L G | Update internal court filings database re: upcoming dates and deadlines. | | 0.10 | 65.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  29
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/1/25 | M E | Review/revise UCC working group list. | | 0.20 | 230.00 |
| 10/2/25 | L G | Update internal database of court filings (.2); update case calendar (.2) and provide updates to Willkie team (.1) | | 0.50 | 325.00 |
| 10/2/25 | CAD | Correspondence w/ L. Guido regarding docketing and calendar matters. | | 0.10 | 195.00 |
| 10/3/25 | CAD | Correspondence w/ M. Emanoil regarding summary of today's section 341 meeting (.1); review/analyze same (.1). | | 0.20 | 390.00 |
| 10/3/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.6); correspondence with Willkie team re: same (.1). | | 0.70 | 294.00 |
| 10/3/25 | M E | Call with M. Melcer (Davis Polk) re: section 341 meeting inquiry. | | 0.10 | 115.00 |
| 10/3/25 | M E | Attend section 341 meeting (.6); corr. with Willkie team re: same (.4). | | 1.00 | 1,150.00 |
| 10/5/25 | J G | Review/analyze general case administration matters including upcoming motions/hearings (.4) and issues raised in such motions (.8); corr. with various creditors (.5) and the debtors re: same (.4). | | 2.10 | 3,307.50 |
| 10/6/25 | CAD | Correspondence w/ L. Guido regarding docket and calendar updates. | | 0.10 | 195.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                  Page 30
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 10/6/25 | L G | Update internal court filings database (.1); update case calendar (.3) and provide updates to Willkie team (.1). | | 0.50 | 325.00 |
| 10/6/25 | J G | Corr. with P. Dalgarno re: case administration, final first day orders, outstanding objections (.3); corr. with debtors and parties in interest re: outstanding orders and objections re: same (.7), case timeline (.3), and upcoming hearings (.3). | | 1.60 | 2,520.00 |
| 10/7/25 | CAD | Participate in weekly call w/ Debtors' professionals (matters discussed -- AerCap settlement motion status; DIP motion status; tomorrow's Committee meeting and Debtors' management presentation). | | 0.50 | 975.00 |
| 10/7/25 | L G | Review/analyze local rules re: timing for filing motions and applications (.6); update internal database of court filings (.3). | | 0.90 | 585.00 |
| 10/7/25 | J G | Review/analyze various administrative matters including upcoming motions/hearings (.3), entered first day orders (.5) and related deadlines re: same (.1). | | 0.90 | 1,417.50 |
| 10/7/25 | T G | Call w/ Debtors' professionals re: pending motions and management presentation to UCC. | | 0.50 | 1,325.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  31
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/7/25 | M E | Attend (partial) meeting with Debtors' professionals re: DIP motion, AerCap, and management presentation to UCC. | | 0.40 | 460.00 |
| 10/7/25 | B M | Call with the Debtors' professionals to discuss operations, the DIP issues, and management presentation to the UCC. | | 0.50 | 1,397.50 |
| 10/8/25 | L G | Update internal court filings database (.3); update case calendar (.1). | | 0.40 | 260.00 |
| 10/8/25 | M E | Review/analyze Spirit SEC filings (.3); corr. with P. Dalgarno re: same (.2). | | 0.50 | 575.00 |
| 10/9/25 | CAD | Correspondence w/ L. Guido regarding calendar and docket updates. | | 0.10 | 195.00 |
| 10/10/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.4); correspondence with Willkie team re: same (.1). | | 0.50 | 210.00 |
| 10/13/25 | CAD | Correspondence w/ L. Guido regarding calendar and docket updates. | | 0.10 | 195.00 |
| 10/13/25 | L G | Update internal database of court filings (.1); update case calendar (.2) and provide updates to Willkie team (.1). | | 0.40 | 260.00 |
| 10/13/25 | T G | Correspondence w/ Willkie team re: status of Committee bylaws. | | 0.20 | 530.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  32
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/13/25 | J G | Review/analyze case administration matters including outstanding pleadings (.3), upcoming hearings (.1), and related objection deadlines (.1). | | 0.50 | 787.50 |
| 10/14/25 | CAD | Participate in weekly call w/ Debtors' professionals (matters discussed -- October 16 hearing agenda; section 1110 stipulations update; status of business plan; update on DIP negotiations). | | 0.40 | 780.00 |
| 10/14/25 | T G | Prepare for (.3) and attend (.4) call w/ Debtors' professionals re: DIP motion, upcoming motions/hearing, status of business plan. | | 0.70 | 1,855.00 |
| 10/14/25 | P D | Call with Debtors' professionals and UCC professionals re DIP and pending motions (.3); Call with UCC professionals re same (.3). | | 0.70 | 1,032.50 |
| 10/14/25 | L G | Update internal court filings database (.2); update case calendar (.2) and provide updates to Willkie team (.1). | | 0.50 | 325.00 |
| 10/14/25 | M E | Draft agenda for 10/15 Committee meeting (.4); corr. with Willkie team re: same (.1). | | 0.50 | 575.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                        Page  33
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/14/25 | Z C | Corr. with AlixPartners team re: VDR access (.1); corr. with Davis Polk team re: same (.1); corr. with Willkie team re: 10/16 adjournment notice (.2); prepare for (.2) and attend (.4) meeting with Debtors' professionals re: upcoming hearings and M&A updates. | | 1.00 | 1,150.00 |
| 10/14/25 | JHB | Prepare for (.1) and attend (.4) weekly call with Debtors' professionals re: M&A updates, upcoming hearings. | | 0.50 | 1,037.50 |
| 10/14/25 | J G | Prepare for (.2) and attend (.4) meeting with Debtors and UCC advisors re: M&A update, upcoming hearings. | | 0.60 | 945.00 |
| 10/14/25 | T G | Correspondence w/ Debtors and UCC professionals re: M&A update. | | 0.20 | 530.00 |
| 10/15/25 | CAD | Correspondence w/ L. Guido regarding calendar/docket updates (.1); correspondence w/ Willkie team regarding Committee meeting agendas and key dates (.2) | | 0.30 | 585.00 |
| 10/15/25 | L G | Update case calendar (.1) and provide updates to Willkie team (.1); update internal database of court filings (.1). | | 0.30 | 195.00 |
| 10/15/25 | R S | Corr. w/ J. Graber re: docket update and case calendar. | | 0.20 | 97.00 |
| 10/15/25 | P D | Review/revise Committee by-laws for execution. | | 0.50 | 737.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page  34
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/16/25 | L G | Update internal database of court filings (.2); update case calendar (.3) and provide updates to Willkie team (.1). | | 0.60 | 390.00 |
| 10/16/25 | Z C | Corr. with J. Graber re: M&A dataroom access (.1); corr. with Davis Polk team re: same (.2); corr. with L. Ryan (Alton) re: same (.1). | | 0.40 | 460.00 |
| 10/17/25 | CAD | Review/analyze letters from US Trustee, equity holders regarding request for appointment of equity committee (.3); correspondence w/ Willkie, Davis Polk teams regarding same (.3); subsequent correspondence w/ Willkie team regarding preparation of response to equity committee request (.3) and outline of same (.2). | | 1.10 | 2,145.00 |
| 10/17/25 | P D | Corr. with Committee members re: execution of Committee by-laws. | | 0.20 | 295.00 |
| 10/17/25 | P D | Review/analyze letter to US Trustee re: request to form equity committee (.3); conduct research re: same (.4); draft outline for Committee response to same (.4). | | 1.10 | 1,622.50 |
| 10/17/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.8); correspondence with Willkie team re: same (.1). | | 0.90 | 378.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  35
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/17/25 | L G | Update internal court filings database (.2); provide updates to Willkie team re: same (.1). | | 0.30 | 195.00 |
| 10/17/25 | J G | Corr. with Willkieteam re: equity committee request to US Trustee (.5); review/analyze same (.2). | | 0.70 | 1,102.50 |
| 10/17/25 | J G | Review/analyze case administration issues including upcoming motions/hearings (.2), objection deadlines (.2), and committee filings (.3); corr. with Willkie team re: same (.2). | | 0.90 | 1,417.50 |
| 10/17/25 | M E | Corr. with Willkie team re: equity committee request letter to US Trustee. | | 0.30 | 345.00 |
| 10/17/25 | JHB | Review/analyze equity committee appointment request letter. | | 0.30 | 622.50 |
| 10/17/25 | T G | Review/analyze equity committee request letter to US Trustee. | | 0.40 | 1,060.00 |
| 10/19/25 | J G | Corr. with Willkie team re: docket updates. | | 0.20 | 315.00 |
| 10/20/25 | P D | Draft Committee letter to US Trustee re: request for equity committee. | | 1.60 | 2,360.00 |
| 10/20/25 | L G | Update internal court filings database (.2); update case calendar (.3) and provide updates to Willkie team (.1). | | 0.60 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  36
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/20/25 | J G | Review/revise Committee response re: equity committee letter (1.2); corr. with Willkie team re: same (.5). | | 1.70 | 2,677.50 |
| 10/21/25 | CAD | Participate in weekly call w/ Debtors' professionals (matters discussed -- fleet update; stay relief motion; M&A update; equity committee request/responses) (.4); review/revise draft agenda for tomorrow's Committee meeting (.1); correspondence (.1) and discussion (.1) w/ Willkie team regarding same. | | 0.70 | 1,365.00 |
| 10/21/25 | T G | Call w/ Debtors' professionals re: case update, examiner, equity committee request(.4); correspondence w/ Davis Polk and US Trustee re: examiner (.3); review/revise draft response to equity committee request (.4). | | 1.10 | 2,915.00 |
| 10/21/25 | P D | Review/revise Committee response re: equity committee request (1.5); corr. with Willkie team, UCC advisors re: same (.2). | | 1.70 | 2,507.50 |
| 10/21/25 | L G | Update internal court filings database (.2) update case calendar (.2) and provide updates to Willkie team (.1). | | 0.50 | 325.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  37
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/21/25 | J G | Review/analyze administrative matters including upcoming dates and deadlines (.4); various corr. with debtors re: same and upcoming hearings (.8). | | 1.20 | 1,890.00 |
| 10/21/25 | P D | Attend meeting with Debtors' and UCC's professionals re: fleet update, Unifi relief from stay motion, equity committee request. | | 0.30 | 442.50 |
| 10/21/25 | JHB | Revise current draft of Committee response to request for an equity committee (3.0); attend weekly call with Debtors' professionals re: same, fleet update, Unifi stay relief motion (.4) | | 3.40 | 7,055.00 |
| 10/21/25 | M E | Attend (partial) meeting with Debtors' professionals, UCC professionals re: DIP, fleet update, Unifi stay relief motion. | | 0.30 | 345.00 |
| 10/21/25 | CAD | Correspondence w/ Willkie team, other Committee professionals regarding draft letter in response to equity committee request (2x) (.3); review/analyze same (2x) (.4). | | 0.70 | 1,365.00 |
| 10/22/25 | P D | Review/revise Committee letter in response to equity committee request. | | 1.80 | 2,655.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  38
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/22/25 | T G | Review/revise UCC letter re: equity committee request (.4); call w/ Akin re: same (.2); correspondence w/ Akin/Davis Polk teams re: same (.3); review/analyze Debtor/AHG response letters re: same (.6). | | 1.50 | 3,975.00 |
| 10/22/25 | JHB | Review/analyze Committee response to equity committee request (.3); correspondence with P. Dalgarno re: comments to same (.5). | | 0.80 | 1,660.00 |
| 10/22/25 | L G | Review/revise UCC letter re: equity committee request. | | 2.10 | 1,365.00 |
| 10/22/25 | M E | Corr. with J. Graber re: equity committee request letter. | | 0.30 | 345.00 |
| 10/22/25 | J G | Review/revise Committee's letter in response to equity committee request (1.0); corr. with Willkie team re: same (.3). | | 1.30 | 2,047.50 |
| 10/22/25 | B M | Review/analyze the UCC's (.4) and Debtors' (.3) responses to the Equity Committee request. | | 0.70 | 1,956.50 |
| 10/23/25 | CAD | Correspondence w/ L. Guido regarding calendar and docketing update. | | 0.10 | 195.00 |
| 10/23/25 | CAD | Correspondence w/ Willkie team regarding final changes to and submission to US Trustee of Committee letter in opposition to equity committee request. | | 0.50 | 975.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  39
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/23/25 | P D | Review/revise Committee response to equity committee request letter (.1); corr. with Willkie team re: same (.1). | | 0.20 | 295.00 |
| 10/23/25 | P D | Call with committee member re: execution of Committee by-laws. | | 0.10 | 147.50 |
| 10/23/25 | J G | Finalize Committee's response to the equity committee request for filling (.3); corr. with Willkie team (.2) and Davis Polk team (.2) re: same; corr. with US Trustee re: same (.1). | | 0.80 | 1,260.00 |
| 10/23/25 | L G | Update internal court filings database (.1); update case calendar (.1) and provide updates to Willkie team (.1). | | 0.30 | 195.00 |
| 10/24/25 | CAD | Correspondence w/ P. Dalgarno regarding fully-executed Committee by-laws. | | 0.10 | 195.00 |
| 10/24/25 | P D | Finalize Committee by-laws. | | 0.20 | 295.00 |
| 10/24/25 | L G | Update internal court filings database. | | 0.30 | 195.00 |
| 10/24/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.4); correspondence with Willkie team re: same (.1). | | 0.50 | 210.00 |
| 10/27/25 | CAD | Correspondence w/ L. Guido regarding calendar and docket updates. | | 0.10 | 195.00 |
| 10/27/25 | JHB | Call with F. Curbelo re: case management/docket updates. | | 0.30 | 622.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  40
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/27/25 | L G | Update internal court filings database (.2); update case calendar (.2) and provide updates to Willkie team (.1). | | 0.50 | 325.00 |
| 10/28/25 | CAD | Participate in weekly call w/ Debtors' professionals (matters discussed -- fleet update; AerCap funds; examiner appointment; tomorrow's hearing; M&A process update) (.5); review/analyze draft agenda for tomorrow's Committee meeting (.1); discussion (.1) and correspondence (.1) w/ Willkie team regarding same. | | 0.80 | 1,560.00 |
| 10/28/25 | F C | Meeting w/ M. Emanoil re: preparing the agenda for 10/29 UCC meeting (.2); draft same (.2); review/revise same (.4); corr. with Z. Charlton and M. Emanoil re: same (.2); corr. with J. Graber and P. Dalgarno re: same (.5). | | 1.50 | 1,387.50 |
| 10/28/25 | L G | Provide calendar updates to Willkie team. | | 0.10 | 65.00 |
| 10/28/25 | M E | Meeting with F. Curbelo re: 10/29 Committee meeting agenda. | | 0.20 | 230.00 |
| 10/28/25 | Z C | Prepare for (.2) and attend (.5) call with Debtors' professionals re: operations and financial update, DIP hearing, examiner. | | 0.70 | 805.00 |
| 10/28/25 | T G | Call w/ Debtors' professionals re: examiner, DIP hearing, case update. | | 0.50 | 1,325.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                                Page  41
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/28/25 | M E | Attend (partial) meeting with Debtors' advisors re: fleet/financial update and DIP hearing. | | 0.30 | 345.00 |
| 10/28/25 | J G | Prepare for (.2) and participate in (.5) meeting with debtors' advisors re: case administration, upcoming hearing, and related DIP negotiations ; corr. with Willkie team re: same (.2); review/analyze case administration matters, including upcoming motions and to do items (.7). | | 1.60 | 2,520.00 |
| 10/28/25 | P D | Meeting with Debtors' advisors and UCC advisors re: upcoming DIP hearing, and fleet update. | | 0.20 | 295.00 |
| 10/28/25 | B M | Call with the Debtors' professionals to discuss operations and the 10/29 DIP hearing. | | 0.50 | 1,397.50 |
| 10/28/25 | F C | Attend weekly meeting with Debtors' professionals re: examiner appointment and DIP hearing. | | 0.50 | 462.50 |
| 10/29/25 | L G | Update internal court filings database. | | 0.30 | 195.00 |
| 10/29/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.5); correspondence with Willkie team re: same (.1). | | 0.60 | 252.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  42
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 10/29/25 | J G | Corr. with M. Melcer (Davis Polk) re: DIP hearing and upcoming omnibus hearing (.1); corr. with Willkie team re: same (.2); review/analyze chambers' rules re: same (.4); corr. with Willkie team re: same (.2). | | 0.90 | 1,417.50 |
| 10/30/25 | CAD | Correspondence w/ L. Guido regarding calendar and docket updates. | | 0.10 | 195.00 |
| 10/30/25 | L G | Update internal court filings database (.2); update case calendar (.1) and provide updates to Willkie team (.1). | | 0.40 | 260.00 |
| 10/31/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.1); correspondence with Willkie team re: same (.1). | | 0.20 | 84.00 |
| | **Subtotal - Case Administration** | | | **123.20** | **184,210.00** |

## Financing and Cash Collateral

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 9/19/25 | J G | Review/analyze cash collateral interim order (.5); draft issues list re: same (.5); corr. with P. Dalgarno (.2) and J. Burbage re: same (.2). | | 1.40 | 1,855.00 |
| 9/19/25 | T G | Review/analyze cash collateral order (.8) and correspondence w/ Willkie team re: same (.3). | | 1.10 | 2,585.00 |
| 9/19/25 | L G | Conduct research re: interim cash collateral order. | | 0.30 | 177.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                   Page  43
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/20/25 | P D | Conduct research re: cash collateral reservation of rights (.1); corr. with J. Graber, J. Burbage re: same (.2); revise issues list re: same (.3). | | 0.60 | 735.00 |
| 9/20/25 | B M | Review/analyze the Debtors' proposed cash collateral motion and other financing options (1.3); review/analyze the Jefferies materials regarding potential financing options (.8). | | 2.10 | 5,250.00 |
| 9/20/25 | JHB | Correspondence with P. Dalgarno re: cash collateral order (.1); corr. with to P. Dalgarno re: UCC DIP issues list (.5). | | 0.60 | 1,095.00 |
| 9/22/25 | CAD | Correspondence w/ P. Dalgarno regarding cash collateral order issues list (.1); review/analyze same (.2); subsequent correspondence w/ Willkie team regarding same and markup of final cash collateral order (.2); correspondence w/ B. Miller regarding status of Debtors' DIP financing/cash collateral discussions (.1). | | 0.60 | 990.00 |
| 9/22/25 | T G | Review/revise proposed issues list re: cash collateral order (.4) and correspondence w/ Willkie team re: same (.2). | | 0.60 | 1,410.00 |
| 9/22/25 | J G | Review/analyze cash collateral hearing transcript (1.0); corr. with T. Goren re: same (.3). | | 1.30 | 1,722.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  44
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/23/25 | CAD | Correspondence w/ Willkie team regarding comments to draft final cash collateral order (.2); correspondence w/ Willkie, Davis Polk teams regarding same (.2). | | 0.40 | 660.00 |
| 9/23/25 | T G | Review/revise draft mark-up of cash collateral order. | | 0.80 | 1,880.00 |
| 9/23/25 | B M | Discussions (2x) with the Debtors regarding the use of cash collateral and potential DIP financing options. | | 1.30 | 3,250.00 |
| 9/23/25 | J G | Review/revise cash collateral order (2.4); corr. with Willkie team re: same (1.3). | | 3.70 | 4,902.50 |
| 9/23/25 | P D | Review/analyze proposed revisions to cash collateral order (.3); corr. with J. Graber re: same (.2). | | 0.50 | 612.50 |
| 9/23/25 | P D | Corr. w/ Willkie team re: second interim cash collateral order. | | 0.20 | 245.00 |
| 9/24/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding current version of second interim cash collateral order (.2); review/analyze same (.2). | | 0.40 | 660.00 |
| 9/24/25 | T G | Review/analyze motion for non-consensual cash collateral use (.7) and revise/analyze draft order re same (.4). | | 1.10 | 2,585.00 |
| 9/24/25 | J G | Review/analyze second interim cash collateral order (.5); corr. with Willkie team re: same (.4). | | 0.90 | 1,192.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page 45
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/24/25 | JHB | Review/analyze second interim cash collateral order. | | 0.60 | 1,095.00 |
| 9/27/25 | T G | Review/analyze updated draft of cash collateral order (.7) and correspondence w/ Willkie team re: same (.4). | | 1.10 | 2,585.00 |
| 9/27/25 | B M | Discussion with the Debtors (1.4) and the UCC professionals (.9) regarding the cash collateral order and potential DIP financing facility; review/comment on the proposed cash collateral order (.4). | | 2.70 | 6,750.00 |
| 9/27/25 | P D | Review/analyze second interim cash collateral order (.4); draft summary of same and issues (.9); corr. (.2) and call (.5) with J. Burbage, C. Robertson (Davis Polk) re: same. | | 2.00 | 2,450.00 |
| 9/27/25 | JHB | Review/analyze Davis Polk edits to cash collateral motion (.6); draft issues list re: same (.4); prepare for (.4) and attend (.3) call with Davis Polk re: cash collateral comments . | | 1.70 | 3,102.50 |
| 9/28/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding status of revisions to proposed second interim cash collateral order and Committee comments (.4); review/analyze same (.2). | | 0.60 | 990.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  46
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/28/25 | JHB | Attend update call among UCC professionals re: Debtors' DIP financing (.4); review/analyze final cash collateral order (.5); correspondence with Debtors counsel re: same (.2); call with J. Rubin (Akin) re: cash collateral order comments (.3); corr. with Committee professionals re: same (.3). | | 1.70 | 3,102.50 |
| 9/29/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding additional revisions to second interim cash collateral order (.2); review/analyze same (.1); correspondence w/ M. Emanoil regarding US Trustee objection to Debtors' supplemental cash collateral motion (.2); review/analyze same (.2); correspondence w/ B. Miller, Willkie team regarding discussion w/ Davis Polk regarding cash collateral motion (.2). | | 0.90 | 1,485.00 |
| 9/29/25 | T G | Review/analyze updated cash collateral order (.4); review/analyze US Trustee objection to cash collateral use (.3); correspondence w/ Davis Polk and Willkie team re: same (.4). | | 1.10 | 2,585.00 |
| 9/29/25 | M E | Corr. with Z. Charlton (.1), Willkie team (.1) re: US Trustee objection to supplemental cash collateral motion. | | 0.20 | 165.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                                       Page  47
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/29/25 | JHB | Review/analyze cash collateral order (.2) and correspondence with Willkie team re: same (.1); correspondence with Willkie team re: DIP financing hearing date (.2). | | 0.50 | 912.50 |
| 9/30/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding status of DIP term sheet and hearing. | | 0.20 | 330.00 |
| 9/30/25 | T G | Review/analyze updated cash collateral order (.3); correspondence w/ Debtors and UCC advisors re: same/DIP (.3). | | 0.60 | 1,410.00 |
| 9/30/25 | B M | Review/comment on the proposed cash collateral order (.6); review/comment on the DIP term sheet (.9); attend calls with the Debtors (.4) and the lenders (.5) regarding the DIP term sheet and next steps; prepare memorandum regarding the DIP term sheet (.7). | | 3.10 | 7,750.00 |
| 10/1/25 | CAD | Correspondence w/ Davis Polk team regarding proposed hearing date for DIP motion (.1); correspondence w/ Willkie team regarding DIP term sheet (.2); review/analyze same (.2). | | 0.50 | 975.00 |
| 10/1/25 | T G | Review/analyze draft DIP term sheet. | | 0.80 | 2,120.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                           Page  48
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/2/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding as-filed second interim cash collateral order and status of DIP motion (.3); correspondence w/ Willkie team, other Committee professionals regarding DIP term sheet and scheduling call (.3). | | 0.60 | 1,170.00 |
| 10/2/25 | P D | Analyze interim DIP order (.9); draft issues list re: same (.9). | | 1.80 | 2,655.00 |
| 10/2/25 | T G | Review/analyze DIP term sheet (.4); correspondence w/ UCC advisors re: same (.3); call w/ D. Klein (Davis Polk) re: same (.2). | | 0.90 | 2,385.00 |
| 10/2/25 | JHB | Review/analyze DIP order (.6) and draft issues list (1.1). | | 1.70 | 3,527.50 |
| 10/3/25 | CAD | Correspondence w/ J. Burbage, Willkie team regarding draft of interim DIP order and comments to same (.3); correspondence w/ Willkie, Jefferies teams regarding same and DIP cost issues (.3). | | 0.60 | 1,170.00 |
| 10/3/25 | P D | Review/analyze proposed interim DIP order (.6); draft issues list re same (1.5). | | 2.10 | 3,097.50 |
| 10/3/25 | M E | Attend meeting with Alton, Jefferies teams re: DIP order. | | 0.50 | 575.00 |
| 10/3/25 | T G | Review/analyze DIP motion/draft interim DIP order. | | 1.20 | 3,180.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  49
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/3/25 | JHB | Draft issues list re: interim DIP order. | | 0.60 | 1,245.00 |
| 10/4/25 | CAD | Various correspondence w/ Willkie team, other Committee professionals regarding comments to interim DIP order, preparation of DIP issues list, and scheduling call (.7); review/analyze DIP issues list (.2); subsequent correspondence w/ Willkie team regarding same and next steps (.3). | | 1.20 | 2,340.00 |
| 10/4/25 | P D | Review/analyze interim DIP order (.3); review/revise DIP issues list (1.7); corr. with J, Burbage, T. Goren, P. Labov re: same (.5). | | 2.50 | 3,687.50 |
| 10/4/25 | T G | Review/analyze proposed mark-up of DIP order (1.1); review/revise draft DIP term sheet (.4); correspondence w/ Willkie team re: same (.3). | | 1.80 | 4,770.00 |
| 10/4/25 | JHB | Review/revise interim DIP order (.8); correspondence with T. Goren re: same/next steps (.2); review/analyze DIP issues list (.6); corr. with P. Dalgarno re: same (.2); corr. with Committee professionals re: DIP strategy (.2). | | 2.00 | 4,150.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page 50
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/5/25 | CAD | Call w/ Willkie team, Committee professionals regarding DIP motion, issues list, and strategy (partial) (.6); subsequent correspondence w/ Willkie team regarding same (.5) and DIP documents (.3); correspondence w/ Davis Polk, Willkie team regarding same (.2); review/analyze DIP issues list (.2). | | 1.80 | 3,510.00 |
| 10/5/25 | P D | Attend call with UCC professionals re: DIP pricing (.7); review/revise issues list re: same (1.2); corr. with Davis Polk, Akin, Willkie teams re: same (.5). | | 2.40 | 3,540.00 |
| 10/5/25 | M E | Prepare for (.1) and attend (.7) meeting with Alton, Jefferies, Willkie teams re: DIP issues. | | 0.80 | 920.00 |
| 10/5/25 | T G | Prepare for (.2) and attend (.7) meeting w/ UCC professionals re: DIP; follow-up call w/ J: Burbage re: same (.2); call (.2) and correspondence (.2) w/ J. Rubin (Akin) re: DIP issues; correspondence w/ Debtors/Akin re: same (.4). | | 1.90 | 5,035.00 |
| 10/5/25 | B M | Participate in various calls with the Debtors (.9) and the lenders (1.4) re: DIP financing negotiations. | | 2.30 | 6,428.50 |
| 10/5/25 | T G | Call w/ Davis Polk team re: DIP issues. | | 0.50 | 1,325.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 51
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/5/25 | JHB | Prepare for (.3) and attend (.5) call with Davis Polk team re: DIP issues list; revise DIP issues list (.5). | | 1.30 | 2,697.50 |
| 10/6/25 | CAD | Correspondence w/ Willkie, Alix teams regarding Committee DIP issues list and administrative claims carve out (.2); correspondence w/ Akin, Willkie teams regarding Committee DIP issues list and discussions (.4). | | 0.60 | 1,170.00 |
| 10/6/25 | T G | Review/analyze DIP order/issues list (.8); call (.2) and correspondence (.1) w/ J Rubin (Akin) re: same. | | 1.10 | 2,915.00 |
| 10/6/25 | P D | Review/analyze DIP motion (.3); corr. with J. Recard (Akin) , T. Goren, J. Burbage re: Committee comments to interim DIP order (.3); review/analyze issues list re: same (.3); corr. with J. Recard (Akin) , T. Goren, J. Burbage re: Committee's DIP order comments (.1); call with M. Emanoil re: DIP objection (.2); review/revise same (.4). | | 1.60 | 2,360.00 |
| 10/6/25 | M E | Draft preliminary DIP objection (1.6); call with P. Dalgarno re: same (.2); corr. with J. Graber re: same (.1). | | 1.90 | 2,185.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  52
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/7/25 | CAD | Correspondence w/ Z. Charlton regarding Debtors' as-filed supplement to DIP motion (.1); review/analyze same (.2); correspondence w/ Willkie team regarding Committee's DIP settlement proposal (.3). | | 0.60 | 1,170.00 |
| 10/7/25 | RJM | Correspondence with W. Eguchi and S. Daly re: review of proposed DIP credit agreement and terms of importance therein to unsecured creditors (.6); discuss DIP issues list with S. Daly (.2); review/analyze proposed form of DIP credit agreement (.8); call with S. Daly re: DIP issues list (.4); discussions (2x) with W. Eguchi re: same (.2). | | 2.20 | 4,070.00 |
| 10/7/25 | T G | Calls w/ Akin team (x2) re: DIP issues (1.2); review/analyze DIP issues list (.1); call with J. Burbage re: same (.3); review/revise proposed summary presentation for UCC re: same (.3); correspondence w/ Willkie team re: same (.4). | | 2.30 | 6,095.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                         Page  53
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/7/25 | S D | Review/analyze proposed DIP financing facility details (.2); correspondence with Willkie team re: same (.2); correspondence with W. Eguchi re: same (.1); review/analyze DIP issues list (.2); review/revise same (.2); discuss DIP facility with R. Mostek (.4); correspondence with R. Mostek re: same (.1). | | 1.40 | 2,310.00 |
| 10/7/25 | WTE | Correspondence with T. Goren, M. Emanoil, S. Daly re: DIP financing facility (.1); call w R. Mostek re: same (.2); conference with S. Daly re: same (.1); correspondence with S. Daly, R. Mostek, T. Goren, J. Burbage re: DIP financing facility (.5); call with R. Mostek re: same (.1). | | 1.00 | 2,650.00 |
| 10/7/25 | P L | Discussion with Willkie team re: DIP terms. | | 0.60 | 1,590.00 |
| 10/7/25 | JHB | Attend call with Akin team re: DIP issues list (.6); call with T. Goren re: same (.3); draft DIP issues list (.5); review/analyze proposals for DIP financing (.7); review/revise preliminary DIP objection (1.3); draft reservation of rights re: DIP motion (.9). | | 4.30 | 8,922.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  54
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/7/25 | J G | Attend meeting with Akin and Willkie teams re: outstanding DIP issues (.7); corr. with Willkie team re: same (.2); analyze DIP motion and draft order re: same (.8); corr. with Debtors' professionals and UCC professionals re: DIP hearing, AerCap settlements (.4) | | 2.10 | 3,307.50 |
| 10/7/25 | P D | Call with J. Rubin (Akin), Willkie team re: UCC DIP comments (.6); review/analyze interim DIP order re same (.4); corr. with J. Burbage re: same (.2); call with UCC advisors re: response to Akin team's comments to same (.5); draft summary of proposed responses (1.2); review/revise same (.6). | | 3.50 | 5,162.50 |
| 10/8/25 | CAD | Correspondence w/ N. Sosnick (Davis Polk) regarding revised draft of interim DIP order (.1); review/analyze same (.2); correspondence w/ Willkie, Akin teams regarding terms of resolution of Committee issues w/ interim DIP order (.3); correspondence w/ Willkie team regarding reservation of rights regarding DIP motion (.4). | | 1.00 | 1,950.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  55
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/8/25 | RJM | Review/analyze proposed form of DIP credit agreement (3.7); review/revise DIP issues list (.3) corr. with W. Eguchi re: same (.1). | | 4.10 | 7,585.00 |
| 10/8/25 | T G | Review/revise UCC reservation of rights/statement re DIP motion (.4); correspondence w/ Willkie team re: same (.4); call w/ D. Klein (Davis Polk) re: DIP issues (.2); calls (2x) (.5) and correspondence (.2) w/ J. Rubin (Akin) re: interim DIP resolution; review/analyze DIP documents re: same (.9); correspondence w/ Willkie finance team re: DIP issues/analysis (.3). | | 2.90 | 7,685.00 |
| 10/8/25 | P D | Review/revise UCC reservation of rights re: interim DIP order (1.4); corr. with J. Graber re same (.1). | | 1.50 | 2,212.50 |
| 10/8/25 | B M | Participate in calls (2x) w/ the Debtors (1.4) and the lenders (.9) re: DIP negotiations; review/comment on the DIP order (1.2); prepare memorandum regarding open DIP issues (.4). | | 3.90 | 10,900.50 |
| 10/8/25 | JHB | Correspondence with T. Goren re: DIP reservation of rights. | | 0.30 | 622.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                                    Page  56
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/9/25 | CAD | Various correspondence w/ Willkie team regarding revisions to/finalizing Committee reservation of rights regarding DIP motion (.5); correspondence w/ Willkie, Davis Polk teams regarding additional revisions to proposed interim DIP order (.3). | | 0.80 | 1,560.00 |
| 10/9/25 | P D | Review/revise Committee's DIP reservation of rights (.8); corr. with T. Goren, J. Graber, L. Guido re: DIP reservation of rights (.2); finalize same for filing (.3). | | 1.30 | 1,917.50 |
| 10/9/25 | L G | File (.2) and coordinate service (.1) of DIP reservation of rights; prepare courtesy copies of same for delivery to chambers (.2). | | 0.50 | 325.00 |
| 10/9/25 | T G | Call (.5) and correspondence (.3) w/ Akin/Davis Polk teams re: DIP status; review/analyze updated interim DIP order (.7); correspondence w/ Willkie team re: same (.3); review/revise updated UCC reservation of rights re: same (.4). | | 2.20 | 5,830.00 |
| 10/9/25 | M E | Corr. with P. Dalgarno re: Committee reservation of rights regarding DIP motion. | | 0.40 | 460.00 |
| 10/9/25 | JHB | Review/analyze revised interim DIP order. | | 0.40 | 830.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 57
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/9/25 | J G | Review/revise filing version of UCC reservation of rights re: DIP motion (.5); corr. with Willkie team re: same (.2) | | 0.70 | 1,102.50 |
| 10/10/25 | CAD | Various correspondence w/ Willkie, Akin, Davis Polk teams regarding revised draft of interim DIP order (.4); review/analyze same (2x) (.4). | | 0.80 | 1,560.00 |
| 10/10/25 | P D | Review/analyze revised interim DIP order (.9); corr. with T. Goren re: same (.2); call with T. Goren, Seward & Kissell, Davis Polk, Akin teams re: final revisions to interim DIP order (.5). | | 1.60 | 2,360.00 |
| 10/10/25 | T G | Review/revise further updated DIP order (.4); call w/ Davis Polk/Akin teams re: same (.5); correspondence w/ Willkie team re: same (.3). | | 1.20 | 3,180.00 |
| 10/10/25 | J G | Review/analyze revised proposed DIP Order (.3); corr. with Willkie and Davis Polk teams re: same (.4). | | 0.70 | 1,102.50 |
| 10/10/25 | JHB | Call w/ Akin/Davis Polk teams re: finalizing DIP order. | | 0.30 | 622.50 |
| 10/13/25 | T G | Call w/ Akin team and J. Burbage re: open DIP points (.4) and follow-up discussion w/ J. Burbage re: same (.2). | | 0.60 | 1,590.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  58
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/13/25 | JHB | Attend call with Akin and T. Goren re: status of DIP negotiation. | | 0.40 | 830.00 |
| 10/14/25 | CAD | Correspondence w/ Willkie team regarding strawman proposal to settle Committee's DIP objections (.2); review/analyze same (.1). | | 0.30 | 585.00 |
| 10/14/25 | T G | Review/analyze strawman DIP proposal for UCC (.3) and correspondence w/ Willkie team re: same (.1). | | 0.40 | 1,060.00 |
| 10/14/25 | P D | Review/revise presentation for Committee re: DIP proposal. | | 0.30 | 442.50 |
| 10/14/25 | P D | Review/analyze proposed DIP order. | | 0.20 | 295.00 |
| 10/14/25 | JHB | Draft strawman proposal to settle DIP issues. | | 0.70 | 1,452.50 |
| 10/15/25 | T G | Correspondence (.2) and call (.3) w/ J. Rubin (Akin) re: DIP proposal. | | 0.50 | 1,325.00 |
| 10/16/25 | CAD | Correspondence w/ T. Goren regarding ad hoc group's DIP settlement counterproposal (.2); review/analyze same (.1). | | 0.30 | 585.00 |
| 10/16/25 | T G | Call (.1) and correspondence (.2) with J. Rubin (Akin) re: DIP proposal ; correspondence w/ UCC advisors re: same (.4). | | 0.70 | 1,855.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 59
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/17/25 | CAD | Telephone conference w/ Willkie team, other Committee professionals regarding ad hoc group DIP settlement counterproposal/next steps (.8); various subsequent correspondence w/ Willkie, Jefferies, Alton teams regarding same and further Committee counterproposal (.5). | | 1.30 | 2,535.00 |
| 10/17/25 | P D | Call with Committee advisors re: DIP proposal (.8); draft DIP objection (1.9). | | 2.70 | 3,982.50 |
| 10/17/25 | RJM | Attend call with Committee's financial advisors and Willkie team re: secured creditors' roll up and security/collateral value. | | 0.80 | 1,480.00 |
| 10/17/25 | T G | Call w/ UCC advisors re: DIP proposal (.8); follow-up correspondence w/ UCC advisors re: same (.5); calls (.4) and correspondence (.3) w/ J. Rubin (Akin) re: same; calls w/ B. Miller (.3) and J. Burbage (.4) re: same. | | 2.70 | 7,155.00 |
| 10/17/25 | B M | Review/comment on the revised DIP proposal (.9); call with the lenders regarding DIP negotiations (.4); call with T. Goren re: same (.3); prepare memorandum regarding DIP negotiations (.5). | | 2.10 | 5,869.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 60
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/17/25 | M E | Prepare for (.1) and attend (.8) meeting with UCC professionals re: DIP roll up, liens. | | 0.90 | 1,035.00 |
| 10/17/25 | Z C | Conduct research re: revised DIP proposal (.6); corr. with J. Graber re: same (.2); corr. with Willkie team re: same (.1). | | 0.90 | 1,035.00 |
| 10/17/25 | JHB | Prepare for call w/ Debtors/lenders re: DIP financing proposal (.5); attend call with Committee professionals re: DIP financing proposal (.5); call with T. Goren re: same (.4); prepare outline of DIP objection (.2). | | 1.60 | 3,320.00 |
| 10/17/25 | WTE | Corr. w/ T. Goren, L. Szlezinger (Jefferies) re: DIP issues/status. | | 0.10 | 265.00 |
| 10/17/25 | J G | Prepare for (.3) and attend (.8) meeting with Willkie team and UCC professionals re: ongoing DIP negotiations; corr. with Willkie team re: same (.2); corr. with Willkie team re: interim DIP order (.4); review/analyze same and DIP hearing transcript (.2); corr. with Willkie team re: same (.2). | | 2.10 | 3,307.50 |
| 10/18/25 | P D | Review/revise DIP objection (1.8); conduct research re: same (.3). | | 2.10 | 3,097.50 |
| 10/19/25 | P D | Review/revise DIP objection (.5); conduct research re: same (.4). | | 0.90 | 1,327.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page 61
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/20/25 | CAD | Correspondence w/ T. Goren, Committee professionals regarding status of DIP settlement negotiations w/ ad hoc group. | | 0.30 | 585.00 |
| 10/20/25 | P D | Review/revise draft DIP objection (1.2); corr. with J. Burbage, J. Graber re: same (.2). | | 1.40 | 2,065.00 |
| 10/20/25 | JHB | Discussion with T. Goren re: DIP objection deadline. | | 0.20 | 415.00 |
| 10/20/25 | T G | Correspondence w/ J. Rubin (Akin) re: DIP issues. | | 0.20 | 530.00 |
| 10/21/25 | CAD | Correspondence w/ Akin, Willkie teams regarding proposed final DIP order (.2); correspondence w/ Jefferies team regarding DIP roll-up negotiations presentation for Committee (.1); review/analyze same (.2). | | 0.50 | 975.00 |
| 10/21/25 | T G | Call (.2) and correspondence (.2) w/ J. Rubin (Akin) re: DIP issues; review/analyze proposed final DIP order (.3); call with P. Labov regarding DIP settlement (.3). | | 1.00 | 2,650.00 |
| 10/21/25 | P D | Review/analyze revised DIP order (.3); corr. with Willkie team re: same (.1); revise draft pleading re: DIP approval (.6). | | 1.00 | 1,475.00 |
| 10/21/25 | L G | Prepare summary of DIP credit agreement, key dates and conditions. | | 0.50 | 325.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  62
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/21/25 | Z C | Review/analyze DIP documents re: draw conditions and milestones (.8); corr. with Willkie team re: same (.3). | | 1.10 | 1,265.00 |
| 10/21/25 | J G | Review/revise DIP objection (2.1); corr. with Willkie team re: same (.3). | | 2.40 | 3,780.00 |
| 10/21/25 | P L | Conference with T. Goren regarding DIP settlement (.3); correspondence w/ Willkie team re: same (.4). | | 0.70 | 1,855.00 |
| 10/22/25 | CAD | Correspondence w/ Willkie, Jefferies teams regarding DIP settlement presentation for Committee (.4); correspondence w/ Akin, Willkie teams regarding draft final DIP order (.2); subsequent correspondence w/ Willkie team regarding same and comments (.3). | | 0.90 | 1,755.00 |
| 10/22/25 | P D | Review/revise DIP objection (1.5); review/analyze revised DIP order (.4). | | 1.90 | 2,802.50 |
| 10/22/25 | T G | Correspondence w/ Akin and Davis Polk teams re: status of DIP resolution (.4); correspondence w/ Jefferies re: same (.3); review/analyze updated DIP order (.7). | | 1.40 | 3,710.00 |
| 10/22/25 | L G | Review/revise summary of dates and conditions in DIP credit agreement. | | 0.10 | 65.00 |
| 10/22/25 | M E | Review/analyze conditions for DIP funding (.3); corr. with J. Graber re: same (.1). | | 0.40 | 460.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page 63
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/22/25 | JHB | Review/analyze markup of final DIP order (1.2); review/comment on statement in support of DIP motion (.5). | | 1.70 | 3,527.50 |
| 10/23/25 | CAD | Correspondence w/ Willkie team regarding additional comments to proposed final DIP order (.3); review/analyze same (2x) (.2); correspondence w/ Willkie, Davis Polk, Akin teams regarding same (.2). | | 0.70 | 1,365.00 |
| 10/23/25 | P D | Review/revise DIP objection (1.2); review/analyze revised proposed DIP order (.3). | | 1.50 | 2,212.50 |
| 10/23/25 | T G | Review/revise updated draft of DIP order (.6); correspondence w/ Davis Polk and Akin teams re: same (.3). | | 0.90 | 2,385.00 |
| 10/23/25 | L G | Review/analyze proposed final DIP order. | | 0.20 | 130.00 |
| 10/23/25 | M E | Review/analyze proposed final DIP order (.6); corr. with P. Dalgarno re: same (.2). | | 0.80 | 920.00 |
| 10/23/25 | J G | Review/analyze revised DIP order and supplements re: same. | | 0.50 | 787.50 |
| 10/23/25 | JHB | Correspondence with Willkie team re: Committee statement in support of DIP motion. | | 0.40 | 830.00 |
| 10/24/25 | CAD | Correspondence w/ M. Paykin (FTI), Committee professionals regarding DIP variance report. | | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                   Page  64
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/24/25 | P D | Review/analyze Citi statement re: DIP motion (.2); review/revise summary of same (.2). | | 0.40 | 590.00 |
| 10/24/25 | J G | Corr. with T. Goren re: DIP negotiations (.2); corr. with J. Burbage re: same (.1); review/analyze UCC statement in support of DIP motion (.3). | | 0.60 | 945.00 |
| 10/24/25 | M E | Review/analyze Citi statement re: DIP motion (.2); corr. with Willkie team re: same (.1). | | 0.30 | 345.00 |
| 10/24/25 | B M | Various corr. with the Debtors (.9), lenders (.8), and the UCC (.6) re: DIP financing negotiations. | | 2.30 | 6,428.50 |
| 10/27/25 | CAD | Review/revise draft of Committee's statement in support of final DIP motion (1.1); correspondence w/ P. Dalgarno, Willkie team regarding same and comments (.3); review/analyze Citi statement with respect to final DIP order (.1). | | 1.50 | 2,925.00 |
| 10/27/25 | T G | Review/analyze updated DIP order (.6); review/revise UCC statement in support of DIP motion (.4); correspondence w/ J. Rubin (Akin) (.2) and Willkie team (.3) re: same. | | 1.50 | 3,975.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 65
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/27/25 | L G | File UCC statement in support of DIP motion (.2); corr. with claims agent re: service of same (.1); prepare courtesy copies of same for delivery to Chambers (.2). | | 0.50 | 325.00 |
| 10/27/25 | M E | Review/analyze UCC statement in support of DIP motion. | | 0.20 | 230.00 |
| 10/27/25 | P D | Review/analyze revisions to DIP order (.2); finalize UCC statement in support of DIP motion for filing (.5); corr. with Willkie team re: same (.8). | | 1.50 | 2,212.50 |
| 10/27/25 | J G | Review/analyze UCC statement in support of DIP motion (.3); corr. with Willkie team (.4) and Debtors (.1) re: same. | | 0.80 | 1,260.00 |
| 10/27/25 | JHB | Review/revise UCC statement in support of DIPmotion (.4); correspondence with T. Goren and P. Dalgarno re: same (.3); review/analyze DIP order (.1) and corr. with Willkie team re: same (.1). | | 0.90 | 1,867.50 |
| 10/28/25 | CAD | Correspondence w/ Willkie team regarding revisions to proposed final DIP order (.2); various correspondence w/ Debtors' and lenders' respective counsel regarding same (.3). | | 0.50 | 975.00 |
| 10/28/25 | T G | Review/analyze updated draft of DIP order (.6); correspondence w/ Willkie team re: same (.2). | | 0.80 | 2,120.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  66
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/28/25 | J G | Review/analyze revised DIP order (.7); corr. with P. Dalgarno re: same (.2); corr. with Davis Polk team re: same (.1). | | 1.00 | 1,575.00 |
| 10/28/25 | JHB | Review/analyze proposed final DIP order (.5); correspondence with Willkie team re: same (.2). | | 0.70 | 1,452.50 |
| 10/29/25 | CAD | Correspondence w/ Willkie, Davis Polk, Akin teams regarding final revisions to proposed final DIP order. | | 0.20 | 390.00 |
| 10/29/25 | T G | Review/analyze updated DIP order (.2); correspondence w/ Davis Polk/Akin teams re: same (.2). | | 0.40 | 1,060.00 |
| | **Subtotal - Financing and Cash Collateral** | | | **170.10** | **333,101.50** |

## First and Second Day Motions

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/18/25 | P D | Call with T. Goren re: first day motions (.1); review/analyze first day motions and declaration (.6). | | 0.70 | 857.50 |
| 9/18/25 | T G | Review/analyze first day declaration and motions (1.2); call with P. Dalgarno re: same (.1). | | 1.30 | 3,055.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  67
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/19/25 | CAD | Correspondence w/ J. Burbage, J. Graber regarding proposed final first day orders and need for comments (.2); subsequent correspondence w/ J. Burbage, Willkie team regarding same and objection deadline/need for extension (.2). | | 0.40 | 660.00 |
| 9/19/25 | J G | Review/analyze first day orders (.4); corr. with Willkie team re: same (.3). | | 0.70 | 927.50 |
| 9/20/25 | P D | Review/analyze wages motion (.6); conduct research re: same (.4); revise/analyze proposed order re: same (.4); review/analyze insurance motion and proposed order (.4); conduct research re: same (.3); review/revise proposed order re same (.4); conduct research re: NOL motion (.3). | | 2.80 | 3,430.00 |
| 9/20/25 | M E | Review/revise taxes (.6); and customer programs (.5) orders; corr. with J. Graber re: same (.2). | | 1.30 | 1,072.50 |
| 9/20/25 | JHB | Correspondence with J. Graber re: review/analysis of first day orders. | | 0.30 | 547.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                Page  68
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/21/25 | P D | Conduct research re: NOL motions in SDNY (.3); review/revise proposed final NOL order and procedures (.8); further review/revise proposed final wages order (.2); corr. with J. Graber re: same (.1); further revise proposed final insurance order (.2). | | 1.60 | 1,960.00 |
| 9/21/25 | J G | Review/revise first and second day motions and proposed orders re: same (4.1); various corr. with Willkie team re: same (1.4). | | 5.50 | 7,287.50 |
| 9/21/25 | Z C | Review/revise Debtors' first/second day orders (1.6); corr. with Willkie team re: same (.2). | | 1.80 | 1,485.00 |
| 9/22/25 | CAD | Review/revise drafts of proposed final first day orders (.8); correspondence w/ Willkie team regarding same and comments (.2). | | 1.00 | 1,650.00 |
| 9/22/25 | P D | Review/revise proposed NOL procedures (.2); review/analyze revisions to wages order (.1); corr. with Davis Polk, Willkie teams re: cash collateral order (.2); review/revise same (1.5); conduct research re: same (.5). | | 2.50 | 3,062.50 |
| 9/22/25 | T G | Review/analyze proposed mark-ups of first day orders. | | 0.80 | 1,880.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors
Invoice No. 12533345
Client/Matter No. 136708.00001

Page  69

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/22/25 | M E | Corr. with AlixPartners team re: taxes, and critical vendors motions (.2); corr. with J. Graber, J. Burbage re: taxes order (.3). | | 0.50 | 412.50 |
| 9/22/25 | M E | Revise first day orders (.5); corr. with J. Graber re: same (.6). | | 1.10 | 907.50 |
| 9/22/25 | J G | Review/revise first and second day orders (2.3); various corr. with Willkie team (.5) and Davis Polk team (.9) re: same corr. with UCC advisors re: same (.2). | | 3.90 | 5,167.50 |
| 9/23/25 | J G | Various corr. with Willkie team and UCC advisors re: second day orders (.6); review/analyze same (.5). | | 1.10 | 1,457.50 |
| 9/23/25 | P D | Review/revise final insurance order (.1); review/revise final wages order (.1); review/revise final NOL order (.1). | | 0.30 | 367.50 |
| 9/24/25 | CAD | Correspondence w/ J. Graber, L. Ryan (Alton) regarding status of comments to proposed final first day orders. | | 0.20 | 330.00 |
| 9/24/25 | P D | Review/analyze NOL notice procedures (.2); attend callwith Davis Polk , Debevoise, Willkieteams re: comments to first day orders (.9); corr. with Willkie team re: same (.3). | | 1.40 | 1,715.00 |
| 9/24/25 | JHB | Correspondence with J. Graber re: first day orders and UCC comments to same. | | 0.40 | 730.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors
Invoice No. 12533345
Client/Matter No. 136708.00001

Page  70

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/24/25 | Z C | Prepare for (.1) and attend (.9) meeting with Debtors' counsel and Willkie team re: first day order comments. | | 1.00 | 825.00 |
| 9/24/25 | J G | Prepare for (.2) and participate in (.9) call with Davis Polk and Willkie team re: first day orders; review/analyze same (.7); draft issues list re: same (.7); corr. with Willkie team re: same (.8); corr. with Davis Polk team re: same (.5). | | 3.80 | 5,035.00 |
| 9/25/25 | CAD | Correspondence w/ Willkie, Alton teams regarding status of comments to proposed final first day orders and 9/30 second day hearing (.3); review/revise Committee's statement/reservation of rights regarding first day motions (2x) (1.1); correspondence w/ P. Dalgarno regarding same and comments (2x) (.4). | | 1.80 | 2,970.00 |
| 9/25/25 | J Z | Correspondence with J.Graber re: critical vendors motion. | | 0.10 | 38.00 |
| 9/25/25 | P D | Call with Davis Polk, Willkie teams re: first day order comments (1.0); review/analyze comments in preparation for same (.5); review/revise summary chart re: same (1.0); corr. with Willkie team re: same (.2); draft reservation of rights re: first day motions (1.9); corr. with Willkie team re: same (.3). | | 4.90 | 6,002.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                        Page  71
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/25/25 | T G | Review/analyze updated first day orders (.8); correspondence w/ Willkie/Davis Polk teams re: same (.3). | | 1.10 | 2,585.00 |
| 9/25/25 | JHB | Attend call with Willkie/Davis Polk teams re: first day orders (.7); review/revise UCC reservation of rights to first day motions (.3). | | 1.00 | 1,825.00 |
| 9/25/25 | M E | Attend (partial) meeting with Davis Polk team re: first day orders (.5); attend meeting with US Trustee, Willkie team re: same (.8). | | 1.30 | 1,072.50 |
| 9/25/25 | Z C | Prepare for (.8) and attend (1.2) call with Debtors re: UCC first day order comments. | | 2.00 | 1,650.00 |
| 9/25/25 | J G | Corr. with B. Miller (.3) and L. Ryan (.3) re: first day orders; various corr. with Davis Polk re: outstanding first day order issues (1.3); corr. with Willkie team re: same (.9); corr. with UCC advisors re: same (1.8). | | 4.60 | 6,095.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  72
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/26/25 | CAD | Review/analyze Davis Polk matrix with responses to Committee's comments to various final first day orders (.3); correspondence w/ Willkie team regarding same (.1) and extension of Committee's objection deadline (.1); correspondence w/ Z. Charlton regarding Debtors' declaration in support of wages motion (.1). | | 0.60 | 990.00 |
| 9/26/25 | P D | Review/analyze further comments to first day orders (1.5); corr. with J. Burbage re: same (1.0); corr. with M. Melcer (Davis Polk), Willkie team re: objection deadline for same (.2). | | 2.70 | 3,307.50 |
| 9/26/25 | JHB | Review/analyze Willkie comments to first day order summary matrix (1.6); call with Alton team re: status of conversations with FTI re: same (.3); call with J. Brown (Davis Polk) re: status of diligence production re: same (.3); call with T. Goren re: same (.3); review/analyze Davis Polk comments to first day order summary matrix (1.2); draft response to first day order summary matrix (1.4); call with M. Melcer (Davis Polk) re: first day orders (.5). | | 5.60 | 10,220.00 |
| 9/27/25 | JHB | Review/analyze Davis Polk edits to first day orders (.8); corr. w/ Willkie team re: same (.6). | | 1.40 | 2,555.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  73
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/27/25 | M E | Review/analyze Davis Polk comments to customer programs order (.2); corr. with P. Dalgarno, Z. Charlton re: first day orders (.2). | | 0.40 | 330.00 |
| 9/27/25 | P D | Review/analyze further comments to summary chart re: first day motions (1.0); draft summary re: same and proposed further revisions (1.6). | | 2.60 | 3,185.00 |
| 9/28/25 | CAD | Correspondence w/ Willkie, Alton teams regarding resolutions reached with Debtors on revised language for final first day orders. | | 0.30 | 495.00 |
| 9/28/25 | P D | Corr. with M. Emanoil re: revised first day orders (.1); review/analyze revisions re: same (1.1); draft analysis re: same (.5); review/analyze further revised cash management order (.3); corr. with Willkie, Davis Polk teams re: same (.2); review/analyze revised NOL order and procedures (.8); corr. with J. Burbage, Davis Polk team re: same (.2). | | 3.20 | 3,920.00 |
| 9/28/25 | M E | Review/analyze Davis Polk comments to first day orders (1.1); corr. with P. Dalgarno, Z. Charlton re: same (.4). | | 1.50 | 1,237.50 |
| 9/28/25 | JHB | Correspondence with Debtors re: open first day orders issues (.3); call with M. Melcer (Davis Polk) re: same (.1); finalize edits to first day orders (.3). | | 0.70 | 1,277.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  74
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/29/25 | CAD | Correspondence w/ M. Melcer (Davis Polk) regarding CNOs for various first day motions. | | 0.10 | 165.00 |
| 9/30/25 | CAD | Correspondence w/ A. Valentini (AlixPartners) regarding draft slides on Debtors' tax and cash management motions (.1); review/analyze same (.1). | | 0.20 | 330.00 |
| 9/30/25 | P D | Corr. with M. Emanoil re: final forms of first day orders (.1); review/analyze pleadings re: same (.2); review/analyze final comments to cash management order (.1); review/analyze final comments to wages order (.1). | | 0.50 | 612.50 |
| 10/7/25 | CAD | Correspondence w/ M. Paykin (FTI) regarding required reporting to Committee under critical vendors order. | | 0.10 | 195.00 |
| 10/7/25 | P D | Corr. with Willkie team re: entered first day orders. | | 0.30 | 442.50 |
| 10/8/25 | CAD | Correspondence w/ M. Emanoil regarding entry of various first day orders. | | 0.10 | 195.00 |
| 10/8/25 | J Z | Review/analyze proposed and final second day orders (.8); correspondence with M. Emanoil and L. Guido re: same (.1). | | 0.90 | 378.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  75
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/8/25 | P D | Review/analyze docket re: filing of first day orders (.2); corr. with M. Emanoil, J. Graber re: same (.1). | | 0.30 | 442.50 |
| 10/8/25 | L G | Review/analyze second day orders and related certificates of no objection. | | 0.50 | 325.00 |
| 10/8/25 | M E | Review/analyze as-entered orders for first and second day motions (.5); corr. with Willkie team re: same (.3). | | 0.80 | 920.00 |
| 10/13/25 | P D | Review/analyze docket re: final first day orders (.2); corr. with J. Graber, M. Emanoil, Z. Charlton re: same (.2). | | 0.40 | 590.00 |
| 10/14/25 | CAD | Correspondence w/ C. Robertson (Davis Polk) regarding US Bank comment to final cash management order (.1); correspondence w/ Willkie, Alton teams regarding same (.2). | | 0.30 | 585.00 |
| 10/14/25 | JHB | Review/analyze edits to cash management order (.2); and correspondence with J. Graber re: same (.1). | | 0.30 | 622.50 |
| 10/14/25 | R S | Corr. w/ Z. Charlton re: as-filed interim first day orders. | | 0.20 | 97.00 |
| 10/15/25 | Z C | Review/analyze first day order reporting requirements (1.3); draft summary/analysis re: same (.7); corr. with P. Dalgarno re: same (.1). | | 2.10 | 2,415.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  76
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/16/25 | CAD | Correspondence w/ N. Sosnick (Davis Polk) regarding required reporting to Committee under final taxes order. | | 0.10 | 195.00 |
| 10/20/25 | P D | Analyze first day orders re reporting (.3); revise chart re same (.3); corr. with Z. Charlton re same (.1). | | 0.70 | 1,032.50 |
| 10/20/25 | Z C | Review/analyze reporting summary re: first day orders (.3); corr. with J. Graber re: same (.1). | | 0.40 | 460.00 |
| 10/22/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding required reporting to Committee under final taxes order (.1) and final critical vendors order (.1). | | 0.20 | 390.00 |
| 10/22/25 | J G | Review/analyze first day order reporting from debtors. | | 0.20 | 315.00 |
| 10/24/25 | J G | Corr. with Willkie team re: as-filed CNOs re: second day motions. | | 0.20 | 315.00 |
| 10/27/25 | CAD | Correspondence w/ N. Sosnick (Davis Polk), Willkie team regarding required reporting to Committee under final taxes order. | | 0.10 | 195.00 |
| 10/31/25 | CAD | Correspondence w/ Debtors' professionals regarding required reporting to Committee under various first day orders. | | 0.20 | 390.00 |
| | **Subtotal - First and Second Day Motions** | | | **79.40** | **106,185.50** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  77
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|

## Hearings

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/24/25 | M E | Corr. with J. Graber, UCC re: cash collateral motion. | | 0.40 | 330.00 |
| 9/26/25 | L G | Prepare 9/30 hearing materials (.8); corr. with Willkie team re: same (.1). | | 0.90 | 531.00 |
| 9/29/25 | L G | Update internal database of court filings re: 9/30 hearing. | | 0.30 | 177.00 |
| 9/29/25 | L G | Coordinate telephonic appearances for 9/30 hearing (.2); review/analyze hearing materials for same (2.1). | | 2.30 | 1,357.00 |
| 9/29/25 | JHB | Correspondence with Willkie team in preparation for second day hearing. | | 0.20 | 365.00 |
| 9/29/25 | J Z | Prepare September 30 hearing binder (.8); correspondence with Z. Charlton re: same (.1); correspondence with L. Guido re: same (.1). | | 1.00 | 380.00 |
| 9/30/25 | Z C | Prepare for (.5) and attend (1.5) hearing re: second day orders, rejection motion, and cash collateral motion; corr. with M. Emanoil re: same (.2); draft summary/analysis re: same (.5). | | 2.70 | 2,227.50 |
| 9/30/25 | M E | Prepare for (.1) and attend (1.5) second day hearing. | | 1.60 | 1,320.00 |
| 9/30/25 | L G | Review/analyze 9/30 hearing materials. | | 1.30 | 767.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  78
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/30/25 | T G | Prepare for (.1) and participate in (1.5) second day hearing. | | 1.60 | 3,760.00 |
| 9/30/25 | B M | Prepare for (.6) and participate in (1.5) the second day hearing; call with M. Edelman (Vedder) regarding the second day hearing (.4); call with B. Parlin (Holland & Knight) regarding same(.4). | | 2.90 | 7,250.00 |
| 9/30/25 | P D | Prepare for second day hearing (.5); attend same (1.5). | | 2.00 | 2,450.00 |
| 9/30/25 | JHB | Prepare for (.3) and attend (1.5) second day hearing including cash collateral motion. | | 1.80 | 3,285.00 |
| 9/30/25 | CAD | Correspondence w/ Willkie team regarding preparation for today's second day hearing, including on cash collateral motion (.2); review/analyze agenda for such hearing (.1); participate virtually in such hearing (1.5). | | 1.80 | 2,970.00 |
| 10/8/25 | L G | Coordinate 10/10 telephonic hearing appearances for Willkie team. | | 0.10 | 65.00 |
| 10/9/25 | P D | Review/analyze materials for 10/10 hearing re: DIP and AerCap settlement motion. | | 0.30 | 442.50 |
| 10/9/25 | L G | Review/analyze 10/10 hearing materials re: DIP and AerCap settlement motion. | | 1.90 | 1,235.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  79
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/10/25 | CAD | Participate virtually in hearing to consider Debtors' DIP and AerCap settlement motions (partial). | | 1.40 | 2,730.00 |
| 10/10/25 | P D | Attend hearing on AerCap 9019 motion and interim DIP approval (2.1); review/revise summary of hearing (.3). | | 2.40 | 3,540.00 |
| 10/10/25 | L G | Finalize 10/10 hearing materials re: DIP and AerCap settlement motion. | | 1.40 | 910.00 |
| 10/10/25 | JHB | Attend hearing re: DIP and AerCap settlement motions. | | 2.10 | 4,357.50 |
| 10/10/25 | T G | Prepare for (.7) and participate in (2.1) hearing re: interim DIP order/AerCap motion; correspondence w/ Akin and Willkie teams re: same (.4). | | 3.20 | 8,480.00 |
| 10/10/25 | J G | Attend hearing re: AerCap settlement, interim DIP order (partial) (1.4); corr. with Willkie team and UCC re: same (.3). | | 1.70 | 2,677.50 |
| 10/10/25 | M E | Prepare for (.1) and attend (2.1) hearing on DIP motion, AerCap settlement motion; corr. with J. Graber, UCC re: same (.8). | | 3.00 | 3,450.00 |
| 10/10/25 | B M | Participate (partial) (1.8) at the hearing re: AerCap settlement and interim DIP order; attend call with the Debtors regarding same (.4). | | 2.20 | 6,149.00 |
| 10/10/25 | P L | Attend (partial) hearing on interim DIP order/AerCap settlement. | | 1.90 | 5,035.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  80
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/14/25 | L G | Coordinate 10/16 telephonic hearing appearances for Willkie team. | | 0.30 | 195.00 |
| 10/14/25 | J G | Corr. with Davis Polk team re: adjourned retention motions for upcoming hearing. | | 0.10 | 157.50 |
| 10/15/25 | L G | Review/analyze 10/16 hearing materials re: examiner stipulation and lease rejection. | | 0.40 | 260.00 |
| 10/16/25 | J G | Attend hearing re: examiner appointment motion and omnibus lease rejection motion (.4); corr. with Willkie team and UCC re: same (.4). | | 0.80 | 1,260.00 |
| 10/16/25 | M E | Prepare for (.3) and attend (.4) hearing on first omnibus lease rejection motion and examiner appointment motion; corr. with J. Graber (.2), UCC (.1) re: same. | | 1.00 | 1,150.00 |
| 10/16/25 | B M | Prepare for (.4) and attend (.4) the omnibus hearing re: the aircraft rejection omnibus motion and examiner appointment. | | 0.80 | 2,236.00 |
| 10/27/25 | L G | Review/analyze 10/29 hearing materials (1.3); coordinate hearing appearances for Willkie team for same (.2). | | 1.50 | 975.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 81
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/28/25 | L G | Review/analyze 10/29 hearing materials re: debtors' retention applications, lease assumptions, interim compensation, DIP motion. | | 1.30 | 845.00 |
| 10/28/25 | Z C | Review/analyze materials for final DIP hearing (.2); corr. with L. Guido re: same (.1). | | 0.30 | 345.00 |
| 10/28/25 | P D | Review/analyze materials for 10/29 hearing re: debtors' retention applications, lease assumptions, interim compensation, DIP motion. | | 0.10 | 147.50 |
| 10/29/25 | CAD | Prepare for (.2) and attend (1.2)omnibus hearing to consider final approval of Debtors' DIP financing motion, assumption/rejection procedures motion, airport agreements rejection motion, Debtors' professionals' retention applications. | | 1.40 | 2,730.00 |
| 10/29/25 | F C | Attend hearing on final DIP motion, omnibus motions to reject/assume leases, and retention applications (1.2); corr. with T. Goren re: same (.3). | | 1.50 | 1,387.50 |
| 10/29/25 | L G | Review/analyze 10/29 hearing materials re: debtors' retention applications, lease assumptions, interim compensation, DIP motion. | | 1.80 | 1,170.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 82
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/29/25 | T G | Prepare for (.4) and attend (1.2) hearing re: omnibus assumption and rejection motion/final DIP motion; follow-up discussion w/ Willkie team re: same (.3). | | 1.90 | 5,035.00 |
| 10/29/25 | M E | Prepare for (.4) and attend (1.2) hearing re: final DIP approval, Debtors' professionals retention applications. | | 1.60 | 1,840.00 |
| 10/29/25 | Z C | Prepare for (.4) and attend (.9) (partial) hearing re: final DIP motion, assumption and rejection procedures motion, and aircraft agreement rejection motion. | | 1.30 | 1,495.00 |
| 10/29/25 | P D | Attend hearing on DIP approval and Debtors' professionals retention applications. | | 1.20 | 1,770.00 |
| 10/29/25 | JHB | Prepare for (.3) and attend (1.2) hearing re: final DIP order and Debtors' professionals retention applications. | | 1.50 | 3,112.50 |
| 10/29/25 | J G | Prepare for (.4) and attend (1.2) hearing re: final DIP motion, lease assumption/rejection procedures motion, Debtors' professionals retention applications. | | 1.60 | 2,520.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  83
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/29/25 | B M | Prepare for (.6) and attend (1.2) the omnibus hearing re: final DIP motion, Debtors' professionals retention applications, assumption/rejection procedures motion. | | 1.80 | 5,031.00 |
| | | **Subtotal - Hearings** | | **64.60** | **99,903.00** |

## Lien Investigation

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/23/25 | Z C | Corr. with Alton team re: diligence requests in connection with lien investigation. | | 0.20 | 165.00 |
| 10/7/25 | CAD | Correspondence w/ Willkie team regarding exit notes perfection analysis re: lien investigation. | | 0.30 | 585.00 |
| 10/7/25 | RJM | Review/analyze background materials re: perfection/lien check. | | 0.20 | 370.00 |
| 10/7/25 | S D | Review/analyze perfection review information. | | 0.20 | 330.00 |
| 10/7/25 | WTE | Correspondence with P. Dalgarno re: perfection analysis (.1); review/analyze exit note security documentation (.1); correspondence with Willkie team re: lien perfection analysis (.5). | | 0.70 | 1,855.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  84
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 10/7/25 | P D | Corr. with UCC advisors re: lien investigation/security interest matters (.3); review/analyze materials re: same (.9); corr. with Davis Polk re: same (.5). | | 1.70 | 2,507.50 |
| 10/8/25 | CAD | Correspondence w/ Willkie team regarding Committee lien investigation and perfection analysis/lien search. | | 0.50 | 975.00 |
| 10/8/25 | RJM | Corr. with W. Eguchi and A. Chen re: review of prepetition secured notes liens (.7); corr. with Willkie team re: lien searches against debtors (.1). | | 0.80 | 1,480.00 |
| 10/8/25 | WTE | Prepare for (.1) and attend (.7) conference call with A. Chen, R. Mostek re: exit note perfection analysis. | | 0.80 | 2,120.00 |
| 10/8/25 | A C | Prepare for (.5) and attend (.7) call with W. Eguchi and R. Mostek re: review of prepetition secured notes liens; corr. w/ Willkie team re: same (.3); order UCC lien searches (.1); review/analyze documents for perfection check (.9). | | 2.50 | 2,875.00 |
| 10/8/25 | P D | Conduct research re: exit financing (.3); review/analyze further diligence requests re: lien perfection (.2); corr. with W. Eguchi, J. Graber, M. Emanoil, Davis Polk team re: same (.2). | | 0.70 | 1,032.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  85
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/9/25 | RJM | Correspondence with A. Chen re: lien searches and scope. | | 0.10 | 185.00 |
| 10/9/25 | T G | Correspondence w/ Willkie team re: lien search. | | 0.20 | 530.00 |
| 10/9/25 | WTE | Correspondence with A. Chen re: lien search (.1); correspondence with M. Emanoil re: perfection related documents (.1). | | 0.20 | 530.00 |
| 10/9/25 | P D | Corr. with Davis Polk, Willkie teams re: lien investigation diligence requests. | | 0.20 | 295.00 |
| 10/9/25 | A C | Correspondence with Platinum re: lien searches (.4); call with Platinum re: lien searches (.1); correspondence with Willkie team re: lien searches (.1); review/analyze documents for perfection check re: lien investigation (2.8). | | 3.40 | 3,910.00 |
| 10/10/25 | A C | Review/analyze documents for perfection check re: lien investigation. | | 1.00 | 1,150.00 |
| 10/13/25 | A C | Review/analyze documents for perfection check re: lien investigation. | | 1.00 | 1,150.00 |
| 10/14/25 | RJM | Call with A. Chen re: lien investigation. | | 0.10 | 185.00 |
| 10/14/25 | P D | Corr. with Davis Polk re: lien investigation. | | 0.10 | 147.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 86
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/14/25 | A C | Review/analyze documents for perfection check re: lien investigation (2.6); call with R. Mostek re: lien search results (.1); correspondence with Willkie team re: lien search results (.2) review/analyze results re: same (.3). | | 3.20 | 3,680.00 |
| 10/15/25 | RJM | Review/analyze lien search results (.3); review/analyze findings re: lien investigation (.4). | | 0.70 | 1,295.00 |
| 10/15/25 | A C | Review/analyze documents for perfection check re: lien investigation. | | 2.70 | 3,105.00 |
| 10/16/25 | A C | Review/analyze documents for perfection check re: lien investigation (3.3); correspondence with Willkie team re: lien search results (.2). | | 3.50 | 4,025.00 |
| 10/17/25 | WTE | Attend call with Willkie team re: collateral and lien search (.9); review/analyze lien search results (.7); call with A. Chen re: follow-up issues for lien perfection check (.3); follow-up corr. with A. Chen re: same (.3). | | 2.20 | 5,830.00 |
| 10/17/25 | CAD | Correspondence w/ Willkie team regarding Committee lien investigation and diligence requests. | | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                                Page  87
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/17/25 | RJM | Review/analyze list of additional requested lien searches re: lien investigation (.1); correspondence with W. Eguchi re: same (.1). | | 0.20 | 370.00 |
| 10/17/25 | CJC | Review/analyze Cape Town and FAA issues re: lien investigation. | | 0.70 | 1,750.00 |
| 10/17/25 | M E | Corr. with Willkie team re: debt documents in connection with lien investigation. | | 0.10 | 115.00 |
| 10/17/25 | P D | Corr. with J. Graber, M. Emanoil re: lien investigation diligence materials (.1); corr. with Davis Polk re: same (.1). | | 0.20 | 295.00 |
| 10/17/25 | A C | Call with W. Eguchi re: follow-up issues for lien perfection check (.3); review/analyze documents for perfection check re: lien investigation (3.0); correspondence with Willkie team re: FAA registry (.3); correspondence with Platinum re: UCC lien search results (.4); correspondence with Willkie team re: UCC filings, evidence of such filings, evidence of FAA registry filings of mortgages, revolving credit facility documents, and spare parts FAA filings (.7). | | 4.70 | 5,405.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 88
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/17/25 | WTE | Corr. w A. Chen, R. Mostek re: lien searches (.3); review/analyze lien search results (.2); corr. with A. Chen re: follow up lien searches (.2). | | 0.70 | 1,855.00 |
| 10/17/25 | J G | Corr. with Willkie team re: outstanding lien investigation diligence requests (.2); corr. with Davis Polk re: same (.1). | | 0.30 | 472.50 |
| 10/18/25 | WTE | Corr. with A. Chen, C. Chernuchin re: FAA registry, international registry searches (.1); search FAA registry and international registry sites re: lien investigation (.2). | | 0.30 | 795.00 |
| 10/20/25 | CJC | Review/analyze Cape Town issues re: lien investigation. | | 0.20 | 500.00 |
| 10/20/25 | A C | Review/analyze documents for perfection check re: lien investigation (2.0); correspondence with Platinum re: lien search results (.2). | | 2.20 | 2,530.00 |
| 10/21/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding Committee lien investigation and requested diligence. | | 0.20 | 390.00 |
| 10/21/25 | RJM | Call (.9) and corr. (.2) with W. Eguchi and A. Chen re: lien perfection check. | | 1.10 | 2,035.00 |
| 10/21/25 | CJC | Review/analyze Cape Town issues re: lien investigation. | | 0.20 | 500.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  89
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/21/25 | A C | Review/analyze documents and summarize perfection check re: lien investigation (5.3); correspondence with Platinum re: lien search results (.2); correspondence with Davis Polk team re: open items (.1); call with W. Eguchi and R. Mostek re: perfection check status (.9). | | 6.50 | 7,475.00 |
| 10/21/25 | WTE | Corr. w A. Chen, R. Mostek re: lien searches (.3); review/analyze lien search results (.1). | | 0.40 | 1,060.00 |
| 10/21/25 | WTE | Prepare for (.3) and attend (.9) call with A. Chen, R Mostek re: perfection analysis in connection with lien investigation. | | 1.20 | 3,180.00 |
| 10/22/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding Committee lien investigation and diligence. | | 0.20 | 390.00 |
| 10/22/25 | A C | Review/analyze documents and summarize perfection check re: lien investigation (1.7); correspondence with Davis Polk team re: same (.1). | | 1.80 | 2,070.00 |
| 10/23/25 | A C | Review/analyze relevant documents (.6) and summarize perfection check (1.5) re: lien investigation ; correspondence with Davis Polk team re: same (.1). | | 2.20 | 2,530.00 |
| 10/27/25 | S D | Discuss status of lien investigation with R. Mostek. | | 0.10 | 165.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  90
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/27/25 | A C | Review/analyze relevant documents (.4) and summarize perfection check (.5) re: lien investigation ; correspondence with Davis Polk team re: same (.1). | | 1.00 | 1,150.00 |
| 10/28/25 | RJM | Review/analyze perfection check/collateral review re: lien investigation (.1); corr. with W. Eguchi re: review of perfection check/collateral review (.1). | | 0.20 | 370.00 |
| 10/28/25 | WTE | Corr. with A. Chen re: lien perfection check. | | 0.10 | 265.00 |
| 10/28/25 | A C | Review/analyze documents re: perfection check in connection with lien investigation. | | 1.50 | 1,725.00 |
| 10/30/25 | A C | Correspondence with W. Eguchi re perfection check in connection with lien investigation. | | 0.20 | 230.00 |
| 10/31/25 | A C | Correspondence w/ Willkie team re: perfection check in connection with lien investigation (.2); review/analyze UCCs received from Debtors' counsel (.5). | | 0.70 | 805.00 |
| | **Subtotal - Lien Investigation** | | | **54.60** | **79,130.00** |

## Meetings and Communications with Creditors

Spirit Airlines 2 Official Committee of Unsecured Creditors                                   Page  91
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/18/25 | Z C | Corr. with UCC members re: UCC advisor pitches (.4); corr. with UCC members re: weekly Committee meetings (.2); corr. with advisor candidates re: UCC advisor pitches (.5). | | 1.10 | 907.50 |
| 9/18/25 | T G | Attend (partial) meeting w/ UCC re: Willkie retention/financial advisor selection (.5); follow-up call with M. Edelman (Vedder) re: same (.2); correspondence w/ financial advisor candidates re: UCC pitches (.4) and correspondence w/ UCC members re: same (.3). | | 1.40 | 3,290.00 |
| 9/18/25 | B M | Meeting with the UCC to discuss selection of professionals and analysis of the first day motions (1.5); call with T. Ciantra (ALPA) regarding an ex officio member request (.4). | | 1.90 | 4,750.00 |
| 9/19/25 | J G | Prepare for (.7) and attend (1.3) Committee professionals pitches; corr. with Willkie team and UCC re: same (.5). | | 2.50 | 3,312.50 |
| 9/19/25 | T G | Review/analyze financial advisor candidate pitchbooks (1.6); call w/ Jefferies/Alton teams re: same (.6); prepare for (.3) and participate on (2.1) call with UCC to select financial advisors; follow-up correspondence w/ financial advisors re: same (.3). | | 4.90 | 11,515.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  92
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/19/25 | CAD | Participate in Committee investment banker/financial advisor pitches (1.3) and follow up debrief meeting w/ Committee regarding same (1.0); review/analyze pitch materials re: same (.4); correspondence w/ Willkie team regarding agenda for first weekly Committee meeting (.2). | | 2.90 | 4,785.00 |
| 9/19/25 | P D | Prepare for (.9) and attend (1.3) call (partial) with Committee, Willkie teams re: financial advisor, investment banker pitches. | | 2.20 | 2,695.00 |
| 9/20/25 | Z C | Corr. with UCC professionals re: weekly Committee meetings. | | 0.20 | 165.00 |
| 9/22/25 | Z C | Draft agenda for 9/24 Committee meeting (.4); corr. with J. Graber re: same (.2); review/revise same (.2); corr. with Willkie team re: same (.1). | | 0.90 | 742.50 |
| 9/23/25 | CAD | Various correspondence w/ Willkie team, Committee, M. Edelman (Vedder) regarding Debtors' motion to approve AerCap settlement motion and sealing issues. | | 0.60 | 990.00 |
| 9/23/25 | T G | Review/revise agenda for 9/24 UCC call. | | 0.20 | 470.00 |
| 9/23/25 | Z C | Corr. with Committee members re: AerCap settlement filings. | | 0.30 | 247.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  93
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/23/25 | J G | Corr. with Willkie team and UCC advisors re: AerCap settlement (.3); corr. with creditors re: same (.3). | | 0.60 | 795.00 |
| 9/24/25 | CAD | Prepare for (.2) and participate in (1.0) weekly Committee meeting (matters discussed -- AerCap settlement motion; September 30 hearing; section 341 meeting; Committee administration; Jefferies/Alton update); correspondence w/ M. Emanoil, Committee regarding Debtors' as-filed supplemental cash collateral motion (.1). | | 1.30 | 2,145.00 |
| 9/24/25 | P D | Prepare for (.3) and attend (1.0) UCC meeting re: AerCap, cash collateral, financial advisor update, case status. | | 1.30 | 1,592.50 |
| 9/24/25 | T G | Prepare for (.2) and participate on (1.0) Committee call re: AerCap, cash collateral, financial advisor update; follow-up correspondence (.2) and call (.2) w/ Willkie team re: same. | | 1.60 | 3,760.00 |
| 9/24/25 | M E | Prepare for (.4) and attend (1.0) meeting with UCC re: AerCap, cash collateral motion, case status; draft summary of meeting (.8); corr. with Willkie team re: same (.2). | | 2.40 | 1,980.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                        Page 94
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/24/25 | Z C | Prepare for (.1) and attend (1.0) weekly Committee meeting re: first day motions/orders, AerCap, and case status. | | 1.10 | 907.50 |
| 9/24/25 | J G | Prepare for (.5) and attend (1.0) meeting with UCC re: AerCap settlement, case negotiations, upcoming hearings; corr. with Willkie team re: same (.3). | | 1.80 | 2,385.00 |
| 9/24/25 | P L | Participate (partial) on Committee call re: AerCap motion, upcoming hearing, general administrative issues. | | 0.90 | 2,115.00 |
| 9/24/25 | JHB | Prepare for (.2) and attend (1.0) weekly Committee meeting re: AerCap settlement, case status, and upcoming hearings. | | 1.20 | 2,190.00 |
| 9/26/25 | CAD | Correspondence w/ M. Emanoil, Willkie team, Committee regarding update on AerCap settlement motion (.2); correspondence w/ P. Dalgarno, Committee regarding Davis Polk comments to confidentiality provisions of Committee by-laws (.1). | | 0.30 | 495.00 |
| 9/26/25 | T G | Call w/ Vedder team re: upcoming motions (.4); correspondence w/ UCC members re: same (.3). | | 0.70 | 1,645.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  95
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/28/25 | CAD | Correspondence (.2) and call (.5) w/ Willkie team, other UCC professionals regarding potential DIP financing by ad hoc group, cash collateral, AerCap settlement, and other general case updates; correspondence w/ Willkie team, Committee members regarding update regarding same and other recent case developments (.5); correspondence w/ M. Edelman (Vedder), T. Goren regarding status of objection to AerCap settlement motion (.2). | | 1.40 | 2,310.00 |
| 9/28/25 | T G | Review/revise update to UCC re: AerCap and DIP motions. | | 0.20 | 470.00 |
| 9/28/25 | Z C | Corr. with Committee re: AerCap settlement, Committee by-laws, ALPA ex-officio membership, and cash collateral (.4); corr. with J. Markowitz (AGI) re: lease/contract rejection motion (.2). | | 0.60 | 495.00 |
| 9/28/25 | T G | Prepare for (.1) and attend (.5) call w/ UCC advisors re: AerCap and DIP motions update. | | 0.60 | 1,410.00 |
| 9/28/25 | JHB | Review/revise Committee update re: AerCap and DIP motions. | | 0.40 | 730.00 |
| 9/28/25 | M E | Attend meeting with UCC professionals re: potential DIP financing. | | 0.50 | 412.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors
Invoice No. 12533345
Client/Matter No. 136708.00001

Page  96

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/28/25 | P D | Corr. with Willkie team re: update to Committee members re: status of first day motions, objections, and administrative matters (.2); review/analyze materials re: same (.4). | | 0.60 | 735.00 |
| 9/29/25 | CAD | Prepare for (.1) and participate in (1.0) special Committee meeting (matters discussed -- AerCap settlement motion; interim cash collateral order; possible announcement of DIP financing; tomorrow's hearing); correspondence w/ Z. Charlton, Committee regarding summary of terms of proposed DIP financing (.3) and adjournment of hearing on AerCap settlement motion (.2). | | 1.60 | 2,640.00 |
| 9/29/25 | T G | Prepare for (.4) and participate on (1.0) Committee call re AerCap, DIP motions/cash collateral update; follow-up calls (.2)/correspondence (.2) w/ Willkie team re: same. | | 1.80 | 4,230.00 |
| 9/29/25 | M E | Prepare for (.1) and attend (1.0) meeting with UCC, UCC professionals re: AerCap settlement, DIP motion. | | 1.10 | 907.50 |
| 9/29/25 | Z C | Corr. with Committee members re: adjournment notice for AerCap settlement (x3) (.6); corr. with Committee re: AerCap settlement updates (.3). | | 0.90 | 742.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 97
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/29/25 | P D | Prepare for (.1) and attend (1.0) committee meeting re: AerCap settlement and DIP motion. | | 1.10 | 1,347.50 |
| 9/29/25 | P D | Review/revise Committee updates re: AerCap settlement and DIP motion (.2); corr. with Z. Charlton, M. Emanoil re: same (.2). | | 0.40 | 490.00 |
| 9/29/25 | Z C | Prepare for (.3) and attend (1.0) Committee meeting re: AerCap settlement and second day hearing. | | 1.30 | 1,072.50 |
| 9/29/25 | JHB | Prepare for (.3) and attend (1.0) Committee meeting re: AerCap settlement. | | 1.30 | 2,372.50 |
| 9/29/25 | J Z | Attend Committee meeting re: AerCap settlement. | | 1.00 | 380.00 |
| 9/30/25 | Z C | Corr. with Committee re: AerCap settlement filings (.3); prepare for (.2) and attend (.7) meeting with UCC professionals re: 10/1 Committee meeting and diligence updates; corr. with Committee re: Committee meeting adjournment to 10/3 (.2). | | 1.40 | 1,155.00 |
| 9/30/25 | M E | Corr. with UCC re: second day hearing, agenda. | | 0.20 | 165.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  98
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/30/25 | T G | Review/revise agenda for 10/1 UCC call (.2); prepare for (.2) and attend (.7) meeting w/ UCC advisors re: 10/1 UCC call, next steps; correspondence w/ Davis Polk team re: UCC materials, meeting w/ UCC/company re: management presentation (.4); correspondence w/ T. Ciantra (ALPA) re: UCC materials (.2). | | 1.70 | 3,995.00 |
| 9/30/25 | P D | Review/revise summary of 9/30 hearing for Committee (.4); corr. with M. Emanoil, Z. Charlton re same (.2). | | 0.60 | 735.00 |
| 9/30/25 | CAD | Review/revise summary of 9/30 hearing for Committee (.3); correspondence w/ Willkie team regarding same (.2). | | 0.50 | 825.00 |
| 9/30/25 | JHB | Review/analyze update to Committee re: 9/30 hearing summary. | | 0.20 | 365.00 |
| 10/1/25 | CAD | Correspondence w/ M. Edelman (Vedder), Willkie/Alton teams regarding Debtors' DIP term sheet and questions. | | 0.30 | 585.00 |
| 10/1/25 | P D | Review/revise corr. to Committee re: DIP term sheet. | | 0.20 | 295.00 |
| 10/1/25 | M E | Corr. with UCC re: DIP term sheet. | | 0.20 | 230.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page  99
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/2/25 | M E | Review/revise Committee meeting agenda (.1); corr. with Committee re: same (.1). | | 0.20 | 230.00 |
| 10/2/25 | CAD | Correspondence w/ Willkie team regarding updated agenda for tomorrow's Committee meeting (.2); review/analyze same (.1). | | 0.30 | 585.00 |
| 10/3/25 | CAD | Prepare for (.1) and attend (.7) call w/ Willkie team, Committee professionals regarding Debtors' DIP motion and AerCap settlement motion and strategy for today's Committee meeting; prepare for (.2) and participate in (1.5) special Committee meeting (matters discussed — recap of second day hearing; AerCap settlement motion; Debtors' DIP motion/term sheet; Alton update); correspondence w/ M. Emanoil, Willkie team, Committee regarding update on securities action complaint, section 341 meeting, and next week's Committee meeting (.3). | | 2.80 | 5,460.00 |
| 10/3/25 | P D | Attend UCC professionals' call re: DIP and AerCap motions (.7); attend Committee call re: second day hearing, DIP and AerCap motions (1.5). | | 2.20 | 3,245.00 |
| 10/3/25 | J Z | Attend (partial) UCC meeting re: DIP and AerCap motions, next steps. | | 0.40 | 168.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                              Page  100
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/3/25 | T G | Prepare for (.4) and participate on (1.5) Committee call re: AerCap/DIP motion status; follow-up correspondence w/ UCC members and Willkie team re same (.4). | | 2.30 | 6,095.00 |
| 10/3/25 | P D | Attend call with Willkie, Jefferies, Alton teams re: AerCap and DIP matters. | | 0.70 | 1,032.50 |
| 10/3/25 | JHB | Prepare for (.2) and attend (1.5) weekly Committee call re: second day hearing, AerCap and DIP motions; corr. with M. Emanoil re: update to the Committee regarding same (.2). | | 1.90 | 3,942.50 |
| 10/3/25 | P L | Prepare for (.3) and attend (.7) Committee call re: DIP motion and AerCap settlement motion. | | 1.00 | 2,650.00 |
| 10/3/25 | B M | Prepare for (.2) and participation in (.7) the UCC meeting to discuss the DIP financing and open 2nd day hearing issues. | | 0.90 | 2,515.50 |
| 10/3/25 | M E | Prepare for (.2) and attend (1.5) Committee meeting re: AerCap and DIP motions; corr. with Willkie team, UCC re: securities action complaint, 341 meeting (1.1). | | 2.80 | 3,220.00 |
| 10/6/25 | CAD | Correspondence w/ Willkie team, Committee regarding status of discussions on AerCap settlement and potential resolution (2x). | | 0.50 | 975.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                Page  101
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 10/6/25 | T G | Correspondence w/ UCC re: status of AerCap/Examiner discussions (.6); calls (.4) and correspondence (.4) w/ UCC members re: same; call w/ E. Smith (Kaplan Kirsch) re: Orange County lease (.2); correspondence w/ Alton and Willkie team re: same (.2). | | 1.80 | 4,770.00 |
| 10/7/25 | CAD | Prepare for (.5) and participate in (.9) special Committee meeting (mattes discussed -- US Trustee's request to appoint examiner; Debtors' AerCap settlement motion; Debtors' DIP motion); debrief meeting w/ Committee professionals regarding same and strategy (.7); correspondence w/ M. Emanoil, Committee regarding agenda for tomorrow's Committee meeting and summary of today's call w/ Debtors' professionals (.2). | | 2.30 | 4,485.00 |
| 10/7/25 | P D | Review/revise agenda for Committee meeting (.3); attend committee meeting re: examiner appointment, AerCap and DIP motions (.9). | | 1.20 | 1,770.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                        Page  102
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/7/25 | T G | Prepare for (.4) and participate on (.9) Committee call re AerCap and DIP motions, Examiner; pre- (.2) and post (.3) calls w/ UCC advisors re: same; review/revise agenda and materials for 10/8 UCC call (.5); discussions w/ UCC members re: AerCap status (.3). | | 2.60 | 6,890.00 |
| 10/7/25 | J G | Attend (partial) call with UCC professionals re: AerCap settlement and DIP negotiations (.6); prepare for (.1) and attend (.9) call with UCC re: AerCap settlement, DIP negotiations; corr. with UCC professionals re: same (.5). | | 2.00 | 3,150.00 |
| 10/7/25 | M E | Draft agenda for 10/8 UCC meeting (.5); corr. with Willkie team re: same and update to the UCC (.5). | | 1.00 | 1,150.00 |
| 10/7/25 | M E | Prepare for (.2) and attend (.9) meeting with UCC re: AerCap settlement, DIP motion. | | 1.10 | 1,265.00 |
| 10/7/25 | M E | Corr. with UCC re: agenda, DIP motion issues. | | 0.30 | 345.00 |
| 10/7/25 | B M | Call with the UCC professionals regarding AerCap and DIP motions (.7); review/analyze the Alton materials for the UCC meeting (.2). | | 0.90 | 2,515.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  103
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/7/25 | P L | Participate in UCC advisors call re: AerCap settlement and DIP motions and upcoming Committee meetings. | | 0.70 | 1,855.00 |
| 10/7/25 | P L | Attend Committee call re: AerCap and DIP motions; US Trustee's motion to appoint an Examiner. | | 0.90 | 2,385.00 |
| 10/7/25 | JHB | Attend call w/ UCC professionals re: AerCap settlement, DIP issues, and examiner appointment motion (.4); attend committee meeting re: same (.9). | | 1.30 | 2,697.50 |
| 10/7/25 | M E | Attend meeting with UCC professionals re: DIP motion, examiner, AerCap settlement. | | 0.70 | 805.00 |
| 10/8/25 | CAD | Prepare for (.2) and participate in (2.5) weekly Committee meeting (matters discussed -- Debtors' management presentation; AerCap settlement update; DIP motion update; Alton update); review/analyze Debtors' management presentation slides (.4). | | 3.10 | 6,045.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  104
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/8/25 | T G | Prepare for (.4) and participate on (2.5) Committee call w/ Debtors re: DIP motion/status update, management presentation; review/analyze Debtors' presentation for UCC call (.7); review/analyze Alton presentation for UCC call (.6). | | 4.20 | 11,130.00 |
| 10/8/25 | J Z | Attend UCC meeting re: AerCap settlement, DIP motion, and fleet/financial update. | | 2.50 | 1,050.00 |
| 10/8/25 | P D | Attend (partial) committee meeting re: AerCap settlement, DIP motion, and status update (2.1); review/analyze first day orders for Committee presentation (.5); review/revise update to Committee re: same (.2). | | 2.80 | 4,130.00 |
| 10/8/25 | J G | Prepare for (.3) and attend (1.2) (partial) meeting with UCC and Debtors re: business plan, DIP negotiations, and strategic case alternatives; attend UCC meeting re: same (1.3); corr. with Willkie team re: same (.3). | | 3.10 | 4,882.50 |
| 10/8/25 | M E | Prepare for (.2) and attend (2.5) meeting with Debtors, UCC re: business plan and strategic alternatives. | | 2.70 | 3,105.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  105
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/8/25 | M L | Attend (partial) Committee meeting with Willkie team, UCC re: management presentation and DIP negotiations. | | 2.00 | 2,700.00 |
| 10/8/25 | JHB | Attend (partial) weekly Committee call re: management presentation and DIP negotiations. | | 1.50 | 3,112.50 |
| 10/9/25 | P D | Review/revise update to Committee re: DIP reservation of rights filing. | | 0.20 | 295.00 |
| 10/10/25 | CAD | Correspondence w/ M. Edelman (Vedder), Willkie team regarding final hearing on Debtors' DIP motion (.2); correspondence w/ M. Emanoil, Willkie team, Committee regarding summary of today's hearing on interim DIP and AerCap settlement motion (.2). | | 0.40 | 780.00 |
| 10/10/25 | M E | Corr. with Willkie team, UCC re: interim DIP order, AerCap settlement order. | | 0.10 | 115.00 |
| 10/11/25 | J G | Corr. with creditor re: DIP issue (.1); corr. with T. Goren re: same (.1). | | 0.20 | 315.00 |
| 10/14/25 | CAD | Participate in weekly call w/ Committee professionals (matters discussed -- recap of today's call w/ Debtors' professionals; agenda for tomorrow's Committee meeting; status of DIP negotiations). | | 0.50 | 975.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  106
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/14/25 | T G | Review/revise agenda for 10/15 UCC call (.1); call w/ UCC professionals re: DIP motion, recap of call with Debtors' professionals (.5). | | 0.60 | 1,590.00 |
| 10/14/25 | M E | Corr. with UCC re: 10/15 meeting. | | 0.20 | 230.00 |
| 10/14/25 | JHB | Attend weekly call with Committee professionals re: case strategy and DIP motion. | | 0.50 | 1,037.50 |
| 10/14/25 | J G | Corr. with Willkie and UCC advisors re: upcoming hearings and DIP motion (.4); corr. with Willkie team re: agenda for 10/15 UCC meeting (.2). | | 0.60 | 945.00 |
| 10/14/25 | Z C | Attend (partial) meeting with UCC Professionals re: settlement updates, case strategy, and Committee meeting this week. | | 0.30 | 345.00 |
| 10/15/25 | CAD | Prepare for (.2) and participate in (.8) weekly Committee meeting (matters discussed -- tomorrow's omnibus hearing; DIP negotiations; Committee by-laws; Jefferies/Alton update); review/analyze Alton materials for such meeting (.2). | | 1.20 | 2,340.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  107
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/15/25 | T G | Prepare for (.4) and participate on (.8) Committee call re: DIP motion, case update; review/analyze Alton materials for call (.6); follow-up discussions w/ Willkie team re: Committee call and next steps (.4). | | 2.20 | 5,830.00 |
| 10/15/25 | P D | Prepare for (.1) and attend (.8) Committee meeting re: DIP negotiations, upcoming omnibus hearing, Jefferies/Alton update. | | 0.90 | 1,327.50 |
| 10/15/25 | J G | Prepare for (.4) and attend (.8) UCC meeting re: DIP negotiations, upcoming hearings, examiner stipulation, Alton update; corr. with Willkie team re: same (.2). | | 1.40 | 2,205.00 |
| 10/15/25 | M E | Prepare for (.3) and attend (.8) UCC meeting re: DIP issues, Alton update. | | 1.10 | 1,265.00 |
| 10/15/25 | Z C | Prepare for (.2) and attend (.8) Committee meeting re: DIP, examiner, and Alton update; corr. with J. Graber, P. Dalgarno re: same (.1). | | 1.10 | 1,265.00 |
| 10/15/25 | B M | Prepare for (.3) and participate on (.8) the UCC call to discuss the DIP financing and business operations. | | 1.10 | 3,074.50 |
| 10/15/25 | P L | Attend (partial) weekly Committee meeting re: DIP financing and Alton update. | | 0.70 | 1,855.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                           Page 108
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/15/25 | P D | Corr. with Committee members re: Committee by-laws and execution. | | 0.20 | 295.00 |
| 10/16/25 | CAD | Correspondence w/ M. Emanoil, Committee regarding recap of today's omnibus hearing (rejection motion/examiner stipulation). | | 0.20 | 390.00 |
| 10/17/25 | CAD | Correspondence w/ Z. Charlton, C. Rubio (Parkins Rubio) regarding draft of Willkie retention application and comments (.2); correspondence w/ M. Emanoil, Committee regarding equity holder's request to appoint equity committee (.1). | | 0.30 | 585.00 |
| 10/17/25 | P D | Corr. w/ Committee re: request for an equity committee. | | 0.20 | 295.00 |
| 10/17/25 | T G | Correspondence w/ UCC advisors re: equity request letter (.2); correspondence w/ UCC members re: same (.2). | | 0.40 | 1,060.00 |
| 10/20/25 | CAD | Correspondence w/ Willkie team, Committee regarding update on DIP settlement negotiations. | | 0.20 | 390.00 |
| 10/20/25 | P D | Review/revise summaries of recent pleadingsfor Committee (.2); corr. w/ committee re: same (.1); corr. with committee member re: by laws signature (.1). | | 0.40 | 590.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  109
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/20/25 | M E | Corr. with Willkie team, UCC re: DIP negotiations. | | 1.00 | 1,150.00 |
| 10/20/25 | T G | Correspondence w/ Willkie team/UCC members re: DIP update. | | 0.40 | 1,060.00 |
| 10/21/25 | CAD | Participate in weekly meeting w/ Committee professionals (matters discussed -- recap of today's call w/ Debtors' professionals; DIP settlement; agenda for tomorrow's Committee meeting). | | 0.20 | 390.00 |
| 10/21/25 | T G | Prepare for (.1) and attend (.2) call w/ UCC professionals re: UCC call topics, DIP status, and tomorrow's Committee meeting; review/revise agenda for UCC call (.2). | | 0.50 | 1,325.00 |
| 10/21/25 | M E | Draft 10/22 committee meeting agenda (.5); corr. with Willkie team (.2), UCC (.1) re: same. | | 0.80 | 920.00 |
| 10/21/25 | M E | Review/analyze AlixPartners presentation materials for weekly Committee meeting. | | 0.20 | 230.00 |
| 10/21/25 | JHB | Attend weekly call with Committee professionals re: DIP status, equity committee request, and 10/22 UCC meeting. | | 0.20 | 415.00 |
| 10/21/25 | M E | Attend call with UCC professionals re: DIP status, fleet update, and request for an equity committee. | | 0.20 | 230.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  110
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/21/25 | P D | Call with UCC professionals re: fleet update, relief from stay motion, equity committee request, and 10/22 UCC meeting. | | 0.30 | 442.50 |
| 10/22/25 | CAD | Prepare for (.2) and participate in (.8) weekly Committee meeting (matters discussed -- DIP negotiations update; M&A update; equity committee request/response letter; examiner appointment update; Alton update). | | 1.00 | 1,950.00 |
| 10/22/25 | P D | Attend (partial) committee meeting re: DIP negotiations, request for equity committee, examiner appointment, M&A update. | | 0.70 | 1,032.50 |
| 10/22/25 | P D | Corr. with Committee members re: execution of by-laws. | | 0.10 | 147.50 |
| 10/22/25 | T G | Prepare for (.4) and participate on (.8) Committee call re DIP status/financial update, examiner, equity committee request; review/analyze Alton materials for call (.6); follow-up discussion w/ Willkie team re: same (.4). | | 2.20 | 5,830.00 |
| 10/22/25 | Z C | Prepare for (.4) and attend (.8) Committee meeting re: examiner, final DIP hearing, and Alton update. | | 1.20 | 1,380.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  111
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/22/25 | M E | Prepare for (.2) and attend (.8) meeting with UCC, UCC professionals re: DIP update, examiner appointment. | | 1.00 | 1,150.00 |
| 10/22/25 | J G | Prepare for (.3) and attend meeting with UCC re: case update, ongoing DIP negotiations, examiner appointment (.8); corr. with Willkie team re: same (.2). | | 1.30 | 2,047.50 |
| 10/24/25 | P D | Corr. w/ Committee re: by laws, recently-filed pleadings. | | 0.20 | 295.00 |
| 10/24/25 | B M | Call with UCC member regarding the status of the DIP negotiations. | | 0.50 | 1,397.50 |
| 10/28/25 | CAD | Participate in weekly call w/ Committee professionals (matters discussed -- recap of today's call w/ Debtors' professionals; agenda for tomorrow's Committee meeting; fleet update) (.2); correspondence w/ M. Emanoil, Committee regarding US Trustee notice of appointment of examiner (.1). | | 0.30 | 585.00 |
| 10/28/25 | F C | Corr.w/ Committee re: agenda for 10/29 Committee meeting (.4); review/revise same (.2). | | 0.60 | 555.00 |
| 10/28/25 | T G | Prepare for (.2) and attend (.2) call w/ UCC professionals re: UCC call topics, DIP status; review/revise agenda for UCC call (.2). | | 0.60 | 1,590.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  112
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/28/25 | M E | Corr. with Willkie team (.2), UCC (.1) re: examiner appointment. | | 0.30 | 345.00 |
| 10/28/25 | Z C | Review/analyze agenda for 10/29 Committee meeting (.2); corr. with F. Curbelo re: same (.1); prepare for (.2) and attend (.2) meeting with UCC professionals re: operational and financial update, final DIP hearing. | | 0.70 | 805.00 |
| 10/28/25 | B M | Prepare for (.2) and attend (.2) call withthe UCC professionals to discuss business operations; review/comment on the Alton materials for the 10/29 UCC meeting (.5). | | 0.90 | 2,515.50 |
| 10/28/25 | M E | Prepare for (.1) and attend (.2) meeting with UCC advisors re: M&A update, examiner appointment. | | 0.30 | 345.00 |
| 10/28/25 | J G | Prepare for (.1) and attend (.2) meeting with UCC professionals re: DIP negotiations, M&A update, and upcoming hearing. | | 0.30 | 472.50 |
| 10/28/25 | P D | Call with UCC advisors re: upcoming hearing, M&A update, and related developments. | | 0.20 | 295.00 |
| 10/28/25 | F C | Prepare for (.1) and attend (.2) meeting with UCC professionals re: upcoming hearing and M&A update.. | | 0.30 | 277.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  113
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/29/25 | CAD | Prepare for (.2) and participate in (.6) weekly Committee meeting (matters discussed -- recap of today's omnibus hearing; appointment of examiner; Alton update). | | 0.80 | 1,560.00 |
| 10/29/25 | F C | Prepare for(.3) and attend (.6) committee meeting re: final DIP hearing, Alton update, and next steps for case. | | 0.90 | 832.50 |
| 10/29/25 | T G | Prepare for (.3) and participate on (.6) Committee call re: DIP hearing/financial update; review/analyze Alton materials for call (.7). | | 1.60 | 4,240.00 |
| 10/29/25 | M E | Attend UCC meeting re: final DIP hearing, examiner, Alton update. | | 0.60 | 690.00 |
| 10/29/25 | P D | Attend committee meeting re: DIP hearing, Alton update, next steps. | | 0.60 | 885.00 |
| 10/29/25 | J G | Prepare for (.4) and attend (.6) UCC meeting re: DIP hearing, examiner appointment, and aircraft update; corr. with Willkie team re: same (.4). | | 1.40 | 2,205.00 |
| 10/29/25 | JHB | Prepare for (.1) and attend (.6) weekly committee call re: appointment of examiner and update of 10/29 omnibus hearing. | | 0.70 | 1,452.50 |
| | **Subtotal - Meetings and Communications with Creditors** | | | **145.40** | **253,769.0 0** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  114
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|

## Other Litigation

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 10/1/25 | CAD | Correspondence w/ Willkie team regarding investor lawsuit against CEO and CFO (.2); review/analyze same (.3); correspondence w/ Z. Charlton regarding summary of same (.2). | | 0.70 | 1,365.00 |
| | | **Subtotal - Other Litigation** | | **0.70** | **1,365.00** |

## Other Motions / Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/19/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding US Trustee intention to file examiner motion (.2); conduct brief legal research regarding same (.2); correspondence w/ Willkie team regarding same and need for additional research (.2). | | 0.60 | 990.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                     Page  115
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/22/25 | CAD | Review/analyze correspondence w/ Davis Polk, Willkie teams regarding US Trustee's possible motion to appoint examiner (.4); correspondence w/ Z. Charlton, Willkie team regarding Second Circuit research regarding motions to appoint an examiner (.3); review/analyze same (.2); various subsequent correspondence w/ Willkie team regarding same and strategy (.4); correspondence w/ Davis Polk, Willkie teams regarding Debtors' settlement w/ AerCap and planned motion (.3). | | 1.60 | 2,640.00 |
| 9/22/25 | Z C | Conduct research re: examiner appointment (1.1); corr. with Willkie team re: same (.3). | | 1.40 | 1,155.00 |
| 9/22/25 | B M | Calls with Alton Aviation regarding the fleet issues and the AerCap settlement (1.4); review/comment on the AerCap settlement agreement (1.2); prepare memorandum regarding the AerCap settlement and UCC issues (.7); call with M. Burke (Pillsbury) regarding the AerCap settlement (.5); call with M. Bilbao (FTI) regarding the AerCap settlement (.4). | | 4.20 | 10,500.00 |
| 9/22/25 | T G | Correspondence w/ Willkie team re: AerCap settlement. | | 0.40 | 940.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                Page  116
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/23/25 | CAD | Various correspondence w/ Willkie team regarding Debtors' motion to approve AerCap settlement/settlement documents (.4); correspondence w/ Willkie, Alton teams regarding same (.2); correspondence w/ Willkie, Davis Polk teams regarding same (.2); correspondence w/ Willkie team regarding Debtors' proposed settlement of US Trustee examiner request (.3). | | 1.10 | 1,815.00 |
| 9/23/25 | Z C | Review/analyze AerCap settlement materials (.5); corr. with Willkie team re: same (.2). | | 0.50 | 412.50 |
| 9/23/25 | P D | Review/analyze AerCap 9019 motion and term sheet (.3); corr. with Willkie team re: same (.1). | | 0.40 | 490.00 |
| 9/23/25 | T G | Review/analyze AerCap settlement motion (.9); correspondence w/ UCC members (.4) and Willkie team (.4) re: same. | | 1.70 | 3,995.00 |
| 9/23/25 | J G | Review/analyze AerCap settlement materials. | | 0.40 | 530.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  117
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/24/25 | CAD | Correspondence w/ Z. Charlton regarding entered order shortening notice period regarding AerCap settlement motion and related sealing motion (.1); correspondence w/ Willkie team regarding need for preliminary objection to AerCap settlement motion (.2); correspondence w/ B. Miller regarding discussion w/ M. Burke (Pillsbury) regarding AerCap settlement and sealing issues (.1). | | 0.40 | 660.00 |
| 9/24/25 | B M | Call with T. Goren re: AerCap settlement motion. | | 0.20 | 500.00 |
| 9/24/25 | T G | Calls w/ D. Klein (Davis Polk) (.2), L. Ryan (Alton) (.3), and M. Edelman (Vedder) (.3) re: AerCap settlement motion; review/analyze materials re: same (1.0); correspondence w/ UCC advisors re: same (.4); call w/ B. Miller re: same (.2). | | 2.40 | 5,640.00 |
| 9/24/25 | JHB | Outline objection to AerCap settlement (.5); correspondence with J. Graber re: same (.2). | | 0.70 | 1,277.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                               Page  118
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/25/25 | CAD | Correspondence w/ J. Ball (Debevoise), L. Ryan (Alton) regarding diligence requests in connection w/ AerCap settlement motion (.2); correspondence w/ T. Goren regarding discussion w/ M. Burke (Pillsbury) regarding same and sealing issues (.1); correspondence w/ Willkie, Davis Polk team regarding AerCap settlement motion and Committee objection deadline (.2). | | 0.50 | 825.00 |
| 9/25/25 | P L | Attend call with US Trustee re: examiner and case status. | | 0.30 | 705.00 |
| 9/25/25 | R S | Conduct research re: ordinary course professionals motions. | | 1.90 | 722.00 |
| 9/25/25 | J G | Review/analyze AerCap settlement motion, term sheet, and proposed order (1.2); draft objection re: AerCap settlement motion (4.0); various corr. with Willkie team re: same (1.3). | | 6.50 | 8,612.50 |
| 9/25/25 | P D | Review/analyze materials re: AerCap settlement motion re: potential objection. | | 0.30 | 367.50 |
| 9/25/25 | T G | Calls w/ L. Ryan (Alton) (.2), M. Edelman (Vedder) (.1), M. Burke (Pillsbury) (.2), B. Miller (.2), and D. Klein (Davis Polk) (.2) re: AerCap settlement/fleet update; correspondence w/ Willkie team re: same (.4); correspondence w/ L. Ryan (Alton) re: same (.3). | | 1.60 | 3,760.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  119
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/25/25 | M E | Draft objection to AerCap settlement motion. | | 1.40 | 1,155.00 |
| 9/25/25 | B M | Correspondence with Davis Polk team regarding due diligence requests for the AerCap settlement (.7); discussions with the Debtors (.7) and AerCap (.5) regarding the AerCap settlement; calls (2x) with M. Edelman (Vedder) regarding the AerCap settlement (.5). | | 2.40 | 6,000.00 |
| 9/25/25 | M E | Corr. with J. Graber re: AerCap settlement motion objection. | | 0.20 | 165.00 |
| 9/26/25 | CAD | Correspondence w/ Willkie team regarding update on AerCap settlement motion diligence (.2); correspondence w/ Willkie team regarding Spirit 1 plan and AerCap related questions (.4); correspondence w/ Willkie team regarding draft of objection to AerCap settlement motion (.3); correspondence w/ Willkie team regarding US Trustee draft of examiner stipulation (.2); review/analyze same (.2); correspondence w/ Willkie team regarding outline for objection to AerCap settlement motion (.2). | | 1.50 | 2,475.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  120
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/26/25 | P D | Conduct research re: motions to seal re: AerCap settlement (.5); corr. with M. Emanoil re: same (.2); corr. with M. Emanoil re: factual research re: same (.2); draft objection and motion to adjourn re: AerCap settlement, sealing motions (1.9); call with M. Emanoil re: same (.1). | | 2.90 | 3,552.50 |
| 9/26/25 | T G | Review/analyze draft examiner stipulation (.3); correspondence w/ Willkie team re: same (.3). | | 0.60 | 1,410.00 |
| 9/26/25 | M E | Review/revise UCC objection to AerCap settlement motion. | | 0.40 | 330.00 |
| 9/26/25 | M E | Call with P. Dalgarno re: objection to AerCap settlement motion (.1); draft objection to AerCap settlement motion (1.5). | | 1.60 | 1,320.00 |
| 9/26/25 | P D | Call with L. Ryan (Alton), J. Ball (Debevoise) re: AerCap settlement diligence (.5); prepare for same (.5); review/analyze Spirit 1 plan re: AerCap claims (.7); corr. with T. Goren, J. Burbage re: same (.5). | | 2.20 | 2,695.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  121
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/26/25 | T G | Calls w/ L. Ryan (Alton) (x2) (.9), J. Burbage (.2), M. Burke (Pillsbury) (.2) re: AerCap settlement status; calls (2x) w/ J. Ball (Debevoise) (.6) and Pillsbury team (.6) re: diligence status; review/analyze AerCap settlement documents (1.2); correspondence w/ Willkie team re: potential objection to same (.4). | | 4.10 | 9,635.00 |
| 9/26/25 | JHB | Call with Committee member re: AerCap settlement (.3); review/analyze AerCap settlement motion (.5); review/revise AerCap settlement objection outline (.5); calls (2x) with AerCap counsel (.5) and Airbus counsel (.7) re: same; call with T. Goren re: same (.2); review status of Spirit I plan releases (.2); correspondence with M. Emanoil re: public disclosures on AerCap settlement (.2). | | 3.10 | 5,657.50 |
| 9/26/25 | B M | Review/analyze due diligence materials regarding the AerCap settlement (.7); calls (2x) (.5) and correspondence (.2) w/ the Debtors re: AerCap settlement; calls (2x) (.5) and correspondence (.2) with AerCap regarding same; prepare memorandum regarding open AerCap settlement points for the UCC (.5). | | 2.60 | 6,500.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                         Page  122
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/27/25 | P D | Review/revise AerCap settlement motion objection and related motion to adjourn (1.5); conduct research re: section 107(b) (.4); corr. with Willkie team re: same (.2). | | 2.10 | 2,572.50 |
| 9/27/25 | JHB | Review/revise AerCap settlement objection. | | 6.50 | 11,862.50 |
| 9/28/25 | CAD | Correspondence w/ Willkie, AlixPartners teams regarding US Trustee's proposed scope of examiner in examiner motion. | | 0.20 | 330.00 |
| 9/28/25 | P D | Conduct research re: lease stipulations re: AerCap settlement (.2); review/revise draft objection to AerCap settlement and motion to adjourn hearing re: same (.7); corr. with Willkie team re: same (.2); revise draft AerCap objection (.3); corr. with Willkie team re: same (.3). | | 1.70 | 2,082.50 |
| 9/28/25 | Z C | Review/revise objection re: AerCap settlement motion (.9); corr. with P. Dalgarno re: same (.2); corr. with Willkie team re: AerCap settlement update (.6); review/analyze AerCap settlement documents (.5). | | 2.20 | 1,815.00 |
| 9/28/25 | JHB | Call with T. Goren re: AerCap settlement objection. | | 0.10 | 182.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page  123
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/28/25 | P D | Call with Alton, Willkie, Jefferies teams re: AerCap settlement (1.2); call with Willkie team re: potential financing re: same (.5). | | 1.70 | 2,082.50 |
| 9/28/25 | T G | Review/revise draft objection to AerCap settlement (.3); correspondence w/ Willkie team re: same (.3); call w/ UCC advisors re: status of AerCap settlement analysis (.9); call w/ Debovoise/FTI teams re: same (1.0); calls (2x) w/ L. Ryan (Alton) re: same (.5); calls w/ B. Miller (.3) and D. Klein (Davis Polk) (.1) re: same; correspondence w/ Debtors and UCC re: status of same (.6); call w/ J. Burbage re: objection to AerCap settlement motion (.1); correspondence (.2) and call (.2) w/ Pillsbury re: diligence request / confidentiality re: AerCap settlement (.4); calls (2x) w/ M. Burke (Pillsbury) re: status of same (.3); call w/ M. Edelman (Vedder) re: same (.2). | | 5.40 | 12,690.00 |
| 9/28/25 | JHB | Review/revise AerCap settlement objection (1.2); review/analyze proposed redactions of AerCap settlement objection (.3); calls with Willkie team re: AerCap settlement analysis (.8). | | 2.30 | 4,197.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  124
Invoice No. 12533345
Client/Matter No. 136708.00001

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Act</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 9/28/25 | M E | Call with Alton, Willkie teams re: AerCap settlement negotiations. | | 1.10 | 907.50 |
| 9/28/25 | B M | Various calls (3x) (1.4) and corr. (2x) (.7) with Davis Polk team re: negotiation of the AerCap settlement with the Debtors and AerCap; calls (2x) with the UCC professionals to discuss the AerCap settlement (.9); prepare memorandum regarding the status of the AerCap settlement negotiations (.4); call with T. Goren re: same (.3). | | 3.70 | 9,250.00 |
| 9/28/25 | JHB | Call with T. Goren re: AerCap settlement objection. | | 0.10 | 182.50 |
| 9/29/25 | CAD | Correspondence w/ M. Emanoil regarding US Trustee objection to Debtors' AerCap settlement motion (.1); review/analyze same (.2); correspondence w/ Z. Charlton regarding summary of same (.1); correspondence w/ Willkie team regarding finalizing objection to AerCap settlement motion for filing (.3) and extension of objection deadline/adjournment (2x)(.3); correspondence w/ Davis Polk, Willkie teams regarding draft of interim compensation procedures motion (.2); correspondence w/ Willkie team regarding notice of adjournment of AerCap settlement motion (.2). | | 1.40 | 2,310.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  125
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/29/25 | Z C | Review/revise objection re: AerCap settlement (.6); review/analyze redactions re: same (.3). | | 0.90 | 742.50 |
| 9/29/25 | P D | Corr. with Alton (L. Ryan), Willkie teams re: revisions to objection to AerCap settlement (.8); review/revise same (1.3); review/verify redactions to same (.4); corr. with Willkie team re: filing matters for same (.4); review/revise summary re: objection deadline to same (.2); corr. with Willkie team re: same (.2). | | 3.30 | 4,042.50 |
| 9/29/25 | B M | Participate in calls (2x) with the Debtors (1.5) and AerCap (.9) regarding the AerCap settlement agreement and hearing scheduled for 9/30 before Judge Lane; correspondence w/ the Debtors (.4) and AerCap (.4) regarding same ; call with the UCC regarding the AerCap settlement (1.0); review/comment on the AerCap/Airbus due diligence materials (1.4); prepare memorandum regarding the AerCap settlement (.7); call with the UCC professionals regarding the AerCap settlement (.5). | | 6.80 | 17,000.00 |
| 9/29/25 | JHB | Correspondence with P. Dalgarno re: finalizing AerCap settlement objection. | | 0.50 | 912.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  126
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/29/25 | T G | Review/revise draft objection to AerCap settlement motion (.4); calls w/ D. Klein (Davis Polk) (.3), L. Ryan (Alton) (.6) and M. Burke (Pillsbury) (.3) re: same; correspondence w/ Willkie team re: same (.6); review/analyze notice of adjournment of AerCap settlement motion (.2); correspondence w/ Willkie team re: same (.2). | | 2.60 | 6,110.00 |
| 9/30/25 | Z C | Review/analyze filed AerCap settlement materials (.6); corr. with Willkie team re: same (.2). | | 0.80 | 660.00 |
| 9/30/25 | CAD | Correspondence w/ B. Miller, S. Cornell (US Trustee) regarding status of examiner motion and possible stipulation (.1); correspondence w/ Z. Charlton, Willkie team regarding AerCap settlement motion and revised notice of adjournment (.2); review/analyze proposed comments to interim compensation procedures (.3); correspondence (.1) and discussion (.2) w/ P. Dalgarno regarding same and additional comments. | | 0.90 | 1,485.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  127
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/30/25 | P D | Corr. with Alton team, Z. Charlton re: objection deadline for AerCap settlement motion (.2); review/revise interim compensation procedures motion (.6), order (.3), and exhibits (.2); review/analyze Azul, Spirit 1 pleadings re: same (.2); corr. with J. Burbage re: same (.1); discussion (.1) and call (.2) with C. Damast re: same. | | 1.90 | 2,327.50 |
| 9/30/25 | J Z | Review/analyze debtors' certificates of no objection re: second day motions. | | 13.00 | 4,940.00 |
| 9/30/25 | P D | Call with Jefferies, Alton, Alix, Willkie teams re: AerCap settlement diligence and analysis. | | 0.60 | 735.00 |
| 9/30/25 | T G | Correspondence w/ US Trustee and Davis Polk team re: examiner questions. | | 0.40 | 940.00 |
| 10/1/25 | CAD | Correspondence w/ M. Melcer (Davis Polk) regarding unredacted AerCap settlement motion and related documents (.1); review/analyze same (.3); correspondence w/ P. Dalgarno, M. Melcer (Davis Polk) regarding comments to proposed interim compensation procedures (.2) | | 0.60 | 1,170.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  128
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/1/25 | P D | Review/analyze precedent re: interim compensation procedures (.3); corr. with Willkie team re: interim compensation procedures (.2); review/revise same (.2); corr. with M. Melcer (Davis Polk), J. Brown (Davis Polk) re: same (.1). | | 0.80 | 1,180.00 |
| 10/1/25 | T G | Call w/ Debevoise team re: aircraft pricing questions (1.0); follow-up calls (.2) and correspondence (.2) w/ L. Ryan (Alton) re: same; correspondence w/ D. Klein (Davis Polk) re: AerCap settlement status (.2); call w/ M. Burke (Pillsbury) re: same (.3); correspondence w/ Pillsbury re: Airbus documents (.2); review/analyze Airbus documents (1.6). | | 3.70 | 9,805.00 |
| 10/1/25 | B M | Call with the Debtors to discuss the business plan and whether to consent to an examiner (.5); call with T. Goren re: same (.2). | | 0.70 | 1,956.50 |
| 10/1/25 | T G | Prepare for (.4) and attend (.5) call w/ the US Trustee, Debtors and lenders re: potential examiner motion; follow-up discussion w/ B. Miller re same (.2). | | 1.10 | 2,915.00 |
| 10/2/25 | CAD | Review/analyze current draft of interim compensation procedures/motion (.2); correspondence w/ P. Dalgarno, Davis Polk team regarding same (.2). | | 0.40 | 780.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                     Page  129
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/2/25 | P D | Review/analyze revised interim compensation procedures (.1); corr. with C. Damast, J. Burbage, Davis Polk team re: same (.2). | | 0.30 | 442.50 |
| 10/3/25 | CAD | Correspondence w/ T. Goren, other Committee professionals regarding discussions w/ AerCap's counsel regarding AerCap settlement motion and possible resolution of Committee issues. | | 0.20 | 390.00 |
| 10/3/25 | B M | Call with T. Goren re: AerCap settlement and examiner motions. | | 0.50 | 1,397.50 |
| 10/3/25 | B M | Call with the Debtors regarding the examiner stipulation (.4); calls with examiner candidates regarding same (.5); prepare memorandum regarding the examiner stipulation (.4). | | 1.30 | 3,633.50 |
| 10/3/25 | T G | Review/analyze Alton analysis re: AerCap settlement (.4); call w/ Alton team re: same (.8); calls (.2) and correspondence (.1) w/ UCC members, L. Ryan (Alton) (.4), and M. Burke (Pillsbury) (.6) re: same. | | 2.50 | 6,625.00 |
| 10/3/25 | T G | Call w/ Davis Polk and Akin teams re: Examiner motion (.6); call w/ B. Miller re: same/AerCap settlement (.5). | | 1.10 | 2,915.00 |
| 10/3/25 | B M | Call with T. Goren re: AerCap settlement and examiner motions. | | 0.50 | 1,397.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 130
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/5/25 | T G | Call (.2) and correspondence (.2) w/ M. Burke (Pillsbury) re: AerCap settlement; correspondence (.2) and call (.2) w/ L. Ryan (Alton) re: same; correspondence w/ Willkie team re: research question re: same (.3); call with J. Burbage re: same (.3). | | 1.40 | 3,710.00 |
| 10/5/25 | B M | Various calls (3x) (.8) and corr. (2x) (.5) w/ the Debtors re: AerCap negotiations. | | 1.30 | 3,633.50 |
| 10/5/25 | P D | Call with J. Burbage re: AerCap settlement objection (.2); conduct research re: lockups (.4); review/analyze revised 9019 motion re: redactions (.3); review/revise AerCap objection (2.1); corr. with J. Burbage re. same (.1). | | 3.10 | 4,572.50 |
| 10/5/25 | JHB | Call with T. Goren re: AerCap settlement objection (.3); call with P. Dalgarno re: same (.2); correspondence with T. Goren and M. Emanoil re: assignment issues (.2). | | 0.70 | 1,452.50 |
| 10/6/25 | CAD | Various correspondence (2x) w/ Willkie team regarding draft objection to AerCap settlement motion and comments/objection deadline to same. | | 0.80 | 1,560.00 |
| 10/6/25 | L G | Conduct research re: precedent objections to motions to appoint examiner. | | 2.20 | 1,430.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                     Page  131
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/6/25 | P D | Review/revise draft AerCap settlement objection (3.1); review/analyze Bankruptcy Code re: research question related to same (.2); corr. with Willkie team re: same (.4); corr. with Willkie team re: objection deadline for same (.3). | | 4.00 | 5,900.00 |
| 10/6/25 | J Z | Review/revise: AerCap settlement objection (.7); correspondence with P. Dalgarno re: same (.1). | | 0.80 | 336.00 |
| 10/6/25 | JHB | Call with T. Goren re: AerCap settlement objection (.3); revise draft of AerCap settlement objection (2.1). | | 2.40 | 4,980.00 |
| 10/6/25 | T G | Review/analyze amended AerCap/Airbus documents re: open UCC issues (.8); calls (2x) (.8)/correspondence (2x) (.5) w/ Pillsbury/Airbus re: same; calls (2x) w/ D. Klein (Davis Polk) re: same (.4); calls w/ M. Burke (Pillsbury) re: same (.2); correspondence w/ L. Ryan (Alton) re: same (.5); follow-up calls (.2) and correspondence (.2) w/ Willkie team re: same. | | 3.60 | 9,540.00 |
| 10/6/25 | T G | Review/analyze updated Examiner order (.3); correspondence w/ Davis Polk and Akin teams re same (.3). | | 0.60 | 1,590.00 |
| 10/6/25 | M L | Corr. with Z. Charlton re: AerCap settlement objection. | | 0.30 | 405.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  132
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/6/25 | J G | Review/revise committee objection re: AerCap settlement (1.4); review/analyze US Trustee objection re: same (.5); corr. with Willkie team re: same (.2). | | 2.10 | 3,307.50 |
| 10/7/25 | CAD | Correspondence w/ Willkie team regarding proposed revisions to AerCap settlement approval order (.2); review/analyze same (.2). | | 0.40 | 780.00 |
| 10/7/25 | P D | Review/analyze revised AerCap settlement approval order and term sheet (.5); review/revise same re: Committee comments (.7); corr. with T. Goren, Debevoise team re: same (.3). | | 1.50 | 2,212.50 |
| 10/7/25 | T G | Review/revise proposed mark-up of AerCap settlement order (.4); correspondence w/ Davis Polk and Pillsbury teams re: AerCap settlement status (.2). | | 0.60 | 1,590.00 |
| 10/7/25 | T G | Review/analyze examiner order (.2); correspondence w/ Davis Polk team re: same (.2). | | 0.40 | 1,060.00 |
| 10/7/25 | B M | Review/revise the AerCap settlement agreement (.9); prepare memorandum regarding the AerCap settlement agreement and the Debtors' fleet issues (.5). | | 1.40 | 3,913.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                               Page 133
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/9/25 | CAD | Review/analyze current draft of examiner stipulation (.1); correspondence w/ Davis Polk, Willkie teams regarding same (.2); correspondence w/ Debevoise, Willkie teams regarding revised AerCap settlement order/term sheet (.3); review/analyze same (2x) (.5). | | 1.10 | 2,145.00 |
| 10/9/25 | P D | Review/revise revised proposed AerCap settlement order and term sheet (.2); corr. with Willkie team re same (.1). | | 0.30 | 442.50 |
| 10/9/25 | T G | Review/analyze updated draft of AerCap settlement order and term sheet (.4);correspondence w/ Willkie, Davis Polk, and AerCap teams re: same (.3). | | 0.70 | 1,855.00 |
| 10/9/25 | T G | Review/analyze updated draft stipulation re: examiner (.4); correspondence w/ Davis Polk/Akin teams and US Trustee re: same (.4); call w/ Akin/Davis Polk teams and US Trustee re: same (.8). | | 1.60 | 4,240.00 |
| 10/10/25 | B M | Call with the Debtors regarding the examiner discussions with the US Trustee. | | 0.40 | 1,118.00 |
| 10/10/25 | T G | Call w/ Akin/Davis Polk teams re: examiner candidates (.5); follow-up correspondence w/ B. Miller re: same (.3). | | 0.80 | 2,120.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  134
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/15/25 | J Z | Conduct research re: creditor classification in connection with AerCap settlement motion (.4); correspondence with J. Graber re: same (.1). | | 0.50 | 210.00 |
| 10/15/25 | T G | Call w/ Davis Polk/Akin teams re: examiner stipulation (.3); corr. w/ Willkie team re: examiner candidates (.4). | | 0.70 | 1,855.00 |
| 10/16/25 | T G | Discussions w/ Willkie team re: examiner stipulation, examiner candidates (.4); correspondence w/ US Trustee and Debtors re: same (.2). | | 0.60 | 1,590.00 |
| 10/21/25 | CAD | Correspondence w/ B. Miller, Davis Polk team regarding examiner candidates and interviews. | | 0.10 | 195.00 |
| 10/22/25 | CAD | Correspondence w/ Willkie team regarding comments to letter response to examiner request (.3); review/analyze draft of Debtors' response letter regarding same (.2). | | 0.50 | 975.00 |
| 10/22/25 | B M | Review/analyze the Examiner materials received from candidates (.5); prepare memorandum regarding the Examiner process (.4). | | 0.90 | 2,515.50 |
| 10/23/25 | T G | Correspondence w/ US Trustee re: examiner candidates. | | 0.20 | 530.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  135
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/24/25 | CAD | Correspondence w/ B. Miller regarding discussions w/ US Trustee regarding Examiner candidates and interview status. | | 0.20 | 390.00 |
| 10/27/25 | CAD | Correspondence w/ B. Miller, Davis Polk team regarding status of Examiner appointment. | | 0.20 | 390.00 |
| 10/27/25 | T G | Correspondence w/ Davis Polk team re: examiner process. | | 0.20 | 530.00 |
| 10/28/25 | CAD | Correspondence w/ Willkie team regarding US Trustee notice of appointment of examiner. | | 0.20 | 390.00 |
| 10/28/25 | P D | Corr. with M. Emanoil re: comments to summary of examiner appointment notice | | 0.10 | 147.50 |
| 10/28/25 | T G | Review/analyze examiner order and background info re: examiner (.4); correspondence w/ Willkie team and creditors re: same (.4); call w/ Examiner re: mandate/next steps (.3). | | 1.10 | 2,915.00 |

**Subtotal - Other Motions / Applications**                              162.00    288,925.50

## Plan and Disclosure Statement

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/2/25 | CAD | Correspondence w/ Alix, Willkie teams regarding preliminary waterfall assessment. | | 0.30 | 585.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  136
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/14/25 | CAD | Correspondence w/ PJT, Jefferies, Willkie teams regarding update on M&A process and scheduling call. | | 0.20 | 390.00 |
| 10/15/25 | CAD | Participate in call w/ Debtors'/Committee's professionals regarding update on M&A process/discussions. | | 0.50 | 975.00 |
| 10/15/25 | P L | Prepare for (.1) and attend (.5) meeting with Debtors' professionals re: M&A update. | | 0.60 | 1,590.00 |
| 10/15/25 | Z C | Prepare for (.1) and attend (.4) meeting with Debtors' professionals re: M&A update. | | 0.50 | 575.00 |
| 10/15/25 | T G | Call w/ Debtors' advisors re: M&A process update (.5) and follow-up correspondence w/ UCC advisors re: same (.2). | | 0.70 | 1,855.00 |
| 10/15/25 | B M | Call with the Debtors' professionals regarding merger partners and exit strategy (.5); review/analyze the Alton materials regarding merger candidates (.7); prepare memorandum regarding merger candidates (.5). | | 1.70 | 4,751.50 |
| 10/15/25 | JHB | Attend call with PJT re: update on marketing process and M&A. | | 0.50 | 1,037.50 |
| | | **Subtotal - Plan and Disclosure Statement** | | **5.00** | **11,759.00** |

## Relief from Automatic Stay

Spirit Airlines 2 Official Committee of Unsecured Creditors      Page 137
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/20/25 | Z C | Review/analyze Unifi stay relief motion (.5); corr. with P. Dalgarno re: same (.1); corr. with Willkie team re: same (.1). | | 0.70 | 805.00 |
| 10/21/25 | CAD | Correspondence w/ Z. Charlton regarding Unifi motion for relief from the automatic stay (.1); review/analyze same (.2). | | 0.30 | 585.00 |
| 10/21/25 | Z C | Review/analyze unredacted Unifi stay relief motion (.3); corr. with Alton team re: same (.1). | | 0.40 | 460.00 |
| 10/30/25 | M E | Corr. with P. Dalgarno re: stipulation for stay relief re: state court claim. | | 0.40 | 460.00 |
| 10/30/25 | P D | Review/analyze stipulation re: stay relief for state court claim (.1); review/revise summary re same (.2). | | 0.30 | 442.50 |
| 10/31/25 | CAD | Correspondence w/ M. Emanoil regarding Debtors' stay relief stipulation w/ Cindy Prance. | | 0.20 | 390.00 |
| | | **Subtotal - Relief from Automatic Stay** | | **2.30** | **3,142.50** |

## Reporting

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/20/25 | Z C | Corr. with Davis Polk team re: September MORs. | | 0.20 | 230.00 |
| | | **Subtotal - Reporting** | | **0.20** | **230.00** |

## Schedules and Statements

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  138
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/9/25 | M E | Corr. with Willkie team re: schedules and statements deadline extension. | | 0.10 | 115.00 |
| 10/10/25 | CAD | Correspondence w/ M. Emanoil regarding Debtors' notice of extension of deadline extending time to file Schedules and Statements (.1); review/analyze same (.1). | | 0.20 | 390.00 |
| 10/28/25 | CAD | Correspondence w/ M. Emanoil regarding Debtors' notice extending time to file schedules and statements. | | 0.10 | 195.00 |
| | | **Subtotal - Schedules and Statements** | | **0.40** | **700.00** |

## Non-Willkie Retention Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 9/22/25 | CAD | Correspondence w/ J. Graber, AlixPartners team regarding AlixPartners retention application. | | 0.20 | 330.00 |
| 9/22/25 | CAD | Correspondence w/ Willkie team regarding other Committee professionals' proposed division of labor. | | 0.20 | 330.00 |
| 9/22/25 | T G | Correspondence w/ UCC advisors and Willkie team re: retention questions. | | 0.50 | 1,175.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                        Page  139
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/2/25 | CAD | Correspondence w/ Z. Charlton, Willkie team regarding PJT and EY retention applications/fee structures (.2); subsequent correspondence w/ Willkie, Jefferies teams regarding same and comps (.2). | | 0.40 | 780.00 |
| 10/2/25 | JHB | Correspondence with Z. Charlton re: PJT retention application. | | 0.20 | 415.00 |
| 10/3/25 | CAD | Correspondence w/ Willkie team, other Committee professionals regarding FTI's fee structure. | | 0.20 | 390.00 |
| 10/6/25 | CAD | Correspondence w/ Willkie, Alix teams regarding analysis of FTI's fee structure (.2); correspondence w/ Willkie, Alton teams regarding engagement letters for Debtors' professionals (.2); correspondence w/ Jefferies, Willkie teams regarding PJT retention issues (.2). | | 0.60 | 1,170.00 |
| 10/6/25 | M E | Corr. with J. Graber re: professional fee structures in precedent airline cases. | | 0.60 | 690.00 |
| 10/7/25 | CAD | Correspondence w/ Jefferies, Willkie teams regarding PJT's proposed fee structure and comps. | | 0.20 | 390.00 |
| 10/8/25 | CAD | Correspondence w/ Willkie team regarding comments to proposed PJT retention order (.2); correspondence w/ Willkie, Jefferies teams regarding same (.2). | | 0.40 | 780.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  140
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/8/25 | JHB | Review/analyze comments to PJT retention order (.5); corr. w/ J. Graber re: same (.3). | | 0.80 | 1,660.00 |
| 10/8/25 | M E | Review/analyze PJT retention application, case management procedures (.2); corr. with J. Graber re: same (.1). | | 0.30 | 345.00 |
| 10/8/25 | J G | Review/analyze debtors' professionals retention applications and related orders (.5); review/revise PJT retention order and related engagement letter (1.0); corr. with Willkie team and UCC advisors re: same (.7). | | 2.20 | 3,465.00 |
| 10/9/25 | CAD | Correspondence w/ Willkie, Jefferies teams regarding revisions to proposed PJT retention order (.3); correspondence w/ Willkie, Alton teams regarding FTI retention issues (.2). | | 0.50 | 975.00 |
| 10/9/25 | M E | Corr. with J. Graber re: FTI fees. | | 0.20 | 230.00 |
| 10/9/25 | J G | Review/revise PJT retention order (.2); corr. with UCC advisors (.2), PJT (.1) and Davis Polk (.1) re: same. | | 0.60 | 945.00 |
| 10/10/25 | CAD | Correspondence w/ Willkie, Alton teams regarding revised proposed FTI retention order and sign off of same. | | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  141
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/13/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding revision to proposed PJT retention order (.2); correspondence w/ Willkie, Jefferies teams regarding same (.2). | | 0.40 | 780.00 |
| 10/13/25 | T G | Review/analyze updated PJT retention order (.2); correspondence w/ Willkie team re: same (.2). | | 0.40 | 1,060.00 |
| 10/13/25 | JHB | Correspondence with J. Graber re: PJT retention application. | | 0.40 | 830.00 |
| 10/14/25 | CAD | Correspondence w/ AlixPartners, Willkie teams regarding Committee professionals' retention applications and timing. | | 0.20 | 390.00 |
| 10/15/25 | CAD | Correspondence w/ B. Filler (AlixPartners) regarding draft of AlixPartners retention application/engagement letter (.2); discuss same w/ Willkie team (.2); subsequent correspondence w/ T. Goren regarding same and scope of services (.2); review/analyze such scope of services (.1); correspondence w/ T. Goren, Willkie team regarding Jefferies retention application/engagement letter (.2); correspondence w/ M. Emanoil regarding Debtors' application to retain O'Melveny as special labor counsel (.1). | | 1.00 | 1,950.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors
Invoice No. 12533345
Client/Matter No. 136708.00001

Page  142

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/15/25 | J G | Review/analyze UCC professionals' retention applications (.8); corr. with Willkie team re: same (.2). | | 1.00 | 1,575.00 |
| 10/15/25 | M E | Corr. with Willkie team re: O'Melveny retention application. | | 0.40 | 460.00 |
| 10/15/25 | Z C | Corr. with UCC professionals re: retention application filing timeline. | | 0.30 | 345.00 |
| 10/15/25 | T G | Correspondence (.2) and call (.2) w/ J. Rubin (Akin) re: FTI retention application; call w/ L. Ryan (Alton) re: same (.2); review/revise AlixPartners/Jefferies retention applications and engagement letters (.3); correspondence w/ Alton team re: same (.3). | | 1.20 | 3,180.00 |
| 10/16/25 | CAD | Correspondence w/ Willkie team regarding revisions to AlixPartners engagement letter/retention application. | | 0.20 | 390.00 |
| 10/16/25 | T G | Review/revise AlixPartners' retention application and related documents (.6); correspondence w/ Willkie team re: same (.2). | | 0.80 | 2,120.00 |
| 10/16/25 | J G | Review/revise UCC advisors' retention applications and attachments thereto. | | 0.70 | 1,102.50 |
| 10/16/25 | Z C | Review/revise Jefferies' retention application (.8); corr. with J. Graber re: same (.2). | | 1.00 | 1,150.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  143
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/17/25 | CAD | Correspondence w/ Willkie, AlixPartners teams regarding comments to AlixPartners retention application and engagement letter. | | 0.20 | 390.00 |
| 10/17/25 | JHB | Correspondence with Willkie team re: Jefferies engagement letter. | | 0.20 | 415.00 |
| 10/17/25 | J G | Review/revise UCC advisor retention applications (.4); various corr. with Willkie team re: same (.7); corr. with AlixPartners re: same (.2). | | 1.30 | 2,047.50 |
| 10/17/25 | Z C | Corr. with Willkie team re: UCC advisor retention applications (.1); conduct research re: same (1.3); corr. with Willkie team re: same (.2); corr. with J. Graber re: same (.3); draft analyses re: same (.4). | | 2.30 | 2,645.00 |
| 10/18/25 | JHB | Correspondence with Willkie team re: Jefferies retention order. | | 0.50 | 1,037.50 |
| 10/20/25 | CAD | Correspondence w/ Willkie team regarding finalizing/filing Committee professionals' retention applications (.2); correspondence w/ Willkie, AlixPartners teams regarding revised AlixPartners retention application/engagement letter (.3). | | 0.50 | 975.00 |
| 10/20/25 | JHB | Correspondence with Willkie team re: Jefferies retention order. | | 0.20 | 415.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  144
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/20/25 | T G | Correspondence w/ D. MacGreevey (AlixPartners) re: AlixPartners retention application (.4); review/analyze updated Jefferies retention application (.3). | | 0.70 | 1,855.00 |
| 10/20/25 | Z C | Corr. with J. Graber re: Jefferies' retention application (.2); review/analyze same (.2); corr. with B. Miller, T. Goren re: same (.1) review/revise Jefferies' retention application (.2); corr. with Dentons team re: same (.2); review/revise Alton retention application (.8); corr. with J. Graber re: same (.2); corr. with AlixPartners team re: AlixPartners retention application (.1). | | 2.00 | 2,300.00 |
| 10/20/25 | J G | Review/revise Committee professionals' retention applications (1.0); corr. with Willkie, Alton, and AlixPartners teams re: same (.7). | | 1.70 | 2,677.50 |
| 10/21/25 | T G | Correspondence w/ AlixPartners, Alton, and Willkie teams re: Committee professionals' retention applications (.4); correspondence w/ J. Rubin (Akin) re: Jefferies retention (.3). | | 0.70 | 1,855.00 |
| 10/21/25 | Z C | Review/revise Alton retention application. | | 0.30 | 345.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  145
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/21/25 | J G | Review/revise Committee professionals' retention applications (.5); various corr. with Willkie and UCC advisors re: same (.5). | | 1.00 | 1,575.00 |
| 10/22/25 | CAD | Correspondence w/ Willkie, AlixPartners teams regarding AlixPartners retention application/engagement letter (.3); correspondence w/ Willkie, Dentons teams regarding Jefferies engagement letter/retention application and revisions (.3). | | 0.60 | 1,170.00 |
| 10/22/25 | T G | Correspondence w/ Willkie team re: Jefferies, Alton and Alix retention applications (.4); review/analyze updated versions of same (.6); correspondence w/ Jefferies re: same (.3). | | 1.30 | 3,445.00 |
| 10/22/25 | Z C | Review/analyze Alton (.3), AlixPartners (.3), and Jefferies (.3) retention applications. | | 0.90 | 1,035.00 |
| 10/22/25 | J G | Review/revise Committee professionals' retention applications (1.0); various corr. with Willkie, Alton, and AlixPartners teams re: same (.7). | | 1.70 | 2,677.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page  146
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/23/25 | CAD | Correspondence w/ M. Harris (AFA), Willkie team regarding Jefferies retention application (.2); correspondence w/ Willkie, AlixPartners teams regarding AlixPartners retention application (.2); correspondence w/ Willkie team regarding finalizing Committee professionals' retention applications (.3) and submission of same to US Trustee (.1). | | 0.80 | 1,560.00 |
| 10/23/25 | L G | Review/analyze retention applications of Jefferies, Alton Aviation, and AlixPartners (.6); file (.7) and coordinate service (.1) of same. | | 1.40 | 910.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  147
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/23/25 | Z C | Corr. with B. Miller re: AlixPartners retention application (.2); corr. with B. Miller re: Jefferies retention application (.2); corr. with J. Graber re: Alton retention application (.1); review/analyze same (.4); review/analyze Jefferies retention application (.6); review/analyze revised AlixPartners retention application (.3); draft omnibus notice of hearing re: UCC professionals' retention applications (.7); corr. with J. Graber re: same (.3); corr. with L. Guido re: filing of UCC professionals retention applications (.5); corr. with UCC professionals re: filed retention applications (.4). | | 3.70 | 4,255.00 |
| 10/23/25 | J G | Finalize UCC professionals' retention applications for filing (1.3); corr. with UCC re: same (.2); corr. With UCC professionals re: same (.5); corr. with Willkie team re: same (.3). | | 2.30 | 3,622.50 |
| 10/24/25 | L G | Prepare courtesy copies of UCC's professionals' retention applications for delivery to Chambers. | | 0.30 | 195.00 |
| 10/27/25 | T G | Review/analyze Jefferies retention engagement letter (.3);correspondence w/ J. Rubin (Akin) re: same (.1). | | 0.40 | 1,060.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                           Page  148
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/29/25 | CAD | Correspondence w/ Willkie team regarding Debtors' comments to Committee professionals' proposed retention orders. | | 0.20 | 390.00 |
| 10/29/25 | JHB | Call with J. Brown (Davis Polk) re: Jefferies retention application (.2); corr. w/ Willkie team re: same (.2). | | 0.40 | 830.00 |
| 10/29/25 | Z C | Corr. with J. Graber re: PJT retention application (.1); review/analyze Jefferies retention application (.1); review/analyze PJT retention application (.2). | | 0.40 | 460.00 |
| 10/30/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding Debtors' comments to/issues w/ Committee professionals retention applications/proposed orders (.2); correspondence w/ J. Graber, Committee professionals regarding same (.3). | | 0.50 | 975.00 |
| 10/31/25 | T G | Correspondence w/ Willkie and Jefferies teams re Jefferies retention application. | | 0.30 | 795.00 |
| | **Subtotal - Non-Willkie Retention Applications** | | | **43.10** | **71,705.00** |

## Non-Willkie Retention Application Objections

Spirit Airlines 2 Official Committee of Unsecured Creditors                         Page  149
Invoice No. 12533345
Client/Matter No. 136708.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/29/25 | T G | Review/analyze Debtors' comments to UCC professionals' retention applications (.3); correspondence w/ Willkie team re: same (.1). | | 0.40 | 1,060.00 |
| 10/29/25 | J G | Corr. with Willkie team re: Davis Polk comments to Committee professionals' retention applications (.3); corr. with Davis Polk team re: same (.3); review/analyze comments to same (.3). | | 0.90 | 1,417.50 |
| 10/30/25 | T G | Calls w/ J. Rubin (Akin) (.3) and L. Szlezinger (Jefferies) (.3) re: comments to Jefferies retention application. | | 0.60 | 1,590.00 |
| 10/30/25 | J G | Various corr. with Willkie team, UCC professionals and Davis Polk re: informal objections/inquiries re: retention applications. | | 0.90 | 1,417.50 |
| 10/31/25 | J G | Various corr. with Davis Polk, UCC professionals, and Willkie re: open inquiries / informal objection to retention applications (.8); corr. with Willkie team re: same (.2). | | 1.00 | 1,575.00 |
| | **Subtotal - Non-Willkie Retention Application Objections** | | | **3.80** | **7,060.00** |

## Non-Willkie Fee Statements and Applications

Spirit Airlines 2 Official Committee of Unsecured Creditors                      Page 150
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/29/25 | CAD | Discuss entry of interim compensation order and next steps/timeline for filing monthly fee statements w/ Z. Charlton. | | 0.20 | 390.00 |
| 10/29/25 | Z C | Corr. with J. Burbage re: PJT and Jefferies fee structure (.2); call with C. Damast re: interim compensation order and fee statement timeline (.2). | | 0.40 | 460.00 |
| | **Subtotal - Non-Willkie Fee Statements and Applications** | | | **0.60** | **850.00** |

## Willkie Retention Application

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/26/25 | L G | Draft schedule 2 to Willkie retention application re: current/former client disclosures. | | 3.30 | 1,947.00 |
| 9/30/25 | R S | Review/revise schedule 2 to Willkie retention application re: current/former client disclosures. | | 5.00 | 1,900.00 |
| 9/30/25 | L G | Review/revise schedule 2 to Willkie retention application re: current/former client disclosures. | | 2.70 | 1,593.00 |
| 10/1/25 | L G | Review/revise schedule 2 to Willkie retention application (3.9); corr. with Willkie team re: same (.5). | | 4.40 | 2,860.00 |
| 10/3/25 | CAD | Correspondence w/ Z. Charlton, R. Sasso regarding preparation of Willkie retention application. | | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  151
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/3/25 | L G | Draft Willkie retention application. | | 2.40 | 1,560.00 |
| 10/6/25 | J G | Review/revise Willkie retention application (1.8); corr. with Willkie team re: same (.4). | | 2.20 | 3,465.00 |
| 10/8/25 | R S | Review/revise Willkie retention application. | | 3.60 | 1,746.00 |
| 10/9/25 | W C | Draft/revise Schedule 2 for Willkie retention application re: potential parties in interest. | | 2.40 | 1,008.00 |
| 10/9/25 | R S | Review/revise Willkie retention application. | | 0.70 | 339.50 |
| 10/10/25 | M E | Draft/revise Willkie retention application (1.9); corr. with J. Graber, R. Sasso re: same (.3). | | 2.20 | 2,530.00 |
| 10/13/25 | J G | Review/revise Willkie retention application (1.0); corr. with Willkie team re: same (.2). | | 1.20 | 1,890.00 |
| 10/14/25 | J G | Review/revise Willkie retention application and attachments thereto (1.7); corr. with Willkie team re: same (.2). | | 1.90 | 2,992.50 |
| 10/14/25 | M E | Corr. with Z. Charlton re: parties in interest list. | | 0.20 | 230.00 |
| 10/15/25 | CAD | Corr. re: preparation of Willkie retention application w/ J. Graber, Z. Charlton. | | 0.20 | 390.00 |
| 10/15/25 | J G | Review/revise retention application (1.2); corr. with Willkie team re: same (.7). | | 1.90 | 2,992.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  152
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/15/25 | M E | Corr. with M. Melcer (Davis Polk) re: parties in interest list. | | 0.10 | 115.00 |
| 10/15/25 | Z C | Review/revise Willkie retention application (1.8); corr. with J. Graber re: same (.2);. corr. with C. Damast re: same (.2). | | 2.20 | 2,530.00 |
| 10/16/25 | CAD | Review/revise draft of Willkie retention application and exhibits (1.5); correspondence w/ Z. Charlton regarding same and comments (.2). | | 1.70 | 3,315.00 |
| 10/16/25 | R S | Corr. w/ Z. Charlton re: Willkie retention application. | | 0.20 | 97.00 |
| 10/16/25 | J G | Review/revise Willkie retention application (1.2); corr. with Willkie team re: same (.7). | | 1.90 | 2,992.50 |
| 10/16/25 | Z C | Review/revise Willkie retention application (.6); corr. with J. Graber re: same (.2); corr. with T. Goren, B. Miller re: same (.2). | | 1.00 | 1,150.00 |
| 10/16/25 | M E | Review/revise Willkie retention application. | | 1.20 | 1,380.00 |
| 10/17/25 | Z C | Review/revise Willkie retention application (.4); corr. with J. Graber re: same (.1); corr. with M. Harris (AFA) re: same (.2). | | 0.70 | 805.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                  Page  153
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/19/25 | CAD | Correspondence w/ C. Rubio (Parkins Rubio), Z. Charlton regarding comments to draft Willkie retention application (.3); review/analyze same (.2); further revise same (.2). | | 0.70 | 1,365.00 |
| 10/20/25 | CAD | Correspondence w/ Z. Charlton, C. Rubio (Parkins Rubio) regarding finalizing Willkie retention application for filing (.2); correspondence w/ J. Graber regarding Willkie retention application/filing deadline (.2). | | 0.40 | 780.00 |
| 10/20/25 | J G | Finalize Willkie retention application for filing. | | 0.50 | 787.50 |
| 10/23/25 | T G | Review/analyze Willkie retention application for filing (.4); correspondence w/ Willkie team re: same (.3). | | 0.70 | 1,855.00 |
| 10/23/25 | L G | Review/analyze (.1) and file (.2) Willkie's retention application; coordinate service of same (.1). | | 0.40 | 260.00 |
| 10/23/25 | Z C | Review/revise Willkie retention application (.2); corr. with L. Guido re: same (.1); discuss filing of same w/ L. Guido (.3). | | 0.60 | 690.00 |
| 10/31/25 | J G | Review/revise supplemental declaration in support of Willkie retention application. | | 0.50 | 787.50 |
| | | **Subtotal - Willkie Retention Application** | | **47.30** | **46,743.00** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  154
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Time Entry Review

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/26/25 | L G | Review/analyze potential parties in interest. | | 1.20 | 708.00 |
| 9/29/25 | R S | Review conflicts i/c/w Willkie Retention. | | 0.60 | 228.00 |
| 9/29/25 | L G | Review conflicts and summarize same. | | 2.80 | 1,652.00 |
| 10/1/25 | L G | Review/analyze potential parties in interest list. | | 2.10 | 1,365.00 |
| 10/2/25 | L G | Review conflicts and summarize same. | | 5.80 | 3,770.00 |
| 10/13/25 | L G | Conduct research re: firm revenue for disclosures re: Willkie retention application. | | 5.70 | 3,705.00 |
| 10/14/25 | L G | Conduct research re: firm revenue for disclosures re: Willkie retention application (5.3); call (.1) and corr. with Z. Charlton re: same (.1). | | 5.50 | 3,575.00 |
| 10/14/25 | Z C | Corr. with J. Graber re: conflicts report and revenue report results (.2); call (.1) and corr. (.1) with L. Guido re: same; review/analyze schedule 2 document re: same (.4). | | 0.80 | 920.00 |
| 10/29/25 | L G | Review/confirm client revenue for various entity names. | | 0.30 | 195.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                                     Page  155
Invoice No. 12533345
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/29/25 | M E | Review/analyze notices of appearance for potential conflicts (.1); corr. with Willkie team re: same (.1); review/analyze conflicts report of appearing parties (.6). | | 0.80 | 920.00 |
| 10/30/25 | M E | Corr. with L. Guido re: conflicts report and review. | | 0.30 | 345.00 |
| 10/30/25 | L G | Corr. with M. Emanoil re: revenue check for current/past client disclosure. | | 0.30 | 195.00 |
| | | **Subtotal - Time Entry Review** | | **26.20** | **17,578.00** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  156
Invoice No. 12533345
Client/Matter No. 136708.00001

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| CINDY J. CHERNUCHIN | 1.10 | $ | 2,500.00 | $ | 2,750.00 |
| PAUL LABOV | 7.10 | | 2,650.00 | | 18,815.00 |
| PAUL LABOV | 2.50 | | 2,350.00 | | 5,875.00 |
| TODD GOREN | 96.30 | | 2,650.00 | | 255,195.00 |
| TODD GOREN | 51.80 | | 2,350.00 | | 121,730.00 |
| JAMES H. BURBAGE | 40.00 | | 2,075.00 | | 83,000.00 |
| JAMES H. BURBAGE | 34.60 | | 1,825.00 | | 63,145.00 |
| WESTON T. EGUCHI | 7.70 | | 2,650.00 | | 20,405.00 |
| BRETT MILLER | 35.70 | | 2,795.00 | | 99,781.50 |
| BRETT MILLER | 49.50 | | 2,500.00 | | 123,750.00 |
| CRAIG A. DAMAST | 67.10 | | 1,950.00 | | 130,845.00 |
| CRAIG A. DAMAST | 37.10 | | 1,650.00 | | 61,215.00 |
| ROBERT J. MOSTEK | 10.50 | | 1,850.00 | | 19,425.00 |
| ZACHARY CHARLTON | 26.10 | | 825.00 | | 21,532.50 |
| ZACHARY CHARLTON | 32.00 | | 1,150.00 | | 36,800.00 |
| MARINE LOISON | 2.30 | | 1,350.00 | | 3,105.00 |
| ALICE CHEN | 38.10 | | 1,150.00 | | 43,815.00 |
| SEAN DALY | 1.70 | | 1,650.00 | | 2,805.00 |
| MISHA EMANOIL | 23.40 | | 825.00 | | 19,305.00 |
| MISHA EMANOIL | 47.30 | | 1,150.00 | | 54,395.00 |
| JESSICA GRABER | 75.80 | | 1,575.00 | | 119,385.00 |
| JESSICA GRABER | 51.40 | | 1,325.00 | | 68,105.00 |
| PHILIP DALGARNO | 75.00 | | 1,475.00 | | 110,625.00 |
| PHILIP DALGARNO | 58.80 | | 1,225.00 | | 72,030.00 |
| FEDERICO CURBELO | 5.30 | | 925.00 | | 4,902.50 |
| ROHAN SASSO | 4.90 | | 485.00 | | 2,376.50 |
| ROHAN SASSO | 7.50 | | 380.00 | | 2,850.00 |
| LAURA GUIDO | 51.60 | | 650.00 | | 33,540.00 |
| LAURA GUIDO | 20.30 | | 590.00 | | 11,977.00 |
| Joanna, Zervaki | 8.90 | | 420.00 | | 3,738.00 |
| Joanna, Zervaki | 17.20 | | 380.00 | | 6,536.00 |
| WILLIAM COLLINS | 2.40 | | 420.00 | | 1,008.00 |

| Disbursements and Other Charges | | Amount |
|---|---|---|
| Data Acquisition - Lexis | $ | 247.55 |
| Data Acquisition - Westlaw | | 2,250.45 |
| Local Meals | | 60.00 |
| Overnight Delivery | | 74.46 |
| Taxi, Car Service, & Parking | | 94.00 |
| Teleconferencing | | 288.91 |

Professional Fees                                                          $     1,624,762.00

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  157
Invoice No. 12533345
Client/Matter No. 136708.00001


Disbursements and Other Charges                                                          3,015.37

**Total this Invoice**                                                    $      1,627,777.37

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

**Spirit Airlines 2 Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE

Invoice No. 12533345

**Bankruptcy of Spirit Airlines**

Client/Matter No. 136708.00001

November 21, 2025

Remit To:

Willkie Farr & Gallagher LLP
787 Seventh Avenue, 37th Floor
New York, NY 10019-6099
Attention: Accounts Receivable

**FOR PROFESSIONAL SERVICES RENDERED**
through October 31, 2025

| | | |
|---|---|---:|
| Lien Investigation | $ | 79,130.00 |
| First and Second Day Motions | | 106,185.50 |
| Business Operations | | 13,424.00 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER: ▮
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER ▮
INTERNATIONAL SWIFT NUMBER ▮
REFERENCE: ▮
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

| | |
|---|---|
| Meetings and Communications with Creditors | 253,769.00 |
| Assumption and Rejection of Leases and Contracts | 102,043.50 |
| Plan and Disclosure Statement | 11,759.00 |
| Case Administration | 184,210.00 |
| Time Entry Review | 17,578.00 |
| Willkie Retention Application | 46,743.00 |
| Non-Willkie Retention Applications | 71,705.00 |
| Hearings | 99,903.00 |
| Other Motions / Applications | 288,925.50 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER:
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER
INTERNATIONAL SWIFT NUMBER:
REFERENCE:
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

| | |
|---|---|
| Non-Willkie Fee Statements and Applications | 850.00 |
| Financing and Cash Collateral | 333,101.50 |
| Relief from Automatic Stay | 3,142.50 |
| Schedules and Statements | 700.00 |
| Reporting | 230.00 |
| Budgeting (Case) | 2,107.50 |
| Other Litigation | 1,365.00 |
| Asset Analysis and Recovery | 830.00 |
| Non-Willkie Retention Application Objections | 7,060.00 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER ▉▉▉
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER ▉▉▉
INTERNATIONAL SWIFT NUMBER ▉▉▉
REFERENCE ▉▉▉
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

| | |
|---|---:|
| Disbursements and Other Charges | 3,015.37 |
| **Total this Invoice** | $    1,627,777.37 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER: ███
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ███
INTERNATIONAL SWIFT NUMBER: ███
REFERENCE: ███
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**Spirit Airlines 2 Official Committee of Unsecured Creditors**

**Bankruptcy of Spirit Airlines**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. ******
Client/Matter No. 136708.00001
December 31, 2025

**FOR PROFESSIONAL SERVICES RENDERED**
through November 30, 2025 as set out in the
attached detail

| | | |
|---|---|---|
| Meetings and Communications with Creditors | $ | 128,368.00 |
| Non-Willkie Retention Applications | | 26,977.50 |
| Employee Benefits and Pensions | | 10,007.50 |
| Case Administration | | 60,623.50 |
| Assumption and Rejection of Leases and Contracts | | 29,062.00 |
| Schedules and Statements | | 18,847.50 |
| Other Motions / Applications | | 9,242.50 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  2
Bankruptcy of Spirit Airlines
Invoice No. ******
Client/Matter No. 136708.00001

Lien Investigation                                                    100,907.50

Business Operations                                                     7,481.50

First and Second Day Motions                                            1,642.50

Relief from Automatic Stay                                              5,030.00

Claims Administration and Objections                                   28,397.00

Budgeting (Case)                                                        4,092.50

Non-Willkie Fee Statements and Applications                            13,372.50

Plan and Disclosure Statement                                           3,605.00

Willkie Fee Statements and Applications                                11,522.00

Asset Disposition                                                      22,761.50

Avoidance Action Analysis                                                 780.00

Willkie Retention Application                                          11,600.00

Reporting                                                               2,147.50

Time Entry Review                                                      39,975.00

Spirit Airlines 2 Official Committee of Unsecured Creditors                Page  3
Bankruptcy of Spirit Airlines
Invoice No. ******
Client/Matter No. 136708.00001

Financing and Cash Collateral                                             11,203.50

Hearings                                                                  33,490.00

Disbursements and Other Charges                                            1,389.81

**Total this Invoice**                                          $        582,526.31

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page 4
Invoice No. ******
Client/Matter No. 136708.00001

## Bankruptcy of Spirit Airlines

### Asset Disposition

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/13/25 | P D | Review/analyze O'Hare gate assignment motion (.4); corr. with J. Graber re: same (.3). | 0.70 | $ 1,032.50 |
| 11/13/25 | J G | Review/analyze ORD sale motion (.6); corr. with P. Dalgarno re: same (.3). | 0.90 | 1,417.50 |
| 11/14/25 | P D | Corr. with Willkie team re: O'Hare gate assignment motion. | 0.10 | 147.50 |
| 11/14/25 | CAD | Correspondence w/ J. Graber regarding Debtors' motion to assign two airport gates at O'Hare to American (.1); review/analyze same (.3) and comments to proposed order (.2); correspondence w/ Willkie, Alton team regarding same (.2). | 0.80 | 1,560.00 |
| 11/15/25 | P D | Review/analyze revisions to O'Hare gate assignment motion (.1); review/analyze assignment agreement (.1); review/analyze declaration in support of same (.1); corr. with J. Graber re: comments to agreement and motion (.2). | 0.50 | 737.50 |
| 11/15/25 | J G | Review/analyze revised O' Hare gate sale motion and related pleadings (.3); corr. with Davis Polk team (.1) and Alton (.2) re: same; corr. with P. Dalgarno re: same (.2). | 0.80 | 1,260.00 |
| 11/16/25 | P D | Corr. with Willkie team re: revised motion, declaration, and assignment agreement re: O'Hare gates. | 0.10 | 147.50 |
| 11/16/25 | J G | Review/analyze American Airlines gate assignment order (.5); corr. with P. Dalgarno re: same (.2). | 0.70 | 1,102.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page 5
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/17/25 | T G | Review/analyze O'Hare gate sale motion (.6) and correspondence w/ Willkie team re: same (.3); correspondence w/ UCC advisors re: M&A process update (.2) and call w/ M. Burke (Pillsbury) re: same (.2). | 1.30 | 3,445.00 |
| 11/17/25 | JHB | Correspondence with T. Goren, P. Dalgarno and J. Graber re: O'Hare gate sale motion. | 0.50 | 1,037.50 |
| 11/17/25 | P D | Review/analyze final DIP order re: asset sale proceeds (.4); draft summary re: same (.3); corr. with Willkie team re: same re: ORD sale motion (.2). | 0.90 | 1,327.50 |
| 11/17/25 | CAD | Correspondence w/ Willkie, Alton teams regarding revised draft of Debtors' motion to approve sale of gates to American (.5); review/analyze same (.3); subsequent correspondence w/ Willkie, Alton teams regarding same and open questions (.5). | 1.30 | 2,535.00 |
| 11/17/25 | J G | Corr. with Willkie team re: ORD sale motion and related pleadings (.4); corr. with Davis Polk team re: same (.2); corr. with Paul Weiss and Debevoise teams re: schedule to Carlyle settlement motion (.2); corr. with Alton re: same (.1). | 0.90 | 1,417.50 |
| 11/18/25 | T G | Correspondence w/ Alton/Jefferies teams re: M&A process update. | 0.40 | 1,060.00 |
| 11/21/25 | T G | Call w/ L. Ryan (Alton) re: M&A status/bondholder discussions (.3) and follow-up correspondence w/ Willkie team re: same (.3). | 0.60 | 1,590.00 |
| 11/25/25 | T G | Review/analyze potential M&A proposal (.4); correspondence w/ UCC advisors re: same (.3); call w/ B. Miller re: same (.2) | 0.90 | 2,385.00 |
| 11/25/25 | B M | Call with T. Goren re: M&A proposal. | 0.20 | 559.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 6
Invoice No. ******
Client/Matter No. 136708.00001

**Subtotal - Asset Disposition**          **11.60**          **22,761.50**

## Assumption and Rejection of Leases and Contracts

| Date | Timekeeper | Description | Hours | | Amount |
|------|------------|-------------|-------|---|--------|
| 11/3/25 | CAD | Correspondence w/ M. Emanoil regarding Wilmington Trust limited objection to Debtors' section 1110(a) election regarding its aircraft/engines. | 0.10 | $ | 195.00 |
| 11/3/25 | P D | Corr. with Z. Charlton, M. Emanoil, J. Graber re: as entered rejection procedures, rejection, and section 1110 orders (.2); revise summary re: same (.2). | 0.40 | | 590.00 |
| 11/3/25 | M E | Corr. with Willkie team re: assumption and rejection procedures order, airport agreement rejection order; review/analyze objection to 1110(a) notice (.4); corr. with Willkie team, Alton team re: same (.2). | 1.00 | | 1,150.00 |
| 11/5/25 | CAD | Correspondence w/ M. Emanoil, L. Ryan (Alton) regarding revision to proposed second omnibus equipment lease rejection order. | 0.20 | | 390.00 |
| 11/5/25 | B M | Call with B. Parlin (Holland & Knight) regarding aircraft lease issues. | 0.40 | | 1,118.00 |
| 11/6/25 | M E | Corr. with Willkie, Alton teams re: section 1110(a) notice. | 0.10 | | 115.00 |
| 11/6/25 | M E | Corr. with Willkie, Alton teams re: section 1110(a) notice. | 0.60 | | 690.00 |
| 11/7/25 | CAD | Correspondence w/ M. Emanoil regarding section 1110(a) notice for equipment under RCF agreement. | 0.10 | | 195.00 |
| 11/7/25 | M E | Conduct research re: section 1110(a), application of post-petition interest. | 1.90 | | 2,185.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page  7
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/10/25 | P D | Corr. with J. Graber, Alton team re: revised schedule to Carlyle settlement order. | 0.10 | 147.50 |
| 11/10/25 | J G | Review/analyze section 1110(a) obligations re: interest payments (.5); corr. with L. Ryan (Alton), P. Dalgarno re: same (.2). | 0.70 | 1,102.50 |
| 11/11/25 | CAD | Correspondence w/ P. Dalgarno regarding revised proposed Carlyle 9019 settlement order (.1); review/analyze same (.2). | 0.30 | 585.00 |
| 11/12/25 | CAD | Correspondence w/ P. Dalgarno, Alton team regarding proposed order granting Carlyle 9019 motion. | 0.20 | 390.00 |
| 11/12/25 | J G | Review/analyze Carlyle settlement order revisions (.5); corr. with Willkie team re: same (.5). | 1.00 | 1,575.00 |
| 11/13/25 | CAD | Correspondence (.1) and discussion (.3) w/ Alton team regarding Debtors' Carlyle lease assumption motion. | 0.40 | 780.00 |
| 11/13/25 | P D | Attend call with Alton, Willkie teams re: Carlyle 9019 motion (.3); corr. with Willkie team re: same (.2). | 0.50 | 737.50 |
| 11/13/25 | T G | Call w/ Alton re: Carlyle resolution (.3); review/analyze Carlyle settlement documents (.5). | 0.80 | 2,120.00 |
| 11/13/25 | M E | Call with Alton team re: Carlyle lease assumption motion. | 0.30 | 345.00 |
| 11/13/25 | P D | Corr. with F. Curbelo re: entry of stipulations and orders re: lease assumptions (.2); review/revise summary re: same (.3). | 0.50 | 737.50 |
| 11/13/25 | J G | Prepare for (.1) and participate in (.3) call with Alton and Willkie teams re: outstanding debtor stipulations/Carlyle agreements. | 0.40 | 630.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page 8
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/14/25 | CAD | Correspondence w/ F. Curbelo regarding entered order approving section 1110(b) extensions (.1); review/analyze same (.1). | 0.20 | 390.00 |
| 11/17/25 | CAD | Correspondence w/ Willkie, Alton teams regarding proposed amendment of Carlyle lease terms. | 0.30 | 585.00 |
| 11/17/25 | T G | Review/analyze Debtors' lease rejection motion (.4); correspondence w/ Willkie team re: Carlyle lease assumption motion (.2); correspondence w/ E. Smith (Kaplan Kirsch) re: Orange County airport issues (.2). | 0.80 | 2,120.00 |
| 11/20/25 | CAD | Correspondence w/ Z. Charlton regarding entered stipulation and order extending section 1110(b) period for JSAI (.1); review/analyze same (.1); correspondence w/ Z. Charlton regarding entered second omnibus lease rejection order (.1); review/analyze same (.1). | 0.40 | 780.00 |
| 11/20/25 | P D | Corr. with Willkie team re: rejection and section 1110 orders (.2); revise summary re: same (.1). | 0.30 | 442.50 |
| 11/20/25 | J G | Corr. with Willkie team re: section 1110(b) stipulations (.2); revise summary re: same (.2). | 0.40 | 630.00 |
| 11/21/25 | CAD | Correspondence w/ Willkie team regarding Debtors' section 365(d)(4) extension motion (.3); review/analyze same (.2). | 0.50 | 975.00 |
| 11/21/25 | T G | Call w/ aircraft lessors re: engine return questions (.4) and correspondence w/ J. Ball (Debevoise) re: same (.2). | 0.60 | 1,590.00 |
| 11/22/25 | CAD | Correspondence w/ Willkie, Alton teams regarding proposed amendment of Debtors' lease w/ Carlyle. | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 9
Invoice No. ******
Client/Matter No. 136708.00001

| 11/22/25 | J G | Corr. with Alton (.1) and Debevoise (.1) re: Carlyle lease amendment. | 0.20 | 315.00 |
|---|---|---|---|---|
| 11/24/25 | T G | Calls (x2) w/ B. Parlin (Holland & Knight) re: lessor concerns (.4); call w/ Debevoise re: same (.7). | 1.10 | 2,915.00 |
| 11/25/25 | CAD | Review/analyze as-filed Debtors' lease rejection motion. | 0.10 | 195.00 |
| 11/26/25 | B M | Review/comment on the section 1110 agreements. | 0.70 | 1,956.50 |
| | | **Subtotal - Assumption and Rejection of Leases and Contracts** | **15.80** | **29,062.00** |

## Avoidance Action Analysis

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/18/25 | CAD | Correspondence w/ Willkie team regarding potential avoidance claims (.2); correspondence w/ Willkie, Davis Polk regarding mortgage re: same (.2). | 0.40 | $ | 780.00 |
| | | **Subtotal - Avoidance Action Analysis** | **0.40** | | **780.00** |

## Budgeting (Case)

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/5/25 | M E | Review/revise Willkie budget and staffing plan (.4); corr. with Willkie team re: same (.2). | 0.60 | $ | 690.00 |
| 11/6/25 | CAD | Review/revise current draft of Willkie budget for first interim fee period (.2); correspondence w/ M. Emanoil regarding same (.2). | 0.40 | | 780.00 |
| 11/6/25 | T G | Review/analyze draft 1st interim fee budget. | 0.40 | | 1,060.00 |
| 11/6/25 | M E | Review/revise Willkie budget and staffing plan (.1); corr. with Willkie team re: same (.1). | 0.20 | | 230.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  10
Invoice No. ******
Client/Matter No. 136708.00001

| 11/14/25 | M E | Corr. with M. Harris (AFA) re: Willkie budget and staffing plan. | 0.20 | 230.00 |
| 11/14/25 | J G | Corr. with M. Emanoil re: Willkie budget and staffing plan (.3); review/analyze same (.4). | 0.70 | 1,102.50 |
| | | **Subtotal - Budgeting (Case)** | **2.50** | **4,092.50** |

## Business Operations

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/4/25 | CAD | Correspondence w/ Willkie team regarding presentation for Committee on requirements of section 1113 of Bankruptcy Code (.3); review/analyze sane (.2). | 0.50 | $  975.00 |
| 11/5/25 | CAD | Review/analyze section 1113 presentation for Committee meeting (.2); correspondence w/ Alton, Willkie teams regarding same (.2). | 0.40 | 780.00 |
| 11/11/25 | CAD | Correspondence w/ D. Wikel (FTI) regarding variance and budget materials to be shared w/ Committee. | 0.10 | 195.00 |
| 11/11/25 | B M | Review/comment on the Debtors' business plan materials. | 0.50 | 1,397.50 |
| 11/12/25 | CAD | Correspondence w/ L. Ryan (Alton), M. Paykin (FTI) regarding updated 13 week cash flow forecast and scheduling call. | 0.20 | 390.00 |
| 11/24/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding business plan walk through and scheduling call. | 0.20 | 390.00 |
| 11/26/25 | B M | Review/comment on the Debtors' business plan materials from Alton. | 1.20 | 3,354.00 |
| | | **Subtotal - Business Operations** | **3.10** | **7,481.50** |

## Case Administration

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  11
Invoice No. ******
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 11/3/25 | CAD | Correspondence w/ L. Guido regarding docketing and calendar matters. | 0.10 | $ | 195.00 |
| 11/3/25 | L G | Review/analyze recent court filings (.4); update case calendar (.2) and corr. with Willkie team re same (.1). | 0.70 | | 455.00 |
| 11/3/25 | J G | Review/analyze upcoming dates, deadlines, and hearings (.9), various correspondence with Debtors regarding same (.6). | 1.50 | | 2,362.50 |
| 11/4/25 | T G | Call w/ Debtors' professionals re: M&A, fleet, case update (.4) and follow-up meeting w/ Willkie team re: same (.3). | 0.70 | | 1,855.00 |
| 11/4/25 | Z C | Attend call with Debtors' professionals re: fleet and financial update, examiner update. | 0.40 | | 460.00 |
| 11/4/25 | P D | Participate in call (partial) with Debtors' professionals re: sale process, examiner update, financial update. | 0.30 | | 442.50 |
| 11/4/25 | CAD | Correspondence w/ B. Miller, other Committee professionals regarding possible appointment of fee examiner (.2); correspondence w/ M. Emanoil regarding supplemental ordinary course professionals list (.1). | 0.30 | | 585.00 |
| 11/4/25 | F C | Prepare for (.1) and attend (.4) call w/ Debtors' professionals and UCC professionals re: fee and retention applications and financial update. | 0.50 | | 462.50 |
| 11/4/25 | JHB | Attend (partial) weekly Debtors' professionals call re: M&A, fleet, case update. | 0.30 | | 622.50 |
| 11/4/25 | J G | Prepare for (.2) and attend (.4) call with UCC professionals and Debtors' professionals re: upcoming hearing, lessor negotiations, outstanding motions. | 0.60 | | 945.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                  Page 12
Invoice No. ******
Client/Matter No. 136708.00001

| 11/5/25 | CAD | Review/analyze US Trustee letter denying request to appoint equity committee. | 0.10 | 195.00 |
|---------|-----|---|------|--------|
| 11/5/25 | J G | Review/analyze upcoming dates and deadlines, debtor filings, ongoing negotiations, and upcoming hearings (1.2); correspondence w/ Willkie (.3) and Davis Polk (.4) teams regarding same. | 1.90 | 2,992.50 |
| 11/6/25 | CAD | Correspondence w/ L. Guido regarding docketing and calendar matters. | 0.10 | 195.00 |
| 11/6/25 | F C | Prepare docket update summary on filed CNOs (.7); corr. with M. Emanoil and Z. Charlton re: same (.1); revise same (.6); corr. with Committee re: same (.5). | 1.90 | 1,757.50 |
| 11/6/25 | L G | Review/analyze recent court filings (.1); update case calendar (.2) and corr. with Willkie team re: same (.1). | 0.40 | 260.00 |
| 11/6/25 | J G | Corr. with Willkie team, UCC professionals re: CNOs of final retention proposed orders (.3); review/analyze agenda for upcoming hearing (.2); corr. with Willkie team re: same and case administration re: upcoming hearing (.3). | 0.80 | 1,260.00 |
| 11/7/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.5); various correspondence with Willkie team re: same (.6). | 1.10 | 462.00 |
| 11/10/25 | F C | Draft summary re: pleadings filed on docket (.6); corr. with M. Emanoil and Z. Charlton re: same (.2). | 0.80 | 740.00 |
| 11/10/25 | CAD | Correspondence w/ L. Guido regarding docketing and calendar updates. | 0.10 | 195.00 |
| 11/10/25 | T G | Correspondence w/ Examiner and advisors re: initial call (.2) and correspondence w/ Alix re: same (.2). | 0.40 | 1,060.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  13
Invoice No. ******
Client/Matter No. 136708.00001

| 11/10/25 | L G | Review/analyze recent court filings (.2); update case calendar (.2); and corr. with Willkie team re: same (.1). | 0.50 | 325.00 |
|---|---|---|---|---|
| 11/11/25 | T G | Call w/ Examiner and advisors re: case inquiries (.9) and follow-up correspondence w/ Willkie team re: same/next steps (.4); follow-up correspondence w/ Davis Polk re: same (.2). | 1.50 | 3,975.00 |
| 11/11/25 | L G | Follow-up corr. to Chambers re: entry of UCC's professionals' retention orders (.1); update case calendar (.1). | 0.20 | 130.00 |
| 11/11/25 | JHB | Attend (partial) call with examiner and counsel re: case inquiries. | 0.40 | 830.00 |
| 11/11/25 | J G | Prepare for (.2) and attend (.5) meeting with UCC professionals and Debtors professionals re: ongoing negotiations, cash flow forecasts; corr. with UCC professionals re: same (.4). | 1.10 | 1,732.50 |
| 11/11/25 | J G | Prepare for (.1) and attend (.9) meeting with examiner re: case inquiries, chapter 11 filings; corr. with Willkie team re: same (.3); corr. with Willkie team and debtors re: materials for examiner (.2). | 1.50 | 2,362.50 |
| 11/11/25 | M E | Attend meeting with Debtors' and UCC professionals re: operations, fleet. | 0.50 | 575.00 |
| 11/11/25 | M E | Attend meeting with examiner re: 2024 Spirit cases and inquiries (.9); meeting with Willkie team re: same (.1). | 1.00 | 1,150.00 |
| 11/11/25 | P D | Participate in call with Debtors' professionals re: sale process, Pratt status, labor update (partial). | 0.20 | 295.00 |
| 11/11/25 | B M | Prepare for (.1) and attend (.9) call with the Examiner to discuss the open investigation and the UCC's views on the issues; call with the Debtors to discuss business operation and the open fleet issues (.5). | 1.50 | 4,192.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  14
Invoice No. ******
Client/Matter No. 136708.00001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/25 | CAD | Participate in weekly call w/ Debtors' professionals (matters discussed -- discussions with Examiner; M&A update; Pratt status; labor update) (.5); correspondence w/ Willkie team regarding today's standing calls w/ Debtors' and Committee's professionals (.2); participate in call w/ Examiner and his advisors re Spirit 1 case (.9); correspondence w/ Willkie, Davis Polk teams regarding same and Examiner's request for information (.4); subsequent correspondence w/ Willkie team regarding same (.2). | 2.20 | 4,290.00 |
| 11/11/25 | F C | Prepare for (.3) and attend (.5) weekly call with Debtors' and Committee's professionals to discuss examiner appointment, M&A update, Pratt status; prepare for (.1) and attend (.9) meeting with UCC professionals andexaminer re: case inquiries. | 1.80 | 1,665.00 |
| 11/12/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding collection of documents requested by Examiner. | 0.40 | 780.00 |
| 11/12/25 | L G | Review/analyze recent court filings (.4); update case calendar (.2). | 0.60 | 390.00 |
| 11/12/25 | T G | Correspondence w/ Willkie team re: examiner questions. | 0.30 | 795.00 |
| 11/13/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding NDA signed by M. Heimowitz (Examiner) and production of documents to Examiner (.3); correspondence w/ Z. Charlton, M. Heimowitz regarding same (.2); correspondence w/ L. Guido regarding docket and calendar updates (.1). | 0.60 | 1,170.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page  15
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/13/25 | F C | Review/analyze entered 1110(b), Unifi, and Cindy Prance orders (.7); corr. with Z. Charlton and M. Emanoil re: same (.3); corr. with J. Graber and P. Dalgarno re: summaries of entered orders (.3). | 1.30 | 1,202.50 |
| 11/13/25 | L G | Corr. with Willkie team re docket developments (.1); call to Chambers re: status of entry of retention orders (.1). | 0.20 | 130.00 |
| 11/14/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.4); correspondence with Willkie team re: same (.1). | 0.50 | 210.00 |
| 11/17/25 | CAD | Correspondence w/ L. Guido regarding docketing and calendar matters. | 0.10 | 195.00 |
| 11/17/25 | L G | Review/analyze recent court filings (.1); corr. with Willkie team re same (.1). | 0.20 | 130.00 |
| 11/18/25 | T G | Call w/ Debtors' professionals re: pending motions, M&A update, financial update (.4) and follow-up meeting w/ Willkie team re: same (.3). | 0.70 | 1,855.00 |
| 11/18/25 | L G | Review/analyze recent court filings (.1); revise case calendar (.2) and corr. with Willkie team re: same (.1). | 0.40 | 260.00 |
| 11/18/25 | M E | Attend (partial) meeting with Debtors' professionals re: M&A update, ALPA agreement/ratification, upcoming motions. | 0.30 | 345.00 |
| 11/18/25 | CAD | Participate in weekly call w/ Debtors' professionals (matters discussed -- status of ALPA agreement/ratification; upcoming exclusivity motion; M&A update; other upcoming motions and hearing dates) (.4); correspondence w/ M. Emanoil regarding Debtors' notice of upcoming omnibus hearing dates (.1). | 0.50 | 975.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  16
Invoice No. ******
Client/Matter No. 136708.00001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/18/25 | JHB | Attend weekly Debtors' professional call re: pending motions, M&A update, financial update. | 0.40 | 830.00 |
| 11/18/25 | F C | Prepare for (.1) and attend (.4) weekly meeting w/ Debtors' professionals re: filed motions, bar date, process updates. | 0.50 | 462.50 |
| 11/18/25 | J G | Prepare for (.1) and attend meeting with Debtors' professionals and UCC professionals re: sale process, ongoing negotiations, and upcoming hearings (.4). | 0.50 | 787.50 |
| 11/19/25 | P D | Corr. with Davis Polk re: recent hearing transcripts. | 0.10 | 147.50 |
| 11/20/25 | CAD | Correspondence w/ L. Guido regarding calendar and docket developments. | 0.10 | 195.00 |
| 11/20/25 | L G | Review/analyze recent court filings (.1); update case calendar (.1) and corr. w/ Willkie team re: same (.1). | 0.30 | 195.00 |
| 11/21/25 | J Z | Review/analyze notices of appearance and pro hac vice applications (.1); correspondence with Willkie team re: same (.1). | 0.20 | 84.00 |
| 11/21/25 | L G | Review/analyze recent court filings. | 0.20 | 130.00 |
| 11/24/25 | CAD | Correspondence w/ L. Guido regarding docket and calendar updates. | 0.10 | 195.00 |
| 11/24/25 | L G | Corr. with Willkie team re: docket developments. | 0.10 | 65.00 |
| 11/25/25 | CAD | Prepare for (.1) and participate in (.4) weekly call w/ Debtors' professionals (matters re fleet update; M&A/stand-alone plan/capital raise update); correspondence w/ L. Guido regarding calendar and docket update (.1); correspondence w/ B. Miller regarding fee examiner request update (.1). | 0.70 | 1,365.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 17
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/25/25 | T G | Prepare for (.1) and attend (.4) call w/ Debtors' professionals re: M&A/plan process and fleet update; follow-up correspondence w/ Willkie team re: same (.3). | 0.80 | 2,120.00 |
| 11/25/25 | J G | Prepare for (.4) and attend meeting with Debtors' professionals and UCC professionals re: M&A/plan process and fleet update (.4); corr. with UCC professionals re: same (.2). | 1.00 | 1,575.00 |
| 11/25/25 | JHB | Attend weekly Committee call with Debtors' professionals re: M&A/plan process and fleet update. | 0.40 | 830.00 |
| 11/25/25 | L G | Review/analyze recent court filings (.3); update case calendar (.4) and provide updates to Willkie team (.1). | 0.80 | 520.00 |
| 11/25/25 | P D | Attend (partial) weekly call with Debtors' professionals, UCC professionals re: M&A developments. | 0.30 | 442.50 |
| 11/25/25 | M E | Attend meeting with Debtors' professionals re: M&A update. | 0.40 | 460.00 |
| 11/25/25 | B M | Prepare for (.1) and attend (.4) call with the Debtors' professionals to discuss the business plan presentation and case strategy. | 0.50 | 1,397.50 |
| 11/25/25 | F C | Participate in call w/ Debtors' professionals, Willkie, L. Szlezinger (Jefferies), L. Ryan (Alton) re: M&A, DIP milestones, extension applications. | 0.40 | 370.00 |
| 11/28/25 | CAD | Correspondence w/ B. Miller regarding discussion w/ Examiner's counsel and prospective report. | 0.10 | 195.00 |
| 11/28/25 | T G | Correspondence w/ Davis Polk and Willkie team re: examiner investigation. | 0.30 | 795.00 |
| | | **Subtotal - Case Administration** | **39.70** | **60,623.50** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                              Page  18
Invoice No. ******
Client/Matter No. 136708.00001

## Claims Administration and Objections

| Date | Timekeeper | Description | Hours | | Amount |
|------|------------|-------------|-------|---|--------|
| 11/12/25 | F C | Analyze bar date precedent from past airline cases (.7); draft comparison chart re: bar dates (1.0); corr. with Z. Charlton and M. Emanoil re: same (.2); revise same (.6); corr. with J. Graber and P. Dalgarno re: same (.4); further revise same (.5); corr. with J. Graber re: same (.4); further revise same (.5); corr. with Willkie team re: same (.5); corr. with N. Sosnick (Davis Polk) re: Committee's bar date proposal (.2). | 5.00 | $ | 4,625.00 |
| 11/12/25 | T G | Correspondence w/ Willkie team and Davis Polk re: bar date motion. | 0.40 | | 1,060.00 |
| 11/12/25 | J Z | Review/analyze precedent bar date motions from Azul, GOL, SAS, Aeromexico, Avianca, LATAM, and American Airlines (1.0); correspondence with Willkie team re: same (.1). | 1.10 | | 462.00 |
| 11/12/25 | Z C | Review/analyze Debtors' draft bar date motion (.4); corr. with J. Zervaki re: same (.3); corr. with F. Curbelo re: same (.1); review/revise summary of same (.4). | 1.20 | | 1,380.00 |
| 11/12/25 | CAD | Correspondence w/ N. Sosnick (Davis Polk) regarding timing for filing of Debtors' bar date motion (.1); review/analyze proposed general and governmental bar dates (.1); correspondence w/ Willkie team regarding same (.5); subsequent correspondence w/ Willkie, Davis Polk teams regarding same (.3). | 1.00 | | 1,950.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                        Page  19
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/12/25 | J G | Review/analyze bar date precedent (.8); review/revise proposed bar date order (.5); corr. with Willkie team re: same (.4); corr. with Davis Polk team re: same (.3). | 2.00 | 3,150.00 |
| 11/13/25 | T G | Call w/ D. Klein (Davis Polk) re: resolution of bar date motion issues (.2); correspondence w/ Willkie team re: same (.2). | 0.40 | 1,060.00 |
| 11/13/25 | J G | Corr. with N. Sosnick (Davis Polk) re: bar date motion (.1); corr. with T. Goren re: same (.1). | 0.20 | 315.00 |
| 11/14/25 | T G | Review/analyze draft bar date motion/order (.6) and correspondence w/ Willkie team re: same (.3). | 0.90 | 2,385.00 |
| 11/14/25 | J G | Review/analyze bar date materials (1.3); corr. with Z. Charlton re: same (.8). | 2.10 | 3,307.50 |
| 11/14/25 | Z C | Review/comment on Debtors' bar date motion/proposed order (.9); conduct research re: same (.7); corr. with J. Graber re: same (.3). | 1.90 | 2,185.00 |
| 11/14/25 | CAD | Correspondence w/ Willkie team regarding comments to proposed bar date order (.3); review/analyze same (.1); correspondence w/ Willkie, Davis Polk teams regarding same (.2) and further revised order (.2); correspondence w/ Willkie team, APLA/AFA regarding same (.2). | 1.00 | 1,950.00 |
| 11/17/25 | T G | Review/analyze revisions to bar date motion/proposed order. | 0.30 | 795.00 |
| 11/17/25 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding revised draft of Debtors' bar date motion (.2); review/analyze same (.2). | 0.40 | 780.00 |
| 11/17/25 | J G | Review/analyze bar date motion (.3); corr. with Willkie team (.2) and Davis Polk re: same (.1). | 0.60 | 945.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  20
Invoice No. ******
Client/Matter No. 136708.00001

| 11/18/25 | CAD | Correspondence w/ M. Emanoil, Willkie team regarding as-filed version of Debtors' bar date motion and proposed order. | 0.20 | | 390.00 |
| 11/18/25 | JHB | Correspondence with Willkie team re: bar date motion. | 0.30 | | 622.50 |
| 11/18/25 | M E | Review/analyze bar date motion (.6); corr. with Willkie team re: same (.3). | 0.90 | | 1,035.00 |
| | | **Subtotal - Claims Administration and Objections** | **19.90** | | **28,397.00** |

## Employee Benefits and Pensions

| **Date** | **Timekeeper** | **Description** | **Hours** | | **Amount** |
|---|---|---|---|---|---|
| 11/4/25 | T G | Review/revise summary of section 1113 process for UCC. | 0.40 | $ | 1,060.00 |
| 11/4/25 | JHB | Review/revise draft slide on section 1113 motion (.2); correspondence w/ P. Dalgarno re: same and comments (.1). | 0.30 | | 622.50 |
| 11/6/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding agreements in principle reached w/ ALPA and AFA. | 0.40 | | 780.00 |
| 11/6/25 | T G | Correspondence w/ Davis Polk re: labor deals (.3) and follow-up correspondence w/ Willkie team re: same (.3); review/analyze draft labor term sheets (.4). | 1.00 | | 2,650.00 |
| 11/6/25 | M E | Review/analyze union agreements in principle (.4); corr. with P. Dalgarno, J. Graber re: same (.2). | 0.60 | | 690.00 |
| 11/7/25 | CAD | Correspondence w/ Willkie team regarding labor deal reached w/ pilots and flight attendants unions (.2); review/analyze press release regarding same (.1). | 0.30 | | 585.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                  Page  21
Invoice No. ******
Client/Matter No. 136708.00001

| 11/7/25 | CAD | Correspondence w/ Willkie team, Committee regarding labor deal reached w/ pilots and flight attendants unions (.1) and attendant press release (.1). | 0.20 | | 390.00 |
|---------|-----|-------------|------|------|--------|
| 11/7/25 | T G | Correspondence w/ UCC members re: labor agreements (.3); review/analyze documents re: same (.4). | 0.70 | | 1,855.00 |
| 11/7/25 | M E | Corr. with UCC re: agreements in principle with AFA, ALPA. | 0.10 | | 115.00 |
| 11/7/25 | J G | Review/analyze settlement summary of AFA and ALPA labor issues (.5); corr. with Willkie team and UCC re: same (.3). | 0.80 | | 1,260.00 |
| | | **Subtotal - Employee Benefits and Pensions** | **4.80** | | **10,007.50** |

## Financing and Cash Collateral

| **Date** | **Timekeeper** | **Description** | **Hours** | | **Amount** |
|----------|----------------|-----------------|-----------|------|------------|
| 11/1/25 | CAD | Correspondence w/ Z. Charlton regarding entry of final DIP order. | 0.10 | $ | 195.00 |
| 11/4/25 | B M | Call with the Debtors to discuss the availability for the upcoming DIP draws (.4); review/comment on the DIP order and draw requirements (.4); draft memorandum regarding the upcoming DIP draws (.5). | 1.30 | | 3,633.50 |
| 11/6/25 | CAD | Correspondence w/ M. Paykin (FTI) regarding required reporting to Committee under final DIP order. | 0.10 | | 195.00 |
| 11/11/25 | J G | Review/analyze DIP requirements re: funding draws (.3); corr. with Willkie team re: same (.2). | 0.50 | | 787.50 |
| 11/11/25 | Z C | Corr. with J. Graber re: A&M financial projections re: DIP motion (.2); review/analyze same (1.3); corr. with Willkie team re: same (.1); corr. with Davis Polk team re: same (.3). | 1.90 | | 2,185.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  22
Invoice No. ******
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/13/25 | JHB | Correspondence with M. Emanoil re: DIP draws. | 0.10 | 207.50 |
| 11/13/25 | M E | Corr. with J. Burbage, J. Graber re: DIP draw conditions. | 0.20 | 230.00 |
| 11/13/25 | J G | Review/analyze DIP draw requirements (.4); corr. with Willkie team re: same (.2). | 0.60 | 945.00 |
| 11/13/25 | Z C | Review/analyze financial projections prepared by A&M re: DIP motion (.6); corr. with J. Graber re: same (.2); corr. with Examiner and Glenn Agre team re: same (.2); corr. with Willkie team re: same (.1). | 1.10 | 1,265.00 |
| 11/14/25 | CAD | Correspondence w/ M. Paykin (FTI), L. Ryan (Alton) regarding DIP/cash flow variance report (.2); correspondence w/ Willkie team regarding second-fourth DIP draw conditions (.1); review/analyze same (.2). | 0.50 | 975.00 |
| 11/20/25 | CAD | Correspondence w/ FTI, Alton teams regarding required reporting to Committee under final DIP order. | 0.30 | 585.00 |
| | | **Subtotal - Financing and Cash Collateral** | **6.70** | **11,203.50** |

## First and Second Day Motions

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/21/25 | CAD | Correspondence w/ K. Huckins (FTI) regarding required reporting to Committee under final critical vendors order. | 0.10 | $  195.00 |
| 11/24/25 | CAD | Correspondence w/ C. Carpenter (Davis Polk) regarding status of cash management/section 345(b) discussions w/ US Trustee. | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                  Page  23
Invoice No. ******
Client/Matter No. 136708.00001

| 11/25/25 | CAD | Correspondence w/ C. Carpenter (Davis Polk) regarding agreement reached w/ US Trustee on extension of statutory period to comply w/ section 345(b) of the Bankruptcy Code. | 0.20 | 390.00 |
|---|---|---|---|---|
| 11/25/25 | F C | Review/analyze cash management stipulation. | 0.30 | 277.50 |
| 11/26/25 | CAD | Correspondence w/ K. Huckins (FTI) regarding required reporting to Committee under final critical vendors order and final taxes order. | 0.20 | 390.00 |
| | | **Subtotal - First and Second Day Motions** | **1.00** | **1,642.50** |

## Hearings

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/6/25 | L G | Draft 11/10 omnibus hearing materials re: fleet filings and UCC retentions (1.7); coordinate registrations for same (.6). | 2.30 | $ | 1,495.00 |
| 11/6/25 | Z C | Review/analyze agenda for November 10 hearing (.3); corr. with L. Guido re: same (.1); corr. with J. Graber re: same (.3); corr. with Davis Polk team re: same (.2); corr. with UCC professionals re: hearing attendance and registration (.4); corr. with L. Guido re: same (.3); corr. with J. Graber re: same (.1); corr. with D. MacGreevey (AlixPartners) re: same (.1). | 1.80 | | 2,070.00 |
| 11/7/25 | L G | Revise 11/10 omnibus hearing materials re: fleet filings and UCC retentions. | 0.50 | | 325.00 |
| 11/9/25 | L G | Revise 11/10 omnibus hearing materials. | 0.70 | | 455.00 |
| 11/9/25 | T G | Correspondence w/ Willkie team re: 11/10 hearing. | 0.40 | | 1,060.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 24
Invoice No. ******
Client/Matter No. 136708.00001

| 11/9/25 | J G | Prepare for retention application hearing (2.5); corr. with Willkie team re: same (.4). | 2.90 | 4,567.50 |
|---|---|---|---|---|
| 11/10/25 | CAD | Prepare for (.3) and participate (virtually) in (.6) omnibus hearing to consider Debtors' aircraft-related motions and Committee professionals' retention applications; correspondence w/ M. Emanoil regarding same (.1) and summary (.1); review/analyze such summary (.1); correspondence w/ Z. Charlton, Committee professionals regarding same (.3). | 1.50 | 2,925.00 |
| 11/10/25 | T G | Prepare for (.6) and participate in (.6) hearing re: fleet filings and UCC professionals' retention applications. | 1.20 | 3,180.00 |
| 11/10/25 | JHB | Attend (partial) hearing re: Committee professionals' retention applications. | 0.50 | 1,037.50 |
| 11/10/25 | B M | Prepare for (1.9) and attend (.6) Omnibus Hearing before Judge Lane including the UCC professionals' retention applications and aircraft motions. | 2.50 | 6,987.50 |
| 11/10/25 | J G | Prepare for (1.9) and attend (.6) hearing re: UCC professionals' retention applications; corr. with Willkie team and UCC re: same (.2); corr. with UCC professionals re: same (.3). | 3.00 | 4,725.00 |
| 11/10/25 | P D | Prepare for (.3) and attend (.6) hearing re: UCC professionals' retention applications and fleet filings. | 0.90 | 1,327.50 |
| 11/10/25 | Z C | Corr. with UCC Professionals re: attendance at November 10 hearing and registration for same (.4); prepare for (.9) and attend (.6) hearing re: redaction motion, fleet motions, and UCC Professionals' retention applications. | 1.90 | 2,185.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  25
Invoice No. ******
Client/Matter No. 136708.00001

| 11/10/25 | M E | Prepare for (.4) and attend (.6) 11/10 hearing re: fleet filings and UCC professionals' retention applications. | 1.00 | 1,150.00 |
|---|---|---|---|---|
| | | **Subtotal - Hearings** | **21.10** | **33,490.00** |

## Lien Investigation

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/3/25 | A C | Call with J. Graber re: lien perfection check (.2); correspondence with Willkie team re: UCCs (.1). | 0.30 | $ | 345.00 |
| 11/4/25 | A C | Call with R. Mostek re: lien perfection check. | 0.20 | | 230.00 |
| 11/4/25 | RJM | Call with A. Chen re: UCC searches and lien perfection check review (.2); Review/comment on draft collateral review document (3.4). | 3.60 | | 6,660.00 |
| 11/5/25 | A C | Correspondence with Willkie team re: lien perfection check (.3); analyze perfection materials (.3); call with R. Mostek re: perfection check and ordering UCCs (1.8). | 2.40 | | 2,760.00 |
| 11/5/25 | WTE | Correspondence with Willkie team re: UCC lien investigation. | 0.10 | | 265.00 |
| 11/5/25 | RJM | Call with A. Chen re: UCC searches and perfection check review. | 1.80 | | 3,330.00 |
| 11/6/25 | A C | Correspondence with Willkie team re: UCCs re: Committee lien investigation. | 0.30 | | 345.00 |
| 11/6/25 | RJM | Correspondence with W. Eguchi re: review of perfection check and status thereof. | 0.20 | | 370.00 |
| 11/7/25 | RJM | Correspondence with J. Graber re: lien perfection check (0.2); review/comment on draft collateral review document (3.8). | 4.00 | | 7,400.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  26
Invoice No. ******
Client/Matter No. 136708.00001

| 11/7/25 | A C | Correspondence with Willkie team re: UCCs re: Committee lien investigation (.3); correspondence with R. Mostek re: status of perfection check (.1). | 0.40 | 460.00 |
|---------|-----|------|------|--------|
| 11/7/25 | J G | Corr. with Willkie finance team re: UCC lien investigation and inquiries. | 0.40 | 630.00 |
| 11/9/25 | A C | Correspondence with Willkie team re: UCCs re: Committee lien investigation (.3); review/comment on perfection check summary (3.0). | 3.30 | 3,795.00 |
| 11/9/25 | RJM | Correspondence with W. Eguchi re: lien perfection check re: UCC lien investigation (.1); review/comment on draft collateral review document (2.4). | 2.50 | 4,625.00 |
| 11/9/25 | WTE | Correspondence with R. Mostek re: lien perfection analysis. | 0.10 | 265.00 |
| 11/10/25 | A C | Correspondence with Willkie team re: lien perfection check and governing documents (.3); correspondence with Davis Polk re: Debtors' organizational documents re: same (.2); review/comment on perfection check summary (4.1); order UCCs (.3); call with R. Mostek re: perfection check (.8). | 5.70 | 6,555.00 |
| 11/10/25 | RJM | Review/comment on current draft of lien perfection check (.3); call with A. Chen re: perfection check and updates thereto (.8); correspondence with W. Eguchi re: perfection check and open items therein (.2); call with W. Eguchi re: same (.4). | 1.70 | 3,145.00 |
| 11/10/25 | P D | Corr. with A. Chen re: document requests for UCC lien investigation. | 0.10 | 147.50 |
| 11/10/25 | WTE | Correspondence w P. Dalgarno, A. Chen, Davis Polk re: organizational documents (.1); review/revise collateral review analysis (.9); call with R. Mostek re: same (.4). | 1.40 | 3,710.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 27
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/11/25 | A C | Correspondence with Willkie team re: lien perfection check and governing documents (.3); review/analyze debt documents and comments to perfection check summary (.6); order Florida UCCs (.2); corr. with Willkie team re: perfection check (1.5), calls with W. Eguchi re: perfection check (.1) and UCC lien investigation (.2). | 2.90 | 3,335.00 |
| 11/11/25 | RJM | Correspondence w/ Willkie team re: lien perfection check updates and status (.2); correspondence with W. Eguchi and A. Chen re: perfection check/review (.3); review/analyze updated perfection check documentation (.5). | 1.00 | 1,850.00 |
| 11/11/25 | WTE | Telephone call w/ A. Chen re: UCC lien investigation (.1); review/revise collateral review analysis (1.0); review/analyze relevant debt documents and lien searches (1.0); telephone call w/ A. Chen re: same (.2). | 2.30 | 6,095.00 |
| 11/12/25 | CAD | Correspondence w/ J. Graber, A. Chen regarding status of prepetition collateral/lien perfection review. | 0.30 | 585.00 |
| 11/12/25 | A C | Correspondence with Willkie team re: lien perfection check and governing documents (.8); correspondence with Davis Polk re: open diligence items (.3); review/analyze debt documents and comments to perfection check summary (1.0); call with W. Eguchi re: lien investigation next steps (.3). | 2.40 | 2,760.00 |
| 11/12/25 | RJM | Correspondence w/ Willkie team re: lien perfection check/updates (.1); review/analyze list of additional diligence requests (.1) and correspondence with W. Eguchi and A. Chen re: the same (.1). | 0.30 | 555.00 |
| 11/12/25 | J G | Corr. with Willkie team re: UCC lien investigation. | 0.30 | 472.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  28
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/12/25 | WTE | Continue review of lien perfection check analysis and related note and revolving credit documents. (3.4); correspondence with Willkie team re: summary of preliminary lien analysis (.3); telephone call with A. Chen re: next steps on lien review (.3); correspondence with Willkie team re: lien review analysis (.1); correspondence with A. Chen, R. Mostek re: collateral review - Open items (.1). | 4.20 | 11,130.00 |
| 11/13/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding diligence request list for Committee lien investigation. | 0.20 | 390.00 |
| 11/13/25 | A C | Correspondence with Davis Polk re: UCC lien investigation open diligence items. | 0.20 | 230.00 |
| 11/13/25 | RJM | Correspondence w/ Willkie team re: additional documentation requests re: UCC lien investigation. | 0.10 | 185.00 |
| 11/17/25 | WTE | Correspondence with A. Chen, J. Davis (Davis Polk) re: outstanding requests re: UCC lien investigation. | 0.10 | 265.00 |
| 11/17/25 | A C | Corr. with Willkie team re status of UCC lien investigation. | 0.10 | 115.00 |
| 11/17/25 | CAD | Correspondence w/ Willkie team regarding lien investigation update and presentation for Committee. | 0.30 | 585.00 |
| 11/17/25 | T G | Review/analyze summary of UCC lien investigation status (.4) and correspondence w/ Willkie team re: same (.2). | 0.60 | 1,590.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page 29
Invoice No. ******
Client/Matter No. 136708.00001

| 11/18/25 | A C | Correspondence with Davis Polk re: outstanding UCC lien investigation diligence (.2); correspondence with Willkie team re: presentation to UCC re: same (.2); review/analyze slides re: same (.3); correspondence with Willkie team re: comments to presentation (.1); call with W. Eguchi re: lien perfection check preliminary conclusions (.2). | 1.00 | 1,150.00 |
|---|---|---|---|---|
| 11/18/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding status of lien investigation diligence. | 0.20 | 390.00 |
| 11/18/25 | RJM | Correspondence w/ Willkie team re: additional documentation requests re: UCC lien investigation (.1); review/analyze additional documentation received from Davis Polk (.3). | 0.40 | 740.00 |
| 11/18/25 | T G | Review/revise presentation for UCC re: lien investigation update (.4); correspondence w/ Debtors and Willkie team re: same (.3). | 0.70 | 1,855.00 |
| 11/18/25 | P D | Draft summary for Committee re: lien investigation (2.4); corr. with Willkie team re: same (.3); revise same (.6). | 3.30 | 4,867.50 |
| 11/18/25 | WTE | Correspondence with Willkie team re: lien perfection review preliminary conclusions (.1); telephone call with A. Chen re: same (.2); review/revise draft of preliminary conclusions for Committee (.1). | 0.40 | 1,060.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  30
Invoice No. ******
Client/Matter No. 136708.00001

| 11/19/25 | A C | Correspondence with Davis Polk re: outstanding diligence for UCC lien investigation (.2); correspondence with Willkie team re: lien investigation presentation for UCC (.1); review/analyze slides re: same (.1); correspondence with Willkie team re: comments to presentation (.2); review/analyze underlying documents (.2); subsequent correspondence w/ Willkie team re: same (.1). | 0.90 | 1,035.00 |
|----------|-----|---|------|----------|
| 11/19/25 | CAD | Correspondence w/ Willkie team regarding lien investigation presentation to Committee (.2); review/analyze same (.2); correspondence w/ Willkie, Davis Polk teams regarding outstanding lien investigation diligence (.2). | 0.60 | 1,170.00 |
| 11/19/25 | T G | Review/analyze lien investigation update for UCC. | 0.40 | 1,060.00 |
| 11/19/25 | P D | Corr. with Willkie team re: mortgages in connection w/ UCC lien investigation. | 0.10 | 147.50 |
| 11/19/25 | RJM | Correspondence w/ Willkie team re: UCC lien investigation documentation. | 0.10 | 185.00 |
| 11/19/25 | WTE | Correspondence with Davis Polk, Willkie teams re: responses to lien perfection questions, mortgages (.1); review/analyze related materials from Davis Polk (.1); review/revise preliminary lien perfection conclusions (.3); correspondence with A. Chen, Davis Polk team re: follow-up diligence items (.2); review/revise draft of preliminary conclusions for Committee (.7); correspondence with Davis Polk, Willkie teams re: mortgage review (.1). | 1.50 | 3,975.00 |
| 11/20/25 | P D | Corr. with Willkie team re: mortgage analysis in connection w/ UCC lien investigation. | 0.10 | 147.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 31
Invoice No. ******
Client/Matter No. 136708.00001

| 11/21/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding update on lien investigation diligence. | 0.20 | 390.00 |
|---|---|---|---|---|
| 11/21/25 | A C | Correspondence with Davis Polk re: outstanding diligence re: UCC lien investigation (.2); corr. with Willkie team re: lien perfection check (.1). | 0.30 | 345.00 |
| 11/21/25 | P D | Corr. with Willkie team re: analysis of mortgage documents re: UCC lien investigation. | 0.40 | 590.00 |
| 11/21/25 | WTE | Corr. with Davis Polk, Willkie teams re: lien perfection responses. | 0.30 | 795.00 |
| 11/21/25 | F S | Review/analyze mortgage perfection and real property records in respect of lien priority matters. | 0.90 | 1,485.00 |
| 11/22/25 | A C | Revise lien perfection check summary. | 0.30 | 345.00 |
| 11/24/25 | A C | Correspondence with Willkie team re: lien perfection check. | 0.20 | 230.00 |
| 11/24/25 | M F | Review/analyze summary ofmortgages re: UCC lien investigation. | 0.40 | 830.00 |
| 11/25/25 | A C | Correspondence with Willkie team re: lien perfection check (.3); call with W. Eguchi re: next steps in lien investigation (.2); correspondence with Davis Polk re: same (.2); review/analyze related documents (.6). | 1.30 | 1,495.00 |
| 11/25/25 | WTE | Review/analyze final DIP order re: challenge period (.1); telephone call with A. Chen re: lien investigation next steps (.2); discussion with Willkie team re: lien investigation (.1); review/analyze account, mortgage and other materials from Davis Polk (.1). | 0.50 | 1,325.00 |
| 11/26/25 | A C | Correspondence with Willkie team re: lien perfection check. | 0.10 | 115.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page  32
Invoice No. ******
Client/Matter No. 136708.00001

|  | **Subtotal - Lien Investigation** | **58.40** | **100,907.50** |
|---|---|---|---|

## Meetings and Communications with Creditors

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/2/25 | F C | Draft Committee agenda for upcoming weekly meeting. | 0.50 | $ | 462.50 |
| 11/4/25 | F C | Draft Committee agenda for upcoming UCC meeting (.6); corr. with Z. Charlton and M. Emanoil re: same (.2). | 0.80 | | 740.00 |
| 11/4/25 | F C | Revise weekly UCC meeting agenda (.3); corr. with Committee re: same (.2); prepare for (.1) and attend (.2) UCC meeting w/ professionals re: agenda for upcoming Committee meeting; prepare for (.1) and attend (.2) UCC meeting w/ professionals re: agenda for upcoming Committee meeting. | 0.80 | | 740.00 |
| 11/4/25 | T G | Call w/ UCC professionals re: UCC call topics, case status (.2); review/revise agenda for UCC call (.2); correspondence w/ L. Ryan (Alton) re: cash flow report for UCC (.2). | 0.60 | | 1,590.00 |
| 11/4/25 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting discussing operations, labor negotiations, fleet and exit strategy. | 1.40 | | 3,913.00 |
| 11/4/25 | Z C | Prepare for (.2) and attend (.2) weekly UCC professionals call re: fleet and financial update, examiner update, agenda for weekly Committee meeting. | 0.40 | | 460.00 |
| 11/4/25 | P D | Draft overview of applicable law re: CBA rejection for Committee (1.2); review/revise same (.3); teleconf. with UCC professionals re: sale process, examiner update, financial update (.2). | 1.70 | | 2,507.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 33
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/4/25 | CAD | Correspondence w/ F. Curbelo regarding agenda for tomorrow's Committee meeting (.1); review/analyze same (.1). | 0.20 | 390.00 |
| 11/4/25 | JHB | Attend weekly Committee professionals' call re: M&A, fleet, case update. | 0.20 | 415.00 |
| 11/4/25 | J G | Attend meeting with UCC professionals re: upcoming hearing, lessor negotiations, outstanding motions (.2); corr. with Willkie team re: same (.3); review/revise agenda for upcoming UCC meeting (.2); review/revise materials for upcoming UCC meeting (.5); corr. with P. Dalgarno re: same (.2). | 1.40 | 2,205.00 |
| 11/5/25 | CAD | Prepare for (.2) and participate in (1.0) weekly Committee meeting (matters discussed -- upcoming DIP draw/labor negotiations; Committee professionals' retention applications; M&A update; Alton update); review/analyze Alton materials for such meeting (.2). | 1.40 | 2,730.00 |
| 11/5/25 | F C | Prepare for (.4) and attend (1.0) weekly UCC meeting re: DIP draw; labor negotiations; M&A update. | 1.40 | 1,295.00 |
| 11/5/25 | T G | Prepare for (.3) and participate on (1.0) Committee call re: DIP/labor negotiations, retention applications, financial update; follow-up discussion w/ Willkie team re: same (.4); review/analyze Alton materials for call (.6). | 2.30 | 6,095.00 |
| 11/5/25 | P D | Corr. with L. Ryan (Alton) re: materials for Committee meeting (.1); attend such meeting to discuss M&A update; DIP draw; labor update (1.0). | 1.10 | 1,622.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  34
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/5/25 | J G | Prepare for (.2) and attend UCC meeting re: M&A, retention applications, CBA negotiations (.5) (partial); corr. with Willkie team re: same (.2). | 0.90 | 1,417.50 |
| 11/5/25 | M E | Prepare for (.1) and attend (1.0) UCC meeting re: DIP draw, business operations. | 1.10 | 1,265.00 |
| 11/5/25 | JHB | Attend weekly Committee call re: DIP draw/labor negotiations, Committee professionals' retention applications, M&A update, Alton update. | 1.00 | 2,075.00 |
| 11/5/25 | Z C | Prepare for (.2) and attend (partial) (.8) weekly Committee meeting re: labor negotiations, Committee retention applications, M&A update, and fleet update. | 1.00 | 1,150.00 |
| 11/5/25 | B M | Prepare for (.3) and attend (1.0) the UCC meeting to discuss labor negotiations, Committee retention applications, M&A update, and fleet update. | 1.30 | 3,633.50 |
| 11/10/25 | F C | Draft weekly UCC meeting agenda. | 0.20 | 185.00 |
| 11/10/25 | M E | Corr. with UCC re: 11/10 omnibus hearing. | 0.20 | 230.00 |
| 11/11/25 | CAD | Participate in weekly call w/ Committee professionals (matters discussed -- recap of today's call w/ Debtors' professionals; M&A status and issues; cash flow issues). | 0.40 | 780.00 |
| 11/11/25 | T G | Call w/ Debtors' professionals re: Examiner discussions, M&A update, Pratt status, labor update (.5) and follow-up w/ Willkie team re: same (.3); Call w/ UCC professionals re: M&A status/issues, cash flow issues (.4); review/revise agenda for UCC call (.2). | 1.40 | 3,710.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  35
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/11/25 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting to discuss operations, labor agreements, fleet and exit strategy. | 1.30 | 3,633.50 |
| 11/11/25 | M E | Corr. with F. Curbelo re: weekly UCC meeting agenda. | 0.40 | 460.00 |
| 11/11/25 | P D | Attend call with UCC advisors re: sale process, Pratt status, labor update. | 0.30 | 442.50 |
| 11/11/25 | B M | Call with the UCC advisors regarding the Debtors' business plan. | 0.40 | 1,118.00 |
| 11/11/25 | CAD | Review/revise draft agenda for tomorrow's Committee meeting (.1); discussion (.1) and correspondence (.1) w/ Willkie team regarding same. | 0.30 | 585.00 |
| 11/11/25 | F C | Prepare for (.2) and attend (.4) weekly meeting with UCC professionals to discuss M&A/labor updates and agenda for UCC meeting. | 0.60 | 555.00 |
| 11/12/25 | CAD | Prepare for (.2) and participate in (1.1) weekly Committee meeting (matters discussed -- discussion w/ Examiner; labor negotiations update; M&A update; Alton update); review/analyze Alton materials for such meeting (.2). | 1.50 | 2,925.00 |
| 11/12/25 | F C | Prepare for (.5) and attend (1.1) weekly Committee meeting re: financial/M&A updates and general case status. | 1.60 | 1,480.00 |
| 11/12/25 | T G | Prepare for (.3) and participate on (1.1) Committee call re: discussion with Examiner, labor negotiations, M&A update, Alton update; review/analyze Alton materials for same (.6); follow-up discussion w/ Willkie team re: same (.4). | 2.40 | 6,360.00 |
| 11/12/25 | JHB | Attend (partial) weekly Committee meeting re: M&A/labor updates. | 0.50 | 1,037.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  36
Invoice No. ******
Client/Matter No. 136708.00001

| 11/12/25 | M E | Attend UCC meeting re: examiner, M&A process. | 1.10 | 1,265.00 |
|---|---|---|---|---|
| 11/12/25 | J G | Prepare for (.1) and attend (1.1) UCC meeting re: upcoming dates, discussions with Debtors, and M&A process. | 1.20 | 1,890.00 |
| 11/12/25 | Z C | Prepare for (.2) and attend (partial) (.7) Committee meeting re: examiner discussions, M&A update, fleet and financial update, and labor negotiations update. | 0.90 | 1,035.00 |
| 11/12/25 | B M | Preparation for (.2) and attendance at (1.1) the UCC meeting to discuss M&A/labor updates and examiner appointment; call with M. Edelman (Vedder) regarding aircraft lease issues (.4). | 1.70 | 4,751.50 |
| 11/17/25 | F C | Prepare agenda for weekly Committee meeting. | 0.50 | 462.50 |
| 11/18/25 | CAD | Participate in weekly call w/ Committee professionals (matters discussed -- recap of today's call w/ Debtors' professionals; M&A update; agenda for tomorrow's Committee meeting) (.2); debrief Willkie team regarding same (.2). | 0.40 | 780.00 |
| 11/18/25 | T G | Prepare for (.1) and participate in call w/ UCC advisors re: UCC call topics, M&A process, recap of call with Debtors' professionals (.2) and review/revise agenda for UCC call (.2). | 0.50 | 1,325.00 |
| 11/18/25 | P D | Attend call with UCC advisors re: M&A update, agenda for tomorrow's Committee meeting, recap of meeting with Debtors' professionals (.2); corr. with Willkie team re: same (.3). | 0.50 | 737.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                 Page  37
Invoice No. ******
Client/Matter No. 136708.00001

| 11/18/25 | F C | Review/revise agenda for upcoming Committee meeting (.3); correspond w/ J. Graber re: Committee meeting agenda (.1); correspond w/ L. Ryan (Alton) re: same (.1); correspond w/ Committee re: same (.2); correspond with L. Ryan (Alton) re: O'Hare gate assignment motion for Committee agenda (.2); correspondence w/ UCC re: M&A/labor updates (.3). | 1.20 | 1,110.00 |
|---|---|---|---|---|
| 11/18/25 | M E | Corr. with F. Curbelo re: UCC meeting agenda. | 0.20 | 230.00 |
| 11/18/25 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting to discuss operations, labor agreements, fleet and exit strategy. | 1.30 | 3,633.50 |
| 11/18/25 | M E | Attend (partial) meeting with Debtors' professionals re: M&A update, ALPA agreement/ratification, upcoming motions (.2); corr. with Willkie team re notice of upcoming hearing (.1). | 0.30 | 345.00 |
| 11/18/25 | CAD | Review/revise draft agenda for Committee meeting (.2); correspondence (.1) and discussion (.2) w/ Willkie team regarding same. | 0.50 | 975.00 |
| 11/18/25 | JHB | Prepare for (.1) and attend (.2) weekly Committee professionals' call re: M&A update, upcoming meeting with Committee. | 0.30 | 622.50 |
| 11/18/25 | F C | Prepare for (.1) and attend (.2) weekly Committee meeting with UCC professionals re: timelines and M&A/labor updates. | 0.30 | 277.50 |
| 11/18/25 | J G | Corr. with UCC professionals re: sale process, ongoing negotiations, and upcoming hearings (.3); review/analyze slides for upcoming UCC meeting (.6); corr. with Willkie team re: same (.3). | 1.20 | 1,890.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  38
Invoice No. ******
Client/Matter No. 136708.00001

| 11/18/25 | J G | Review/analyze agenda for upcoming UCC meeting (.2); corr. with Willkie team re: same (.1). | 0.30 | 472.50 |
|---|---|---|---|---|
| 11/19/25 | Z C | Prepare for (.2) and attend (partial) (.8) UCC meeting re: fleet and financial update, M&A update, bar date motion. | 1.00 | 1,150.00 |
| 11/19/25 | CAD | Prepare for (.2) and participate in (1.1) weekly Committee meeting (matters discussed -- bar date motion; lien investigation; M&A update; Alton update); debrief meeting w/ Willkie team regarding same (.2); review/analyze Alton materials for today's Committee meeting (.2). | 1.70 | 3,315.00 |
| 11/19/25 | CAD | Correspondence w/ F. Curbelo regarding agendas for Committee meetings. | 0.20 | 390.00 |
| 11/19/25 | T G | Prepare for (.1) and participate on (1.1) Committee call re: M&A/financial update; review/analyze Alton materials re: same (.6); follow-up discussion w/ Willkie team re: same (.4). | 2.20 | 5,830.00 |
| 11/19/25 | JHB | Attend (partial) Committee meeting re: M&A/labor updates. | 0.80 | 1,660.00 |
| 11/19/25 | P D | Attend Committee meeting re: M&A/labor updates (1.1); corr. with Committee re: lien investigation overview (.1). | 1.20 | 1,770.00 |
| 11/19/25 | F C | Prepare for (.1) and attend (1.1) weekly Committee meeting re: bar date motion, lien investigation, M&A, and Alton updates. | 1.20 | 1,110.00 |
| 11/19/25 | M E | Prepare for (.1) and attend (1.1) meeting with UCC re: fleet and financial update, M&A update, bar date motion. | 1.20 | 1,380.00 |
| 11/19/25 | J G | Prepare for (.1) and attend (1.1) UCC meeting re: fleet and financial update, M&A update, bar date motion. | 1.20 | 1,890.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  39
Invoice No. ******
Client/Matter No. 136708.00001

| 11/19/25 | J Z | Attend (partial) UCC call re: fleet financing, M&A update, next steps. | 1.00 | 420.00 |
|---|---|---|---|---|
| 11/19/25 | B M | Prepare for (.3) and attend (partial) (.8) UCC meeting to discuss M&A/labor/fleet updates; call with B. Parlin (Holland & Knight) regarding aircraft lease issues (.4); call with M. Edelman (Vedder) regarding aircraft lease issues (.4). | 1.90 | 5,310.50 |
| 11/24/25 | P D | Revise summary of removal, plan exclusivity, and lease rejection extension motions for Committee (.2); corr. with M. Emanoil re: same (.1). | 0.30 | 442.50 |
| 11/25/25 | F C | Review/analyze case calendar in preparation for Committee meeting (.5); draft agenda for 11/26 Committee meeting (.6); correspond w/ Z. Charlton and M. Emanoil re: same (.2); attend call w/ Willkie team, L. Ryan (Alton), L. Szlezinger (Jefferies) re: agenda for Committee meeting (.3); review/revise agenda for 11/26 Committee meeting (.2). | 1.80 | 1,665.00 |
| 11/25/25 | CAD | Participate in weekly call w/ Committee professionals (matters discussed -- recap of today's call w/ Debtors' professionals; M&A update; agenda for tomorrow's Committee meeting). | 0.30 | 585.00 |
| 11/25/25 | T G | Prepare for (.1) and participate in (.3) call with UCC advisors re: recap of today's call w/ Debtors' professionals; M&A update; agenda for tomorrow's Committee meeting; review/revise agenda for UCC call (.2); call w/ M. Burke (Pillsbury) re: case status (.2). | 0.80 | 2,120.00 |
| 11/25/25 | M E | Corr. with F. Curbelo re: UCC meeting agenda. | 0.20 | 230.00 |
| 11/25/25 | P D | Attend call with UCC advisors re: M&A/labor developments. | 0.30 | 442.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page  40
Invoice No. ******
Client/Matter No. 136708.00001

| Date | | Description | | |
|---|---|---|---|---|
| 11/25/25 | M E | Attend call with UCC professionals re: M&A/labor update. | 0.30 | 345.00 |
| 11/25/25 | B M | Prepare for (.1) and attend (.3) call with the UCC professionals regarding the business plan presentation. | 0.40 | 1,118.00 |
| 11/25/25 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting to discuss operations, labor agreements, fleet and exit strategy. | 1.20 | 3,354.00 |
| 11/26/25 | F C | Participate (partial) in weekly Committee meeting re: A&M update, Alton update, and potential examiner appointment. | 0.80 | 740.00 |
| 11/26/25 | CAD | Prepare for (.2) and participate in (.9) weekly Committee meeting (matters discussed -- M&A update; Alton update); review/analyze Alton materials for such meeting (.2). | 1.30 | 2,535.00 |
| 11/26/25 | P D | Attend weekly Committee meeting re: A&M update, Alton update, possible examiner appointment. | 0.90 | 1,327.50 |
| 11/26/25 | T G | Prepare for (.3) and participate in (.9) Committee call re: case process and financial update; review/analyze Alton materials re: same (.6); follow-up discussion w/ M. McGreal and M. Edelman (Vedder) re: Pratt update (.4); call w/ E. Smith (Kaplan Kirsch) re: DIP questions (.2). | 2.40 | 6,360.00 |
| 11/26/25 | M E | Attend weekly meeting with UCC re: A&M update, Alton update, possible examiner appointment. | 0.90 | 1,035.00 |
| 11/26/25 | JHB | Attend (partial) weekly Committee call re: A&M update, Alton update, possible examiner appointment. | 0.50 | 1,037.50 |
| 11/30/25 | T G | Correspondence w/ Davis Polk and Willkie team re: Debtors' management presentation to UCC. | 0.30 | 795.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 41
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | | |
|---|---|---|---|---|---|
| **Subtotal - Meetings and Communications with Creditors** | | | **69.70** | | **128,368.00** |

## Other Motions / Applications

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/3/25 | P D | Corr. with J. Graber, Z. Charlton, M. Emanoil re ordinary course professionals motion(.3); analyze same (.1). | 0.40 | $ | 590.00 |
| 11/3/25 | M E | Corr. with Willkie, Alton teams re: supplemental ordinary course professionals list. | 0.20 | | 230.00 |
| 11/3/25 | J G | Review/analyze revised ordinary course professionals list (.1); corr. with Willkie team re: same (.1). | 0.20 | | 315.00 |
| 11/4/25 | J G | Review/revise CNOs for motions to be heard at upcoming hearing (.5); corr. with Z. Charlton and Willkie team re: same (.3); corr. with various UCC professionals re: same (.8). | 1.60 | | 2,520.00 |
| 11/13/25 | CAD | Correspondence w/ Willkie, Davis Polk teams regarding draft of bar date motion and revised proposed bar date. | 0.40 | | 780.00 |
| 11/18/25 | J G | Review/analyze as-filed bar date and O'Hare gate assignment motions (.3); corr. with Willkie team re: same (.1). | 0.40 | | 630.00 |
| 11/21/25 | CAD | Correspondence w/ Willkie team regarding Debtors' motion to extend removal deadline (.2); review/analyze same (.2). | 0.40 | | 780.00 |
| 11/21/25 | JHB | Corr. with Willkie team re: analysis of section 365(d)(4) and exclusivity motions. | 0.20 | | 415.00 |
| 11/24/25 | M E | Review/analyze Debtors' lease rejection and removal extension motions. | 0.50 | | 575.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  42
Invoice No. ******
Client/Matter No. 136708.00001

| 11/25/25 | CAD | Review/analyze as-filed Debtors' motion to extend removal deadline. | 0.10 | 195.00 |
|---|---|---|---|---|
| 11/25/25 | F C | Review/analyze Debtors' section 365(d)(4) extension, removal extension, exclusivity extension, and cash management motions (1.0); correspond w/ Willkie team re: same (.2). | 1.20 | 1,110.00 |
| 11/25/25 | J G | Review/analyze cash management proposed final order, section 365(d)(4) extension motion, and exclusivity extension motion (.4); corr. with Willkie team re: same (.3). | 0.70 | 1,102.50 |
| | | **Subtotal - Other Motions / Applications** | **6.30** | **9,242.50** |

## Plan and Disclosure Statement

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | | <u>Amount</u> |
|---|---|---|---|---|---|
| 11/11/25 | CAD | Correspondence w/ A. Chen, Davis Polk team regarding exit notes security documents and governing documents. | 0.20 | $ | 390.00 |
| 11/21/25 | CAD | Correspondence w/ Willkie team regarding Debtors' motion to extend exclusivity deadline (.2); review/analyze same (.2). | 0.40 | | 780.00 |
| 11/21/25 | M E | Review/analyze Debtors' draft exclusivity motion (.4); corr. with J. Burbage re: same (.3). | 0.70 | | 805.00 |
| 11/23/25 | CAD | Correspondence w/ M. Emanoil regarding Debtors' plan exclusivity extension request and precedent. | 0.30 | | 585.00 |
| 11/23/25 | M E | Research exclusivity extension motions in airline cases (.2); corr. with J. Burbage re: same (.2). | 0.40 | | 460.00 |
| 11/25/25 | CAD | Review/analyze as-filed version of Debtors' motion to extend exclusivity. | 0.20 | | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 43
Invoice No. ******
Client/Matter No. 136708.00001

| 11/25/25 | CAD | Correspondence w/ B. Miller regarding discussions w/ Debtors' professionals regarding potential plan structure. | 0.10 | 195.00 |
|---|---|---|---|---|
| | | **Subtotal – Plan and Disclosure Statement** | **2.30** | **3,605.00** |

## Relief from Automatic Stay

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/6/25 | CAD | Correspondence w/ F. Curbelo regarding resolution of Unifi motion for stay relief. | 0.20 | $ | 390.00 |
| 11/6/25 | P D | Analyze Unifi stay relief motion CNO and related pleadings (.5); corr. with Willkie team re: same (.4). | 0.90 | | 1,327.50 |
| 11/6/25 | M E | Corr. with Willkie team re: Unifi stipulation. | 0.30 | | 345.00 |
| 11/6/25 | J G | Review/analyze Unifi stay relief agreement (.5); corr. with Willkie team re: same (.2). | 0.70 | | 1,102.50 |
| 11/14/25 | CAD | Correspondence w/ Willkie team re: entered stay relief stipulation between Debtors and Unifi (.1); review/analyze same (.1). | 0.20 | | 390.00 |
| 11/17/25 | F C | Review/analyze Greene motion for relief from stay (.4); corr. with Willkie team re: same (.4). | 0.80 | | 740.00 |
| 11/17/25 | M E | Corr. with F. Curbelo re: stay relief motion. | 0.30 | | 345.00 |
| 11/18/25 | CAD | Correspondence w/ F. Curbelo regarding G. Greene motion for stay relief regarding employment-related claims. | 0.20 | | 390.00 |
| | | **Subtotal – Relief from Automatic Stay** | **3.60** | | **5,030.00** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  44
Invoice No. ******
Client/Matter No. 136708.00001

## Reporting

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 11/18/25 | F C | Review/analyze Debtors' filed monthly operating reports. | 0.40 | $ | 370.00 |
| 11/19/25 | CAD | Correspondence w/ F. Curbelo, Alton team regarding Debtors' September 2025 monthly operating reports. | 0.20 | | 390.00 |
| 11/19/25 | F C | Review/analyze Debtors' monthly operating reports (1.2); correspond w/ C. Damast, M. Emanoil and Z. Charlton re: same (.3). | 1.50 | | 1,387.50 |
| | | **Subtotal - Reporting** | **2.10** | | **2,147.50** |

## Schedules and Statements

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 11/19/25 | CAD | Correspondence w/ F. Curbelo, Alix team regarding Debtors' as-filed Schedules and Statements of Financial Affairs. | 0.20 | $ | 390.00 |
| 11/19/25 | F C | Correspond w/ J. Graber re: Debtors' SOFAs and SOALs (.2); review/analyze individual Debtor dockets for remaining SOFAs and SOALs (.8); correspond w/ Willkie team re: same (.1); draft summaries re SOFA/SOALs (.6); correspond w/ Z. Charlton and M. Emanoil re: same (.1). | 1.80 | | 1,665.00 |
| 11/19/25 | L G | Analyze Debtors' schedules and statements (.5); review/analyze joint administration and case management orders in connection with same (.1); corr. with J. Graber and Z. Charlton re: same (.1). | 0.70 | | 455.00 |
| 11/20/25 | F C | Draft SOFAs/SOALs summary for Committee members. | 0.70 | | 647.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                   Page 45
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/21/25 | F C | Review/analyze Debtors' filed schedules and statements for Committee members. | 2.20 | 2,035.00 |
| 11/21/25 | T G | Correspondence w/ Alix team re: Debtors' SOFAs/SOALs. | 0.20 | 530.00 |
| 11/21/25 | Z C | Review/analyze the Debtors' filed schedules and statements (.8); corr. with F. Curbelo re: same (.2). | 1.00 | 1,150.00 |
| 11/22/25 | F C | Review/analyze Debtors' filed schedules and statements for Committee members (1.8); correspond w/ Z. Charlton re: same (.2). | 2.00 | 1,850.00 |
| 11/23/25 | F C | Update summaries of schedules and statements. | 1.50 | 1,387.50 |
| 11/25/25 | F C | Correspond w/ M. Emanoil and Z. Charlton re: SOFAs/SOALs summaries for Committee (.2); correspond w/ J. Graber and P. Dalgarno re: same (.1); update SOFAs/SOALs summaries (1.0). | 1.30 | 1,202.50 |
| 11/25/25 | P D | Review/analyze summary of schedules/SOFAs for UCC (1.3); corr. with F. Curbelo re: same (.1). | 1.40 | 2,065.00 |
| 11/25/25 | M E | Review/analyze Debtors' filed schedules and statements (.3); corr. with F. Curbelo re: same (.1). | 0.40 | 460.00 |
| 11/26/25 | CAD | Review/revise summaries of Committee member references in Debtors' schedules and statements (.4); correspondence w/ Willkie team regarding same and comments (.2). | 0.60 | 1,170.00 |
| 11/26/25 | F C | Review/analyze filed SOFAs and SOALs for Committee member appearance (1.3); revise summary of SOFAs and SOALs (1.5); correspond w/ Willkie team re: same (.5). | 3.30 | 3,052.50 |
| 11/26/25 | J G | Review/analyze SOFA/Schedules (.4); corr. with Willkie team re: same (.1). | 0.50 | 787.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  46
Invoice No. ******
Client/Matter No. 136708.00001

**Subtotal - Schedules and Statements**        **17.80**                **18,847.50**

## Non-Willkie Retention Applications

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 11/1/25 | CAD | Correspondence w/ Willkie team regarding Jefferies retention application/objection deadline. | 0.20 | $ | 390.00 |
| 11/1/25 | T G | Correspondence w/ Willkie team re: Jefferies retention. | 0.20 | | 530.00 |
| 11/1/25 | J G | Corr. with Davis Polk team and UCC advisors re: ongoing retention application negotiations. | 0.20 | | 315.00 |
| 11/3/25 | CAD | Correspondence w/ Willkie team regarding resolution of comments to Jefferies retention application (.3); correspondence w/ Willkie team regarding entry of Debtors' professionals' retention orders (.1). | 0.40 | | 780.00 |
| 11/3/25 | T G | Correspondence w/ D. Klein (Davis Polk) (.2), L. Szlezinger (Jefferies) (.3) and J. Rubin (Akin) (.1) re: Jefferies retention; correspondence w/ Willkie team re: status of UCC retention applications (.3). | 0.90 | | 2,385.00 |
| 11/3/25 | J G | Corr. with Chambers re: upcoming UCC retention application deadlines (.2); various corr. with Davis Polk and UCC professionals re: same (1.2); review/analyze CNO procedures re: retention applications (.2); corr. with Z. Charlton re: same (.2). | 1.80 | | 2,835.00 |
| 11/3/25 | Z C | Corr. with J. Graber re: Jefferies retention application (.2); draft certificates of no objection for UCC professionals' retention applications (1.1); corr. with J. Graber re: same (.2). | 1.50 | | 1,725.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  47
Invoice No. ******
Client/Matter No. 136708.00001

| 11/4/25 | CAD | Correspondence w/ J. Graber regarding revised proposed Jefferies retention order (.2); review/analyze same (.1) and correspondence w/ Dentons regarding same (.1); subsequent correspondence w/ J. Graber, B. Miller regarding revisions to other Committee professionals' retention orders (.2); correspondence w/ Willkie, Davis Polk teams regarding Committee professionals' revised proposed retention orders and CNOs (.2). | 0.80 | 1,560.00 |
|---------|-----|------|------|------|
| 11/4/25 | T G | Review/analyze final retention orders for UCC professionals and CNOs. | 0.40 | 1,060.00 |
| 11/4/25 | L G | Prepare CNOs for AlixPartners (.4) and Alton (.3) retention applications. | 0.70 | 455.00 |
| 11/4/25 | Z C | Review/revise Jefferies (.3) and AlixPartners (.3) retention applications; corr. with J. Graber re: same (.2); corr. with Willkie team re: certificates of no objection to UCC professionals' retention applications (.3); corr. with Willkie team re: Jefferies retention application (.4). | 1.50 | 1,725.00 |
| 11/4/25 | M E | Review/revise UCC professionals' retention CNOs (.9); corr. with M. Harris (AFA), Davis Polk team, UST re: same (.1). | 1.00 | 1,150.00 |
| 11/5/25 | Z C | Review/analyze Jefferies retention application (.4); review/revise certificate of no objection re: same (.3); corr. with J. Graber re: same (.1). | 0.80 | 920.00 |
| 11/6/25 | CAD | Correspondence w/ Z. Charlton, Willkie team, US Trustee regarding CNOs for Committee professionals' retention applications/next steps (.3); correspondence w/ Z. Charlton, Committee professionals regarding 11/10 hearing on retention applications (.3). | 0.60 | 1,170.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                         Page 48
Invoice No. ******
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 11/6/25 | JHB | Corr. with Willkie team re filing of CNOs for Committee professionals' retention applications. | 0.30 | 622.50 |
| 11/6/25 | Z C | Corr. with U.S. Trustee re: certificates of no objection to UCC professionals' retention application (.2); corr. with U.S. Trustee re: objection deadlines to Committee retention applications (.2); corr. with Willkie team re: same (.3). | 0.70 | 805.00 |
| 11/7/25 | L G | File CNOs for retention applications of AlixPartners (.2), Alton (.2), and Jefferies (.2); prepare letter to Chambers requesting entry of retention orders (.6). | 1.20 | 780.00 |
| 11/7/25 | T G | Review/analyze CNOs for UCC retention applications. | 0.20 | 530.00 |
| 11/7/25 | J G | Corr. with Willkie team re filing of CNOs for Committee professionals' retention applications. | 1.00 | 1,575.00 |
| 11/7/25 | Z C | Review/revise certificates of no objection to UCC Professionals' retention applications (.8); corr. with J. Graber re: same (.3); corr. with UCC professionals re: same (.3); corr. with L. Guido re: filing same (.3). | 1.70 | 1,955.00 |
| 11/10/25 | T G | Correspondence w/ UCC professionals re: retention hearing/order. | 0.40 | 1,060.00 |
| 11/24/25 | CAD | Correspondence w/ Alix, Willkie teams regarding Alix supplemental retention declaration (.2); correspondence w/ Willkie, Dentons teams regarding status of Committee professionals' retention orders (.2). | 0.40 | 780.00 |
| 11/24/25 | L G | File supplemental MacGreevey (Alix) retention declaration (.3); coordinate service of same (.1). | 0.40 | 260.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  49
Invoice No. ******
Client/Matter No. 136708.00001

| 11/24/25 | J G | Corr. with AlixPartners re: supplemental declaration in support of retention application (.2); corr. with Willkie and UCC professionals re: retention orders (.2). | 0.40 | 630.00 |
|---|---|---|---|---|
| 11/25/25 | CAD | Correspondence w/ Z. Charlton regarding entry of Committee professionals' retention orders. | 0.20 | 390.00 |
| 11/25/25 | L G | Prepare courtesy copies of supplemental MacGreevey (Alix) retention declaration for chambers (.2). | 0.20 | 130.00 |
| 11/25/25 | Z C | Corr. with Alton (.2), AlixPartners (.1), and Jefferies (.1) teams re: UCC professionals' retention orders. | 0.40 | 460.00 |
| | | **Subtotal - Non-Willkie Retention Applications** | **18.50** | **26,977.50** |

## Non-Willkie Fee Statements and Applications

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/3/25 | CAD | Correspondence w/ Z. Charlton, Committee professionals regarding entered interim compensation procedures order and timing for filing Committee professionals' first monthly fee statements. | 0.40 | $ | 780.00 |
| 11/3/25 | Z C | Corr. with C. Damast, UCC Professionals re: interim compensation procedures and monthly fee statements. | 0.40 | | 460.00 |
| 11/7/25 | CAD | Correspondence w/ M. Emanoil regarding Davis Polk first monthly fee statement. | 0.10 | | 195.00 |
| 11/7/25 | M E | Corr. with Willkie team re: Davis Polk monthly fee statement. | 0.20 | | 230.00 |
| 11/10/25 | P D | Review/revise summary of Debtors' professionals filed fee statements (.1); corr. with F. Curbelo re: same (.1). | 0.20 | | 295.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                 Page 50
Invoice No. ******
Client/Matter No. 136708.00001

| 11/10/25 | M E | Corr. with F. Curbelo re: debtors' advisors' fee statements. | 0.30 | 345.00 |
|---|---|---|---|---|
| 11/10/25 | F C | Review/analyze Debtors' professionals' monthly fee statements (.6); draft summary of same (.3). | 0.90 | 832.50 |
| 11/11/25 | CAD | Correspondence w/ F. Curbelo regarding Debtors' professionals' September 2025 monthly fee statements. | 0.10 | 195.00 |
| 11/13/25 | CAD | Discussion w/ B. Miller, Z. Charlton regarding other Committee professionals' October 2025 monthly fee statements. | 0.10 | 195.00 |
| 11/18/25 | CAD | Correspondence w/ Z. Charlton, Committee professionals regarding October 2025 monthly fee statements and timing. | 0.30 | 585.00 |
| 11/18/25 | Z C | Corr. with UCC professionals re: first monthly fee statement. | 0.40 | 460.00 |
| 11/19/25 | CAD | Correspondence w/ Z. Charlton regarding status of Jefferies' August-October monthly fee statement. | 0.10 | 195.00 |
| 11/21/25 | CAD | Correspondence w/ S. Schrag (Dentons), Z. Charlton regarding Alton monthly fee statements. | 0.20 | 390.00 |
| 11/21/25 | J G | Corr. with UCC professionals re: monthly fee statements. | 0.10 | 157.50 |
| 11/25/25 | CAD | Correspondence w/ S. Ruben (Dentons), Willkie team regarding Jefferies first consolidated monthly fee statement (.2); correspondence w/ Alix, Willkie teams regarding Alix first monthly fee statement (.2). | 0.40 | 780.00 |
| 11/25/25 | J G | Corr. with Willkie team re: UCC professionals' fee applications. | 0.30 | 472.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  51
Invoice No. ******
Client/Matter No. 136708.00001

| 11/25/25 | L G | File Jefferies first monthly fee statement (.6); corr. with Z. Charlton re: same (.1); coordinate service of same (.1). | 0.80 | 520.00 |
|---|---|---|---|---|
| 11/25/25 | Z C | Review/analyze AlixPartners monthly fee statement (.5); corr. with Willkie team re: same (.1); review/analyze Jefferies monthly fee statement (.3); corr. with L. Guido re: filing same (.3) | 1.20 | 1,380.00 |
| 11/26/25 | R S | Corr. w/ Willkie team re: AlixPartners October monthly fee statement (.2); review/revise same (.3); finalize AlixPartners fee statement for filing (2.0); corr. with Willkie team re: same (.5). | 3.00 | 1,455.00 |
| 11/26/25 | CAD | Review/revise draft of Alix September-October monthly fee statement (.2); correspondence w/ Willkie team regarding same (.2). | 0.40 | 780.00 |
| 11/26/25 | J G | Review UCC professionals' monthly fee statements (.3); corr. with Willkie team re: same (.3). | 0.60 | 945.00 |
| 11/26/25 | Z C | Corr. with S. Ruben (Dentons) re: fee guidelines (.2); review/analyze AlixPartners monthly fee statement (.4); corr. with Willkie team re: same (.4); corr. with L. Bonito (AlixPartners) re: same (.2); corr. with R. Sasso re: filing same (.3). | 1.50 | 1,725.00 |
| | | **Subtotal - Non-Willkie Fee Statements and Applications** | **12.00** | **13,372.50** |

## Willkie Retention Application

| **Date** | **Timekeeper** | **Description** | **Hours** | | **Amount** |
|---|---|---|---|---|---|
| 11/4/25 | L G | Draft CNO for Willkie retention application. | 0.40 | $ | 260.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page 52
Invoice No. ******
Client/Matter No. 136708.00001

| 11/4/25 | M E | Corr. with L. Guido, Z. Charlton, J. Graber re: Willkie retention application (.7). | 0.70 | 805.00 |
|---|---|---|---|---|
| 11/6/25 | T G | Review/analyze draft supplemental Willkie retention disclosure (.3) and correspondence w/ Willkie team re: same (.3). | 0.60 | 1,590.00 |
| 11/6/25 | Z C | Review/revise draft Miller declaration in support of Willkie retention application (.7); corr. with Willkie team re: same (.2); corr. with Willkie team re: certificate of no objection to Willkie retention application (.3). | 1.20 | 1,380.00 |
| 11/7/25 | CAD | Correspondence w/ Z. Charlton regarding CNO regarding Willkie retention application. | 0.10 | 195.00 |
| 11/7/25 | L G | File CNO for Willkie retention application. | 0.20 | 130.00 |
| 11/10/25 | T G | Review/revise supplemental B. Miller retention declaration for filing. | 0.20 | 530.00 |
| 11/10/25 | J G | Draft supplemental declaration in support of Willkie retention (.3); corr. with Willkie team re: same (.2). review/analyze notices of appearance re: same (.2); corr. with Willkie team re: same (.2). | 0.90 | 1,417.50 |
| 11/11/25 | M E | Review/analyze notices of appearance re: Willkie supplemental retention declaration (.5); corr. with J. Graber re: same (.2). | 0.70 | 805.00 |
| 11/13/25 | L G | Review/analyze Willkie retention application disclosures. | 0.50 | 325.00 |
| 11/13/25 | M E | Review/revise supplemental declaration in support of Willkie retention application (.5); corr. with Willkie team re same (.1). | 0.60 | 690.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  53
Invoice No. ******
Client/Matter No. 136708.00001

| 11/13/25 | J G | Review/analyze supplemental declaration in support of Willkie retention application (.5); corr. with Willkie team re: same (.3). | 0.80 | 1,260.00 |
|---|---|---|---|---|
| 11/15/25 | M E | Corr. with Willkie team re: Willkie retention application/supplemental declaration. | 0.30 | 345.00 |
| 11/15/25 | J G | Corr. with Willkie team re: notice of appearances re: Willkie supplemental retention declaration. | 0.10 | 157.50 |
| 11/17/25 | M E | Review/revise supplemental B. Miller declaration in support of Willkie retention. | 0.40 | 460.00 |
| 11/17/25 | L G | Review/analyze Willkie supplemental retention disclosures. | 0.30 | 195.00 |
| 11/17/25 | J G | Review/revise supplemental Willkie declaration in support of retention (.2); corr. with Willkie team re: Willkie retention order (.2). | 0.40 | 630.00 |
| 11/25/25 | CAD | Correspondence w/ Z. Charlton regarding entry of Willkie retention order. | 0.10 | 195.00 |
| 11/25/25 | Z C | Corr. with Willkie team re: Willkie retention order. | 0.20 | 230.00 |
| | | **Subtotal - Willkie Retention Application** | **8.70** | **11,600.00** |

## Willkie Fee Statements and Applications

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/11/25 | CAD | Correspondence w/ Willkie team regarding Willkie October 2025 monthly fee statement/timing (.2); subsequent correspondence w/ Z. Charlton regarding same (.2). | 0.40 | $ 780.00 |
| 11/11/25 | Z C | Corr. with Willkie team re: Willkie first monthly fee statement. | 0.60 | 690.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 54
Invoice No. ******
Client/Matter No. 136708.00001

| 11/13/25 | CAD | Corr. w/ Willkie team regarding Willkie October 2025 monthly fee statement. | 0.10 | 195.00 |
|---|---|---|---|---|
| 11/19/25 | CAD | Correspondence w/ Z. Charlton regarding Willkie September-October 2025 monthly fee statement. | 0.20 | 390.00 |
| 11/19/25 | CAD | Correspondence w/ Willkie team regarding Willkie September-October 2025 monthly fee statement. | 0.20 | 390.00 |
| 11/19/25 | J Z | Prepare Willkie first monthly fee statement (1.5); correspondence with Willkie team re same (.1). | 1.60 | 672.00 |
| 11/19/25 | L G | Review/analyze federal rules and local rules re: Willkie monthly fee statement (.3); corr. with J. Graber and Z. Charlton re: same (.1). | 0.40 | 260.00 |
| 11/20/25 | CAD | Correspondence w/ Willkie team regarding Willkie September-October monthly fee statement. | 0.20 | 390.00 |
| 11/21/25 | M E | Prepare Willkie first monthly fee statement (2.9); corr. with Willkie team re: same (.2). | 3.10 | 3,565.00 |
| 11/23/25 | CAD | Review/revise draft of Willkie first (September-October) monthly fee statement (.6); correspondence w/ M. Emanoil regarding same and comments/next steps (.2). | 0.80 | 1,560.00 |
| 11/23/25 | M E | Review/revise Willkie first monthly fee statement (.3); corr. with Willkie team re: same (.2). | 0.50 | 575.00 |
| 11/24/25 | CAD | Correspondence w/ Willkie team regarding sign off on Willkie September-October monthly fee statement. | 0.20 | 390.00 |
| 11/25/25 | M E | Review/revise Willkie first monthly fee statement (.2); corr. w/ Willkie team re: same (.4). | 0.60 | 690.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page 55
Invoice No. ******
Client/Matter No. 136708.00001

| 11/25/25 | CAD | Correspondence w/ Willkie team re finalizing/filing Willkie September-October 2025 monthly fee statement. | 0.20 | 390.00 |
|---|---|---|---|---|
| 11/25/25 | L G | Finalize Willkie's first monthly fee statement (.3); file (.5) and coordinate service (.1) of same. | 0.90 | 585.00 |
| | | **Subtotal - Willkie Fee Statements and Applications** | **10.00** | **11,522.00** |

## Time Entry Review

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/5/25 | T G | Correspondence w/ Dentons re: Jefferies retention. | 0.20 | $  530.00 |
| 11/6/25 | Z C | Corr. with M. Harris (AFA) re: Jefferies retention application. | 0.20 | 230.00 |
| 11/12/25 | L G | Review/revise September/October time records for compliance with US Trustee guidelines. | 7.80 | 5,070.00 |
| 11/13/25 | L G | Review/revise September/October time records for compliance with US Trustee guidelines. | 6.50 | 4,225.00 |
| 11/14/25 | L G | Review/revise September/October time records for compliance with US Trustee guidelines. | 6.20 | 4,030.00 |
| 11/17/25 | Z C | Review/revise August-October time detail. | 1.90 | 2,185.00 |
| 11/18/25 | Z C | Review/revise August - October time detail. | 5.20 | 5,980.00 |
| 11/19/25 | Z C | Review/revise Spirit August - October time detail (3.3); corr. with C. Damast re: same (.2); corr. with K. Jaipersaud re: same (.2). | 3.70 | 4,255.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  56
Invoice No. ******
Client/Matter No. 136708.00001

| 11/20/25 | CAD | Review/revise Willkie time entries for first monthly fee statement (September-October) (6.0); correspondence w/ Z. Charlton, Willkie team regarding same and comments/next steps (.2). | 6.20 | 12,090.00 |
|----------|-----|---|------|-----------|
| 11/20/25 | Z C | Review/analyze October time entries (.9); corr. with C. Damast re: same (.1); corr. with K. Jaipersaud re: same (.2). | 1.20 | 1,380.00 |
| | | **Subtotal - Time Entry Review** | **39.10** | **39,975.00** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                              Page  57
Invoice No. ******
Client/Matter No. 136708.00001

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| JAMES H. BURBAGE | 7.00 | $ | 2,075.00 | $ | 14,525.00 |
| TODD GOREN | 35.20 | | 2,650.00 | | 93,280.00 |
| MELISSA FISCHETTI | 0.40 | | 2,075.00 | | 830.00 |
| WESTON T. EGUCHI | 10.90 | | 2,650.00 | | 28,885.00 |
| BRETT MILLER | 19.70 | | 2,795.00 | | 55,061.50 |
| CRAIG A. DAMAST | 46.60 | | 1,950.00 | | 90,870.00 |
| MISHA EMANOIL | 27.00 | | 1,150.00 | | 31,050.00 |
| JESSICA GRABER | 45.90 | | 1,575.00 | | 72,292.50 |
| ALICE CHEN | 22.30 | | 1,150.00 | | 25,645.00 |
| FEDERICO CURBELO | 41.80 | | 925.00 | | 38,665.00 |
| ZACHARY CHARLTON | 38.80 | | 1,150.00 | | 44,620.00 |
| FREDERICK SWANSTRUM | 0.90 | | 1,650.00 | | 1,485.00 |
| ROBERT J. MOSTEK | 15.70 | | 1,850.00 | | 29,045.00 |
| PHILIP DALGARNO | 19.10 | | 1,475.00 | | 28,172.50 |
| ROHAN SASSO | 3.00 | | 485.00 | | 1,455.00 |
| LAURA GUIDO | 35.30 | | 650.00 | | 22,945.00 |
| Joanna Zervaki | 5.50 | | 420.00 | | 2,310.00 |

| Disbursements and Other Charges | | Amount |
|---|---|---|
| Data Acquisition - Westlaw | $ | 992.94 |
| Taxi, Car Service, & Parking | | 289.72 |
| Teleconferencing | | 107.15 |

| | | |
|---|---|---|
| Professional Fees | $ | 581,136.50 |
| Disbursements and Other Charges | | 1,389.81 |
| **Total this Invoice** | $ | 582,526.31 |

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

**Spirit Airlines 2 Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. ******
Client/Matter No. 136708.00001
December 31, 2025

**Bankruptcy of Spirit Airlines**

Remit To:

    Willkie Farr & Gallagher LLP
    787 Seventh Avenue, 37th Floor
    New York, NY 10019-6099
    Attention: Accounts Receivable

## FOR PROFESSIONAL SERVICES RENDERED
through November 30, 2025

| | | |
|---|---|---:|
| Meetings and Communications with Creditors | $ | 128,368.00 |
| Non-Willkie Retention Applications | | 26,977.50 |
| Employee Benefits and Pensions | | 10,007.50 |
| Case Administration | | 60,623.50 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER: ▮
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ▮
INTERNATIONAL SWIFT NUMBER: ▮
REFERENCE: ▮ 1
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

| | |
|---|---|
| Assumption and Rejection of Leases and Contracts | 29,062.00 |
| Schedules and Statements | 18,847.50 |
| Other Motions / Applications | 9,242.50 |
| Lien Investigation | 100,907.50 |
| Business Operations | 7,481.50 |
| First and Second Day Motions | 1,642.50 |
| Relief from Automatic Stay | 5,030.00 |
| Claims Administration and Objections | 28,397.00 |
| Budgeting (Case) | 4,092.50 |
| Non-Willkie Fee Statements and Applications | 13,372.50 |
| Plan and Disclosure Statement | 3,605.00 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER: ███
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ███
INTERNATIONAL SWIFT NUMBER: ███
REFERENCE: ███
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

| | |
|---|---:|
| Willkie Fee Statements and Applications | 11,522.00 |
| Asset Disposition | 22,761.50 |
| Avoidance Action Analysis | 780.00 |
| Willkie Retention Application | 11,600.00 |
| Reporting | 2,147.50 |
| Time Entry Review | 39,975.00 |
| Financing and Cash Collateral | 11,203.50 |
| Hearings | 33,490.00 |
| Disbursements and Other Charges | 1,389.81 |
| **Total this Invoice** | $   582,526.31 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER: ███
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER ███
INTERNATIONAL SWIFT NUMBER: ███
REFERENCE: ███
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.