Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271

*Proposed Counsel to Fee Examiner David M. Klauder, Esquire*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| | |
| In re: | Chapter 11 |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | Case No. 25-11897 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING THE APPLICATION OF FEE EXAMINER, PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BIELLI & KLAUDER, LLC AS COUNSEL TO THE FEE EXAMINER, *NUNC PRO TUNC* TO THE APPOINTMENT DATE**

Pursuant to 28 U.S.C. § 1746, rule 9013-3 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), and the *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 61] (the "Case Management Order"), Bielli & Klauder, LLC ("BK") proposed counsel to David M. Klauder, Esquire as Fee Examiner (the "Fee Examiner") in the above captioned Chapter 11 cases, hereby certifies as follows:

1. On January 6, 2026, BK filed the *Application of Fee Examiner, Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rules 2014-1 and 2016-1, for the Entry of an Order Authorizing the Retention and Employment of*

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

*Bielli & Klauder, LLC as Counsel to the Fee Examiner, Nunc Pro Tunc to the Appointment Date* [Docket No. 663] (the "Retention Application").

2. Objections to the Retention Application were due no later than January 14, 2026 (the "Objection Deadline").

3. As of the filing of this certificate, to the best of my knowledge, no objection or other responsive pleading to the Retention Application has been (a) filed with the Court on the docket of the above-captioned chapter 11 cases or (b) served on the Fee Examiner or his counsel.

4. The Retention Application was filed and served in accordance with the Case Management Order.

5. Accordingly, the Fee Examiner respectfully request that the Court enter the Proposed Order, a copy of which is attached hereto as **Exhibit A**, granting the Retention Application.

Dated: January 16, 2026              **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Proposed Counsel to Fee Examiner*
*David M. Klauder, Esquire*