Objection Deadline:  February 12, 2026 @ 4:00 p.m. (ET)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Spirit Aviation Holdings, Inc., *et al.,*[1] | Case No. 25-11897 (SHL) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE PERIOD FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case:** | **Financial Advisor to the Official Committee of Unsecured Creditors** | |
| **Date of Employment Order:** | **November 25, 2025 effective as of September 19, 2025 [Docket No. 502]** | |
| **Time period covered by this Fee Statement:** | **Beginning of Period** | **End of Period** |
| | **December 1, 2025** | **December 31, 2025** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this Fee Statement:** | **$187,560.40 (80% of $234,450.50)** | |
| **Total expenses requested in this Fee Statement:** | **$0.00** | |
| **Total fees and expenses requested in this Fee Statement:** | **$187,560.40** | |
| **Blended hourly rate for professionals:** | **$1,108.51** | |
| **This is a(n):   _X_ Monthly Application ___ Interim Application ___ Final Application** | | |

---

[1]    The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David MacGreevey | Partner & Managing Director | $1,460 | 8.4 | $ 12,264.00 |
| Kathryn B McGlynn | Partner & Managing Director | $1,415 | 24.1 | 34,101.50 |
| Patrick Hoban | Partner & Managing Director | $1,350 | 59.0 | 79,650.00 |
| Eric Deichmann | Director | $1,150 | 3.3 | 3,795.00 |
| Kaitlyn Sundt McClarren | Director | $715 | 0.6 | 429.00 |
| Thomas G Prince | Senior Vice President | $950 | 49.5 | 47,025.00 |
| Christopher Cuomo | Senior Vice President | $910 | 46.7 | 42,497.00 |
| Chase Hood | Senior Vice President | $850 | 11.6 | 9,860.00 |
| Brooke Filler | Senior Vice President | $605 | 0.6 | 363.00 |
| Lisa Marie Bonito | Vice President | $580 | 7.7 | 4,466.00 |
| **Total Hours and Fees for Professionals** | | | **211.5** | **$ 234,450.50** |
| Less: 20% Holdback | | | | (46,890.10) |
| **Total Fees for Professionals Less Holdback** | | | | **$ 187,560.40** |

**Average Billing Rate**                  $       1,108.51

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

| Code | Matter Category | Hours | Fees |
|------|----------------|-------|------|
| 1.1 | Planning, Coordination and Case Management | 4.6 | $ 5,532.50 |
| 1.2 | Meetings & Communication with UCC and Creditors | 20.5 | 26,300.00 |
| 1.3 | Preparation of Committee Presentations | 19.2 | 19,988.50 |
| 1.4 | Meetings & Communication with Debtors | 10.0 | 12,295.50 |
| 1.6 | DIP Financing and Cash Collateral | 2.7 | 3,645.00 |
| 1.7 | Liquidity and Cash Management | 5.5 | 7,782.50 |
| 1.9 | Business and Strategic Plan | 16.8 | 22,680.00 |
| 1.11 | Financial and Other Diligence | 61.5 | 66,319.50 |
| 1.12 | Other Motions and Related Objections | 0.4 | 540.00 |
| 1.14 | Claims Analysis | 3.9 | 3,635.00 |
| 1.16 | Liquidation Analysis | 26.1 | 29,353.50 |
| 1.18 | Court Hearings and Status Conferences | 2.8 | 3,890.50 |
| 1.19 | Retention Applications & Relationship Disclosures | 0.5 | 730.00 |
| 1.20 | Fee Applications & Fee Statements | 10.9 | 7,515.00 |
| 1.22 | Intercompany & Waterfall Analysis | 26.1 | 24,243.00 |
| | **Total Hours & Fees By Matter Category Before Holdback** | **211.5** | **$ 234,450.50** |

Average Billing Rate $ 1,108.51

AlixPartners, LLP ("AlixPartners"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors (the "Debtors"), hereby submits its third monthly fee statement (the "Fee Statement") seeking compensation for professional services rendered and reimbursement of out-of-pocket expenses for the period from December 1, 2025 through December 31, 2025 (the "Compensation Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 387] (the "Interim Compensation Order") and the *Order Authorizing the Official Committee of Unsecured Creditors to Employ and Retain AlixPartners, LLP as its Financial Advisor Effective as of September 19, 2025* [Docket No. 502].

The Interim Compensation Order provides that twenty (20) days after the filing of this Fee Statement (the "Objection Deadline"), the Debtors are authorized and directed to pay AlixPartners 80% of the professional fees and 100% of the out-of-pocket expenses requested in this Fee Statement, with the exception of any fees and/or expenses subject to an objection.

Detailed descriptions of the services performed by each professional, organized by matter category and by date, and the hours of services provided (in tenths of an hour) during the Compensation Period are attached hereto as **Exhibit A**.

**WHEREFORE**, AlixPartners, as financial advisor to the Committee, respectfully requests:  (i) an allowance of compensation for professional services in the amount of $234,450.50 for the Compensation Period; (ii) that, upon expiration of the Objection Deadline, the Debtors are authorized and directed to pay AlixPartners professional fees in the amount of $187,560.40 (80% of $234,450.50); and (iii) such other and further relief as this Court deems proper.

Dated:  January 23, 2026                    ALIXPARTNERS, LLP
                                            909 Third Avenue, 28th Floor
                                            New York, New York 10022


                                            */s/ David MacGreevey*
                                            By:  David MacGreevey
                                                    Partner & Managing Director

## Exhibit A

**Detailed Description of AlixPartners' Fees and Hours by Matter Category**

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:            Planning, Coordination and Case Management
Code:          20015473PA0001.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/01/2025 | CC | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL | 0.3 |
| 12/01/2025 | DM | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL | 0.3 |
| 12/01/2025 | ED | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL | 0.3 |
| 12/01/2025 | KBM | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL | 0.3 |
| 12/01/2025 | PH | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL | 0.3 |
| 12/01/2025 | TGP | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL | 0.3 |
| 12/15/2025 | CC | Participate in a call with D. MacGreevey, P. Hoban, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL, liquidation analysis | 0.5 |
| 12/15/2025 | DM | Participate in a call with D. MacGreevey, P. Hoban, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL, liquidation analysis and strategy | 0.5 |
| 12/15/2025 | PH | Participate in a call with D. MacGreevey, P. Hoban, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL, liquidation analysis and strategy | 0.5 |
| 12/15/2025 | TGP | Participate in a call with D. MacGreevey, P. Hoban, T. Prince, and C. Cuomo (AlixPartners) re: weekly review of workstreams, waterfall, SOFA/SOAL, liquidation analysis and strategy | 0.5 |
| 12/22/2025 | CC | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, and C. Cuomo (all AlixPartners) re: weekly review of workstreams, waterfall, liquidation analysis | 0.2 |
| 12/22/2025 | DM | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, and C. Cuomo (all AlixPartners) re: weekly review of workstreams, waterfall, liquidation analysis | 0.2 |
| 12/22/2025 | KBM | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, and C. Cuomo (all AlixPartners) re: weekly review of workstreams, waterfall, liquidation analysis | 0.2 |
| 12/22/2025 | PH | Participate in a call with D. MacGreevey, K. McGlynn, P. Hoban, and C. Cuomo (all AlixPartners) re: weekly review of workstreams, waterfall, liquidation analysis | 0.2 |

**Total Professional Hours**                                                                                                    **4.6**

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:                        Planning, Coordination and Case Management
Code:                      20015473PA0001.1.1

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 1.0 | $ | 1,460.00 |
| Kathryn B McGlynn | $1,415 | 0.5 | | 707.50 |
| Patrick Hoban | $1,350 | 1.0 | | 1,350.00 |
| Eric Deichmann | $1,150 | 0.3 | | 345.00 |
| Thomas G Prince | $950 | 0.8 | | 760.00 |
| Christopher Cuomo | $910 | 1.0 | | 910.00 |
| **Total Professional Hours and Fees** | | **4.6** | **$** | **5,532.50** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:         Meetings & Communication with UCC and Creditors
Code:       20015473PA0001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/02/2025 | CC | Attend meeting with B. Miller (Willkie), L. Ryan (Alton), P. Engel (Jefferies). D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo (AlixPartners) (partial attendance) re: Spirit UCC professionals work plan and strategy | 0.2 |
| 12/02/2025 | DM | Attend meeting with B. Miller (Willkie), L. Ryan (Alton), P. Engel (Jefferies). D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo (AlixPartners) (partial attendance) re: Spirit UCC professionals work plan and strategy | 0.5 |
| 12/02/2025 | KBM | Attend meeting with B. Miller (Willkie), L. Ryan (Alton), P. Engel (Jefferies). D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo (AlixPartners) (partial attendance) re: Spirit UCC professionals work plan and strategy | 0.5 |
| 12/02/2025 | PH | Attend meeting with B. Miller (Willkie), L. Ryan (Alton), P. Engel (Jefferies). D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo (AlixPartners) (partial attendance) re: Spirit UCC professionals work plan and strategy | 0.5 |
| 12/03/2025 | CC | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), L. Szlezinger and others (Jefferies), L. Ryan and others (Alton), B. Miller and others (Willkie) and Committee Members (UCC) re: business plan update | 0.5 |
| 12/03/2025 | KBM | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), L. Szlezinger and others (Jefferies), L. Ryan and others (Alton), B. Miller and others (Willkie) and Committee Members (UCC) re: business plan update | 0.5 |
| 12/03/2025 | KBM | Review Alton's weekly update for the Committee | 0.9 |
| 12/03/2025 | PH | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), L. Szlezinger and others (Jefferies), L. Ryan and others (Alton), B. Miller and others (Willkie) and Committee Members (UCC) re: business plan update | 0.5 |
| 12/09/2025 | KBM | Call with P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: coordination for weekly meeting | 0.4 |
| 12/10/2025 | CC | Call with K. McGlynn and C. Cuomo (AlixPartners), L. Szlezinger, P. Engel and others (Jefferies), L. Ryan, F. Sin and others (Alton), B. Miller, T. Goren and others (Willkie) and Committee Members (UCC) re: discussion of fleet, liquidity, motions | 0.8 |
| 12/10/2025 | DM | Review presentation from Alton to Spirit UCC re: weekly operations, liquidity and industry updates | 0.7 |
| 12/10/2025 | KBM | Call with K. McGlynn and C. Cuomo (AlixPartners), L. Szlezinger, P. Engel and others (Jefferies), L. Ryan, F. Sin and others (Alton), B. Miller, T. Goren and others (Willkie) and Committee Members (UCC) re: discussion of fleet, liquidity, motions | 0.8 |
| 12/16/2025 | CC | Attend call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals work plan and strategy | 0.3 |
| 12/16/2025 | DM | Attend call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals work plan and strategy | 0.3 |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:          Meetings & Communication with UCC and Creditors
Code:        20015473PA0001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/16/2025 | ED | Attend call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals work plan and strategy | 0.3 |
| 12/16/2025 | KBM | Attend call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals work plan and strategy | 0.3 |
| 12/16/2025 | PH | Attend call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals work plan and strategy | 0.3 |
| 12/17/2025 | CC | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), L. Szlezinger, P. Engel and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) and Committee Members (UCC) re: discussion of examiner, SOFA/Schedules, DIP, strategic options | 0.9 |
| 12/17/2025 | DM | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), L. Szlezinger, P. Engel and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) and Committee Members (UCC) re: discussion of examiner, SOFA/Schedules, DIP, strategic options | 0.9 |
| 12/17/2025 | DM | Review Alton presentation to Spirit UCC re: liquidity, operations and industry updates | 0.6 |
| 12/17/2025 | ED | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), L. Szlezinger, P. Engel and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) and Committee Members (UCC) re: discussion of examiner, SOFA/Schedules, DIP, strategic options | 0.9 |
| 12/17/2025 | KBM | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), L. Szlezinger, P. Engel and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) and Committee Members (UCC) re: discussion of examiner, SOFA/Schedules, DIP, strategic options | 0.9 |
| 12/17/2025 | PH | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), L. Szlezinger, P. Engel and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) and Committee Members (UCC) re: discussion of examiner, SOFA/Schedules, DIP, strategic options | 0.9 |
| 12/22/2025 | CC | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals workstreams and strategies | 0.5 |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:          Meetings & Communication with UCC and Creditors
Code:        20015473PA0001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/22/2025 | DM | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals workstreams and strategies | 0.5 |
| 12/22/2025 | ED | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals workstreams and strategies | 0.5 |
| 12/22/2025 | KBM | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals workstreams and strategies | 0.5 |
| 12/22/2025 | KBM | Review case updates from Committee Counsel and next steps | 0.3 |
| 12/22/2025 | PH | Call with D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: Spirit UCC professionals workstreams and strategies | 0.5 |
| 12/23/2025 | CC | Attend meeting with Spirit UCC members and individual counsel, B. Miller, T. Goren (Willkie), L. Szlezinger, P. Engel (Jefferies), L. Ryan, R. Murphy (Alton), D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo re: weekly updates and strategy | 0.5 |
| 12/23/2025 | DM | Attend meeting with Spirit UCC members and individual counsel, B. Miller, T. Goren (Willkie), L. Szlezinger, P. Engel (Jefferies), L. Ryan, R. Murphy (Alton), D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo re: weekly updates and strategy | 0.5 |
| 12/23/2025 | ED | Attend meeting with Spirit UCC members and individual counsel, B. Miller, T. Goren (Willkie), L. Szlezinger, P. Engel (Jefferies), L. Ryan, R. Murphy (Alton), D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo re: weekly updates and strategy | 0.5 |
| 12/23/2025 | KBM | Attend meeting with Spirit UCC members and individual counsel, B. Miller, T. Goren (Willkie), L. Szlezinger, P. Engel (Jefferies), L. Ryan, R. Murphy (Alton), D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo re: weekly updates and strategy | 0.5 |
| 12/23/2025 | PH | Attend meeting with Spirit UCC members and individual counsel, B. Miller, T. Goren (Willkie), L. Szlezinger, P. Engel (Jefferies), L. Ryan, R. Murphy (Alton), D. MacGreevey, K. McGlynn, P. Hoban, C. Cuomo re: weekly updates and strategy | 0.5 |
| 12/30/2025 | CC | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: coordination for weekly meeting, liquidity, flight operations, strategic options | 0.4 |
| 12/30/2025 | KBM | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: coordination for weekly meeting, liquidity, flight operations, strategic options | 0.4 |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:         Meetings & Communication with UCC and Creditors
Code:      20015473PA0001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/30/2025 | KBM | Review case updates from the Committee Counsel | 0.6 |
| 12/30/2025 | PH | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), P. Engel, L. Szlezinger and others (Jefferies), L. Ryan, R. Murphy and others (Alton), B. Miller, T. Goren and others (Willkie) re: coordination for weekly meeting, liquidity, flight operations, strategic options | 0.4 |
| **Total Professional Hours** | | | **20.5** |

# AlixPartners

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:                     Meetings & Communication with UCC and Creditors
Code:                   20015473PA0001.1.2

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 4.0 | $ | 5,840.00 |
| Kathryn B McGlynn | $1,415 | 6.6 | | 9,339.00 |
| Patrick Hoban | $1,350 | 3.6 | | 4,860.00 |
| Eric Deichmann | $1,150 | 2.2 | | 2,530.00 |
| Christopher Cuomo | $910 | 4.1 | | 3,731.00 |
| **Total Professional Hours and Fees** | | **20.5** | **$** | **26,300.00** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:            Preparation of Committee Presentations
Code:          20015473PA0001.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/02/2025 | TGP | Create slides summarizing analysis of the Debtors' SOFAs | 2.3 |
| 12/03/2025 | CH | Prepare demonstratives and related commentary re: Debtors' assets for Committee presentation materials | 1.3 |
| 12/03/2025 | CH | Prepare demonstratives and related commentary re: Debtors' secured, priority, and unsecured claims for Committee presentation materials | 2.1 |
| 12/03/2025 | CC | Review presentation on SOFA/SOALs | 0.7 |
| 12/03/2025 | TGP | Review presentation summarizing analysis of the Debtors' schedules and statements | 1.4 |
| 12/03/2025 | TGP | Update presentation summarizing analysis of the Debtors' schedules and statements | 0.6 |
| 12/03/2025 | TGP | Update slides summarizing analysis of the Debtors' SOFAs | 1.2 |
| 12/10/2025 | CC | Update SOFA/SOAL presentation following feedback from FTI | 2.4 |
| 12/10/2025 | CC | Participate in a call with C. Cuomo and T. Prince (AlixPartners) re: review of SOFA / SOAL presentation | 0.3 |
| 12/10/2025 | TGP | Participate in a call with C. Cuomo and T. Prince (AlixPartners) re: review of SOFA / SOAL presentation | 0.3 |
| 12/12/2025 | CC | Update SOFA/SOAL presentation following feedback from FTI | 0.3 |
| 12/12/2025 | TGP | Update presentation summarizing analysis of the Debtors' SOFAs and SOALs | 0.6 |
| 12/15/2025 | DM | Provide comments on draft presentation to Spirit UCC re: SOFA/SOAL | 1.4 |
| 12/15/2025 | TGP | Update presentation re: analysis of the Debtors' SOFAs and SOALs based on internal comments | 0.4 |
| 12/16/2025 | CC | Meeting with C. Cuomo and K. McGlynn (AlixPartners) to prepare for SOFA/SOAL presentation | 0.3 |
| 12/16/2025 | KBM | Meeting with C. Cuomo and K. McGlynn (AlixPartners) to prepare for SOFA/SOAL presentation | 0.3 |
| 12/16/2025 | KBM | Review Alton's business plan assessment | 1.1 |
| 12/16/2025 | KBM | Review SOFA/Schedule presentation for the Committee | 0.9 |
| 12/16/2025 | TGP | Update presentation re: analysis of the Debtors' SOFAs and SOALs based on internal comments | 0.3 |
| 12/17/2025 | KBM | Prepare for Committee presentation re: SOFAs/Schedules | 0.3 |
| 12/17/2025 | KBM | Review Alton's weekly presentation to the Committee | 0.7 |
| **Total Professional Hours** | | | **19.2** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:                            Preparation of Committee Presentations
Code:                          20015473PA0001.1.3

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 1.4 | $ | 2,044.00 |
| Kathryn B McGlynn | $1,415 | 3.3 | | 4,669.50 |
| Thomas G Prince | $950 | 7.1 | | 6,745.00 |
| Christopher Cuomo | $910 | 4.0 | | 3,640.00 |
| Chase Hood | $850 | 3.4 | | 2,890.00 |
| **Total Professional Hours and Fees** | | **19.2** | **$** | **19,988.50** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:          Meetings & Communication with Debtors
Code:        20015473PA0001.1.4

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/02/2025 | CC | Attend meeting with D. Klein (Davis Polk), D. Wikel (FTI). J. Ball (Debevoise), B. Herlihy, D. Freisner (PJT), L. Ryan (Alton), B. Miller (Willkie), P. Engel (Jefferies), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann and C. Cuomo re: update call on strategic options, fleet, and examiner | 0.4 |
| 12/02/2025 | DM | Attend meeting with D. Klein (Davis Polk), D. Wikel (FTI). J. Ball (Debevoise), B. Herlihy, D. Freisner (PJT), L. Ryan (Alton), B. Miller (Willkie), P. Engel (Jefferies), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann and C. Cuomo re: update call on strategic options, fleet, and examiner | 0.4 |
| 12/02/2025 | ED | Attend meeting with D. Klein (Davis Polk), D. Wikel (FTI). J. Ball (Debevoise), B. Herlihy, D. Freisner (PJT), L. Ryan (Alton), B. Miller (Willkie), P. Engel (Jefferies), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann and C. Cuomo re: update call on strategic options, fleet, and examiner | 0.4 |
| 12/02/2025 | KBM | Attend meeting with D. Klein (Davis Polk), D. Wikel (FTI). J. Ball (Debevoise), B. Herlihy, D. Freisner (PJT), L. Ryan (Alton), B. Miller (Willkie), P. Engel (Jefferies), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann and C. Cuomo re: update call on strategic options, fleet, and examiner | 0.4 |
| 12/02/2025 | PH | Attend meeting with D. Klein (Davis Polk), D. Wikel (FTI). J. Ball (Debevoise), B. Herlihy, D. Freisner (PJT), L. Ryan (Alton), B. Miller (Willkie), P. Engel (Jefferies), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann and C. Cuomo re: update call on strategic options, fleet, and examiner | 0.4 |
| 12/03/2025 | CC | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein and others (Davis Polk), D. Wikel and others (FTI), D. Freisner and others (PJT), L. Ryan and others (Alton), P. Engel and others (Jefferies), B. Miller and others (Willkie), Committee members, and F. Cromer (Spirit) re: business plan presentation update | 1.1 |
| 12/03/2025 | KBM | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein and others (Davis Polk), D. Wikel and others (FTI), D. Freisner and others (PJT), L. Ryan and others (Alton), P. Engel and others (Jefferies), B. Miller and others (Willkie), Committee members, and F. Cromer (Spirit) re: business plan presentation update | 1.1 |
| 12/03/2025 | PH | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein and others (Davis Polk), D. Wikel and others (FTI), D. Freisner and others (PJT), L. Ryan and others (Alton), P. Engel and others (Jefferies), B. Miller and others (Willkie), Committee members, and F. Cromer (Spirit) re: business plan presentation update | 1.1 |
| 12/04/2025 | TGP | Email communications with J. Heller (FTI) re: questions with respect to the Debtors' SOFAs and SOALs | 0.3 |
| 12/09/2025 | CC | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein, C. Robertson and others (Davis Polk), D. Wikel, M. Bilbao and others (FTI), D. Freisner, C. Song and others (PJT), J. Ball and others (Debevoise), L. Ryan, R. Murphy and others (Alton), P. Engel, L. Szlezinger and others (Jefferies), and B. Miller, T. Goren, and others (Willkie) re: update call on strategic options and | 0.4 |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:         Meetings & Communication with Debtors
Code:       20015473PA0001.1.4

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/09/2025 | KBM | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein, C. Robertson and others (Davis Polk), D. Wikel, M. Bilbao and others (FTI), D. Freisner, C. Song and others (PJT), J. Ball and others (Debevoise), L. Ryan, R. Murphy and others (Alton), P. Engel, L. Szlezinger and others (Jefferies), and B. Miller, T. Goren, and others (Willkie) re: update call on strategic options and | 0.4 |
| 12/09/2025 | PH | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein, C. Robertson and others (Davis Polk), D. Wikel, M. Bilbao and others (FTI), D. Freisner, C. Song and others (PJT), J. Ball and others (Debevoise), L. Ryan, R. Murphy and others (Alton), P. Engel, L. Szlezinger and others (Jefferies), and B. Miller, T. Goren, and others (Willkie) re: update call on strategic options and | 0.4 |
| 12/16/2025 | CC | Attend meeting with D. Klein (Davis Polk), D. Freisner, C. Song (PJT), J. Ball (Debevoise), R. Murphy , C. Zuo (Alton), L. Szlezinger (Jefferies), B. Miller, T. Goren (Willkie), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, C. Cuomo (AlixPartners) re: Debtor updates including strategic options, DIP, fleet, and examiner | 0.4 |
| 12/16/2025 | DM | Attend meeting with D. Klein (Davis Polk), D. Freisner, C. Song (PJT), J. Ball (Debevoise), R. Murphy , C. Zuo (Alton), L. Szlezinger (Jefferies), B. Miller, T. Goren (Willkie), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, C. Cuomo (AlixPartners) re: Debtor updates including strategic options, DIP, fleet, and examiner | 0.4 |
| 12/16/2025 | ED | Attend meeting with D. Klein (Davis Polk), D. Freisner, C. Song (PJT), J. Ball (Debevoise), R. Murphy , C. Zuo (Alton), L. Szlezinger (Jefferies), B. Miller, T. Goren (Willkie), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, C. Cuomo (AlixPartners) re: Debtor updates including strategic options, DIP, fleet, and examiner | 0.4 |
| 12/16/2025 | KBM | Attend meeting with D. Klein (Davis Polk), D. Freisner, C. Song (PJT), J. Ball (Debevoise), R. Murphy , C. Zuo (Alton), L. Szlezinger (Jefferies), B. Miller, T. Goren (Willkie), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, C. Cuomo (AlixPartners) re: Debtor updates including strategic options, DIP, fleet, and examiner | 0.4 |
| 12/16/2025 | PH | Attend meeting with D. Klein (Davis Polk), D. Freisner, C. Song (PJT), J. Ball (Debevoise), R. Murphy , C. Zuo (Alton), L. Szlezinger (Jefferies), B. Miller, T. Goren (Willkie), D. MacGreevey, K. McGlynn, P. Hoban, E. Deichmann, C. Cuomo (AlixPartners) re: Debtor updates including strategic options, DIP, fleet, and examiner | 0.4 |
| 12/30/2025 | CC | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein and others (Davis Polk), D. Freisner, C. Song and others (PJT), J. Ball and others (Debevoise), R. Murphy, L. Ryan and others (Alton), P. Engel, L. Szlezinger and others (Jefferies), and B. Miller, T. Goren and others (Willkie) re: update call on strategic options, liquidity, fleet | 0.4 |
| 12/30/2025 | KBM | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein and others (Davis Polk), D. Freisner, C. Song and others (PJT), J. Ball and others (Debevoise), R. Murphy, L. Ryan and others (Alton), P. Engel, L. Szlezinger and others (Jefferies), and B. Miller, T. Goren and others (Willkie) re: update call on strategic options, liquidity, fleet | 0.4 |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:          Meetings & Communication with Debtors
Code:        20015473PA0001.1.4

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/30/2025 | PH | Call with K. McGlynn, P. Hoban, and C. Cuomo (AlixPartners), D. Klein and others (Davis Polk), D. Freisner, C. Song and others (PJT), J. Ball and others (Debevoise), R. Murphy, L. Ryan and others (Alton), P. Engel, L. Szlezinger and others (Jefferies), and B. Miller, T. Goren and others (Willkie) re: update call on strategic options, liquidity, fleet | 0.4 |
| **Total Professional Hours** | | | **10.0** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

| | |
|---|---|
| Re: | Meetings & Communication with Debtors |
| Code: | 20015473PA0001.1.4 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.8 | $ | 1,168.00 |
| Kathryn B McGlynn | $1,415 | 2.7 | | 3,820.50 |
| Patrick Hoban | $1,350 | 2.7 | | 3,645.00 |
| Eric Deichmann | $1,150 | 0.8 | | 920.00 |
| Thomas G Prince | $950 | 0.3 | | 285.00 |
| Christopher Cuomo | $910 | 2.7 | | 2,457.00 |
| **Total Professional Hours and Fees** | | **10.0** | **$** | **12,295.50** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:             DIP Financing and Cash Collateral
Code:           20015473PA0001.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/11/2025 | PH | Review confidential letters and documents related to milestone requirements for the third DIP funding. | 1.6 |
| 12/11/2025 | PH | Review latest updates on Debtors liquidity and DIP draw funding. | 0.5 |
| 12/12/2025 | PH | Review latest updates on Debtors liquidity and DIP draw funding. | 0.6 |
| **Total Professional Hours** | | | **2.7** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

| | |
|---|---|
| Re: | DIP Financing and Cash Collateral |
| Code: | 20015473PA0001.1.6 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Patrick Hoban | $1,350 | 2.7 | $ | 3,645.00 |
| **Total Professional Hours and Fees** | | **2.7** | **$** | **3,645.00** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:          Liquidity and Cash Management
Code:        20015473PA0001.1.7

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/01/2025 | KBM | Review Debtors' weekly liquidity update | 0.9 |
| 12/09/2025 | KBM | Review Debtors' weekly liquidity updates | 0.7 |
| 12/10/2025 | KBM | Review Alton's weekly Committee update presentation | 0.6 |
| 12/15/2025 | KBM | Review DIP draw updates from the Debtors | 0.3 |
| 12/17/2025 | KBM | Review Debtors' weekly liquidity updates | 0.7 |
| 12/22/2025 | KBM | Review Debtors' weekly liquidity update | 0.8 |
| 12/30/2025 | KBM | Review Debtors' weekly liquidity updates | 0.9 |
| 12/30/2025 | KBM | Review monthly reporting updates from the Debtors | 0.6 |
| **Total Professional Hours** | | | **5.5** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:                              Liquidity and Cash Management
Code:                          20015473PA0001.1.7

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Kathryn B McGlynn | $1,415 | 5.5 | $ | 7,782.50 |
| **Total Professional Hours and Fees** | | **5.5** | **$** | **7,782.50** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:           Business and Strategic Plan
Code:        20015473PA0001.1.9

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/02/2025 | PH | Review updated business plan and operating projections provided by the Debtors. | 2.1 |
| 12/03/2025 | PH | Review updated business plan and operating projections provided by the Debtors. | 2.1 |
| 12/04/2025 | PH | Review operational update report for UCC weekly meeting. | 2.4 |
| 12/10/2025 | PH | Review operational update report for UCC weekly meeting. | 2.2 |
| 12/17/2025 | PH | Review operational update report for UCC weekly meeting. | 2.2 |
| 12/23/2025 | PH | Review operational update report for UCC weekly meeting. | 2.1 |
| 12/30/2025 | PH | Review operational update report for UCC weekly meeting. | 2.3 |
| 12/31/2025 | PH | Review updated operational update report for UCC weekly meeting. | 1.4 |
| **Total Professional Hours** | | | **16.8** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:                      Business and Strategic Plan
Code:                    20015473PA0001.1.9

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Patrick Hoban | $1,350 | 16.8 | $ | 22,680.00 |
| **Total Professional Hours and Fees** | | **16.8** | **$** | **22,680.00** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:         Financial and Other Diligence
Code:       20015473PA0001.1.11

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/01/2025 | PH | Review supporting detail of SOFA and SOALs provided by the Debtors. | 2.7 |
| 12/01/2025 | TGP | Analyze the Debtors' SOALs | 1.4 |
| 12/01/2025 | TGP | Analyze the Debtors' SOFAs | 2.9 |
| 12/01/2025 | TGP | Draft questions re: the Debtors' SOFAs | 0.6 |
| 12/02/2025 | KBM | Review Debtors' financial and operational updates ahead of joint meeting with the UCC | 0.9 |
| 12/02/2025 | TGP | Analyze the Debtors' SOFAs | 2.7 |
| 12/02/2025 | TGP | Create summary tables re: analysis of the Debtors' SOFAs | 0.9 |
| 12/02/2025 | TGP | Draft questions re: the Debtors' SOFAs | 0.4 |
| 12/03/2025 | CH | Draft analysis re: schedule AB and asset listing detail | 1.9 |
| 12/03/2025 | CH | Draft analysis re: scheduled priority and unsecured claims | 1.8 |
| 12/03/2025 | CH | Draft analysis re: scheduled secured claims | 1.4 |
| 12/03/2025 | CH | Draft diligence questions for FTI re: SOAL filings and related analysis | 0.8 |
| 12/03/2025 | CH | Research re: Committee member scheduled claims | 0.7 |
| 12/03/2025 | CH | Review executory contract listing detail | 0.5 |
| 12/03/2025 | CC | Review assumptions underlying updated business plan in preparation for management call | 0.9 |
| 12/03/2025 | TGP | Analyze the Debtors' SOALs | 1.3 |
| 12/03/2025 | TGP | Draft questions re: the Debtors' schedules and statements | 0.6 |
| 12/04/2025 | CC | Review assets and liabilities on SOFA/SOALs | 0.9 |
| 12/04/2025 | CC | Review notes on SOFA/SOALs | 0.8 |
| 12/04/2025 | PH | Review preliminary SOFA SOAL summary analysis for committee presentation. | 2.7 |
| 12/04/2025 | TGP | Analyze the Debtors' SOALs | 1.2 |
| 12/04/2025 | TGP | Analyze the Debtors' SOFAs | 0.9 |
| 12/05/2025 | PH | Review updated SOFA SOAL analysis and initial questions list for the Debtors. | 2.3 |
| 12/08/2025 | KBM | Review questions for Debtors' re: SOFAs and Schedules | 0.6 |
| 12/08/2025 | TGP | Analyze the Debtors' SOALs | 0.7 |
| 12/08/2025 | TGP | Analyze the Debtors' SOFAs | 0.6 |
| 12/09/2025 | CH | Review responses from FTI re: SOFA and SOAL diligence questions | 0.4 |
| 12/10/2025 | TGP | Analyze the Debtors' responses to questions re: the SOFAs and SOALs | 0.8 |
| 12/10/2025 | TGP | Analyze the Debtors' SOFAs | 1.2 |
| 12/10/2025 | TGP | Draft follow-up questions re: the SOFAs and SOALs | 0.3 |
| 12/11/2025 | TGP | Analyze the Debtors' SOALs | 1.4 |
| 12/12/2025 | PH | Review SOAL Summary Analysis Presentation for the Committee. | 2.6 |
| 12/12/2025 | PH | Continue to review SOFA Summary Analysis Presentation for the Committee. | 2.4 |
| 12/12/2025 | TGP | Analyze responses from the Debtors re: the SOFAs and SOALs | 0.7 |
| 12/15/2025 | PH | Review Examiner's report on events leading up to the Spirit Chapter 11 filing. | 1.7 |
| 12/15/2025 | PH | Review updated SOFA SOAL analysis and initial questions list for the Debtors. | 2.2 |
| 12/15/2025 | TGP | Analyze the Debtors' SOALs | 2.1 |
| 12/15/2025 | TGP | Analyze the Debtors' SOFAs | 2.3 |
| 12/15/2025 | TGP | Draft questions for the Debtors re: SOFAs | 0.2 |
| 12/16/2025 | CC | Prepare talking points for SOFA/SOALs presentation after speaking with T. Prince and K. McGlynn of AlixPartners | 2.1 |
| 12/16/2025 | CC | Review SOFA/SOALs deck and documentation in advance of presentation preparation | 1.6 |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:          Financial and Other Diligence
Code:        20015473PA0001.1.11

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/16/2025 | PH | Review final SOFA SOAL analysis report for the UCC. | 2.4 |
| 12/16/2025 | TGP | Analyze the Debtors' SOALs | 1.2 |
| 12/16/2025 | TGP | Draft questions for the Debtors re: SOALs | 0.1 |
| 12/17/2025 | CC | Revise SOFA/SOALs script | 1.3 |
| 12/18/2025 | KBM | Review updates re: Pratt settlement | 0.6 |
| 12/23/2025 | KBM | Review Alton's weekly Committee update presentation | 0.8 |
| **Total Professional Hours** | | | **61.5** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

| | | |
|---|---|---|
| Re: | Financial and Other Diligence |
| Code: | 20015473PA0001.1.11 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Kathryn B McGlynn | $1,415 | 2.9 | $ | 4,103.50 |
| Patrick Hoban | $1,350 | 19.0 | | 25,650.00 |
| Thomas G Prince | $950 | 24.5 | | 23,275.00 |
| Christopher Cuomo | $910 | 7.6 | | 6,916.00 |
| Chase Hood | $850 | 7.5 | | 6,375.00 |
| **Total Professional Hours and Fees** | | **61.5** | **$** | **66,319.50** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL 33004

Re:            Other Motions and Related Objections
Code:          20015473PA0001.1.12

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/11/2025 | PH | Review counsel's communications to chambers re: U.S. Trustee objections to P&W settlement. | 0.4 |
| **Total Professional Hours** | | | **0.4** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

| | |
|---|---|
| Re: | Other Motions and Related Objections |
| Code: | 20015473PA0001.1.12 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Patrick Hoban | $1,350 | 0.4 | $ | 540.00 |
| **Total Professional Hours and Fees** | | **0.4** | **$** | **540.00** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:          Claims Analysis
Code:       20015473PA0001.1.14

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/10/2025 | TGP | Analyze the Debtors' scheduled claims pool | 1.1 |
| 12/12/2025 | TGP | Analyze the Debtors' scheduled claims | 2.1 |
| 12/17/2025 | CH | Review litigation claim detail | 0.7 |
| **Total Professional Hours** | | | **3.9** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:                              Claims Analysis
Code:                            20015473PA0001.1.14

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Thomas G Prince | $950 | 3.2 | $ | 3,040.00 |
| Chase Hood | $850 | 0.7 | | 595.00 |
| **Total Professional Hours and Fees** | | **3.9** | **$** | **3,635.00** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:          Liquidation Analysis
Code:        20015473PA0001.1.16

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 12/01/2025 | CC | Update liquidation analysis for cash, DIP, and assets | 2.2 |
| 12/01/2025 | CC | Review cash and liquidity files for update of liquidation analysis | 0.6 |
| 12/02/2025 | CC | Update liquidation analysis related to assumptions | 2.1 |
| 12/05/2025 | PH | Review updated Liquidation Analysis based on latest cash position and updated waterfall. | 1.6 |
| 12/15/2025 | CC | Update liquidation analysis related to DIP, gates, and liquidity | 0.5 |
| 12/17/2025 | PH | Review updated draft liquidation analysis based on latest cash flow projections of the Debtors. | 2.4 |
| 12/18/2025 | CC | Compare liquidation analysis of AlixPartners and FTI by assessing sources of variance and assumptions | 2.6 |
| 12/18/2025 | CC | Review FTI liquidation analysis assumptions | 0.8 |
| 12/18/2025 | CC | Review liquidation analysis comparison spreadsheet | 1.6 |
| 12/18/2025 | PH | Review the draft liquidation analysis provided by the Debtor's advisors. | 2.8 |
| 12/19/2025 | CC | Draft summary analysis of liquidation analysis comparison for P. Hoban of AlixPartners | 2.2 |
| 12/19/2025 | PH | Review liquidation analysis comparison of Debtor's view against UCC view and provided comments. | 2.6 |
| 12/22/2025 | CC | Update liquidation analysis prior to sending to Alton team | 0.9 |
| 12/22/2025 | PH | Review updated comparison of asset recoveries and liquidation analysis and share with Alton team. | 2.3 |
| 12/23/2025 | KBM | Review liquidation analysis | 0.9 |
| **Total Professional Hours** | | | **26.1** |

# **Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

| | |
|---|---|
| Re: | Liquidation Analysis |
| Code: | 20015473PA0001.1.16 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Kathryn B McGlynn | $1,415 | 0.9 | $ | 1,273.50 |
| Patrick Hoban | $1,350 | 11.7 | | 15,795.00 |
| Christopher Cuomo | $910 | 13.5 | | 12,285.00 |
| **Total Professional Hours and Fees** | | **26.1** | **$** | **29,353.50** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:          Court Hearings and Status Conferences
Code:        20015473PA0001.1.18

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/08/2025 | KBM | Attend omnibus hearing re: equipment leases and other matters (virtual) | 1.1 |
| 12/22/2025 | KBM | Attend hearing re: Pratt settlement and equipment lease rejections | 0.6 |
| 12/22/2025 | PH | Attend omnibus hearing re: equipment leases and other matters (virtual) | 1.1 |
| **Total Professional Hours** | | | **2.8** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:                    Court Hearings and Status Conferences
Code:                  20015473PA0001.1.18

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Kathryn B McGlynn | $1,415 | 1.7 | $ | 2,405.50 |
| Patrick Hoban | $1,350 | 1.1 | | 1,485.00 |
| **Total Professional Hours and Fees** | | **2.8** | **$** | **3,890.50** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:          Retention Applications & Relationship Disclosures
Code:       20015473PA0001.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/04/2025 | DM | Review and distribute Spirit notice of rate increase | 0.5 |
| **Total Professional Hours** | | | **0.5** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn: Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:                    Retention Applications & Relationship Disclosures
Code:                  20015473PA0001.1.19

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.5 | $ | 730.00 |
| **Total Professional Hours and Fees** | | **0.5** | **$** | **730.00** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:         Fee Applications & Fee Statements
Code:       20015473PA0001.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/02/2025 | BF | Draft rate increase supplemental disclosure declaration | 0.6 |
| 12/02/2025 | LMB | Prepare professional fees for November 2025 Monthly Fee Statement | 0.8 |
| 12/08/2025 | KSM | Review November 2025 monthly fee statement | 0.3 |
| 12/08/2025 | LMB | Prepare schedule/exhibit workbook for November 2025 Monthly Fee Statement | 0.8 |
| 12/08/2025 | TGP | Analyze  professional fees for November 2025 for privilege and confidentiality | 1.3 |
| 12/09/2025 | LMB | Prepare 2nd Monthly Fee Statement, supporting schedules and exhibits (November 2025) | 1.3 |
| 12/11/2025 | DM | Provide comments on Spirit November fee  statement | 0.7 |
| 12/11/2025 | LMB | Finalize Second Monthly Fee Statement (November 2025) | 1.0 |
| 12/11/2025 | LMB | Email to Z. Charlton (Willkie) attaching Second Monthly Fee Statement (November 2025) for filing on the Court docket. | 0.2 |
| 12/18/2025 | LMB | Prepare fee application summary chart | 0.3 |
| 12/23/2025 | KSM | Correspondence with L. Guido (Willkie) and L. Bonito (AlixPartners) re: LEDES request from U.S. Trustee | 0.3 |
| 12/30/2025 | LMB | Prepare AlixPartners' First Interim Fee Application | 2.3 |
| 12/30/2025 | LMB | Prepare schedule workbook for First Interim Fee Application | 1.0 |
| **Total Professional Hours** | | | **10.9** |

# AlixPartners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

| | |
|---|---|
| Re: | Fee Applications & Fee Statements |
| Code: | 20015473PA0001.1.20 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.7 | $ | 1,022.00 |
| Kaitlyn Sundt McClarren | $715 | 0.6 | | 429.00 |
| Thomas G Prince | $950 | 1.3 | | 1,235.00 |
| Brooke Filler | $605 | 0.6 | | 363.00 |
| Lisa Marie Bonito | $580 | 7.7 | | 4,466.00 |
| **Total Professional Hours and Fees** | | **10.9** | **$** | **7,515.00** |

**Alix**Partners

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:          Intercompany & Waterfall Analysis
Code:        20015473PA0001.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/04/2025 | TGP | Analyze illustrative recoveries to creditors | 2.2 |
| 12/04/2025 | TGP | Review status of waterfall model | 0.6 |
| 12/04/2025 | TGP | Update workplan for waterfall analysis | 0.5 |
| 12/08/2025 | TGP | Analyze potential recoveries to creditors under various valuation scenarios | 1.3 |
| 12/09/2025 | CC | Call with C. Cuomo, T. Prince (AlixPartners) re: waterfall analysis | 0.5 |
| 12/09/2025 | CC | Update waterfall spreadsheet related to claims and assets | 1.7 |
| 12/09/2025 | TGP | Analyze potential recoveries to creditors under various valuation scenarios | 2.2 |
| 12/09/2025 | TGP | Call with C. Cuomo, T. Prince (AlixPartners) re: waterfall analysis | 0.5 |
| 12/10/2025 | CC | Continue to make edits to waterfall spreadsheet related to claims and assets and sources of revenue | 2.6 |
| 12/11/2025 | CC | Revise waterfall spreadsheet related to allocation of value | 2.3 |
| 12/11/2025 | TGP | Analyze potential recoveries to creditors under various value allocation scenarios | 1.6 |
| 12/12/2025 | CC | Update waterfall spreadsheet after meeting with T. Prince of AlixPartners | 1.4 |
| 12/12/2025 | CC | Revise waterfall spreadsheet related to secured claims | 2.2 |
| 12/12/2025 | CC | Participate in a call with T. Prince and C. Cuomo (AlixPartners) re: review of waterfall model | 0.7 |
| 12/12/2025 | TGP | Participate in a call with T. Prince and C. Cuomo (AlixPartners) re: review of waterfall model | 0.7 |
| 12/15/2025 | CC | Working session with C. Cuomo, T. Prince (AlixPartners) re: waterfall analysis, model updates, and next steps | 1.3 |
| 12/15/2025 | CC | Continue to revise waterfall analysis related to claims | 1.1 |
| 12/15/2025 | TGP | Analyze potential recoveries to creditors | 1.4 |
| 12/15/2025 | TGP | Working session with C. Cuomo, T. Prince (AlixPartners) re: waterfall analysis, model updates, and next steps | 1.3 |
| **Total Professional Hours** | | | **26.1** |

**AlixPartners**

Spirit Aviation Holdings, Inc
Attn:  Frederick Cromer
1731 Radiant Drive
Dania Beach, FL  33004

Re:                         Intercompany & Waterfall Analysis
Code:                       20015473PA0001.1.22

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Thomas G Prince | $950 | 12.3 | $ | 11,685.00 |
| Christopher Cuomo | $910 | 13.8 | | 12,558.00 |
| **Total Professional Hours and Fees** | | **26.1** | **$** | **24,243.00** |