UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SPIRIT AVIATION HOLDINGS, INC., *et al.*, | Case No. 25-11897 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**OMNIBUS ORDER GRANTING FIRST INTERIM FEE APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF <u>ACTUAL AND NECESSARY EXPENSES</u>**

Upon consideration of each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on <u>**Schedule A**</u> hereto (each, an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from August 29, 2025 (or the effective date of retention) through and including November 30, 2025 (the "**Fee Period**") in connection therewith; and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 635] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

Applications in accordance with the Fee Examiner Order; and the Fee Examiner and each Applicant having agreed to the recommended fee and expense reductions as set forth on **Schedule A** hereto; and the Fee Examiner having no objection to the interim allowance and payment of each Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto under the column headings "Fees Allowed for First Interim Fee Application" and "Expenses Allowed for First Interim Fee Application"; and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2)  and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [ECF No. 387], and it appearing that no other or further notice need be provided; and a hearing having been held on January 21, 2026 to consider the Applications (the "**Hearing**") and there being no objections to the relief granted herein; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby,

      IT IS HEREBY ORDERED THAT:

      1.      The Applications are granted as set forth on **Schedule A** hereto.

      2.      The Applicants are awarded, on an interim basis, (a) compensation for professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses incurred by the Applicants, in the amounts set forth under the column headings "Fees Allowed for First Interim Fee Application" and "Expenses Allowed for First

Interim Fee Application" on **Schedule A** hereto.

3. The Debtors are authorized and directed to pay the Applicants promptly the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees Allowed for First Interim Fee Application" and "Expenses Allowed for First Interim Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4. This Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: January 26, 2026
       White Plains, New York

                                            */s/ Sean H. Lane*
                                            HONORABLE SEAN H. LANE
                                            UNITED STATES BANKRUPTCY JUDGE

## Schedule A

### Interim Fee Applications: August 29, 2025 through November 30, 2025

<u>**Case No:**</u> **25-11897 (SHL)**
<u>**Case Name:**</u> **In re Spirit Aviation Holdings, Inc.,** *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on First Interim Fee Application | Expenses Requested on First Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for First Interim Fee Application | Expenses Allowed for First Interim Fee Application |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| Davis Polk & Wardwell LLP | December 19, 2025 ECF No. 612 | $12,936,585.00 | $95,373.83 | $78,394.50 | $651.05 | $12,858,190.50 | $94,722.78 |
| Debevoise & Plimpton LLP | December 22, 2025 ECF No. 625 | $5,157,721.50 | $6,271.31 | $18,669.50 | $605.23 | $5,139,052.00 | $5,666.08 |
| Epiq Corporate Restructuring, LLC | December 19, 2025 ECF No. 614 | $35,450.00 | $0.00 | $37.00 | $0.00 | $35,413.00 | $0.00 |
| FTI Consulting, Inc. | December 23, 2025 ECF No. 637 | $13,076,947.82 | $435,953.20 | $92,887.96 | $3,613.75 | $12,984,059.90 | $432,339.45 |
| Morris, Nichols, Arsht & Tunnell LLP | December 19, 2025 ECF No. 615 | $367,812.50 | $8,440.75 | $4,933.00 | $0.00 | $362,879.50 | $8,440.75 |
| O'Melveny & Myers LLP | December 24, 2025 ECF No. 638 | $1,568,309.50 | $1,672.91 | $36,860.00 | $508.03 | $1,531,449.50 | $1,164.88 |

DATE ON WHICH ORDER WAS SIGNED: 1-26-2026          INITIALS: SHL USBJ