DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard East
New York, New York 10001
Tel.: (212) 909-6000
Jasmine Ball
Elie J. Worenklein

*Fleet Counsel to the Debtors and
Debtors in Possession*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** | Re: ECF Nos. 432, 435, 662, 743 |
| In re: | Chapter 11 |
| **SPIRIT AVIATION HOLDINGS, INC.**, *et al.*, | Case No. 25-11897 (SHL) |
| Debtors.[1] | Jointly Administered |

**SECOND AMENDED NOTICE OF REJECTION OF ENGINE
AGREEMENTS SUBJECT TO CERTAIN STIPULATIONS AND
ORDERS APPROVING SECTION 1110(b) EXTENSIONS WITH CERTAIN
COUNTERPARTIES CONCERNING CERTAIN AIRCRAFT EQUIPMENT**

Spirit Aviation Holdings, Inc. and its direct and indirect subsidiaries (collectively, the "**Debtors**," the "**Company**," or "**Spirit**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), respectfully state as follows:

1. On November 7, 2025, the Court signed the *Stipulation and Order Approving Section 1110(b) Extension with Respect to Aircraft Engines Leased from GATX Engine Leasing US Corporation* (the "**GATX Order**") and the *Stipulation and Order Approving Section 1110(b) Extension with Respect to Aircraft Engines Leased from RRPF Engine Leasing (US) (No. 2) LLC* (the "**RRPF No. 2 Order**", and collectively with the GATX Order, the "**Orders**")[2] approving stipulations among the parties thereto to extend the 60-day period set forth in section 1110(a)(2)

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Orders.

of the Bankruptcy Code with respect to the Equipment and Engine Agreements set forth on Exhibit A to each of the Orders. *See* ECF Nos. 435 and 432, respectively. As provided in paragraph 7 of the Orders, during the Initial Stipulation Period, upon 25 days' notice to the Counterparties after the filing of a notice for the rejection of an Engine Agreement, the relevant Debtors may reject such Agreement without further order of or approval by the Court and return the affected Equipment in accordance with the procedures set forth in paragraph 8 of the Orders.

2. Pursuant to paragraph 7 of the Orders, on January 5, 2026, the Debtors filed a *Notice of Rejection of Engine Agreements Subject to Certain Stipulations and Orders Approving Section 1110(b) Extensions with Certain Counterparties Concerning Certain Aircraft Equipment* with respect to the Engine Agreements listed on Schedule 1 thereto. *See* ECF No. 662.

3. Thereafter, pursuant to paragraph 7 of the Orders, on January 30, 2026, the Debtors filed the *Amended Notice of Rejection of Engine Agreements Subject to Certain Stipulations and Orders Approving Section 1110(b) Extensions with Certain Counterparties Concerning Certain Aircraft Equipment* with respect to the Engine Agreements listed on Schedule 1 thereto. *See* ECF No. 743 (the "**Amended Rejection Notice**").

4. Subsequently, the Counterparties to the GATX Order and the Debtors agreed in writing, evidenced by electronic mail between counsel to the Parties, to extend the Initial Stipulation Period solely with respect to those Engine Agreements listed on **Schedule 1** hereto to March 14, 2026.

5. The Counterparties to the RRPF No. 2 Order and the Debtors also agreed in writing, evidenced by electronic mail between counsel to the Parties, to extend the Initial Stipulation Period solely with respect to those Engine Agreements listed on Schedule 1 hereto to March 14, 2026.

6. As a result, pursuant to paragraph 7 of the Orders, the Debtors hereby amend the Amended Rejection Notice, solely with respect to the effective dates of rejection provided in Schedule 1 hereto.

7. The Debtors confirm, pursuant to paragraph 8 of the Orders, that the Debtors shall cooperate with the relevant Counterparty to use commercially reasonable efforts to complete an orderly redelivery process in accordance with the procedures for return of Equipment contemplated and delineated in the October 21, 2025 *Order Granting Debtors' First Omnibus Motion to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code* [ECF No. 301], except to the extent specifically provided in the Exhibits to the Orders.

8. Unless otherwise specifically provided herein, all notices required or permitted by the terms of the Engine Agreements or the Orders shall be in writing, and any such notice shall become effective upon receipt by the addressee of such notice by certified mail, return receipt requested, overnight courier service or facsimile to the following addresses:

(A) If to the Debtors:

Debevoise & Plimpton LLP
66 Hudson Boulevard East
New York, NY 10001
Attn: Jasmine Ball, Esq. and Elie J. Worenklein, Esq.,
Email: jball@debevoise.com, eworenklein@debevoise.com
Tel: (212) 909-6000
Fax: (212) 909-6836

(B) If to any Counterparty, then as is set forth on Schedule A hereto or to its counsel filing any Notice of Appearance in the Chapter 11 Cases.

(C)   If to counsel to the Official Committee of Unsecured Creditors:

Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Attn:   Brett H. Miller, Todd M. Goren, James H. Burbage, and Jessica D. Graber
Email: bmiller@willkie.com, tgoren@willkie.com, jburbage@willkie.com, and jgraber@willkie.com

Dated:  March 6, 2026
        New York, NY

DEBEVOISE & PLIMPTON LLP
*/s/ Jasmine Ball*
Jasmine Ball
Elie J. Worenklein
66 Hudson Boulevard East
New York, NY 10001
Tel.: (212) 909-6000
jball@debevoise.com
eworenklein@debevoise.com

*Fleet Counsel to the Debtors and Debtors in Possession*

## Schedule 1

### Equipment[1]

| Row | Debtor (Lessee) | Head Lessor[2] | Engine Type | Engine Manufacturer | ESN | Surrender Location | Effective Date of Rejection |
|---|---|---|---|---|---|---|---|
| 1 | Spirit Airlines, LLC | GATX Engine Leasing US Corporation | PW1127G-JM | IAE | 771483 | GYR | 3/14/2026 |
| 2 | Spirit Airlines, LLC | GATX Engine Leasing US Corporation | PW1133GA-JM | IAE | 800631 | GYR | 3/14/2026 |
| 3 | Spirit Airlines, LLC | RRPF Engine Leasing (US) (No.2) LLC | PW1133GA-JM | IAE | 800521 | GYR | 3/14/2026 |

---

[1] For each Engine Agreement that is being rejected, each other related transaction document to which a Debtor is a party that is integral to such leasing transaction (including, without limitation, any lessee or sublessee consent in connection with any lease) also will be deemed part of this Schedule 1 and shall be rejected with respect to such piece of Equipment if the related Engine Agreement is rejected. References to any agreement to be rejected are to the applicable agreement and other operative documents, as may have been amended, modified or supplemented from time to time and as is in effect as of the date hereof. As a matter of administrative convenience, in some cases the Debtors have listed the original parties to the documents without taking into account any succession of trustees or any other transfers from one party to another. The fact that the current parties to a particular agreement may not have been named in this Schedule is not intended to change the treatment of the documents. The current parties to the agreements are being noticed pursuant to this Notice.

[2] Notice information for each Lessor can be found in Schedule A to Schedule 1.

**Engine Agreements**

1. Engine Lease Agreement dated as of July 28, 2025, between GATX Engine Leasing US Corporation as lessor and Spirit Airlines, LLC as lessee with respect to one (1) IAE model PW1127G-JM engine bearing manufacturer's serial number 771483, including engine stand with part number PWA211430 and serial number 300 and EBU1+2 with part number 636K9001-11 and serial number 1222003.

2. Engine Lease Agreement dated as of July 28, 2025, between GATX Engine Leasing US Corporation as lessor and Spirit Airlines, LLC as lessee with respect to one (1) IAE model PW1133GA-JM engine bearing manufacturer's serial number 800631, including engine stand with part number PWA211815 and serial number PWA21- 220346-005.

3. Engine Lease Agreement dated as of July 28, 2025, between RRPF Engine Leasing (US) (No.2) LLC as lessor and Spirit Airlines, LLC as lessee with respect to one (1) IAE model PW1133GA-JM engine bearing manufacturer's serial number 800521, including engine stand with part number PWA211430 and serial number AGS6269 and EBU1+2 with part number 636K9001-11 and serial number 1304017.

4. Any and all other operative documents relating to the Equipment (howsoever defined), including, without limitation, all lease agreements, loan agreements, funding agreements, indentures, all parties agreements, participation agreements, security agreements, intercreditor agreements, guarantee agreements and indemnity agreements, notices, acknowledgements, as applicable, and any amendments, supplements, side letters, novations or assignments pertaining to any of the foregoing.

## Schedule A

## Head Lessor Notice Information

**Notice Information – GATX Engine Leasing US Corporation**

GATX Engine Leasing US Corporation
c/o GATX Corporation
Willis Tower
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 621-6200
Katherine G. Deibert
Assistant General Counsel – Corporate and Rail

## Notice Information – RRPF Engine Leasing (US) (No.2) LLC

RRPF Engine Leasing (US) (No.2) LLC
1900 Reston Metro Plaza
Suite 400
Reston, VA 20190
USA
Attention: SVP – Engine Leasing
Fax: +1 703 318 9097
Email: rrpflegal@rolls-royce.com

RRPF Engine Leasing (US) (No.2) LLC
1 Brewer's Green
London
SW1H 0RF
Attention: Company Secretary
Email: rrpflegal@rolls-royce.com