DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard East
New York, New York 10001
Tel.: (212) 909-6000
Jasmine Ball
Elie J. Worenklein

*Fleet Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Re: ECF Nos. 531, 582, 633, 767 |
| **SOUTHERN DISTRICT OF NEW YORK** | |

| | |
|---|---|
| In re: | Chapter 11 |
| **SPIRIT AVIATION HOLDINGS, INC.**, *et al.*, | Case No. 25-11897 (SHL) |
| Debtors.[1] | Jointly Administered |

### NOTICE REGARDING SECOND AMENDED SCHEDULE 1 TO THE ORDER GRANTING DEBTORS' THIRD OMNIBUS MOTION TO REJECT CERTAIN EQUIPMENT LEASES PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE

Spirit Aviation Holdings, Inc. and its direct and indirect subsidiaries (collectively, the "**Debtors**," the "**Company**," or "**Spirit**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), respectfully state as follows:

1. On December 2, 2025, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code* (the "**Motion**")[2] seeking authorization to reject leases associated with 11 aircraft (such aircraft, the "**Excess Equipment**") listed on **Schedule 1** thereto. *See* ECF No. 531.

2. On December 22, 2025, the Court granted the relief requested in the Motion with

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

respect to the Excess Equipment listed on Schedule 1 thereto that had not otherwise been adjourned or withdrawn[3], and on December 23, 2025, the Court entered an order granting the same (the "**Order**") with respect to the Excess Equipment listed on Schedule 1 thereto. *See* ECF No. 633.

3. As provided in Paragraph 16 of the Order, "Upon mutual agreement with the applicable Lessor(s) or Interested Parties, the Debtor is authorized to revise Schedule 1 hereto to update the applicable Effective Date to a later date or to remove the respective Excess Equipment from Schedule 1 on or before the applicable Effective Date. The Debtor shall file a notice with the Court with the revised Schedule 1 reflecting these changes (if any)."

4. Following entry of the Order, the Debtors have continued to consider methods for the return and surrender of certain aircraft, engines and other equipment in order to optimize the Debtors' operations. To that end, on February 10, 2026, the Debtors filed a revised Schedule 1 to the Order, updating the Effective Dates for certain of the Excess Equipment listed thereon. *See* ECF No. 767. As a result of further efforts since that date, the Debtors seek to further revise Schedule 1 to the Order to update the Effective Dates for certain of the Excess Equipment listed thereon, and such revised Schedule 1 is attached hereto as **Exhibit A**.

5. The Debtors hereby submit this Notice to provide notice of the revised Schedule 1; a redline showing the further revisions is attached hereto as **Exhibit B**.

6. Notice of this Notice will be provided to the following parties (or their counsel) (collectively, the "**Notice Parties**"): (a) U.S. Trustee; (b) the Committee; (c) the Securities and

---

[3] *See Notice of Withdrawal of the Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code Solely with Respect to the Equipment Set Forth on Exhibit A Hereto* [ECF No. 619] and *Notice of Adjournment of Hearing to Consider Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code Solely with Respect to the Equipment Set Forth on Exhibit A Hereto* [ECF No. 620].

Exchange Commission; (d) the Internal Revenue Service; (e) the United States Attorney's Office for the Southern District of New York; (f) the state attorneys general for states in which the Debtors conduct business; (g) the Department of Transportation; (h) certain holders of the Debtors' secured notes; (i) each agent or trustee under the Debtors' secured notes indenture or revolving credit facility; (j) the Lessors; and (k) any other party that is entitled to notice under the *Court's Order Implementing Certain Notice and Case Management Procedures* [ECF No. 61].

7. A copy of this Notice will also be made available on the Debtors' case information website located at https://dm.epiq11.com/SpiritAirlines.

Dated: March 6, 2026
New York, NY

DEBEVOISE & PLIMPTON LLP

*/s/ Jasmine Ball*
Jasmine Ball
Elie J. Worenklein
66 Hudson Boulevard
New York, NY 10001
Tel.: (212) 909-6000
jball@debevoise.com
eworenklein@debevoise.com

*Fleet Counsel to the Debtors and Debtors in Possession*

## Exhibit A

## Second Revised Schedule 1

### EXCESS EQUIPMENT[1]

| Row | Debtor (Lessee) | Head Lessor[2] | Aircraft Type[3] | MSN | Surrender Location | Effective Date of Rejection | Engine Type | Engine Manufacturer | ESN1 | ESN2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Spirit Airlines, LLC | Fuyo General Lease Co., Ltd | A320-271N | 11433 | GYR | 12/17/25 | PW1127G-JM | Pratt & Whitney | 800460 | 800461 |
| 2 | Spirit Airlines, LLC | Fuyo General Lease Co., Ltd | A320-271N | 11511 | GYR | 12/17/25 | PW1127G-JM | Pratt & Whitney | 800560 | 800562 |
| 3 | Spirit Airlines, LLC | GA Telesis, LLC | A320-232C | 5042 | GYR | 4/6/26 | V2527-A5 | IAE | 16159 | 16165 |
| 4 | Spirit Airlines, LLC | Airborne Capital Limited | A320-232C | 5029 | GYR | 3/31/26 | V2527-A5 | IAE | 16121 | 16123 |

---

[1] For each Lease that is being rejected, each other related transaction document to which a Debtor is a party that is integral to such leasing transaction (including, without limitation, any lessee or sublessee consent in connection with any lease) also will be deemed part of this Schedule 1 and shall be rejected with respect to such piece of Excess Equipment if the related Lease is rejected. References to any agreement to be rejected are to the applicable agreement and other operative documents, as may have been amended, modified or supplemented from time to time and as is in effect as of the date hereof. As a matter of administrative convenience, in some cases the Debtors have listed the original parties to the documents without taking into account any succession of trustees or any other transfers from one party to another. The fact that the current parties to a particular agreement may not have been named in this Schedule is not intended to change the treatment of the documents. The current parties to the agreements are being noticed pursuant to this Notice.

[2] Notice information for each Lessor can be found in Schedule A to Schedule 1.

[3] All Aircraft are manufactured by Airbus, unless otherwise indicated.

**Schedule A**

**Lessor Notice Information**

25-11897-shl    Doc 828    Filed 03/06/26    Entered 03/06/26 21:53:26    Main Document
Pg 5 of 8

**Notice Information - GA Telesis, LLC**

GA Telesis, LLC
1850 NW 49th Street
Fort Lauderdale, Florida 33309 USA
Attention: Legal Department
Telephone: (954) 676-3111
Email: legal@gatelesis.com

Vedder Price P.C
Attention: Geoffrey R. Kass and Michael J. Edelman
1633 Broadway, 31st Floor
New York, NY 10019
Tel:     (212) 407-7700
Fax:    (212) 407-7799
Email: gkass@vedderprice.com
mjedelman@vedderprice.com

**Exhibit B**

**Redline**

## Exhibit A

### Second Revised Schedule 1

**EXCESS EQUIPMENT[1]**

| Row | Debtor (Lessee) | Head Lessor[2] | Aircraft Type[3] | MSN | Surrender Location | Effective Date of Rejection | Engine Type | Engine Manufacturer | ESN1 | ESN2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Spirit Airlines, LLC | Fuyo General Lease Co., Ltd | A320-271N | 11433 | GYR | 12/17/25 | PW1127G-JM | Pratt & Whitney | 800460 | 800461 |
| 2 | Spirit Airlines, LLC | Fuyo General Lease Co., Ltd | A320-271N | 11511 | GYR | 12/17/25 | PW1127G-JM | Pratt & Whitney | 800560 | 800562 |
| 3 | Spirit Airlines, LLC | GA Telesis, LLC | A320-232C | 5042 | GYR | ~~3/6/26~~ 4/6/26 | V2527-A5 | IAE | 16159 | 16165 |
| 4 | Spirit Airlines, LLC | Airborne Capital Limited | A320-232C | 5029 | GYR | 3/31/26 | V2527-A5 | IAE | 16121 | 16123 |

---

[1] For each Lease that is being rejected, each other related transaction document to which a Debtor is a party that is integral to such leasing transaction (including, without limitation, any lessee or sublessee consent in connection with any lease) also will be deemed part of this Schedule 1 and shall be rejected with respect to such piece of Excess Equipment if the related Lease is rejected.  References to any agreement to be rejected are to the applicable agreement and other operative documents, as may have been amended, modified or supplemented from time to time and as is in effect as of the date hereof.  As a matter of administrative convenience, in some cases the Debtors have listed the original parties to the documents without taking into account any succession of trustees or any other transfers from one party to another.  The fact that the current parties to a particular agreement may not have been named in this Schedule is not intended to change the treatment of the documents.  The current parties to the agreements are being noticed pursuant to this Notice.

[2] Notice information for each Lessor can be found in Schedule A to Schedule 1.

[3] All Aircraft are manufactured by Airbus, unless otherwise indicated.