UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

**SPIRIT AVIATION HOLDINGS, INC., et al.,**

Debtors.

Chapter 11

Case No. 25-11897 (SHL)

(Jointly Administered)

**RENEWED MOTION FOR AN EXAMINER AND
CONSOLIDATED OBJECTION OF STEVEN McLEAN TO:**
(I) ADEQUACY OF INFORMATION;
(II) APPROVAL OF THE DISCLOSURE STATEMENT; AND
(III) CONFIRMATION OF THE PLAN
**(PJT PARTNERS LP — JANUARY 2026 FEE STATEMENT, ECF NO. 825)**

I, **Steven McLean**, a pro se equity holder, respectfully submit this Renewed Motion for an Examiner and Consolidated Objection.
This filing is intended to operate **in tandem with**, and as a continuation of, my prior objections, including those concerning Willkie Farr (Dkt. 865), Debevoise & Plimpton and Alton Aviation (ECF 836), and my forthcoming objection to Davis Polk.
**This objection is centered specifically on the January 2026 Monthly Fee Statement of PJT Partners LP (ECF No. 825).**

I. PRELIMINARY STATEMENT: THE FEES ARE THE EVIDENCE

This objection is **not** a challenge to the reasonableness of PJT's fees under § 330.
Rather, PJT's January 2026 Monthly Fee Statement (ECF No. 825) is submitted as **direct, contemporaneous evidence** of a concealed restructuring process.

These sworn time records provide a **timestamped roadmap** of Plan development that contradicts:

- the Debtors' public narrative, and

- the Disclosure Statement timeline.

I rely on these records to demonstrate:

- a fundamental lack of **"adequate information"** under § 1125, and

- a lack of **"good faith"** under § 1129.

The fees are not the issue.
**The fees are the evidence.**

## II. PJT'S JANUARY LOGS REVEAL A HIDDEN, CODING-OBSCURED RESTRUCTURING PROCESS

PJT billed **570.0 hours** in January alone (ECF No. 825, p. 10).
This is not "general advisory."
This is **plan construction.**

Yet PJT coded nearly all of this work under **insufficiently descriptive entries,** including:

- "Call / meeting with Company"

- "Call / meeting with Board"

- "Discussion with creditors and/or their advisors"

- "Preparation and review of materials"

- "General diligence"

- "PJT internal call / meeting"

These vague descriptions **lump together** fundamentally different tasks and obscure the true nature of the work performed.

This is not proper timekeeping.
This is **coding that conceals.**

## III. CODING DISCREPANCIES THAT REQUIRE COURT SCRUTINY

The miscoding in PJT's January statement is not incidental — it is structural.

### 1. Board Meetings Hidden Under Generic Labels

PJT met with the Debtors' Board on:

- January 8

- January 14

- January 20

- January 23

- January 30

(ECF No. 825, pp. 11–14)

Every one of these Board-level restructuring meetings is coded as:

**"Call / meeting with Board"**

There is **no disclosure** of:

- restructuring alternatives

- exit scenarios

- creditor proposals

- business plan revisions

- RSA development

These are **material events** concealed through vague coding.

2. Alex Wang's 159 Hours of Intensive Work (ECF No. 825, pp. 29–31)

Analyst **Alex Wang** billed **159.0 hours** in January — more than any other PJT professional.

His detailed entries (pp. 29–31) show:

- repeated multi-hour blocks of
  **"Preparation and review of materials"**

- extensive **"General diligence"**

- numerous **creditor discussions**

- meetings with **Debtors' advisors**

- meetings with **third parties**

- meetings with **the Company**

This is the **heavy modeling and analytical work** that underpins:

- plan development

- business plan revisions

- valuation

- exit scenario modeling

- creditor proposal analysis

- Board presentation materials

Yet all of it is coded generically.

This is classic **lumping** and **insufficiently descriptive entry practice,** preventing meaningful review.

3. Creditor Negotiations Masked as "Discussions"

Repeated entries for:

"Discussion with creditors and/or their advisors"

appear throughout the month (pp. 11–14, 29–31).

These are **plan negotiations**, not "general advisory."

4. No Task Codes or Subject-Matter Categories

PJT uses **no task codes, no project categories**, and **no subject-matter classifications**.

All 570 hours are effectively placed under a single umbrella.

This is a transparency failure.

IV. THE "GAP" BETWEEN THE DISCLOSURE STATEMENT AND PJT'S ACTUAL WORK

The Disclosure Statement (ECF No. 850) presents the Restructuring Support Agreement ("RSA") and Plan as **reactive developments** that emerged later in the case.

But PJT's January logs show:

- restructuring work beginning **January 2**

- creditor proposal discussions throughout January

- Board meetings on restructuring alternatives in early January

- repeated multi-hour modeling sessions

- preparation of restructuring materials nearly every day

- 159 hours of analyst-level plan work

- 570 hours of concentrated restructuring activity

This creates a **material gap** between:

**(a)** what the Disclosure Statement says, and
**(b)** what PJT was actually doing.

A Disclosure Statement that omits the true timeline of plan development **cannot** satisfy § 1125.

## V. OBJECTION TO ADEQUACY OF INFORMATION (§ 1125)

The Disclosure Statement is inadequate because it omits:

- PJT's January restructuring work
- PJT's January Board presentations
- PJT's January creditor negotiations
- PJT's January exit scenario modeling
- PJT's January "transaction framework" development
- The 570-hour January workstream
- The miscoding used to hide it
- The absence of task codes or categories
- The analyst-level modeling and diligence work (pp. 29–31)

Stakeholders were deprived of material information.

## VI. OBJECTION TO PLAN CONFIRMATION (§ 1129)

The Plan cannot be confirmed because:

1. **It was negotiated through a concealed, miscoded process** revealed only in fee statements.
2. **It was not proposed in good faith** (§ 1129(a)(3)).
3. **It relies on a business plan still being revised in January,** contradicting feasibility (§ 1129(a)(11)).
4. **It is based on incomplete and misleading disclosures,** violating § 1129(a)(1) and (2).
5. **It cannot satisfy cramdown requirements** under § 1129(b) because the process was not fair or equitable.

The miscoding alone is enough to deny confirmation.

## VII. RENEWED MOTION FOR APPOINTMENT OF AN EXAMINER (§ 1104(c))

PJT's January logs provide the clearest evidence yet that an examiner is mandatory.

Under **11 U.S.C. § 1104(c)(2)**, the Court **SHALL** appoint an examiner if:

- unsecured debt exceeds $5 million (it does), and

- a party in interest requests one (I do).

This is **not discretionary**.
This is a **statutory mandate.**

An examiner must investigate:

1. **The January "Restructuring Materials"** hidden under vague coding (pp. 29–31).

2. **The January Board meetings** and what was presented (pp. 11–14).

3. **The creditor negotiations** concealed under generic labels.

4. **The insufficiently descriptive entries** used to hide plan development.

5. **Coordination with Davis Polk, Willkie, Debevoise, and Alton** in January.

VIII. EXHIBITS (PAGE NUMBERS)

To support this objection, I will attach:

- **ECF No. 825, page 3 of 31** — Fee summary.

- **ECF No. 825, page 10 of 31** — Summary of hours (including Wang's 159 hours).

- **ECF No. 825, pages 11–14 of 31** — Senior banker entries showing Board meetings and creditor negotiations.

- **ECF No. 825, pages 29–31 of 31** — Detailed entries for Alex Wang showing intensive restructuring work.

CONCLUSION

For the reasons stated above and in my prior filings, I respectfully request that the Court:

1. **Deny approval of the Adequacy Motion;**

2. **Deny Plan Confirmation;**

3. **Stay solicitation** pending full disclosure;

4. **Appoint an examiner** under § 1104(c);

5. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Steven McLean
**Steven McLean**
2205 Windsor Dr.
Merritt Island, FL 32952
Ph: 321-522-9575
Email: stevenandkristina@hotmail.com
Pro Se Equity Holder

further application to this Court for allowance of such out-of-pocket expenses incurred during the Fifth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Fifth Compensation Period is attached hereto as *Appendix A*. A summary of the compensation earned and out-of-pocket expenses incurred during the Fifth Compensation Period is outlined below:

| Fifth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| January 1 – 31, 2026 | $225,000.00 | ($45,000.00) | $23.32 | $180,023.32 |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the hours expended by PJT professionals in providing investment banking services to the Debtors during the Fifth Compensation Period are provided in *Appendix B*. A summary of the total amount of hours expended by PJT professionals is provided below:

| Hours Expended By Professional | |
|---|---|
| Professional | Total |
| Jamie O'Connell | 55.0 |
| Brent Herlihy | 42.5 |
| James Murray | 9.0 |
| Ronan Crotty | 4.5 |
| Peter Kelly | 15.0 |
| Emmanuel Recachinas | 1.5 |
| Dylan Friesner | 89.0 |
| Jayden Van | 1.5 |
| Michael Huckaby | 90.5 |
| Colin Song | 102.5 |
| Alex Wang | 159.0 |
| **Total Hours** | **570.0** |

Exhibit A

3

## PJT PARTNERS LP
### SUMMARY OF HOURS FOR THE PERIOD OF
### JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 55.0 |
| Brent Herlihy | Partner | 42.5 |
| James Murray | Partner | 9.0 |
| Ronan Crotty | Managing Director | 4.5 |
| Peter Kelly | Managing Director | 15.0 |
| Emmanuel Recachinas | Director | 1.5 |
| Dylan Friesner | Vice President | 89.0 |
| Jayden Van | Vice President | 1.5 |
| Michael Huckaby | Associate | 90.5 |
| Colin Song | Analyst | 102.5 |
| Alex Wang | Analyst | 159.0 |
| | **Total** | **570.0** |

Exhibit B

## PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 01/02/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/02/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/04/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/05/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/05/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/05/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/06/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/07/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 01/07/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/07/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/07/26 | 1.0 | Preparation and review of materials |
| Jamie O'Connell | 01/08/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/08/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/08/26 | 1.0 | Call / meeting with Board |
| Jamie O'Connell | 01/08/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/09/26 | 1.0 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/09/26 | 1.0 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/09/26 | 0.5 | Email correspondence on various matters |
| Jamie O'Connell | 01/09/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/10/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/10/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 01/10/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 01/11/26 | 1.0 | Call / meeting with Third Parties |
| Jamie O'Connell | 01/11/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/12/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/12/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/12/26 | 0.5 | Preparation and review of materials |
| Jamie O'Connell | 01/13/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 01/13/26 | 1.5 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/13/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/13/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/13/26 | 0.5 | Preparation and review of materials |
| Jamie O'Connell | 01/13/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 01/14/26 | 1.0 | Call / meeting with Board |
| Jamie O'Connell | 01/14/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/14/26 | 0.5 | Email correspondence on various matters |
| Jamie O'Connell | 01/15/26 | 0.5 | Email correspondence on various matters |
| Jamie O'Connell | 01/15/26 | 0.5 | Call / meeting with Company |

Exhibit

C

## PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 01/16/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/16/26 | 1.0 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/16/26 | 0.5 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/16/26 | 1.0 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/16/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/17/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/17/26 | 0.5 | Email correspondence on various matters |
| Jamie O'Connell | 01/18/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/18/26 | 0.5 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/19/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/19/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/20/26 | 1.5 | Call / meeting with Board |
| Jamie O'Connell | 01/20/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/20/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/21/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/21/26 | 0.5 | Preparation and review of materials |
| Jamie O'Connell | 01/22/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/23/26 | 0.5 | Call / meeting with Board |
| Jamie O'Connell | 01/23/26 | 1.0 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/23/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/25/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 01/25/26 | 1.0 | Preparation and review of materials |
| Jamie O'Connell | 01/26/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/26/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/26/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 01/26/26 | 0.5 | Email correspondence on various matters |
| Jamie O'Connell | 01/27/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 01/27/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/28/26 | 1.0 | PJT internal call / meeting |
| Jamie O'Connell | 01/29/26 | 1.0 | PJT internal call / meeting |
| Jamie O'Connell | 01/29/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 01/29/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 01/30/26 | 1.0 | Call / meeting with Board |
| Jamie O'Connell | 01/30/26 | 1.0 | Call / meeting with Third Parties |
| Jamie O'Connell | 01/30/26 | 1.0 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 01/30/26 | 1.5 | Call / meeting with Company |
| | | **55.0** | |

*Exhibit C*

## PJT PARTNERS LP
### HOURLY DETAILS FOR THE PERIOD OF
### JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Brent Herlihy | 01/02/26 | 1.0 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/02/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/05/26 | 0.5 | Call / meeting with Third Parties |
| Brent Herlihy | 01/05/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/05/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 01/06/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/06/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 01/07/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 01/07/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/07/26 | 0.5 | Call / meeting with Debtors' advisors |
| Brent Herlihy | 01/08/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/08/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/09/26 | 1.0 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/09/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/09/26 | 0.5 | Email correspondence on various matters |
| Brent Herlihy | 01/10/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/10/26 | 0.5 | Call / meeting with Debtors' advisors |
| Brent Herlihy | 01/11/26 | 1.0 | Call / meeting with Third Parties |
| Brent Herlihy | 01/12/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/12/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/12/26 | 0.5 | Email correspondence on various matters |
| Brent Herlihy | 01/13/26 | 1.5 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/13/26 | 0.5 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/13/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/13/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 01/13/26 | 0.5 | Call / meeting with Debtors' advisors |
| Brent Herlihy | 01/14/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/15/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/16/26 | 1.0 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/16/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/16/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/16/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/16/26 | 0.5 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/17/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 01/18/26 | 0.5 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/19/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/19/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 01/20/26 | 0.5 | Discussion with creditors and/or their advisors |

Page 4 of 22

## PJT PARTNERS LP
### HOURLY DETAILS FOR THE PERIOD OF
### JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Brent Herlihy | 01/20/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/20/26 | 1.5 | Call / meeting with Board |
| Brent Herlihy | 01/20/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 01/22/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/23/26 | 1.0 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/23/26 | 0.5 | Call / meeting with Third Parties |
| Brent Herlihy | 01/23/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/26/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/27/26 | 0.5 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/27/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/28/26 | 1.0 | PJT internal call / meeting |
| Brent Herlihy | 01/28/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 01/29/26 | 1.0 | PJT internal call / meeting |
| Brent Herlihy | 01/29/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 01/29/26 | 0.5 | Preparation and review of materials |
| Brent Herlihy | 01/30/26 | 1.0 | Call / meeting with Third Parties |
| Brent Herlihy | 01/30/26 | 1.0 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 01/30/26 | 1.5 | Call / meeting with Company |
| | | **42.5** | |

Exhibit C

PJT PARTNERS LP

HOURLY DETAILS FOR THE PERIOD OF

JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Alex Wang | 01/02/26 | 1.0 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/02/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/05/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/05/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/05/26 | 3.0 | Preparation and review of materials |
| Alex Wang | 01/05/26 | 1.0 | General diligence |
| Alex Wang | 01/06/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 01/06/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/06/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/06/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 01/06/26 | 4.0 | Preparation and review of materials |
| Alex Wang | 01/06/26 | 1.0 | General diligence |
| Alex Wang | 01/07/26 | 0.5 | PJT internal call / meeting |
| Alex Wang | 01/07/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/07/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/07/26 | 3.0 | Preparation and review of materials |
| Alex Wang | 01/07/26 | 1.0 | General diligence |
| Alex Wang | 01/08/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/08/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/08/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/08/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/08/26 | 3.0 | Preparation and review of materials |
| Alex Wang | 01/08/26 | 1.0 | General diligence |
| Alex Wang | 01/09/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/09/26 | 1.0 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/09/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/09/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/09/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/09/26 | 2.5 | Preparation and review of materials |
| Alex Wang | 01/09/26 | 1.0 | General diligence |
| Alex Wang | 01/10/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/10/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 01/10/26 | 4.0 | Preparation and review of materials |
| Alex Wang | 01/10/26 | 1.0 | General diligence |
| Alex Wang | 01/11/26 | 1.0 | Call / meeting with Third Parties |
| Alex Wang | 01/11/26 | 6.0 | Preparation and review of materials |
| Alex Wang | 01/11/26 | 1.0 | General diligence |
| Alex Wang | 01/12/26 | 1.0 | Call / meeting with Company |

25-11897-shl   Doc 825   Filed 03/05/26   Entered 03/05/26 12:11:23   Main Document
Pg 15 of 18

## PJT PARTNERS LP
### HOURLY DETAILS FOR THE PERIOD OF
### JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Alex Wang | 01/12/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/12/26 | 5.0 | Preparation and review of materials |
| Alex Wang | 01/13/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 01/13/26 | 1.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/13/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/13/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/13/26 | 4.0 | Preparation and review of materials |
| Alex Wang | 01/13/26 | 1.0 | General diligence |
| Alex Wang | 01/14/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/14/26 | 1.0 | Preparation and review of materials |
| Alex Wang | 01/14/26 | 1.0 | General diligence |
| Alex Wang | 01/15/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 01/15/26 | 1.0 | Call / meeting with Third Parties |
| Alex Wang | 01/15/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/15/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 01/15/26 | 1.0 | General diligence |
| Alex Wang | 01/16/26 | 1.0 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/16/26 | 1.0 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/16/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/16/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/16/26 | 4.0 | Preparation and review of materials |
| Alex Wang | 01/16/26 | 1.0 | General diligence |
| Alex Wang | 01/17/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 01/17/26 | 5.0 | Preparation and review of materials |
| Alex Wang | 01/18/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/18/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/18/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/18/26 | 3.0 | Preparation and review of materials |
| Alex Wang | 01/19/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/19/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/19/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 01/20/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/20/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/20/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/20/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/20/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 01/20/26 | 1.0 | General diligence |
| Alex Wang | 01/21/26 | 0.5 | Call / meeting with Third Parties |

Exhibit D

## PJT PARTNERS LP
### HOURLY DETAILS FOR THE PERIOD OF
### JANUARY 1, 2026 THROUGH JANUARY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Alex Wang | 01/21/26 | 5.0 | Preparation and review of materials |
| Alex Wang | 01/21/26 | 1.0 | General diligence |
| Alex Wang | 01/22/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/22/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 01/22/26 | 1.0 | General diligence |
| Alex Wang | 01/23/26 | 1.0 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/23/26 | 0.5 | Call / meeting with Third Parties |
| Alex Wang | 01/23/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/23/26 | 1.0 | General diligence |
| Alex Wang | 01/25/26 | 7.0 | Preparation and review of materials |
| Alex Wang | 01/26/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/26/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/26/26 | 6.0 | Preparation and review of materials |
| Alex Wang | 01/26/26 | 1.0 | General diligence |
| Alex Wang | 01/27/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/27/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/27/26 | 4.0 | Preparation and review of materials |
| Alex Wang | 01/28/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/28/26 | 1.0 | PJT internal call / meeting |
| Alex Wang | 01/28/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 01/28/26 | 7.0 | Preparation and review of materials |
| Alex Wang | 01/29/26 | 1.0 | PJT internal call / meeting |
| Alex Wang | 01/29/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 01/29/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 01/29/26 | 6.0 | Preparation and review of materials |
| Alex Wang | 01/30/26 | 1.0 | Discussion with creditors and/or their advisors |
| Alex Wang | 01/30/26 | 1.5 | Call / meeting with Company |
| Alex Wang | 01/30/26 | 6.0 | Preparation and review of materials |
| | | **159.0** | |

Exhibit D

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I caused a true and correct copy of the

**RENEWED MOTION FOR AN EXAMINER AND
CONSOLIDATED OBJECTION OF STEVEN McLEAN TO:**
(I) ADEQUACY OF INFORMATION;
(II) APPROVAL OF THE DISCLOSURE STATEMENT; AND
(III) CONFIRMATION OF THE PLAN

**(PJT PARTNERS LP — JANUARY 2026 FEE STATEMENT, ECF NO. 825)**

This objection is centered specifically on the January 2026 Monthly Fee Statement of PJT Partners.

to be served by email upon the following parties:

Debtors' Counsel

Debevoise & Plimpton LLP

Emails: jball@debevoise.com; eworenklein@debevoise.com;

mcohen@debevoise.com; docket@debevoise.com

Office of the United States Trustee – Region 2 (SDNY)

Emails: ustpregion02.nyecf@usdoj.gov; Mark.Bruh@usdoj.gov

Shara.Cornell@usdoj.gov

Counsel to the Official Committee of Unsecured Creditors

Akin Gump Strauss Hauer & Feld LLP

Emails: mstamer@akingump.com; srodriguez@akingump.com;

ibloom@akingump.com; akingump-sbny-spirit@akingump.com

Counsel to the DIP Lenders

Davis Polk & Wardwell LLP

Emails: marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com;

david.schiff@davispolk.com; davis.polk.spirit@davispolk.com

Counsel to the Ad Hoc Group

Milbank LLP

Emails: dschwartz@milbank.com; gbray@milbank.com

Claims and Noticing Agent

Epiq Corporate Restructuring, LLC

Email: spiritairlinesinfo@epiqglobal.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 24 2026

Merritt Island, Florida

/s/ Steven McLean

Steven McLean

2205 Windsor Dr.

Merritt Island, FL 32952

Email: stevenandkristina@hotmail.com

Phone: 321-522-9575