DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Counsel to the Debtors and Debtors in
Possession*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | **Re: ECF Nos. 851, 917, 924** |

| | |
|---|---|
| **In re:**<br><br>**SPIRIT AVIATION HOLDINGS, INC.,** *et al.***,**<br><br>     **Debtors.**[1] | **Chapter 11**<br><br>**Case No. 25-11897 (SHL)**<br><br>**Jointly Administered** |

### NOTICE OF (I) ADJOURNMENT OF HEARING ON DISCLOSURE STATEMENT MOTION, 365(D)(4) EXTENSION MOTION, AND EXCLUSIVITY EXTENSION MOTION, AND (II) CANCELLATION OF APRIL 15, 2026 HEARING

**PLEASE TAKE NOTICE** that, on March 13, 2026, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of the Debtors to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices, and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [ECF No. 851] (the "**Disclosure Statement Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on March 30, 2026, the Debtors filed the *Motion of the Debtors for Entry of an Order Further Extending the Deadline to Assume or Reject Certain Unexpired Leases of Nonresidential Real Property* [ECF No. 917] (the "**365(d)(4) Extension Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on March 30, 2026, the Debtors filed the *Second Motion of the Debtors for Entry of an Order Extending the Exclusive Periods within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof* [ECF No. 924] (the "**Exclusivity Extension Motion**," and together with the Disclosure Statement Motion and the 365(d)(4) Extension Motions, the "**Motions**").

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Hearing**") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Court**"), to consider the relief requested in the Motions had been scheduled for 10:00 a.m.[2] on April 15, 2026.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline with respect to the (a) 365(d)(4) Extension Motion and (b) Exclusivity Extension Motion was at 4:00 p.m. on April 8, 2026, and has passed.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline with respect to the Disclosure Statement Motion was at 2:00 p.m. on April 10, 2026, and has passed.

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motions is hereby adjourned to **11:00 a.m. on April 23, 2026**.

**PLEASE TAKE FURTHER NOTICE** that, in light of the fact that all matters originally scheduled for the April 15, 2026, hearing have been adjourned, the April 15, 2026, hearing **has been cancelled**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 61], the Debtors' reply deadlines with respect to the Motions will be reset to **12:00 p.m. on April 21, 2026**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via Zoom for Government.  Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by **11:00 a.m. on April 22, 2026**.  Instructions and additional information about the Court's remote attendance procedures can be found at https://www.nysb.uscourts.gov/ecourt-appearances.  Once an appearance is properly submitted, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time by an announcement of the adjourned date or dates at the Hearing or a later hearing or by filing a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that all objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions and any other document filed publicly in these chapter 11 cases are available free of charge at https://dm.epiq11.com/SpiritAirlines.

---

[2] All times herein are expressed in prevailing Eastern Time.

Dated:   April 13, 2026
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Darren S. Klein*
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Counsel to the Debtors and Debtors in Possession*