DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Counsel to the Debtors and Debtors in Possession*

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard East
New York, New York 10001
Tel.: (212) 909-6000
Jasmine Ball
Elie J. Worenklein

*Fleet Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

## AGENDA FOR APRIL 23, 2026, HEARING

Time and Date of Hearing:     April 23, 2026, at 11:00 a.m. (Prevailing Eastern Time)[2]

Location of Hearing:     The hearing will be conducted via Zoom for Government. Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl 24 hours in advance of the hearing.

Copies of Motions:     A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and https://dm.epiq11.com/SpiritAirlines (free of charge).

---

[1]   The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2]  All times herein are expressed in prevailing Eastern Time.

**I.   Uncontested Matters**

1. **INTERIM FEE APPLICATION OF DEBEVOISE & PLIMPTON.** Second Interim Application of Debevoise & Plimpton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Fleet Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2025 through February 28, 2026 [ECF No. 888]

    Objection Deadline: April 16, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

2. **INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC.** Second Interim Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2025, through February 28, 2026 [ECF No. 893]

    Objection Deadline: April 16, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

3. **INTERIM FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP.** Second Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as Conflicts Counsel for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2025 through February 28, 2026 [ECF No. 909]

    Objection Deadline: April 16, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

4. **INTERIM FEE APPLICATION OF O'MELVENY & MYERS LLP.** Second Application of O'Melveny & Myers LLP, as Special Labor Counsel to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2025 through February 28, 2026 [ECF No. 910]

Objection Deadline: April 16, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

5. **INTERIM FEE APPLICATION OF FTI CONSULTING, INC.** Second Interim Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisors to the Debtors and Debtors in Possession for the Period from December 1, 2025 through February 28, 2026 [ECF No. 911]

Objection Deadline: April 16, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

6. **INTERIM FEE APPLICATION OF DAVIS POLK & WARDWELL.** Second Interim Application of Davis Polk & Wardwell LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2025 through February 28, 2026 [ECF No. 892]

Objection Deadline: February 4, 2026, at 4:00 p.m.

Responses Received: Informal comments were received from the U.S. Trustee on April 20, 2026, four days after the objection deadline and after Davis Polk reached resolution and agreed to further reductions with the Court-appointed fee examiner. Davis Polk offered to discuss the questions raised and has not yet heard back from the U.S. Trustee's office. The Debtors do not know if questions were asked of any other professional.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

7. **INTERIM FEE APPLICATION OF WILLKIE FARR & GALLAGHER.** Second Interim Application of Willkie Farr & Gallagher LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2025 through February 28, 2026 [ECF No. 884]

Objection Deadline: April 15, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

8.   **INTERIM FEE APPLICATION OF ALIXPARTNERS.** Second Interim Fee Application of AlixPartners, LLP, Financial Advisor to The Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2025 through February 28, 2026 [ECF No. 885]

Objection Deadline: April 15, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

9.   **INTERIM FEE APPLICATION OF ALTON AVIATION CONSULTANCY.** Second Interim Application of Alton Aviation Consultancy LLC for Allowance of Compensation for Specialized Aviation Advisory Services Rendered and Reimbursement of Expenses Incurred as Professionals to the Official Committee of Unsecured Creditors for the Period December 1, 2025 Through and Including February 28, 2026 [ECF No. 886]

Objection Deadline: April 15, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

10.  **INTERIM FEE APPLICATION OF JEFFERIES.** Second Interim Fee Application of Jefferies LLC as Investment Banker for the Official Committee of Unsecured Creditors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2025 to and including February 28, 2026 [ECF No. 887]

Objection Deadline: April 15, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

11.  **INTERIM FEE APPLICATION OF BIELLI & KLAUDER.** First Interim Fee Application of Bielli & Klauder LLC for Compensation for Services Rendered and

Reimbursement of Expenses Incurred as Counsel to the Fee Examiner David M. Klauder, Esquire for the Period from December 23, 2025 through February 28, 2026 [ECF No. 889]

Objection Deadline: April 16, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

12. **365(d)(4) EXTENSION MOTION.** Motion of the Debtors for Entry of an Order Further Extending the Deadline to Assume or Reject Certain Unexpired Leases of Nonresidential Real Property [ECF No. 917]

Objection Deadline: April 8, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice of (I) Adjournment of Hearing on Disclosure Statement Motion, 365(d)(4) Extension Motion, and Exclusivity Extension Motion, and (II) Cancellation of April 15, 2026 Hearing [ECF No. 950]

Status: This matter is going forward on an uncontested basis.

13. **FOURTH OMNIBUS REJECTION MOTION.** Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code [ECF No. 940]

Objection Deadline: April 16, 2026, at 4:00p.m.

Responses Received: None.

Related Documents:

A. Declaration of Fred Cromer in Support of Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Equipment Leases Pursuant to Section 365 of the Bankruptcy Code [ECF No. 941]

Status: This matter is going forward on an uncontested basis.

14. **DTW HANGAR SALE-LEASEBACK MOTION.** Motion of the Debtors for Entry of an Order Authorizing and Approving Debtor Spirit Airlines, LLC's Entry Into and Performance Under the Operating Lease [ECF No. 927]

Objection Deadline: April 16, 2026, at 4:00 p.m.

4

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

## II.    Contested Matters

15. **EXCLUSIVITY EXTENSION MOTION.** Second Motion of the Debtors for Entry of an Order Extending the Exclusive Periods within Which to File a Chapter 11 Plan and Solicit Acceptances [ECF No. 924]

Objection Deadline: April 8, 2026, at 4:00 p.m.

Responses Received:

A. Supplemental Objection to Debtors' Second Motion to Extend Exclusivity, Request to Reduce Exclusivity, and Request for Independent Valuation [ECF No. 948]

Replies Received:

B. Debtors' Reply in Opposition to Steven Mclean's Objection to the Second Motion of the Debtors for Entry of an Order Extending the Exclusive Periods within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof [ECF No. 969]

Related Documents:

C. Notice of (I) Adjournment of Hearing on Disclosure Statement Motion, 365(d)(4) Extension Motion, and Exclusivity Extension Motion, and (II) Cancellation of April 15, 2026 Hearing [ECF No. 950]

Status: This matter is going forward on a contested basis.

16. **DEBTORS' SALE MOTION.** Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Aircraft, (B) Approving the Form and Manner of Applicable Notices and (C) Scheduling an Auction and Sale Hearing and (II) an Order (A) Authorizing the Sale of Aircraft and Related Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (B) Granting Related Relief [ECF No. 770]

Objection Deadline: The deadline to object to the bidding procedures motion was March 4, 2026, at 4:00 p.m. and the deadline to object to the proposed sale to the Stalking Horse Buyer was April 16, 2026, at 4:00 p.m.

Responses Received:

5

A.  Joint Limited Objection of Grapevine ISD, City of Grapevine and Tarrant County to the Debtors' Motion for Entry of an Order Authorizing the Sale of Aircraft and Related Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests [ECF No. 958]

Replies Received: None.

Related Documents:

B.  Declaration of Fred Cromer in Support of the Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Aircraft, (B) Approving the Form and Manner of Applicable Notices and (C) Scheduling an Auction and Sale Hearing and (II) an Order (A) Authorizing the Sale of Aircraft and Related Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (B) Granting Related Relief [ECF. No. 771]

C.  Certificate of No Objection Regarding Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Aircraft, (B) Approving the Form and Manner of Applicable Notices and (C) Scheduling an Auction and Sale Hearing and (II) an Order (A) Authorizing the Sale of Aircraft and Related Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (B) Granting Related Relief [ECF No. 829]

D.  Amended Certificate of No Objection Regarding Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Aircraft, (B) Approving the Form and Manner of Applicable Notices and (C) Scheduling an Auction and Sale Hearing and (II) an Order (A) Authorizing the Sale of Aircraft and Related Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (B) Granting Related Relief [ECF No. 831]

E.  Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Aircraft, (B) Approving the Form and Manner of Applicable Notices and (C) Scheduling the Auction and Sale Hearing [ECF No. 845]

F.  Notice of Public Auction for the Sale of Certain of the Debtors' Aircraft [ECF No. 846]

G.  Notice of Cancellation of Auction and Designation of Stalking Horse Buyer as the Successful Bidder [ECF No. 925]

H.  Declaration of Sriyantha Benedict Sirimanne in Support of Entry of Order Approving Sale of Aircraft to CSDS Asset Management LLC Free and Clear of Liens, Claims, and Encumbrances [ECF No. 966]

6

Status: Pursuant to the Bidding Procedures Order entered on March 12, 2026, the Debtors scheduled an Auction to take place on April 20, 2026, if the Debtors received any Qualified Bids in addition to the Stalking Horse Buyer's Bid by the Bid Deadline of April 1, 2026. On April 1, 2026, having received no Qualified Bids other than the Stalking Horse Buyer's Bid, the Debtors filed a notice of cancellation, cancelling the Auction and designating the Stalking Horse Buyer as the Successful Bidder, pursuant to the Bidding Procedures Order. The notice of cancellation provided that the deadline to object to the proposed Sale to the stalking Horse Buyer was April 16, 2026, at 4:00 p.m. Accordingly, this matter is going forward as scheduled.

## III.   Adjourned Matters

17. **MOTION TO APPROVE DISCLOSURE STATEMENT.** Motion of the Debtors to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 851]

Objection Deadline: April 10, 2026, at 2:00p.m.

Responses Received:

A. Renewed Motion for an Examiner and Consolidated Objection of Steven McLean to: (I) Debtors' Motion for Approval of the Adequacy of Information; (II) Approval of the Disclosure Statement; and (III) Confirmation of the Plan [ECF No. 871]

B. Renewed Motion for an Examiner and Consolidated Objection of Steven McLean to: (I) Debtors' Motion for Approval of the Adequacy of Information; (II) Approval of the Disclosure Statement; and (III) Confirmation of the Plan [ECF No. 872]

C. Renewed Motion for an Examiner and Consolidated Objection of Steven McLean to: (I) Debtors' Motion for Approval of the Adequacy of Information; (II) Approval of the Disclosure Statement; and (III) Plan Confirmation [ECF No. 878]

D. Supplemental Renewed Motion for Appointment of an Examiner and Consolidated Objection of Steven McLean to: (I) Adequacy of Information; (II) Approval of the Disclosure Statement; and (III) Confirmation of the Plan [ECF No. 879]

E. Renewed Motion for an Examiner and Consolidated Objection of Steven McLean to: (I) Adequacy of Information; (II) Approval of the Disclosure Statement; and (III) Confirmation of the Plan [ECF No. 880]

F. Objection of Steven McLean to the Debtors' Disclosure Statement and Joint Chapter 11 Plan of Reorganization [ECF No. 942]

G. Limited Objection of NAI National Ltd. to Approval of the Disclosure Statement [ECF No. 943]

7

H.  The RCF Administrative Agent's Objection to the Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Spirit Aviation Holdings, Inc. and its Debtor Affiliates [ECF No. 944]

I.  Shareholder's Supplemental Omnibus Objection to the Debtors' Disclosure Statement and Demand for Mandatory Reconciliation [ECF No. 954]

Related Documents:

J.  Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Spirit Aviation Holdings, Inc. and its Debtor Affiliates [ECF No. 850]

K.  Notice of Filing of Exhibits to Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Spirit Aviation Holdings, Inc. and its Debtor Affiliates [ECF No. 933]

L.  Notice of (I) Adjournment of Hearing on Disclosure Statement Motion, 365(d)(4) Extension Motion, and Exclusivity Extension Motion, and (II) Cancellation of April 15, 2026 Hearing [ECF No. 950]

M.  Notice of Adjournment of Hearing on Disclosure Statement Motion [ECF No. 970]

Status: This matter has been adjourned *sine die*.

Dated:   April 21, 2026
        New York, New York

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | DAVIS POLK & WARDWELL LLP |
| 66 Hudson Boulevard East | |
| New York, New York 10001 | By:   */s/ Marshall S. Huebner*     |
| Tel.: (212) 909-6000 | 450 Lexington Avenue |
| Jasmine Ball | New York, NY 10017 |
| Elie J. Worenklein | Tel.: (212) 450-4000 |
| | Marshall S. Huebner |
| *Fleet Counsel to the Debtors and Debtors* | Darren S. Klein |
| *in Possession* | Christopher S. Robertson |
| | Joseph W. Brown |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |