DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown
Katharine Somers

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.,* | **Case No. 25-11897 (SHL)** |
| **Debtors.[1]** | **Jointly Administered** |

### NOTICE REGARDING POTENTIAL FINANCING

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "**Court**") held an omnibus hearing on April 23, 2026 at 11:00 a.m.[2] (the "**April 23 Omnibus Hearing**").

**PLEASE TAKE FURTHER NOTICE** that at the April 23 Omnibus Hearing, the Debtors reported that they (1) are in advanced discussions with the United States Government regarding the terms of a potential financing package (the "**Potential Financing**") and (2) had, with consent, shared the terms of the Potential Financing with counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), counsel to the administrative agent (the "**RCF Agent**") and lenders (the "**RCF Lenders**") under the Debtors' prepetition revolving credit facility, and counsel to the lenders (the "**DIP Lenders**") under the Debtors' debtor-in-possession financing facility, certain of whom are also holders of the Debtors' prepetition secured notes.[3]

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] All times herein are expressed in prevailing Eastern Time.

[3] The Debtors, the United States Government, the Committee, the RCF Lenders, and the DIP Lenders are collectively referred to herein as the "**Parties**".

**PLEASE TAKE FURTHER NOTICE** that, as of the filing of this Notice, neither the DIP Facility Agent nor the Required DIP Lenders have delivered an Enforcement Notice (each as defined in the Final DIP Order[4]).

**PLEASE TAKE FURTHER NOTICE** that, as conversations with respect to the Potential Financing continue among the Parties, no motion with respect to the Potential Financing is yet on file and therefore there will not be a hearing tomorrow at 11:00 a.m.  The Debtors will provide further notice when appropriate to do so, including as to any scheduled hearings on these or related matters.

**PLEASE TAKE FURTHER NOTICE** that copies of documents filed publicly in these chapter 11 cases are available free of charge at https://dm.epiq11.com/SpiritAirlines.

Dated:   April 29, 2026
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Marshall S. Huebner*
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown
Katharine Somers

*Counsel to the Debtors and Debtors in Possession*

---

[4] The Final DIP Order means the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (III) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief* [ECF No. 384], as amended, supplemented, or otherwise modified from time to time, including by the *Agreed Order Amending Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (III) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief* [ECF No. 643].