DAVIS POLK & WARDWELL LLP                          **Re: ECF Nos. 1009, 1022**
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.***,** | **Case No. 25-11897 (SHL)** |
| **Debtors.[1]** | **Jointly Administered** |

### NOTICE OF FILING OF INITIAL WIND-DOWN BUDGET

**PLEASE TAKE NOTICE** that, on May 4, 2026, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Wind Down Operations, (II) Approving the Debtors' Use of Cash Collateral and Amendments to the DIP Credit Agreement and Final DIP Order, (III) Authorizing Modification or Termination of the Debtors' Employee Programs, (IV) Approving Wind-Down Incentive and Retention Plan, (V) Approving Modification of Contract Rejection Procedures, (VI) Approving Non-Fleet Assets Sale Procedures, (VII) Approving Non-Fleet Assets Abandonment Procedures, (VIII) Approving the Use of Certain Third-Party Contractors, (IX) Approving Protections for Certain Persons Implementing the Wind-Down, (X) Enforcing an Administrative Stay, (XI) Authorizing the Preemption of Applicable Laws and Ordinances for the Debtors to Effectuate the Wind-Down, (XII) Authorizing the Debtors to Take Any and All Actions Necessary to Implement the Wind-Down, and (XIII) Granting Related Relief* [ECF No. 1009] (the "**Wind-Down Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that attached to the Wind-Down Motion as Exhibit A was an initial form of the Proposed Order (as may be amended or supplemented, the

---

[1]  The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2]  Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Wind-Down Motion.

"**Proposed Wind-Down Order**"), an amended version of which was filed on May 5, 2026 [ECF No. 1022].

PLEASE TAKE FURTHER NOTICE that the Proposed Wind-Down Order contemplates the attachment of the Initial Wind-Down Budget as <u>Exhibit 3</u> thereto.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file the Initial Wind-Down Budget as **Exhibit 3** to this notice, which is incorporated as <u>Exhibit 3</u> to the Proposed Wind-Down Order.

PLEASE TAKE FURTHER NOTICE that a hearing has been scheduled for **May 5, 2026, at 11:00 a.m.** (prevailing Eastern Time), before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, to consider, among other things, the relief requested by the Debtors in the Wind-Down Motion.

PLEASE TAKE FURTHER NOTICE that copies of the documents referenced herein, this notice, and all other documents publicly filed in the Chapter 11 Cases can be accessed free of charge at https://dm.epiq11.com/SpiritAirlines.

Dated:   May 5, 2026
         New York, New York

DAVIS POLK & WARDWELL LLP

By:        */s/ Darren Klein*

450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Counsel to the Debtors and Debtors in Possession*

2

**<u>Exhibit 3</u>**

**Initial Wind-Down Budget**

**Proposed Wind Down Budget**

*$000s*

| | Year: | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2027 | 2027 | Post-Month 10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month of Forecast: | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 10+ | |
| | Month: | 05/31/26 | 06/30/26 | 07/31/26 | 08/31/26 | 09/30/26 | 10/31/26 | 11/30/26 | 12/31/26 | 01/31/27 | 02/28/27 | 06/30/27 | Jun-27 |
| **Detailed Summary** | | | | | | | | | | | | | |
| [1] | Run-Off of Cash Flows (net of all Carve-Out Cash Used) | (7,098) | - | - | - | - | - | - | - | - | - | - | (7,098) |
| [2] | Wind Down Costs - Total Employee Related Disbursements | (27,387) | (23,676) | (1,739) | (1,479) | (813) | (1,016) | (537) | (445) | (359) | (45) | - | (57,497) |
| [3] | Wind Down Costs - Total Aircraft Related Disbursements | (19,646) | (23,673) | (8,898) | (3,149) | (28) | (7) | - | - | - | - | - | (55,401) |
| [4] | Wind Down Costs - Total Vendor Related Disbursements | (12,000) | - | - | - | - | - | - | - | - | - | - | (12,000) |
| [5] | Wind Down Costs - Total Operational and Preservation Disbursements | (5,053) | (2,646) | (1,500) | (1,174) | (1,826) | (861) | (25) | (15) | (19) | (15) | (44) | (13,177) |
| [6] | Wind Down Costs - Total Other Wind Down Disbursements | (250) | - | - | (250) | - | - | - | - | - | - | - | (500) |
| [7] | Wind Down Costs - Professional Fees - Hourly / Monthly | (4,665) | (2,969) | (10,138) | (10,903) | (1,111) | (9,671) | (1,930) | (154) | - | - | - | (41,540) |
| [8] | Wind Down Costs - Professional Fees - IB Restructuring Fees | - | - | - | - | - | - | (30,171) | - | - | - | - | (30,171) |
| [9] | Total Budget | $ (76,099) | $ (52,964) | $ (22,275) | $ (16,955) | $ (3,778) | $ (11,555) | $ (32,662) | $ (614) | $ (378) | $ (60) | $ (44) | |
| [10] | Cumulative Budget | $ (76,099) | $ (129,063) | $ (151,338) | $ (168,293) | $ (172,071) | $ (183,627) | $ (216,289) | $ (216,903) | $ (217,280) | $ (217,341) | $ (217,385) | $ (217,385) |
| [11] | RCF Budget Contribution | $ (6,834) | | | | | | | | | | | |
| [12] | Cumulative RCF Budget Contribution | $ (6,834) | | | | | | | | | | | |
| [13] | Bondholder Budget Contribution | $ (69,266) | | | | | | | | | | | |
| [14] | Cumulative Bondholder Budget Contribution | $ (69,266) | | | | | | | | | | | |

*Note: does not include potential payments to satisfy aircraft and  MRO lien holder rights, which would be subsequently negotiated pursuant to a holistic solution with each of the service providers*