**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**STATEMENT AND RESERVATION OF**
**RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO DEBTORS' MOTIONS FOR ORDERS AUTHORIZING**
**DEBTORS TO WIND DOWN OPERATIONS AND GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") of Spirit Aviation

Holdings, Inc. and its debtor affiliates in the above-captioned cases (collectively, the "Debtors"),

by and through its undersigned counsel, hereby submits this statement and reservation of rights

with respect to (i) the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to*

*Wind Down Operations, (II) Approving the Debtors' Use of Cash Collateral and Amendments to*

*the DIP Credit Agreement and Final DIP Order, (III) Authorizing Modification or Termination of*

*the Debtors' Employee Programs, (IV) Approving Wind-Down Incentive and Retention Plan,*

*(V) Approving Modification of Contract Rejection Procedures, (VI) Approving Non-Fleet Assets*

*Sale Procedures, (VII) Approving Non-Fleet Assets Abandonment Procedures, (VIII) Approving*

*the Use of Certain Third-Party Contractors, (IX) Approving Protections for Certain Persons*

*Implementing the Wind-Down, (X) Enforcing an Administrative Stay, (XI) Authorizing the*

*Preemption of Applicable Laws and Ordinances for the Debtors to Effectuate the Wind-Down,*

---

[1]    The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit
Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance
Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors'
mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

*(XII) Authorizing the Debtors to Take Any and All Actions Necessary to Implement the Wind-Down, and (XIII) Granting Related Relief* [Docket No. 1009] (the "Wind-Down Motion"), and (ii) the Fleet Wind-Down Motions [Docket Nos. 1010, 1013] (collectively with the Wind-Down Motion, the "Wind-Down Motions").[2]

1.    The Committee is disappointed that a reorganization of Spirit is no longer possible. Throughout these cases, the Committee has supported the Debtors' significant efforts to reorganize and emerge from chapter 11.  Most recently, when it became clear that reorganizing pursuant to the Plan was no longer feasible due to surges in fuel prices, the Committee supported the Debtors in their discussions with the United States Government regarding a potential rescue financing transaction.

2.    Against this difficult backdrop, the Committee supports the Debtors' decision to conduct an orderly wind-down of their operations using the chapter 11 process.  However, the Committee continues to evaluate the emergency relief requested in the Wind-Down Motions. Spirit is a major commercial airline with a large fleet composed of both owned and leased aircraft, and winding it down is a logistically complex undertaking that requires significant coordination among the Debtors and their stakeholders.  For example, the Committee understands that only a handful of the Debtors' leased aircraft currently have their assigned engines installed, and that the majority of the Debtors' engines are intermingled between owned and leased aircraft.  Swapping these engines to ensure that each leased aircraft is paired with the correct engine before it is returned—and that owned engines are reinstalled on the correct owned aircraft before they are

---

[2]    Capitalized terms used but not defined herein shall have the meanings given to them in the Wind-Down Motions, as applicable.

sold—will require substantial coordination among the Debtors, the DIP Lenders, and the aircraft equipment lessors.

3. In light of these considerations, the Committee has discussed the Wind-Down Motions with the Debtors and the DIP Lenders to ensure that the requested relief will facilitate an orderly wind-down of the Debtors' operations, including the return of the Debtors' leased aircraft equipment. The Committee understands that certain aircraft lessors have raised similar concerns with the Debtors, and that the Debtors have revised the proposed orders to address such concerns. The Committee believes that its concerns with the Wind-Down Motions have been resolved, but reserves all rights with respect to the Wind-Down Motions pending its review of the revised proposed orders and Wind-Down Budget.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 5, 2026
New York, New York

By: */s/ Brett H. Miller*
    Brett H. Miller
    Todd M. Goren
    James H. Burbage
    Joseph R. Brandt
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000
    Facsimile: (212) 728-8111

    *Counsel for the Official Committee of*
    *Unsecured Creditors*