Objection Deadline: June 9, 2026 at 4:00 p.m. (prevailing Eastern Time)

O'MELVENY & MYERS LLP
Robert A. Siegel (admitted *pro hac vice*)
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: rsiegel@omm.com

Mark W. Robertson
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mrobertson@omm.com

Aparna B. Joshi (admitted *pro hac vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: ajoshi@omm.com

*Special Labor Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**EIGHTH MONTHLY FEE STATEMENT OF O'MELVENY & MYERS LLP,**
**AS SPECIAL LABOR COUNSEL TO THE DEBTORS, FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED FROM**
**APRIL 1, 2026 THROUGH APRIL 30, 2026**

| | |
|---|---|
| **Name of applicant** | O'Melveny & Myers LLP |
| **Applicant's role in case** | Special Labor Counsel to the Debtors |
| **Date order of employment signed** | November 03, 2025 [ECF No. 398], *nunc pro tunc* to August 29, 2025 |
| **Time period covered in this statement** | April 1, 2026 through April 30, 2026 |

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

|  | (the "**Fee Period**") |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total fees requested in this statement** | $40,489.20 (80% of $50,611.50) |
| **Total expenses requested in this statement** | $5,628.53 |
| **Total fees and expenses requested in this statement** | $46,117.73[2] |
| **This is a(n):** __X__ monthly application ___ interim application ___ final application | |

Prior Statements Filed:

| Fee Period | Fees Requested | Expenses Requested |
|---|---|---|
| August 30, 2025 – September 30, 2025 | $178,241.60 | $1,939.11 |
| October 1, 2025 – October 31, 2025 | $761,914.00 | $0.00 |
| November 1, 2025 – November 30, 2025 | $314,492.00 | $0.00 |
| December 1 2025 – December 31, 2025 | $64,684.40 | $2,444.56 |
| January 1, 2026 – January 31, 2026 | $336,541.60 | $7,945.31 |
| February 1, 2026 – February 28, 2026 | $35,738.80 | $64.95 |
| March 1, 2026 – March 31, 2026 | $14,945.60 | $6.20 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of O'Melveny & Myers LLP as Special Labor Counsel to the Debtors* Nunc Pro Tunc *to the Petition Date* [ECF No. 398], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [ECF No. 387] (the "**Interim Compensation Order**"),[3] O'Melveny & Myers LLP ("**OMM**"), special labor counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Eighth Monthly Fee Statement of O'Melveny & Myers LLP, as Special Labor Counsel to the Debtors, for Compensation for Services and Reimbursement of Expenses Incurred from*

---

[2]   This figure accounts for at least $1,930.50 of reductions on account of voluntary write-offs and/or compliance with applicable fee guidelines.

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

*April 1, 2026 through April 30, 2026* (together with the exhibits hereto (each of which is incorporated herein by reference), this "**Fee Statement**") for (a) compensation in the amount of $40,489.20[4] for actual, reasonable, and necessary professional services that OMM rendered during the Fee Period and (b) reimbursement of $5,628.53 for the actual and necessary expenses that OMM incurred in connection with such services.

**SERVICES RENDERED AND DISBURSEMENTS INCURRED[5]**

1.      Attached hereto as **Exhibit A** is a billing summary setting forth the (a) name and title of each OMM timekeeper who performed services during the Fee Period, (b) aggregate time expended by each timekeeper during the Fee Period, (c) hourly billing rate(s) for each timekeeper, and (d) amount of fees earned by each timekeeper during the Fee Period. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,745.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project matter, for the Fee Period.

3.      Attached hereto as **Exhibit C** is a summary setting forth the type of disbursements and amounts incurred by OMM in connection with services rendered during the Fee Period.

4.      Attached hereto as **Exhibit D** are OMM's time records for the Fee Period with a daily time log describing the time spent by each timekeeper.

**NOTICE AND OBJECTION PROCEDURES**

5.      Notice of this Fee Statement shall be given by first-class mail or email upon the following parties (the "**Notice Parties**"):

---

[4] This amount is 80% of the $50,611.50 in fees that OMM incurred during the Fee Period. OMM intends to seek payment of the 20% held back ($10,122.30) pursuant to an Interim Fee Application in accordance with the Interim Compensation Order.

[5] Should additional fees, expenses, or required information or supporting detail in connection with this Fee Period subsequently become available or known to OMM, OMM will seek payment of such amounts in a subsequent application.

3

(i)      the Debtors, c/o Spirit Aviation Holdings, Inc., 1731 Radiant Drive, Dania Beach, FL 33004, Attn: Legal Department;

(ii)     counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY, 10017, Attn: Marshall S. Huebner, Darren S. Klein, Christopher S. Robertson, and Joseph W. Brown (spirit.notice@davispolk.com);

(iii)    the U.S. Trustee, 1 Bowling Green, New York, NY 10004, Attn: Shara Cornell (shara.cornell@usdoj.gov) and Rachael E. Siegel (Rachael.E.Siegel@usdoj.gov);

(iv)     counsel to the Committee, Willkie Farr & Gallagher LLP, 787 7th Avenue, New York, NY 10019, Attn: Brett H. Miller, Todd M. Goren, James H. Burbage, and Jessica D. Graber (bmiller@willkie.com, tgoren@willkie.com, jburbage@willkie.com, and jgraber@willkie.com); and

(v)      counsel to the Fee Examiner, Bielli & Klauder LLC, 1905 Spruce Street, Philadelphia, PA 19103, Attn: Thomas D. Bielli (tbielli@bk-legal.com).

6.       Objections to this Fee Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon O'Melveny & Myers LLP, 1301 Avenue of the Americas, 17th Floor, New York, NY 10019 (Attn: Diana M. Perez, Esq. (dperez@omm.com)), **no later than June 9, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**"), setting forth with reasonable detail the nature of the objection and the amount at issue.

7.       If no objections to this Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay OMM 80% of the fees and 100% of the expenses requested in this Fee Statement.

8.       To the extent that an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of only that portion of the Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## NOTICE

9.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement will also be made available on the Debtors' case information website located at https://dm.epiq11.com/SpiritAirlines. The Debtors submit that no other or further notice be given.

*Remainder of Page Intentionally Left Blank*

WHEREFORE, OMM respectfully requests (a) compensation in the amount of $40,489.20 for actual, reasonable, and necessary professional services that OMM rendered during the Fee Period and (b) reimbursement of $5,628.53 for the actual and necessary expenses that OMM incurred in connection with such services.

Dated:   May 20, 2026
           New York, New York

                                                    **O'MELVENY & MYERS LLP**

                                                    By:   */s/ Robert A. Siegel*
                                                     400 South Hope Street, 19th Floor
                                                     Los Angeles, CA 90071
                                                     Telephone: (213) 430-6000
                                                     Facsimile: (213) 430-6407
                                                     Email: rsiegel@omm.com

                                                    *Special Labor Counsel to the Debtors and*
                                                    *Debtors in Possession*

**Exhibit A**

**Professional and Paraprofessional Fee**s

| TIMEKEEPER NAME | TITLE | DEPARTMENT | YEAR OF FIRST ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| APARNA B. JOSHI | PARTNER | LITIGATION | 2000 | $1,860.00 | 2.40 | $4,464.00 |
| BRANDON HERNANDEZ | ASSOCIATE | LITIGATION | 2025 | $930.00 | 3.60 | $3,348.00 |
| CHARLES J. MAHONEY | COUNSEL | LITIGATION | 2017 | $1,555.00 | 6.20 | $9,641.00 |
| DANIEL BROVMAN | COUNSEL | LITIGATION | 2019 | $1,500.00 | 1.20 | $1,800.00 |
| DIANA M. PEREZ | COUNSEL | RESTRUCTURING | 2008 | $1,725.00 | 4.00 | $6,900.00 |
| MARK ROBERTSON | PARTNER | LITIGATION | 1999 | $2,000.00 | 6.70 | $13,400.00 |
| ROBERT SIEGEL | PARTNER | LITIGATION | 1975 | $2,695.00 | 3.00 | $8,085.00 |
| SLOANE ACKERMAN | COUNSEL | LITIGATION | 2009 | $1,565.00 | 1.90 | $2,973.50 |
| | | | | **Total** | **29** | **$50,611.50** |

**Exhibit B**

**Compensation by Project Matter**

| PROJET MATTER | HOURS | AMOUNT |
|---|---|---|
| **SECTION 1113 AND 1114 MATTERS** | 23.1 | $42,892.00 |
| **GENERAL LABOR** | 5.9 | $7,719.50 |
| **Total** | **29** | **$50,611.50** |

**Exhibit C**

**Expense Summary**

| COST TYPE | AMOUNT |
|---|---|
| Online Research | $5,628.53 |
| Total | **$5,628.53** |

**Exhibit D**

**Detailed Time Records**

**O'Melveny**

O'Melveny & Myers LLP          T: +1 213 430 6000                                              Taxpayer ID: 95-1066597
400 South Hope Street          F: +1 213 430 6407
18th Floor                     omm.com
Los Angeles, CA  90071-2899

THOMAS CANFIELD                                        May 14, 2026
SPIRIT AIRLINES, INC.                                  OMM Matter:  0819040-00017
2800 EXECUTIVE WAY                                     Invoice:  1237983
MIRAMAR, FL 33025                                      Contact:  ROBERT SIEGEL

**ADVICE REGARDING POTENTIAL SECTION 1113 AND 1114 MATTERS**

For Professional Services Rendered Through April 30, 2026

Total Fees                                                                    $42,892.00

Total Disbursements                                                               $39.70

**Total Current Invoice**                                                    **$42,931.70**

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00017 / 1237983 number in Advice**

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore

Client: SPIRIT AIRLINES, INC.                                                                        05/14/26
Matter Name:  ADVICE REGARDING POTENTIAL SECTION 1113 AND 1114 MATTERS          Invoice: 1237983
Matter:  0819040-00017                                                                        Page No.  2

## ADVICE REGARDING POTENTIAL SECTION 1113 AND 1114 MATTERS

For Professional Services Rendered Through April 30, 2026

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| **Attorneys** | | | |
| 04/02/26 | D PEREZ | ATTEND TO UPDATED SPIRIT CONFLICTS ANALYSIS | 0.3 |
| 04/08/26 | M ROBERTSON | DRAFT LANGUAGE RELATED TO NON-OBJECTION TO UNION'S VALUATION OF PRE-PETITION GRIEVANCES | 0.2 |
| 04/08/26 | M ROBERTSON | REVIEW/ANALYZE SPREADSHEET REGARDING VALUATION OF PRE-PETITION GRIEVANCES AND EMAILS REGARDING SAME | 0.2 |
| 04/08/26 | M ROBERTSON | CONFERENCE WITH DAVIS POLK AND ROB JONES REGARDING ISSUES/STRATEGY RELATED TO SETTLEMENT OF PRE-PETITION GRIEVANCES | 0.4 |
| 04/08/26 | M ROBERTSON | REVISE LANGUAGE ADDRESSING SETTLEMENT OF PRE-PETITION GRIEVANCES | 0.2 |
| 04/08/26 | M ROBERTSON | CONFERENCE WITH ROB JONES REGARDING LABOR ISSUES RELATED TO PRE AND POST-PETITION GRIEVANCES | 0.1 |
| 04/08/26 | C MAHONEY | DRAFT RELEASE LANGUAGE FOR ALPA SETTLEMENT | 1.2 |
| 04/10/26 | D PEREZ | REVIEW UST OBJECTION TO DISCLOSURE STATEMENT AND FOLLOW UP W/ A. JOSHI RE: SAME | 0.4 |
| 04/13/26 | D PEREZ | REVIEW SPIRIT INVOICES FOR SENSITIVE INFORMATION (.2); REVIEW FEE EXAMINER'S WRITE OFF REQUEST AND FOLLOW UP WITH A. JOSHI RE: SAME (.3); RESPOND TO FEE EXAMINER RE: SAME (.2) | 0.7 |
| 04/14/26 | D PEREZ | EMAILS WITH FEE EXAMINER COUNSEL RE: WRITE OFFS | 0.2 |
| 04/15/26 | R SIEGEL | CALL WITH DAVIS POLK TEAM REGARDING LABOR ISSUES | 0.5 |
| 04/15/26 | C MAHONEY | DISCUSS PROJECT CHARLIE WITH LITTLER, DPW, AND OMM TEAM | 0.6 |
| 04/15/26 | C MAHONEY | ANALYSIS REGARDING PROJECT CHARLIE | 0.4 |
| 04/15/26 | C MAHONEY | DRAFT PROJECT CHARLIE ANALYSIS | 1.0 |
| 04/15/26 | M ROBERTSON | CONFERENCE WITH OMM TEAM REGARDING LABOR ISSUES/QUESTIONS RAISED BY DAVIS POLK AND RESPONSES/STRATEGY AS TO SAME | 0.5 |
| 04/15/26 | M ROBERTSON | REVIEW/ANALYZE ANALYSIS RELATED TO LABOR ISSUES RAISED BY DAVIS POLK | 0.3 |
| 04/15/26 | C MAHONEY | REVIEW SLIDES REGARDING PROJECT CHARLIE | 0.4 |
| 04/15/26 | R SIEGEL | CALL WITH OMM TEAM REGARDING LABOR ISSUES | 0.5 |
| 04/15/26 | S ACKERMAN | ANALYSIS REGARDING LABOR ISSUES | 0.6 |
| 04/15/26 | S ACKERMAN | REVIEW MEMO REGARDING LABOR ISSUES | 0.3 |
| 04/15/26 | A JOSHI | ANALYZE LABOR ISSUES IN CONNECTION WITH PROJECT CHARLIE | 1.0 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00017 / 1237983 number in Advice**

O'Melveny

Client: SPIRIT AIRLINES, INC.                                                          05/14/26
Matter Name:  ADVICE REGARDING POTENTIAL SECTION 1113 AND 1114 MATTERS    Invoice: 1237983
Matter:  0819040-00017                                                         Page No.  3

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/16/26 | M ROBERTSON | REVIEW/ANALYZE CASE LAW RELEVANT TO LABOR ISSUES/QUESTIONS RAISED BY DAVIS POLK | 0.4 |
| 04/16/26 | M ROBERTSON | REVIEW/ANALYZE PRIOR LABOR ANALYSIS IN CONJUNCTION WITH RESPONDING TO QUESTIONS POSED BY DAVIS POLK | 0.2 |
| 04/16/26 | M ROBERTSON | REVISE ANALYSIS OF LABOR ISSUES REQUESTED BY DAVIS POLK | 0.2 |
| 04/16/26 | R SIEGEL | SERIES OF EMAILS WITH OMM TEAM REGARDING LABOR ISSUES | 1.0 |
| 04/16/26 | S ACKERMAN | REVIEW CORRESPONDENCE REGARDING LABOR ISSUES | 0.2 |
| 04/17/26 | M ROBERTSON | CONFERENCE WITH DAVIS POLK, SPIRIT, FTI AND LITTLER REGARDING LABOR ISSUES | 0.8 |
| 04/17/26 | S ACKERMAN | CONTINUED ANALYSIS REGARDING LABOR ISSUES | 0.6 |
| 04/17/26 | C MAHONEY | DISCUSS PROJECT CHARLIE WITH OMM, DPW, LITTLER, AND FTI TEAMS AND CONTINUED ANALYSIS | 0.9 |
| 04/17/26 | S ACKERMAN | REVIEW CORRESPONDENCE REGARDING LABOR ISSUES | 0.2 |
| 04/17/26 | M ROBERTSON | REVIEW/ANALYZE CBAS AND CASE LAW IN ASSESSING LABOR ISSUES RAISED BY DAVIS POLK | 0.7 |
| 04/18/26 | C MAHONEY | REVISE DRAFT MOTION TO CONFIRM PLAN | 1.0 |
| 04/19/26 | M ROBERTSON | REVISE WIND DOWN MOTION TO ADDRESS LABOR ISSUES | 0.5 |
| 04/19/26 | C MAHONEY | REVISE DRAFT MOTION TO CONFIRM PLAN | 0.2 |
| 04/20/26 | R SIEGEL | SERIES OF EMAILS WITH OMM TEAM REGARDING LABOR ISSUES | 0.5 |
| 04/20/26 | A JOSHI | REVISE PROJECT CHARLIE MOTION LABOR INSERT AND INTERNAL CORRESPONDENCE REGARDING SAME | 0.3 |
| 04/21/26 | D PEREZ | PREPARE SPIRIT MARCH FEE STATEMENT | 0.5 |
| 04/22/26 | D PEREZ | REVIEW SPIRIT INTERIM FEE ORDER AND FOLLOW UP W/ DAVIS POLK RE: SAME | 0.3 |
| 04/22/26 | A JOSHI | REVIEW FEE APPLICATION | 0.2 |
| 04/23/26 | D PEREZ | FINALIZE SPIRIT MARCH FEE STATEMENT | 0.4 |
| 04/23/26 | D PEREZ | PREPARE FOR ATTEND SPIRIT INTERIM FEE HEARING | 1.1 |
| 04/27/26 | C MAHONEY | DISCUSS PROJECT CHARLIE WITH DPW AND FTI TEAMS AND ANALYSIS RE: SAME | 0.5 |
| 04/27/26 | M ROBERTSON | REVIEW/ANALYZE EMAILS/ANALYSIS REGARDING LABOR ISSUES IN ADVANCE OF CALL WITH DAVIS POLK | 0.3 |
| 04/27/26 | M ROBERTSON | CONFERENCE WITH DAVIS POLK AND SPIRIT REGARDING LABOR ISSUES RELATED TO BANKRUPTCY | 0.4 |
| 04/27/26 | D BROVMAN | REVIEW SILVER BANKRUPTCY DOCKET REGARDING LABOR STRATEGY | 0.3 |
| 04/28/26 | M ROBERTSON | REVIEW/ANALYZE CASE LAW ADDRESSING RLA IN RESPONDING TO LABOR ISSUES RAISED BY DAVIS POLK | 0.4 |
| 04/28/26 | M ROBERTSON | REVISE ANALYSIS ADDRESSING LABOR ISSUES RAISED BY DAVIS POLK | 0.3 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00017 / 1237983 number in Advice**

**O'Melveny**

Client: SPIRIT AIRLINES, INC.                                                                                        05/14/26
Matter Name:  ADVICE REGARDING POTENTIAL SECTION 1113 AND 1114 MATTERS            Invoice:  1237983
Matter:  0819040-00017                                                                                      Page No.  4

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/28/26 | M ROBERTSON | REVIEW/RESPOND TO EMAILS WITH OMM AND DAVIS POLK REGARDING LABOR ISSUES AND STRATEGY AS TO SAME | 0.2 |
| 04/29/26 | M ROBERTSON | EMAILS WITH DAVIS POLK, SPIRIT AND OMM REGARDING LABOR ISSUES | 0.2 |
| 04/29/26 | M ROBERTSON | CONFERENCE WITH ROB JONES AT SPIRIT REGARDING LABOR ISSUES | 0.2 |
| 04/29/26 | D PEREZ | EMAILS WITH OMM TEAM RE: SPIRIT PAYMENT | 0.1 |
| **Total** | **Attorneys** | | **23.1** |
| **Total Hours** | | | **23.1** |
| **Total Fees** | | | **42,892.00** |

## Disbursements

| | |
|---|---|
| Online Research | $39.70 |
| **Total Disbursements** | **$39.70** |

## Total Current Invoice                                                               $42,931.70

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00017 / 1237983 number in Advice**

O'Melveny

Client: SPIRIT AIRLINES, INC.                                                                05/14/26
Matter Name:  ADVICE REGARDING POTENTIAL SECTION 1113 AND 1114 MATTERS      Invoice:  1237983
Matter:  0819040-00017                                                         Page No.   5

| Date | Cost Type | Description | Qty | Amount |
|------|-----------|-------------|-----|--------|
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 802 (Bankr.S.D.N.Y. Feb. 25, 2026).pdf Government Access Fee. | 1.00 | $2.20 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 804 (Bankr.S.D.N.Y. Feb. 25, 2026).pdf Government Access Fee. | 1.00 | 0.70 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 808 (Bankr.S.D.N.Y. Feb. 26, 2026).pdf Government Access Fee. | 1.00 | 1.90 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 806 (Bankr.S.D.N.Y. Feb. 26, 2026).pdf Government Access Fee. | 1.00 | 0.50 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 803 (Bankr.S.D.N.Y. Feb. 25, 2026).pdf Government Access Fee. | 1.00 | 1.70 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 807 (Bankr.S.D.N.Y. Feb. 26, 2026).pdf Government Access Fee. | 1.00 | 1.90 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 801 (Bankr.S.D.N.Y. Feb. 23, 2026).pdf Government Access Fee. | 1.00 | 0.70 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 800 (Bankr.S.D.N.Y. Feb. 23, 2026).pdf Government Access Fee. | 1.00 | 0.70 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Monthly Alert: Spirit Aviation Holdings, Inc., 1:25-bk-11897 (Bankr.S.D.N.Y.) Government Access Fee. | 1.00 | 3.00 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 805 (Bankr.S.D.N.Y. Feb. 25, 2026).pdf Government Access Fee. | 1.00 | 2.40 |
| 03/01/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Filing: Spirit Aviation Holdings, Inc., 1:25-bk-11897, No. 809 (Bankr.S.D.N.Y. Feb. 27, 2026).pdf Government Access Fee. | 1.00 | 0.20 |
| 03/19/26 | E106 | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Admin. Finance; NYSBK; DOCKET REPORT; 25-11897-SHL FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HEADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED | 30.00 | 3.00 |
| 03/19/26 | E106 | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Admin. Finance; NYSBK; DOCKET REPORT; 25-11897-SHL FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HEADERS: | 30.00 | 3.00 |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00017 / 1237983 number in Advice**

**O'Melveny**

Client: SPIRIT AIRLINES, INC.                                                                  05/14/26
Matter Name:  ADVICE REGARDING POTENTIAL SECTION 1113 AND 1114 MATTERS          Invoice:  1237983
Matter:  0819040-00017                                                                    Page No.  6

| Date | Code | Description | | |
|------|------|-------------|---|---|
| | | INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED | | |
| 03/19/26 | E106 | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Admin. Finance; NYSBK; IMAGE802-0; 25-11897-SHL DOCUMENT 802-0 | 22.00 | 2.20 |
| 03/19/26 | E106 | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Admin. Finance; NYSBK; IMAGE868-0; 25-11897-SHL DOCUMENT 868-0 | 22.00 | 2.20 |
| 03/26/26 | E106 | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Admin. Finance; NYSBK; IMAGE910-0; 25-11897-SHL DOCUMENT 910-0 | 30.00 | 3.00 |
| 03/26/26 | E106 | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Admin. Finance; NYSBK; DOCKET REPORT; 25-11897-SHL FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HEADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DOCUMENTS: INCLUDED | 30.00 | 3.00 |
| 03/26/26 | E106 | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Admin. Finance; NYSBK; IMAGE267-0; 25-11897-SHL DOCUMENT 267-0 | 30.00 | 3.00 |
| 03/26/26 | E106 | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Admin. Finance; NYSBK; IMAGE638-0; 25-11897-SHL DOCUMENT 638-0 | 30.00 | 3.00 |
| 03/26/26 | E106 | Online Research (Miscellaneous) - Docket Alarm - INV-74308 - - Flat Rate - Docket Updated: White v. American Airlines, Inc., 4:24-cv-00935 (N.D.Tex.) Government Access Fee. | 1.00 | 1.40 |

**Total for E106 - Online Research (Miscellaneous)**                                     **$39.70**

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00017 / 1237983 number in Advice**

**O'Melveny**

Client: SPIRIT AIRLINES, INC.                                                                                               05/14/26
Matter Name:  ADVICE REGARDING POTENTIAL SECTION 1113 AND 1114 MATTERS                       Invoice:  1237983
Matter:  0819040-00017                                                                                                    Page No.   7

## Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Attorneys** | | | |
| ROBERT SIEGEL | 2,695.00 | 2.5 | 6,737.50 |
| MARK ROBERTSON | 2,000.00 | 6.7 | 13,400.00 |
| APARNA B. JOSHI | 1,860.00 | 1.5 | 2,790.00 |
| CHARLES J. MAHONEY | 1,555.00 | 6.2 | 9,641.00 |
| DIANA M. PEREZ | 1,725.00 | 4.0 | 6,900.00 |
| SLOANE ACKERMAN | 1,565.00 | 1.9 | 2,973.50 |
| DANIEL BROVMAN | 1,500.00 | 0.3 | 450.00 |
| **Total for Attorneys** | | **23.1** | **42,892.00** |
| **Total** | | **23.1** | **42,892.00** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00017 / 1237983 number in Advice**

**O'Melveny**

O'Melveny & Myers LLP          T: +1 213 430 6000                    Taxpayer ID: 95-1066597
400 South Hope Street           F: +1 213 430 6407
18th Floor                      omm.com
Los Angeles, CA  90071-2899


THOMAS CANFIELD                              May 19, 2026
SPIRIT AIRLINES, INC.                        OMM Matter:  0819040-00004
2800 EXECUTIVE WAY                           Invoice:  1237982
MIRAMAR, FL 33025                            Contact:  ROBERT SIEGEL

**GENERAL LABOR**

For Professional Services Rendered Through April 30, 2026

Total Fees                                                        $7,719.50

Total Disbursements                                              $5,588.83

**Total Current Invoice**                                       **$13,308.33**

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00004 / 1237982 number in Advice**

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore

O'Melveny

Client: SPIRIT AIRLINES, INC.
Matter Name:  GENERAL LABOR
Matter:  0819040-00004

05/19/26
Invoice: 1237982
Page No.  2

## GENERAL LABOR

For Professional Services Rendered Through April 30, 2026

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| **Attorneys** | | | |
| 04/01/26 | R SIEGEL | REVIEW TRAINING CONTRACT MEMO AND EMAILS WITH APARNA JOSHI | 0.5 |
| 04/01/26 | D BROVMAN | FOLLOW UP WITH A. JOSHI REGARDING TRAINING CONTRACTS | 0.1 |
| 04/01/26 | A JOSHI | CONFERENCE WITH R. JONES REGARDING PILOT TRAINING REPAYMENT AGREEMENT | 0.2 |
| 04/01/26 | A JOSHI | REVIEW/REVISE PILOT TRAINING REPAYMENT AGREEMENT | 0.7 |
| 04/01/26 | D BROVMAN | CORRESPOND WITH E. SINGER (ECONIC) REGARDING LABOR DATA | 0.1 |
| 04/02/26 | B HERNANDEZ | DRAFT BRIEF ANALYSIS OF CASES FOUND RELATED TO SUITS BROUGHT AGAINST AIRLINES FOR TRAINING REPAYMENT AGREEMENT PROVISIONS | 0.5 |
| 04/02/26 | B HERNANDEZ | ANALYZE CASE LAW RELATED TO SUITS BROUGHT AGAINST AIRLINES FOR TRAINING REPAYMENT AGREEMENT PROVISIONS FOR D. BROVMAN | 0.5 |
| 04/02/26 | D BROVMAN | REVIEW COMPLAINTS AND LAWSUITS BROUGHT BY PILOTS INVOLVING TRAINING REPAYMENT CONTRACTS | 0.3 |
| 04/03/26 | D BROVMAN | REVIEW INDUSTRY PILOT REPAYMENT PROVISIONS IN RELATION TO EFFORTS TO OFFER SAME | 0.2 |
| 04/08/26 | D BROVMAN | REVIEW/ANALYZE COMPARATOR INCENTIVE AGREEMENTS | 0.1 |
| 04/09/26 | B HERNANDEZ | CONTINUE TO ANALYZE CASE LAW RELATED TO SUITS BROUGHT AGAINST AIRLINES FOR TRAINING REPAYMENT AGREEMENT PROVISIONS | 1.5 |
| 04/09/26 | B HERNANDEZ | DRAFT ANALYSIS OF CASE LAW RELATED TO SUITS BROUGHT AGAINST AIRLINES FOR TRAINING REPAYMENT AGREEMENT PROVISIONS | 0.5 |
| 04/13/26 | D BROVMAN | REVIEW FLIGHT ATTENDANT CANCELLATION STATISTICS | 0.1 |
| 04/16/26 | B HERNANDEZ | DRAFT ANALYSIS OF AIRLINE TRAINING AGREEMENTS | 0.6 |
| **Total** | **Attorneys** | | **5.9** |
| **Total Hours** | | | **5.9** |
| **Total Fees** | | | **7,719.50** |

## Disbursements

| | |
|------|------:|
| Online Research | $5,588.83 |
| **Total Disbursements** | **$5,588.83** |

| | |
|------|------:|
| **Total Current Invoice** | **$13,308.33** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00004 / 1237982 number in Advice**

Client: SPIRIT AIRLINES, INC.
Matter Name:  GENERAL LABOR
Matter:  0819040-00004

05/19/26
Invoice:  1237982
Page No.   3

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00004 / 1237982 number in Advice**

O'Melveny

Client: SPIRIT AIRLINES, INC.                                                05/19/26
Matter Name:  GENERAL LABOR                                      Invoice:  1237982
Matter:  0819040-00004                                               Page No.   4

| Date | Cost Type | Description | Qty | Amount |
|------|-----------|-------------|-----|--------|
| 04/02/26 | E106 | Online Research - Westlaw; Brandon Hernandez | 1.00 | $854.36 |
| 04/16/26 | E106 | Online Research - Westlaw; Brandon Hernandez | 1.00 | 4,734.47 |
| **Total for E106 - Online Research - Westlaw** | | | | **$5,588.83** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00004 / 1237982 number in Advice**

**O'Melveny**

Client: SPIRIT AIRLINES, INC.
Matter Name:  GENERAL LABOR
Matter:  0819040-00004

05/19/26
Invoice:  1237982
Page No.   5

## Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| **Attorneys** | | | |
| ROBERT SIEGEL | 2,695.00 | 0.5 | 1,347.50 |
| APARNA B. JOSHI | 1,860.00 | 0.9 | 1,674.00 |
| DANIEL BROVMAN | 1,500.00 | 0.9 | 1,350.00 |
| BRANDON HERNANDEZ | 930.00 | 3.6 | 3,348.00 |
| **Total for Attorneys** | | **5.9** | **7,719.50** |
| **Total** | | **5.9** | **7,719.50** |

Due upon receipt. Please remit to:
**By Mail:** O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436
**By Wire Transfer:** Citibank, N.A., NY, ABA # 021000089, SWIFT: CITIUS33
**Beneficiary:** O'Melveny & Myers LLP, Account No.: #
**Please include 0819040-00004 / 1237982 number in Advice**