**Objection Deadline:  June 9, 2026 at 4:00 p.m. (Prevailing Eastern Time)**

Brett H. Miller
Todd M. Goren
James H. Burbage
Jessica D. Graber
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPIRIT AVIATION HOLDINGS, INC., *et al*., | : | Case No. 25-11897 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------------------- x

### SEVENTH MONTHLY FEE STATEMENT OF
### WILLKIE FARR & GALLAGHER LLP AS COUNSEL FOR
### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### <u>FOR THE PERIOD APRIL 1, 2026 THROUGH APRIL 30, 2026</u>

| | |
|---|---|
| Name of Applicant: | Willkie Farr & Gallagher LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "<u>Committee</u>") |
| Date of Retention: | November 25, 2025 effective as of September 18, 2025 [Docket No. 501] |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2026 through April 30, 2026 (the "<u>Fee Period</u>") |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $463,695.00 (80% = $370,956.00) |

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

| | |
|---|---|
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $32.43 |
| Total Compensation and Expenses for Which Interim Allowance is Sought: | $463,727.43 |
| Total Compensation and Expenses to be Paid Under Interim Compensation Order: | $370,988.43 |

This is a(n) _x_ monthly __ interim final application.  No prior application was filed for this Fee Period.[2]

---

[2]   Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and the Fee Examiner Appointment Order (as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and the Fee Examiner Appointment Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines"), the *Order Authorizing Retention and Employment of Willkie Farr & Gallagher LLP as Counsel for the Official Committee of Unsecured Creditors Effective as of September 18, 2025*, dated November 25, 2025 [Docket No. 501], the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals*, dated November 3, 2025 [Docket No. 387] (the "Interim Compensation Order"), and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327*, dated December 23, 2025 [Docket No. 635] (the "Fee Examiner Appointment Order"), Willkie Farr & Gallagher LLP ("Willkie" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this seventh monthly fee statement (the "Monthly Fee Statement"). By this Monthly Fee Statement, Willkie seeks (a) compensation in the amount of $463,695.00 for the actual, reasonable, and necessary legal services rendered to the Committee during the Fee Period, less a twenty percent (20%) holdback in the amount of $92,739.00, for a total fee request of $370,956.00; and (b) reimbursement of actual, reasonable, and necessary expenses incurred by Willkie during the Fee Period in the amount of $32.43.

**Itemization of Services Rendered and Disbursements Incurred**

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Willkie's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories (*i.e.*, task codes) established by Willkie in accordance with its internal billing procedures.

- **Exhibit B** is a schedule providing certain information regarding Willkie's attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals have expended a total of 284.5 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Willkie is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit D** consists of Willkie's time detail and records of fees and expenses incurred during the Fee Period.

## Representations

2.      Although every effort has been made to include all fees and expenses incurred by Willkie's attorneys and paraprofessionals during the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused in connection with accounting and processing of such fees and expenses.   Accordingly, Willkie reserves the right to make further application to this Court for allowance of such fees and expenses incurred during the Fee Period, but not included herein.

## Notice and Objection Procedures

3.      Pursuant to the Interim Compensation Order and the Fee Examiner Appointment Order, notice of this Monthly Fee Statement will be served upon the following parties (collectively, the "Compensation Notice Parties"): (a) the Debtors, c/o Spirit Aviation Holdings, Inc., 1731 Radiant Drive, Dania Beach, FL 33004, Attn: Legal Department; (b) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY, 10017, Attn: Marshall S. Huebner, Esq.; Darren S. Klein, Esq.; Christopher S. Robertson, Esq.;

- 4 -

and Joseph W. Brown, Esq. (spirit.notice@davispolk.com); (c) the U.S. Trustee, 1 Bowling Green, New York, NY 10004, Attn: Shara Cornell, Esq. (shara.cornell@usdoj.gov) and Rachael E. Siegel, Esq. (Rachael.E.Siegel@usdoj.gov); and (d) Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware 19801, Attn: David M. Klauder, Esq. (dklauder@bk-legal.com). Willkie submits that, in light of the nature of the relief requested, no other or further notice need be given.

4.      Objections to the Monthly Fee Statement, if any, must be filed and served upon Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Brett H. Miller, Esq.; Todd M. Goren, Esq.; James H. Burbage, Esq.; and Jessica D. Graber, Esq.; Email: bmiller@willkie.com, tgoren@willkie.com, jburbage@willkie.com, and jgraber@willkie.com) no later than June 9, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). Objections to this Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amounts of fees or expenses at issue.

5.      If no objection to this Monthly Fee Statement is received by the Objection Deadline, the Debtors shall promptly pay Willkie 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement. To the extent that an objection to this Monthly Fee Statement is received by the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

WHEREFORE, Willkie respectfully requests that it be paid compensation in the amount of $463,695.00 for the actual, reasonable, and necessary legal services rendered to the Committee during the Fee Period, less a twenty percent (20%) holdback in the amount of $92,739.00, for a

total fee request of $370,956.00, together with reimbursement of actual, reasonable, and necessary

expenses in the amount of $32.43.

Dated:  May 20, 2026
        New York, New York

WILLKIE FARR & GALLAGHER LLP


By: _/s/ Brett H. Miller_____
    Brett H. Miller
    Todd M. Goren
    James H. Burbage
    Jessica D. Graber
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000
    Facsimile: (212) 728-8111


    *Counsel for the Official Committee of*
    *Unsecured Creditors*

**Exhibit A**

**[Statement of Fees by Subject Matter (Task Code)]**

| Matter | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Asset Disposition (002) | 3.3 | $4,360.00 |
| Assumption and Rejection of Leases and Contracts (003) | 7.6 | $8,400.50 |
| Business Operations (006) | 14.5 | $37,734.00 |
| Case Administration (007) | 11.8 | $9,421.00 |
| Claims Administration and Objections (008) | 1.0 | $1,992.50 |
| Financing and Cash Collateral (012) | 29.9 | $68,152.00 |
| Hearings (015) | 17.4 | $28,766.00 |
| Lien Investigation (017) | 0.2 | $390.00 |
| Meetings and Communications with Creditors (019) | 70.2 | $131,845.00 |
| Other Motions / Applications (022) | 1.5 | $2,027.50 |
| Plan and Disclosure Statement (023) | 67.1 | $114,984.50 |
| Reporting (026) | 0.9 | $1,447.50 |
| Non-Willkie Retention Applications (029) | 6.9 | $8,425.00 |
| Non-Willkie Fee Statements and Applications (031) | 22.6 | $28,295.00 |
| Willkie Retention Application (033) | 7.1 | $5,222.00 |
| Willkie Fee Statements and Applications (035) | 11.3 | $12,232.50 |
| Time Entry Review (037) | 11.2 | $11,392.50 |
| **Total Incurred:** | **284.5** | **$475,087.50** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | **11.2** | **$11,392.50** |
| **Total Requested:** | **273.3** | **$463,695.00** |

## Exhibit B

## Attorney and Paraprofessional Information

| Name | Year Admitted or Number of Years with Firm[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Todd M. Goren | 2003 | Business Reorganization & Restructuring ("BR&R") | $2,650.00 | 50.8 | $134,620.00 |
| James H. Burbage | 2016 | BR&R | $2,075.00 | 9.2 | $19,090.00 |
| Brett H. Miller | 1992 | BR&R | $2,795.00 | 29.7 | $83,011.50 |
| **Counsel** | | | | | |
| Craig A. Damast | 1992 | BR&R | $1,950.00 | 39.3 | $76,635.00 |
| **Associates** | | | | | |
| Joseph Brandt | 2021 | BR&R | $1,650.00 | 31.5 | $51,975.00 |
| Zachary Charlton | 2025 | BR&R | $1,150.00 | 17.0 | $19,550.00 |
| Federico Curbelo | 2025 | BR&R | $925.00 | 27.0 | $24,975.00 |
| **Law Clerks** | | | | | |
| Alexandra Hough | <1 year | BR&R | $925.00 | 54.4 | $50,320.00 |
| **Paraprofessionals** | | | | | |
| Laura Guido | 1 year | BR&R Senior Paralegal | $650.00 | 17.8 | $11,570.00 |
| Rohan Sasso | 3 years | BR&R Paralegal | $485.00 | 1.0 | $485.00 |
| Joanna Zervaki | <1 year | BR&R Paralegal | $420.00 | 4.9 | $2,058.00 |
| William Collins | <1 year | BR&R Paralegal | $420.00 | 1.9 | $798.00 |
| **Total Incurred:[2]** | | | | **284.5** | **$475,087.50** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | | **11.2** | **$11,392.50** |
| **Total Requested:** | | | | **273.3** | **$463,695.00** |

---

[1]  Unless noted otherwise, the year listed is the year the attorney was admitted to the bar in New York.

[2]  The blended rate for attorneys and law clerks is $1,777.43 per hour.  The blended rate for paraprofessionals is $582.46 per hour.

**Exhibit C**

**Summary of Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Overnight Delivery | $32.43 |
| **Total Requested:** | **$32.43** |

**<u>Exhibit D</u>**

**Time Detail**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**Spirit Airlines 2 Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12614012
Client/Matter No. 136708.00001
May 15, 2026

**Bankruptcy of Spirit Airlines**

**FOR PROFESSIONAL SERVICES RENDERED**
through April 30, 2026 as set out in the
attached detail

| | | |
|---|---|---|
| Non-Willkie Retention Applications | $ | 8,425.00 |
| Meetings and Communications with Creditors | | 131,845.00 |
| Plan and Disclosure Statement | | 114,984.50 |
| Case Administration | | 9,421.00 |
| Hearings | | 28,766.00 |
| Assumption and Rejection of Leases and Contracts | | 8,400.50 |
| Willkie Fee Statements and Applications | | 12,232.50 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  2
Bankruptcy of Spirit Airlines
Invoice No. 12614012
Client/Matter No. 136708.00001

| | |
|---|---:|
| Asset Disposition | 4,360.00 |
| Non-Willkie Fee Statements and Applications | 28,295.00 |
| Financing and Cash Collateral | 68,152.00 |
| Willkie Retention Application | 5,222.00 |
| Business Operations | 37,734.00 |
| Reporting | 1,447.50 |
| Claims Administration and Objections | 1,992.50 |
| Other Motions / Applications | 2,027.50 |
| Lien Investigation | 390.00 |
| Disbursements and Other Charges | 32.43 |
| **Total this Invoice** | $     463,727.43 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  3
Invoice No. 12614012
Client/Matter No. 136708.00001

**Bankruptcy of Spirit Airlines**

## Asset Disposition

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/7/26 | CAD | Correspondence w/ J. Brandt, A. Hough regarding notice of cancellation of auction for held for sale aircraft (.2); review/analyze same (.1). | 0.30 | $  585.00 |
| 4/15/26 | Z C | Review/analyze Texas tax authorities' objection to aircraft sale motion (.2); corr. with A. Hough re: same (.1). | 0.30 | 345.00 |
| 4/15/26 | A H | Review/analyze Texas taxing authorities joint limited objection to sale motion (.4); corr. w/ Willkie team re: same (.3). | 0.70 | 647.50 |
| 4/16/26 | CAD | Correspondence w/ A. Hough regarding Grapevine limited objection to Debtors' motion to sell aircraft and related assets. | 0.20 | 390.00 |
| 4/20/26 | A H | Review/analyze CSDS declaration in support of sale motion (.4); corr. w/ Willkie team re: same (.3). | 0.70 | 647.50 |
| 4/22/26 | CAD | Correspondence w/ A. Hough regarding Sirimanne declaration in support of Airbus sale motion. | 0.20 | 390.00 |
| 4/29/26 | CAD | Correspondence w/ B. Mishkin (Davis Polk) regarding Debtors' draft aircraft sale motion (.1); review/analyze same (.3). | 0.40 | 780.00 |
| 4/30/26 | Z C | Review/analyze pro se motion to remove confidential treatment re: asset sale (.4); corr. with F. Curbelo re: same (.1). | 0.50 | 575.00 |
| | | **Subtotal - Asset Disposition** | **3.30** | **4,360.00** |

## Assumption and Rejection of Leases and Contracts

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|

Spirit Airlines 2 Official Committee of Unsecured Creditors                                  Page 4
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/6/26 | A H | Review/analyze as-filed notice of equipment lease rejection w/ JSAI (.4); corr. w/ Willkie, Alton teams re: same (.2). | 0.60 | $ 555.00 |
| 4/6/26 | Z C | Review/analyze notice of equipment lease rejection w/ JSAI (.3); corr. with A. Hough re: same (.1). | 0.40 | 460.00 |
| 4/7/26 | CAD | Correspondence w/ A. Hough regarding Debtors' notice of rejection of equipment leases w/ JSAI (.1); review/analyze same (.1); correspondence w/ A. Hough, Alton team regarding same (.1). | 0.30 | 585.00 |
| 4/9/26 | Z C | Review/analyze City of Pensacola objection to contract assumption notice (.3); corr. with A. Hough re: same (.1). | 0.40 | 460.00 |
| 4/9/26 | A H | Review/analyze City of Pensacola limited objection to contract assumption notice (.6); corr. w/ Willkie team re: same (.4). | 1.00 | 925.00 |
| 4/10/26 | CAD | Correspondence w/ A. Hough regarding Debtors' fourth omnibus equipment lease rejection motion (.1); review/analyze same (.2). | 0.30 | 585.00 |
| 4/10/26 | Z C | Review/analyze fourth omnibus rejection motion (.2); corr. with A. Hough re: same (.2). | 0.40 | 460.00 |
| 4/13/26 | CAD | Correspondence w/ A. Hough regarding Charleston Regional objection to Debtors' proposed assumption of permit (.1); correspondence w/ F. Curbelo regarding notice of extension of deadline regarding Debtors' first notice of contract/lease assumption (.1). | 0.20 | 390.00 |
| 4/13/26 | F C | Summarize notice of Debtors' lease assumption/assignment objection deadline (.3) and IAA limited objection to assumption/assignment notice (.3); corr. w/ Willkie team re: same (.1). | 0.70 | 647.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  5
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 4/15/26 | W C | Review/analyze orders approving section 1110(b) extensions with respect to certain aircraft equipment (1.7); corr. with F. Curbelo re: same (.2). | 1.90 | | 798.00 |
| 4/21/26 | CAD | Correspondence w/ F. Curbelo regarding aircraft lessor remedies. | 0.20 | | 390.00 |
| 4/24/26 | A H | Review/analyze notice of further extension of objection deadline with respect to Debtors' first contract assumption notice (.4); corr. w/ Willkie team re: same (.2). | 0.60 | | 555.00 |
| 4/30/26 | T G | Review/analyze updated drafts of aircraft rejection motions. | 0.60 | | 1,590.00 |
| | | **Subtotal - Assumption and Rejection of Leases and Contracts** | **7.60** | | **8,400.50** |

## Business Operations

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 4/7/26 | CAD | Review/analyze Debtors' business plan update materials. | 0.30 | $ | 585.00 |
| 4/10/26 | B M | Review/comment on the Debtors' alternative business plan options (1.2); discussion with UCC advisors re: same (.5); draft memorandum re: same (.4). | 2.10 | | 5,869.50 |
| 4/20/26 | T G | Review/analyze alternative business plan motion (.9); correspondence (.3)/call (.3) w/ Davis Polk re: same; correspondence w/ UCC professionals re: same (.4). | 1.90 | | 5,035.00 |
| 4/20/26 | JHB | Review/analyze draft alternative business plan motion (1.0); calls with J. Brown (Davis Polk) (.3) and T. Goren (.2) re: same. | 1.50 | | 3,112.50 |
| 4/21/26 | A H | Corr. w/ Willkie team re: Debtors' go-forward business plan. | 0.30 | | 277.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                Page 6
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 4/21/26 | T G | Review/analyze alternative business plan motion (.8); review/analyze aircraft fleet motions (.9); correspondence w/ Debevoise team re: same (.2). | 1.90 | 5,035.00 |
| 4/22/26 | T G | Review/analyze alternative business plan presentation (.7); attend call w/ Davis Polk re: same (1.0). | 1.70 | 4,505.00 |
| 4/27/26 | T G | Correspondence w/ Davis Polk team re: status of alternative business plan motion (.4); correspondence w/ UCC professionals re: same (.3). | 0.70 | 1,855.00 |
| 4/30/26 | B M | Review/comment on the Debtors' alternative business plan motion and related procedures (1.7); call with Alton regarding the liquidation scenario plans (.8); multiple calls (3x) with vendors regarding alternative business plan and next steps (.9); draft memorandum regarding the alternative business plan options and procedures for aircraft lessors, labor and logistics (.7). | 4.10 | 11,459.50 |
| | | **Subtotal - Business Operations** | **14.50** | **37,734.00** |

## Case Administration

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 4/1/26 | CAD | Correspondence w/ F. Curbelo regarding this week's docket updates. | 0.20 | $   390.00 |
| 4/1/26 | F C | Corr. w/ Willkie team re: upcoming case deadlines. | 0.40 | 370.00 |
| 4/1/26 | J Z | Correspondence with Willkie team re: key filings. | 0.20 | 84.00 |
| 4/2/26 | J Z | Correspondence with Willkie team re: key filings. | 0.30 | 126.00 |
| 4/3/26 | J Z | Correspondence with Willkie team re: key filings (.2); review/analyze notices of appearance and pro hac vice applications (.2). | 0.40 | 168.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page 7
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/6/26 | CAD | Correspondence w/ L. Guido regarding calendar and docket updates. | 0.10 | 195.00 |
|---|---|---|---|---|
| 4/6/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.1); review/revise case calendar (.6); corr. w/ Willkie team re: same (.1). | 0.90 | 585.00 |
| 4/7/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2); review/revise case calendar (.1). | 0.40 | 260.00 |
| 4/7/26 | F C | Corr. w/ L. Guido re: case calendar. | 0.20 | 185.00 |
| 4/8/26 | L G | Review/analyze recent court filings (.1); corr. w/ Willkie team re: same (.1). | 0.20 | 130.00 |
| 4/9/26 | CAD | Correspondence w/ L. Guido regarding calendar and docket updates. | 0.10 | 195.00 |
| 4/9/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.1); review/revise case calendar (.1); corr. w/ Willkie team re: same (.1). | 0.40 | 260.00 |
| 4/10/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2); review/revise case calendar (.1); corr. w/ Willkie team re: same (.1). | 0.50 | 325.00 |
| 4/13/26 | CAD | Correspondence w/ L. Guido regarding docket and calendar update. | 0.10 | 195.00 |
| 4/13/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2); review/revise case calendar (.2); corr. w/ Willkie team re: same (.1). | 0.60 | 390.00 |
| 4/14/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2); review/revise case calendar (.3); corr. w/ Willkie team re: same (.1). | 0.70 | 455.00 |
| 4/14/26 | F C | Corr. w/ L. Guido re: case calendar. | 0.10 | 92.50 |
| 4/15/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2). | 0.30 | 195.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  8
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/16/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.1); review/revise case calendar (.1); corr. w/ Willkie team re: same (.1). | 0.40 | 260.00 |
| 4/17/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2). | 0.30 | 195.00 |
| 4/19/26 | JHB | Call with J. Brown (Davis Polk) re: general case updates (.2); corr. with B. Miller and T. Goren re: same (.1). | 0.30 | 622.50 |
| 4/20/26 | CAD | Correspondence w/ L. Guido regarding docket and calendar updates. | 0.10 | 195.00 |
| 4/20/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.1); review/revise case calendar (.1); corr. w/ Willkie team re: same (.1). | 0.40 | 260.00 |
| 4/21/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.1). | 0.20 | 130.00 |
| 4/22/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2). | 0.30 | 195.00 |
| 4/23/26 | CAD | Correspondence w/ L. Guido regarding docket and calendar updates. | 0.10 | 195.00 |
| 4/23/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2); review/revise case calendar (.2); corr. w/ Willkie team re: same (.1). | 0.60 | 390.00 |
| 4/24/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2); review/revise case calendar (.3); corr. w/ Willkie team re: same (.1). | 0.70 | 455.00 |
| 4/24/26 | J Z | Review/analyze notices of appearance and pro hac vice applications. | 0.20 | 84.00 |
| 4/27/26 | CAD | Correspondence w/ L. Guido regarding docket and calendar updates (.1); correspondence w/ F. Curbelo regarding same (.2). | 0.30 | 585.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  9
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/27/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2); review/revise case calendar (.2); corr. w/ Willkie team re: same (.1). | 0.60 | 390.00 |
| 4/28/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.2). | 0.30 | 195.00 |
| 4/29/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.1). | 0.20 | 130.00 |
| 4/30/26 | CAD | Correspondence w/ L. Guido regarding calendar and docket updates. | 0.10 | 195.00 |
| 4/30/26 | L G | Corr. w/ Willkie team re: recent filings (.1); review/analyze same (.1); review/revise case calendar (.1); corr. w/ Willkie team re: same (.1). | 0.40 | 260.00 |
| 4/30/26 | J Z | Review/analyze notices of appearance and pro hac vice applications. | 0.20 | 84.00 |
| | | **Subtotal - Case Administration** | **11.80** | **9,421.00** |

## Claims Administration and Objections

| **Date** | **Timekeeper** | **Description** | **Hours** | | **Amount** |
|---|---|---|---|---|---|
| 4/30/26 | CAD | Correspondence w/ F. Curbelo regarding Tailwind notice of request for allowance of administrative expense claim (.1); review/analyze same (.1). | 0.20 | $ | 390.00 |
| 4/30/26 | F C | Review/analyze Tailwind notice of request for allowance of administrative expense claim (.1); draft summary re: same (.2). | 0.30 | | 277.50 |
| 4/30/26 | T G | Review/analyze Tailwind notice of request for allowance of administrative expense claim (.3); correspondence w/ M. Edelman (Vedder) re: same (.2). | 0.50 | | 1,325.00 |
| | | **Subtotal - Claims Administration and Objections** | **1.00** | | **1,992.50** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  10
Invoice No. 12614012
Client/Matter No. 136708.00001

## Financing and Cash Collateral

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 4/16/26 | F C | Review/analyze final DIP order carve out provisions. | 0.20 | $ | 185.00 |
| 4/17/26 | CAD | Correspondence w/ F. Curbelo regarding final DIP order carve out provisions. | 0.10 | | 195.00 |
| 4/21/26 | T G | Review/analyze materials re: government financing discussions. | 0.40 | | 1,060.00 |
| 4/22/26 | A H | Conduct research re: voting threshold under final DIP order (3.4); corr. w/ J. Brandt, Z. Charlton re: same (.2);corr. w/ Willkie team re: government funding (.3). | 3.90 | | 3,607.50 |
| 4/22/26 | B M | Call with the Debtors regarding the government financing proposal (.4); review/comment on the government financing term sheet (1.3); draft memorandum regarding the proposed financing term sheet (.4). | 2.10 | | 5,869.50 |
| 4/22/26 | T G | Review/analyze government financing term sheet (.7); call w/ Davis Polk team re: same (.5); follow-up call (.1)/correspondence (.2) w/ B. Miller re: same; calls (2x) w/ L. Szlezinger (Jefferies) re: same (.4); call w/ J. Rubin (Akin) re: same (.4). | 2.30 | | 6,095.00 |
| 4/23/26 | T G | Review/analyze government financing term sheet (.7); calls w/ B. Parlin (Holland & Knight) (.3), L. Ryan (Alton) (.2), L. Szlezinger (Jefferies) (.2) and B. Miller (.2) re: same. | 1.60 | | 4,240.00 |
| 4/23/26 | B M | Review/comment on the government financing term sheet (1.2); review/analyze the DIP Order event of default procedures (.5). | 1.70 | | 4,751.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                        Page  11
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/24/26 | T G | Multiple correspondence w/ D. Klein (Davis Polk) re: status of government financing (.7); correspondence w/ Willkie team re same (.4); call w/ L Ryan (Alton) (.2) and M. Edelman (Vedder) (.2) re: same. | 1.50 | 3,975.00 |
|---------|-----|---|------|----------|
| 4/24/26 | B M | Review/comment on plan options with the potential government financing (1.4); multiple calls (2x) with the UCC advisors regarding the proposed government financing (.5); draft memorandum regarding the proposed government financing (.7). | 2.60 | 7,267.00 |
| 4/24/26 | F C | Review/analyze government financing term sheet (.3); corr. w/ Committee re: same (.4). | 0.70 | 647.50 |
| 4/25/26 | J B | Review/analyze term sheet for potential government funding transaction (1.1); review/revise summary for UCC re: same (.9); corr. w/ Willkie team re: same (.5). | 2.50 | 4,125.00 |
| 4/27/26 | CAD | Correspondence w/ C. Carpenter (Davis Polk), Willkie team regarding draft of proposed government financing order (.2);review/analyze Debtors' term sheet in connection with proposed government financing (.4). | 0.60 | 1,170.00 |
| 4/28/26 | B M | Review/analyze the government financing proposal (.7) and counter proposal from the DIP lenders (.6); correspondence with the Debtors and the DIP Lenders regarding the proposed government financing (.5). | 1.80 | 5,031.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                             Page  12
Invoice No. 12614012
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 4/28/26 | CAD | Correspondence w/ B. Miller, T. Goren regarding update on Debtors' plan term sheet regarding government funding (.2); review/analyze same (.2) and summary thereof (.2); participate in weekly call w/ Debtors' professionals to discuss status of Debtors' plan term sheet w/ government (.3); discuss same w/ T. Goren (.1). | 1.00 | 1,950.00 |
| 4/28/26 | T G | Correspondence w/ UCC professionals re: government financing status (.4); call w/ L. Ryan (Alton) re: same (.2); call w/ D. Klein (Davis Polk) re: same (.2); call w/ UCC professionals re: same (.5); follow-up discussion w/ Willkie team re: same (.3). | 1.60 | 4,240.00 |
| 4/29/26 | J B | Review/analyze Debtors' notice re: government financing transaction update (.1), DIP default issue (.2), and hearing on financing transaction (.1). | 0.40 | 660.00 |
| 4/29/26 | CAD | Correspondence w/ T. Goren, Willkie team regarding status of Debtors' plan term sheet/discussions w/ government and bondholders (.2); review/analyze Debtors' notice regarding potential financing (.1); correspondence w/ Willkie team regarding same (.1). | 0.40 | 780.00 |
| 4/29/26 | T G | Call w/ D. Klein (Davis Polk) re: status of government financing deal (.2); follow-up correspondence w/ D. Klein (Davis Polk) re: same (.2); review/analyze notice re: same (.2); correspondence w/ Willkie team re: same (.1); correspondence w/ M. Edelman (Vedder) re: same(.2). | 0.90 | 2,385.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  13
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/29/26 | B M | Discussions (2x) with the Debtors and the secured lenders regarding the proposed government financing (1.2); review/analyze the existing plan (.9) and DIP Order regarding financing issues (.7); draft memorandum regarding financing options and issues (.6). | 3.40 | 9,503.00 |
| 4/30/26 | JHB | Correspondence with Willkie team re: government funding deal. | 0.20 | 415.00 |
| | | **Subtotal - Financing and Cash Collateral** | **29.90** | **68,152.00** |

## Hearings

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 4/22/26 | CAD | Correspondence w/ A. Hough regarding coordination w/ Committee professionals for fee application hearing. | 0.40 | $  780.00 |
| 4/22/26 | L G | Coordinate appearances for 4/23 omnibus hearing re: Debtors' exclusivity and aircraft sale motions and estate professionals' second interim fee applications (.3); draft materials for same (2.5). | 2.80 | 1,820.00 |
| 4/22/26 | Z C | Review/analyze binder for upcoming hearing on fee applications (.2); corr. with L. Guido re: same (.1). | 0.30 | 345.00 |
| 4/22/26 | A H | Multiple corr. w/ UCC professionals re: 4/23 hearing logistics. | 0.80 | 740.00 |
| 4/23/26 | B M | Prepare for (.3) and attend (2.0) the omnibus hearing re: Debtors' exclusivity and aircraft sale motions and estate professionals' second interim fee applications. | 2.30 | 6,428.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  14
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/23/26 | CAD | Attend hearing to consider Debtors' exclusivity and aircraft sale motions and estate professionals' second interim fee applications (2.0); correspondence w/ Willkie team, other Committee professionals regarding preparation for such hearing (.4). | 2.40 | 4,680.00 |
| 4/23/26 | T G | Prepare for (.2) and participate in (2.0) hearing re: Debtors' exclusivity and aircraft sale motions and estate professionals' second interim fee applications. | 2.20 | 5,830.00 |
| 4/23/26 | L G | Review/revise materials for 4/23 omnibus hearing re: Debtors' exclusivity and aircraft sale motions and estate professionals' second interim fee applications. | 0.70 | 455.00 |
| 4/23/26 | JHB | Attend (partial) omnibus hearing re: Debtors' exclusivity and aircraft sale motions and estate professionals' second interim fee applications. | 1.00 | 2,075.00 |
| 4/23/26 | A H | Prepare for (.5) and attend (2.0) omnibus hearing re: Debtors' exclusivity and aircraft sale motions and estate professionals' second interim fee applications. | 2.50 | 2,312.50 |
| 4/23/26 | J B | Prepare for (.9) and attend (partial) (1.1) hearing on Debtors' exclusivity and aircraft sale motions and estate professionals' second interim fee applications. | 2.00 | 3,300.00 |
| | | **Subtotal - Hearings** | **17.40** | **28,766.00** |

## Lien Investigation

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|

Spirit Airlines 2 Official Committee of Unsecured Creditors                                          Page  15
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/1/26 | CAD | Correspondence w/ Davis Polk, Akin, Seward teams regarding Committee challenge period extension re: lien investigation. | 0.20 | $ | 390.00 |
|---|---|---|---|---|---|
| | | **Subtotal - Lien Investigation** | **0.20** | | **390.00** |

## Meetings and Communications with Creditors

| **Date** | **Timekeeper** | **Description** | **Hours** | | **Amount** |
|---|---|---|---|---|---|
| 4/1/26 | CAD | Prepare for (.2) and participate in (.7) weekly Committee meeting (matters discussed -- chapter 11 plan update; executory contract/lease matters; exclusivity extension motion; Alton update); review/analyze Alton materials for such meeting (.2). | 1.10 | $ | 2,145.00 |
| 4/1/26 | T G | Prepare for (.3) and participate on (.7) weekly Committee call re: chapter 11 plan update, executory contract/lease matters, exclusivity extension motion, Alton update; follow-up calls w/ M. Edelman (Vedder) (.2) and B. Miller (.2) re: same; review/analyze Alton materials for UCC call (.6); call w/ M. Burke (Pillsbury) re: case updates (.1). | 2.10 | | 5,565.00 |
| 4/1/26 | A H | Prepare for (.3) and attend (.7) weekly Committee call re: chapter 11 plan update, executory contract/lease matters, exclusivity extension motion, Alton update; discussion w/ Willkie team re: same (.1). | 1.10 | | 1,017.50 |
| 4/1/26 | J B | Prepare for (.3) and participate in (.7) weekly meeting with UCC and UCC advisors re: update on plan, discussions with bondholders, executory contract/lease matters; exclusivity extension motion, Alton update. | 1.00 | | 1,650.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  16
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/7/26 | B M | Review/comment on agenda for 4/23 Committee meeting (.5) and exhibits and handouts for the UCC meeting regarding the plan and financing options (.7). | 1.20 | 3,354.00 |
| 4/7/26 | A H | Corr. w/ UCC re: disclosure statement exhibits, notice of sale (.6); prepare for (.3) and attend (partial) (.3) weekly UCC professionals' call re: business plan/chapter 11 plan update; attend post-call discussion w/ Willkie team re: same (.3); corr. w/ UCC re: weekly meeting agenda (.2). | 1.70 | 1,572.50 |
| 4/7/26 | F C | Draft agenda for 4/8 Committee meeting (.8); corr. w/ Willkie team re: same (.2). | 1.00 | 925.00 |
| 4/7/26 | CAD | Correspondence w/ A. Hough, Committee regarding exhibits to Debtors' disclosure statement (.2);participate in weekly call w/ Committee professionals regarding chapter 11 plan/revised business plan/valuation analysis in disclosure statement/agenda for tomorrow's Committee meeting (.5); attend meeting w/ Willkie team regarding same and Committee statement regarding disclosure statement (.3); review/analyze draft agenda for tomorrow's Committee meeting (.1). | 1.10 | 2,145.00 |
| 4/7/26 | JHB | Attend weekly Committee professionals call re: chapter 11 plan/revised business plan/valuation analysis in disclosure statement/agenda for tomorrow's Committee meeting (.5); follow-up discussion with Willkie team re: same (.3). | 0.80 | 1,660.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page  17
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/7/26 | T G | Call w/ UCC professionals re: chapter 11 plan/revised business plan/valuation analysis in disclosure statement/agenda for tomorrow's Committee meeting (.5); follow-up discussion w/ Willkie team re: same (.4). | 0.90 | 2,385.00 |
|--------|-----|------|------|----------|
| 4/8/26 | CAD | Prepare for (.2) and participate in (1.0) weekly Committee meeting (matters discussed -- chapter 11 plan update, Alton update); review/analyze Alton materials for such meeting (.2); correspondence w/ J. Brandt, Committee regarding initial comments to chapter 11 plan (.1); correspondence w/ J. Markowitz (Markowitz Ringel), Willkie, Alton teams regarding Alliance Ground administrative claimant inquiry (.3). | 1.80 | 3,510.00 |
| 4/8/26 | F C | Prepare for (.2) and attend (1.0) Committee meeting re: plan update, Alton update. | 1.20 | 1,110.00 |
| 4/8/26 | T G | Prepare for (.3) and participate on (1.0) Committee call re: plan status, financial update; review/analyze Alton presentation re same (.6). | 1.90 | 5,035.00 |
| 4/8/26 | J B | Participate (partial) in weekly meeting w/ UCC and UCC advisors re: update on plan discussions and Alton update. | 0.80 | 1,320.00 |
| 4/8/26 | JHB | Attend weekly call with Committee and Committee professionals re: plan discussions and Alton update. | 1.00 | 2,075.00 |
| 4/8/26 | A H | Prepare for (.2) and attend (1.0) weekly UCC meeting re: disclosure statement and plan updates, fleet update. | 1.20 | 1,110.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                           Page  18
Invoice No. 12614012
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 4/9/26 | CAD | Correspondence w/ Willkie team, Committee regarding draft of Committee's statement in connection w/ Debtors' disclosure statement approval motion (.2) and status of Debtors' plan-related discussions w/ bondholders (.2). | 0.40 | 780.00 |
| 4/9/26 | F C | Review/analyze unsecured creditor inquiry (.4); corr. w/ J. Burbage re: same (.2). | 0.60 | 555.00 |
| 4/9/26 | T G | Corr. w/ Committee re: case updates. | 0.30 | 795.00 |
| 4/9/26 | JHB | Call with T. Lamb (Bayne Law Group) re: plan issues. | 0.30 | 622.50 |
| 4/10/26 | T G | Call w/ M. Edelman (Vedder) re: case updates. | 0.20 | 530.00 |
| 4/13/26 | CAD | Correspondence w/ A. Hough, Committee regarding adjournment of disclosure statement hearing. | 0.10 | 195.00 |
| 4/13/26 | A H | Corr. w/ UCC re: disclosure statement hearing adjournment notice. | 0.30 | 277.50 |
| 4/14/26 | T G | Review/revise agenda for UCC call (.2); correspondence w/ MoFo team re: exit-related discussions (.2). | 0.40 | 1,060.00 |
| 4/14/26 | A H | Prepare for (.1) and attend (.6) weekly UCC professionals call re: case updates, plan updates; attend post-call debrief w/ Willkie team (.2). | 0.90 | 832.50 |
| 4/14/26 | Z C | Review/analyze agenda for Committee meeting (.2); corr. with F. Curbelo re: same (.1). | 0.30 | 345.00 |
| 4/14/26 | JHB | Prepare for (.1) and attend (.5) Committee professionals call regarding plan/disclosure statement status and agenda for tomorrow's Committee meeting. | 0.60 | 1,245.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  19
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/14/26 | F C | Draft agenda for 4/15 Committee meeting (.9); corr. w/ J. Brandt, Z. Charlton re: same (.1); corr. w/ Committee re: 4/15 Committee meeting (.2). | 1.20 | 1,110.00 |
| 4/14/26 | CAD | Participate in weekly call w/ Committee professionals meeting regarding plan/disclosure statement status and agenda for tomorrow's Committee meeting (.5); attend debrief meeting w/ Willkie team regarding same (.2); review/analyze draft agenda for tomorrow's Committee meeting (.1); discuss same w/ Willkie team (.2). | 1.00 | 1,950.00 |
| 4/14/26 | J B | Review/revise 4/15 UCC meeting agenda (.3); corr. w/ Willkie team re: same (.2). | 0.50 | 825.00 |
| 4/15/26 | CAD | Prepare for (.2) and participate in (.6) weekly Committee meeting (matters discussed -- plan/disclosure statement update; Alton update); debrief meeting w/ Willkie team regarding same (.1); review/analyze Alton materials for such meeting (.2); call w/ Willkie, MoFo team regarding government inquiry (.2). | 1.30 | 2,535.00 |
| 4/15/26 | F C | Prepare for (.1) and attend (partial) (.5) meeting w/ Committee re: plan update, Alton update. | 0.60 | 555.00 |
| 4/15/26 | T G | Prepare for (.3) and participate on (.8) Committee call re: plan status/financial update; review/analyze Alton presentation materials re: same (.5); follow-up discussion w/ Willkie team re: same (.4); call w/ MoFo team re case update (.3). | 2.30 | 6,095.00 |
| 4/15/26 | A H | Prepare for (.2) and attend (partial) (.4) weekly call w/ UCC re: plan updates, fleet updates. | 0.60 | 555.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  20
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/26 | JHB | Prepare for (.4) and attend (.6) weekly Committee call re: updates on plan discussions with stakeholder groups and business updates. | 1.00 | 2,075.00 |
| 4/15/26 | J B | Prepare for (.4) and participate in (.6) weekly meeting with UCC and UCC advisors re: updates on plan discussions with stakeholder groups and business updates. | 1.00 | 1,650.00 |
| 4/16/26 | T G | Multiple correspondence w/ creditors re: plan status. | 0.40 | 1,060.00 |
| 4/17/26 | CAD | Correspondence w/ Willkie team, Committee regarding plan-related update. | 0.40 | 780.00 |
| 4/17/26 | F C | Correspondence w/ Committee re: case updates (.3); corr. w/ Willkie team re: same (.2); corr. w/ Committee re: same (.2). | 0.70 | 647.50 |
| 4/17/26 | J B | Corr. w/ UCC re: press coverage of potential government funding (.4); corr. w/ Willkie team re: same (.3). | 0.70 | 1,155.00 |
| 4/17/26 | T G | Corr. with various creditors re: articles on Spirit case status (.4); review/revise update to UCC re: case status and government financing (.3). | 0.70 | 1,855.00 |
| 4/19/26 | T G | Correspondence w/ Committee re: plan status update. | 0.30 | 795.00 |
| 4/20/26 | T G | Call w/ S. Andron (Broward) re: case status (.4); call (.1)/correspondence (.1) w/ M. Edelman (Vedder) re: same. | 0.60 | 1,590.00 |
| 4/20/26 | B M | Multiple calls with creditors regarding financing options. | 0.50 | 1,397.50 |
| 4/21/26 | Z C | Review/analyze agenda for weekly Committee meeting (.1); corr. with A. Hough re: same (.1). | 0.20 | 230.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  21
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/21/26 | T G | Correspondence w/ DLA Piper team re: case status (.3); calls/correspondence w/ M. Edelman (Vedder) re: same (.3); review/revise agenda for weekly UCC call (.2);call/correspondence w/ D. Klein (Davis Polk) re: case update (.3); correspondence w/ UCC advisors re: same (.2); call w/ UCC advisors re: exit strategy status/next steps (.4) and follow-up discussion w/ Willkie team re: same (.4). | 2.10 | 5,565.00 |
| 4/21/26 | CAD | Correspondence w/ Willkie team, other Committee professionals regarding today's Committee professionals call and agenda (.3); participate in such call to discuss exit strategy status/next steps (.4); debrief meeting w/ Willkie team regarding same (.2); review/analyze draft agenda for tomorrow's Committee meeting (.1); correspondence (.1) and discussion (.1) w/ Willkie team regarding same. | 1.20 | 2,340.00 |
| 4/21/26 | J B | Draft/revise agenda for forthcoming weekly Committee meeting (.2); corr. w/ Willkie team re: same (.2). | 0.40 | 660.00 |
| 4/21/26 | A H | Draft agenda for weekly UCC meeting (.4); corr. w/ Willkie team re: same (.1); revise same (.2);  prepare for (.2) and attend (.4) weekly UCC meeting re: case updates, fleet updates; attend post-call debrief meeting w/ Willkie team re: same (.3); corr. w/ UCC re: government funding article (.5) and weekly Committee meeting agenda (.1). | 2.20 | 2,035.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page 22
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/22/26 | CAD | Prepare for (.2) and participate in (.8) weekly Committee meeting (matters discussed -- plan/exit strategy update; Alton update); correspondence w/ Willkie team, Committee regarding same (.2); review/analyze Alton materials for such meeting (.2); correspondence w/ T. Goren, Committee regarding exit discussions update (.2). | 1.60 | 3,120.00 |
| --- | --- | --- | --- | --- |
| 4/22/26 | T G | Prepare for (.3) and participate on (.8) weekly Committee call re: exit/financial update; review/analyze Alton materials re: same (.5); correspondence w/ UCC re government financing term sheet (.4); call w/ B. Parlin (Holland & Knight) re: status of same (.2). | 2.20 | 5,830.00 |
| 4/22/26 | F C | Participate in weekly Committee meeting re: plan and disclosure statement updates (.8); attend post-call discussion w/ Willkie team re: same (.1). | 0.90 | 832.50 |
| 4/22/26 | A H | Prepare for (.1) and attend (.8) weekly UCC meeting re: government financing updates, fleet updates; attend post-call debrief meeting w/ Willkie team re: same (.1); corr. w/ UCC re: news article on potential government financing (.1). | 1.10 | 1,017.50 |
| 4/23/26 | B M | Calls with creditors regarding the proposed government financing (.5); draft memorandum regarding the concerns of creditors regarding the proposed financing (.4). | 0.90 | 2,515.50 |
| 4/23/26 | CAD | Correspondence w/ A. Hough, Committee regarding summary of today's omnibus hearing. | 0.20 | 390.00 |
| 4/23/26 | JHB | Review/revise update to Committee re: omnibus hearing recap. | 0.20 | 415.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  23
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/23/26 | A H | Corr. w/ UCC re: summary of omnibus hearing on case updates, interim fee applications, sale of aircraft. | 0.20 | 185.00 |
| 4/23/26 | F C | Draft summary re: omnibus hearing on case updates, interim fee applications, sale of aircraft (.8); corr. w/ Committee re: same (.2); | 1.00 | 925.00 |
| 4/23/26 | J B | Draft/revise summary of hearing for UCC (.7); corr. with Willkie team re: same (.3). | 1.00 | 1,650.00 |
| 4/23/26 | Z C | Review/revise 4/23 hearing summary for Committee members (.2); corr. with A. Hough re: same (.1). | 0.30 | 345.00 |
| 4/24/26 | CAD | Correspondence w/ Willkie team, Committee regarding Debtors' term sheet in connection w/ proposed government financing. | 0.40 | 780.00 |
| 4/24/26 | J B | Corr. w/ UCC re: government transaction term sheet (.4); corr. w/ Willkie team re: same (.3). | 0.70 | 1,155.00 |
| 4/25/26 | A H | Corr. w/ UCC re: summary of draft plan term sheet. | 0.40 | 370.00 |
| 4/27/26 | CAD | Correspondence w/ Willkie team, Committee regarding summary of Debtors' term sheet in connection with proposed government financing (.3); review/analyze same (.3); correspondence w/ T. Goren, Committee regarding update on motion to approve same (.2). | 0.80 | 1,560.00 |
| 4/27/26 | T G | Correspondence w/ UCC re: status of government financing (.4); calls w/ T. Ciantra (ALPA) (.2) and M. Edelman (Vedder) (.2) re: same. | 0.80 | 2,120.00 |
| 4/28/26 | T G | Corr. w/ UCC re: government financing status (.4); call w/ M. Edelman (Vedder) re: same (.2); review/revise agenda for weekly UCC meeting (.2). | 0.80 | 2,120.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  24
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/28/26 | Z C | Review/analyze agenda for weekly Committee meeting (.2); corr. with A. Hough re: same (.1). | 0.30 | 345.00 |
|---|---|---|---|---|
| 4/28/26 | JHB | Corr. w/ Willkie team re: creditor inquiry. | 0.20 | 415.00 |
| 4/28/26 | A H | Draft agenda for weekly UCC meeting (.7); corr. w/ Willkie team re: same (.2). | 0.90 | 832.50 |
| 4/28/26 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting to discuss the government financing proposal and plan options (1.4): calls (2x) with aircraft lessors regarding the government financing proposal and liquidation possibilities (.8); draft memorandum regarding concerns of the aircraft lessors (.7). | 2.90 | 8,105.50 |
| 4/28/26 | J B | Participate in meeting with UCC advisors re: update on bondholder discussions and forthcoming UCC meeting. | 0.50 | 825.00 |
| 4/28/26 | CAD | Review/analyze draft agenda for tomorrow's Committee meeting (.1); correspondence (.1) and discussion (.1) w/ Willkie team regarding same; correspondence w/ T. Goren, Committee regarding update on Debtors' plan term sheet regarding government funding (.2); correspondence w/ T. Lamb (Bayne), J. Burbage regarding NAI National administrative claim inquiry (.2). | 0.70 | 1,365.00 |
| 4/29/26 | CAD | Prepare for (.2) and participate in (.7) weekly Committee meeting (matters discussed -- status of Debtors' plan term sheet/related discussions w/ government and bondholders; Alton update); review/analyze Alton materials for such meeting (.2); correspondence w/ Willkie team, Committee regarding Debtors' notice regarding potential financing (.2). | 1.30 | 2,535.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                              Page  25
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/29/26 | T G | Prepare for (.3) and participate on (.7) Committee call re: status of government financing deal and financial update; review/analyze Alton materials re: same (.6); follow-up discussion w/ Willkie team re: same (.3). | 1.90 | 5,035.00 |
| 4/29/26 | F C | Prepare for (.2) and attend (partial) (.3) weekly Committee meeting re: case updates; corr. w/ Committee re: notice of government financing (.3). | 0.80 | 740.00 |
| 4/29/26 | JHB | Attend weekly Committee call re: update on government financing transaction, business updates, and other case updates. | 0.70 | 1,452.50 |
| 4/29/26 | A H | Prepare for (.2) and attend (partial) (.4) weekly UCC call re: government aid update; attend post-call debrief meeting w/ Willkie team re: same (.1). | 0.70 | 647.50 |
| 4/29/26 | J B | Prepare for (.3) and participate in (.7) weekly meeting with UCC and UCC advisors re: update on government financing transaction, business updates, and other case updates;corr. w/ UCC re: government financing transaction update, DIP default issue, and hearing on financing transaction (.3). | 1.30 | 2,145.00 |
| 4/30/26 | T G | Correspondence w/ UCC re: government financing deal update. | 0.30 | 795.00 |
| | | **Subtotal - Meetings and Communications with Creditors** | **70.20** | **131,845.00** |

## Other Motions / Applications

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 4/14/26 | JHB | Corr. with J. Brandt re: supplemental examiner motion. | 0.20 | $ | 415.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors | Page 26
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 4/30/26 | CAD | Correspondence w/ F. Curbelo regarding motion to remove confidential/privileged treatment of proposal submitted to Debtors (.2); review/analyze same (.2). | 0.40 | | 780.00 |
| 4/30/26 | F C | Review/summarize Leroy Gillead's pro se motion to remove confidential and privileged designation from proposal (.5); corr. w/ Z. Charlton re: same (.1); review/revise same (.2); corr. w/ Willkie team re: same (.1). | 0.90 | | 832.50 |
| | | **Subtotal - Other Motions / Applications** | **1.50** | | **2,027.50** |

## Plan and Disclosure Statement

| **Date** | **Timekeeper** | **Description** | **Hours** | | **Amount** |
|------|-----------|-------------|-------|---|--------|
| 4/1/26 | CAD | Correspondence w/ Davis Polk, Willkie teams regarding Debtors' motion to extend exclusivity. | 0.20 | $ | 390.00 |
| 4/1/26 | Z C | Review/analyze Debtors' second motion to extend exclusivity (.3); corr. with A. Hough re: same (.1). | 0.40 | | 460.00 |
| 4/1/26 | A H | Review/analyze Debtors' second motion to extend exclusivity (.3); corr. w/ Willkie team re: same (.2). | 0.50 | | 462.50 |
| 4/2/26 | T G | Correspondence w/ D. Klein (Davis Polk) (.2) and UCC advisors (.3) re: plan status; review/analyze Debtors' presentation re: same (.6). | 1.10 | | 2,915.00 |
| 4/6/26 | J B | Review/analyze disclosure statement exhibits (.6); corr. w/ UCC advisors re: same (.2). | 0.80 | | 1,320.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors

Page  27

Invoice No. 12614012

Client/Matter No. 136708.00001

| 4/7/26 | CAD | Correspondence w/ J. Brown (Davis Polk), J. Brandt regarding status of pro se objections to Debtors' disclosure statement (.2); correspondence w/ J. Brandt regarding exhibits to Debtors' disclosure statement (.1); review/analyze same (.3); subsequent correspondence w/ Willkie team regarding same and next steps (.2); correspondence w/ J. Brandt regarding status of comments to draft chapter 11 plan/disclosure statement (.2); various correspondence w/ F. Curbelo, T. Goren, J. Brandt regarding chapter 11 plan's assumption/rejection provisions (.3) and precedent (.3). | 1.60 | 3,120.00 |
|---|---|---|---|---|
| 4/7/26 | JHB | Review/analyze draft plan of reorganization. | 0.50 | 1,037.50 |
| 4/7/26 | F C | Conduct research re: plan treatment of contract claims (2.1); corr. w/ Willkie team re: same (.2). | 2.30 | 2,127.50 |
| 4/7/26 | T G | Call w/ D. Klein (Davis Polk) re: plan status (.2); review/analyze proposed plan mark-up (.8); review/analyze assumption research re: same (.4) and correspondence w/ Willkie team re: same (.3); correspondence w/ D. Klein (Davis Polk) re: same (.2). | 1.90 | 5,035.00 |
| 4/7/26 | J B | Corr. w/ Davis Polk and Willkie teams re: pro se plan/disclosure statement objections and strategy (.5); review/provide comments to chapter 11 plan (3.8); corr. w/ Willkie team re: same (.4). | 4.70 | 7,755.00 |
| 4/8/26 | CAD | Review/analyze comments to draft chapter 11 plan. | 0.40 | 780.00 |
| 4/8/26 | F C | Conduct research re: plan treatment of contract claims (1.5); corr. w/ J. Brandt re: same (.2). | 1.70 | 1,572.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  28
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/8/26 | T G | Review/analyze disclosure statement exhibits (1.4); call w/ J. Rubin (Akin) re: plan status (.2). | 1.60 | 4,240.00 |
|---|---|---|---|---|
| 4/8/26 | A H | Draft Committee statement re: disclosure statement (.7); corr. w/ J. Brandt re: same (.1). | 0.80 | 740.00 |
| 4/9/26 | CAD | Review/analyze draft of Committee's statement in connection w/ Debtors' disclosure statement approval motion (.2); correspondence w/ Willkie team regarding same and comments/next steps (.4). | 0.60 | 1,170.00 |
| 4/9/26 | T G | Review/revise UCC statement re: disclosure statement (.4); correspondence w/ Willkie team re: same (.3); call w/ D. Klein (Davis Polk) re: same (.2); correspondence w/ UCC advisors re: same (.2). | 1.10 | 2,915.00 |
| 4/9/26 | J B | Draft/revise Committee statement re: disclosure statement approval motion (1.1); corr. w/ Willkie team re: same (.5). | 1.60 | 2,640.00 |
| 4/9/26 | JHB | Corr. w/ J. Brandt re: committee statement re: disclosure statement motion. | 0.50 | 1,037.50 |
| 4/9/26 | Z C | Corr. with F. Curbelo re: plan treatment of contract claims (.1); review/analyze plan re: same (.3). | 0.40 | 460.00 |
| 4/10/26 | CAD | Correspondence w/ F. Curbelo regarding revolving credit facility agent and U.S. Trustee objections to disclosure statement (.1); review/analyze revolving credit facility agent objection to disclosure statement (.3) and U.S. Trustee objection to disclosure statement (.2). | 0.60 | 1,170.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors

Invoice No. 12614012

Client/Matter No. 136708.00001

Page 29

| | | | | |
|---|---|---|---|---|
| 4/10/26 | F C | Summarize Citibank (.5), NAI National (.4), and U.S. Trustee (.4) objections to disclosure statement; corr. w/ Willkie team re: same (.2). | 1.50 | 1,387.50 |
| 4/10/26 | T G | Call w/ D. Klein (Davis Polk) re: status of plan (.1); correspondence w/ UCC professionals re: same (.3); call w/ UCC professionals re: same (.5). | 0.90 | 2,385.00 |
| 4/10/26 | Z C | Review/analyze disclosure statement objections (.6); corr. with F. Curbelo re: same (.2). | 0.60 | 690.00 |
| 4/11/26 | CAD | Correspondence w/ F. Curbelo regarding summary of U.S. Trustee's and revolving credit facility agent's objections to disclosure statement. | 0.20 | 390.00 |
| 4/13/26 | CAD | Correspondence w/ T. Goren regarding adjournment of disclosure statement hearing (.1); correspondence w/ A. Hough regarding McLean objection to Debtors' exclusivity motion (.1). | 0.20 | 390.00 |
| 4/13/26 | T G | Correspondence w/ D. Klein (Davis Polk) (.2) and Willkie team (.3) re: disclosure statement hearing; call (.2) and correspondence (.1) w/ M. Burke (Pillsbury) re: same; call w/ L. Szlezinger (Jefferies) re: status update on same (.2); correspondence w/ M. Edelman (Vedder) re: same (.1). | 1.10 | 2,915.00 |
| 4/13/26 | A H | Review/analyze disclosure statement hearing adjournment notice (.2); corr. w/ Willkie team re: same (.2);review/analyze McLean exclusivity extension objection (.2); corr. w/ Willkie team re: same (.2). | 0.80 | 740.00 |
| 4/13/26 | JHB | Corr. w/T. Goren re: adjournment of disclosure statement hearing (.1); review/analyze summary of Citibank, NAI National, and U.S. Trustee objections to disclosure statement (.1). | 0.20 | 415.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  30
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/13/26 | Z C | Corr. with A. Hough re: disclosure statement hearing adjournment. | 0.20 | 230.00 |
|---|---|---|---|---|
| 4/14/26 | CAD | Correspondence w/ F. Curbelo regarding McLean supplemental objection to Debtors' disclosure statement (.2) and summary of filed disclosure statement objections (.2). | 0.40 | 780.00 |
| 4/14/26 | F C | Review/analyze filed objections to disclosure statement (.6); draft summary re: same (.8); corr. w/ Willkie team re: same (.1). | 1.50 | 1,387.50 |
| 4/14/26 | T G | Review/analyze disclosure statement objections (.8); correspondence w/ UCC professionals re: plan status (.6); follow-up discussion w/ Willkie team re: same (.3). | 1.70 | 4,505.00 |
| 4/14/26 | Z C | Review/analyze shareholder objection to the disclosure statement (.3); corr. with F. Curbelo (.1), J. Burbage (.2), Dentons team (.1) re: same. | 0.70 | 805.00 |
| 4/14/26 | A H | Review/analyze objections to disclosure statement and plan (.5); corr. w/ F. Curbelo re: same (.3). | 0.80 | 740.00 |
| 4/15/26 | F C | Conduct research re: lessor remedies under plan. | 0.60 | 555.00 |
| 4/15/26 | T G | Call (.2)/correspondence (.1) w/ D. Klein (Davis Polk) re: plan status/discussions; follow-up discussion w/ UCC professionals re same (.4). | 0.70 | 1,855.00 |
| 4/16/26 | F C | Review/revise summary re: lessor remedies under plan. | 1.20 | 1,110.00 |
| 4/16/26 | T G | Correspondence w/ Davis Polk team re: plan status. | 0.30 | 795.00 |
| 4/17/26 | CAD | Correspondence w/ A. Hough regarding McLean supplemental notice regarding liquidation analysis. | 0.20 | 390.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  31
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/17/26 | F C | Review/revise summary of research re: lessor remedies under plan. | 0.50 | 462.50 |
| 4/17/26 | T G | Review/analyze plan status (.6); correspondence w/ Davis Polk re: same (.2); correspondence w/ UCC professionals re: same (.4). | 1.20 | 3,180.00 |
| 4/19/26 | T G | Call (.2)/correspondence (.1) w/ D. Klein (Davis Polk) re: plan status update; correspondence w/ Alton and Jefferies teams re: same (.2). | 0.50 | 1,325.00 |
| 4/20/26 | CAD | Correspondence w/ T. Goren, L. Ryan (Alton) regarding status of exit strategy discussions (.3); correspondence w/ J. Brandt regarding same (.1). | 0.40 | 780.00 |
| 4/20/26 | F C | Review/revise research re: lessor remedies under plan. | 0.80 | 740.00 |
| 4/20/26 | B M | Review/comment on the Alton materials regarding the alternative plan options (1.2); draft memorandum regarding the Debtors' options related to plan (.6). | 1.80 | 5,031.00 |
| 4/20/26 | J B | Participate in meeting with Debtors' and UCC advisors re: strategic alternatives to plan confirmation. | 0.50 | 825.00 |
| 4/21/26 | CAD | Correspondence w/ Willkie, Alton teams regarding status of plan exit discussions. | 0.30 | 585.00 |
| 4/21/26 | B M | Review/comment on the Debtors' materials regarding the proposed plan and alternative plan options (1.4); attend call with the Debtors regarding the alternative plan options (.5); draft memorandum regarding alternative plan options (.4). | 2.30 | 6,428.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                           Page  32
Invoice No. 12614012
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| 4/21/26 | A H | Review/analyze Debtors' reply in opposition to McLean objection to exclusivity extension (.3); corr. w/ Willkie team re: same (.2); corr. w/ Willkie team re: disclosure statement hearing adjournment (.3). | 0.80 | 740.00 |
| 4/22/26 | CAD | Correspondence w/ A. Hough regarding Debtors' reply in opposition to McLean objection to exclusivity motion (.2); correspondence w/ F. Curbelo regarding declaration of share ownership regarding same (.2). | 0.40 | 780.00 |
| 4/22/26 | F C | Review/analyze McLean certification of share ownership re: plan/disclosure statement objection (.1); draft summary re: same (.1). | 0.20 | 185.00 |
| 4/22/26 | Z C | Review/analyze McLean certification of status (.2) and related McLean filings re: plan/disclosure statement (.4); corr. with F. Curbelo re: same (.2). | 0.80 | 920.00 |
| 4/23/26 | J B | Review/analyze issues re: disclosure statement and claim amount estimates (1.1); corr. w/ Alton and Willkie team re: same (.9); draft/revise disclosure statement (3.9); corr. w/ Willkie team re: same (.6); draft/revise disclosure statement order exhibits (.8); corr. w/ Willkie team re: same (.5); review/analyze issues re: disclosure statement objections (1.1); corr. w/ Willkie team and advisors re: same (.9); draft/revise disclosure statement reply (.9); corr. w/ Willkie team re: same (.4). | 11.10 | 18,315.00 |
| 4/24/26 | A H | Review/revise research re: DIP consents voting threshold question in connection with plan (1.1); corr. w/ J. Brandt, Z. Charlton re: same (.3). | 1.40 | 1,295.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                              Page  33
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/25/26 | T G | Review/revise summary of proposed post-emergence capital structure (.6); review/analyze settlement term sheet re: same (.4) correspondence w/ Willkie team re: same (.3); correspondence w/ UCC re: same (.2); correspondence (.2)/call (.1) w/ D. Klein (Davis Polk) re: same/motion status (.3). | 1.80 | 4,770.00 |
| 4/25/26 | A H | Review/analyze draft plan term sheet (1.8); draft summary re: same (1.4); corr. w/ Z. Charlton re: same (.1); corr. (2x) w/ J. Brandt re: same (.6); review/revise summary of same (.9); corr. w/ Willkie team re: same (.4). | 5.20 | 4,810.00 |
| | | **Subtotal - Plan and Disclosure Statement** | **67.10** | **114,984.50** |

## Reporting

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 4/3/26 | CAD | Correspondence w/ K. Huckins (FTI) regarding required reporting to Committee under final insurance order. | 0.10 | $   195.00 |
| 4/5/26 | F C | Review/analyze cash management/insurance reporting required under first day orders. | 0.20 | 185.00 |
| 4/10/26 | CAD | Correspondence w/ K. Huckins (FTI) regarding required reporting to Committee under final insurance order. | 0.10 | 195.00 |
| 4/13/26 | F C | Review/analyze 13-week cash flow reporting. | 0.10 | 92.50 |
| 4/17/26 | CAD | Correspondence w/ K. Huckins (FTI) regarding required reporting to Committee under final insurance order. | 0.10 | 195.00 |
| 4/30/26 | CAD | Correspondence w/ K. Huckins (FTI) regarding matrix of required reporting to Committee under final first day orders (.1); review/analyze same (.2). | 0.30 | 585.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  34
Invoice No. 12614012
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| | **Subtotal - Reporting** | **0.90** | | **1,447.50** |

## Non-Willkie Retention Applications

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/26 | Z C | Corr. with J. Brandt re: potential additional retention-related disclosures (.1); corr. with AlixPartners team re: same (.1); corr. with Debtors re: same (.1). | 0.30 | $   345.00 |
| 4/2/26 | CAD | Correspondence w/ Willkie team, other Committee professionals regarding potential additional retention-related disclosures. | 0.30 | 585.00 |
| 4/6/26 | CAD | Correspondence w/ S. Schrag (Dentons), Z. Charlton regarding Alton supplemental retention declaration in support of retention application. | 0.20 | 390.00 |
| 4/6/26 | Z C | Corr. with Willkie team re: Alton supplemental retention declaration (.2); review/analyze same (.4). | 0.60 | 690.00 |
| 4/7/26 | CAD | Correspondence w/ Z. Charlton, J. Brandt regarding Alton supplemental retention declaration. | 0.20 | 390.00 |
| 4/7/26 | Z C | Corr. with Willkie team re: Alton supplemental declaration in support of retention application (.1); review/analyze same (.2). | 0.30 | 345.00 |
| 4/7/26 | T G | Review/analyze supplemental Alton disclosure in support of retention application. | 0.20 | 530.00 |
| 4/8/26 | CAD | Correspondence w/ Z. Charlton, L. Guido regarding Alton supplemental retention declaration and filing same. | 0.20 | 390.00 |
| 4/8/26 | L G | File (.3) and coordinate service of (.1) supplemental Mowry declaration in support of Alton retention. | 0.40 | 260.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                      Page  35
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/8/26 | Z C | Corr. with Willkie team re: Alton supplemental declaration in support of retention application (.2); finalize filing of same (.2); corr. with Alton team re: same (.1). | 0.50 | 575.00 |
|---|---|---|---|---|
| 4/9/26 | L G | Prepare courtesy copies of supplemental Mowry declaration in support of Alton's retention for delivery to Chambers. | 0.20 | 130.00 |
| 4/28/26 | CAD | Correspondence w/ S. Ruben (Dentons), F. Curbelo, Z. Charlton regarding supplemental Jefferies retention declaration. | 0.30 | 585.00 |
| 4/28/26 | Z C | Review/analyze Jefferies supplemental declaration in support of retention application (.6); corr. with Willkie team re: same (.1). | 0.70 | 805.00 |
| 4/28/26 | F C | Review/revise Jefferies' supplemental retention application declaration. | 0.20 | 185.00 |
| 4/29/26 | CAD | Correspondence w/ Willkie team regarding filing of Jefferies supplemental retention declaration (.2); review/analyze same (.1); subsequent correspondence w/ R. Sasso regarding same (.1); correspondence w/ F. Curbelo, S. Ruben (Dentons) regarding same (.2). | 0.60 | 1,170.00 |
| 4/29/26 | L G | Coordinate service of supplemental Szlezinger declaration in support of Jefferies' retention (.1); prepare courtesy copies of same (.2). | 0.30 | 195.00 |
| 4/29/26 | R L S | Corr. w/ Willkie team re: supplemental declaration in support of Jefferies' retention (.4); file same (.3); coordinate service of same (.3). | 1.00 | 485.00 |
| 4/29/26 | F C | Review/revise Jefferies' supplemental declaration in connection with Jefferies' retention application (.3); corr. w/ Willkie team re: same (.1). | 0.40 | 370.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                     Page  36
Invoice No. 12614012
Client/Matter No. 136708.00001

| | | | | |
|---|---|---|---|---|
| **Subtotal - Non-Willkie Retention Applications** | | | **6.90** | **8,425.00** |

## Non-Willkie Fee Statements and Applications

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/26 | CAD | Correspondence w/ Dentons, Willkie teams regarding Jefferies fifth monthly fee statement. | 0.20 | $   390.00 |
| 4/1/26 | A H | Corr. w/ S. Ruben (Dentons) re: Jefferies fifth monthly fee statement. | 0.40 | 370.00 |
| 4/2/26 | F C | Corr. w/ Alton (.1), Alix (.1), and Jefferies (.1) teams re: interim fee applications. | 0.30 | 277.50 |
| 4/7/26 | CAD | Correspondence w/ A. Hough, other Committee professionals regarding March 2026 monthly fee statements and timing. | 0.30 | 585.00 |
| 4/16/26 | CAD | Correspondence w/ A. Hough regarding Committee professionals' second interim fee applications (.4); correspondence w/ A. Hough, Committee professionals regarding same (.2). | 0.60 | 1,170.00 |
| 4/16/26 | A H | Call w/ J. He (Davis Polk) re: omnibus certificate of no objection for fee applications (.1); corr. w/ Willkie team re: same (.3); corr. w/ UCC advisors re: fee reductions agreed with fee examiner in connection with interim fee applications (.5). | 0.90 | 832.50 |
| 4/17/26 | CAD | Correspondence w/ S. Schrag (Dentons), A. Hough regarding Alton second interim fee application. | 0.20 | 390.00 |
| 4/17/26 | A H | Corr. w/ UCC advisors re: fee reductions agreed with fee examiner. | 0.30 | 277.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  37
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/21/26 | CAD | Correspondence w/ A. Hough, Alix team regarding status of Alix second interim fee application (.2); correspondence w/ A. Hough, S. Schrag (Dentons) regarding status of Alton second interim fee application (.2); correspondence w/ Davis Polk, Willkie teams regarding 4/23 fee hearing and preparation of omnibus fee order (.3); correspondence w/ L. Bonito (Alix), Z. Charlton regarding draft of Alix March monthly fee statement (.2). | 0.90 | 1,755.00 |
| 4/21/26 | Z C | Corr. with A. Hough re: UCC professional fee applications (.1); review/analyze same (.5). | 0.60 | 690.00 |
| 4/21/26 | A H | Corr. w/ C. Damast re: UCC professionals' agreed reductions w/ U.S. Trustee (.2); corr. w/ J. He (Davis Polk) re: same and 4/23 hearing logistics (.2); corr. w/ Alton, Alix teams re: draft certificate of no objection for interim fee applications (.2); corr. w/ Davis Polk team re: same (.2). | 0.80 | 740.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page  38
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/22/26 | CAD | Correspondence w/ S. Schrag (Dentons), A. Hough regarding Alton second interim fee application (.2); correspondence w/ A. Hough, other Committee professionals regarding tomorrow's interim fee hearing and logistics (.4) and draft of proposed fee order (.3); correspondence w/ J. He (Davis Polk), A. Hough regarding Committee professionals' second interim fee applications/agreed reductions (.3); review/analyze draft of proposed interim fee order (.2); correspondence w/ Willkie team regarding same/next steps (.3); correspondence w/ S. Rubens (Dentons), A. Hough regarding draft of Jefferies March 2026 monthly fee statement (.2); correspondence w/ A. Hough regarding Alton (.1) and Alix (.1) March monthly fee statements. | 2.10 | 4,095.00 |
| 4/22/26 | A H | Multiple corr. w/ J. He (Davis Polk) re: proposed fee order (.5); multiple corr. w/ UCC professionals re: comments to same (1.3); review/analyze same (.3); review/analyze AlixPartners draft sixth monthly fee statement (2.2); review/analyze Jefferies draft sixth monthly fee statement (.7); corr. w/ Willkie team re: filing same (.1). | 5.10 | 4,717.50 |
| 4/23/26 | CAD | Correspondence w/ A. Hough regarding draft of Alton March 2026 monthly fee statement (.2); review/analyze same (.2); correspondence w/ A. Hough, T. Goren regarding same and filing (.2). | 0.60 | 1,170.00 |
| 4/23/26 | Z C | Review/analyze Alton March fee statement (.5); corr. with Willkie team re: same (.2). | 0.70 | 805.00 |
| 4/23/26 | A H | Review/analyze Alton draft sixth monthly fee statement (1.9); corr. w/ Willkie team re: same (.4); corr. w/ Alton team re: same (.1). | 2.40 | 2,220.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  39
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/23/26 | T G | Review/analyze Alix monthly fee statement for filing. | 0.30 | 795.00 |
| 4/24/26 | CAD | Correspondence w/ Willkie team, other Committee professionals regarding finalizing/filing of March 2026 monthly fee statements (.4); correspondence w/ Willkie team regarding same and filing clearance (.3); review/analyze same (.3). | 1.00 | 1,950.00 |
| 4/24/26 | L G | File sixth monthly fee statements of Alix Partners (.2), Jefferies (.2), and Alton (.3); coordinate service of same (.2). | 0.90 | 585.00 |
| 4/24/26 | Z C | Review/analyze UCC professionals' sixth monthly fee statements for filing. | 0.40 | 460.00 |
| 4/24/26 | A H | Corr. w/ UCC professionals re: finalization of sixth monthly fee statements (.3); various corr. w. Willkie team re: same (.8); review/analyze Alton sixth monthly fee statement (1.2); various corr. w/ Alton, Willkie teams re: same (.9). | 3.20 | 2,960.00 |
| 4/24/26 | T G | Review/analyze Alton monthly fee statement for filing. | 0.40 | 1,060.00 |
| | | **Subtotal - Non-Willkie Fee Statements and Applications** | **22.60** | **28,295.00** |

## Willkie Retention Application

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/3/26 | F C | Corr. w/ J. Zervaki re: potential supplemental disclosures in connection with Willkie retention application. | 0.30 | $   277.50 |
| 4/3/26 | J Z | Review/analyze potential supplemental disclosures in connection with Willkie retention application (1.4); correspondence with Willkie team re: same (.1); correspondence with F. Curbelo re: same (.1). | 1.60 | 672.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                          Page  40
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 4/6/26 | J Z | Review/analyze potential supplemental disclosures in connection with Willkie retention application. | 0.70 | | 294.00 |
| 4/7/26 | J Z | Review/analyze potential supplemental disclosures in connection with Willkie retention application (1.2); correspondence with F. Curbelo re: same (.1). | 1.30 | | 546.00 |
| 4/8/26 | Z C | Review/analyze potential supplemental disclosures in connection with Willkie retention application (1.8); corr. with F. Curbelo re: same (.3). | 2.10 | | 2,415.00 |
| 4/8/26 | F C | Review/analyze potential supplemental disclosures in connection with Willkie retention application (.6); corr. w/ Z. Charlton re: same (.2). | 0.80 | | 740.00 |
| 4/10/26 | F C | Review/analyze potential supplemental disclosures in connection with Willkie retention application. | 0.30 | | 277.50 |
| | | **Subtotal - Willkie Retention Application** | **7.10** | | **5,222.00** |

## Willkie Fee Statements and Applications

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 4/2/26 | F C | Corr. with Willkie team re: interim fee application. | 0.10 | $ | 92.50 |
| 4/7/26 | Z C | Review/analyze Willkie fee application (.3); corr. with A. Hough re: same and timing (.2). | 0.50 | | 575.00 |
| 4/7/26 | A H | Draft Willkie February monthly fee statement/summary (1.3); corr. w/ Willkie team re: same (.1); corr. w/ FTI team re: same (.5); multiple corr. w/ Z. Charlton, F. Curbelo re: timeline for filing Willkie March monthly fee statement (.8); corr. w/ C. Damast re: same (.2). | 2.90 | | 2,682.50 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                    Page 41
Invoice No. 12614012
Client/Matter No. 136708.00001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 4/13/26 | CAD | Correspondence w/ D. Klauder (Bielli Klauder) (fee examiner), Willkie team regarding Willkie's second interim fee application. | 0.20 | 390.00 |
| 4/13/26 | Z C | Review/analyze letter from fee examiner re: Willkie fees (.3); review/analyze fee application re: same (.2). | 0.50 | 575.00 |
| 4/13/26 | F C | Review/analyze fee examiner objection to second Willkie interim fee application (.3); corr. w/ D. Klauder (Bielli Klauder) (fee examiner) re: same (.1); corr. w/ Willkie team re: same (.2). | 0.60 | 555.00 |
| 4/15/26 | F C | Corr. w/ Willkie team re: fee examiner comments to Willkie second interim fee application (.2); corr. w/ fee examiner re: same (.2). | 0.40 | 370.00 |
| 4/15/26 | CAD | Correspondence w/ Willkie team, D. Klauder (Bielli Klauder) (fee examiner) regarding Willkie second interim fee application reductions. | 0.30 | 585.00 |
| 4/15/26 | Z C | Review/revise response to fee examiner re: requested reductions (.4); corr. with F. Curbelo re: same (.2). | 0.60 | 690.00 |
| 4/20/26 | A H | Draft Willkie's March fee statement (2.1); corr. w/ Willkie team re: same (.4); corr. w/ C. Damast re: same (.2). | 2.70 | 2,497.50 |
| 4/20/26 | Z C | Review/analyze Willkie March fee statement. | 0.30 | 345.00 |
| 4/21/26 | A H | Corr. w/ C. Damast re: Willkie sixth monthly fee statement (.1); corr. w/ Z. Charlton re: same (.3); corr. w/ Willkie team re: filing approval for same (.4). | 0.80 | 740.00 |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                   Page  42
Invoice No. 12614012
Client/Matter No. 136708.00001

| 4/21/26 | CAD | Review/analyze draft of Willkie March monthly fee statement (.3); correspondence w/ A. Hough regarding same/next steps (.2); correspondence w/ A. Hough, T. Goren regarding same and filing (.2). | 0.70 | 1,365.00 |
|---|---|---|---|---|
| 4/24/26 | L G | File Willkie's sixth monthly fee statement (.2); coordinate service of same (.1). | 0.30 | 195.00 |
| 4/30/26 | CAD | Correspondence w/ Willkie team regarding Willkie second interim fee application. | 0.20 | 390.00 |
| 4/30/26 | F C | Review/analyze Willkie second interim fee application (.1); corr. w/ Willkie team re: same (.1). | 0.20 | 185.00 |
| | | **Subtotal - Willkie Fee Statements and Applications** | **11.30** | **12,232.50** |

Spirit Airlines 2 Official Committee of Unsecured Creditors                                    Page  43
Invoice No. 12614012
Client/Matter No. 136708.00001

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| TODD GOREN | 50.80 | $ 2,650.00 | $ 134,620.00 |
| JAMES H. BURBAGE | 9.20 | 2,075.00 | 19,090.00 |
| BRETT MILLER | 29.70 | 2,795.00 | 83,011.50 |
| CRAIG A. DAMAST | 37.80 | 1,950.00 | 73,710.00 |
| FEDERICO CURBELO | 25.70 | 925.00 | 23,772.50 |
| JOSEPH BRANDT | 31.50 | 1,650.00 | 51,975.00 |
| ZACHARY CHARLTON | 14.60 | 1,150.00 | 16,790.00 |
| ALEXANDRA HOUGH | 52.20 | 925.00 | 48,285.00 |
| LAURA GUIDO | 14.00 | 650.00 | 9,100.00 |
| JOANNA ZERVAKI | 4.90 | 420.00 | 2,058.00 |
| WILLIAM COLLINS | 1.90 | 420.00 | 798.00 |
| ROHAN LYLE SASSO | 1.00 | 485.00 | 485.00 |

| Disbursements and Other Charges | Amount |
|---|---|
| Overnight Delivery | $ 32.43 |

| | |
|---|---|
| Professional Fees | $ 463,695.00 |
| Disbursements and Other Charges | 32.43 |
| **Total this Invoice** | $ 463,727.43 |

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

**Spirit Airlines 2 Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12614012
Client/Matter No. 136708.00001
May 15, 2026

**Bankruptcy of Spirit Airlines**

Remit To:

Willkie Farr & Gallagher LLP
787 Seventh Avenue, 37th Floor
New York, NY 10019-6099
Attention: Accounts Receivable

## FOR PROFESSIONAL SERVICES RENDERED
through April 30, 2026

| | |
|---|---:|
| Non-Willkie Retention Applications | $ 8,425.00 |
| Meetings and Communications with Creditors | 131,845.00 |
| Plan and Disclosure Statement | 114,984.50 |
| Case Administration | 9,421.00 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**

Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

| | |
|---|---:|
| Hearings | 28,766.00 |
| Assumption and Rejection of Leases and Contracts | 8,400.50 |
| Willkie Fee Statements and Applications | 12,232.50 |
| Asset Disposition | 4,360.00 |
| Non-Willkie Fee Statements and Applications | 28,295.00 |
| Financing and Cash Collateral | 68,152.00 |
| Willkie Retention Application | 5,222.00 |
| Business Operations | 37,734.00 |
| Reporting | 1,447.50 |
| Claims Administration and Objections | 1,992.50 |
| Other Motions / Applications | 2,027.50 |

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

PAYMENT MAY BE MADE BY WIRE OR ACH

Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

| | |
|---|---|
| Lien Investigation | 390.00 |
| Disbursements and Other Charges | 32.43 |
| **Total this Invoice** | $    463,727.43 |

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**PAYMENT MAY BE MADE BY WIRE OR ACH**

Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.