UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPIRIT AVIATION HOLDINGS, INC., | ) | Case No. 25-11897 (SHL) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 1110 |
| | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on May 27, 2026, Crum & Forster Specialty Insurance Company ("**C&F**"), filed the Motion for relief from Automatic Stay Pursuant to 11 U.S.C. §362(d) [ Docket No. 1110] (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that C&F hereby withdraws the Objection without prejudice.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP

*Gary D. Bressler*
Gary D. Bressler, Esq.
Virginia T. Shea, Esq.
225 Liberty Street, 36th Floor
New York, NY  10281
Telephone:  212-483-9490
gbressler@mdmc-law.com
vshea@mdmc-law.com

*Counsel to Crum & Forster Specialty Insurance Company*