DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
Joseph W. Brown

*Counsel to the Debtors and Debtors in
Possession*

**UNITED STATES BANKRUPTCY COURT**    **Re: ECF No. 916, 953, 983, 1055, 1189, 1198**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

### FIFTH NOTICE OF FURTHER EXTENSION OF
### OBJECTION DEADLINE WITH RESPECT TO THE DEBTORS' FIRST NOTICE OF
### ASSUMPTION (AND ASSIGNMENT) OF CERTAIN EXECUTORY CONTRACTS
### AND/OR UNEXPIRED LEASES

**PLEASE TAKE FURTHER NOTICE** that, on November 3, 2025, the Court entered the *Order Approving Motion of Debtors for Entry of an Order (I) Approving Procedures to Assume, Assume and Assign, or Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [ECF No. 388] (the "**Assumption Procedures Order**").[2]

**PLEASE TAKE NOTICE** that, on March 30, 2026, in accordance with the Assumption Procedures Order, the Debtors filed the *First Notice of Assumption (and Assignment) of Certain Executory Contracts and/or Unexpired Leases* [ECF No. 916] (the "**Assumption Notice**).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Assumption Procedures Order and as set forth in the Assumption Notice, parties seeking to object to the proposed assumption of any of the Contracts or Leases set forth on Schedule 1 to the Assumption Notice, or to the proposed Cure Costs listed thereon, were initially required to file and serve a

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Assumption Procedures Order.

written objection (an "**Assumption Objection**") no later than 4:00 p.m.[3] on April 13, 2026 (the "**Assumption Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 1(c) of the Assumption Procedures Order, the Assumption Objection Deadline with respect to the Contracts and Leases set forth on Schedule 1 to the Assumption Notice may be extended by the written consent of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Notice of Extension of Objection Deadline with Respect to the Debtors' First Notice of Assumption (and Assignment) of Certain Executory Contracts and/or Unexpired Leases* [ECF No. 953], the Assumption Objection Deadline with respect to all Contracts and Leases set forth on Schedule 1 to the Assumption Notice was extended to 4:00 p.m. on April 27, 2026.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Notice of Further Extension of Objection Deadline with Respect to the Debtors' First Notice of Assumption (and Assignment) of Certain Executory Contracts and/or Unexpired Leases* [ECF No. 953], the Assumption Objection Deadline with respect to all Contracts and Leases set forth on Schedule 1 to the Assumption Notice was extended to 4:00 p.m. on May 11, 2026.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Second Notice of Further Extension of Objection Deadline with Respect to the Debtors' First Notice of Assumption (and Assignment) of Certain Executory Contracts and/or Unexpired Leases* [ECF No. 1055], the Assumption Objection Deadline with respect to all Contracts and Leases set forth on Schedule 1 hereto was extended to 4:00 p.m. on June 10, 2026.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Third Notice of Further Extension of Objection Deadline with Respect to the Debtors' First Notice of Assumption (and Assignment) of Certain Executory Contracts and/or Unexpired Leases* [ECF No. 1189], the Assumption Objection Deadline with respect to all Contracts and Leases set forth on Schedule 1 hereto was extended to 4:00 p.m. on June 12, 2026.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Third Notice of Further Extension of Objection Deadline with Respect to the Debtors' First Notice of Assumption (and Assignment) of Certain Executory Contracts and/or Unexpired Leases* [ECF No. 1189], the Assumption Objection Deadline with respect to all Contracts and Leases set forth on Schedule 1 hereto was extended to 4:00 p.m. on June 17, 2026.

**PLEASE TAKE FURTHER NOTICE** that the Assumption Objection Deadline with respect to all Contracts and Leases set forth on **Schedule 1** hereto (each of which were included on Schedule 1 to the Assumption Notice) is hereby extended to **4:00 p.m. on July 9, 2026**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Assumption Procedures, parties seeking to object to the proposed assumption (and assignment) of any of the Contracts or Leases on Schedule 1 to the Assumption Notice, or the proposed Cure Costs listed

---

[3] All times herein are expressed in prevailing Eastern Time.

thereon, must file and serve a written objection so that such objection is filed with the Court on the docket of the Chapter 11 Cases and that the following parties actually receive such objection: (a) the U.S. Trustee, 1 Bowling Green, New York, NY 10004, Attn: Shara Cornell (shara.cornell@usdoj.gov) and Rachael E. Siegel (Rachael.E.Siegel@usdoj.gov); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Marshall S. Huebner, Darren S. Klein, Christopher S. Robertson, and Joseph S. Brown; (iii) counsel to the Official Committee of Unsecured Creditors, Willkie Farr & Gallagher LLP, 787 7th Avenue, New York, NY 10019, Attn: Brett H. Miller, Todd M. Goren, James H. Burbage, and Jessica D. Graber (bmiller@willkie.com, tgoren@willkie.com, jburbage@willkie.com, and jgraber@willkie.com); (iv) counsel to the Ad Hoc Group of Senior Secured Noteholders, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Michael S. Stamer and Jason Rubin; and (v) counsel to the RCF Agent, Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163, Attn: Andrew Harmeyer and Jason Kestecher.

**PLEASE TAKE FURTHER NOTICE** that each Assumption Objection must (a) be in writing, in English, and in text-searchable format, (b) comply with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and the Court's *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 61], and (c) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Costs that the Counterparty believes are required to cure any alleged defaults under the relevant Contract or Lease pursuant to section 365(b) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further extend the Assumption Objection Deadline in accordance with the Assumption Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 1(f) of the Assumption Procedures, the Debtors reserve the right to remove any Contract or Lease from Schedule 1 to the Assumption Notice at any time prior to the occurrence of the applicable proposed Assumption Date (including upon the failure of any proposed assumption and assignment to become effective in accordance with its terms).

[*Remainder of page intentionally left blank*]

3

Dated:   June 17, 2026
         New York, New York

                                           DAVIS POLK & WARDWELL LLP

                                           By:   */s/ Noah Z. Sosnick*
                                           450 Lexington Avenue
                                           New York, NY 10017
                                           Tel.: (212) 450-4000
                                           Marshall S. Huebner
                                           Darren S. Klein
                                           Christopher S. Robertson
                                           Joseph W. Brown
                                           Noah Z. Sosnick

                                           *Counsel to the Debtors and Debtors in Possession*

## **Schedule 1**

| # | DEBTOR | COUNTERPARTY | CONTRACT / LEASE |
|---|--------|--------------|------------------|
| 1 | SPIRIT AIRLINES, LLC (F/K/A SPIRIT AIRLINES, INC.) | CITY OF ATLANTA | AIRPORT USE AND LEASE AGREEMENT DATED 10/27/2017 |

1. For the avoidance of doubt, each reference herein to a Contract or Lease includes any applicable ancillary documents, including any amendments, modifications, or supplements thereto.