**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SPIRIT AVIATION HOLDINGS, INC., *et al.,* | Case No. 25-11897 (SHL) |
| Debtors.[1] | (Jointly Administered) |
|  | **Ref. Docket Nos. 1198 & 1201** |

**CERTIFICATE OF SERVICE**

I, WING LAI-CHAN, certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2026, I caused to be served the:

    a. "Fourth Notice of Further Extension of Objection Deadline with Respect to the Debtors' First Notice of Assumption (and Assignment) of Certain Executory Contracts and/or Unexpired Leases," dated June 12, 2026 [Docket No. 1198], (the "Deadline Extension Notice"), and

    b. "Notice of Proposed Sale of Assets," dated June 12, 2026 [Docket No. 1201], (the "Sale Notice"),

    by causing true and correct copies of the:

    i.   Deadline Extension Notice and Sale Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.  Deadline Extension Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. Deadline Extension Notice and Sale Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

iv.     Sale Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

# EXHIBIT A

| Name | Address |
|------|---------|
| BRONSTEIN, GEWIRTZ & GROSSMAN, LLC | (COUNSEL TO TERRANCE MLECZKO TM DEFENSE SOLUTIONS) ATTN: PERETZ BRONSTEIN 60 EAST 42ND STREET, 46TH FLOOR  NEW YORK NY 10165 UNITED STATES OF AMERICA |
| CITIBANK, N.A. | C/O CITIBANK DELAWARE ATTN: AGENCY OPERATIONS ONE PENNS WAY, OPS 2/2  NEWCASTLE DE 19720 UNITED STATES OF AMERICA |
| FROST BROWN TODD LLP | (COUNSEL TO INDIANAPOLIS AIRPORT AUTHORITY) 205 E. 42ND STREET, SUITE 1900   NEW YORK NY 10017 UNITED STATES OF AMERICA |
| MAURICE WUTSCHER LLP | (COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF SOUTHERN INSURANCE COMPANY) ATTN: ALAN C. HOCHHEISER 23611 CHAGRIN BLVD., SUITE 207 BEACHWOOD OH 44122 UNITED STATES OF AMERICA |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO CRUM & FORSTER SPECIALTY INSURANCE  COMPANY) ATTN: GARY D. BRESSLER  225 LIBERTY STREET, 36TH FLOOR NEW YORK NY 10281 UNITED STATES OF AMERICA |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE   WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| SPIRIT AVIATION HOLDINGS, INC. | 1731 RADIAN DRIVE ATTN: LEGAL DEPARTMENT   DANIA BEACH FL 33004 UNITED STATES OF AMERICA |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK ATTN: HONORABLE SEAN H. LANE 300 QUARROPAS STREET  WHITE PLAINS NY 10601 UNITED STATES OF AMERICA |

# Total Count: 8

# EXHIBIT B

| Name | Address |
|---|---|
| CITY OF ATLANTA | EMPLOYEE PARKING OPERATIONS PO BOX 161005 ATLANTA AIRPORT PARKING  ATLANTA GA 30321 UNITED STATES OF AMERICA |
| CITY OF ATLANTA | P.O. BOX 20509    ATLANTA GA 30320 UNITED STATES OF AMERICA |

## Total Count: 2

# EXHIBIT C

| Name | Email |
|------|-------|
| AGI GROUND, INC | agencarelli@agi.aero |
| AIR LINE PILOTS ASSOCIATION | thomas.ciantra@alpa.org; joshua.ellison@alpa.org |
| AKIN GUMP STRAUSS HAUER & FELD LLP | bscott@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | rbibloblock@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP. | mstamer@akingump.com; aqureshi@akingump.com;  kzuzolo@akingump.com; jrubin@akingump.com |
| ALSTON & BIRD LLP | Gerard.Catalanello@alston.com; William.Hao@alston.com; Dylan.Cassidy@alston.com |
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO | jmorse@afacwa.org |
| AVIATION CAPITAL GROUP LLC | John.Graves@AviationCapital.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| BOND, SCHOENECK & KING, PLLC | jkrell@bsk.com |
| BROWN & CONNERY, LLP | jmontgomery@brownconnery.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| COHEN, WEISS AND SIMON LLP | hkolko@cwsny.com; mstolz@cwsny.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mstolz@cwsny.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; pdechiara@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com; jwang@cwsny.com; shull@cwsny.com |
| CULLEN AND DYKMAN LLP | kchristodoulou@cullenllp.com |
| DAVIS POLK & WARDWELL, LLP | spirit.notice@davispolk.com |
| DEBEVOISE & PLIMPTON | bamishkin@debevoise.com; jball@debevoise.com; eworenklein@debevoise.com |
| DEUTSCHE BANK AG NEW YORK BRANCH | mparry@mosessinger.com; apkolod@mosessinger.com |
| DLA PIPER LLP (US) | benjamin.winger@us.dlapiper.com |
| DLA PIPER LLP (US) | scott.shelley@us.dlapiper.com |
| DLP PIPER LLP (US) | david.riley@us.dlapiper.com |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com; galen.michael@dorsey.com |
| EDELSON LECHTZIN LLP | elechtzin@edelson-law.com |
| EVERSHEDS SUTHERLAND (US) LLP | sameeralifarag@eversheds-sutherland.com |
| FEDERAL AVIATION AUTHORITY | LAURA.REMO@DOT.GOV |
| FEDERAL AVIATION AUTHORITY | LAURA.REMO@DOT.GOV; PRESSOFFICE@FAA.GOV |
| FROST BROWN TODD LLP | eseverini@fbtlaw.com; rgold@fbtlaw.com |
| FROST BROWN TODD LLP | rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com |
| GIBSON, DUNN & CRUTCHER LLP | jgoldstein@gibsondunn.com; mmiller@gibsondunn.com; SBriefel@gibsondunn.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; kmayr@glennagre.com; twelch@glennagre.com; rramirez@glennagre.com; mdoss@glennagre.com |
| HAYNES AND BOONE, LLP | kenric.kattner@haynesboone.com; kourtney.lyda@haynesboone.com; david.trausch@haynesboone.com |
| HAYNES AND BOONE, LLP | lauren.sisson@haynesboone.com |
| HOLLAND & KNIGHT LLP | Barbra.Parlin@hklaw.com |
| HOLLAND & KNIGHT LLP | Brian.Smith@hklaw.com |

| Name | Email |
| --- | --- |
| HUGHES HUBBARD & REED LLP | katie.coleman@hugheshubbard.com; jeff.margolin@hugheshubbard.com; steven.chung@hugheshubbard.com; terry.sanders@hugheshubbard.com |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV;  MILLIE.H.AGENT@IRS.GOV |
| JASIEL MORENO | ADDRESS ON FILE |
| LATHAM & WATKINS LLP | andrew.sorkin@lw.com; jon.weichselbaum@lw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Patti@pprewittlaw.com |
| LEE J. ROHN AND ASSOCIATES, LLC | lee@rohnlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR SAMPSON LLP | dallas.bankruptcy@lgbs.com |
| LUFTHANSA TECHNIK AG | freya.krug@lht.dlh.de |
| MARKOWITZ RINGEL TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| MILBANK LLP | AHARMEYER@MILBANK.COM;  TLOMAZOW@MILBANK.COM; JFORMAN@MILBANK.COM;  JPASCALE@MILBANK.COM; jkestecher@milbank.com |
| MILBANK LLP | amiller@milbank.com;  tlomazow@milbank.com;  aharmeyer@milbank.com; jkestecher@milbank.com; asavino1@milbank.com |
| MILBANK LLP | jweingarten@milbank.com; apastan@milbank.com |
| MOORE & VAN ALLEN PLLC | zacharysmith@mvalaw.com; haleesmith@mvalaw.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com ;jstrauss@morrisjames.com; jlevin@morrisjames.com |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | adam.herring@nelsonmullins.com |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | shane.ramsey@nelsonmullins.com |
| NORTON ROSE FULBRIGHT US LLP | david.rosenzweig@nortonrosefulbright.com; john.conover@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES TRUSTEE FOR SDNY | shara.cornell@usdoj.gov |
| O'MELVENY & MYERS LLP | ajoshi@omm.com; rsiegel@omm.com |
| O'MELVENY & MYERS LLP | mrobertson@omm.com |
| ORENSTEIN LAW GROUP, P.C. | rosa@orenstein-lg.com; nathan@orenstein-lg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | gdemo@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | mwarner@pszjlaw.com; ahassell@pszjlaw.com; bwallen@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | sgolden@pszjlaw.com |
| PARKINS & RUBIO LLP | crubio@parkinsrubio.com |
| PARKINS & RUBIO LLP | lparkins@parkinsrubio.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | jbarsalona@pashmanstein.com;  aoden@pashmanstein.com; kbeilin@pashmanstein.com |
| PAUL HASTINGS LLP | MATTWARREN@PAULHASTINGS.COM; GEOFFKING@PAULHASTINGS.COM; WILLIAMREILY@PAULHASTINGS.COM; VALERIEELIASEN@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | ZACHCOCHRAN@PAULHASTINGS.COM |

| Name | Email |
|------|-------|
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | mvaldez@pbfcm.com |
| PERIMETER LOGISTICS INC DBA PGL | raj.sobhani@shippgl.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | michael.burke@pillsburylaw.com; andrew.alfano@pillsburylaw.com |
| PODHURST ORSECK, P.A. | Projas@podhurst.com; smarks@podhurst.com |
| POLSINELLI PC | bgoodman@polsinelli.com |
| POMERANTZ LLP | jbsilverman@pomlaw.com;  boconnell@pomlaw.com |
| PULLMAN & COMLEY, LLC | igoldman@pullcom.com |
| RUMBERGER, KIRK & CALDWELL, P.C. | swilliams@rumberber.com |
| RUMBERGER, KIRK & CALDWELL, P.C. | swilliams@rumberger.com |
| RUMBERGER, KIRK & CALDWELL, P.C. | swilliams@rumberger.com |
| SECURITIES & EXCHANGE COMMISSION | JACOBSONN@SEC.GOV |
| SEHAM, SEHAM, MELTZ & PETERSEN, LLP | gdiaman@ssmplaw.com; lseham@ssmplaw.com; lmiddlebrook@ssmplaw.com |
| SEWARD & KISSEL LLP | DANENBERG@SEWKIS.COM;  GIAMPIETRO@SEWKIS.COM; BATEMAN@SEWKIS.COM |
| SILLS CUMMIS & GROSS P.C. | gkopacz@sillscummis.com |
| SMBC AVIATION | Michael.Littleton@smbc.aero |
| SPENCER FANE LLP | jgwillard@spencerfane.com |
| SUGARMAN, SUSSKIND, BRASWELL & HERRERA, P.A. | mbraswell@sugarmansusskind.com; mlevine@sugarmansusskind.com |
| THE BAYNE LAW GROUP, LLC | abayne@baynelaw.com; thomas@baynelaw.com |
| THOMPSON COBURN LLP | echoudhry@thompsoncoburn.com; mindelicato@thompsoncoburn.com |
| THOMPSON HINE LLP | Alexander.Andrews@ThompsonHine.com |
| TODD E. DUFFY, PLLC | todd@teduffylaw.com |
| TRAVIS COUNTY | jason.starks@traviscountytx.gov |
| TROUTMAN PEPPER LOCKE LLP | matthew.brooks@troutman.com |
| TROUTMAN PEPPER LOCKE LLP | tori.remington@troutman.com |
| UNITED STATES ATTORNEYS OFFICE | PETER.ARONOFF@USDOJ.GOV |
| VEDDER PRICE P.C. | MJEdelman@VedderPrice.com; wthorsness@vedderprice.com; gkass@vedderprice.com |
| VEDDER PRICE P.C. | WThorsness@VedderPrice.com; BBlackwell@VedderPrice.com |
| WILLKIE FARR & GALLAGHER LLP | bmiller@willkie.com; tgoren@willkie.com; jburbage@willkie.com; jgraber@willkie.com |
| WILMINGTON TRUST, N.A., AS TRUSTEE | ASHMEAD@SEWKIS.COM;  BATEMAN@SEWKIS.COM; MATOTT@SEWKIS.COM; lotempio@sewkis.com |
| WILMINGTON TRUST, NA | jprovenzano@wilmingtontrust.com |
| WINSTON & STRAWN LLP | chardman@winston.com; mpolishuk@winston.com |

| Name | Email |
| --- | --- |

# Total Count: 176

# EXHIBIT D

| Name | Email |
|---|---|
| ACRO AIRCRAFT SEATING LTD | CREDITCONTROL@ACRO.AERO |
| ACTIONABLE SCIENCE INC.DBA REZOLVE.AI | ACCOUNTING@REZOLVE.AI |
| ADSWERVE, INC. | PAYMENTS@ADSWERVE.COM |
| AERCAP GLOB AVIATION TRT SERIES ONE | CONTRACTUALNOTICES@AERCAP.COM |
| AERCAP IRELAND CAPITAL DAC | CONTRACTUALNOTICES@AERCAP.COM |
| AERCAP IRELAND LIMITED | CONTACT@AERCAP.COM |
| AERIS | SUGERENCIAS@AERIS.CR. |
| AEROPUERTO INTERNATIONAL DEL CIBAO | INFO@AIC.COM.DO |
| AEROPUERTOS DE ORIENTE S.A.S | contacto@aerooriente.com.co |
| AEROSTAR AIRPORTS HOLDINGS | INFO@AEROSTARAIRPORTS.COM |
| AEROSTAR AIRPORTS HOLDINGS | INFO@AEROSTARAIRPORTS.COM |
| AEROSTAR AIRPORTS PFC | INFO@AEROSTARAIRPORTS.COM |
| AEROSTAR AIRPORTS PFC | INFO@AEROSTARAIRPORTS.COM |
| AFLAC GRP | GROUPCLAIMFILING@AFLAC.COM |
| AGI GROUND, INC | agencarelli@agi.aero |
| AGN AVIATION SERVICES S.A. DE C.V. | adriana.hernandez@swissport.com |
| AIR LEASE CORPORATION | INFO@AIRLEASECORP.COM |
| AIRBORNE CAPITAL GROUP | INFORMATION@AIRBORNECAPITAL.AERO |
| AIRBORNE CAPITAL LTD | contacts@airbornecapital.aero |
| AIRBUS AMERICAS CUSTOMER SERVICES, INC. | leslie.shigaki@airbus.com |
| AIRCASTLE ADVISOR LLC | LEASING@AIRCASTLE.COM;  LEASEMANAGEMENT@AIRCASTLE.COM; SCLARKIN@AIRCASTLE.COM |
| AIRCRAFT LEASING & MANAGEMENT LTD | CONTRACTS@ALM-LEASE.CO.UK |
| AIRLINE TARIFF PUBLISHING COMPANY | MHUMPHRIES@ATPCO.NET |
| AIRLINES CLEARING HOUSE, INC. | ACH@AIRLINES.ORG |
| AIRPLAN | SAUSKMD@AIRPLAN.AERO |
| AIRWAY CLEANERS LLC | airwayap@airwayllc.com; rvanderbeek@novo-advisors.com; MDIBUGNO@AIRWAYLLC.COM |
| AIRWAY MAINTENANCE LLC | airwayap@airwayllc.com; rvanderbeek@novo-advisors.com |
| ALC A321 102023, LLC | legalnotices@airleasecorp.com; dbeker@airleasecorp.com |
| ALC A321 102024, LLC | LEGALNOTICES@AIRLEASECORP.COM |
| ALC A321 112024, LLC | LEGALNOTICES@AIRLEASECORP.COM |
| ALC A321 52024, LLC | legalnotices@airleasecorp.com; dbeker@airleasecorp.com |
| ALC A321 72024A, LLC | legalnotices@airleasecorp.com; dbeker@airleasecorp.com |
| ALC A321 92023, LLC | legalnotices@airleasecorp.com; dbeker@airleasecorp.com |
| ALC A321 92024, LLC | legalnotices@airleasecorp.com; dbeker@airleasecorp.com |
| ALSTON & BIRD | GERARD.CATALANELLO@ALSTON.COM; WILLIAM.HAO@ALSTON.COM; DYLAN.CASSIDY@ALSTON.COM |
| AMADEUS IT GROUP SA | AMADEUS@ES.AMADEUS.COM |
| AMSAFE INC | kevin.davis@amsafe.com |

| Name | Email |
|---|---|
| APOLLO NAVIGATOR HOLDINGS US LLC | MERX@MERXAVIATION.COM |
| APPLE BANK | mmola@applebank.com |
| APS AVIATION INC | JDAVIRRO@APSAVIATION.CA |
| ARINC | BILLING@ARIN.NET |
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO | jmorse@afacwa.org |
| AVENGER FLIGHT GROUP LLC | INFO@AFGSIM.COM |
| AVIATION CAPITAL GROUP LLC | james.zembrzuski@aviationcapital.com; ACGLegal@AviationCapital.com |
| AVOLON | DKEATINGE@AVOLON.AERO |
| AVOLON LEASING IRELAND 1 LTD | NOTICES@AVOLON.AERO |
| AWAS AVIATION TRADING LTD | NOTICES@DUBAIAEROSPACE.COM |
| AWAS IRELAND LTD | NOTICES@AWAS.COM |
| BAKER MCKENZIE | John.Dodd@bakermckenzie.com; Blaire.Cahn@bakermckenzie.com |
| BANCO DE SABADELL, S.A. | antonio.montero@sabadellbank.com |
| BANK OF UTAH, OWNER TRUSTEE | corptrust@bankofutah.com; marsenault@bankofutah.com |
| BARCLAYS BANK PLC | 19725355728@TLS.LDSPROD.COM |
| BERGER SINGERMAN | DLampert@bergersingerman.com; Singerman@bergersingerman.com; BRich@bergersingerman.com |
| BESTWAY SERVICES INC | KBOEN@RELIANTBANK.COM |
| BIRMINGHAM AIRPORT AUTHORITY PFC | INFO@FLYBIRMINGHAM.COM |
| BNP PARIBAS | ANNESOPHIE.SAINTMARTIN@US.BNPPARIBAS.COMANKUSH.CHOWDHURY@US.BNPPARIBAS.COMSOPHIE.KARABA@US.BNPPARIBAS.COMAHSAN.AVAIS@US.BNPPARIBAS.COM |
| BOISE AIR TERMINAL | BOI@CITYOFBOISE.ORG |
| BROWARD COUNTY | sandron@broward.org |
| CARLYLE AVIATION PARTNERS LTD. | MIAMI@CARLYLE.AERO |
| CHARLES TOMBRAS ADVERTISING, INC | CHARLIE@TOMBRAS.COM |
| CHARLESTON COUNTY AVIATION AUTHORITY | INFO@IFLYCHS.COM; MEDIA@IFLYCHS.COM |
| CHICO & NUNES, P.C. | CBERMAN@CHICONUNES.COM |
| CIT AEROSPACE INTERNATIONAL | NOTICES@AVOLON.AERO |
| CITGO PETROLEUM CORPORATION | AEKONOM@CITGO.COM |
| CITIBANK DELAWARE | AGENCYABTFSUPPORT@CITI.COM |
| CITY AND COUNTY OF DENVER | CLERKANDRECORDER@DENVERGOV.ORG |
| CITY OF ALBUQUERQUE AVIATION DEPT | RMCCURLEY@CABQ.GOV |
| CITY OF AUSTIN | AR@flyaustin.com; CITY.CLERK@AUSTINTEXAS.GOV |
| CITY OF AUSTIN | CITY.CLERK@AUSTINTEXAS.GOV |
| CITY OF CHARLOTTE | CITYCLERK@CHARLOTTENC.GOV |
| CITY OF HOUSTON | mvaldez@pbfcm.com |
| CITY OF MANCHESTER, NH PFC | TKITCHENS@FLYMANCHESTER.COM |
| CITY OF PENSACOLA | INFO@FLYPENSACOLA.COM |
| CITY OF PENSACOLA | INFO@FLYPENSACOLA.COM |

| Name | Email |
|------|-------|
| CITY OF PHILADELPHIA | JACQUELINE.DUNN@PHILA.GOV |
| CITY OF PHILADELPHIA | JACQUELINE.DUNN@PHILA.GOV |
| CITY OF PHILADELPHIA | megan.harper@phila.gov |
| CITY OF SAN JOSE | CITY.CLERK@SANJOSECA.GOV |
| CLARK HILL PLC | DGRAHAM@CLARKHILL.COM |
| CLIFFORD CHANCE, NY | MICHELLE.MCGREAL@CLIFFORDCHANCE.COM |
| COGENT COMMUNICATIONS | DC@COGENTCO.COM |
| COLUMBUS REGIONAL AIRPORT | AccountsReceivable@ColumbusAirports.com |
| COMISION EJECUTIVA PORTUARIA AUTONOMA | OFICIAL.INFORMACION@CEPA.GOB.SV |
| COMMONWEALTH AVIATION SERVICES INC | gmcdonough@millionair-richmond.com |
| COMMONWEALTH BANK OF AUSTRALIA | NY_LOANADMIN@CBA.COM.AU;  PDM_SAF@CBA.COM.AU |
| CONNECTED SOLUTIONS  GROUP, LLC | cgraham1@thisiscsg.com |
| CONNECTICUT AIRPORT AUTHORITY | FEEDBACK@BRADLEYAIRPORT.COM |
| CONTRACT AIRCRAFT MAINTENANCE | WWAGNER552@GMAIL.COM |
| CORNERSTONE ONDEMAND, INC. | legalnotices@csod.com; collections@finance.csod.com |
| COUNTY OF ORANGE | INFO@OCAIR.COM |
| CREDIT INDUSTRIEL ET COMMERCIAL, NEW | ADRIENNE.MOLLOY@CICNY.COM ANDREW.MCKUIN@CICNY.COM LAURA.CAROSI@CICNY.COM CHANDRA.MAHABIR@CICNY.COM LOUVENIA.DAVIS@CICNY.COM |
| CREDIT INDUSTRIEL ET COMMERCIAL, NEW | ADRIENNE.MOLLOY@CICNY.COM; ANDREW.MCKUIN@CICNY.COM; CHANDRA.MAHABIR@CICNY.COM; LOUVENIA.DAVIS@CICNY.COM |
| CRÉDIT INDUSTRIEL ET COMMERCIAL, NEW YORK BRANCH | adrienne.molloy@cicny.com; andrew.mckuin@cicny.com |
| DADE GSE INC | jorge@dadegse.com |
| DAE (IRELAND) LIMITED | orla.gillen@dubaiaerospace.com; DUB@DUBAIAEROSPACE.COM; notices@dubaiaerospace.com |
| DALLAS FORT WORTH INTNL - PFC | PMMSYS@DFWAIRPORT.COM |
| DAVIES SKYCAP SERVICES INC | JRMDVS@AOL.COM |
| DAVIS POLK & WARDWELL, LLP | spirit.notice@davispolk.com |
| DEKABANK DEUTSCHE GIROZENTRALE | JENS.EPPING@DEKA.DE |
| DEUTSCHE BANK AG | JESSICA.LUTRARIO@DB.COM;  LDCM.LOANMGMT@DB.COM; LDCM.NASERVICING@DB.COM |
| DFS SERVICES LLC | claudiaschaefer@discover.com |
| DIRECCION GENERAL DE AERONAUTICA CIVIL | secretariaadministrativa@ahac.gob.hn |
| DUBAI AEROSPACE ENTERPRISE LTD. | DAECAPITALNOTICES@DUBAIAEROSPACE.COM |
| ECOSERVICES, LLC | Ruth.Friedman@ecopower.aero |
| EMO ADVISORS INC | eric@emoadvisors.com |
| EMPLOYEE 10264 | ADDRESS ON FILE |
| ENGINE LEASE FINANCE CORPORATION | SHELLY.XIE@ELFC.COM; notices@elfc.com |
| EOS AVIATION 10745, LLC | MERX@MERXAVIATION.COM |
| EOS AVIATION 5387 LLC | MERX@MERXAVIATION.COM |

| Name | Email |
|---|---|
| EOS AVIATION 5999 LLC | MERX@MERXAVIATION.COM |
| EOS AVIATION 6345 LLC | MERX@MERXAVIATION.COM |
| EOS AVIATION 6383 LLC | MERX@MERXAVIATION.COM |
| EVERGLADES AVIATION LEASING | NOTICES@GOSHAWK.AERO |
| EVERGLADES AVIATION LEASING LTD | MFDUBLIN@MAPLESFS.COM |
| EVERISE, INC. | chris.arzberger@weareeverise.com |
| EXPRESS SCRIPTS INC | DOD.CUSTOMER.RELATIONS@EXPRESS-SCRIPTS.COM |
| FEDERAL AVIATION AUTHORITY | LAURA.REMO@DOT.GOV; PRESSOFFICE@FAA.GOV |
| FGL AIRCRAFT USA INC. | contracts@fuyoair-usa.com; Yuma_Shiraishi@fuyoair-usa.com; KOOKUUKIKIKAKU_BU@FGL.CO.JP |
| FORD & HARRISON LLP | DMCGILL@FHSOLUTIONSGROUP.COM |
| FUYO GENERAL LEASE CO LTD | AVIATION_SHIPPING@FGL.CO.JP |
| GA TELESIS, LLC | jfortin@gatelesis.com; legal@gatelesis.com |
| GCG GROUND SERVICES | RASHELL.SAMUELS@GCGGROUP.COM |
| GEMSTONE DELAWARE 4 LLC | LEGAL@SIRIUSAVCAP.COM |
| GET-E INTERNATIONAL B.V. | ACCOUNTING@GET-E.COM |
| GIBSON DUNN | JGoldstein@gibsondunn.com; MMiller@gibsondunn.com; SBriefel@gibsondunn.com |
| GLENCAR INVESTMENTS 30 DAC | GLENCAR@CANYONCTS.COM |
| GRYPHON AVIATION LEASING | ben@gryphonleasing.com; spatch@gryphonleasing.com |
| HAECO AMERICAS AIRFRAME SERVICES | RICHARD.SELL@HAECO.COM |
| HAMASERCO | RHIPPOLYTE@HAMASERCO.COM |
| HILLSBOROUGH COUNTY AVIATION AUTH | HEIGHTZONING@TAMPAAIRPORT.COM |
| HOLLAND & KNIGHT LLP | BARBRA.PARLIN@HKLAW.COM;  BRIAN.SMITH@HKLAW.COM; CHRIS.BAILEY@HKLAW.COM; NATHAN.LEAVITT@HKLAW.COM |
| HOPPER (USA), INC. | MEDIA@HOPPER.COM |
| HORRY COUNTY DEPT OF AIRPORTS | HCG.AIRPORTS@HORRYCOUNTYSC.GOV |
| HORRY COUNTY TREASURER | HCG.TREASURER@HORRYCOUNTYSC.GOV |
| HORRY COUNTY TREASURER | HCG.TREASURER@HORRYCOUNTYSC.GOV |
| HUGHES HUBBARD | katie.coleman@hugheshubbard.com; steven.chung@hugheshubbard.com; terry.sanders@hugheshubbard.com; jeff.margolin@hugheshubbard.com |
| IAE INTERNATIONAL AERO ENGINES AG | malika.sheth@prattwhitney.com; david.viar@prattwhitney.com; antonio.aguilar@prattwhitney.com; jordan.higgins@prattwhitney.com; katherine.l.lindahl@prattwhitney.com; jason.mokhiber@prattwhitney.com; tara.e.nicola@prattwhitney.com; david.ortiz@prattwhitney.com; brian.scaria@prattwhitney.com |
| ICIMS INC | PRESS@ICIMS.COM; generalcounsel@icims.com |
| IKEHARA KANKOU CO., LTD. | kaoru.ikehara@lakefield.co.jp |
| INDIANAPOLIS AIRPORT AUTHORITY | rthomson@ind.com |
| ING BANK | BRETT.CLARK@ING.DE |
| ING BANK | VICTORIA.STRADNIC@ING.DE |
| JANI-KING | RBAXENDALE@JANIKINGCLEVELAND.COM |
| JAVA CO., LTD. | hosokawa@java.co.jp; m.takeda@air.ocn.ne.jp |

| Name | Email |
|------|-------|
| JSA INTERNATIONAL U.S. HOLDINGS, LLC | legal@jsa.com |
| KAPLAN KIRSCH LLP | esmith@kaplankirsch.com; sgriffinmateo@kaplankirsch.com |
| KAPLAN KIRSCH LLP | sosit@kaplankirsch.com |
| LANDESBANK BADEN-WUERTTEMBERG | CHRISTIAN.EISSMANN@LBBW.DE SYLVIA.KINNE@LBBW.DE |
| LANDESBANK BADEN-WUERTTEMBERG | CHRISTIAN.EISSMANN@LBBW.DE SYLVIA.KINNE@LBBW.DE |
| LANDESBANK BADEN-WÜRTTEMBERG | CHRISTIAN.EISSMANN@LBBW.DE |
| LANDESBANK BADEN-WÜRTTEMBERG | SYLVIA.KINNE@LBBW.DE |
| LANE AVIATION | BDIXON@LANEAVIATION.COM |
| LEE COUNTY PORT AUTHORITY | CONTACTUS@FLYLCPA.COM |
| LEVEL 3 COMMUNICATIONS LLC | BANKRUPTCYLEGAL@LUMEN.COM |
| LONGPORT AIRPORT SERVICES S.A.S | INFO.CO@LONGPORTSERVICES.NET |
| LUFTHANSA TECHNIK AG | freya.krug@lht.dlh.de |
| MARYLAND AVIATION ADMINISTRATION | MAA@BWIAIRPORT.COM |
| MARYLAND AVIATION ADMINISTRATION | MAA@MDOT.STATE.MD.US |
| MARYLAND AVIATION ADMINISTRATION | maaacctsreceivable@bwiairport.com; MAA@MDOT.STATE.MD.US |
| MARYLAND DEPT OF TRANSPORTATION | SECRETARY@MDOT.MARYLAND.GOV |
| MASSACHUSETTS PORT AUTHORITY | rgoto@massport.com; IAVIATION@MASSPORT.COM |
| MAVERICK AVIATION TL B LTD | FLEET@CARLYLE.AERO |
| MBJ AIRPORT LIMITED | NHALL@MBJAIRPORT.COM |
| MERX AVIATION SERVICING LTD | MERX@MERXAVIATION.COM |
| MESSIER-GOODRICH | FRANCOIS.BASTIN@SAFRANGROUP.COM |
| METROPOLITAN AIRPORTS COMMISSION | Matthew.Krogh@mspmac.org |
| MIAMI DADE AVIATION DEPT | 311@MIAMIDADE.GOV |
| MICHIGAN DEPT. OF TREASURY | MISTATETREASURER@MICHIGAN.GOV |
| MICROSOFT CORPORATION | celabnc@microsoft.com |
| MILBANK LLP | AHARMEYER@MILBANK.COM;  AEMILLER@MILBANK.COM; NCONNOLLY@MILBANK.COM; FMECHLOWICZ@MILBANK.COM; JCONNOR@MILBANK.COM |
| MILBANK LLP | AHARMEYER@MILBANK.COM;  TLOMAZOW@MILBANK.COM; JFORMAN@MILBANK.COM;  JPASCALE@MILBANK.COM; jkestecher@milbank.com |
| MONROE COUNTY AIRPORT AUTHORITY | MCAIRPORT@MONROECOUNTY.GOV |
| MORGAN STANLEY SENIOR FUNDING INC | MSLOANNOTICES@MORGANSTANLEY.COM |
| MTU MAINTENANCE CANADA LTD. | uwe.zachau@mtucanada.com |
| NAME ON FILE | ADDRESS ON FILE |
| NAVIGATOR AVIATION DELAWARE 3 LLC | mfarragher@fexco.com; GHASTINGS@FEXCO.COM |
| NAVITAIRE INC. | DAVE.EVANS@NAVITAIRE.COM |
| NAVITAIRE LLC | DAVE.EVANS@NAVITAIRE.COM |
| NAVITAIRE, INC. | DAVE.EVANS@NAVITAIRE.COM |

| Name | Email |
|------|-------|
| NAVITAIRE, INC. | DAVE.EVANS@NAVITAIRE.COM |
| NORFOLK AIRPORT AUTHORITY PFC | INFO@NORFOLKAIRPORT.COM |
| NORTON ROSE FULBRIGHT US LLP | DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM |
| ORENSTEIN LAW GROUP | rosa@orenstein-lg.com |
| ORIX AVIATION SYSTEMS LIMITED | notices@orix.ie |
| ORIX AVIATION SYSTEMS LTD | NOTICES@ORIX.IE |
| PAC KINGSTON AIRPORT LIMITED | NMIA@AAJ.COM |
| PFC-BURBANK-GLENDALE-PASADENA AIRPORT | ANSWERS@BUR.ORG |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | michael.burke@pillsburylaw.com; andrew.alfano@pillsburylaw.com |
| PRIME FLIGHT AVIATION SERVICES | DBUCARO@PRIMEFLIGHT.COM; tdavidson@primeflight.com |
| PUERTO RICO PORTS AUTHORITY | INFORMA@OIG.PR.GOV; WEBMASTER@PRPA.GOBIERNO.PR |
| REED SMITH LLP | RHAKES@REEDSMITH.COM |
| RIMON PC | jacquelyn.choi@rimonlaw.com |
| SAE LEGAL PLLC | amanda@saelegal.com |
| SAFRAN LANDING SYSTEMS | emmanuel.bluet@safrangroup.com |
| SALT LAKE CITY DEPT OF AIRPORTS | AIRPORTINFO@SLCGOV.COM |
| SAN DIEGO AIRLINES CONSORTIUM | Y.SAITO@AVAIRPROSSERVICES.COM |
| SERVAIR | supfacturacion@servair.com.do |
| SFV AIRCRAFT HOLDINGS US 2 LLC | SKYIRISH@MAPLES.COM |
| SFVI AIRCRAFT HOLDINGS US 1 LLC | SKYIRISH@MAPLES.COM |
| SIRIUS AVIATION CAPITAL | INFO@SIRIUSAVCAP.COM |
| SKY AERO MANAGEMENT LIMITED | DUBLIN@SKYLEASING.COM |
| SKY HIGH 132 LEASING COMPANY LTD | CONTRACT@IE.ICBCLEASING.COM |
| SKY HIGH 136 LEASING COMPANY LTD | CONTRACT@IE.ICBCLEASING.COM |
| SKYPATH US INC | ACCOUNTS.RECEIVABLE@SKYPATH.IO |
| SMBC AVIATION CAPITAL LIMITED | SHIRLEY.NG@SMBC.AERO;  DUBLIN@SMBC.AERO |
| SMBC AVIATION CAPITAL LTD | customermanagement@smbc.aero |
| SOUTH JERSEY GAS | CONTACTUS@SJINDUSTRIES.COM |
| ST ENGINEERING AERO RESOURCES PTE LTD | YIPHM@STENGG.COM; notices.resources@stengg.com |
| ST ENGINEERING AEROSPACE RESOURCES (IRELAND) LTD | notices.resources@stengg.com |
| ST ENGR AEROSPACE RESOUR (IRELAND) | NOTICES.RESOURCES@STENGG.COM |
| ST ENGR AEROSPACE RESOURCES PTE LTD | NOTICES.RESOURCES@STENGG.COM |
| STRATOS AIRCRAFT MANAGEMENT LTD | INFO@STRATOS.AERO |
| SYNTHESIA LIMITED | NIKOLAJ@SYNTHESIA.IO |
| TAGSA - TERMINAL AEROPORTUAR GUAYAQUIL | ATENCIONALCLIENTE@TAGSA.AERO |
| TAILWIND 2019-1 USA LLC | WPSAIRBORNE@WALKERSGLOBAL.COM |
| TECHNOLOGIAS UNIDAS | admontgu@tecnologias-unidas.com |

| Name | Email |
| --- | --- |
| TGS AVIATION SERVICES | invoices@tgshq.com |
| TILC | jcamargo@tilc.com.mx |
| TRAVELPORT, LP | SALESSUPPORTUK@TRAVELPORT.COM |
| TREGO/DUGAN AVIATION GRAND ISLAND | susan.reardon@trego-dugan.com |
| UMB BANK, NA | CORPTRUSTUTAH@UMB.COM; SCOTT.ROSEVEAR@UMB.COM; HEATHER.COTTLE@UMB.COM; PABLO.VAZQUEZ@UMB.COM |
| UPLIFT INC. | PRESS@UPGRADE.COM |
| VEDDER PRICE P.C. | MJEdelman@VedderPrice.com; wthorsness@vedderprice.com; gkass@vedderprice.com |
| VEDDER PRICE PC | MJEDELMAN@VEDDERPRICE.COM;  WTHORSNESS@VEDDERPRICE.COM |
| VERIZON | WILLIAM.VERMETTE@VERIZON.COM |
| VIRGIN ISLANDS PORT AUTHORITY | INFO@VIPORT.COM |
| VIRGIN ISLANDS PORT AUTHORITY | INFO@VIPORT.COM |
| VIRGIN ISLANDS PORT AUTHORITY | INFO@VIPORT.COM |
| VMO AIRCRAFT LEASING 2 (US) LLC | LEGALREQUESTS@VMOAIR.COM |
| VMO AIRCRAFT LEASING SERVICECO LLC | LEGALREQUESTS@VMOAIR.COM |
| VMO AIRCRAFT LEASING WAREHOUSE FINANCING | INFO@VMOAIR.COM |
| WHITE & CASE LLP | AANDREEVA@WHITECASE.COM;  AZATZ@WHITECASE.COM; ANDREA.KROPP@WHITECASE.COM |
| WILMINGTON TRUST | JSOLONE@WILMINGTONTRUST.COM; DLTHOMAS@WILMINGTONTRUST.COM |
| WILMINGTON TRUST COMPANY | JSOLONE@WILMINGTONTRUST.COM; DLTHOMAS@WILMINGTONTRUST.COM; WFAY@WILMINGTONTRUST.COM; JASON.SOLOMON@ALSTON.COM; GERARD.CATALANELLO@ALSTON.COM; ANTONE.LITTLE@ALSTON.COM |
| WINTER MSN 4592 LTD | NOTICES@AWAS.COM |
| WMI CHICAGO LLC | JDayan@westmountrc.com |
| XTREME AVIATION LLC | INFO@XTREME.AERO |

## Total Count: 330