**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SPIRIT AVIATION HOLDINGS, INC., *et al.,* | Case No. 25-11897 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket No. 1200** |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 12, 2026, I caused to be served the "Fifth Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Audit and Tax Services Provider for the Time Period May 1, 2026 Through and Including May 31, 2026," dated June 12, 2026 [Docket No. 1200], by causing true and correct copies to be:

    a.  enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

---

[1] he Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

**EXHIBIT A**

SPIRIT AVIATION HOLDINGS, INC., *et al.,*
Case No. 25-11897 (SHL)
First Class Mail Service List

SPIRIT AVIATION HOLDINGS, INC.
ATTN: LEGAL DEPARTMENT 1731
RADIANT DRIVE,
DANIA BEACH, FL 33004

**EXHIBIT B**

SPIRIT AVIATION HOLDINGS, INC., *et al.,*

Case No. 25-11897 (SHL)

Electronic Mail Service List

| Party | Email |
|---|---|
| Bielli & Klauder, LLC | dklauder@bk-legal.com; tbielli@bk-legal.com |
| Davis Polk & Wardwell LLP | spirit.notice@davispolk.com |
| US Trustee | shara.cornell@usdoj.gov |
| Willkie Farr & Gallagher LLP | bmiller@willkie.com; tgoren@willkie.com; jburbage@willkie.com; jgraber@willkie.com |