**Objection Deadline: 4:00 p.m. (prevailing Eastern Time) on July 9, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SPIRIT AVIATION HOLDINGS, INC., *et al.*, | Case No. 25-11897 (SHL) |
| Debtors.[1] | Jointly Administered |

### STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF MAY 1, 2026 THROUGH MAY 31, 2026

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of May 1, 2026 through May 31, 2026 (the "Ninth Compensation Period"), in accordance with the Compensation Procedures (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

#### Background

1. On August 29, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On October 2, 2025, the Debtors filed the *Application of the Debtors for an Order (I) Authorizing the Employment and Retention of PJT Partners LP as Investment Banker Effective*

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004

Nunc Pro Tunc *to the Petition Date; and (II) Granting Related Relief* [Docket No. 197] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement letter (the "Engagement Letter") dated July 22, 2025. A copy of the Engagement Letter was attached to the Retention Application.

3.    On November 3, 2025, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 387] (the "Compensation Procedures") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On November 3, 2025, this Court entered the *Order (I) Authorizing the Employment and Retention of PJT Partners LP as Investment Banker Effective* Nunc Pro Tunc *to the Petition Date, and (II) Granting Related Relief* [Docket No. 391] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Letter as modified by the Retention Order.

## PJT's Request for Payment of Fees and Expenses

5.    For the Ninth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and (b) in accordance with the Compensation Procedures, seeks payment in the amount of $180,000.00 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Ninth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Ninth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Ninth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Ninth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned during the Ninth Compensation Period is outlined below:

| Ninth Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| May 1 – 31, 2026 | $225,000.00 | ($45,000.00) | **$180,000.00** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the hours expended by PJT professionals in providing investment banking services to the Debtors during the Ninth Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| Hours Expended By Professional | |
|---|---|
| **Professional** | **Total** |
| Jamie O'Connell | 19.5 |
| Brent Herlihy | 12.5 |
| James Murray | 1.5 |
| Ronan Crotty | 1.5 |
| Emmanuel Recachinas | 2.0 |
| Dylan Friesner | 39.0 |
| Jayden Van | 1.0 |
| Vince Garcia | 2.0 |
| Michael Huckaby | 53.0 |
| Aaron Carillo | 2.0 |
| Colin Song | 41.0 |
| Claire Zhang | 2.0 |
| Alex Wang | 53.5 |
| **Total Hours** | **230.5** |

3

### Requested Relief

8.   Pursuant to the Retention Order and the Compensation Procedures, with respect to

PJT's monthly fees in the amount of $225,000.00 earned during the Ninth Compensation Period,

PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fees | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: June 19, 2026                                     PJT PARTNERS LP

By: */s/ John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

5

# APPENDIX A

**PJT Partners**



June 18, 2026

Legal Department
Spirit Aviation Holdings, Inc.
1731 Radiant Drive
Dania Beach, FL 33004

| | | |
|---|---|---:|
| Monthly Fee for the period of May 1, 2026 through May 31, 2026: | $ | 225,000.00 |
| Less: 20% Holdback | | (45,000.00) |
| **Total Amount Due**[1] | **$** | **180,000.00** |

**Invoice No. 10035701**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
pjtaccountingus@pjtpartners.com

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 19.5 |
| Brent Herlihy | Partner | 12.5 |
| James Murray | Partner | 1.5 |
| Ronan Crotty | Managing Director | 1.5 |
| Emmanuel Recachinas | Director | 2.0 |
| Dylan Friesner | Vice President | 39.0 |
| Jayden Van | Vice President | 1.0 |
| Vince Garcia | Associate | 2.0 |
| Michael Huckaby | Associate | 53.0 |
| Aaron Carrillo | Associate | 2.0 |
| Colin Song | Analyst | 41.0 |
| Claire Zhang | Analyst | 2.0 |
| Alex Wang | Analyst | 53.5 |
| **Total** | | **230.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 05/01/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 05/01/26 | 1.0 | Call / meeting with Board |
| Jamie O'Connell | 05/02/26 | 0.5 | Email correspondence on various matters |
| Jamie O'Connell | 05/04/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 05/04/26 | 1.0 | Call / meeting with Board |
| Jamie O'Connell | 05/05/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Jamie O'Connell | 05/05/26 | 0.5 | Email correspondence on various matters |
| Jamie O'Connell | 05/06/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 05/07/26 | 0.5 | Email correspondence on various matters |
| Jamie O'Connell | 05/08/26 | 1.0 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 05/08/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 05/11/26 | 0.5 | Preparation and review of materials |
| Jamie O'Connell | 05/11/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 05/11/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 05/12/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 05/12/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 05/18/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 05/18/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 05/19/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 05/19/26 | 1.0 | PJT internal call / meeting |
| Jamie O'Connell | 05/20/26 | 1.0 | Preparation and review of materials |
| Jamie O'Connell | 05/20/26 | 0.5 | PJT internal call / meeting |
| Jamie O'Connell | 05/20/26 | 0.5 | Call / meeting with Debtors' advisors |
| Jamie O'Connell | 05/21/26 | 0.5 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 05/21/26 | 0.5 | Call / meeting with Company |
| Jamie O'Connell | 05/22/26 | 1.0 | Call / meeting with Company |
| Jamie O'Connell | 05/26/26 | 0.5 | Discussion with creditors and/or their advisors |
| Jamie O'Connell | 05/27/26 | 0.5 | Preparation and review of materials |
| Jamie O'Connell | 05/27/26 | 0.5 | Call / meeting with Company |
| | | **19.5** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Brent Herlihy | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Brent Herlihy | 05/02/26 | 0.5 | Call / meeting with Debtors' advisors |
| Brent Herlihy | 05/04/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 05/05/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Brent Herlihy | 05/07/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 05/08/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 05/08/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 05/11/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 05/13/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 05/15/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 05/18/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 05/19/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 05/19/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 05/20/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 05/20/26 | 0.5 | PJT internal call / meeting |
| Brent Herlihy | 05/22/26 | 1.0 | Call / meeting with Company |
| Brent Herlihy | 05/25/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 05/27/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Brent Herlihy | 05/27/26 | 0.5 | Call / meeting with Company |
| Brent Herlihy | 05/29/26 | 0.5 | Call / meeting with Company |
|  |  | **12.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Murray | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| James Murray | 05/07/26 | 0.5 | PJT internal call / meeting |
| James Murray | 05/20/26 | 0.5 | Call / meeting with Company |
| | | **1.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ronan Crotty | 05/28/26 | 0.5 | PJT internal call / meeting |
| Ronan Crotty | 05/28/26 | 0.5 | PJT internal call / meeting |
| Ronan Crotty | 05/29/26 | 0.5 | Call / meeting with Company |
| | | **1.5** | |

## PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## MAY 1, 2026 THROUGH MAY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Emmanuel Recachinas | 05/27/26 | 0.5 | PJT internal call / meeting |
| Emmanuel Recachinas | 05/28/26 | 0.5 | PJT internal call / meeting |
| Emmanuel Recachinas | 05/28/26 | 0.5 | PJT internal call / meeting |
| Emmanuel Recachinas | 05/29/26 | 0.5 | Call / meeting with Company |
| | | **2.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Dylan Friesner | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Dylan Friesner | 05/01/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Dylan Friesner | 05/01/26 | 0.5 | Email correspondence on various matters |
| Dylan Friesner | 05/02/26 | 0.5 | Call / meeting with Debtors' advisors |
| Dylan Friesner | 05/04/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/04/26 | 1.0 | Call / meeting with Company |
| Dylan Friesner | 05/04/26 | 0.5 | Email correspondence on various matters |
| Dylan Friesner | 05/05/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Dylan Friesner | 05/05/26 | 1.0 | Preparation and review of materials |
| Dylan Friesner | 05/05/26 | 1.0 | Email correspondence on various matters |
| Dylan Friesner | 05/06/26 | 1.0 | Call / meeting with Company |
| Dylan Friesner | 05/06/26 | 0.5 | Email correspondence on various matters |
| Dylan Friesner | 05/07/26 | 0.5 | Call / meeting with Debtors' advisors |
| Dylan Friesner | 05/07/26 | 0.5 | Email correspondence on various matters |
| Dylan Friesner | 05/08/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/08/26 | 1.0 | Call / meeting with Company |
| Dylan Friesner | 05/08/26 | 1.0 | Email correspondence on various matters |
| Dylan Friesner | 05/11/26 | 1.0 | Call / meeting with Company |
| Dylan Friesner | 05/12/26 | 0.5 | PJT internal call / meeting |
| Dylan Friesner | 05/12/26 | 0.5 | Call / meeting with Debtors' advisors |
| Dylan Friesner | 05/12/26 | 1.0 | Call / meeting with Company |
| Dylan Friesner | 05/12/26 | 0.5 | Email correspondence on various matters |
| Dylan Friesner | 05/13/26 | 1.5 | Preparation and review of materials |
| Dylan Friesner | 05/13/26 | 1.0 | Email correspondence on various matters |
| Dylan Friesner | 05/15/26 | 0.5 | PJT internal call / meeting |
| Dylan Friesner | 05/15/26 | 0.5 | Call / meeting with Debtors' advisors |
| Dylan Friesner | 05/15/26 | 1.5 | Preparation and review of materials |
| Dylan Friesner | 05/18/26 | 0.5 | PJT internal call / meeting |
| Dylan Friesner | 05/18/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/18/26 | 0.5 | Email correspondence on various matters |
| Dylan Friesner | 05/19/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/19/26 | 0.5 | PJT internal call / meeting |
| Dylan Friesner | 05/19/26 | 1.0 | Email correspondence on various matters |
| Dylan Friesner | 05/20/26 | 0.5 | Call / meeting with Debtors' advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Dylan Friesner | 05/20/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/20/26 | 1.0 | Preparation and review of materials |
| Dylan Friesner | 05/20/26 | 1.0 | Email correspondence on various matters |
| Dylan Friesner | 05/21/26 | 0.5 | Discussion with creditors and/or their advisors |
| Dylan Friesner | 05/21/26 | 1.5 | Email correspondence on various matters |
| Dylan Friesner | 05/22/26 | 1.0 | Call / meeting with Company |
| Dylan Friesner | 05/22/26 | 1.0 | Email correspondence on various matters |
| Dylan Friesner | 05/25/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/26/26 | 0.5 | Discussion with creditors and/or their advisors |
| Dylan Friesner | 05/26/26 | 0.5 | Email correspondence on various matters |
| Dylan Friesner | 05/27/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Dylan Friesner | 05/27/26 | 0.5 | PJT internal call / meeting |
| Dylan Friesner | 05/27/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/27/26 | 0.5 | Call / meeting with Company |
| Dylan Friesner | 05/27/26 | 1.5 | Preparation and review of materials |
| Dylan Friesner | 05/27/26 | 1.0 | Email correspondence on various matters |
| Dylan Friesner | 05/28/26 | 0.5 | PJT internal call / meeting |
| Dylan Friesner | 05/28/26 | 0.5 | Call / meeting with Debtors' advisors |
| Dylan Friesner | 05/28/26 | 0.5 | Email correspondence on various matters |
| Dylan Friesner | 05/29/26 | 0.5 | Call / meeting with Company |
| | | **39.0** | |

## PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## MAY 1, 2026 THROUGH MAY 31, 2026

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jayden Van | 05/28/26 | 0.5 | PJT internal call / meeting |
| Jayden Van | 05/28/26 | 0.5 | PJT internal call / meeting |
| | | **1.0** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Vince Garcia | 05/28/26 | 0.5 | PJT internal call / meeting |
| Vince Garcia | 05/28/26 | 0.5 | PJT internal call / meeting |
| Vince Garcia | 05/28/26 | 0.5 | PJT internal call / meeting |
| Vince Garcia | 05/29/26 | 0.5 | Call / meeting with Company |
| | | **2.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Huckaby | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Michael Huckaby | 05/01/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Michael Huckaby | 05/01/26 | 1.5 | Email correspondence on various matters |
| Michael Huckaby | 05/02/26 | 0.5 | Call / meeting with Debtors' advisors |
| Michael Huckaby | 05/02/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/02/26 | 0.5 | Email correspondence on various matters |
| Michael Huckaby | 05/04/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/04/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/06/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/06/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/07/26 | 0.5 | Call / meeting with Debtors' advisors |
| Michael Huckaby | 05/07/26 | 1.5 | Email correspondence on various matters |
| Michael Huckaby | 05/08/26 | 0.5 | Call / meeting with Debtors' advisors |
| Michael Huckaby | 05/08/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/08/26 | 1.5 | Email correspondence on various matters |
| Michael Huckaby | 05/11/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/11/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/12/26 | 0.5 | Call / meeting with Debtors' advisors |
| Michael Huckaby | 05/12/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/12/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/13/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/13/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/15/26 | 0.5 | PJT internal call / meeting |
| Michael Huckaby | 05/15/26 | 0.5 | Call / meeting with Debtors' advisors |
| Michael Huckaby | 05/15/26 | 1.5 | Email correspondence on various matters |
| Michael Huckaby | 05/15/26 | 2.0 | Preparation and review of materials |
| Michael Huckaby | 05/16/26 | 1.5 | Preparation and review of materials |
| Michael Huckaby | 05/16/26 | 0.5 | Email correspondence on various matters |
| Michael Huckaby | 05/16/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/17/26 | 1.0 | Preparation and review of materials |
| Michael Huckaby | 05/18/26 | 0.5 | PJT internal call / meeting |
| Michael Huckaby | 05/18/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/18/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/19/26 | 0.5 | Call / meeting with Company |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Huckaby | 05/19/26 | 0.5 | PJT internal call / meeting |
| Michael Huckaby | 05/19/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/20/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/20/26 | 0.5 | Call / meeting with Debtors' advisors |
| Michael Huckaby | 05/20/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/21/26 | 0.5 | Discussion with creditors and/or their advisors |
| Michael Huckaby | 05/21/26 | 1.5 | Email correspondence on various matters |
| Michael Huckaby | 05/22/26 | 1.0 | Call / meeting with Company |
| Michael Huckaby | 05/25/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/25/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/26/26 | 0.5 | Discussion with creditors and/or their advisors |
| Michael Huckaby | 05/26/26 | 1.0 | Email correspondence on various matters |
| Michael Huckaby | 05/27/26 | 0.5 | PJT internal call / meeting |
| Michael Huckaby | 05/27/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/27/26 | 1.5 | Email correspondence on various matters |
| Michael Huckaby | 05/28/26 | 0.5 | PJT internal call / meeting |
| Michael Huckaby | 05/28/26 | 0.5 | PJT internal call / meeting |
| Michael Huckaby | 05/28/26 | 0.5 | Call / meeting with Debtors' advisors |
| Michael Huckaby | 05/28/26 | 0.5 | PJT internal call / meeting |
| Michael Huckaby | 05/28/26 | 0.5 | PJT internal call / meeting |
| Michael Huckaby | 05/28/26 | 3.0 | Email correspondence on various matters |
| Michael Huckaby | 05/29/26 | 0.5 | Call / meeting with Company |
| Michael Huckaby | 05/29/26 | 3.0 | Email correspondence on various matters |
| Michael Huckaby | 05/30/26 | 1.5 | Email correspondence on various matters |
| Michael Huckaby | 05/31/26 | 2.0 | Email correspondence on various matters |
| | | **53.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Aaron Carrillo | 05/28/26 | 0.5 | PJT internal call / meeting |
| Aaron Carrillo | 05/28/26 | 0.5 | PJT internal call / meeting |
| Aaron Carrillo | 05/28/26 | 0.5 | PJT internal call / meeting |
| Aaron Carrillo | 05/29/26 | 0.5 | Call / meeting with Company |
| | | **2.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Colin Song | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Colin Song | 05/01/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Colin Song | 05/02/26 | 0.5 | Call / meeting with Debtors' advisors |
| Colin Song | 05/04/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/04/26 | 1.0 | Call / meeting with Company |
| Colin Song | 05/05/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Colin Song | 05/05/26 | 1.0 | Preparation and review of materials |
| Colin Song | 05/06/26 | 1.0 | Call / meeting with Company |
| Colin Song | 05/06/26 | 2.0 | Preparation and review of materials |
| Colin Song | 05/07/26 | 0.5 | Call / meeting with Debtors' advisors |
| Colin Song | 05/08/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/08/26 | 1.0 | Call / meeting with Company |
| Colin Song | 05/08/26 | 1.0 | Preparation and review of materials |
| Colin Song | 05/11/26 | 1.0 | Call / meeting with Company |
| Colin Song | 05/11/26 | 2.0 | Preparation and review of materials |
| Colin Song | 05/12/26 | 0.5 | Call / meeting with Debtors' advisors |
| Colin Song | 05/12/26 | 1.0 | Call / meeting with Company |
| Colin Song | 05/12/26 | 1.5 | Preparation and review of materials |
| Colin Song | 05/13/26 | 1.0 | Call / meeting with Company |
| Colin Song | 05/14/26 | 2.0 | Preparation and review of materials |
| Colin Song | 05/15/26 | 0.5 | PJT internal call / meeting |
| Colin Song | 05/15/26 | 0.5 | Call / meeting with Debtors' advisors |
| Colin Song | 05/15/26 | 2.0 | Preparation and review of materials |
| Colin Song | 05/18/26 | 0.5 | PJT internal call / meeting |
| Colin Song | 05/18/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/18/26 | 1.5 | Preparation and review of materials |
| Colin Song | 05/19/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/19/26 | 0.5 | PJT internal call / meeting |
| Colin Song | 05/19/26 | 1.5 | Preparation and review of materials |
| Colin Song | 05/19/26 | 0.5 | Email correspondence on various matters |
| Colin Song | 05/20/26 | 0.5 | Call / meeting with Debtors' advisors |
| Colin Song | 05/20/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/20/26 | 1.0 | Preparation and review of materials |
| Colin Song | 05/20/26 | 0.5 | Email correspondence on various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Colin Song | 05/21/26 | 0.5 | Discussion with creditors and/or their advisors |
| Colin Song | 05/21/26 | 0.5 | Email correspondence on various matters |
| Colin Song | 05/22/26 | 1.0 | Call / meeting with Company |
| Colin Song | 05/22/26 | 1.5 | Preparation and review of materials |
| Colin Song | 05/25/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/26/26 | 0.5 | Discussion with creditors and/or their advisors |
| Colin Song | 05/26/26 | 1.0 | Preparation and review of materials |
| Colin Song | 05/26/26 | 0.5 | General diligence |
| Colin Song | 05/27/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Colin Song | 05/27/26 | 0.5 | PJT internal call / meeting |
| Colin Song | 05/27/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/27/26 | 0.5 | Call / meeting with Company |
| Colin Song | 05/28/26 | 0.5 | PJT internal call / meeting |
| Colin Song | 05/28/26 | 0.5 | Call / meeting with Debtors' advisors |
| Colin Song | 05/28/26 | 0.5 | PJT internal call / meeting |
| Colin Song | 05/29/26 | 0.5 | Call / meeting with Company |
| | | **41.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Claire Zhang | 05/28/26 | 0.5 | PJT internal call / meeting |
| Claire Zhang | 05/28/26 | 0.5 | PJT internal call / meeting |
| Claire Zhang | 05/28/26 | 0.5 | PJT internal call / meeting |
| Claire Zhang | 05/29/26 | 0.5 | Call / meeting with Company |
| | | **2.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Alex Wang | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 05/01/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/01/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 05/02/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 05/04/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/04/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 05/05/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Alex Wang | 05/05/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 05/06/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 05/06/26 | 3.5 | Preparation and review of materials |
| Alex Wang | 05/07/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 05/08/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/08/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 05/08/26 | 3.0 | Preparation and review of materials |
| Alex Wang | 05/11/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 05/11/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 05/12/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 05/12/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 05/12/26 | 3.5 | Preparation and review of materials |
| Alex Wang | 05/13/26 | 1.0 | Call / meeting with Company |
| Alex Wang | 05/14/26 | 3.0 | Preparation and review of materials |
| Alex Wang | 05/15/26 | 0.5 | PJT internal call / meeting |
| Alex Wang | 05/15/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 05/15/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 05/18/26 | 0.5 | PJT internal call / meeting |
| Alex Wang | 05/18/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/18/26 | 3.5 | Preparation and review of materials |
| Alex Wang | 05/19/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/19/26 | 0.5 | PJT internal call / meeting |
| Alex Wang | 05/19/26 | 1.5 | Preparation and review of materials |
| Alex Wang | 05/20/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 05/20/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/20/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 05/21/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 05/22/26 | 1.0 | Call / meeting with Company |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2026 THROUGH MAY 31, 2026**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Alex Wang | 05/22/26 | 2.0 | Preparation and review of materials |
| Alex Wang | 05/22/26 | 2.0 | General diligence |
| Alex Wang | 05/25/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/26/26 | 0.5 | Discussion with creditors and/or their advisors |
| Alex Wang | 05/26/26 | 1.5 | Preparation and review of materials |
| Alex Wang | 05/26/26 | 0.5 | General diligence |
| Alex Wang | 05/27/26 | 0.5 | Attending / preparing with counsel for court hearings |
| Alex Wang | 05/27/26 | 0.5 | PJT internal call / meeting |
| Alex Wang | 05/27/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/27/26 | 0.5 | Call / meeting with Company |
| Alex Wang | 05/28/26 | 0.5 | PJT internal call / meeting |
| Alex Wang | 05/28/26 | 0.5 | Call / meeting with Debtors' advisors |
| Alex Wang | 05/28/26 | 0.5 | PJT internal call / meeting |
| Alex Wang | 05/28/26 | 0.5 | PJT internal call / meeting |
| Alex Wang | 05/29/26 | 0.5 | Call / meeting with Company |
| | | **53.5** | |