**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SPIRIT AVIATION HOLDINGS, INC., *et al.,* | Case No. 25-11897 (SHL) |
| Debtors.[1] | (Jointly Administered) |
|  | **Ref. Docket No. 1206** |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 17, 2026, I caused to be served the "Fifth Notice of Further Extension of Objection Deadline with Respect to the Debtors' First Notice of Assumption (and Assignment) of Certain Executory Contracts and/or Unexpired Leases," dated June 17, 2026 [Docket No. 1206], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

**EXHIBIT A**

Spirit Aviation Holdings, Inc.
Mailing Address 010274

| Name | Address |
|------|---------|
| BRONSTEIN, GEWIRTZ & GROSSMAN, LLC | (COUNSEL TO TERRANCE MLECZKO TM DEFENSE SOLUTIONS) ATTN: PERETZ BRONSTEIN 60 EAST 42ND STREET, 46TH FLOOR  NEW YORK NY 10165 UNITED STATES OF AMERICA |
| CITIBANK, N.A. | C/O CITIBANK DELAWARE ATTN: AGENCY OPERATIONS ONE PENNS WAY, OPS 2/2  NEWCASTLE DE 19720 UNITED STATES OF AMERICA |
| FROST BROWN TODD LLP | (COUNSEL TO INDIANAPOLIS AIRPORT AUTHORITY) 205 E. 42ND STREET, SUITE 1900   NEW YORK NY 10017 UNITED STATES OF AMERICA |
| MAURICE WUTSCHER LLP | (COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF SOUTHERN INSURANCE COMPANY) ATTN: ALAN C. HOCHHEISER 23611 CHAGRIN BLVD., SUITE 207 BEACHWOOD OH 44122 UNITED STATES OF AMERICA |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO CRUM & FORSTER SPECIALTY INSURANCE  COMPANY) ATTN: GARY D. BRESSLER  225 LIBERTY STREET, 36TH FLOOR NEW YORK NY 10281 UNITED STATES OF AMERICA |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE   WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| SPIRIT AVIATION HOLDINGS, INC. | 1731 RADIAN DRIVE ATTN: LEGAL DEPARTMENT   DANIA BEACH FL 33004 UNITED STATES OF AMERICA |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK ATTN: HONORABLE SEAN H. LANE 300 QUARROPAS STREET  WHITE PLAINS NY 10601 UNITED STATES OF AMERICA |

# Total Count: 8

Spirit Aviation Holdings, Inc.
Mailing Address 010278

| Name | Address |
|------|---------|
| CITY OF ATLANTA | EMPLOYEE PARKING OPERATIONS PO BOX 161005 ATLANTA AIRPORT PARKING  ATLANTA GA 30321 UNITED STATES OF AMERICA |
| CITY OF ATLANTA | P.O. BOX 20509    ATLANTA GA 30320 UNITED STATES OF AMERICA |

## Total Count: 2

| Name | Address |
|------|---------|
| RUMBERGER, KIRK & CALDWELL, P.C. | (COUNSEL TO PORT AUTHORITY OF NJ & NY) ATTN: R. SCOTT WILLIAMS 2001 PARK PLACE NORTH STE 1300 BIRMINGHAM AL 35203 UNITED STATES OF AMERICA |
| THOMPSON HINE LLP | (COUNSEL TO AIRCO AVIATION SERVICES LLC DBA UNIFI) ATTN: ALEXANDER J. ANDREWS 300 MADISON AVENUE, 27TH FLOOR  NEW YORK NY 10017 UNITED STATES OF AMERICA |

# Total Count: 2

**EXHIBIT B**

| Name | Email |
|---|---|
| AGI GROUND, INC | agencarelli@agi.aero |
| AIR LINE PILOTS ASSOCIATION | thomas.ciantra@alpa.org; joshua.ellison@alpa.org |
| AKIN GUMP STRAUSS HAUER & FELD LLP | bscott@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | rbibloblock@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP. | mstamer@akingump.com; aqureshi@akingump.com;  kzuzolo@akingump.com; jrubin@akingump.com |
| ALSTON & BIRD LLP | Gerard.Catalanello@alston.com; William.Hao@alston.com; Dylan.Cassidy@alston.com |
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO | jmorse@afacwa.org |
| AVIATION CAPITAL GROUP LLC | John.Graves@AviationCapital.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| BOND, SCHOENECK & KING, PLLC | jkrell@bsk.com |
| BROWN & CONNERY, LLP | jmontgomery@brownconnery.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| COHEN, WEISS AND SIMON LLP | hkolko@cwsny.com; mstolz@cwsny.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mstolz@cwsny.com |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; pdechiara@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com; jwang@cwsny.com; shull@cwsny.com |
| CULLEN AND DYKMAN LLP | kchristodoulou@cullenllp.com |
| DAVIS POLK & WARDWELL, LLP | spirit.notice@davispolk.com |
| DEBEVOISE & PLIMPTON | bamishkin@debevoise.com; jball@debevoise.com; eworenklein@debevoise.com |
| DEUTSCHE BANK AG NEW YORK BRANCH | mparry@mosessinger.com; apkolod@mosessinger.com |
| DLA PIPER LLP (US) | benjamin.winger@us.dlapiper.com |
| DLA PIPER LLP (US) | scott.shelley@us.dlapiper.com |
| DLP PIPER LLP (US) | david.riley@us.dlapiper.com |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com; galen.michael@dorsey.com |
| EDELSON LECHTZIN LLP | elechtzin@edelson-law.com |
| EVERSHEDS SUTHERLAND (US) LLP | sameeralifarag@eversheds-sutherland.com |
| FEDERAL AVIATION AUTHORITY | LAURA.REMO@DOT.GOV |
| FEDERAL AVIATION AUTHORITY | LAURA.REMO@DOT.GOV; PRESSOFFICE@FAA.GOV |
| FROST BROWN TODD LLP | eseverini@fbtlaw.com; rgold@fbtlaw.com |
| FROST BROWN TODD LLP | rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com |
| GIBSON, DUNN & CRUTCHER LLP | jgoldstein@gibsondunn.com; mmiller@gibsondunn.com; SBriefel@gibsondunn.com |
| GLENN AGRE BERGMAN & FUENTES LLP | aglenn@glennagre.com; kmayr@glennagre.com; twelch@glennagre.com; rramirez@glennagre.com; mdoss@glennagre.com |
| HAYNES AND BOONE, LLP | kenric.kattner@haynesboone.com; kourtney.lyda@haynesboone.com; david.trausch@haynesboone.com |
| HAYNES AND BOONE, LLP | lauren.sisson@haynesboone.com |
| HOLLAND & KNIGHT LLP | Barbra.Parlin@hklaw.com |
| HOLLAND & KNIGHT LLP | Brian.Smith@hklaw.com |

| Name | Email |
|------|-------|
| HUGHES HUBBARD & REED LLP | katie.coleman@hugheshubbard.com; jeff.margolin@hugheshubbard.com; steven.chung@hugheshubbard.com; terry.sanders@hugheshubbard.com |
| INTERNAL REVENUE SERVICE | VICTORIA.G.MOSBY@IRS.GOV;  MILLIE.H.AGENT@IRS.GOV |
| JASIEL MORENO | ADDRESS ON FILE |
| LATHAM & WATKINS LLP | andrew.sorkin@lw.com; jon.weichselbaum@lw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Patti@pprewittlaw.com |
| LEE J. ROHN AND ASSOCIATES, LLC | lee@rohnlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR SAMPSON LLP | dallas.bankruptcy@lgbs.com |
| LUFTHANSA TECHNIK AG | freya.krug@lht.dlh.de |
| MARKOWITZ RINGEL TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| MILBANK LLP | AHARMEYER@MILBANK.COM;  TLOMAZOW@MILBANK.COM; JFORMAN@MILBANK.COM;  JPASCALE@MILBANK.COM; jkestecher@milbank.com |
| MILBANK LLP | amiller@milbank.com;  tlomazow@milbank.com;  aharmeyer@milbank.com; jkestecher@milbank.com; asavino1@milbank.com |
| MILBANK LLP | jweingarten@milbank.com; apastan@milbank.com |
| MOORE & VAN ALLEN PLLC | zacharysmith@mvalaw.com; haleesmith@mvalaw.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com ;jstrauss@morrisjames.com; jlevin@morrisjames.com |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | adam.herring@nelsonmullins.com |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | shane.ramsey@nelsonmullins.com |
| NORTON ROSE FULBRIGHT US LLP | david.rosenzweig@nortonrosefulbright.com; john.conover@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES TRUSTEE FOR SDNY | shara.cornell@usdoj.gov |
| O'MELVENY & MYERS LLP | ajoshi@omm.com; rsiegel@omm.com |
| O'MELVENY & MYERS LLP | mrobertson@omm.com |
| ORENSTEIN LAW GROUP, P.C. | rosa@orenstein-lg.com; nathan@orenstein-lg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | gdemo@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | mwarner@pszjlaw.com; ahassell@pszjlaw.com; bwallen@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | sgolden@pszjlaw.com |
| PARKINS & RUBIO LLP | crubio@parkinsrubio.com |
| PARKINS & RUBIO LLP | lparkins@parkinsrubio.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | jbarsalona@pashmanstein.com;  aoden@pashmanstein.com; kbeilin@pashmanstein.com |
| PAUL HASTINGS LLP | MATTWARREN@PAULHASTINGS.COM; GEOFFKING@PAULHASTINGS.COM; WILLIAMREILY@PAULHASTINGS.COM; VALERIEELIASEN@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | ZACHCOCHRAN@PAULHASTINGS.COM |

| Name | Email |
| --- | --- |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | ebcalvo@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | mvaldez@pbfcm.com |
| PERIMETER LOGISTICS INC DBA PGL | raj.sobhani@shippgl.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | michael.burke@pillsburylaw.com; andrew.alfano@pillsburylaw.com |
| PODHURST ORSECK, P.A. | Projas@podhurst.com; smarks@podhurst.com |
| POLSINELLI PC | bgoodman@polsinelli.com |
| POMERANTZ LLP | jbsilverman@pomlaw.com;  boconnell@pomlaw.com |
| PULLMAN & COMLEY, LLC | igoldman@pullcom.com |
| RUMBERGER, KIRK & CALDWELL, P.C. | swilliams@rumberber.com |
| RUMBERGER, KIRK & CALDWELL, P.C. | swilliams@rumberger.com |
| RUMBERGER, KIRK & CALDWELL, P.C. | swilliams@rumberger.com |
| SECURITIES & EXCHANGE COMMISSION | JACOBSONN@SEC.GOV |
| SEHAM, SEHAM, MELTZ & PETERSEN, LLP | gdiaman@ssmplaw.com; lseham@ssmplaw.com; lmiddlebrook@ssmplaw.com |
| SEWARD & KISSEL LLP | DANENBERG@SEWKIS.COM;  GIAMPIETRO@SEWKIS.COM; BATEMAN@SEWKIS.COM |
| SILLS CUMMIS & GROSS P.C. | gkopacz@sillscummis.com |
| SMBC AVIATION | Michael.Littleton@smbc.aero |
| SPENCER FANE LLP | jgwillard@spencerfane.com |
| SUGARMAN, SUSSKIND, BRASWELL & HERRERA, P.A. | mbraswell@sugarmansusskind.com; mlevine@sugarmansusskind.com |
| THE BAYNE LAW GROUP, LLC | abayne@baynelaw.com; thomas@baynelaw.com |
| THOMPSON COBURN LLP | echoudhry@thompsoncoburn.com; mindelicato@thompsoncoburn.com |
| THOMPSON HINE LLP | Alexander.Andrews@ThompsonHine.com |
| TODD E. DUFFY, PLLC | todd@teduffylaw.com |
| TRAVIS COUNTY | jason.starks@traviscountytx.gov |
| TROUTMAN PEPPER LOCKE LLP | matthew.brooks@troutman.com |
| TROUTMAN PEPPER LOCKE LLP | tori.remington@troutman.com |
| UNITED STATES ATTORNEYS OFFICE | PETER.ARONOFF@USDOJ.GOV |
| VEDDER PRICE P.C. | MJEdelman@VedderPrice.com; wthorsness@vedderprice.com; gkass@vedderprice.com |
| VEDDER PRICE P.C. | WThorsness@VedderPrice.com; BBlackwell@VedderPrice.com |
| WILLKIE FARR & GALLAGHER LLP | bmiller@willkie.com; tgoren@willkie.com; jburbage@willkie.com; jgraber@willkie.com |
| WILMINGTON TRUST, N.A., AS TRUSTEE | ASHMEAD@SEWKIS.COM;  BATEMAN@SEWKIS.COM; MATOTT@SEWKIS.COM; lotempio@sewkis.com |
| WILMINGTON TRUST, NA | jprovenzano@wilmingtontrust.com |
| WINSTON & STRAWN LLP | chardman@winston.com; mpolishuk@winston.com |

| Name | Email |
| --- | --- |

# Total Count: 176