**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.,* | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**STIPULATION AND AGREED ORDER REGARDING THE SUBMISSION**
**OF ADMINISTRATIVE EXPENSE CLAIMS BY AERCAP**

This *Stipulation and Agreed Order Regarding the Submission of Administrative Expense Claims* (the "**Stipulation**") is entered into and agreed to by AerCap Ireland Limited, together with its subsidiaries, affiliates, owner trusts, managed entities, and assignees (collectively, "**AerCap**") and Spirit Airlines, LLC and its debtor affiliates (collectively, the "**Debtors**"), who are each a "**Party**" and collectively the "**Parties**."

**WHEREAS**, on June 22, 2026, the Court entered the *Order (I) Setting A Bar Date for Filing Proofs of Claim for Pre-Wind Down Administrative Expense Claims Against The Debtors, (II) Establishing Pre-Wind Down Administrative Expense Claims Procedures, And (III) Granting Related Relief* [ECF No. 1215] (the "**Pre-Wind Down Administrative Claim Bar Date Order**") which established 11:59 p.m. (ET) on July 27, 2026 as the deadline for parties to file Pre-Wind Down Administrative Expense Claims[2] and approved procedures and a proof of claim form for filing such claims;

---

[1]    The debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2]    As used herein, the term "Pre-Wind Down Administrative Expense Claim" shall have the meaning ascribed to such term in the Pre-Wind Down Administrative Claim Bar Date Order.

**WHEREAS**, pursuant to that certain *Order (I) Authorizing the Debtors to Reject their Remaining Aircraft Equipment Leases, (II) Establishing Procedures Related Thereto, and (III) Granting Related Relief* [ECF No. 1034] (the "**Assumed Leases Rejection Order**") the Debtors rejected, effective as of May 8, 2026, certain aircraft leases and related agreements or commitments previously assumed and/or approved (the "**Assumed AerCap Leases**") by this Court pursuant to the *Order (I) Approving the Global Restructuring Term Sheet With AerCap Ireland Limited, (II) Authorizing and Approving Assumption and Rejection of Certain Aircraft Agreements, (III) Authorizing and Approving Entry into the New Lease Agreements and Definitive Documents, and (IV) Granting Related Relief* [ECF No. 247] (the "**AerCap Global Restructuring Order**");

**WHEREAS**, pursuant to paragraph 19 of the Assumed Leases Rejection Order, claims arising out of rejection effected pursuant thereto must be filed within sixty (60) days of effectiveness of rejection; and

**WHEREAS,** the Debtors and AerCap have agreed that AerCap is permitted to assert any administrative expense claims that AerCap may hold, including, without limitation, administrative expense claims for unpaid rent and administrative expense claims resulting from the rejection of the Assumed AerCap Leases on May 8, 2026, for the period commencing on or after May 2, 2026 (such period, the "**Post-Wind Down Period**" and any such claim, a "**Post-Wind Down Administrative Expense Claim**") as part of a single consolidated proof of claim with its Pre-Wind Down Period Administrative Expense Claim, using the claim form and procedures established in connection with the Pre-Wind Down Administrative Claim Bar Date Order.

**NOW, THEREFORE** based on the foregoing recitals which are hereby incorporated by reference, the Parties **HEREBY STIPULATE AND AGREE** that:

1.      The Debtors consent to AerCap asserting any Post-Wind Down Administrative Expense Claim and any Pre-Wind Down Administrative Expense Claim that AerCap may hold on a consolidated basis by using the claim form and process approved by the Pre-Wind Down Administrative Claim Bar Date Order.

2.      Notwithstanding anything to the contrary in the Assumed Leases Rejection Order, AerCap shall have until July 27, 2026 at 11:59 p.m. (prevailing Eastern Time) to file any Post-Wind Down Administrative Expense Claim that AerCap may hold, and any such claim must otherwise comply with the requirements of the Pre-Wind Down Administrative Claim Bar Date Order.

3.      This Stipulation addresses process for AerCap asserting any administrative expense claims that AerCap may hold under the AerCap Global Restructuring Order or otherwise, and it shall not be construed to create any substantive rights for either Party or additional grounds for liability or administrative expense claims that do not presently exist.

Dated: June 29, 2026     PILLSBURY WINTHROP SHAW PITTMAN LLP
   New York, NY

          */s/ Michael G. Burke*
          Michael G. Burke
          Andrew Alfano
          31 West 52nd Street
          New York, NY 10019
          Tel: (212) 858-1000
          Fax: (212) 858-1500
          michael.burke@pillsburylaw.com
          andrew.alfano@pillsburylaw.com

          *Counsel to AerCap Ireland Limited*

          DAVIS POLK & WARDWELL LLP

          */s/ Noah Z. Sosnick*
          Darren S. Klein
          Noah Z. Sosnick

          450 Lexington Avenue
          New York, NY 10017
          Tel.: (212) 450-4000

          *Counsel to the Debtors and*
          *Debtors in Possession*

**SO ORDERED.**

Dated: June \_\_, 2026
       White Plains, New York

 

THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE