July 6th, 2026

**HARLEM PARK PARTNERS, INC.**
Ameer Flippin, CEO
650 California St. 7 Fl
San Francisco, CA 94108
Telephone: (240) 581-4693
AmeerFlippin@Outlook.com

**VIA ELECTRONIC FILING / MAIL**
**Court Clerk**
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: In re: Spirit Aviation Holdings, Inc., et al., Case No. 25-11897 (SHL)
Submission of Ex-Parte Motion to Intervene

Dear Clerk of the Court,

Please find attached for immediate filing in the above-referenced jointly administered Chapter 11
cases the following documents submitted by Ameer Flippin, Pro Se, on behalf of Harlem Park
Partners, Inc.:

- **Ex-Parte Notice of and Motion of Ameer Flippin of Harlem Park Partners, Inc. to Intervene Pursuant to Federal Rule 24 and Bankruptcy Rule 7024 in an Adversary Proceeding**

- **Declaration of Intent to Bid and to Purchase Spirit Brand Name IP Assets**

- **Memorandum of Law in Support of Motion of Ameer Flippin of Harlem Park Partners, Inc. Pursuant to Federal Rule 24 and Bankruptcy Rule 7024 to Intervene in Adversary Proceeding**

- **[Proposed] Order Granting Motion to Intervene**

These documents are submitted Ex-Parte due to the urgent need to protect the Movant's interests
as an "Interested Party" to place an Alternative Bid for the "Brand Name Spirit Airlines
(Spirit.com)" prior to and during the auction of the Spirit assets.

Additionally, please consider this letter as an Official Request for the Clerk to Electronically
Serve all documents to all parties listed on the Master Service List.

Please date-stamp a copy of this letter and the first page of the enclosed motion and return them to me via email at: AmeerFlippin@outlook.com and confirm receipt via the electronic filing system.

Thank you for your assistance in this matter.

Respectfully submitted,

*/s/ Ameer Flippin*

**HARLEM PARK PARTNERS, INC.**
Ameer Flippin, CEO
650 California St. 7 Fl
San Francisco, CA 94108
Telephone: (240) 581-4693
AmeerFlippin@Outlook.com
Harlem Park Partners, Inc.

**HARLEM PARK PARTNERS, INC.**
Ameer Flippin, CEO
650 California St. 7 Fl
San Francisco, CA 94108
Telephone: (240) 581-4693
AmeerFlippin@Outlook.com

*Pro se Interested Party as sole*
*shareholder of Harlem Park Partners, Inc.,*
*an Investment Advisory & Financial Engineering Firm*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.** | **Jointly Administered** |

**EX-PARTE NOTICE OF AND MOTION OF AMEER FLIPPIN OF HARLEM PARK PARTNERS, INC. TO INTERVENE PURSUANT TO FEDERAL RULE 24 AND BANKRUPTCY RULE 7024 IN AN ADVERSARY PROCEEDING; DECLARATION; MEMORANDUM IN SUPPORT THEREOF; AND SUPPORTING [ PROPOSED ] ORDER**

**EX-PARTE NOTICE OF MOTION TO INTERVENE**

PLEASE TAKE NOTICE that upon the annexed Motion to Intervene (the "Motion"), the Memorandum

of Law in support thereof, the Declaration of Ameer Flippin, and all prior filings and proceedings had

herein, Ameer Flippin of Harlem Park Partners, Inc. (the "Movant") respectfully moves this Court for the

entry of an Order, pursuant to Federal Rule of Civil Procedure 24(a) and (b) and Federal Rule of

Bankruptcy Procedure 7024, permitting the Movant to intervene in the above-captioned chapter 11 cases
(the "Chapter 11 Cases").

PLEASE TAKE FURTHER NOTICE that the Movant seeks this relief on an ex-parte basis due to the

urgent need to protect its interests as an *"Interested Party"* to place an Alternative Bid for the Brand

1

Name "Spirit Airlines (Spirit.com)," during and after the auction of Spirit Assets. Take Notice that as of

June 26th, 2026, PJT Partners and FTI Consulting have refused to allow me, Ameer Flippin, CEO of

Harlem Park Partners, Inc., access to the Data Room for Spirit Airlines. Such actions coupled with non-

responsiveness via email is construed as "Denying Ameer Flippin of Harlem Park Partners, Inc. to place a

Bid on Name Brand & Related IP Assets." The Movant's participation is essential to ensure a

comprehensive and just resolution of these matters, and any delay could cause irreparable harm to the

Movant's legally protectable interests.

**PLEASE TAKE FURTHER NOTICE** that the Court may grant the requested relief without a hearing. Any

party in interest who objects to the relief requested in the Motion must file a written objection with the Court

and serve such objection upon the Movant and the parties on the service list.

I declare under "Penalty of Perjury" that the foregoing is true and correct to the best of my knowledge**.**

Dated: San Francisco, CA            **HARLEM PARK PARTNERS, INC.**
      July 6th, 2026                   an Investment Advisory & Financial
                                        Engineering Firm

                          By: */s/ Ameer Flippin*
                              Ameer Flippin
                              Harlem Park Partners, Inc.
                              650 California Street 7 Fl
                              San Francisco, CA 94108
                              Telephone: (240) 581-4693
                              AmeerFlippin@outlook.com

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                Chapter 11

**Spirit Aviation Holdings, Inc., et. al.**            Case no. 25-11897 (SHL)

        **Debtors**                                    Jointly Administered

---

### EX-PARTE MOTION OF AMEER FLIPPIN OF HARLEM PARK PARTNERS, INC. TO INTERVENE PURSUANT TO FEDERAL RULE 24 AND BANKRUPTCY RULE 7024 IN AN ADVERSARY PROCEEDING

---

Ameer Flippin, CEO of Harlem Park Partners, Inc. (the "Movant"), respectfully moves, ex-parte, this

Court for entry of an Order, pursuant to Federal Rule of Civil Procedure 24(a) and (b) and Federal Rule of

Bankruptcy Procedure 7024, permitting the Movant to intervene in the above-captioned chapter 11 cases

(the "Chapter 11 Cases"). In support of this Motion, the Movant respectfully states:

1. On *June 22nd, 2026, (the "ORDER on Bidding Procedures Date"),* the judge signed the ORDER on
   Bidding Procedures for the auction of assets.

2. The Movant has a direct, significant, and legally protectable interest in the subject matter of these
   cases, specifically relating to submitting an "Alternative Bid for the Name Brand of Spirit
   Airlines, Spirit.com" which in no way will hinder any bids for other core Spirit Assets. The
   Movant's participation is essential to protect his rights and interests, which will not be adequately
   represented by the existing parties in these proceedings.

3. The Movant's intervention will not cause undue delay or prejudice to the existing parties. Instead, it

3

will bring a necessary perspective to the proceedings, helping to ensure a comprehensive and just resolution for all parties.

4. The Movant seeks to be granted intervenor status for all purposes in the Chapter 11 Cases, including but not limited to, the right to file pleadings, notices, and motions, attend hearings, and receive service of all documents filed in these cases.

5. This motion is based upon the forthcoming Memorandum in Support Thereof of Ameer Flippin and all prior filings in these Chapter 11 Cases, including but not limited to the Notice of Appearance and the email correspondence regarding the Bids.

6. The purpose of the Offer is to acquire the Name Brand Assets of Spirit Airlines. Furthermore, our interest extends to exploring a "relaunch of Spirit Airlines" within 1-to-2 years. The objective is to create a separate, small luxury startup alliance airline company as well alongside a discount carrier brand.

WHEREFORE, the Movant respectfully requests that this Court enter the Proposed Order, in the form attached hereto, granting this Motion and permitting the Movant to intervene in these Chapter 11 Cases for all purposes, and for such other and further relief as the Court may deem just and proper.

I declare under "Penalty of Perjury" that the foregoing is true and correct to the best of my knowledge.

Dated: San Francisco, CA
July 6th, 2026

**HARLEM PARK PARTNERS, INC.**
*an Investment Advisory & Financial Engineering Firm*

By: */s/ Ameer Flippin*

Ameer Flippin
Harlem Park Partners, Inc.
650 California Street 7 Fl
San Francisco, CA 94108
Telephone: (240) 581-4693
AmeerFlippin@Outlook.com

4

**HARLEM PARK PARTNERS, INC.**

Ameer Flippin, CEO

650 California St. 7 Fl

San Francisco, CA 94108

Telephone: (240) 581-4693

AmeerFlippin@Outlook.com

*Pro se Interested Party as sole*
*shareholder of Harlem Park Partners, Inc.,*
*an Investment Advisory & Financial Engineering Firm*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.** | **(Jointly Administered)** |

**DECLARATION OF**

**INTENT TO BID AND TO PURCHASE SPIRIT BRAND NAME IP ASSETS**

**PLEASE TAKE NOTICE** that I, Ameer Flippin, the CEO of Harlem Park Partners, Inc.,

**DECLARE** as the undersigned party and give notice of an intention to BID an to purchase, acquire

or otherwise accumulate (the "**Proposed Transfer**") one or more of Debtors' Intellectual Property

Assets including the *"Brand Name Spirit Airlines, Spirit.com Domain Name and Other related*

*Assets"* of Spirit Aviation Holdings, Inc. ("**Parent Debtor**") and its direct and indirect subsidiaries

(collectively, the "**Debtors**"), each of which is a debtor and/or debtor in possession in the above-

captioned chapter 11 cases (the "**Chapter 11 Cases**") pending a winddown and liquidation of

Assets in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**I,** *Ameer Flippin, the CEO of Harlem Park Partners, Inc.*, **DECLARE** that, pursuant to

the "*Bidding Procedures for Other Assets*," propose **to BID**, purchase, acquire or otherwise

1

accumulate Intellectual Property Assets including the *"Brand Name Spirit Airlines, Spirit.com*

*Domain Name and Other related Assets"* where a fundraise via a Regulation D Debt/Equity

Securities Offering from accredited Investors will be necessary to complete the transaction. The

Regulation D Securities Offering is a rapid private transaction that does not require a registration

of Securities with the Securities and Exchange Commission (SEC) and is expected to take place

with accredited investors who already have lost capital over the past 5 years through prior Spirit

related fundraises for a reorganization of the airlines. The amount of capital necessary to complete

the transaction should be insignificant relative to the amount of cash and assets on hand where this

will allow one last opportunity for the legacy Spirit Airlines Name Brand to live on past a post-

bankruptcy liquidation.

PLEASE TAKE FURTHER NOTICE that I, Ameer Flippin, the CEO of Harlem Park

Partners, Inc. will offer existing DIP and other related parties to be allocated shares in a new

corporate entity related to and affiliated with a new StargateLuxAir.com travel co. brand to lay the

foundation for Spirit to fly again in the near future (1-to-2 years) as a subsidiary corporation of a

new holding company.

PLEASE TAKE FURTHER NOTICE that the last four digits of the taxpayer

identification number of the undersigned party are 8064_____.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, this declaration (this

"**Declaration**") is being filed with the Court, *EX-PARTE*.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the undersigned party

acknowledges that it is prohibited from consummating the Proposed Transfer unless and until the

undersigned party complies with the Securities Procedures set forth by the SEC.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and related parties have 20 calendar days after receipt of this Declaration to object to the Proposed Bid and Transfer described herein.  If the Debtors do not object within such 20-day period, then after expiration of such period the Proposed Bid and Transfer may proceed solely as set forth in this Declaration.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to *28 U.S.C. § 1746*, under penalties of perjury, the undersigned party hereby declares that he or she has examined this Declaration and accompanying attachments (if any), and, to the best of his or her knowledge and belief, this Declaration and any attachments hereto are true, correct, and complete.

This notice is given in addition to, and not as a substitute for, any requisite notice under *Bankruptcy Rule 3001(e)*.

I declare under Penalty of Perjury that the foregoing is true and correct to the best of my knowledge**.**

Dated: San Francisco, CA          **HARLEM PARK PARTNERS, INC.**
   July 6th, 2026          an Investment Advisory &
             Financial Engineering Firm

             By: */s/ Ameer Flippin*

            _____

             Ameer Flippin
             Harlem Park Partners, Inc.
             650 California Street 7 Fl
             San Francisco, CA 94108
             Telephone: (240) 581-4693
             AmeerFlippin@outlook.com

**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.,* | **Case No. 25-11897 (SHL)** |
| **Debtors.** | **Jointly Administered** |

---

## MEMORANDUM OF LAW IN SUPPORT OF MOTION OF AMEER FLIPPIN OF HARLEM PARK PARTNERS, INC. PURSUANT TO FEDERAL RULE 24 AND BANKRUPTCY RULE <u>7024 TO INTERVENE IN ADVERSARY PROCEEDING</u>

---

I, Ameer Flippin, CEO of Harlem Park Partners, Inc. (the "Movant"), by and through this

Memorandum of Law, respectfully submit this memorandum in support of the Motion to Intervene

(the "Motion").

### I. FACTUAL BACKGROUND

On August 29, 2025 (the "Petition Date"), Spirit Aviation Holdings, Inc., and its affiliated

debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United

States Code (the "Bankruptcy Code"). The Debtors are operating their businesses and managing

their property as debtors in possession. These cases are being jointly administered.

The Movant, the CEO Ameer Flippin of Harlem Park Partners, Inc., an investment advisory and

financial engineering firm, is an interested party in these Chapter 11 Cases. Presently, the case is

1

working through the post-bankruptcy Liquidation Sale of Assets where I, Ameer Flippin, have an interest in the

"Brand and Domain Name, Spirit Airlines, Spirit.com," which is categorized as "Other Assets." The

Movant's ability to protect its rights and interests is contingent on its direct participation in these

proceedings.

FTI Consulting and PJT Partners have refused to allow access to the data room holding the assets

needed to make a qualified decision and bid on the Brand Name, categorized as Other Assets.

## II. ARGUMENT

### A. LEGAL STANDARD FOR INTERVENTION

Federal Rule of Civil Procedure 24, as made applicable to bankruptcy cases by Federal Rule of

Bankruptcy Procedure 7024, governs intervention. Rule 24 provides for both interventions as of

right and permissive intervention. Intervention as of right is warranted when an applicant "claims an

interest relating to the property or transaction that is the subject of the action, and is so situated that

disposing of the action may as a practical matter impair or impede the movant's ability to protect its

interest, unless existing parties adequately represent that interest," Fed. R. Civ. P. 24(a)(2).

Permissive intervention may be granted when an applicant "has a claim or defense that shares with

the main action a common question of law or fact," Fed. R. Civ. P. 24(b)(1)(B). The Court, in its

discretion, may permit intervention, considering whether it will unduly delay or prejudice the

2

adjudication of the original parties' rights.

## B. THE MOVANT IS ENTITLED TO INTERVENE AS A MATTER OF RIGHT

The Movant satisfies the requirements for intervention as of right under Rule 24(a)(2) for the

following reasons:

The Movant has an Interest in the Subject Matter of this Case. The Movant's interest in placing a

Bid on the Brand Name considered Other Assets is direct, legally protectable, and related to the

property that is the subject of liquidation of these Chapter 11 Cases. The outcome of the Chapter 11

Cases, particularly any decisions affecting the liquidation of assets will have a direct and significant

impact on the Movant's future rights and obligations.

The Movant's Ability to Protect its Interest May be Impaired: Without intervention, the Movant's

ability to its interests may be impaired. The current parties in the case have their own interests and

agendas, which may not align with the Movant's specific interest in the liquidation of Other Assets.

Without a voice in the proceedings, I, Ameer Flippin, the Movant could be left without an effective

means to protect my position. My Interest as the Movant is Not Adequately Represented: My

interests as the Movant, a prospective holder of the Brand Name and Domain, are unique and

distinct from those of the existing parties, including the Debtors, the official committees, or other

creditors. No existing party has an interest in ensuring the successful Bidding for me as the

Movant. Therefore, my interest as the Movant cannot be adequately represented by the existing

parties.

3

## C. THE COURT SHOULD PERMIT THE MOVANT TO INTERVENE

In the alternative, the Court should grant me, Ameer Flippin, the Movant permissive intervention under Rule 24(b)(1)(B). My claim as the Movant regarding a "Bid for the Brand Name Spirit Airlines and the Spirit.com Domain" shares a common question of law and fact with the main Chapter 11 Cases. Allowing me, Ameer Flippin, the Movant to intervene will promote judicial efficiency and avoid a multiplicity of lawsuits. The intervention will not unduly delay or prejudice the original parties, as I, Ameer Flippin, the Movant am prepared to fully participate in the proceedings in a timely and cooperative manner.

## II.   CONCLUSION

For the foregoing reasons, the Movant, Ameer Flippin of Harlem Park Partners, Inc., respectfully requests that this Court grant the Motion to Intervene and grant such other and further relief as is just and proper.

San Francisco, CA
July 6th, 2026

Harlem Park Partners, Inc.
An Investment Advisory
& Financial Engineering Firm

By: */s/ Ameer Flippin*
Ameer Flippin
Harlem Park Partners, Inc.
650 California Street 7 Fl
San Francisco, CA 94108
Telephone (240)581.4693
AmeerFlippin@outlook.com

4

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.*, | **Case No. 25-11897 (SHL)** |
| **Debtors.** | **Jointly Administered** |

**[PROPOSED] ORDER**
**GRANTING MOTION TO INTERVENE**

Upon the Motion (the "Motion") of Ameer Flippin, CEO of Harlem Park Partners, Inc. (the "Movant"), Pro se, seeking an order pursuant to Federal Rule of Civil Procedure 24(a) and (b) and Federal Rule of Bankruptcy Procedure 7024 to intervene in the above-captioned Chapter 11 Cases; and the Court having reviewed the Motion and the record in these cases; and the Court finding that Movant has a direct, significant, and legally protectable interest in the subject matter of the Chapter 11 Cases and that such interest will not be adequately represented by the existing parties; and the Court further finding that granting the relief requested in the Motion is in the best interests of the Debtors' estates and creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Movant is hereby granted intervenor status in the Chapter 11 Cases for all purposes, including, but not limited to, the right to file pleadings, notices, and motions, attend hearings, and receive service of all documents filed in these cases.

3. The Court retains jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2026           _____
White Plains, New York                         THE HONORABLE
                                                              SEAN H. LANE,
                                                              UNITED STATES
                                                              BANKRUPTCY JUDGE

5

 Outlook

---

## Letter of Consent Inquiry on Bid for Brand Name Assets of Spirit Airlines

---

**From** Ameer Flippin <ameerflippin@outlook.com>

**Date** Fri 6/26/2026 2:40 PM

**To** SOAR - Assets WG <soar_assets_wg@pjtpartners.com>; Tom Higbie <higbie@pjtpartners.com>; dan.wikel@fticonsulting.com <dan.wikel@fticonsulting.com>; Vince Garcia <vince.garcia@pjtpartners.com>; soar@pjtpartners.com <soar@pjtpartners.com>; Darren Klein <darren.klein@davispolk.com>

📎 2 attachments (556 KB)
Letter of Consent to Bid on Brand Name Assets to be Filed by Ameer Flippin.pdf; final Bid Application for Ex Parte Relief Ex Parte Notice and Motion Only to Become an Alternative Bid Harlem Park Partners, Inc. NYSB 25011897 Only.pdf;

Dear PJT Partners and FTI Consulting,

Attn: Dan Wikel, Marc Balbao, and Soar Assets

Please find attached  a Letter of Consent Inquiry, Notice of and Motion to Intervene in the Spirit Airlines Bankruptcy Case.

A Memorandum in Support Thereof and a Proposed Order will be forwarded in the near future.

Ameer Flippin
Harlem Park Partners, Inc.
1.240.581.4693

 Powered by HubSpot.

On Thu, Jun 25, 2026 at 2:45 PM, Ameer Flippin <ameerflippin@outlook.com> wrote:

> June 25th, 2026
>
> HARLEM PARK PARTNERS, INC.
> Ameer Flippin, CEO
> 650 California St. 7 Fl
> San Francisco, CA 94108
> Telephone: (240) 581-4693
> AmeerFlippin@Outlook.com
> *Pro se Interested Party as sole*
> *shareholder of Harlem Park Partners, Inc.,*
> *an Investment Advisory & Financial Engineering Firm*
>
> To: PJT Partners LP
> 280 Park Avenue
> New York, New York 10017
> Attn:soar@pjtpartners.com
>
> FTI Consulting, Inc.
> 155 North Wacker

Chicago, IL 60606, USA
Attn: Dan Wikel (dan.wikel@fticonsulting.com)
Marc Bilbao (marc.bilbao@fticonsulting.com)
David Fowkes (david.fowkes@fticapitaladvisors.com).

Subject: Request for Meet and Confer: Alternative Bid Strategy and Stalking Horse Proposal for Spirit Airlines Assets

To PJT Partners and FTI Consulting,

I, *Ameer Flippin*, CEO of Harlem Park Partners, Inc. respectfully request a "Meet and Confer Meeting" to present a comprehensive alternative bid strategy regarding the Spirit Airlines estate.

I, *Ameer Flippin*, propose that our approach be implemented as an *"Alternative Bid Strategy"* pending any failure in the current bidding strategy followed by and during an auction. Additionally, Harlem Park Partners, Inc. is prepared to become the Stalking Horse in any instance where there is consideration of this alternative bid for assets.

Our firm has developed a dual-spectrum framework designed to maximize the value of the estate while providing a viable path forward for stakeholders:

- **Targeted Intangible Acquisition:**

On one end of the spectrum, I, Ameer Flippin, CEO of Harlem Park Partners, Inc. would like to Motion the court to Bid on only the Name Brand Assets of "Spirit Airlines, Spirit.com". I have requested access to the Data Room. However, PJT Partners and FTI Consulting have not consented to allowing access to the data as of June 25th, 2026. Under this structure, we will not challenge bids on other assets.

- **Collaborative Relaunch of the Legacy Brand:**

On the other end of the spectrum and in consideration of the interest in assets by other parties, I, Ameer Flippin of Harlem Park Partners, Inc. am prepared to join any other interested party in helping relaunch the legacy name brand *"Spirit Airlines"* via a new corporate entity, possibly under the name of *"Spirit Lux Air."* The relaunch would be post-liquidation of assets and not considered a restructuring. This venture would be primarily focused on laying a foundation for *"Spirit Lux Air"* to become an online global travel brand for 1-to-2 years prior to the legacy brand flying again under a new corporate entity.

In order to execute the collaborative relaunch, I am prepared to Motion the Court to allocate the approximate *$583 Million* in remaining cash to a trust. This figure is supported by the *GLOBAL NOTES AND STATEMENT OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE MONTHLY OPERATING REPORT FOR MAY 2026*, filed on June 24th, 2026.

The assets of the trust can possibly act as a bankruptcy remote asset to support an alternative IPO of the new *Spirit Lux Air* Brand. Through this *Special Purpose Vehicle (SPV)* mechanism strategy, shares of stock can be allocated to DIP Investors and former shareholders in an effort to recoup losses from prior transactions over the past 5 years where capital was raised.

The transaction can possibly be structured where the remaining $583 Million Trust can possibly act as collateral for the newly formed corporate entity *"Spirit Lux Air"* ultimately laying the foundation to be well capitalized at over $1 Billion in Debt and Equity.

A key factor in the success of this strategy is that under the newly deregulated securities laws and regulations of the SEC, *a pre-revenue startup company can IPO by registering an offering and become*

*publicly held in the OTCMarkets.com* environment. Additionally, the stock does not necessarily have to be traded by market makers where the corporation maintains and sets the stock price which is not necessarily indicative of the value of the stock.

Our macro-economic strategy is to chase 1% Market Share Globally (approx. $6.897 Billion) without flying as an online brand for 1-2 years, where the stock will already be trading in the *OTCMarkets.com* environment. According to AlliedMarketResearch.com, the *"Travel Market Sector"* had a Global Market Capitalization of *$689.7 Billion* in 2021 with a *CAGR of 9.5%* and is expected to have a Market Capitalization of *$2,095 Billion* by 2031. Operating under this model, the new *"Spirit Lux Air"* brand will rebuild the legacy brand's infrastructure by taking advantage of the spread on the retail supply chain in business-2-business  transactions.

I look forward to any opportunity in scheduling a time for a *"Meet and Confer Meeting"* to discuss how this strategy can benefit the estate, its creditors, and its former shareholders.

NOTE: Ameer Flippin related Spirit Airlines Bkrtcy. Filings attached

Respectfully submitted,

*/s/ Ameer Flippin*

Ameer Flippin
HARLEM PARK PARTNERS, INC.
650 California St. 7 Fl
San Francisco, CA 94108
Telephone: (240) 581-4693
AmeerFlippin@Outlook.com

*Pro se Interested Party as sole*
*shareholder of Harlem Park Partners, Inc.,*
*an Investment Advisory & Financial Engineering Firm*

Powered by HubSpot.

## LETTER OF CONSENT

June 26th, 2026

To: PJT Partners LP
280 Park Avenue
New York, New York 10017
Attn:soar@pjtpartners.com

FTI Consulting, Inc.
155 North Wacker
Chicago, IL 60606, USA
Attn: Dan Wikel
dan.wikel@fticonsulting.com
Marc Bilbao
marc.bilbao@fticonsulting.com
David Fowkes
david.fowkes@fticapitaladvisors.com

    In re: Spirit Aviation Holdings, Inc.
        Chapter 11 Bankruptcy

Dear PJT Partners, FTI Consulting, Inc., legal counsel for Debtors, and All Interested Parties,

I, *Ameer Flippin*, the CEO of *Harlem Park Partners, Inc.*, as an interested third party, would like to inquire about *Consent or Non-Consent* in the matter of Spirit Aviation Holdings*, Inc., Chapter 11 Liquidation case,* to the filing of the items below:

1. An *Emergency Ex-Parte Notice of and Motion to Intervene* as an interested third party to Bid on Name Brand Spirit Airlines, (Spirit.com) Assets.

Please reply with an answer of *Consent or Non-Consent* to the above matter before Monday, June 29th*, 2026.*

In the alternative of a non-response by Interested Parties by phone or email will be construed as *Non-consent*.

        Respectfully submitted,

        */s/ Ameer Flippin*

        Ameer Flippin
        HarlemParkPartners.com
        Harlem Park Partners, Inc.
        CIK #: 0002001926
        San Francisco, CA 94109
        AmeerFlippin@Outlook.com
        1.240.581.4693

2

 Outlook

## Notice of and Motion to Intervene Bid for Brand Name Assets of Spirit Airlines

**From** Ameer Flippin <ameerflippin@outlook.com>

**Date** Mon 7/6/2026 4:28 PM

**To**    SOAR - Assets WG <soar_assets_wg@pjtpartners.com>; Tom Higbie <higbie@pjtpartners.com>;
        dan.wikel@fticonsulting.com <dan.wikel@fticonsulting.com>; Vince Garcia <vince.garcia@pjtpartners.com>;
        soar@pjtpartners.com <soar@pjtpartners.com>; Darren Klein <darren.klein@davispolk.com>

 1 attachment (596 KB)

merged final 4 Ex Parte Relief on Bid App Ex Parte Notice and Motion Only to Become an Alternative Bid Harlem Park Partners,
Inc. NYSB 25011897.pdf;

Dear PJT Partners and FTI Consulting,

Attn: Dan Wikel, Marc Balbao, and Soar Assets

Please find attached a final Notice of and Motion to Intervene, eclaration, Memorandum in Support
Thereof and a Proposed Order in the Spirit Airlines Bankruptcy Case.


Ameer Flippin
Harlem Park Partners, Inc.
**1.240.581.4693**

 Powered by HubSpot.

On Fri, Jun 26, 2026 at 5:40 PM, Ameer Flippin <ameerflippin@outlook.com> wrote:
> Dear PJT Partners and FTI Consulting,
>
> Attn: Dan Wikel, Marc Balbao, and Soar Assets
>
> Please find attached  a Letter of Consent Inquiry, Notice of and Motion to Intervene in the Spirit
> Airlines Bankruptcy Case.
>
> A Memorandum in Support Thereof and a Proposed Order will be forwarded in the near future.
>
> Ameer Flippin
> Harlem Park Partners, Inc.
> 1.240.581.4693
>
> Powered by HubSpot.

On Thu, Jun 25, 2026 at 2:45 PM, Ameer Flippin <ameerflippin@outlook.com> wrote:
> June 25th, 2026
>
>
> HARLEM PARK PARTNERS, INC.

7/6/26, 4:28 PM · 25-11897-shl    Doc 1272    Filed 07/06/26 · Sent Items-Ameer Flippin-Outlook · Entered 07/07/26 09:10:06    Main Document

Pg 20 of 21

Ameer Flippin, CEO
650 California St. 7 Fl
San Francisco, CA 94108
Telephone: (240) 581-4693
AmeerFlippin@Outlook.com
*Pro se Interested Party as sole*
*shareholder of Harlem Park Partners, Inc.,*
*an Investment Advisory & Financial Engineering Firm*

To: PJT Partners LP
280 Park Avenue
New York, New York 10017
Attn:soar@pjtpartners.com

FTI Consulting, Inc.
155 North Wacker
Chicago, IL 60606, USA
Attn: Dan Wikel (dan.wikel@fticonsulting.com)
Marc Bilbao (marc.bilbao@fticonsulting.com)
David Fowkes (david.fowkes@fticapitaladvisors.com).

Subject: Request for Meet and Confer: Alternative Bid Strategy and Stalking Horse Proposal for Spirit Airlines Assets

To PJT Partners and FTI Consulting,

I, *Ameer Flippin*, CEO of Harlem Park Partners, Inc. respectfully request a "Meet and Confer Meeting" to present a comprehensive alternative bid strategy regarding the Spirit Airlines estate.

I, *Ameer Flippin*, propose that our approach be implemented as an *"Alternative Bid Strategy"* pending any failure in the current bidding strategy followed by and during an auction. Additionally, Harlem Park Partners, Inc. is prepared to become the Stalking Horse in any instance where there is consideration of this alternative bid for assets.

Our firm has developed a dual-spectrum framework designed to maximize the value of the estate while providing a viable path forward for stakeholders:

- **Targeted Intangible Acquisition:**

On one end of the spectrum, I, Ameer Flippin, CEO of Harlem Park Partners, Inc. would like to Motion the court to Bid on only the Name Brand Assets of "Spirit Airlines, Spirit.com". I have requested access to the Data Room. However, PJT Partners and FTI Consulting have not consented to allowing access to the data as of June 25th, 2026. Under this structure, we will not challenge bids on other assets.

- **Collaborative Relaunch of the Legacy Brand:**

On the other end of the spectrum and in consideration of the interest in assets by other parties, I, Ameer Flippin of Harlem Park Partners, Inc. am prepared to join any other interested party in helping relaunch the legacy name brand *"Spirit Airlines"* via a new corporate entity, possibly under the name of *"Spirit Lux Air."* The relaunch would be post-liquidation of assets and not considered a restructuring. This venture would be primarily focused on laying a foundation for *"Spirit Lux Air"* to become an online global travel brand for 1-to-2 years prior to the legacy brand flying again under a new corporate entity.

7/6/26, 4:28 PM · 25-11897-shl    Doc 1272    Filed 07/06/26 · Sent Items - Ameer Flippin - Outlook · Entered 07/07/26 09:10:06    Main Document

Pg 21 of 21

In order to execute the collaborative relaunch, I am prepared to Motion the Court to allocate the approximate *$583 Million* in remaining cash to a trust. This figure is supported by the *GLOBAL NOTES AND STATEMENT OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE MONTHLY OPERATING REPORT FOR MAY 2026*, filed on June 24th, 2026.

The assets of the trust can possibly act as a bankruptcy remote asset to support an alternative IPO of the new *Spirit Lux Air* Brand. Through this *Special Purpose Vehicle (SPV)* mechanism strategy, shares of stock can be allocated to DIP Investors and former shareholders in an effort to recoup losses from prior transactions over the past 5 years where capital was raised.

The transaction can possibly be structured where the remaining $583 Million Trust can possibly act as collateral for the newly formed corporate entity *"Spirit Lux Air"* ultimately laying the foundation to be well capitalized at over $1 Billion in Debt and Equity.

A key factor in the success of this strategy is that under the newly deregulated securities laws and regulations of the SEC, *a pre-revenue startup company can IPO by registering an offering and become publicly held in the OTCMarkets.com* environment. Additionally, the stock does not necessarily have to be traded by market makers where the corporation maintains and sets the stock price which is not necessarily indicative of the value of the stock.

Our macro-economic strategy is to chase 1% Market Share Globally (approx. $6.897 Billion) without flying as an online brand for 1-2 years, where the stock will already be trading in the *OTCMarkets.com* environment. According to AlliedMarketResearch.com, the *"Travel Market Sector"* had a Global Market Capitalization of *$689.7 Billion* in 2021 with a *CAGR of 9.5%* and is expected to have a Market Capitalization of *$2,095 Billion* by 2031. Operating under this model, the new *"Spirit Lux Air"* brand will rebuild the legacy brand's infrastructure by taking advantage of the spread on the retail supply chain in business-2-business  transactions.

I look forward to any opportunity in scheduling a time for a *"Meet and Confer Meeting"* to discuss how this strategy can benefit the estate, its creditors, and its former shareholders.

NOTE: Ameer Flippin related Spirit Airlines Bkrtcy. Filings attached

Respectfully submitted,

*/s/ Ameer Flippin*

Ameer Flippin
HARLEM PARK PARTNERS, INC.
650 California St. 7 Fl
San Francisco, CA 94108
Telephone: (240) 581-4693
AmeerFlippin@Outlook.com

*Pro se Interested Party as sole*
*shareholder of Harlem Park Partners, Inc.,*
*an Investment Advisory & Financial Engineering Firm*

 Powered by HubSpot.