

OVO Structured Capital SPC Ltd.
Jayla Place, Wickham's Cay I
Road Town, Tortola VG1110
British Virgin Islands

20 July 2026

Florida Air Express Airlines Inc.
c/o Williamson Valley Acres LLC
8711 E. Pinnacle Road
Suite 133
Scottsdale, Arizona 85255

Virgil Hobbs -Partner

## Indicative Transaction Summary

| Item | Indicative Information |
|---|---|
| Proposed Purchaser | Florida Air Express Airlines Inc. |
| Institutional Capital Arranger | OVO Structured Capital SPC Ltd. |
| Purpose | Arrangement of institutional financing in support of the proposed acquisition of selected Spirit Airlines assets. |
| Indicative Financing Size | US$5,000,000,000 (subject to definitive documentation and customary transaction adjustments). |
| Financing Structure | Institutional structured capital transaction. |
| Capital Formation Status | Active. |
| Current Activities | Transaction structuring, financing architecture, institutional due diligence, preparation of definitive transaction documentation and institutional capital formation activities. |
| Definitive Documentation | Under preparation. |
| Conditions | Subject to completion of due diligence, execution of definitive transaction documentation, institutional approvals and customary conditions precedent. |
| Binding Effect | This Term Sheet is indicative only and does not constitute a legally binding commitment to provide financing. |

OVO Structured Capital SPC Ltd.
Jayla Place, Wickham's Cay I
Road Town, Tortola VG1110
British Virgin Islands

## Statement of Institutional Capital Formation

This Indicative Institutional Financing Term Sheet has been prepared at the request of the proposed purchaser for the sole purpose of evidencing that an institutional financing process has been initiated in support of the proposed acquisition of selected Spirit Airlines assets.

OVO Structured Capital SPC Ltd. has been engaged as Institutional Capital Arranger to structure, coordinate and arrange the institutional financing in connection with the proposed acquisition. This Term Sheet summarises the institutional financing framework currently being implemented and confirms that a disciplined institutional capital formation process has commenced.

Acting solely in its capacity as Institutional Capital Arranger, OVO Structured Capital SPC Ltd. is responsible for coordinating the institutional capital formation process, facilitating transaction structuring, engaging the appropriate professional advisers and institutional participants, and progressing the proposed financing toward financial close through completion of due diligence, definitive transaction documentation, institutional approvals and customary closing conditions.

The proposed financing is being structured as an institutional capital transaction consistent with the commercial objectives of the proposed purchaser. **Except as expressly disclosed in this** Term Sheet, the principal commercial terms of the proposed financing, including the financing structure, pricing, transaction documentation, institutional arrangements and related commercial matters, remain confidential between the parties and are intentionally omitted from this Term Sheet.

This Term Sheet is provided solely to evidence that the proposed purchaser has engaged a professional Institutional Capital Arranger and that a structured institutional financing process is actively progressing in support of the contemplated acquisition. It is not intended to disclose confidential commercial terms or proprietary transaction structures, nor should it be construed as a legally binding commitment to provide financing or as modifying or superseding any definitive transaction documentation that may subsequently be executed by the parties.

Kind regards,

Marvin E. Bush

Founder & CEO
OVO Structured Capital SPC Ltd.