

# FLORIDA AIR EXPRESS AIRLINES INC.

*The Flagship Air Carrier of Florida*

---

## SPIRIT AIRLINES OPERATIONAL ASSET ACQUISITION

*Enterprise Valuation & Strategic Investment Analysis*

---

Spanish Main International Airlines & Companies Inc.
dba Florida Air Express Airlines Inc. (FAE)
Palm Beach International Airport (PBI) • West Palm Beach, Florida

CONFIDENTIAL • FOR ACCREDITED INVESTORS ONLY • JUNE 2026

# Executive Summary

## A Once-in-a-Generation Acquisition Opportunity for Florida Aviation

Florida Air Express Airlines Inc. (FAE), the planned Flagship Air Carrier of Florida operating under the authority of Spanish Main International Airlines & Companies Inc. (SMIA), has identified a transformative acquisition opportunity: the distressed operational assets of Spirit Airlines, currently in Chapter 11 liquidation proceedings in the U.S. Bankruptcy Court for the Southern District of New York.

Spirit Airlines ceased all flight operations on May 2, 2026, following a second Chapter 11 filing in August 2025. With $8.6 billion in assets against $8.1 billion in debt and no remaining path to reorganization, Spirit is now conducting an orderly liquidation of its fleet, airport infrastructure, maintenance facilities, and ancillary assets.

For FAE — a zero-debt, de novo New Entrant Air Carrier holding a Certificate of Public Convenience and Necessity and Route Authority under Presidential Executive Order (August 3, 1980) — this liquidation presents a singular opportunity to acquire, at distressed pricing, precisely the operational infrastructure required to launch at scale as Florida's dominant Ultra Low-Cost Carrier (ULCC).

| $887M–$1.4B | $1.5B–$3.0B | 4x–10x | 20–37 |
|---|---|---|---|
| Estimated Hard Asset Value to FAE | Pro Forma Enterprise Value at Maturity | Capital Leverage on $100M–$250M Raise | Acquirable Owned Airbus Narrowbodies |

# Key Investment Highlights

- **Distressed Pricing Advantage:** Spirit's court-supervised liquidation makes assets available at a fraction of replacement cost, with no goodwill or going-concern premium.
- **Perfectly Matched Florida Footprint:** Spirit's hub gates at FLL, MCO, TPA and MIA align precisely with FAE's planned hub network, enabling immediate operational deployment.
- **Coveted Slot Portfolio:** LaGuardia (LGA) and Newark (EWR) slots valued at $86.7M+ provide immediate access to the highest-value air traffic corridors in the United States.
- **Type-Certified Workforce:** Spirit's experienced A320-family pilot and maintenance workforce eliminates years of training pipeline bottlenecks that confront new entrant carriers.
- **Zero Debt Acquirer:** SMIA carries zero legacy debt, positioning FAE as a uniquely clean balance sheet buyer in a field of financially stressed potential acquirers.
- **Scarcity Premium:** Global Airbus A320neo delivery delays of 3–5 years mean Spirit's modern narrowbody fleet commands a significant market premium over list order pricing.

# Florida Air Express Airlines — Fleet Identity

### Airbus A320neo Family | Three Livery Concepts

Florida Air Express will operate an all-Airbus A320 family fleet, reflecting the same aircraft type as the Spirit Airlines assets targeted for acquisition. The transition from Spirit yellow to FAE Navy and Gold represents not merely a repainting but a complete reinvention — from distressed ULCC to Florida's flagship carrier.



*FAE Livery Concept A — Navy, White & Gold "Connecting Florida to the World"*



*FAE Livery Concept B — Full Navy & Gold "The Flagship of Florida"*



*FAE Livery Concept C — Teal, White & Gold | "Connecting Florida"*

All three livery concepts utilize FAE's signature color palette of Navy Blue (#0A1E3C) and Champagne Gold (#C9A84C), with the iconic Florida palm tree tail motif. Upon fleet delivery, aircraft will be configured in a dual-class layout for premium and value passengers, distinguishing FAE from Spirit's legacy ultra-low-cost single-class model.

# Spirit Airlines Asset Base

## Quantified Liquidation Values — U.S. Bankruptcy Court Filings (2026)

Spirit entered wind-down on May 2, 2026 with a court-filed liquidation analysis providing the following asset valuations. These represent the acquirable base from which FAE has structured its targeted acquisition proposal.

| Asset Category | Court Valuation | Ownership Status | FAE Priority |
|---|---|---|---|
| **Aircraft & Engines (owned fleet)** | ~$1.30 Billion | 57 owned A320/A321s | CRITICAL |
| **Spare Parts Inventory** | ~$167 Million | FAE-acquirable | HIGH |
| **LaGuardia Airport Slots** | ~$86.7 Million | FAA-assigned slots | HIGH |
| **Buildings, Land & Equipment** | ~$154 Million | South FL facilities | HIGH |
| **Fort Lauderdale Gate Portfolio** | Market Premium | Leasehold interests | CRITICAL |
| **Orlando (MCO) Gate Portfolio** | Market Premium | Leasehold interests | CRITICAL |
| **EWR/Newark Slot Portfolio** | Premium Estimate | FAA-assigned slots | MEDIUM |
| **Experienced A320 Workforce** | Unquantified | 11,200 at filing | HIGH |
| **TOTAL HARD ASSET VALUE** | **~$1.70 Billion** | **Gross Liquidation Est.** | **FAE TARGET RANGE** |

# Fleet Breakdown at Wind-Down

| Aircraft Type | Total Fleet | Owned | Leased | FAE Acquirable |
|---|---|---|---|---|
| **Airbus A320-200** | 30 | ~15 | ~15 | 10–15 units |
| **Airbus A321-200** | 27 | ~12 | ~15 | 8–12 units |
| **Airbus A320neo / A321neo** | ~40–60 | Minimal | Most | Via Lessor Negotiation |
| **Spare Engines** | 18 engines | Owned | — | 10–18 units |
| **TARGETED ACQUISITION TOTAL** | **20–37 Owned Aircraft** | **+18 Engines** | **+Parts** | **$600M–$950M Value** |

# FAE Pro Forma Enterprise Valuation

## Post-Acquisition Transformation of SMIA/FAE from Development Stage to Full Carrier

The following analysis quantifies the value transformation that a successful Spirit asset acquisition would create for SMIA/FAE, benchmarked against comparable ULCC peer valuations and FAE's targeted capital raise structure.

| **$0** SMIA Current Long-Term Debt | **20–37** Targeted Airbus Aircaft to Acquire | **5 Hubs** PBI, MCO, JAX, TPA & MIA | **$250M** Reg D Rule 506(c) Capital Raise Target |
|---|---|---|---|

| Value Component | Conservative | Base Case | Optimistic |
|---|---|---|---|
| **Owned Aircraft (20–37 A320/A321)** | $600M | $750M | $900M |
| **Spare Engines (10–18 units)** | $80M | $120M | $167M |
| **Aircraft Parts Inventory** | $80M | $120M | $167M |
| **Florida Gate Portfolio (FLL/MCO/TPA)** | $50M | $75M | $100M |
| **LGA/EWR Slot Portfolio** | $87M | $110M | $150M |
| **MRO Facility (South Florida)** | $50M | $62M | $75M |
| **TOTAL HARD ASSET VALUE** | $947M | $1.237B | $1.559B |
| **Going-Concern Enterprise Value (Yr 3–5)** | **$1.5B** | **$2.0B** | **$3.0B** |

# Capital Leverage Analysis

The transformative power of the Spirit acquisition relative to FAE's Reg D capital raise is illustrated below. Investor capital converts directly into hard aviation assets worth multiples of the invested amount:

| Capital Raise Scenario | Raise Amount | Asset Value Acquired | Leverage Multiple |
|---|---|---|---|
| **Minimum (Base Reg D)** | $100 Million | $400M–$600M | 4x – 6x |
| **Mid-Range Target** | $175 Million | $700M–$1.0B | 4x – 6x |
| **Maximum (Full Reg D)** | $250 Million | $950M–$1.4B | 4x – 6x |
| **POST-ACQUISITION FAE EQUITY VALUE** | — | **$1.5B – $3.0B** | **10x – 30x (Yr 5)** |

# Peer Valuation Benchmarks

## ULCC Comparable Airline Enterprise Valuations — Industry Reference

FAE's post-acquisition enterprise value trajectory is benchmarked against publicly traded and independently valued Ultra Low-Cost and Leisure carriers operating comparable Airbus narrowbody fleets in overlapping U.S. markets:

| Airline | Fleet Size | Aircraft Type | Valuation | Notes |
|---|---|---|---|---|
| Frontier Airlines | ~120 aircraft | A320 Family | $1.5B – $2.0B | 2022 IPO Attempt Benchmark |
| Allegiant Air | ~100 aircraft | A320 Family | $1.5B – $3.5B | Leisure-Focused ULCC |
| Sun Country Airlines | ~50 aircraft | 737 Family | $500M – $800M | Hybrid Leisure/Charter |
| Spirit Airlines (Peak) | ~200 aircraft | A320 Family | $3.8B | JetBlue Acquisition Offer |
| FAE (Conservative, Yr 3–5) | 30–50 aircraft | A320 Family | $1.5B – $3.0B | Post-Acquisition Projection |

# Strategic Competitive Advantages

- **First-Mover Position:** FAE is uniquely positioned as a Florida-domiciled, zero-debt buyer. Major carriers (American, United, Delta) face regulatory scrutiny on slot/gate acquisitions; FAE as a New Entrant faces no such headwinds.
- **Route Authority:** SMIA holds a Certificate of Public Convenience and Necessity with Route Authority granted by Presidential Executive Order under the Airline Deregulation Act of 1978, conferring de novo New Entrant Air Carrier status — an extraordinarily rare and valuable regulatory position.
- **Florida Market Dominance:** With 23+ million residents, 140+ million annual visitors, and 8 major commercial airports, Florida is the world's most underserved major aviation market for a dedicated home-state flagship carrier.
- **Caribbean & Latin America Gateway:** FAE's planned international routes to 25+ Caribbean and Latin American destinations leverage South Florida's unique geographic and demographic position as the natural gateway to the Americas.
- **Transatlantic Growth:** The A321XLR, central to FAE's long-haul strategy, opens non-stop service to London Gatwick, Buenos Aires, Sao Paulo, Lima, and Bogota — markets with unmet demand from Florida origin points.

# Acquisition Strategy & Transaction Structure

### SMIA/FAE Court-Based Acquisition Proposal — SDNY Bankruptcy Proceeding

FAE has engaged the Spirit Airlines bankruptcy proceedings through formal channels, including a merger/acquisition proposal submitted to Spirit creditors and shareholders structured around a share-swap mechanism converting distressed claims into SMIA equity. The acquisition strategy proceeds on three parallel tracks:

| TRACK 1 | TRACK 2 | TRACK 3 |
|---|---|---|
| **Court-Supervised Asset Purchase** | **Share-Swap Merger Proposal** | **Direct Lessor Negotiations** |
| Bid on owned aircraft, spare engines, parts, and MRO facilities through the court auction process. Acquire Florida gate leaseholds and LGA/EWR slots through court-approved sales. | Convert distressed Spirit creditor claims into SMIA equity through a structured share-swap, positioning FAE as successor in interest to Spirit's route authority and brand equity. | Negotiate directly with AerCap, SMBC, and Jackson Square Aviation for assumption of select A320neo/A321neo leases on favorable post-bankruptcy terms, expanding the fleet beyond owned units. |

# Use of Capital — Reg D Raise Allocation

| Use of Capital | Allocation | Amount (Base $175M Raise) |
|---|---|---|
| **Aircraft Acquisition (Owned Spirit Fleet)** | 40% | $70 Million |
| **Spare Engines & Parts Inventory** | 12% | $21 Million |
| **Gate & Slot Acquisition (FLL/MCO/LGA)** | 15% | $26.25 Million |
| **FAA Air Carrier Certification & Operating Costs** | 10% | $17.5 Million |
| **MRO Facility Build-Out & Equipment** | 8% | $14 Million |
| **Crew Hiring, Training & Type Rating** | 7% | $12.25 Million |
| **Working Capital & Reserves** | 8% | $14 Million |
| **TOTAL** | **100%** | **$175 Million** |

25-11097-chb Doc 1369-2 Filed 07/20/26 Entered 07/21/26 15:28:34 Exhibit B
FAEs Acquisition Valuation of Spirits Operations Assets Pg 8 of 11

# Route Network & Growth Strategy

## Intra-Florida | Caribbean | Latin America | Transatlantic

Florida Air Express is designed as a multi-segment carrier with differentiated market positioning across four route categories, leveraging Spirit's Florida gate infrastructure as the foundation for a uniquely comprehensive Florida network:

| PHASE 1 Years 1–2 | PHASE 2 Years 2–3 | PHASE 3 Years 3–5 |
|---|---|---|
| Intra-Florida Hub Network PBI ↔ MCO ↔ TPA MIA ↔ JAX ↔ FLL Target: 8–12 aircraft 4M+ annual passengers | Caribbean & Bahamas Nassau, Montego Bay, San Juan, St. Thomas, Aruba, Curacao, Cancun Target: 18–22 aircraft 7M+ annual passengers | Latin America & Transatlantic London Gatwick, Buenos Aires, Sao Paulo, Lima, Bogota, Mexico City, Havana Target: 30–50 aircraft 12M+ annual passengers |

# Financial Projections Overview

| Metric | Year 1 | Year 2 | Year 3 | Year 5 |
|---|---|---|---|---|
| Fleet (Operating Aircraft) | 8–12 | 18–22 | 28–35 | 45–55 |
| Annual Passengers (M) | 2.0–3.5M | 4.5–7.0M | 8.0–12.0M | 15.0–22.0M |
| Estimated Revenue | $180–$350M | $450–$700M | $800M–$1.2B | $1.5B–$2.5B |
| Adj. EBITDAR Margin (Target) | 12–15% | 15–18% | 18–22% | 20–25% |
| Enterprise Value (EV) Estimate | $500M–$800M | $900M–$1.4B | $1.5B–$2.2B | $2.0B–$3.0B |

# Leadership & Institutional Heritage

## LeRoy Gillead II, Founder & Principal — Spanish Main International Airlines & Companies Inc.

Florida Air Express is led by LeRoy Gillead II, whose aviation career spans nearly five decades from the original CAB application for Spanish Main International Airlines in 1978 through the present Regulation D capital raise. Mr. Gillead brings an extraordinary convergence of aviation regulatory expertise, Wall Street finance experience, and a founding legacy rooted in the post-war denial of commercial airline employment to the Tuskegee Airmen.

| Background | Details |
|---|---|
| Aviation Regulatory Authority | CAB Application filed 1978; Certificate of Public Convenience & Necessity with Route Authority granted by Presidential Executive Order, August 3, 1980 under the Airline Deregulation Act of 1978. Confers de novo New Entrant Air Carrier status — zero legacy debt, unencumbered route authority. |
| Wall Street Finance | First National City Bank / Citibank; Salomon Brothers. Deep institutional capital markets expertise directly applicable to Reg D structuring, investor relations, and post-acquisition debt capital markets. |
| Broadcasting & FCC | FCC-licensed radio and television broadcasting operations engineering. Expertise in federally regulated communications infrastructure parallels FAA/DOT regulatory environment. |
| Military Service | United States Army. Disciplined operational leadership culture foundational to FAA Part 121 Air Carrier safety culture requirements. |
| Madison Avenue Advertising | Brand development experience central to FAE's positioning as "The Flagship Air Carrier of Florida" and the premium-over-ULCC marketing differentiation strategy. |
| Academic Formation | Bishop College; New York University; Lehman College; Fordham University School of Law. Legal and analytical framework for complex aviation regulatory and transactional work. |
| Tuskegee Airmen Legacy | Son of Lt. LeRoy F. Gillead, Distinguished Original Tuskegee Airman (DOTA), Commanding Officer, 617th Bomber Squadron, 477th Bombardment Group. Life Member (Heritage), Tuskegee Airmen Inc. Founding Director, Tuskegee Airmen Foundation Inc. FAE's founding mission is rooted in fulfilling the commercial aviation legacy denied to the Tuskegee Airmen post-World War II. |

# Risk Factors

- **Bankruptcy Court Process Risk:** Asset acquisitions through Chapter 11 proceedings are subject to court approval, competing bids, and creditor committee objections. There is no assurance that FAE will be the successful bidder on any specific asset class.

- **Capital Raise Risk:** FAE's acquisition strategy is conditioned upon successful completion of the Regulation D Rule 506(c) offering. Failure to raise sufficient capital within required timelines may limit the scope of acquirable assets.

- **FAA Air Carrier Certification:** Operation of Part 121 commercial air carrier service requires FAA Air Carrier Certification, which involves demonstrating management, operations, maintenance, and financial fitness. Timelines are subject to regulatory process.

- **Fuel Price Volatility:** As evidenced by Spirit's final wind-down, fuel price spikes represent an existential risk for ULCC operators. FAE's financial model incorporates hedging strategies and fuel-efficient A320neo fleet selection to mitigate this exposure.

- **Competitive Response:** Major U.S. carriers including American, United, Delta, Frontier, and JetBlue are also seeking to acquire Spirit assets. Competitive bidding may increase acquisition costs above distressed pricing targets.

- **Workforce Integration:** Assembly of an FAA-qualified Part 121 management team, flight operations, and maintenance organization involves regulatory, timeline, and labor market risks inherent to new air carrier launches.

- **Aircraft Delivery & Maintenance:** Acquired Spirit aircraft will require maintenance checks, interior reconfiguration, and FAA re-registration prior to revenue service. MRO timelines and costs may vary from projections.

# Legal Disclaimer

THIS PRESENTATION HAS BEEN PREPARED BY SPANISH MAIN INTERNATIONAL AIRLINES & COMPANIES INC. DBA FLORIDA AIR EXPRESS AIRLINES INC. ("FAE" or "SMIA") SOLELY FOR INFORMATIONAL PURPOSES AND FOR USE BY ACCREDITED INVESTORS AS DEFINED UNDER RULE 501 OF REGULATION D PROMULGATED UNDER THE SECURITIES ACT OF 1933, AS AMENDED. THIS DOCUMENT DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES. ANY SUCH OFFER WILL BE MADE ONLY THROUGH A FORMAL PRIVATE PLACEMENT MEMORANDUM (PPM) MEETING ALL APPLICABLE LEGAL REQUIREMENTS. THIS PRESENTATION CONTAINS FORWARD-LOOKING STATEMENTS, FINANCIAL PROJECTIONS, AND MARKET ESTIMATES THAT ARE INHERENTLY UNCERTAIN AND SUBJECT TO MATERIAL RISKS AND ASSUMPTIONS. ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE PROJECTED. PAST PERFORMANCE OF COMPARABLE COMPANIES IS NOT INDICATIVE OF FUTURE RESULTS. RECIPIENTS SHOULD CONDUCT THEIR OWN INDEPENDENT DUE DILIGENCE AND CONSULT WITH THEIR OWN LEGAL, FINANCIAL, AND TAX ADVISORS BEFORE MAKING ANY INVESTMENT DECISION. THIS DOCUMENT IS CONFIDENTIAL AND IS INTENDED SOLELY FOR THE NAMED RECIPIENT. REPRODUCTION OR DISTRIBUTION WITHOUT PRIOR WRITTEN CONSENT OF SMIA IS PROHIBITED. FAE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933 OR ANY STATE SECURITIES LAWS AND ARE OFFERED IN RELIANCE ON THE EXEMPTION FROM REGISTRATION PROVIDED BY REGULATION D, RULE 506(c). THIS PRESENTATION IS NOT TO BE CONSTRUED AS LEGAL OR FINANCIAL ADVICE. ALL SPIRIT AIRLINES ASSET VALUES AND COURT FILING DATA ARE SOURCED FROM PUBLICLY AVAILABLE BANKRUPTCY COURT RECORDS AND THIRD-PARTY ANALYSES AS OF MAY-JUNE 2026.

| CONTACT INFORMATION | INVESTOR RELATIONS |
|---|---|

25-11897-abl Doc 1369-2 Filed 07/20/26 Entered 07/21/26 15:28:24 Exhibit B FAEs Acquisition Valuation of Spirits Operations Assets Pg 11 of 11

LeRoy Gillead II, Founder & Principal Spanish Main International Airlines & Companies Inc. dba Florida Air Express Airlines Inc. Palm Beach International Airport (PBI) West Palm Beach, Florida

InvestorRelations@FloridaAirExpressAirlines.com Regulation D Rule 506(c) Offering Capital Target: $100M – $250M For Accredited Investors Only