**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**

**SPIRIT AVIATION HOLDINGS, INC., et al.,**
Debtors.

Chapter 11

Case No. **25-11897 (SHL)**

(Jointly Administered)

**OBJECTION OF AMEER FLIPPIN OF HARLEM PARK PARTNERS, INC. TO THE DEBTORS' NOTICE OF FILING OF REVISED TIMELINE IN CONNECTION WITH THE DEBTORS' BIDDING PROCEDURES MOTION**

NOW COMES Ameer Flippin of Harlem Park Partners, Inc. ("Movant" or "Objector"),

appearing *pro se* in the above-captioned bankruptcy cases, and files this Objection to the Debtors'

*Notice of Filing of Revised Timeline in Connection with the Debtors' Bidding Procedures Motion*

[ECF No. 1353] (the "Notice of Revised Timeline") on the following grounds:

**Background**

1. On June 22, 2026, the Court entered the *Order (I)(A) Approving Bidding Procedures for*

   *Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse*

   *Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s)*

   *to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of*

   *Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and*

   *Assignment Procedures* [ECF No. 1213] (the "Bidding Procedures Order").

1

2. On July 16, 2026, Movant filed the *Motion of Ameer Flippin of Harlem Park Partners, Inc. to Stay the Bid for Brand Name and Domain Name IP Assets* [ECF No. 1345] (the "First Motion").

3. On July 17, 2026, Movant filed the *Ex Parte Motion to Compel/Notice of and Motion to Compel PJT Partners and FTI Consulting to allow access to the data room and to accept a Bid for IP Assets* [ECF No. 1355] (the "Second Motion").

4. On July 18, 2026, the Debtors filed the Notice of Revised Timeline [ECF No. 1353], establishing a revised sale schedule for Bid Assets (other than Campus Properties, the Detroit Hangar, and Specified Spare Engines), including setting an "Other Bid Assets Final Bid Deadline" of **August 3, 2026, at 4:00 p.m. (ET)**, an Auction for **August 6, 2026, at 10:00 a.m. (ET)**, and a Sale Hearing for **August 12, 2026, at 10:00 a.m. (ET)**.

5. On July 20, 2026, Notice of Hearing [ECF No. 1364] was issued, formally scheduling a hearing on Movant's First Motion (Motion to Stay) [ECF No. 1345] and Second Motion (Motion to Compel) [ECF No. 1355] before the Honorable Judge Sean H. Lane on **August 12, 2026, at 11:00 a.m. (Prevailing Eastern Time)**.

**Objection to the Revised Timeline**

6. Movant objects to the Notice of Revised Timeline [ECF No. 1353] to the extent that it enforces an August 3, 2026 bid deadline for IP Assets and related Other Assets prior to the Court hearing and deciding Movant's pending Motion to Stay [ECF No. 1345] and Motion to Compel [ECF No. 1355].

2

7.  The August 3, 2026 bid deadline set forth in the Debtors' Notice of Revised Timeline prematurely forces the bid submission deadline and auction process (scheduled for August 6, 2026) to conclude prior to the August 12, 2026 hearing date scheduled by this Court to address data room access and the staying of IP asset bidding.

8.  Forcing bidders to submit final bids on August 3, 2026, while access to the data room remains actively disputed and subject to a pending Motion to Compel [ECF No. 1355], severely prejudices Movant and deprives prospective purchasers of full, fair, and equal access to critical operational and asset valuation data.

9.  Proceeding under the revised schedule set forth in ECF No. 1353 effectively renders Movant's Motion to Stay [ECF No. 1345] and Motion to Compel [ECF No. 1355] moot prior to the Court's scheduled August 12, 2026 hearing date, thereby depriving Movant of due process and administrative fairness.

10. To ensure a competitive, fair, and value-maximizing bidding process for the estate's IP Assets and related assets, the deadline for Other Assets and IP Assets must be paused and extended to a date after the Court rules upon the First Motion and Second Motion at the August 12, 2026 hearing.

3

## Prayer

**WHEREFORE, PREMISES CONSIDERED**, Movant respectfully requests that this Court

enter an order:

1. Sustaining this Objection;

2. Modifying or staying the Notice of Revised Timeline [ECF No. 1353] with respect to the August 3, 2026 bid deadline for IP Assets and related Other Assets;

3. Extending and pausing the bid deadline, auction, and sale timelines for such assets until a date following the Court's ruling at the August 12, 2026 hearing on Movant's Motion to Stay [ECF No. 1345] and Motion to Compel [ECF No. 1355]; and

4. Granting Movant such other and further relief as is just and proper.

5. I declare under "Penalty of Perjury" that the foregoing is true and correct to the best of my knowledge.

Dated: San Francisco, CA

July 22nd, 2026

**HARLEM PARK PARTNERS, INC.**
an Investment Advisory & Financial Engineering Firm

*/s/ Ameer Flippin*

Ameer Flippin
Harlem Park Partners, Inc.
650 California Street 7 Fl
San Francisco, CA 94108
Telephone: (240) 581-4693
AmeerFlippin@Outlook.com

4

DAVIS POLK & WARDWELL LLP                    **Re: ECF Nos. 1117, 1213**
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC.,** *et al.***,** | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

### NOTICE OF FILING OF REVISED TIMELINE IN CONNECTION WITH THE DEBTORS' BIDDING PROCEDURES MOTION

**PLEASE TAKE NOTICE** that, on June 22, 2026, the Court entered the *Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures* [ECF No. 1213] (the "**Bidding Procedures Order**") approving certain procedures (the "**Bidding Procedures**") attached as **Exhibit 1** thereto.[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures, the Debtors hereby file a revised schedule of certain dates and deadlines relating to the sale of Bid Assets (other than the Campus Properties, the Detroit Hangar, and certain spare engines[3]).

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752).  The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Bidding Procedures Order.

[3] Four V2527-A5 SelectTwo engines (ESNs 16331, 17601, 18653, and 18822) (the "**Specified Spare Engines**").

| Sale Timeline for Bid Assets (other than the Campus Properties, the Detroit Hangar, and the Specified Spare Engines) | |
|---|---|
| August 3, 2026 at 4:00 p.m. | Other Bid Assets Final Bid Deadline |
| August 6, 2026 at 10:00 a.m. | Auction (if any) to be held at the New York offices of Davis Polk & Wardwell LLP or such other place as the Debtors may notify all Participating Parties |
| August 7, 2026 | Target date for the Debtors to file with the Bankruptcy Court the Notice of Auction Results |
| August 10, 2026 at 4:00 p.m. | Deadline to object to the Sale Transaction to the Successful Bidder |
| August 12, 2026 at 10:00 a.m. | Hearing to consider approval of the Sale Transaction(s) and for entry of the Sale Order(s) |

**PLEASE TAKE FURTHER NOTICE** that nothing herein shall modify any dates or deadlines with respect to the Detroit Hangar and the Specified Spare Engines.

**PLEASE TAKE FURTHER NOTICE** that any timely filed and properly served Cure Objections timely filed and properly served in accordance with the Bidding Procedures Order, if not consensually resolved, will be heard by the Honorable Sean H. Lane, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") on August 12, 2026 at 11:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their rights to further modify, change or extend the dates and deadlines set forth in the Bidding Procedures and this notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures, this notice, and all other documents publicly filed in the Chapter 11 Cases can be accessed free of charge at https://dm.epiq11.com/SpiritAirlines.

Dated:    July 18, 2026
            New York, New York

DAVIS POLK & WARDWELL LLP

By:          */s/ Christopher S. Robertson*
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson
*Counsel to the Debtors and Debtors in Possession*