# Exhibit "A"

**DYKEMA GOSSETT PLLC**

Deborah D. Williamson
Texas Bar No. 21617500 (*Pro Hac Vice*)
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395
dwilliamson@dykema.com

And

Jeffrey R. Fine
New York Bar No. 5276225
Texas Bar No. 07008410
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6455
Facsimile: (855) 230-2518
jfine@dykema.com

*Attorneys for Honeywell Aerospace US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 25-11897 (SHL) |
| SPIRIT AVIATION HOLDINGS, INC., et al., | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING HONEYWELL AEROSPACE US LLC 'S MOTION TO PERMIT COLLECTION OF ITS PROPERTY FROM DEBTORS OR, ALTERNATIVELY, TO LIFT THE AUTOMATIC STAY**

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

Upon the motion (the "**Motion to Collect**")[2] of Honeywell Aerospace US LLC ("**Honeywell Aerospace**") for entry of an order (this "**Order**") pursuant to sections 362(d)(1), 365(d)(2) and 1110(a) of the Bankruptcy Code and Bankruptcy Rule 4001(a), confirming that Honeywell Aerospace holds title to the Honeywell Aerospace Property in Debtors' possession at the time of the Wind Down and compelling the Debtors to return the Honeywell Aerospace Property to Honeywell Aerospace, as more fully set forth in the Motion to Collect; and the Court having jurisdiction to consider the Motion to Collect and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Collect in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion to Collect has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Collect is GRANTED as set forth herein.

2. For the reasons stated on the record, Honeywell Aerospace holds title to the Honeywell Aerospace Property.

3. For the reasons stated on the record, Debtors must return the Honeywell Aerospace Property to Honeywell.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Collect.

4. This Order shall be effective and enforceable immediately upon its entry.

5. Honeywell Aerospace is authorized to take any action it deems necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Order without seeking further order of the Court.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: ____________________, _____
White Plains, New York

______________________________
Hon. Sean H. Lane
United States Bankruptcy Judge