# Exhibit C

# Honeywell Aerospace Spare Inventory Chart

| Part Number | Sum of Order Quantity | Quantity Bailed | Quantity Bailed at Spirit Locations | Quantity of Separately Ordered Parts | Part Description for Separately Ordered Parts |
|---|---|---|---|---|---|
| 066-01127-1402 | 2 | 2 | 2 | N/A | N/A |
| 066-01212-0102 | 13 | 13 | 13 | 1 | 100 B Mode S Transponder |
| 066-50007-0432 | 10 | 10 | 10 | 16 | Line Assembly – Radio Altimeter |
| 066-50013-1222 | 10 | 10 | 10 | N/A | N/A |
| 066-50014-0202 | 1 | 1 | 1 | N/A | N/A |
| 066-50014-1202 | 8 | 7 | 7 | N/A | N/A |
| 066-50029-1161 | 5 | 3 | 3 | N/A | N/A |
| 4077880-982 | 5 | 2 | 2 | N/A | N/A |
| 4089740-961 | 3 | 3 | 3 | N/A | N/A |
| 4131020-4 | 2 | 2 | 2 | N/A | N/A |
| 69000942-151 | 4 | 4 | 2 | N/A | N/A |
| 69000942-251 | 4 | 6 | 3 | N/A | N/A |
| 69001410-200 | 9 | 9 | 9 | N/A | N/A |
| 69002602-0101 | 5 | N/A | N/A | N/A | N/A |
| 69002602-0201 | 9 | 14 | 14 | N/A | N/A |
| 930-1005-001 | 2 | 2 | 2 | N/A | N/A |
| 930-1005-002 | 7 | 6 | 6 | 1 | RP-1, Radar Processor |
| 930-1005-003 | 12 | 12 | 12 | N/A | N/A |
| 930-2000-001 | 5 | 1 | 1 | N/A | N/A |
| 930-2000-020 | 9 | 13 | 12 | N/A | N/A |
| 930-3000-001 | 12 | 12 | 12 | N/A | N/A |
| 930-4301-001 | 6 | 6 | 6 | N/A | N/A |
| 930-6201-002 | 14 | 14 | 14 | N/A | N/A |
| 940-0351-001 | 3 | N/A | N/A | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 940-0351-005 | 1 | 2 | 2 | N/A | N/A |
| 940-0351-006 | 6 | 8 | 8 | N/A | N/A |
| 964-0452-001 | 1 | 2 | 2 | N/A | N/A |
| 964-0452-052 | 9 | 8 | 8 | N/A | N/A |
| 964-0453-001 | 8 | 8 | 8 | N/A | N/A |
| 965-1676-002 | 6 | 5 | 5 | 1 | MKV Enhanced Ground Proximity Warning System |
| 965-1676-003 | 3 | 3 | 3 | N/A | N/A |
| 965-1696-051 | 10 | 10 | 8 | 1 | VHF Digital Radio RTA-50D |
| 980-4700-042 | 4 | 5 | 5 | N/A | N/A |
| 980-4750-001 | 1 | 3 | 3 | N/A | N/A |
| 980-4750-002 | 5 | 3 | 2 | 2 | Solid State Flight Data Recorders |
| 980-4750-009 | 1 | 1 | 1 | N/A | N/A |
| 980-6022-001 | 3 | N/A | N/A | N/A | N/A |
| 980-6032-020 | 1 | N/A | N/A | N/A | N/A |
| 980-6032-023 | 7 | 12 | 10 | 1 | Solid State Cockpit Voice Recorder |
| CG1151AC03 | 5 | 8 | 8 | N/A | N/A |
| D50A000-100 | 2 | 7 | 7 | N/A | N/A |
| HG2030AD11 | 2 | N/A | N/A | N/A | N/A |
| HG2030AE24 | 5 | 6 | 6 | N/A | N/A |
| HG2030AE44 | 6 | 6 | 6 | N/A | N/A |
| HG2030BE03 | 4 | 1 | 1 | N/A | N/A |
| HG2030BE04 | 7 | 9 | 9 | N/A | N/A |
| PG1152BC02 | 9 | 10 | 10 | N/A | N/A |
| HG2030AE23 | N/A | 1 | 1 | N/A | N/A |
| **Grand Total** | **266** | **270** | **259** | **23** | N/A |