# Exhibit D


HONEYWELL
PROPERTY
HONEYWELL
PROPERTY
PN
SN

**From:** [redacted]
**To:**
**Cc:**
**Subject:** RE: [External] RE: SPIRIT Consigned list
**Date:** Tuesday, October 21, 2025 1:21:38 PM

---

[redacted]

Yes, this was completed. We should not have any issues.

Thanks,

spirit

[redacted]

P [redacted]
P
E [redacted]@spirit.com

CONFIDENTIALITY NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, do not forward or distribute this communication. Please contact the sender for instructions regarding proper disposal of the communication. Thank you.

---

**From:** [redacted]@Honeywell.com>
**Sent:** Tuesday, October 21, 2025 11:33 AM
**To:** [redacted]@spirit.com>
**Cc:** [redacted]
**Subject:** RE: [External] RE: SPIRIT Consigned list

**WARNING EXTERNAL EMAIL**

Hola [redacted]

As per our call on 10/8 you mentioned it was going to take a week to complete this activity. Please confirm this was completed

Thanks

**From:** [redacted]
**Sent:** Monday, October 6, 2025 12:32 PM
**To:** [redacted]@spirit.com>
**Cc:** [redacted]
**Subject:** RE: [External] RE: SPIRIT Consigned list

Hola [redacted]

Any news on the Consigned inventory labeling activity?

Thanks!

[redacted]
Honeywell | Aerospace Technologies
Mobile: [redacted]

**From:** [redacted]@Honeywell.com>
**Sent:** Wednesday, October 1, 2025 11:18 AM
**To:** [redacted]@spirit.com>
**Cc:** [redacted]
**Subject:** RE: [External] RE: SPIRIT Consigned list

Hola [redacted]

Was SPIRIT able to label all consigned inventory on the shelf? Could you send a list of what was on the shelf and labeled?
We took the action since Mid-September of including label to the units being shipped to SPIRIT, this way for you the labeling of consigned is a one-time activity.

Can you please advise status of this action?

Thanks

**From:** [redacted]@spirit.com>
**Sent:** Tuesday, September 2, 2025 2:43 PM
**To:** [redacted]@Honeywell.com>; [redacted]@Honeywell.com>
**Cc:** [redacted]
**Subject:** Re: [External] RE: SPIRIT Consigned list

Thank you for the update.

Thanks,

spirit

[redacted]

P [redacted]
E [redacted]@spirit.com

CONFIDENTIALITY NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, do not forward or distribute this communication. Please contact the sender for instructions regarding proper disposal of the communication. Thank you.

---

**From:** [redacted]@Honeywell.com>
**Sent:** Tuesday, September 2, 2025 4:44:33 PM
**To:** [redacted]@Honeywell.com>; [redacted]@spirit.com>
**Cc:** [redacted]
**Subject:** RE: [External] RE: SPIRIT Consigned list

**WARNING EXTERNAL EMAIL**

Hola [redacted]
Here is the FedEx AWB [redacted], no ETA yet on FedEx page, will advise once this is refreshed

Regards

---

**From:** [redacted]@Honeywell.com>
**Sent:** Tuesday, September 2, 2025 6:45 AM
**To:** [redacted]@spirit.com>
**Cc:** [redacted]
**Subject:** RE: [External] RE: SPIRIT Consigned list

[redacted]

Let me check with team, should have been send already.

[redacted]
Honeywell Aerospace
[redacted]
e-mail: [redacted]@honeywell.com
cel. [redacted]

Honeywell

---

**From:** [redacted]@spirit.com>
**Sent:** Tuesday, September 2, 2025 9:40 AM
**To:** [redacted]@Honeywell.com>
**Cc:** [redacted]
**Subject:** [External] RE: SPIRIT Consigned list

**WARNING:** This message has originated from an External Source. This may be a phishing email that can result in unauthorized access to Honeywell systems. Please use proper judgment and caution when opening attachments, clicking links, scanning QR codes, or responding.

Thanks. Can you tell me when the stickers will be delivered?

Thanks,

[redacted]

spirit

[redacted]

P [redacted]

P [redacted]
E [redacted]@spirit.com

CONFIDENTIALITY NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, do not forward or distribute this communication. Please contact the sender for instructions regarding proper disposal of the communication. Thank you.

---

**From:** [redacted]@Honeywell.com>
**Sent:** Friday, August 29, 2025 3:24 PM
**To:** [redacted]@spirit.com>
**Cc:** [redacted]
**Subject:** SPIRIT Consigned list

**WARNING EXTERNAL EMAIL**

Hello [redacted]

Attached updated list of Consigned Material.

[redacted]
Honeywell Aerospace
[redacted]
e-mail: [redacted]@honeywell.com
cel. [redacted]

Honeywell