# Exhibit F

Honeywell

**Honeywell International Inc.**
111 S. 34th Street
Phoenix, AZ 85258
www.honeywell.com

November 24, 2025

Spirit Airlines, Inc.
2800 Executive Way
Miramar, FL 33025

Subject: **Request for Return and Adjustment of Consignment Stock**

Reference:

1. Maintenance Service Agreement SAL20150904 between Spirit Airlines, Inc. ("Spirit") and Honeywell International Inc. ("Honeywell")
2. Integrated Service Solution and Avionics Selection Agreement between Spirit and Honeywell.

Dear Mr. Joshua Abshire,

Honeywell values its partnership with Spirit Airlines through the years and looks forward to continuing our collaboration in the future. Honeywell is in receipt of Spirit's updated fleet plan and due to Spirit's reduction in overall fleet size and operational needs, the consignment stock for the Reference 1 and Reference 2 agreements has been reviewed and requires adjustment.

For the Reference 1 agreement, per Article 7.3, "Spirit Airlines shall return a proportional amount of the Bailment Equipment should Spirit Airlines' fleet reduce prior to termination of the agreement." Currently, Spirit has five consigned APUs on-hand, as well as two on backlog order. Given that Spirit's fleet and operational needs have been reduced, Honeywell requests that Spirit return two of their on-hand consigned APUs immediately and cancel open orders 777313 & 777314.

For the Reference 2 agreement, per Exhibit A, Article 1.b.ii, Honeywell and Spirit agree to work in good faith to "…decrease consignment stock quantities of each part number in accordance with Spirit's fleet growth and/or operational needs as appropriate…". Given that Spirit's fleet and operational needs have been reduced, Honeywell believes a reduction in the available consignment stock listed in the attached Table 1 is appropriate. Honeywell requests that Spirit returns the affected consigned stock immediately, as referenced on Table 1.

Finally, per Clause 6.7 of Reference 1 and Clause 33 of Reference 2, Honeywell is reviewing the need for rate per hour adjustments due to the decreased size of Spirit's fleet. If any changes are deemed appropriate, Honeywell will notify Spirit of the changes, and they will be captured via amendment to each agreement.

Thank you for your immediate attention to this matter. We look forward to the continuation of our successful partnership.

Yours sincerely,

DocuSigned by:
Antoine Coetzee
8B0E4535F3A04FC...

Antoine Coetzee
Contracts Lead
Honeywell International Inc.
Antoine.Coetzee@Honeywell.com

CC,
Boris Rogoff - boris.rogoff@spirit.com
Dylan Royal- dylan.royal@spirit.com
Neil Hounjet- neil.hounjet@honeywell.com
Nikki Guevara- nuschka.guevara@honeywell.com
Edwin Leon- Edwin.Leon@Honeywell.com
Raymond Cardona- raymond.cardonamunoz@honeywell.com

# TABLE 1

| Part# | Part Description | Consigned Material | Basis of Estimate | QTY Returned |
|---|---|---|---|---|
| 930-6201-002 | CONTROL PANEL (CP-2B) | 14 | Requesting 50% return as per fleet reduction | 7.0 |
| 980-4700-042 | SOLID STATE FLIGHT DATA RECORDER SYSTEM | 5 | Requesting 50% return as per fleet reduction | 2.0 |
| 980-4750-001 | SOLID STATE FLIGHT DATA RECORDER SSFDR | 3 | Requesting 50% return as per fleet reduction | 1.0 |
| 066-01212-0102 | TRA-100B MODE S TRANSPONDER (AIRBUS) | 13 | Requesting 50% return as per fleet reduction | 6.0 |
| 066-50007-0432 | OUTLINE ASSEMBLY - RADIO ALTIMETER | 10 | Requesting 50% return as per fleet reduction | 5.0 |
| 066-50013-1222 | DME INTRGTR OUTLINE ASSY | 10 | Requesting 50% return as per fleet reduction | 5.0 |
| 066-50014-1202 | ADF RCVR OUTLINE ASSY | 7 | Requesting 50% return as per fleet reduction | 3.0 |
| 4089740-961 | MULTIPURPOSE CONTROL DISPLAY UNIT | 3 | Requesting 50% return as per fleet reduction | 1.0 |
| 69000942-151 | END ITEM, EGPWS, 115 VAC | 4 | Requesting 50% return as per fleet reduction | 2.0 |
| 69000942-251 | END ITEM, EGPWS, 115 VAC | 6 | Requesting 50% return as per fleet reduction | 3.0 |
| 69001410-200 | TOP ASSY, VOR MARKER RECEIVER RVA-36C | 9 | Requesting 50% return as per fleet reduction | 4.0 |
| 69002602-0201 | END ITEM, IMMR (AIRBUS) | 14 | Requesting 50% return as per fleet reduction | 7.0 |
| 930-1005-002 | END ITEM RP-1, RADAR PROCESSOR | 6 | Requesting 50% return as per fleet reduction | 3.0 |
| 930-1005-003 | END ITEM RP-1, RADAR PROCESSOR | 12 | Requesting 50% return as per fleet reduction | 6.0 |
| 930-2000-020 | TR-1, TOP ASSEMBLY | 13 | Requesting 50% return as per fleet reduction | 6.0 |
| 930-3000-001 | DA-1A ANTENNA DRIVE - SINGLE | 12 | Requesting 50% return as per fleet reduction | 6.0 |
| 930-4301-001 | FP30-1, 30 IN, FLAT PLATE | 6 | Requesting 50% return as per fleet reduction | 3.0 |
| 940-0351-006 | END ITEM, TPA-100 (6MCU) | 8 | Requesting 50% return as per fleet reduction | 4.0 |
| 964-0452-052 | HF DATA RADIO | 8 | Requesting 50% return as per fleet reduction | 4.0 |
| 964-0453-001 | FK516 ANTENNA COUPLER | 8 | Requesting 50% return as per fleet reduction | 4.0 |
| 965-1676-002 | MKV EGPWS AIRBUS | 5 | Requesting 50% return as per fleet reduction | 2.0 |
| 965-1696-051 | VHF DIGITAL RADIO RTA-50D | 10 | Requesting 50% return as per fleet reduction | 5.0 |
| D50A000-100 | MCDU-R, AIRBUS BLACK LABEL | 7 | Requesting 50% return as per fleet reduction | 3.0 |

| | | | | |
|---|---|---|---|---|
| HG2030AE24 | Air Data Inertial Reference Unit. | 6 | Requesting 50% return as per fleet reduction | 3.0 |
| HG2030AE44 | AIR DATA INERTIAL REFERENCE UNIT | 6 | Requesting 50% return as per fleet reduction | 3.0 |
| HG2030BE04 | AIR DATA INERTIAL REFERENCE UNIT | 9 | Requesting 50% return as per fleet reduction | 4.0 |
| PG1152BC02 | AIR DATA MODULE | 10 | Requesting 50% return as per fleet reduction | 5.0 |
| CG1151AC03 | DELETECONTROL DISPLAY UNIT | 8 | PN not on Contract, return all | 8.0 |
| 4131020-4 | LUBE MODULE | 2 | PN not on Contract, return all | 2.0 |
| 066-01127-1402 | TRA 67A MODE S TRANSPONDER | 2 | No Demand/Demand Decreased | 2.0 |
| 066-50029-1161 | OUTLINE ASSEMBLY MULTI-MODE RECEIVER, RM | 3 | No Demand/Demand Decreased | 3.0 |
| 4077880-982 | MULTIPURPOSE CONTROL DISPLAY UNIT | 2 | No Demand/Demand Decreased | 1.0 |
| 965-1676-003 | MKV EGPWS AIRBUS | 3 | No Demand/Demand Decreased | 2.0 |
| 066-50014-0202 | DFA-75B ADF RECEIVER | 1 | No Demand/Demand Decreased | 1.0 |
| 930-2000-001 | TR-1 TRANSMITTER RECEIVER | 1 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 940-0351-005 | TCAS PROCESSOR | 2 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| HG2030AE23 | AIR DATA INERTIAL REFERENCE UNIT | 1 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| HG2030BE03 | AIR DATA INERTIAL REFERENCE UNIT | 1 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 69002602-0101 | END ITEM, IMMR | 0 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 940-0351-001 | TCAS PROCESSOR | 0 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 980-6022-001 | SOLID STATE COCKPIT VOICE RECORDER | 0 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 980-6032-020 | SOLID STATE COCKPIT VOICE RECORDER SSCVR | 0 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| HG2030AD11 | DELETEAIR DATA INERTIAL REFERENCE UNIT | 0 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| HG2030AD33 | Air Data Inertial Reference Unit. | 0 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| HG2030AE22 | AIR DATA INERTIAL REFERENCE UNIT | 0 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 980-4750-002 | SOLID STATE FLIGHT DATA RECORDER (SSFDR) | 3 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 980-6032-023 | SSCVR MODEL HFR5-V | 12 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 980-4750-009 | SOLID STATE FLIGHT DATA RECORDER, SSFDR, | 1 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 930-1005-001 | END ITEM RP-1, RADAR PROCESSOR | 2 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |
| 964-0452-001 | HF VOICE RADIO/XK516D1 | 2 | Keep consigned units. No/Low qty vs. ISS history | 0.0 |