# Exhibit G

RELEASED FOR THE EXCLUSIVE USE BY HONEYWELL EMPLOYEES AMERICAS

Honeywell

Honeywell International Inc.
111 S. 34th Street
Phoenix, Arizona 85034-2802
U.S.A.
CAGE: 99193
Telephone: 800-601-3099 (Toll Free U.S.A./Canada)
Telephone: 602-365-3099 (International Direct)

Website: https://aerospace.honeywell.com

# SERVICE BULLETIN

**AIRBORNE AUXILIARY POWER - GAS TURBINE ENGINE - Standard Storage and Preservation Guidelines for Airbus Auxiliary Power Units**

**Legal Notice**

**Export Control**

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

ECCN: 9E991.

**Proprietary Information**

**HONEYWELL - CONFIDENTIAL**

THIS DOCUMENT AND ALL INFORMATION AND EXPRESSION CONTAINED HEREIN ARE THE PROPERTY OF HONEYWELL INTERNATIONAL INC., ARE PROVIDED IN CONFIDENCE, AND MAY BE USED BY PERSONS REQUIRED BY FEDERAL AVIATION REGULATION PART 21.50 TO COMPLY WITH ANY OF THE TERMS OF THESE INSTRUCTIONS. EXCEPT AS SET FORTH ABOVE, NO PERSON MAY, IN WHOLE OR IN PART, USE, DUPLICATE OR DISCLOSE THIS INFORMATION FOR ANY PURPOSE WITHOUT THE PRIOR WRITTEN PERMISSION OF HONEYWELL INTERNATIONAL INC.



Publication Number D201009000029

© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE OF HONEYWELL EMPLOYEE/AMERICAS

Honeywell

# SERVICE BULLETIN

## HONEYWELL MATERIALS LICENSE AGREEMENT

This document and the information contained herein (“the Materials”) are the proprietary data of Honeywell. These Materials are provided for the exclusive use of Honeywell-authorized Service Centers; Honeywell-authorized repair facilities; owners of a Honeywell aerospace product that is the subject of these Materials (“Honeywell Product”) that have entered into a written agreement with Honeywell relating to the repair or maintenance of Honeywell Product; and direct recipients of Materials from Honeywell via https://aerospace.honeywell.com/en/learn/about-us/about-myaerospace that own a Honeywell Product. The terms and conditions of this Honeywell Materials License Agreement (“License Agreement”) govern your use of these Materials, except to the extent that any terms and conditions of another applicable agreement with Honeywell regarding the maintenance or repair of a Honeywell Product and that is the subject of the Materials conflict with the terms and conditions of this License Agreement, in which case the terms and conditions of the other agreement will govern. The terms of this License Agreement supersede any other Material License Agreement previously provided with the Materials, regardless of what form the Materials were provided, including without limitation when received in hard copy, downloaded via the MyAerospace portal or CD-ROM. However, this License Agreement will govern in the event of a conflict between these terms and conditions and those of a purchase order or acknowledgement. Your access or use of the Materials represents your acceptance of the terms of this License Agreement.

1. License Grant - If you are a party to an applicable written agreement with Honeywell relating to the repair or maintenance of the subject Honeywell Product, subject to your compliance with the terms and conditions of this License Agreement, Honeywell hereby grants you, and you accept, a limited, personal, non-transferable, non-exclusive license to use these Materials only in accordance with that agreement.

If you are a direct recipient of these Materials from Honeywell’s MyAerospace Technical Publication website and are not a party to an agreement related to the maintenance or repair of the subject Honeywell Product, subject to your compliance with the terms and conditions of this License Agreement, Honeywell hereby grants you, and you accept, a limited, personal, non-transferable, non-exclusive license to use a single copy of these Materials to maintain or repair only the subject Honeywell Product installed or intended to be installed on the aircraft you own and/or operate and only at the facility to which these Materials have been shipped (“the Licensed Facility”). Transfer of the Materials to another facility owned by you is permitted only if the original Licensed Facility retains no copies of the Materials, the transferee accepts all of your obligations and liabilities under this License Agreement, and you provide prior written notice to Honeywell with the name and address of the transferee. You agree not to use these Materials for commercial purposes.

2. Restrictions on Use - You may not sell, rent, lease, or (except as authorized under any applicable airworthiness authority regulation) lend the Materials to anyone for any purpose. You may not use the Materials to reverse engineer any Honeywell product, hardware or software, and may not decompile or disassemble software provided under this License Agreement, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation. You may not create derivative works or modify the Materials in any way. You agree that Materials shall only be used for the purpose of the rights granted herein. The Material furnished hereunder may be subject to U.S. export regulations. You will adhere to all U.S. export regulations as published and released from time to time by the U.S. Government. You may not design or manufacture a Honeywell part or detail of a Honeywell part, to create a repair for a Honeywell part, design or manufacture any part that is similar or identical to a Honeywell part, compare a Honeywell part or design of a Honeywell part to another part design, or apply for FAA PMA or other domestic or foreign governmental approval to manufacture or repair a Honeywell part.

3. Rights In Materials - Honeywell retains all rights in these Materials and in any copies thereof that are not expressly granted to you, including all rights in patents, copyrights, trademarks, and trade secrets. The Materials are licensed and not sold under this License Agreement. No license to use any Honeywell trademarks or patents is granted under this License Agreement.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE BY HONEYWELL EMPLOYEES/AMERICAS

Honeywell

# SERVICE BULLETIN

4. Changes - Honeywell reserves the right to change the terms and conditions of this License Agreement at any time, including the right to change or impose charges for continued use of the Materials. Honeywell may add, delete or otherwise modify any portion of the Materials ("Updated Materials") at any time. You agree to stop using outdated Materials upon issuance of any Updated Materials.

5. Confidentiality - You acknowledge that these Materials contain information that is confidential and proprietary to Honeywell. You agree to take all reasonable efforts to maintain the confidentiality of these Materials.

6. Assignment And Transfer - This License Agreement may be assigned to a service center approved and formally designated as a service center by Honeywell, provided, however, that you retain no copies of the Materials in whole or in part. However, the recipient of any such assignment or transfer must assume all of your obligations and liabilities under this License Agreement. No assignment or transfer shall relieve any party of any obligation that such party then has hereunder. Otherwise, neither this License Agreement nor any rights, licenses or privileges granted under this License Agreement, nor any of its duties or obligations hereunder, nor any interest or proceeds in and to the Materials shall be assignable or transferable (in insolvency proceedings, by merger, by operation of law, by purchase, by change of control or otherwise) by you without Honeywell's written consent.

7. Copies of Materials - Unless you have the express written permission of Honeywell, you may not make or permit making of copies, digital or printed, of the Materials. You agree to return the Materials and any such copies thereof to Honeywell upon the request of Honeywell.

8. Term - This License Agreement is effective until terminated as set forth herein. This License Agreement will terminate immediately, without notice from Honeywell, if you fail to comply with any provision of this License Agreement or will terminate simultaneously with the termination or expiration of your applicable agreement with Honeywell relating to the repair or maintenance of the subject Honeywell Product. Upon termination of this License Agreement, you will return these Materials to Honeywell without retaining any copies, in whole or in part, and will have one of your authorized officers certify that all Materials have been returned with no copies retained.

9. Audit Rights - Honeywell, through its authorized representatives, with no less than thirty (30) calendar days notice from Honeywell, has the right during normal business hours during the term of this License Agreement and for three (3) years thereafter to visit you and have access to the inside and outside of your facility for the purpose of inspecting, observing and evaluating your compliance under this License Agreement.

10. Remedies - Honeywell reserves the right to pursue all available remedies and damages resulting from a breach of this License Agreement.

11. Limitation of Liability - Honeywell makes no representations or warranties regarding the use or sufficiency of the Materials. THERE ARE NO OTHER WARRANTIES, WHETHER WRITTEN OR ORAL, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO (i) WARRANTIES ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE, OR TRADE, WHICH ARE HEREBY EXPRESSLY DISCLAIMED, OR (ii) WARRANTIES AGAINST INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OF THIRD PARTIES, EVEN IF HONEYWELL HAS BEEN ADVISED OF ANY SUCH INFRINGEMENT. IN NO EVENT WILL HONEYWELL BE LIABLE FOR ANY INCIDENTAL DAMAGES, CONSEQUENTIAL DAMAGES, SPECIAL DAMAGES, INDIRECT DAMAGES, LOSS OF PROFITS, LOSS OF REVENUES, OR LOSS OF USE, EVEN IF INFORMED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE EXTENT PERMITTED BY APPLICABLE LAW, THESE LIMITATIONS AND EXCLUSIONS WILL APPLY REGARDLESS OF WHETHER LIABILITY ARISES FROM BREACH OF CONTRACT, WARRANTY, INDEMNITY, TORT (INCLUDING BUT NOT LIMITED TO NEGLIGENCE), BY OPERATION OF LAW, OR OTHERWISE.

12. Controlling Law - This License Agreement shall be governed and construed in accordance with the laws of the State of New York without regard to the conflict of laws provisions thereof.

13. Severability - In the event any provision of this License Agreement is determined to be illegal, invalid, or unenforceable, the validity and enforceability of the remaining provisions of this License Agreement will not be affected and, in lieu of such illegal, invalid, or unenforceable provision, there will be added as part of this License


© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE OF HONEYWELL EMPLOYEES AMERICAS


Agreement one or more provisions as similar in terms as may be legal, valid and enforceable under controlling law.

14. Integration and Modification - This License Agreement and all attachments set forth the entire agreement and understanding between the parties on the subject matter of the License Agreement and merges all prior discussions and negotiations among them. This License Agreement may be modified only by a duly-authorized representative of Honeywell.

**Safety Advisory**

WARNING: BEFORE THE MATERIALS CALLED OUT IN THIS PUBLICATION ARE USED, KNOW THE HANDLING, STORAGE AND DISPOSAL PRECAUTIONS RECOMMENDED BY THE MANUFACTURER OR SUPPLIER. FAILURE TO OBEY THE MANUFACTURERS' OR SUPPLIERS' RECOMMENDATIONS CAN RESULT IN PERSONAL INJURY OR DISEASE.

This publication describes physical and chemical processes which can make it necessary to use chemicals, solvents, paints, and other commercially available materials. The user of this publication must get the Material Safety Data Sheets (OSHA Form 174 or equivalent) from the manufacturers or suppliers of the materials to be used. The user must know the manufacturer/supplier data and obey the procedures, recommendations, warnings and cautions set forth for the safe use, handling, storage, and disposal of the materials.

**Warranty/Liability Advisory**

WARNING: HONEYWELL ASSUMES NO RESPONSIBILITY FOR ANY HONEYWELL EQUIPMENT WHICH IS NOT MAINTAINED AND/OR REPAIRED IN ACCORDANCE WITH HONEYWELL'S PUBLISHED INSTRUCTIONS AND/OR HONEYWELL'S FAA/SFAR 36 REPAIR AUTHORIZATION. NEITHER DOES HONEYWELL ASSUME RESPONSIBILITY FOR SPECIAL TOOLS AND TEST EQUIPMENT FABRICATED BY COMPANIES OTHER THAN HONEYWELL.

WARNING: INCORRECTLY REPAIRED COMPONENTS CAN AFFECT AIRWORTHINESS OR DECREASE THE LIFE OF THE COMPONENTS. INCORRECTLY FABRICATED SPECIAL TOOLING OR TEST EQUIPMENT CAN RESULT IN DAMAGE TO THE PRODUCT COMPONENTS OR GIVE UNSATISFACTORY RESULTS.

## Copyright - Notice

Copyright 2011, 2020 Honeywell International Inc. All rights reserved.

Honeywell is a registered trademark of Honeywell International Inc.
All other marks are owned by their respective companies.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

**Honeywell**

# SERVICE BULLETIN

### Transmittal Information

ATA Number 49-8028 (Publication Number D201009000029)

### Summary

This revision is a FULL replacement. This revision includes the changes that follow:

- Added note in Paragraph 3.D. preservation extension for APU's after expired period.

The information that is identified with revision bars is listed in the Revision History section. Revision bars are not used before Paragraph 1.A. The editorial changes and information that was moved, removed, or reformatted are not identified with revision bars.

Refer to Paragraph 4.A. for a list of the acronyms and abbreviations used in this service bulletin.

### Revision History

This service bulletin has had three revision(s) as shown in Table 1.

**Table 1. Revision History**

| Revision Number | Revision Date |
|---|---|
| 0 | 31 Mar 2011 |
| 1 | 12 May 2015 |
| 2 | 17 Jun 2020 |
| 3 | 5 Nov 2020 |

### Highlights

This section issues Revision 3 to Service Bulletin, ATA Number 49-8028 (Publication Number D201009000029), and contains these changes:

The list of highlights tells the users about the changes that the revision makes. The list has three columns. The "Page" column shows the block of data that the revision changes and the page on which the block begins. The block can be a section, subsection, graphic, table, etc. Revision marks give the location of the change in the block. The "Description" column tells the user about the change or changes in each block. A paragraph, table, or figure reference often comes before the description. The "Effectivity" column tells the user about the part number(s) to which the block of information applies. The default value for this column is "All." "All" means that the block applies to all parts.

| Page | Description | Effectivity |
|---|---|---|
| 15 | Added note in Paragraph 3.D. preservation extension for APU's after expired period. | All |

UP791971


© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE BY HONEYWELL EMPLOYEES/AMERICAS

Honeywell

# SERVICE BULLETIN

Blank Page


© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE OF HONEYWELL EMPLOYEES AMERICAS

Honeywell

# SERVICE BULLETIN

1. **Planning Information**

**A. Effectivity**

(1) This service bulletin applies to all models of Honeywell APUs used on Airbus aircraft.

**B. Concurrent Requirements**

(1) Not applicable.

**C. Reason**

(1) Customers have requested standardized long-term preservation and storage procedures for Honeywell APUs.

**D. Description**

(1) This service bulletin gives the standardized preservation and storage guidelines for installed and uninstalled Honeywell APUs. These guidelines represent the best practices for the protection of inactive APUs. The guidelines are intended as a baseline to establish what precautions should be taken during storage based on the operator's region and experience.

(2) This service bulletin has two sections. The first is for the uninstalled aircraft or vehicle APUs. The second is for the installed aircraft or vehicles APUs.

(3) This service bulletin takes precedence over any related Honeywell Field Service Note.

**E. Compliance**

(1) Refer to Table 2 or Table 3 as applicable for the storage and preservation recommendations.

**F. Approval**

(1) The TSO approval was received.

**G. Manpower**

(1) Not applicable.

**H. Weight and Balance**

(1) None.

**I. Electrical Load Data**

(1) Not applicable.

**J. Software Accomplishment Summary**

(1) Not applicable.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE BY HONEYWELL EMPLOYEES AMERICAS


**K. References**

(1) Refer to the references given below:

- Military Specification MIL-DTL-117H (Bags, Heat-sealable)
- Military Specification MIL-PRF-121G (Barrier Materials, Greaseproof, Waterproof, Flexible, Heat-sealable)
- Military Specification MIL-D-3464E (Desiccants, Activated, Bagged, Packaging, Use and Static Dehumidification)
- Military Specification MIL-PRF-131K (Barrier Material, Water/Vaporproof, Flexible, Heat-sealable)
- Military Specification MIL-STD-2073-1E (Packaging)
- Military Specification MIL-PRF-6081 (Preservative Oil).

**L. Other Publications Affected**

(1) The preservation and storage sections of Honeywell APU manuals will be revised on an attrition basis to refer to this service bulletin.

**M. Interchangeability of Parts**

(1) Not applicable.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE BY HONEYWELL EMPLOYEES AMERICAS



2. <u>Material Information</u>

**A. Material - Price and Availability**

(1) Not applicable.

**B. Industry Support Information**

(1) This service bulletin is LIMITED distribution to authorized persons only.

(2) For inquiries of a technical nature regarding this publication refer questions to:

Honeywell
Aerospace Contact Team
Telephone: 800-601-3099 (Toll Free U.S.A./Canada)
Telephone: 602-365-3099 (International Direct)

**C. Material Necessary for Each Engine**

(1) Not applicable.

**D. Material Necessary for Each Spare**

(1) Not applicable.

**E. Reidentified Parts**

(1) Not applicable.

**F. Tooling - Price and Availability**

(1) Not applicable.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

3. **Accomplishment Instructions**

A. **General Information**

(1) Obey the precautions.

B. **APU Not-Installed Preservation Procedures**

(1) Background

(a) The factors that control uninstalled APU preservation and storage are:
- Preservation at the last shop visit or the last operation.
- Storage method (shipping container, bagging, etc).
- Storage location (temperature, humidity, salt/corrosive environment).
- Materials/parts used in the fuel system, lubrication system, and gas path.

(b) The oil-wetted surfaces are primarily exposed to corrosion because of breakdown of the oil film after the oil is drained. The oil tends to absorb water. At higher temperatures this forms acids, which can cause the surface to corrode. Control of the storage humidity is critical to avoid these oil-related issues.

(c) The gas-path corrosion or fungus in APUs is addressed by desiccant in the gas path openings and the removal of air from the sealed shipping containers.

(d) The best general practices are to:
- Protect the APU at the last shop visit in accordance with the desired storage period.
- Avoid long-term storage in high temperatures and/or moisture.
- Store spare APUs in buildings with controlled humidity and temperature or in vacuum sealed barrier materials.
- Keep the APU free from dust, corrosive fumes, salt air and ultraviolet light.

(e) Store inactive spare APUs in accordance with Table 2 with standard packaging specifications below or the equivalents:

General packaging: MIL-STD-2073-1E Methods 41 or 42 (no desiccant) or Methods 51 or 52 (with desiccant).

Barrier material: MIL-PRF-131K, Class 2 or 3 (water vapor-proof and heavy objects).

Barrier bag: MIL-DTL-117, Type II or IV, Class E (water vapor-proof).

Desiccant: MIL-D-3464E (Type I or II).

Humidity indicator, refer to Table 2.

(f) The desiccant can be put in the APU air inlet or the exhaust. If space is limited, the desiccant can be distributed between the air inlet and the exhaust. DO NOT put the desiccant in the bleed air ducts.

(g) If the storage time expires, the APU can be preserved again without return to a repair facility under certain conditions. Refer to Paragraph 3.D.

(h) The Honeywell storage guidelines below are shown in terms of maximum desired storage periods without APU operation. Periodic no-load operation of the APU


© Honeywell International Inc. Do not copy without express permission of Honeywell.

approximately every 2 months can avoid preservation requirements indefinitely. Periodic motoring of the APU every month can avoid preservation requirements for up to two years.

(i) Controlled storage is where the storage temperature is kept between 30 and 125°F (-1.11 and 51.67°C) and the humidity is kept at less than 40 percent, with no salt air. If the APU is enclosed in a barrier material or bag, it is considered CONTROLLED as long as the barrier bag is intact and sealing.

(j) Uncontrolled storage is where the temperature and humidity is not controlled as specified in Paragraph 3.B.(1)(i).

(k) Uncontrolled storage in a salt air environment is not recommended.

NOTE: If the aircraft is in one of these severe weather conditions, it is recommended for operator's to do an APU rotation at 7-day intervals to prevent APU seizure. This APU rotation can be a no-load APU operation, APU motoring or APU manual rotation.

(l) Unless otherwise stated in the aircraft maintenance manual or APU generator manual, these guidelines include the generator as part of the APU.

(m) The preservation of the fuel control is not necessary if, the APU fuel control was preserved in the last test cell operation in accordance with the shop CMM procedure, at last APU operation, or part of previous preservation procedure, and if the APU fuel control has not been removed or replaced since the last test cell operation. The low pressure fuel filter replacement is permitted. If the fuel control is replaced on a spare APU in storage, the fuel control then needs to be preserved by motoring or operating the APU, or represerve the fuel control with MIL-PRF-6081, Grade 1010 preservation oil. Refer to the applicable APU CMM.

(2) Refer to Table 2 for a summary of the storage conditions.

**Table 2. APU Preservation and Storage Guidelines (APU Not Installed)**

| Storage Up to | Storage Environment [1] | Basic Guideline |
|---|---|---|
| 1 Month | All | Cap the fluid lines. Seal the APU air openings. |
| 2 Months | Controlled | Cap the fluid lines. Seal the APU air openings. |
| 2 Months | Uncontrolled | Drain the oil. Cap the fluid lines. Seal the APU air openings. |
| 3 Months | Controlled | Drain the oil. Cap the fluid lines. Seal the APU air openings. |
| 3 Months | Uncontrolled | Drain the oil. Cap the fluid lines. Add one pound (0.45 kg) of desiccant to the gas path, refer to Paragraph 3.B.(1)(e). Seal the APU air openings. |
| 6 Months | Controlled | Drain the oil. Cap the fluid lines. Add one pound (0.45 kg) of desiccant to the gas path, refer to Paragraph 3.B.(1)(e). Seal the APU air openings. |


© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE OF HONEYWELL EMPLOYEES/AMERICAS

**Honeywell**

# SERVICE BULLETIN

**Table 2. APU Preservation and Storage Guidelines (APU Not Installed) (Cont)**

| Storage Up to | Storage Environment [1] | Basic Guideline |
|---|---|---|
| 6 Months | Uncontrolled | Drain the oil. Cap the fluid lines. Add one pound (0.45 kg) of desiccant to the gas path with a humidity indicator. Seal the APU with barrier material or barrier bag, refer to Paragraph 3.B.(1)(e). |
| 12 Months | Controlled | Drain the oil. Cap the fluid lines. Add one pound (0.45 kg) of desiccant to the gas path with a humidity indicator. Seal the APU with barrier material or barrier bag, refer to Paragraph 3.B.(1)(e). |
| 12 Months | Uncontrolled | Drain the oil. Cap the fluid lines. Add one pound (0.45 kg) of desiccant to the gas path with a humidity indicator. Seal the APU with barrier material or barrier bag, refer to Paragraph 3.B.(1)(e). Check the humidity indicator every 30 days.[2] |
| 24 Months | All | Drain the oil. Cap the fluid lines. Add two pounds (0.91 kg) of desiccant to the gas path with a humidity indicator, refer to Paragraph 3.B.(1)(e). If space is limited, the desiccant can be distributed between the air inlet and the exhaust. Seal the APU with barrier material or barrier bag, refer to Paragraph 3.B.(1)(e). Check the humidity indicator every 30 days.[2] |

NOTES:

1. Refer to Paragraph 3.B.(1)(i) for definition of controlled environment and Paragraph 3.B.(1)(j) for definition of uncontrolled environment.
2. Refer to Paragraph 3.G. for humidity indicator inspection criteria.

---

### C. APU Installed Preservation Procedures

NOTE: In case of conflict, the aircraft maintenance manuals take precedence over the information in this service bulletin.

(1) Background

(a) The factors that control the installed APU preservation and storage are:

- Where the aircraft or vehicle will be parked or stored.
- How long the aircraft or vehicle will be parked or stored.
- If the APU can be periodically operated.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

– If the APU can be periodically motored.
– If the aircraft or vehicle fuel system has been preserved.

(b) The oil-wetted surfaces are primarily exposed to corrosion because of breakdown of the oil film after the oil is drained. The oil tends to absorb water. At higher temperatures this forms acids, which can cause the surface to corrode.

(c) Desiccant in the APU inlet and exhaust can help reduce corrosion, fungus and humidity in the sealed APU area. Desiccant can be put in the APU air inlet and/or exhaust. If space is limited, the desiccant can be distributed between the air inlet and the exhaust. DO NOT put the desiccant in the bleed air ducts. Refer to Table 3 and MIL-D-3464E, Type I or II or equivalent, for the use of desiccants.

(d) The best general practices are to:
– Operate the APU periodically. The interval will depend on the storage environment.
– If the APU is not operable during storage, motor the APU periodically. The interval will depend on the storage environment.
– If the APU cannot be motored or started, put desiccant in the gas path and seal the fuselage openings. Periodically check the desiccant and the seal on the fuselage openings.

(e) Two levels of environment are used in this service bulletin.
• Mild environments, where the ambient temperature is between 30 to 125°F (-1.11 to 51.67°C), the humidity is below 40 percent, and there is no salt air present
• Severe environments, where the ambient conditions are not specified as “mild”.

(f) The Honeywell storage guidelines below are shown in terms of maximum desired storage periods without APU operation. Periodic no-load operation of the APU approximately every 2 months can avoid preservation requirements indefinitely. Periodic motoring of the APU every month can avoid preservation requirements for up to two years. Periodic operation of the APU can be scheduled with other aircraft operational checks during storage.

NOTE: If the aircraft is in one of these severe weather conditions, it is recommended for operator's to do an APU rotation at 7-day intervals to prevent APU seizure. This APU rotation can be a no-load APU operation, APU motoring or APU manual rotation.

(g) The preservation of the APU fuel control with MIL-PRF-6081, Grade 1010 preservation oil, is not necessary if, the APU stays in the airplane and the APU fuel control is not removed or replaced. The low pressure fuel filter replacement is permitted. If the fuel control is replaced, the fuel system can be preserved by motoring or operating the APU at no load for 1 minute.

(2) Refer to Table 3 for a summary of the installed storage conditions.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

RELEASED FOR THE EXCLUSIVE USE OF HONEYWELL EMPLOYEES AMERICAS


**Table 3. APU Preservation and Storage Guidelines (APU Installed)**

| Storage Up to | Storage Environment [1] | Basic Guideline |
| --- | --- | --- |
| 1 Month | All | No preservation necessary. |
| 2 Months | Mild | No preservation necessary. |
| 2 Months | Severe | Drain the oil. |
| 3 Months | Mild | Drain the oil. |
| 3 Months | Severe | Drain the oil, add one pound (0.45 kg) of desiccant to gas path, refer to Paragraph 3.B.(1)(e). Seal the APU inlet and exhaust openings at fuselage. |
| 6 Months | Mild | Drain the oil, add one pound (0.45 kg) of desiccant to gas path, refer to Paragraph 3.B.(1)(e). Seal the APU inlet and exhaust openings at fuselage. |
| 6 Months | Severe | Drain the oil, add one pound (0.45 kg) of desiccant to gas path with a humidity indicator, refer to Paragraph 3.B.(1)(e). Seal the APU inlet and exhaust openings at fuselage. |
| 12 Months | Mild | Drain the oil, add one pound (0.45 kg) of desiccant to gas path with a humidity indicator, refer to Paragraph 3.B.(1)(e). Seal the APU inlet and exhaust openings at fuselage. |
| 12 Months | Severe | Drain the oil. Cap the fluid lines. Add one pound (0.45 kg) of desiccant to the gas path with a humidity indicator, refer to Paragraph 3.C.(1)(c). Seal the APU inlet and exhaust openings at fuselage. Check the humidity indicator every 30 days.[2] |
| 24 Months | All environments | Drain the oil. Cap the fluid lines. Add two pounds (0.91 kg) of desiccant to the gas path with a humidity indicator, refer to Paragraph 3.C.(1)(c). If space is limited, the desiccant can be distributed between the air inlet and the exhaust. Seal the APU inlet and exhaust openings on the fuselage. Check the humidity indicator every 30 days.[2] |

NOTES:

1. Refer to Paragraph 3.C.(1)(e) for definition of mild and severe environments.
2. Refer to Paragraph 3.G. for humidity indicator inspection criteria.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

**D. Preservation Extension or Preservation After Expired Periods**

NOTE: If additional storage time is required following the expiration of the initial storage period, the next higher level preservation procedure referenced in Table 2 or Table 3 is to be used.

(1) The APU is not installed on aircraft or in vehicle.

(a) If the APU was preserved and stored in accordance with this service bulletin without compromise and the storage period expires, it can be preserved again. Use one of the conditions in accordance with Table 2.

(2) The APU is installed on aircraft or in vehicle.

(a) If the APU was not preserved when the aircraft or vehicle was last powered, it can be preserved up to 1 month after the last operation without regard to controlled or uncontrolled storage. It is not necessary to return the APU to a repair facility.

(b) The APU can be preserved up to 2 months after the last operation if, the aircraft is stored in a mild environment. It is not necessary to return the APU to a repair facility.

(c) If the APU was preserved at the last operation, but the preservation was compromised afterward, the APU can be preserved again to any of the options in Table 3 after reactivation (refer to Paragraph 3.E., APU Reactivation After Preservation). The preservation must occur 5 days or less after it is compromised.

(d) If the APU was preserved and stored in accordance with this service bulletin without compromise and the storage period expires, it can be preserved again after reactivation (refer to Paragraph 3.E., APU Reactivation After Preservation). Use one of the conditions in Table 3.

**E. APU Reactivation After Preservation - All Environments and Installation Conditions**

(1) Remove all air inlet and exhaust covers. Remove all desiccant located in the gas path or elsewhere in the APU compartment. Reconnect any disconnected lines.

(2) Service the APU per applicable manual then operate the APU for a minimum of 5 minutes. Inspect all chip detectors and oil filters after operating the APU.

**F. Corrective Action for Non-Compliance With Preservation Guidelines - All Environments and Installation Conditions**

NOTE: These recommendations do not guarantee continued APU operation. APU owner/operators, on their own authority, can choose whether to comply with these recommendations.

(1) If oil was drained from the APU then check for external corrosion on the APU.

(a) If corrosion present then disassemble the APU and LRUs to inspect all oil-wetted and moisture-sensitive components.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

(b) If no corrosion is present then reactivation or represervation of the APU is acceptable.

(2) If oil has not been drained from the APU then take an oil sample for water content.

(a) If water content is less than 1000 PPM then reactivation or represervation of the APU is acceptable.

(b) If water content is greater than 1000 PPM then disassemble the APU and LRUs to inspect all oil-wetted and moisture-sensitive components.

**G. Inspection Criteria for Humidity Indicators**

(1) If humidity indicator is greater than 40 percent then check for external corrosion on APU.

(a) If corrosion present then disassemble the APU and LRUs to inspect all oil-wetted and moisture-sensitive components.

(b) If no corrosion is present then reactivation or represervation of the APU is acceptable.


© Honeywell International Inc. Do not copy without express permission of Honeywell.

**Honeywell**

# SERVICE BULLETIN

## 4. Appendix

### A. Appendix A, Acronyms and Abbreviations

(1) Refer to Table 4 for a list of the acronyms and abbreviations used in this service bulletin.

**Table 4. Acronyms and Abbreviations**

| Term | Full Term |
|---|---|
| APU | Auxiliary Power Unit |
| ATA | Air Transport Association |
| CAGE | Commercial And Government Entity |
| CMM | Component Maintenance Manual |
| Cont | Continued |
| ECCN | Export Control Classification Number |
| FAA | Federal Aviation Administration |
| kg | Kilogram |
| LRU | Line Replaceable Unit |
| OSHA | Occupational Safety and Health Administration |
| OHM | Overhaul Manual |
| PPM | Parts Per Million |
| SFAR | Special Federal Aviation Regulation |
| TSO | Technical Standard Order |
| °C | Degree Celsius |
| °F | Degree Fahrenheit |


© Honeywell International Inc. Do not copy without express permission of Honeywell.