DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard East
New York, New York 10001
Tel.: (212) 909-6000
Jasmine Ball
Elie J. Worenklein

*Fleet Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SPIRIT AVIATION HOLDINGS, INC.,** ***et al.*****,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 25-11897 (SHL)**<br><br>**Jointly Administered** |
| JONATHAN DIONNE, ALEXA GARCIA, KENNETH J. MANGIONE, NICOLE ALI, BILLY MOSS, TAMIKA JOHNSON, CAITLIN SELDEN, SUSANA RIOS, STEPHANIE M. ROJAS, JASMINE YOUNG, and ERICK SALAZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>– against –<br><br>SPIRIT AVIATION HOLDINGS, INC.,<br><br>Defendant. | **Adv. Pro. No. 26-01043 (SHL)** |

## AMENDED[2] AGENDA FOR AUGUST 19, 2026, HEARING

Time and Date of Hearing: August 19, 2026, at 11:00 a.m. (Prevailing Eastern Time)[3]

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] **Amended items appear in bold text.**

[3] All times herein are expressed in prevailing Eastern Time.

| | |
|---|---|
| Location of Hearing: | The hearing will be conducted via Zoom for Government. Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl 24 hours in advance of the hearing. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and https://dm.epiq11.com/SpiritAirlines (free of charge). |

## I. UNCONTESTED MATTERS

1. **INTERIM FEE APPLICATION OF DAVIS POLK & WARDWELL LLP**. Third Interim Application of Davis Polk & Wardwell LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2026 Through May 31, 2016 [ECF No. 1341]

   Objection Deadline: August 5, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

   Status: This matter is going forward on an uncontested basis.

2. **INTERIM FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP**. Third Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as Conflicts Counsel for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred From March 1, 2026 Through May 31, 2026 [ECF No. 1340]

   Objection Deadline: August 5, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

   Status: This matter is going forward on an uncontested basis.

3. **INTERIM FEE APPLICATION OF FTI CONSULTING, INC**. Third Interim Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisors to the Debtors and

Debtors in Possession for the Period from March 1, 2026 Through May 31, 2026 [ECF No. 1339]

Objection Deadline: August 5, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

Status: This matter is going forward on an uncontested basis.

4. **INTERIM FEE APPLICATION DEBEVOISE & PLIMPTON LLP**. Third Interim Application of Debevoise & Plimpton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Fleet Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2026 Through May 31, 2016 [ECF No. 1338]

   Objection Deadline: August 5, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

   Status: This matter is going forward on an uncontested basis.

5. **INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC**. Third Interim Fee Application of EPIQ Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred from March 1, 2025, Through May 31, 2026 [ECF No. 1323]

   Objection Deadline: August 4, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

   Status: This matter is going forward on an uncontested basis.

6. **INTERIM FEE APPLICATION OF PJT PARTNERS LP**. Third Interim Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of all Actual and Necessary Expenses Incurred for the Period of March 1, 2026 Through May 31, 2026 [ECF No. 1321]

Objection Deadline: August 5, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

**B. Second Interim Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of all Actual and Necessary Expenses Incurred for the Period of December 1, 2025 Through February 28, 2026 [ECF No. 1320]**

Status: This matter is going forward on an uncontested basis.

7. **INTERIM FEE APPLICATION OF O'MELVENY & MYERS LLP.** Third Interim Application of O'Melveny & Myers LLP, as Special Labor Counsel to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2026 Through May 31, 2026 [ECF No. 1307]

Objection Deadline: August 5, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

Status: This matter is going forward on an uncontested basis.

8. **INTERIM FEE APPLICATION OF ERNST & YOUNG LLP.** Second Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Audit and Tax Services Provider for the Time Period December 1, 2025 Through and Including February 28, 2026 [ECF No. 1232]

Objection Deadline: July 16, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

**B. Third Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Audit and Tax Services Provider for the Time Period March 1, 2026 Through and Including May 31, 2026 [ECF No. 1299]**

Status: This matter is going forward on an uncontested basis.

9. **INTERIM FEE APPLICATION OF WILLKIE FARR & GALLAGHER LLP.** Third Interim Fee Application of Willkie Farr & Gallagher LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2026 Through and Including May 31, 2026 [ECF No. 1333]

   Objection Deadline: August 5, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

   Status: This matter is going forward on an uncontested basis.

10. **INTERIM FEE APPLICATION OF JEFFERIES LLC.** Third Interim Fee Application of Jefferies LLC as Investment Banker for the Official Committee of Unsecured Creditors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2026 to and Including May 31, 2026 [ECF No. 1336]

   Objection Deadline: August 5, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

   Status: This matter is going forward on an uncontested basis.

11. **INTERIM FEE APPLICATION OF ALTON AVIATION CONSULTANCY LLC.** Third Interim Application of Alton Aviation Consultancy LLC for Allowance of Compensation for Specialized Aviation Advisory Services Rendered and Reimbursement of Expenses Incurred as Professionals to the Official Committee of Unsecured Creditors for the Period March 1, 2026 Through and Including May 31, 2026 [ECF No. 1335]

   Objection Deadline: August 5, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

   Status: This matter is going forward on an uncontested basis.

12. **INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP.** Third Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2026 Through May 31, 2026 [ECF No. 1334]

    Objection Deadline: August 5, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

    Status: This matter is going forward on an uncontested basis.

13. **INTERIM FEE APPLICATION OF BIELLI & KLAUDER, LLC.** Second Interim Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner, David M. Klauder, Esquire, for the Period from March 1, 2026 Through May 31, 2026 [ECF No. 1326]

    Objection Deadline: August 5, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

    Status: This matter is going forward on an uncontested basis.

14. **APPLICATION TO RETAIN EASTDIL SECURED, L.L.C. AS REAL ESTATE ADVISORS AND BROKER TO THE DEBTORS.** Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Eastdil Secured, L.L.C. as Real Estate Advisors to the Debtors [ECF No. 1438]

    Objection Deadline: August 12, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Declaration of Matthew DeAtley in Support of Application of the Debtors for Entry of an Order authorizing the Employment and Retention of Eastdil Secured, L.L.C. as Real Estate Advisors and Broker for the Debtors [ECF No. 1438, *Ex. A*]

B. Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Eastdil Secured, L.L.C. as Real Estate Advisors to the Debtors [ECF No. 1466]

Status: This matter is going forward on an uncontested basis.

15. **SALE OF CAMPUS PROPERTIES.** Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [ECF No. 1117]

Objection Deadline: August 17, 2026, at 4:00 p.m.

Responses Received:

A. Limited Objection and Reservation of Rights of Dania Live 1748 II, LLC to Notice of Selection of Stalking Horse Bidder for the Campus Properties [ECF No. 1417]

Related Documents:

B. Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures and (II) Granting Related Relief [ECF No. 1213]

C. Notice of Selection of Stalking Horse Bidder for The Campus Properties [ECF No. 1408]

D. Certificate of No Objection Regarding Stalking Horse Notice [ECF No. 1421]

E. Notice of Auctions and Revised Timeline in Connection with the Debtors' Bidding Procedures Motion [ECF No. 1435]

F. Notice of Auction Results and Schedule Hearing for the Campus Properties [ECF No. 1445]

G. Notice of Proposed Order (I) Authorizing the Transaction with respect to the Campus Properties Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Purchase Agreement and (III) Granting Related Relief [ECF No. 1461]

H. Notice of Revised Proposed Order (I) Authorizing the Transaction with respect to the Campus Properties Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Purchase Agreement and (III) Granting Related Relief [ECF No. 1472]

I. Declaration of Matthew DeAtley in Support of Order (I) Authorizing the Transaction with respect to the Campus Properties Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Purchase Agreement and (III) Granting Related Relief [ECF No. 1471]

Status: The Debtors have resolved the outstanding objection. This matter is going forward as scheduled.

16. **EXCLUSIVITY EXTENSION MOTION.** Third Motion of the Debtors for Entry of an Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof [ECF No. 1393]

Objection Deadline: August 5, 2026, at 4:00 p.m.

Responses Received:

**A. The Debtors received informal comments from the U.S. Trustee.**

Related Documents:

B. Notice of Adjournment of Scheduled Omnibus Hearing [ECF No. 1409]

Status: This matter is going forward on an uncontested basis.

17. **SALE OF FLIGHT TRAINING EQUIPMENT.** Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [ECF No. 1117]

Objection Deadline: August 14, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures and (II) Granting Related Relief [ECF No. 1213]

B. Notice of (I) Successful Bidder and (II) Cancellation of Auction for the Flight Training Equipment [ECF No. 1444]

**C. Notice of Proposed Order (I) Authorizing the Sale of Flight Training Equipment Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Transfer Agreement and (III) Granting Related Relief [ECF No. 1483]**

Status: This matter is going forward on an uncontested basis.

18. **HONEYWELL SEALING MOTION**. Motion to Redact Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1406]

Objection Deadline: August 12, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents:

**A. Certificate of No Objection Regarding Honeywell Aerospace US LLC's Motion for Entry of an Order Authorizing the Redactions of Portions of Certain Exhibits Filed in Connection with Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1481]**

Status: This matter is going forward on an uncontested basis.

## II. CONTESTED MATTERS

19. **HONEYWELL LIFT STAY MOTION.** Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1405][4]

Objection Deadline: August 12, 2026, at 11:00 a.m.

Responses Received:

---

[4] The documents filed at ECF No. 1404 and ECF No. 1405 are substantially identical.

A. SMBC Aviation Capital Limited's Response and Reservation of Rights with Respect to Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1448]

B. Debtors' Objection to Honeywell Aerospace US LLC's Motions to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1449]

C. AerCap's Limited Response and Reservation of Rights to Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1450]

D. Objection of the RCF Administrative Agent to Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1451]

E. Joinder of the Ad Hoc Group of EETC 2025-1 Superb Noteholders and Save 2026-B, LLC to the Debtors' Objection to Honeywell Aerospace US LLC's Motions to Permit Collection of Its Property from Debtors, or Alternatively, to Lift the Automatic Stay [ECF No. 1452]

F. JSA International U.S. Holdings, LLC's (A) Joinder to SMBC Aviation Capital Limited's Response [ECF No. 1448] and (B) Reservation of Rights, in Each Case, With Respect to Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF Nos. 1404/1405] [ECF No. 1453]

G. Ad Hoc Committee's (I) Objection to Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay and (II) Joinder to the Debtors' Objection Thereto [ECF No. 1454]

H. Amended Objection of the RCF Administrative Agent to Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1464]

I. Declaration of Freddy Moreno in Support of The Debtors' Objection to Honeywell Aerospace US LLC's Motions to Permit Collection of Its Property from Debtors, or Alternatively, to Lift the Automatic Stay [ECF No. 1465]

**<u>Reply Deadline</u>: The deadline to file a reply was extended, with permission of the Court, to August 18, 2026, at 12:00 p.m.**

<u>Replies Received</u>:

**J. Honeywell Aerospace US LLC's Reply in Further Support of Its Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1480]**

Related Documents:

K. Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1404]

**L. Declaration of Ray Boyd in Support of Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1475]**

**M. Witness and Exhibit List for the Hearing on Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1476]**

**N. Joint Witness and Exhibit List for the Hearing on Honeywell Aerospace US LLC's Motion to Permit Collection of Its Property from Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1482]**

**O. Honeywell Aerospace US LLC's Notice of Amended Exhibits in Support of Its Motion to Permit Collection of Its Property from the Debtors or, Alternatively, to Lift the Automatic Stay [ECF No. 1487]**

Status: This matter is going forward on a contested basis.

20. **UNRESOLVED CURE AMOUNT OBJECTIONS**. Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1217]

Objection Deadline: July 7, 2026, at 4:00 p.m.

Responses Received (resolved):

A. The Debtors received and resolved objections from various parties regarding the cure amounts.

a. Limited Objection and Reservation of Rights of Verizon Entities to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1273]

i. This objection was formally withdrawn at ECF No. 1468.

b. T-Mobile USA Inc.'s Objection to Proposed Cure Costs and Reservation of Rights [ECF No. 1277]

c. Limited Objection and Reservation of Rights to the Notice of Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (filed by Telesoft LLC) [ECF No. 1283]

d. Limited Objection of Gexa Energy, LP to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1291]

e. Honeywell Aerospace US LLC's Cure Objection to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights [ECF No. 1306]

f. Limited Objection to the Notice of Amended Schedule of Potential Assumption and Assignment of Executory Contract or Unexpired Leases and Cure Amount (filed by Universal Protection Service, LP) [ECF No. 1315]

**g. Objection to Notice of Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (filed by the Greater Orlando Aviation Authority) [ECF No. 1274]**

**h. Objection to Notice of Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (filed by the Port Authority of New York & New Jersey) [ECF No. 1275]**

**i. Objection and Reservation of Rights of ESIS, Inc. Regarding Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1276]**

**j. Objection of Masergy Communications, Inc. to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1279]**

**k. Oracle's Limited Objection and Reservation of Rights Regarding Debtors' Sale Motion and Assumption Notice [ECF No. 1280]**

**l. Limited Objection of Microsoft to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1282]**

**m. Limited Objection and Reservation of Rights of Google LLC to the Potential Assumption of Executory Contracts [ECF No. 1286]**

n. **Objection and Reservation of Rights by the Airbus Entities to the Potential Assumption and Assignment of Executory Contracts [ECF No. 1302]**

   i. **This objection was formally withdrawn at ECF No. 1486.**

o. **Limited Objection of Aeronautical Radio Inc. to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1304]**

p. **Mastercard International Incorporated's Reservation of Rights Regarding Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [ECF No. 1305]**

q. **Limited Objection of Avis Budget car rental, LLC to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1309]**

r. **Limited Objection of International aero Engines LLC and IAE International Aero Engines AG to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount [ECF No. 1312]**

s. **Objection of TPS Parking Management, LLC to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount, and Reservation of Rights [ECF No. 1416]**

<u>Responses Received (pending resolution)</u>:

B. The Debtors are working to resolve several of the objections they have received regarding the cure amounts. Contracts for which cure objections are still unresolved have been removed from the assumed contracts schedule.

   a. AerSale, Inc.'s Objection to Cure Claim [ECF No. 1281]

   b. Objection of Lufthansa Technik AG to Debtors' Statement and Notice of Potential Assumption and Assignment of Executory Contracts and Cure Amounts [ECF No. 1330]

   c. Limited Objection of STS Entities to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1398]

   d. The Debtors received informal comments.

Related Documents:

C. Notice of Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1248]

D. Notice of Second Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1462]

**E. Notice of Third Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [ECF No. 1478]**

Status: This matter is going forward.

## III. ADJOURNED MATTER

21. **SALE OF DEIDENTIFIED DATA.** Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [ECF No. 1117]

Objection Deadline: August 17, 2026, at 4:00 p.m.

Responses Received:

A. The Debtors received informal comments.

**B. The Debtors received a *pro se* limited objection via email from Mr. Stephen M. Ambrozy on August 17, 2026, which has not been filed to the docket, captioned "Emergency Request to Accept Late-Filed Limited Objection of Stephen M. Ambrozy to Proposed Sale of Deidentified Data [ECF Nos. 1463, 1469]"**

**C. Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO to the Proposed Sale of the Deidentified Date [ECF No. 1489]**

Related Documents:

D. Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of

Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures and (II) Granting Related Relief [ECF No. 1213]

E. Notice of Auctions and Revised Timeline in Connection with the Debtors' Bidding Procedures Motion [ECF No. 1435]

F. Consumer Privacy Ombudsman (CPO) Request for Extension of Time to File CPO Report to the Court [ECF No. 1446]

G. Notice of Auction Results and Scheduled Hearing for the Deidentified Data [ECF No. 1463]

H. Declaration of Dylan Friesner in Support of Order (I) Authorizing the Transaction With Respect to the Deidentified Data Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the Sale Agreement and (III) Granting Related Relief [ECF No. 1470]

I. Notice of Proposed Order (I) Authorizing the Sale With Respect to the Deidentified Data Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the Transfer Agreement and (III) Granting Related Relief [ECF No. 1469]

**J. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1488]**

**Status: This matter has been adjourned to 11:00 a.m. on September 9, 2026.**

## IV. OTHER MATTERS

22. **VARIOUS PLEADINGS FILED BY MR. AMEER FLIPPIN.**

Related Documents:

A. *Ex Parte* Notice of and Motion of Ameer Flippin of Harlem Park Partners, Inc. to Intervene Pursuant to Federal Rule 24 and Bankruptcy Rule 7024 in an Adversary Proceeding; Declaration; Memorandum in Support Thereof; and Supporting [Proposed] Order [ECF No. 1272]

B. *Ex Parte* Notice of Presentment of Proposed Order Granting Request for Judicial Notice of Adjudicative Facts [ECF No. 1331]

C. *Ex Parte* Notice of and Motion of Ameer Flippin of Harlem Park Partners, Inc. to Stay the Bid for Brand Name and Domain Name IP Assets; Memorandum in Support Thereof; Declaration; and Supporting Proposed Order [ECF No. 1344]

D. Amended *Ex Parte* Notice of and Motion of Ameer Flippin of Harlem Park Partners, Inc. to Stay the Bid for Brand Name and Domain Name IP Assets;

Memorandum in Support Thereof; Declaration; and Supporting Proposed Order [ECF No. 1345]

E. *Ex Parte* Notice of and Motion to Compel PJT Partners and FTI Consulting to Allow Access to the Data Room and to Accept a Bid for IP Assets by Ameer Flippin of Harlem Park Partners, Inc. [ECF No. 1355]

F. Objection of Ameer Flippin of Harlem Park Partners, Inc. to the Debtors' Notice of Filing of Revised Timeline in Connection with the Debtors' Bidding Procedures Motion [ECF No. 1377]

G. Request for Judicial Notice of Facts [ECF No. 1422]

H. Emergency *Ex Parte* Notice and Motion to Compel; Memorandum in Support Thereof; Declaration; and [Proposed] Order for a Conference Call to Meet and to Confer with Debtors' Counsel Davis Polk, PJT Partners, FTI Consulting and DPC Holdings on a Potential Joint-Bid for the 27 Aircraft for Sale Filed by Ameer Flippin of Harlem Park Partners, Inc. [ECF No. 1424]

I. **The Debtors received a pleading via email from Mr. Ameer Flippin on August 18, 2026, which has not been filed to the docket, captioned "Affidavit and Statement of Facts of Ameer Flippin in Support of Emergency *Ex-Parte* Motion to Compel a Meet and Confer with Debtors' Counsel Davis Polk, FTI Consulting, and DPC Holdings"**

Status: During the August 4, 2026, hearing, the Court announced that the various pleadings filed by Mr. Flippin on behalf of Harlem Park Partners, Inc. had been improperly filed *pro se* on behalf of a corporation. The Court also announced that the improperly filed pleadings would be addressed at the August 19, 2026, hearing. Accordingly, the various pleadings filed by Mr. Flippin will be addressed at this hearing.

## V. ADJOURNED MATTER IN ADVERSARY PROCEEDING Case No. 26-01043

23. **PRE-TRIAL CONFERENCE.** First Amended Class Action Complaint [Adv. ECF No. 4]

Objection Deadline: July 15, 2026

Responses Received:

A. Debtor-Defendant's Answer to Plaintiffs' First Amended Class Action Complaint [Adv. ECF No. 11]

Related Documents:

B. Class Action Complaint [Adv. ECF No. 1]

C. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. ECF No. 2]

D. [Proposed] Stipulation and Agreed Order Extending Deadline for Debtor-Defendant to Answer, Move, or Otherwise Respond to the Amended Complaint [Adv. ECF No. 5]

E. Stipulation and Agreed Order Extending Deadline for Debtor-Defendant to Answer, Move, or Otherwise Respond to the Amended Complaint [Adv. ECF No. 6]

F. Notice of Adjournment of Pre-Trial Conference [Adv. ECF No. 9]

G. Notice of Adjournment of Pre-Trial Conference [Adv. ECF No. 12]

H. Notice of Adjournment of Pre-Trial Conference [Adv. ECF No. 14]

**<u>Status</u>: This matter has been adjourned to 11:00 a.m. on September 16, 2026.**

[*Remainder of page intentionally left blank*]

Dated: August 18, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Marshall S. Huebner*
Marshall S. Huebner

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard East
New York, New York 10001
Tel.: (212) 909-6000
Jasmine Ball
Elie J. Worenklein

*Fleet Counsel to the Debtors and Debtors in Possession*