**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC., et al.,** | **Case No. 25-11897 (SHL)** |
| *Debtors.* | (Jointly Administered) |

**AFFIDAVIT AND STATEMENT OF FACTS OF AMEER FLIPPIN**
**IN SUPPORT OF EMERGENCY EX-PARTE MOTION**
**TO COMPEL A MEET AND CONFER WITH DEBTORS' COUNSEL DAVIS POLK,**
**FTI CONSULTING, AND DPC HOLDINGS**

I, **Ameer Flippin**, in a personal and individual capacity, do hereby depose and state under penalty of perjury as follows in support of the Emergency Ex-Parte Motion to Compel a Conference Call to Meet and to Confer with Debtors' Counsel Davis Polk, PJT Partners, FTI Consulting, and DPC Holdings regarding a potential joint-bid for the 27 aircraft offered for sale:

## I. STATEMENT OF CAPACITY AND PRO SE REPRESENTATION

1. I, Ameer Flippin, in an individual and personal capacity, am the sole 100% shareholder and Chief Executive Officer of Harlem Park Partners, Inc.

2. In response to indications from Debtors' counsel, Davis Polk & Wardwell LLP, asserting that I am unable to file *pro se* for Harlem Park Partners, Inc. in the Spirit Aviation Holdings, Inc., Chapter 11 Case No. 25-11897 (SHL), I, Ameer Flippin, in an individual and personal capacity, state that under *Title 28 U.S.C. § 1654, Appearance personally or by counsel*, I am able to represent myself, Ameer Flippin, *pro se* in this matter. The documents were filed in support of me, Ameer Flippin, in an individual and personal capacity.

3. Harlem Park Partners, Inc. is a C- Corporation incorporated in the state of Delaware utilized to execute the bankruptcy transactions in my personal interest as an individual 100% shareholder of Harlem Park Partners, Inc. The corporation is an early stage startup company experiencing financial difficulties as a result of the existing illegal front-running of the selling of IPO shares by mega-tech companies, wall street firms, the US Federal Government and individuals. Under *Title 28, USC, 1915, Proceedings In Forma Pauperis*, case law supports In Forma Pauperis status of a corporation when filing documents on behalf of a corporation in distress.

4. Under 28 U.S.C. § 1654, *Appearance personally or by counsel* I, Ameer Flippin, in an individual and personal capacity, move (Orally Motion during the Hearing) the Bankruptcy Court to accept all filings as being submitted by me, Ameer Flippin, in an individual and personal capacity as a *pro se* litigant, where Harlem Park Partners, Inc. is the affiliated corporation for any proposed bankruptcy transaction.

5. In the event that the Court requires legal counsel for the corporate entity, Harlem Park Partners, Inc., I, Ameer Flippin, in an individual and personal capacity, *move the Bankruptcy Court for an assignment of legal counsel for Harlem Park Partners, Inc.* in this matter.

## II. STATEMENT OF FACTS

6. I, Ameer Flippin, as the sole 100% shareholder of Harlem Park Partners, Inc., have been placed in a delicate and peculiar situation involving the *US Federal Government, Mega-Tech companies, and Wall Street Firms in the San Francisco Bay Area*. Mega-tech companies are stuck in a tough situation during a struggling global economy worsening as a result of AI automation where publicly traded mega-corporations must continue to grow and to increase earnings per share, while already trading at *high price-to-earnings (P/E) ratios*.

7. Large mega-publicly traded companies, including *SpaceX, Facebook, JPMorgan, and Goldman Sachs* are illegally preventing small emerging companies such as Harlem Park Partners, Inc. from independently bringing new securities issues to market.
8. The existing *initial public offering (IPO) and mega-tech market environments* are heavily dependent upon scheduled Mergers and Acquisitions (M&A) activities over the forthcoming two years where large corporations need added revenues to maintain existing stock price levels.
9. The US Federal Government and Mega-Tech companies in the San Francisco Bay Area are believed to be *illegally frontrunning and selling shares of all forthcoming IPO candidates in an effort to prop up existing equity stock price levels*.

10. Large Wall Street Firms are preventing me, Ameer Flippin, in an individual and personal capacity, and Harlem Park Partners, Inc., as a Delaware Corporate Entity, from securing

competent securities legal counsel, because *large Wall Street firms have already illegally sold shares to investors well before any actual raise by Harlem Park Partners, Inc.*

11. The US Federal Government, Mega-Tech companies, *Mayor Daniel Lurie of San Francisco*, Large Wall Street firms, the U.S. Senate and Congress, *Microsoft Outlook (AmeerFlippin@Outlook.com)*, and Vladimir Putin of Russia *are actively blocking cellular communication lines and preventing the receipt of email and phone calls to +1 (240) 581-4693 .*

12. It is believed that these entities are illegally operating in violation of the *RICO Act, Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961–1968*, by organizing crimes and fraudulent securities transactions during an e-commerce internet crisis.

## III. FACTS IN SUPPORT OF MOTION TO COMPEL A MEET AND CONFER

13. In connection with the Chapter 11 proceedings of *Spirit Aviation Holdings, Inc., Case no. SHL-11897*, I, *Ameer Flippin, in a personal and individual capacity*, filed an Emergency Ex-Parte Motion to Compel a Conference Call to Meet and to Confer with Debtors' Counsel Davis Polk, PJT Partners, FTI Consulting, and DPC Holdings.

14. The Motion seeks an order compelling the parties to participate in a limited, transparent meet-and-confer conference call regarding a potential joint-bid for the 27 aircraft scheduled for sale while utilizing a proposed stock swap agreement involving a new forthcoming corporate entity

*StargateLuxAir.com* tied to Harlem Park Partners, Inc. *Legally such a Meet and Confer Conference is required in order to examine the offer where the estate could potentially be maximized.*

15. Debtors' counsel, Davis Polk & Wardwell LLP (through attorney Christopher Robertson), refused consent to the requested meet-and-confer regarding a potential joint bidding arrangement. Attorneys for Davis Polk & Wardwell LLP indicated that the court would not recognize the filings of me, Ameer Flippin, since Harlem Park Partners, Inc. was not represented by an attorney.

16. A Hearing on Motions filed by Ameer Flippin will come before the Honorable Sean H. Lane is scheduled for August 19th, 2026, at 11:00 AM.

**IV. MOTIONS AND PRAYER FOR RELIEF**

17. Under 28 U.S.C. § 1654, *Appearance personally or by counsel,* I, Ameer Flippin, in an individual and personal capacity, *move the Bankruptcy Court to accept all filings submitted by me, Ameer Flippin, in an individual and personal capacity, as a pro se litigant* acting in my personal interest as the sole 100% shareholder of Harlem Park Partners, Inc.

18. In the event that the Court determines that corporate representation by legal counsel is required for the Delaware corporate entity, Harlem Park Partners, Inc., I, Ameer Flippin, in an individual and personal capacity, move the Bankruptcy Court for an *assignment of legal counsel in this matter*.

19. I, Ameer Flippin, in an individual and personal capacity, *Motion the Court to grant the Emergency Ex-Parte Motion to Compel a Conference Call to Meet and to Confer* with Davis

Polk, PJT Partners, FTI Consulting, and DPC Holdings regarding the potential joint-bid for the 27 subject aircraft.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.*

Executed on August 18th, 2026,
San Francisco, California.

Respectfully submitted,

*/s/ Ameer Flippin*

Ameer Flippin, in an Individual and Personal Capacity
Harlem Park Partners, Inc.
650 California Street, 7th Fl
San Francisco, CA 94108
+1 (240) 581-4693
AmeerFlippin@Outlook.com

Outlook

**RE: 25-11897 Spirit Aviation Holdings, Inc.**

**From** Tobak, Marc J. <marc.tobak@davispolk.com>
**Date** Tue 8/4/2026 7:48 AM
**To** Klein, Darren S. <darren.klein@davispolk.com>; Ameer Flippin <ameerflippin@outlook.com>
**Cc** Huebner, Marshall S. <marshall.huebner@davispolk.com>; Robertson, Christopher <christopher.robertson@davispolk.com>; spirit.notice <spirit.notice@davispolk.com>

Mr. Flippin,

The court addressed scheduling of your motions at this morning's hearing. The court reiterated the rule that a corporation cannot appear pro se in any federal court. Any motions or other pleadings that a corporation purports to have filed pro se, or to have filed through a nonlawyer representative—including your pleadings on behalf of Harlem Park Partners Inc.—are not properly before the court. Because they are not properly before the court, the court will not entertain the requests for relief presented in those pleadings, and the Debtors will not respond to those pleadings.

The court will address the pleadings improperly filed on behalf of Harlem Park Partners Inc., on August 19.

We will provide a copy of today's transcript when it becomes available.

Best regards,
Marc
**Marc J. Tobak**

**Davis Polk & Wardwell LLP**
+1 212 450 3073 office
+1 646 831 5116 mobile
marc.tobak@davispolk.com

**From:** Klein, Darren S. <darren.klein@davispolk.com>
**Sent:** Monday, August 3, 2026 8:36 PM
**To:** Ameer Flippin <ameerflippin@outlook.com>
**Cc:** Huebner, Marshall S. <marshall.huebner@davispolk.com>; Robertson, Christopher <christopher.robertson@davispolk.com>; spirit.notice <spirit.notice@davispolk.com>; Tobak, Marc J. <marc.tobak@davispolk.com>
**Subject:** Re: 25-11897 Spirit Aviation Holdings, Inc.

Dear Mr. Flippin,

The court said it would address scheduling of your motions m tomorrow. We have let you know that so that you know the import of your attendance ant the hearing.

Best, Darren

On Aug 3, 2026, at 8:11 PM, Ameer Flippin <ameerflippin@outlook.com> wrote:

Marshall,

I am not prepared for a hurried Hearing on a Motion that was just filed this weekend.

I was under the impression that all Motions would be heard on August 12th, 2026 and that it actually had been rescheduled until August 19th, 2026.

Will you simply "Consent to" and agree to Meet and to Confer on the Motion on tomorrow.

We have to talk about the "Motion" and the Supporting law and Facts that allow for such prior to receiving a judge's ORDERS.

I am not an attorney. However, an ORDER from a Judge is premature without us discussing the matter prior to a Hearing.

When would you like to schedule a Zoom.com call? Here's my calendar link:
https://calendly.com/AmeerFlippin/30min

Ameer Flippin
1.240.581.4693

---

**From:** Huebner, Marshall S. <marshall.huebner@davispolk.com>
**Sent:** Monday, August 3, 2026 2:48 PM
**To:** Ameer Flippin <ameerflippin@outlook.com>
**Cc:** Robertson, Christopher <christopher.robertson@davispolk.com>; Klein, Darren S. <darren.klein@davispolk.com>; spirit.notice <spirit.notice@davispolk.com>
**Subject:** Re: 25-11897 Spirit Aviation Holdings, Inc.

We don't have anything more to say. We are passing on what the Judge's chambers said is going to happen tomorrow. We know what your pleadings say, and recommend that you joined the hearing. It is quite typical for a judge to hold a status conference on motion.

**Marshall S. Huebner**

**Davis Polk & Wardwell** LLP
+1 212 450 4099 office
marshall.huebner@davispolk.com

> On Aug 3, 2026, at 11:46 PM, Ameer Flippin <ameerflippin@outlook.com> wrote:
>
> Marshall,
>
> I did not get a Notice or any type of Service of Process. I am a 3rd party seeking "Consent" from the Debtors' Counselors to inquire about participation. We are supposed to discuss the Motion prior to a judge addressing issues around the Motion (Meet and Confer on Motion). Then

based on our agreements or disputed facts the judge normally addresses the issues on the Motion not vice versa.

I have not officially been allowed to participate in the case yet.

Ameer

---

**From:** Huebner, Marshall S. <marshall.huebner@davispolk.com>
**Sent:** Monday, August 3, 2026 2:23 PM
**To:** Robertson, Christopher <christopher.robertson@davispolk.com>
**Cc:** Ameer Flippin <ameerflippin@outlook.com>; Klein, Darren S. <darren.klein@davispolk.com>; spirit.notice <spirit.notice@davispolk.com>
**Subject:** Re: 25-11897 Spirit Aviation Holdings, Inc.

This is what the Judge's clerk told us today. We suggest that you join.

**Marshall S. Huebner**

**Davis Polk & Wardwell LLP**
+1 212 450 4099 office
marshall.huebner@davispolk.com

On Aug 3, 2026, at 11:19 PM, Robertson, Christopher <christopher.robertson@davispolk.com> wrote:

Ms. Ebanks-Holley's email below was sent on July 17. Harlem Park Partners filed an emergency ex parte motion to compel on August 1 at ECF No. 1424.

**Christopher Robertson**

**Davis Polk & Wardwell LLP**
+1 212 450 4917 office
+1 914 393 4887 mobile
christopher.robertson@davispolk.com

---

**From:** Ameer Flippin <ameerflippin@outlook.com>
**Sent:** Monday, August 3, 2026 5:15 PM
**To:** Robertson, Christopher <christopher.robertson@davispolk.com>
**Cc:** Huebner, Marshall S. <marshall.huebner@davispolk.com>; Klein, Darren S. <darren.klein@davispolk.com>; spirit.notice <spirit.notice@davispolk.com>
**Subject:** Fw: 25-11897 Spirit Aviation Holdings, Inc.

---

**From:** Liza Ebanks-Holley <Liza_Ebanks@nysb.uscourts.gov>
**Sent:** Friday, July 17, 2026 11:06 AM
**To:** 'Ameerflippin@outlook.com' <Ameerflippin@outlook.com>
**Cc:** NYSBdb_SHL <SHL.orders@nysb.uscourts.gov>
**Subject:** 25-11897 Spirit Aviation Holdings, Inc.

Good Afternoon,

A hearing regarding your Motions will be held on **August 12, 2026 at 11:00 a.m.** (EST) via Zoom for Government. Have a good day.

**Thanks,**

**Liza Ebanks**
**Courtroom Deputy to the Honorable Sean H. Lane**
**United States Bankruptcy Court**
**Southern District of New York**
**liza_ebanks@nysb.uscourts.gov**
**(914) 467-7090**

Outlook

## Letter of Consent on Meet and Confer on Motions - Harlem Park Partners Ameer Flippin

**From** Ameer Flippin <ameerflippin@outlook.com>
**Date** Wed 7/22/2026 8:18 AM
**To** marc.tobak@davispolk.com <marc.tobak@davispolk.com>
**Cc** spirit.notice@davispolk.com <spirit.notice@davispolk.com>; marshall.huebner@davispolk.com <marshall.huebner@davispolk.com>; darren.klein@davispolk.com <darren.klein@davispolk.com>
**Bcc** dan.wikel@fticonsulting.com <dan.wikel@fticonsulting.com>; marc.bilbao@fticonsulting.com <marc.bilbao@fticonsulting.com>; david.fowkes@fticapitaladvisors.com <david.fowkes@fticapitaladvisors.com>; soar@pjtpartners.com <soar@pjtpartners.com>; soar_assets_wg@pjtpartners.com <soar_assets_wg@pjtpartners.com>; soar_asset_sales@pjtpartners.com <soar_asset_sales@pjtpartners.com>

2 attachments (378 KB)

Letter of Consent to Marc Tobak on Motion Meet and Confer Harlem Park Partners.pdf; NYSB 25-11897 1364 - Notice of Hearing Regarding Motion to Stay the Bid for Brand (1).pdf;

**VIA ELECTRONIC MAIL**

**Date:** July 22, 2026

**To:** Marc J. Tobak, Esq.

Ben S. Kaminetzky, Esq.

Marshall S. Huebner, Esq.

Darren S. Klein, Esq.

Christopher S. Robertson, Esq.

**Davis Polk & Wardwell LLP**

450 Lexington Avenue

New York, NY 10017

**Re:** *In re Spirit Aviation Holdings, Inc., et al.*, Case No. 25-11897 (SHL)

**Subject:** **Meet and Confer Inquiry: Consent to Motion to Stay [ECF No. 1345], Motion to Compel [ECF No. 1355], and Proposed Delay of Bidding Timelines**

Dear Mr. Tobak and Counsel:

I am writing to you in connection with the pending Chapter 11 bankruptcy proceedings for *In re Spirit Aviation Holdings, Inc., et al.* (Case No. 25-11897 (SHL)).

Pursuant to the applicable Federal Rules of Civil Procedure (FRCP) and Federal Rules of Bankruptcy Procedure requiring parties to **Meet and Confer** on Motions in good faith prior to court hearings, I am reaching out to discuss the pending motions and to formally inquire whether Debtors consent to the relief requested therein prior to the hearing scheduled for **August 12, 2026, at 11:00 a.m. (ET)** [ECF No. 1364].

### 1. Inquiry Regarding Consent to Filed Motions

Please advise whether Debtors and counsel consent, consent in part, or oppose the following motions filed by the undersigned:

* **Motion to Stay:**

Motion to Stay the Bid for Brand Name and Domain Name IP Assets* [ECF No. 1345], filed July 16, 2026.

* **Motion to Compel:** *Ex Parte Motion to Compel / Notice of and Motion to Compel PJT Partners and FTI Consulting to Allow Access to the Data Room and to Accept a Bid for IP Assets* [ECF No. 1355], filed July 17, 2026.

### 2. Proposal to Delay Bidding Timelines for Other Assets

In light of the unresolved matters regarding data room access and bid acceptance currently before the Court, I formally propose and request that Debtors stipulate to **delay and extend the bidding timeline for Other Assets and IP Assets to a date after the August 12, 2026 hearing date**.

Extending the bidding schedule until after the Court hears and rules upon the Motion to Stay and Motion to Compel will ensure full procedural fairness, adequate access to relevant information, and

full consideration of qualified bids for the estate's assets.

### 3. Schedule for Meet and Confer Conference

To discuss these matters efficiency ahead of the **August 3, 2026 (12:00 p.m. ET)** objection deadline [ECF No. 1364], please let me know your availability for a telephonic or virtual conference on any of the following proposed times:

* **Thursday, July 23, 2026**, between 1:00 p.m. – 4:00 p.m. (ET)

* **Friday, July 24, 2026**, between 10:00 a.m. – 2:00 p.m. (ET)

* **Monday, July 27, 2026**, between 11:00 a.m. – 3:00 p.m. (ET)

If none of these times suit your schedule, please offer alternative dates and times convenient for your team.

Thank you for your prompt attention to this matter. I look forward to your response.

Sincerely,

**/s/ Ameer Flippin**

Ameer Flippin, Movant *(Pro Se)*