**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:
**SPIRIT AVIATION HOLDINGS, INC., et al.,**
**Debtors.**

(Jointly Administered)

Chapter: 11
Case No.: 25-11897 (SHL)

---

**OBJECTION OF AMEER FLIPPIN TO THE ORAL ORDER ISSUED ON AUGUST 19TH, 2026 REGARDING PRO SE FILINGS AND CAPACITY**

---

NOW COME, I, Ameer Flippin ("Movant" or "Objector"), appearing pro se in an individual and personal capacity in the above-captioned bankruptcy cases and file this Objection to the oral ORDERS issued on August 19th, 2026 by the Honorable Judge Sean H. Lane regarding Movant's filings and pro se representation on the following grounds:

## Background

1. On August 19th, 2026, during a scheduled hearing before the Honorable Judge Sean H. Lane, the Court verbally indicated and entered an oral ORDER directing that I, the Movant, Ameer Flippin, in a personal and individual capacity, am not allowed to file documents in this Chapter 11 proceeding as a pro se litigant.

2. During said hearing, ***"Plain Error"*** was committed by the Court in construing all pleadings and filings submitted by Movant as being improperly filed on behalf of Harlem

Park Partners, Inc., *rather than being filed by me, Ameer Flippin, in an individual and personal capacity as a pro se litigant*.

3. I, the Movant, Ameer Flippin, briefly testified on the record during the August 19th, 2026 hearing, explicitly stating: *"I, Ameer Flippin, filed the documents in a personal and individual capacity."*

4. I, Ameer Flippin, the Movant, am the sole 100% shareholder and Chief Executive Officer of Harlem Park Partners, Inc., a Delaware C-Corporation utilized to execute transactions in my personal financial interest.

5. Prior to the August 19th, 2026 Hearing, Debtors' counsel (Davis Polk & Wardwell LLP) asserted that I, Ameer Flippin, the Movant could not appear or file pro se on behalf of Harlem Park Partners, Inc., *disregarding explicit legal standing and statutory right to proceed pro se in an individual and personal capacity*.

6. I, Ameer Flippin, the Movant, previously filed an Emergency Ex-Parte Motion to Compel a Conference Call to Meet and Confer with Debtors' counsel Davis Polk, PJT Partners, FTI Consulting, and DPC Holdings regarding a potential joint-bid for 27 subject aircraft utilizing a proposed stock swap involving a forthcoming new corporate entity and Harlem Park Partners, Inc., in addition to a Motion to Stay [ECF No. 1345] and Motion to Compel [ECF No. 1355].

7. Concurrent with this Objection, I, Ameer Flippin, the Movant am preparing and submitting *(i) a Judicial Notice of Request for the ORDER to be issued in writing, and (ii) a Notice of Motion to Reconsider and to Modify the ORDER*.

**Objection to the Oral Order of August 19, 2026**

8. ***Plain Error*** was committed by the Court in issuing the oral ORDER disallowing me, Ameer Flippin, to file considering the fact that Title 28 U.S.C. § 1654, *Appearance personally or by counsel*, explicitly authorizes an individual to represent themselves pro se in any federal court proceeding.
9. I, Ameer Flippin, the Movant submitted all filings in an individual and personal capacity as a pro se litigant. Harlem Park Partners, Inc. is simply the corporate entity vehicle to be used through which any possible bankruptcy transaction might be implemented.

10. Refusing to entertain or accept my filings based on the erroneous premise that they were submitted on behalf of a corporate entity violates my federal statutory right to self-representation under ***28 U.S.C. § 1654*** and deprives me, Ameer Flippin, of fundamental due process and administrative fairness.
11. Under **Title 28 U.S.C. § 1915, *Proceedings In Forma Pauperis***, and established federal case law, legal protections exist to prevent plain error and severe prejudice against individuals filing pro se where court fees are not paid.
12. Furthermore, I, Ameer Flippin, the Movant orally moved during the August 19th, 2026 Hearing—and reasserts herein—that in the event the Bankruptcy Court determines that separate corporate legal counsel is required for Harlem Park Partners, Inc., the Court should assign legal counsel for Harlem Park Partners, Inc. rather than summarily disallowing Movant's personal pro se filings.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, I, Ameer Flippin, the Movant, respectfully request that this Court enter an order:

1. Sustaining this Objection;
2. Vacating, modifying, or setting aside the oral ORDER issued on August 19th, 2026 disallowing filings by Ameer Flippin;
3. Formally accepting all past and pending filings submitted by Ameer Flippin as properly filed in an individual and personal capacity as a pro se litigant under 28 U.S.C. § 1654;
4. In the alternative, if corporate representation is deemed mandatory for Harlem Park Partners, Inc., granting an assignment of legal counsel to represent Harlem Park Partners, Inc. in these Chapter 11 proceedings; and
5. Granting Movant such other and further relief as is just and proper.

I declare under "Penalty of Perjury" that the foregoing is true and correct to the best of my knowledge.

Dated: August 20th, 2026
San Francisco, CA

/s/ Ameer Flippin

Ameer Flippin
in an Individual and Personal Capacity
Harlem Park Partners, Inc.
650 California Street, 7th Fl
San Francisco, CA 94108
+1(240) 581-4693
AmeerFlippin@Outlook.com