# Exhibit 1

COLLECTIVE BARGAINING AGREEMENT 2023

# COLLECTIVE BARGAINING AGREEMENT

**between**

**SPIRIT AIRLINES, INC.**

**and**

**THE AIRLINE PILOTS**

**in the service of**

**SPIRIT AIRLINES, INC.**

**as represented by**

**THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

SPIRIT AIRLINES
alpa
MASTER EXECUTIVE COUNCIL

**Duration: January 1, 2023 to December 31, 2024**

L. Seniority ........ 9-11

M. Returning to Line Flying ........ 9-14

N. Miscellaneous ........ 9-15

O. Temporary Training Instructor Relief ........ 9-15

P. Monthly Bidding and Scheduling Notification ........ 9-15

Q. Appendix H Meetings ........ 9-15

**Section 10: Transfer to Non-Flying or Supervisory Duty ........ 10-1**

**Section 11: Training ........ 11-1**

A. Training Curriculum ........ 11-1

B. Assignment to Training ........ 11-1

C. Initial New Hire Training ........ 11-1

D. Ground Training ........ 11-1

E. Flight Training ........ 11-2

F. General ........ 11-2

G. Review of Pilot Trainees ........ 11-4

H. Requalification, Upgrade, or Transition Opportunities ........ 11-4

I. Failure to Complete a Recurrent Checkride or Recurrent/Random Line Check (Nonprobationary Pilot) ........ 11-6

J. Training and Instructor Critique and Review Program ........ 11-6

**Section 12: Hours of Service ........ 12-1**

A. Rest Periods ........ 12-1

B. Pilot Scheduling ........ 12-1

C. On-Duty Limitations ........ 12-1

D. Scheduled Weekly, Monthly, and Yearly Limitations ........ 12-2

E. Days Off ........ 12-2

F. Notification ........ 12-3

G. Scheduling of Less than Required Rest ........ 12-3

H. Time Spent in Transportation ........ 12-4
I. Rest for Duty ........ 12-4
J. Review Block-to-Block Time ........ 12-4

**Section 13: Leaves of Absence ........ 13-1**
A. Personal Leaves of Absence ........ 13-1
B. Voluntary Time Off ........ 13-1
C. Medical Leaves of Absence ........ 13-2
D. Military Leave ........ 13-4
E. Leave of Absence for Jury Duty ........ 13-4
F. Bereavement Leave ........ 13-4
G. Association Leave ........ 13-5
H. Federal Flight Deck Officer (FFDO) Leave ........ 13-7
I. General ........ 13-7

**Section 14: Sick Leave ........ 14-1**
A. Accrual of Sick Leave ........ 14-1
B. Use of Accrued Sick Leave Credit ........ 14-2
C. Notification of Sick Leave ........ 14-3
D. Sick Leave Makeup ........ 14-3
E. Sick Leave Payouts ........ 14-4
F. General ........ 14-4

**Section 15: Medical Standards, Examinations, and Testing ........ 15-1**
A. Responsibility to Meet Standards ........ 15-1
B. Disbursement of Compensation ........ 15-1
C. Failure to Pass Physical Examination ........ 15-1
D. Captains Unable to Maintain First-Class Medical Certificate ........ 15-2
E. Drug/Alcohol Testing ........ 15-2

J. Premium Pay Events ........ 25-20
K. Reserve Duty ........ 25-24
L. Multiple Bid Trips ........ 25-34
M. Displacements ........ 25-34
N. Management Flying ........ 25-34
O. Commuter Policy ........ 25-34
P. Crew Scheduling Recording ........ 25-35
Q. Electronic Shift Trade ........ 25-37
R. Planning, Scheduling, and Notification of Training ........ 25-39
S. Preferential Bidding System ........ 25-41

**Section 26: General ........ 26-1**

A. Rights and Privileges under theRailway Labor Act ........ 26-1
B. Amendment to Agreement ........ 26-1
C. Validity of Agreement ........ 26-1
D. Orders to Pilots Involving Changes ........ 26-1
E. Use of or Damage to Company Equipment ........ 26-1
F. Provision of Copy of This Agreement to Pilots ........ 26-1
G. Notification of Requirement of Immunizations and Visas ........ 26-2
H. Designation of Employee with Regard to Gender ........ 26-2
I. Bulletin Boards ........ 26-2
J. Agreement to Apply Equally to All Employees ........ 26-2
K. Monitoring Devices ........ 26-2
L. Pilot Reading File (PRF) Bulletins ........ 26-3
M. Pilot Personnel and Training Files ........ 26-3
N. Pilot Loss of Medical Certificate ........ 26-3
O. Association Committees ........ 26-3

P. HIMS Program ........ 26-5

Q. Professional Standards ........ 26-6

R. Tuition Assistance ........ 26-8

S. Pilot Protection/Defense Devices ........ 26-8

T. Airport Security ID Badges ........ 26-9

U. Background Checks ........ 26-9

V. Association Posting of Orientation Meetings in New Hire Areas ........ 26-9

W. Pilot Performance of Duties ........ 26-9

X. Legal Protection of Pilots ........ 26-9

Y. Company Provision of Documents ........ 26-10

AA. Use of Operations (PRF) Bulletins in Processing Disciplinary Action ........ 26-10

BB. Information Provided to MEC Chairman ........ 26-10

CC. ALPA Bank ........ 26-11

DD. Crew Room Facilities ........ 26-11

EE. Maintenance of Qualifications ........ 26-11

FF. Pass Privileges for Pilots and Immediate Family ........ 26-11

GG. Transportation Over Company Routes ........ 26-12

HH. Captain Authority Over Cockpit Jumpseat ........ 26-12

II. Company Solicitation or Acceptance of Offers from Pilots ........ 26-12

JJ. Cockpit Access Security System ........ 26-12

KK. ASAP Non-Disciplinary Policy ........ 26-12

LL. Extension of Section 20 Time Limits ........ 26-12

MM. Pilot Responsibility for Subscription or Access Costs ........ 26-12

NN. Crewmember Payroll Guide ........ 26-13

OO. Contract Compliance MOU, ASAP MOU, and FOQA LOA ........ 26-13

# Section 11
# Training

## A. Training Curriculum

1. There shall be a curriculum of study and training prepared by the Company that shall be uniform, definitely outlined and designed so as to promote positive motivation and provide adequate training. The Association Training Committee will be consulted in the establishment of such curriculum. Such curriculum shall be equally available to all pilots.

2. There shall be a curriculum of study and training prepared by the Company for specialized training and checking of Training Pilots. It shall be uniform, definitely outlined and designed so as to promote positive motivation and adequate training. The Association Training Committee will be consulted in the establishment of such curriculum.

3. Prior to the modification of any approved training program, the Company shall consult with the Association Training Committee, except in the case where the FAA directs an immediate modification and such consultation cannot occur prior to the required modification. In such event, the Company will consult with the Association Training Committee as soon as possible thereafter.

More Info

4. The Company and the Association Training Committee will, upon request, meet periodically to review the status of the training programs. The Company shall consider the suggestions of the Association Training Committee as to the improvement of the training programs.

## B. Assignment to Training

The Company may assign training to Pilots, provided such training is non-punitive, and is assigned on a non-individual basis.

## C. Initial New Hire Training

Initial new hire training will consist of ground and flight training.

## D. Ground Training

1. Ground training shall consist of all training designated as such in Spirit Airlines' FAA approved training program.

the requested voluntary time off or if they are scheduled for training events that, if postponed, will cause the pilot to become de-qualified. A pilot on voluntary time off may not bid for open trips or other paid assignments. The Company will post these offers by bulletin on the Spirit Airlines company website, and in each domicile, and will e-mail all pilots at their company e-mail address. The same methodology applied to vacancy bids and reduction bids in Section 24 of this agreement will apply to bidding for voluntary time off with or without pay.

2. While on voluntary time off with or without pay, a pilot shall continue to accrue seniority and longevity. Additionally, he shall maintain all benefits available prior to the leave at the active employee rate. The Company may not require pilots to use their vacation or other paid leave as a condition to accepting voluntary time off; however, the pilot may use up to three days of floating vacation days during these periods.

**C. Medical Leaves of Absence**

1. Pilots who have completed 12 months of service with the Company as a pilot may take up to: (a) 12 months of unpaid leave for the birth or adoption of a child; (b) 12 months of unpaid leave for care of a Spouse, significant other, child, or parent with a serious health condition; or (c) 72 months of unpaid leave for care for the pilot's own serious medical condition.

2. Pilots who have completed 90 days, but less than 12 months, of service will be granted an unpaid medical leave of absence for care of the pilot's own serious medical condition for up to 72 months. The pilot will not accrue longevity or seniority while on unpaid leave pursuant to this provision. The pilot will retain the health insurance benefits available to him at the same active employee plan rate for a period of 60 days upon reimbursement to the Company on a monthly basis. After 60 days the Company will provide health insurance benefits as required under law.

3. A pregnant pilot shall be permitted to continue in service until a physician certifies she is unable to fulfill her duties. If she is certified as unable to fulfill her duties, she will be granted a medical leave of absence as determined by a physician. Additionally, upon the birth of the child, she shall be eligible for the leave set forth in Section 13.C.1.

4. A pilot's health benefits will continue for the first nine months of the leave set forth in Section 13.C.1 above at the same benefit level and cost as if the pilot were not on leave. A pilot on medical leave shall be entitled to health benefits beyond nine months upon reimbursement to the Company on a monthly basis of the full cost of such benefits. The full cost of such benefits includes administrative costs. Such administrative costs will be no greater than an additional 2%.

5. A pilot who ceases to perform flight duties pursuant to paragraph C.1 shall take any accumulated sick leave and may, at his option, take any accrued vacation prior to beginning unpaid leave.

6. The Company may require a pilot to provide 30 days' advance written notice of intent to take family/medical leave, if practicable. The Company may also require the pilot to provide medical certification of the need for the applicable leave; reasonably periodic reports of the applicable medical status, and 30 days' written notice of intent to return from leave, if practical. Medical information will be kept confidential in accordance with applicable law.

7. When family/medical leaves of absence are granted, a pilot shall retain and continue to accrue seniority for the period of the leave and longevity for pay purposes for up to six months, whether or not he is able to maintain his medical certificate required by his status, until he is able to return to duty or is found to be unfit by the submission of proof of permanent and total disability for such duty. A pilot returning to duty from family/medical leave may be subject to training in accordance with applicable FARs and Section 11 (Training) to reestablish qualifications and/or currency.

8. Any disputes arising under this Section 13.C concerning the medical condition or fitness of the pilot concerned shall be settled in accordance with the provisions of Section 15 of this Agreement.

9. Upon satisfying fitness and qualification requirement, a pilot returning from medical leave shall be permitted to exercise his seniority to secure a position at the base to which he had previously been assigned. A pilot returning from family or medical leave who does not need to requalify and provides documentation of fitness for duty will be placed on active payroll and bidding status within three days of the Company's receipt of such documentation. Use of intermittent leave will not result in removal from payroll or bidding status.

# Section 15
# Medical Standards, Examinations, and Testing

**A.** It is the responsibility of each pilot to meet the medical standards required of a pilot established by the Federal Aviation Administration (FAA), including its waiver policy, for the pertinent class of medical certification. It is the responsibility of each pilot to arrange for regular medical examinations. Pilots may select medical examiners of their choice to meet FAA requirements and shall notify the Company of any examination results. The cost of such physical examination will be paid by the pilot.

**B.** If the Company questions whether a pilot meets the medical standards of paragraph A above, the Company may require a pilot to submit to an examination or medical test in addition to those required by the FAA regulations. The examination may be by a Company-designated medical examiner, and the pilot will, upon request, be furnished with a copy of the medical examiner's report. The cost of each such Company-required examination or test and of related travel expenses shall be paid by the Company.

**C.** Any pilot who fails to pass such physical examination or medical test required by the Company may, at his option, have a review in the following manner:

1. He may employ a qualified medical examiner of his own choosing—preferably a specialist in the relevant field pertaining to the area(s) precipitating the failure to satisfy medical standards□and at his own expense for the purpose of conducting a physical examination or test.

2. A copy of the findings of the pilot's medical examiner shall be furnished to the Company. In the event that such findings verify the findings of the Company medical examiner, disposition of the pilot will be in accordance with other provisions of this Agreement. No further medical review shall be afforded under this Agreement.

3. If the findings of the Company's medical examiner and the pilot's medical examiner disagree on the pilot's qualification to exercise the privileges of his medical certificate, the Company will, at the written request of the pilot, ask the two examiners to agree upon a third qualified and disinterested medical examiner, preferably a specialist, for the purpose of making further physical examination or test.

4. The case shall be settled on the basis of the findings of the said disinterested medical examiner.

5. The expense of employing the disinterested medical examiner shall be borne one-half by the pilot and one-half by the Company. Copies of such medical examiner's report shall be furnished to the Company and to the pilot.

6. If the Company removes a pilot from service pursuant to paragraph B above, and it is thereafter determined that the pilot has continuously met the medical standards established in paragraph A above, any sick leave credits used by such pilot during the period of removal from service will be credited to the pilot's sick leave account. In addition, the pilot will be made whole for other Company-provided compensation and benefits lost as a result of being removed from service as per paragraphs B above.

7. Medical records and other information obtained as a result of a Company-required medical examination or subsequent examinations pursuant to paragraphs B and C above, shall be subject to safeguards as to their confidentiality consistent with those required under the Americans with Disabilities Act. Such information shall be available only to such management, medical, and clerical personnel as are responsible for pilot medical qualification supervision and record keeping.

**D.** Captains who are unable to maintain their first-class medical certificates, but are able to maintain a second-class medical certificate, may, at their option, continue in the service of the Company as a first officer and be paid at the applicable rate for first officers at the individual's level of longevity.

**E. Drug/Alcohol Testing**

1.

a. The Company will require pilots to undergo drug, alcohol, or other substances testing as required by applicable federal law or regulation. All drug and alcohol testing shall be conducted in accordance with the standards and procedures set forth in the applicable federal regulations.

b. The parties to this Agreement endorse the principle of zero tolerance. However, due to the potential for calibration errors, an

**GG.** Transportation over the routes of the Company will be provided on a space- available basis for Association staff representatives for the purpose of official business with the Company subject to appropriate governmental regulations.

**HH.** The captain responsible for the flight has the authority to grant an unreserved cockpit jumpseat on that flight to any pilot employed by the Company or any other authorized individual as set forth in the Flight Operations Manual. The Company shall make every effort to ensure that station employees are knowledgeable of, adhere to, and are accountable for following the jumpseat provisions outlined in the Spirit Flight Operations Manual. The Company shall endeavor to negotiate favorable interline agreements, inclusive of jumpseat privileges, on other carriers.

**II.** The Company shall not solicit nor accept offers from pilots to violate contractual limitations. The Company shall not enter into arrangements with individual pilots that violate the Agreement.

**JJ.** Cockpit Access Security System/Known Crewmember Program

The Company will participate in the Cockpit Access Security System (CASS) (or its equivalent) for both domestic and international jumpseat access. The Company will cover the cost of CASS up to a maximum of $50 per year per pilot. Also, the Company will participate in the Known Crewmember Program (KCM) (or its equivalent) when reasonably available. The Company will cover the cost of KCM up to a maximum of $50 per year per pilot.

**KK.** ASAP Non-Disciplinary Policy

More Info

The Company will not initiate disciplinary proceedings against an employee who discloses an incident or occurrence to the ASAP program provided that the incident or occurrence is accepted by the Event Review Committee under its guidelines as stated in the MOU.

**LL.** All time limits within Section 20 may be extended by mutual agreement via e-mail.

**MM.** Pilots will not be responsible for any subscription or access costs associated with standard FLiCA, CrewTrac, or comparable services.