# Exhibit 2

**LETTER OF AGREEMENT**
**between**
**SPIRIT AIRLINES, INC.**
**and the**
**AIR LINE PILOTS**
**in the service of**
**SPIRIT AIRLINES, INC.**
**as represented by the**
**AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

---

## FATIGUE POLICY AND PROCEDURES

---

THIS LETTER OF AGREEMENT (hereinafter referred to as the "Agreement") is made and entered into in accordance with the provisions of the Railway Labor Act, as amended, by and between Spirit Airlines, Inc. (hereinafter referred to as "Spirit" or "the Company") and the airline pilots in the service of the Company, as represented by the Air Line Pilots Association, International (hereinafter referred to as "ALPA" or "the Association"), and together referred to collectively as the "Parties."

A. Procedure

1) When a pilot determines that he will not be able to complete a Flight Duty Period ("FDP") assignment, not including any FDP extensions allowed under FAR117, due to a reduced level of alertness and the safety of the assignment will be impacted, the pilot will be responsible for contacting Crew Scheduling and removing himself and/or refusing the remainder of the FDP. In that case the following procedure will be applied:

   a) The pilot will contact Crew Scheduling as soon as possible and state the reason for the refusal of the FDP or remaining FDP is "Fatigue".

   b) Crew Scheduling will immediately remove the pilot and place him into a rest period of no less than 10 hours, beginning immediately if the pilot is currently located in his domicile or currently at a hotel, or if the pilot is currently at an airport, so as to provide no less than 8 hours uninterrupted rest opportunity in an approved hotel, if an approved hotel is available, otherwise in another available hotel, but in no case shall the total rest period be less than 10 hours. If a pilot determines that a rest period will not provide 8 uninterrupted hours of sleep opportunity, the pilot must notify Crew Scheduling. The pilot is assumed to be rested at the completion of the above rest period and shall notify Crew Scheduling as soon as possible if the pilot determines he is not rested and fit for duty.

Back to Section 14.F, Sick Leave

c) Following the rest period referenced in paragraph (b) above, the pilot may be assigned duty in accordance with the provisions of Section 25.I. of the parties' Collective Bargaining Agreement.

d) The pilot shall be required to submit a fatigue report to the Fatigue Management Committee ("FMC") within 48 hours of the event or, if mid-sequence, 48 hours of return to his domicile providing details relevant to the fatigue call. At no time shall the pilot be required to discuss or explain the nature of the fatigue event beyond the initial fatigue report, unless more information or data is needed by the FMC to help determine a root cause in conjunction with the Company's approved Fatigue Risk Management Plan ("FRMP").

e) The block credit of portions not completed as originally scheduled after the fatigue event will be pay protected initially from the pilot's sick bank until reviewed by the FMC. If the FMC determines a Fatigue Event is the result of a matter beyond the control of the pilot, then the pilot will be paid and credited in accordance with Section 3 of this Agreement and the sick bank pay protection restored. Should the FMC determine that the Fatigue Event was within the control of the pilot, then the pilot will have the option of having the pay protection credit restored to his sick bank and having such credit deducted from his pay. Irresponsible commuting, as determined by the FMC, does not qualify as a "matter beyond the control of the pilot."

f) A crewmember who is scheduled to finish an assignment beyond the limits of FAR 117 FDP limitations, and who does not agree to an extension of any kind beyond the FDP limit, must provide a reason. The pilot and crew scheduler, in the interest of safety, are prohibited from offering and/or accepting any form of incentive for extending beyond FDP limits.

B. Fatigue Management Committee

1) The FMC shall be comprised of the FRMP manager or designee, ALPA Safety Representative and a Company Flight Operations Representative. In the interest of preserving an anonymous reporting culture, the Company agrees that neither the FRMP manager nor Flight Operations Representative shall be an employee to whom a "Line Pilot" directly or indirectly reports.

2) All reports will be analyzed by the FMC for Root Cause. Report content shall be considered confidential and shall not be shared outside the FMC until the root cause analysis has been completed. All potential corrective actions shall be submitted directly to the Vice President of Flight Operations and the Director of Operations, or a designee so as to comply with the Spirit Airlines Company Safety Promise. In the event a review indicates a suspected misuse or abuse, nothing in this Section shall abrogate the rights of either party pursuant to the Collective Bargaining Agreement.

3) The Company will not disclose the identity of any pilot who files a fatigue report that the FMC determines to be the result of a matter beyond the control of the pilot unless agreed to by the pilot or required by law. The identity of a pilot who files a fatigue report that the FMC determines to be the result of a matter within the control of the pilot may not be disclosed to an outside party other than a medical professional as part of a fitness for duty determination, to a System Board if it determines that that such report is relevant to the disposition of a grievance, or if agreed to by the pilot or as required by law.

This Agreement shall become effective on the date signed and shall remain in full force and effect for the duration of the Parties' Collective Bargaining Agreement dated March 1, 2018.

IN WITNESS WHEREOF, the Parties have signed this Fatigue Policy and Procedures Letter of Agreement on the 1st day of March, 2018.

For Spirit Airlines, Inc.

John Bendoraitis,
Executive Vice President and
Chief Operating Officer

Thomas Canfield
Senior Vice President,
General Counsel and Secretary

For Air Line Pilots Association, Int'l.

Captain Timothy G. Canoll,
President

Stuart Morrison
SPA MEC Chairman