# Exhibit 4

**LETTER OF AGREEMENT**
**Between**
**THE AIRLINE PILOTS**
**In the service of**
**SPIRIT AIRLINES, INC.**
**As represented by**
**THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

THIS LETTER OF AGREEMENT is made and entered into in accordance with the provisions of Title II of the Railway Labor Act, as amended, by and between SPIRIT AIRLINES, INC., (hereinafter referred to as "the Company" or "Spirit") and the AIRLINE PILOTS in the service of SPIRIT AIRLINES, Inc. as represented by the AIR LINE PILOTS ASSOCIATION, INTERNATIONAL (hereinafter referred to as "The Association" or "ALPA").

WITNESSETH:

WHEREAS, it is the intent of the parties to implement a Flight Operations Quality Assurance Program (FOQA) to analyze data for the sole purpose of enhancing safety, and

Now, therefore, it is mutually agreed as follows:

A. **DEFINITIONS:**

1. Aggregate Data. The summary statistical indices that are associated with FOQA event categories, based on an analysis of FOQA data from multiple aircraft operations.

2. Aggregation. The process that groups and mathematically combines individual data elements based on some criterion (e.g., time, geographical location, event level, aircraft type). Each aggregation is based on factors of interest to the analyst at a particular point in time.

3. Cockpit Voice Recorder. Any device, equipment or system which monitors or records a pilot's voice while he or she is on an aircraft.

L36-1

Back to Section 26.OO, General

4. Data Management Unit (DMU). A unit that performs the same data conversion functions as a Flight Data Acquisition Unit (FDAU), with the added capability to process data onboard the aircraft. Additionally, this unit has a powerful data processor designed to perform in-flight airframe/engine and flight performance monitoring and analysis. Some DMUs have ground data link and ground collision avoidance systems incorporated into the unit.

5. Data Validation. A process during which flight data are reviewed to see that they were not generated as a result of erroneous recording or damaged sensors.

6. De-identified Data. Data from which any identifying elements have been removed that could be used to associate them with a particular flight, date, or flight crew.

7. Event. An occurrence or condition in which predetermined values of aircraft parameters are measured. Events represent the conditions to be tracked and monitored during various phases of flight and are based on the sensory data parameters available on a specific aircraft fleet.

8. Event Category. Event categories are areas of operational interests (e.g., aircraft type, phase of flight, geographical location) on which FOQA event monitoring and trend analysis is based.

9. Event Levels. The parameter limits that classify the degree of deviation from the established norm into two or more event severity categories. When assigning levels to an event, consideration is given to compliance with federal regulations, aircraft limitations, and company policies and procedures.

10. Event Set. A collection of events designed to measure all aspects of normal flight operations for a particular aircraft type at a particular air carrier. Individual events within the event set would be customized to the approved limitations for the aircraft type and in accordance with the air carrier's operational procedures. The event set for a particular fleet may be limited by the available parameters on the aircraft.

11. Event Validation. The process in which an event is determined to be a valid sample of operation outside the established norm. Even though aircraft parameter limits may have been exceeded, a valid event may not have occurred (e.g., significant localizer deviation may have occurred when an aircraft was making a sidestep approach to a parallel runway).

-L36-2-

12. Flight Data Acquisition Unit (FDAU). A device that acquires aircraft data via a digital data bus and analog inputs and that formats the information for output to the flight data recorder in accordance with requirements of regulatory agencies. In addition to the mandatory functions, many FDAUs have a second processor and memory module that enables them to perform additional Aircraft Condition Monitoring System (ACMS) functions/reports. The FDAU can provide data and predefined reports to the cockpit printer, directly to Aircraft Communications Addressing and Reporting System (ACARS) for transmittal to the ground, or to a Quick Access Recorder (QAR) for recording/storage of raw flight data. The FDAU can also display data for the flightcrew.

13. Flight Data Recorder (FDR). A required device that records pertinent parameters and technical information about a flight. At a minimum, it records those parameters required by the governing regulatory agency, but may record a much higher number of parameters. An FDR is designed to withstand the forces of a crash so that information recorded by it may be used to reconstruct the circumstances leading up to the accident.

14. Flight Operational Quality Assurance (FOQA). A voluntary program for the routine collection and analysis of flight operational data to provide more information about, and greater insight into, the total flight operations environment. A FOQA program combines these data with other sources and operational experience to develop objective information to enhance safety, training effectiveness, operational procedures, maintenance and engineering procedures, and air traffic control (ATC) procedures and is not designed for nor shall it be used to discipline crew members.

15. FOQA Monitoring Team (FMT). A group comprised of representatives from the pilot group, if applicable, and the air carrier. This group is responsible for reviewing and analyzing flight and event data and identifying, recommending, and monitoring corrective actions. The FMT will consist of a committee of one primary, and one alternate management pilot appointed by the Company, and one primary, and one alternate ALPA representative selected by the MEC.

16. FOQA Plan. An internal air carrier planning document that contains detailed information on FOQA implementation and operation and serves as the basis for the I&O Plan.

17. FOQA Steering Committee. An oversight committee formed at the beginning of FOQA program planning to provide policy guidance and vision for the FOQA effort. Membership may include a senior management person and representatives from key stakeholder departments, such as flight operations, maintenance, training, and safety. A safety representative from the Air Line Pilot's Association is also included on this committee.

36-3

18. Gatekeeper. The ALPA FMT member who is primarily responsible for the security of identified data. The gatekeeper is the individual(s) who can link FOQA data to an individual flight or crewmember. The gatekeeper must be a MEC approved member of ALPA. At Spirit this ALPA member will have sole access to and be able to retrieve from the computer the names of the crew. There will be two Gatekeepers, a primary and an alternate.

19. Ground Data Replay and Analysis System (GDRAS). A software application designed to:

    a. Transform airborne-recorded data into a usable form for analysis
    b. Process and scan selected flight data parameters
    c. Compare recorded or calculated values to predetermined norms using event algorithms
    d. Generate reports for review

20. Identifying Data. Any data or combination of data which allows recorded or collected flight data to be associated with a specific crew member.

21. Identified Data. Any recorded or collected flight data prior to removal of all identifying data.

22. Implementation and Operations Plan (I&O Plan). A detailed specification of key aspects of a FOQA program to be implemented by an air carrier, including:

    a. A description of the operator's plan for collecting and analyzing the data
    b. Procedures for taking corrective action that analysis of the data indicates is necessary in the interest of safety

23. Information. Any data transmitted, recorded or collected by use of a flight data recorder, cockpit voice recorder or any other recording device. The term "Information" shall further include tapes, transcripts, reports, papers, memos, statements, studies, charts, graphs or any other description, analysis or compilation of data collected by any such equipment.

24. Logical Frame Layout (LFL). A data map that describes the format in which parameter data are transcribed to a recording device. This document details where each bit of data is stored.

25. Operational Exceedance Event. An event, as determined by recorded data, indicating that an aircraft was in a situation outside of the normal agreed upon and MEC approved flight operations envelope tolerances.

26. Operational Routine Event. An event in routine operation of statistical interest such as time into operation when flaps are retracted.

L36-4

27. Parameters. Measurable variables that supply information about the status of an aircraft system or subsystem, position, or operating environment. Parameters are collected by a data acquisition unit installed on the aircraft and then sent to analysis and reporting systems.

28. Phase of Flight. The standard high-level set of activities performed by pilots on all operational flights (i.e., preflight, engine start, pushback, taxi, takeoff, climb, cruise, descent, holding, approach, landing, taxi, and postflight operations).

29. Quick Access Recorder (QAR). A recording unit onboard the aircraft that stores flight-recorded data. These units are designed to provide quick and easy access to a removable medium on which flight information is recorded. QARs may also store data in solid-state memory that is accessed through a download reader. QARs have now been developed to record an expanded data frame, sometimes supporting over 2,000 parameters at much higher sample rates than the FDR. The expanded data frame greatly increases the resolution and accuracy of the ground analysis programs.

30. Routine Operational Measurement (ROM). A "snapshot" looks at a selected parameter value at predefined points in time or space during every flight being analyzed by the GDRAS. ROMs provide standard statistics (e.g., minimum, maximum, average) for the specified parameter for a particular period of time or condition. Since ROMs are collected on every flight, they provide valuable trending insight into normal operations. Routine operational measurements are also useful in establishing a baseline for normal aircraft operation across a fleet.

31. Sample Rate. The number of times per second that a specific parameter value is recorded by the onboard recording system. Normally, most parameters are sampled once per second. Increasing or decreasing the sample rate will directly increase or decrease the amount of data recorded by the onboard system. The ability to change a parameter sample rate is a function of the measurement source and the onboard recording system capabilities. Varying the parameter sample rate can be useful in enhancing time critical analysis capabilities.

32. Stakeholder. Constituencies that are potential users of FOQA data and that have a stake in the program's success.

33. Wireless Data Link (WDL). A system that allows the high-speed transfer of onboard aircraft data to ground facilities using various wireless technologies. It may also allow for upload of data to the aircraft. Sometimes referred to as Ground Data Link (GDL).

B. **FOQA PROGRAM:**

1. The design, implementation, and operation of a FOQA program shall be by mutual agreement between the Company and the Air Line Pilots Association using an Implementation and Operations (I&O) Plan following the recommendations in AC 120-82. Any variation from the agreed-upon FOQA program shall require the mutual agreement of the parties prior to implementation. The parties shall mutually agree in writing to an implementation date for the FOQA program.

2. The FOQA Monitoring Team shall oversee the FOQA program and establish necessary policies and procedures to ensure compliance with the provisions of this agreement.

3. The design of the FOQA program shall ensure the initial confidentiality and ultimate anonymity of individual crew members.

4. Any unauthorized data access violations by the Company or its employees or agents or disclosure of crew member identity shall be cause for the Association to withdraw its participation in the FOQA program. It shall further cause the nullification of this agreement and the immediate termination of the FOQA program and destruction of all data.

5. At a minimum, any FOQA program at Spirit will record and examine the exceedances listed in Appendix II of the FAA FOQA Advisory Circular 120.82 dated April 12, 2004.

6. The establishment of the limits which define an exceedance of any level will be mutually agreed upon by both the Company and ALPA. Such exceedance limits shall be subject to review and require approval of the ALPA MEC.

7. In order to properly support the recording and examining of those exceedances listed in (5) above, any FOQA program at Spirit will at a minimum monitor all those parameters listed in Appendix II of the FAA FOQA Advisory Circular 120.82 dated April 12, 2004.

C. **SCOPE**

1. Sufficient de-identified data shall be maintained to fulfill the requirements of the agreed-upon FOQA program. All de-identified data, and analyses of such data, shall be made available upon request to the parties including the ALPA MEC.

2. There shall be continual evaluation of exceedance values by the parties and all changes, deletions, or additions will be approved by the ALPA MEC.

3. Any special studies or evaluations require mutual agreement by Company, Association members of the FOQA Monitoring Team, and the ALPA MEC.

4. FOQA Program Information (identified or de-identified) shall not be released to any third party except appropriate governmental agencies may be given access to de-identified data on Company property with approval of the FOQA Monitoring Team and ALPA MEC Chairman. (Note: Any release of information or denial of a request for access to de-identified data will be promptly reported to the MEC.)

D. **DATA RETENTION:**

1. Identifying data shall be removed from identified data as soon as possible, but no later than seven (7) days from the date of acquisition of the data by the Company.

2. Any employee/agent who has inadvertent or direct authorized contact with identified data used in a FOQA program shall be prohibited from divulging any identifying data to any individual other than the Gatekeeper. In the event any employee/agent divulges any identifying data to any individual other than the Gatekeeper such employee/agent shall immediately be removed from any participation in the FOQA program and the terms of Paragraph (B). 4 above will be invoked.

E. **DATA USE:**

1. The sole contact with any flight crew member associated with a specific exceedance event shall be through the Gatekeeper.

2. Only the Gatekeeper shall be able to identify the individual crew members associated with any specific data.

3. Any notes, memoranda or other documents used by the Gatekeeper in any contact with any flight crew member concerning a specific FOQA event shall be considered "identified data" for purposes of this agreement and shall be "de-identified" in accordance with paragraph D(1) above.

4. At a minimum, the FOQA program may be used for evaluating the following areas:

Aircraft performance
Aircraft systems performance
Operational Safety
Crew performance
Company procedures
Training programs
Training effectiveness
Aircraft design
ATC system operation
Airport operational issues
Meteorological issues

Any additional areas of evaluation which the parties may desire to include in the FOQA program must be mutually agreed upon by the Company and the ALPA MEC prior to implementation.

F. The pilot representatives involved in the FOQA program shall be displaced with applicable Company paid flight pay loss from all or a portion of their scheduled trip(s) while functioning in this capacity. Time commitment to the program will include one FOQA monitoring team member in attendance at a monthly FOQA review meeting, and special meetings as mutually agreed upon by both the Company and the ALPA representative. All flight pay loss must be approved in advance by the Company. If the attendance at meetings falls on a day off; the ALPA representative will be paid the minimum daily guarantee but in no case less than 4 hours flight pay loss.

G. This Letter of Agreement shall become effective as of the date of signing and shall continue in effect unless nullified by a violation of Paragraph (B). 4 above.

IN WITNESS WHEREOF, the parties have signed this Agreement this 27th day of September, 2007.

WITNESS:

/s/
/s/

FOR SPIRIT AIRLINES, INC.

/s/
Mike Anderson – Director of Safety – Spirit Airlines

WITNESS:

/s/

FOR THE AIR LINE PILOTS IN THE SERVICE OF SPIRIT AIRLINES, INC.

/s/
Matthew Nowell – SPA ALPA MEC Chairman.

L36-8

Back to Section 26, OO, General