# Exhibit 5

MEMORANDUM OF UNDERSTANDING
between
SPIRIT AIRLINES
and
THE AIR LINE PILOTS
in the service of
SPIRIT AIRLINES
as represented by
THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL

**FOQA DATA SHARING ("Cross Talk")**

This Memorandum of Understanding ("MOU") is made and entered into in accordance with the provisions of Title II of the Railway Labor Act, as amended, by SPIRIT AIRLINES (hereinafter referred to as the "Company") and the pilots in the service of SPIRIT AIRLINES, as represented by the AIR LINE PILOTS ASSOCIATION, INTERNATIONAL (hereinafter referred to as "ALPA").

WHEREAS, the Company and ALPA are parties to a collective bargaining agreement (the "CBA") setting forth the rates of pay, rules, and working conditions for the Company's pilots, effective March 1, 2018; and

WHEREAS, the Company and ALPA are parties to a Flight Operational Quality Assurance Program Letter of Agreement ("FOQA LOA") designed to enhance the safety and efficiency of the Company's flight operations by collecting and analyzing digital flight data, dated September 27, 2007; and

WHEREAS, the Company and ALPA are parties to an Aviation Safety Action Program Memorandum of Understanding ("ASAP MOU") with the Federal Aviation Administration, dated July 29, 2020; and

WHEREAS, the Company and ALPA desire to allow limited sharing of information between the FOQA and ASAP programs, with agreed to protective provisions, to further improve the safety of the Company's flight operations;

NOW, THEREFORE, it is mutually agreed:

**A. Definitions**

In addition to the definitions and terms used in the FOQA LOA, and ASAP MOU, the following definitions shall apply to this MOU:

1. "**ASAP Data**" means an ASAP report, the contents of an ASAP report, and any conduct, statement, decision, or recommendation made by the Event Review Committee ("ERC"), any other person(s) involved in the administration of the ASAP program or implementation of a corrective action (e.g. the ASAP manager, etc.), and/or any other person involved in the ASAP process or matters arising out of the ASAP process.



Back to Section 26, OO, General

2. "**FOQA Data**" means any data collected and input into the FOQA system pursuant to the Spirit-ALPA, FAA-approved FOQA program.

3. "**Shared Data**" means any FOQA Data provided, including a verbal description, analysis or summarization of the same, by the Lead FOQA Gatekeeper, or designee, to the ERC.

**B. Shared Data**

1. The ASAP ERC may request and receive Shared Data pursuant to the following:

    a. If after the ERC has determined that an auto-accepted ASAP report will remain in the ASAP program, and the ERC, by consensus, determines that FOQA Data may aid in understanding the cause of the event(s) covered by such ASAP report; the ALPA ERC member may request any corresponding FOQA Data from the Lead FOQA Gatekeeper or his designee.

    b. If such FOQA Data does exist, the Lead FOQA Gatekeeper or his designee may:

        i. present a brief description of the FOQA data/event to the ERC;

        ii. present the relevant FOQA Data to the ERC; and/or

        iii. assist the ERC with analysis of the FOQA Data.

    c. The ERC will not use any Shared Data, or any information obtained pursuant to Paragraph B.1.b. above, to subsequently exclude an ASAP report.

2. The parties agree that the maximum time period for removing "Identifying data" from Identified FOQA Data as set forth in Paragraph D.1 of the FOQA LOA will be extended from seven (7) to ninety (90) days while this MOU remains in effect. In the event either party terminates this MOU (see paragraph D "Duration" below), the FOQA LOA Paragraph D.1 seven (7) day time limit shall reactivate effective with the termination date of this MOU.

3. The retention and any release of Shared Data received by the ASAP ERC pursuant to this MOU will be governed by the ASAP MOU.

4. The Company and ALPA will meet 12 months from the effective date of this MOU for purposes of evaluating its implementation and effect.

**C. Compensation**

The Company will provide FOQA Gatekeepers free-from duty periods and Company-paid flight pay loss as follows:

1. Pre-block up to 104.5 hours/month, based on 16.5 hours/week for general FOQA activities and 33 hours/month for virtual Recurrent Ground School presentations.



JA

2. For each FOQA Monitoring Team ("FMT") meeting, the FOQA Gatekeeper will be compensated for one prep day and one meeting day @ 5.5 hours per day, pre-blocked when scheduled sufficiently in advance. For meetings held in-person or not pre-blocked, the Company will provide hotel, transportation or mileage reimbursement, and per diem, and the FOQA Gatekeeper will be pay-protected for the greater of trips missed or 5.5 hours per each travel, prep and meeting day.

3. For each FOQA Cross-talk meeting, the FOQA Gatekeeper will be compensated for one meeting day @ 5.5 hours per day, pre-blocked when scheduled sufficiently in advance. For meetings held in-person or not pre-blocked, the Company will provide hotel, transportation or mileage reimbursement, and per diem, and the FOQA Gatekeeper will be pay-protected for the greater of trips missed or 5.5 hours per each travel and meeting day.

**D. Duration**

1. Either party may terminate this MOU by providing the other party with seven (7) days' advance written notice. To be effective, such written notice must be provided by either the Spirit MEC Chairman or the Spirit Airlines Vice President, Safety.

2. This MOU shall become null and void upon either parties' withdrawal from the ASAP MOU or termination of the FOQA LOA.

3. This MOU shall be effective on the date of signing and will remain in effect concurrent with the CBA unless terminated under paragraphs D.1 or D.2 above.

**E. General**

Nothing in this MOU shall be construed to modify the existing terms of the parties' CBA, the ASAP MOU, or the FOQA LOA.

IN WITNESS WHEREOF, the parties hereto have approved this ASAP and FOQA Data Sharing Memorandum of Understanding.

Accepted and Agreed on behalf of ALPA and Spirit Airlines, Inc., respectively:

| | |
|---|---|
| Captain Ryan Muller<br>Chairman, SPA Master Executive Council | 8-25-22<br>Date |
| Jeffrey Miller<br>Vice President, Flight Operations | 24 August 2022<br>Date |