# Exhibit 6

# MEMORANDUM OF UNDERSTANDING

**between**
**SPIRIT AIRLINES, INC**
**and**
**the pilots in the service of**
**Spirit Airlines**
**as represented by the**
**Air Line Pilots Association, International (ALPA)**

## Line Operations Safety Audit (LOSA)

THIS MEMORANDUM OF UNDERSTANDING (hereinafter referred to as the "Agreement") is made and entered into in accordance with the provisions of the Railway Labor Act, as amended, by and between Spirit Airlines, Inc. (hereinafter referred to as "the Company") and the pilots in the service of the Company, as represented by Air Line Pilots Association, International (hereinafter referred to as "the Association"), collectively referred to as the "Parties."

The Parties hereby agree to the following:

**A. Background**

The FAA issued Advisory Circular (AC) 120-90, establishing guidelines for airlines to follow when conducting a Line Operations Safety Audit (LOSA). The Parties recognize the merits of implementing a LOSA program that fosters airline safety in accordance with the rules contained herein.

**B. Definitions**

1. "LOSA Program": A recurring program in which trained observers occupy the cockpit jumpseat during regularly scheduled flights to collect safety-related data on environmental conditions, operational complexity, and flight crew performance. Confidentiality of data and non-jeopardy assurance for pilots are fundamental to the program's success.

2. "Identifying Data": Any data or combination of data that allows collected data to be associated with a specific crew member.

3. "Identified Data": Any collected data prior to removal of all identifying data.

4. "LOSA Steering Committee": A joint committee consisting of up to three (3) representatives from the Company's Safety or Flight Operations Departments and up to two (2) Association representatives. Any necessary subject matter experts may be included with the agreement of the Committee.

5. "LOSA Coordinator": The Company's Director of Safety or his/her designee, who maintains day-to-day oversight of the LOSA Program and LOSA Observers.

6. "LOSA Observers": Individuals selected by the LOSA Steering Committee to observe line crews on regularly scheduled flights after completing the requisite training, including supplemental training as may be required. The pool of LOSA Observers will consist solely of non-Management, non-Check Airman, and non-training line pilots on the Spirit Airline's Pilot Seniority List.

7. "LOSA Standards": Data acquisition criteria on which LOSA Observers will be trained to ensure consistency in data acquisition and confidentiality. These standards will be identified and made available to all pilots and LOSA Observers on the Company's internal website.

8. "LOSA Training Program": A training program designed to effectively train LOSA Observers in LOSA fundamentals (including this Agreement) that is approved by the LOSA Steering Committee. At a minimum, LOSA Observer training shall consist of: (a) LOSA ethics; (b) Threat, Error and Undesired Aircraft State ("UAS") Management concepts; (c) observational coding and narrative write-up for contextual support; (d) etiquette and professionalism required of an Observer; and (e) use of any forms and recording tools to include the protection of Identified Data (e.g., flight number/date, crew names, and observer names).

9. "DATA REPOSITORY": A central location, computer server, where all LOSA data and LOSA program information is stored and managed. Any and all data that may contain or be used to determine the identity of a LOSA Observer or flight crew member, as well as the actual observation data, will be stored in a manner to protect the confidentiality of the participants and data, and to restrict access to the data. Protections will include, but are not limited to, the use of password protected data files and folders, and storage on a secure computer and server. Use of, or access to this data will require mutual agreement by the Company and Association member of the LOSA Steering Committee and is restricted to those individuals with a demonstrated need for the information, such as the LOSA Project Manager and ALPA Safety Committee Chair, or his designee, and those assisting with logistical planning and management of the observations during the data collection period. Use of, or access to the final report data and the LOSA Data Query Tool will require mutual agreement by the Company and Association members of the LOSA Steering Committee to ensure the data remains protected and confidential. The repository will be stored on the Safety Department SharePoint LOSA folder.

## C. LOSA Program

1. The design, implementation, and operation of a LOSA Program shall be by mutual agreement between the Parties. Any variation from the agreed upon LOSA Program or LOSA Standards shall require the written mutual agreement of the Parties prior to implementation.

2. The LOSA Coordinator shall oversee the day-to-day operations of the LOSA Program and establish necessary policies and procedures to ensure compliance with the provisions of this Agreement.

3. Data collected from the LOSA Program will be considered LOSA data and will be handled in compliance with the provisions of this Agreement.

4. All information derived from the LOSA Program will be made equally available to all members of the LOSA Steering Committee.

5. Any violation of the requirements of the LOSA Program, or the terms of this Agreement, shall be promptly reviewed and investigated by the LOSA Steering Committee.

6. The LOSA Program will adhere to the following minimum criteria:

   a. Jumpseat Observations During Normal Flight Operations: LOSA observations shall be limited to regularly scheduled flights. Line checks, initial operating experience/upgrade operating experience, flights with management pilots, or other training flights will not be used as LOSA observation flights.

   b. Joint Company/ALPA Sponsorship: A successful LOSA program requires buy-in from both the Association and the Company. Therefore, each of the Parties agree to support the program, which, in turn, will attempt to improve flight operations safety by evaluating LOSA data.

   c. Audit Period: The LOSA Steering Committee will set the target number of LOSA observations during a predetermined period.

   d. Voluntary Crew Participation: All LOSA observations are collected with voluntary crew participation. Before conducting LOSA observations, a LOSA Observer will ask both pilots for permission to observe the flight. If either pilot declines, the LOSA Observer will not conduct the observation and the pilot's declination(s) shall remain confidential.

   e. De-identified, Confidential, and Non-disciplinary Data Collection: LOSA Observers are prohibited from recording names, flight numbers, dates, or any other information that can identify a crew or individual pilot. Additionally, LOSA data shall not be used for disciplinary reasons, and no observed pilot shall be subject to any instruction, checking (or any form of additional training), discipline, discharge or enforcement action by the Company as a result of his/her participation in the LOSA Program.

   f. Inadmissibility: Any and all LOSA Program information in any format including, but not limited to Observer notes, Observer assignments, Observer completion feedback, operational notes, records of any communication, LOSA collaborative analysis, and email communications shall be considered inadmissible in any dispute, grievance, System Board of Adjustment, arbitration or legal proceeding between the Parties, between any of the Parties, or a Company pilot. Furthermore, no LOSA Observer will testify in any such

proceeding concerning a LOSA observation, a LOSA Observation request, or a pilot's response to a LOSA Observation request.

g. Targeted Observation Form: A standard process to record data approved by the LOSA Steering Committee will be used during LOSA Observation rides. No other notes or records outside of this approved process will be maintained.

h. Trusted Data Repository: In order to preserve confidentiality, the LOSA Steering Committee will maintain a trusted data repository in an agreed upon location (including off-site storage) and format. Only the LOSA Steering Committee's final analysis, consisting entirely of de-identified and aggregate data and analyses, which will not identify individual observations, will be disseminated outside the LOSA Steering Committee.

i. Targets for Enhancement: The final product of a LOSA is the data derived targets for enhancement based on emergent patterns resulting from such data. It is then up to the LOSA Steering Committee to develop an action plan based on these targets, which will include best methods for disseminating said findings and action plan to all pilots. Any recommendations for corrective actions will be sent to the Company Safety Department for review.

**D. Information Security and Use**

1. Any special studies or evaluations shall require mutual agreement by the LOSA Steering Committee members.

2. No data derived from the LOSA Program shall be shared with any government agencies, including, but not limited to, any FAA personnel, unless required by law, regulation, court order, or legally binding directives of said responsible government agencies or unless expressly agreed to in writing by the Parties. Government agencies may be given access to de-identified data on Company property if expressly agreed to in writing by the Parties, or if otherwise required by law, regulation, court order or directive.

3. Any information that could be used to identify the crew shall not be recorded.

4. LOSA participants, including the Company, the Association, Steering Committee Members, Observers, and vendors shall enter into confidentiality agreements prior to their participation in the LOSA Program. Any individual who has contact with any Identifying Data used in the LOSA Program shall be prohibited from divulging any Identifying Data outside the LOSA Steering Committee, except as required by law.

**E. General**

1. LOSA Observers shall be boarded as jumpseaters after Company jumpseaters (including those Company pilots commuting to or from a reserve, flight, or training assignment) at the Captain's discretion. A pilot commuting to or from work may, at that pilot's discretion,

voluntarily agree to give up a cockpit jumpseat and occupy a cabin seat, if available, in order to accommodate a LOSA Observer.

2. There shall be 18 LOSA Observers involved in the LOSA Program. LOSA Observers will be released from line flying and may not pick up Open Time flying for the month they are serving as LOSA Observers. Each LOSA Observer will be compensated (90) credit hours and 250 hours of per diem for the bid month in which he/she serves as a LOSA Observer.

3. If any LOSA Observer is unable to return to his/her Domicile for any reason due to a LOSA Observation the Company will arrange for his/her transportation and lodging accommodation as it would with any other operating or dead heading crew member.

4. Flying required to be removed from a pilot's schedule outside of the LOSA Audit period as defined by the LOSA Steering Committee pursuant to Paragraph C.6.c of this Agreement, to facilitate support to the LOSA program, and directed to be removed by the LOSA Steering Committee (e.g., training) shall be pay protected.

This Memorandum of Understanding shall become effective on the date signed and shall remain in full force and effect until canceled by either party.

IN WITNESS WHEREOF, the parties have signed this Line Observations Safety Audit Memorandum of Understanding on the 10 day of October 2018

| | |
|---|---|
| For SPIRIT AIRLINES. | For ALPA. |
| Joseph Resnik<br>VP, Safety and Regulatory Compliance<br>Spirit Airlines | Stuart Morrison<br>Chairman<br>Spirit Airlines MEC<br>Air Line Pilots Asociation, Intl |

5