DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard East
New York, New York 10001
Tel.: (212) 909-6000
Jasmine Ball
Elie J. Worenklein

*Fleet Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SPIRIT AVIATION HOLDINGS, INC., *et al.*,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 25-11897 (SHL)**<br><br>**Jointly Administered** |

**AMENDED[2] AGENDA FOR OCTOBER 14, 2026, HEARING**

Time and Date of Hearing: October 14, 2026, at 11:00 a.m. (Prevailing Eastern Time)[3]

Location of Hearing: The hearing will be conducted via Zoom for Government. Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl 24 hours in advance of the hearing.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and https://dm.epiq11.com/SpiritAirlines (free of charge).

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] **Amended items appear in bold text.**

[3] All times herein are expressed in prevailing Eastern Time.

## I. UNCONTESTED MATTERS

1. **APPLICATION TO RETAIN EVERSHEDS SUTHERLAND (US) LLP AS EFFICIENCY COUNSEL TO THE DEBTORS**. Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Eversheds Sutherland (US) LLP as Efficiency Counsel for the Debtors *Nunc Pro Tunc* to September 10, 2026 [ECF No. 1673]

   Objection Deadline: October 7, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

2. **INTERIM AND FINAL FEE APPLICATION OF PJT PARTNERS LP**. Fourth Interim and Final Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession for Allowance (and Final Approval) of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of August 30, 2025 through October 31, 2026 [ECF No. 1648]

   Objection Deadline: October 7, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Notice of Hearing on Fourth Interim and Final Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession for Allowance (and Final Approval) of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of August 30, 2025 through October 31, 2026 [ECF No. 1649]

   Status: This matter is going forward on an uncontested basis.

3. **HFS ENFORCEMENT MOTION**. Debtors' Motion for Entry of an Order Enforcing the HFS Sale Order for Release of Escrow Funds [ECF No. 1659]

   Objection Deadline: October 2, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Order (A) Authorizing the Sale of Certain Aircraft Free and Clear of All Liens, Claims and Encumbrances and Other Interests and (B) Granting Related Relief [ECF No. 991]

B. Declaration of Scott Farnsworth in Support of the Debtors' Motion for Entry of an Order Enforcing the HFS Sale Order for Release of Escrow Funds [ECF No. 1697]

Replies Received:

C. Debtors' Reply in Further Support of the Motion for an Order Enforcing the HFS Sale Order for Release of Escrow Funds [ECF No. 1694]

Status: This matter is going forward on an uncontested basis.

## II. OTHER MATTER

4. **SALE OF SIMULATOR ASSETS. Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [ECF No. 1117]**

Objection Deadline: **October 13, 2026, at 4:00 p.m.**

Responses Received: **[TBD]**

Related Documents:

**A. Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures and (II) Granting Related Relief [ECF No. 1213]**

**B. Notice of (I) Successful Bidder and (II) Cancellation of Auction for the Simulator Assets [ECF No. 1700]**

**C. Notice of Proposed Order (I) Authorizing the Sale of Simulator Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations under the Purchase Agreement and (III) Granting Related Relief [ECF No. 1701]**

Status: **This matter is going forward as scheduled.**

## III. ADJOURNED MATTER

5. **SALE OF DEIDENTIFIED DATA**. Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [ECF No. 1117]

Objection Deadline: August 17, 2026, at 4:00 p.m.

Responses Received:

A. The Debtors received informal comments.

B. The Debtors received a *pro se* limited objection via email from Mr. Stephen M. Ambrozy on August 17, 2026, which has not been filed to the docket, captioned "Emergency Request to Accept Late-Filed Limited Objection of Stephen M. Ambrozy to Proposed Sale of Deidentified Data [ECF Nos. 1463, 1469]".

C. Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO to the Proposed Sale of the Deidentified Data [ECF No. 1489]

D. Limited Objection of Springshot, Inc. to the Proposed Sale of the Deidentified Data [ECF No. 1508]

E. Notice of Adoption and Joinder in Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO to the Proposed Sale of the Deidentified Data (filed by the Professional Airline Flight Control Association) [ECF No. 1521]

F. Limited Objection of International Aero Engines LLC and IAE International Aero Engines AG to the Debtors' Proposed Sale of the Deidentified Data and Cross-Motion for Enforcement of Confidentiality Agreements [ECF No. 1538]

G. Joinder of the IAM and TWU Local 570 to the Limited Objection of the AFA to the Proposed Sale of Deidentified Data [ECF No. 1539]

H. Limited Objection of Air Line Pilots Association, International to the Debtors' Proposed Sale of Deidentified Data [ECF No. 1558]

I. Navitaire and Amadeus' Limited Objection to Deidentified Sale and Joinder in Objections to Deidentified Sale and Cross Motion for Enforcement of Confidentiality Agreements [ECF No. 1602]

J. Supplemental Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO to the Proposed Sale of the Deidentified Data [ECF No. 1656]

K. Supplement to Limited Objection of Air Line Pilots Association, International to the Debtors' Proposed Sale of Deidentified Data [ECF No. 1658]

L. Limited Objection of Allied Pilots Association to the Proposed Sale of the Deidentified Data [ECF No. 1669]

M. Supplemental Limited Objection of Springshot, Inc. to the Proposed Sale of the Deidentified Data [ECF No. 1693]

<u>Related Documents</u>:

N. Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures and (II) Granting Related Relief [ECF No. 1213]

O. Notice of Auctions and Revised Timeline in Connection with the Debtors' Bidding Procedures Motion [ECF No. 1435]

P. Consumer Privacy Ombudsman (CPO) Request for Extension of Time to File CPO Report to the Court [ECF No. 1446]

Q. Notice of Auction Results and Scheduled Hearing for the Deidentified Data [ECF No. 1463]

R. Notice of Proposed Order (I) Authorizing the Sale with Respect to the Deidentified Data Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the Transfer Agreement and (III) Granting Related Relief [ECF No. 1469]

S. Declaration of Dylan Friesner in Support of Order (I) Authorizing the Transaction with Respect to the Deidentified Data Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the Sale Agreement and (III) Granting Related Relief [ECF No. 1470]

T. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1488]

U. Notice of micro1 Inc.'s Intent to Submit a Competing and Superior Bid for the Deidentified Data [ECF No. 1556]

V. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1557]

W. Consumer Privacy Ombudsman Report to the Court [ECF No. 1581]

X. Google LLC's Preliminary Response to Consumer Privacy Ombudsman's Report in Support of the Proposed Sale of the Deidentified Data [ECF No. 1594]

Y. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1601]

Z. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1663]

AA. Motion by the Electronic Privacy Information Center & Seema N. Patel for Leave to Participate as *Amici Curiae* in Support of the Supplemental Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO [ECF No. 1677]

BB. Consumer Privacy Ombudsman Supplemental Report to the Court on the Sale of the Deidentified Data [ECF No. 1684]

CC. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1695]

Reply Deadline: November 4, 2026, at 12:00 p.m.

Replies Received: [TBD]

Status: This matter has been adjourned to 11:00 a.m. on November 6, 2026.

[*Remainder of page intentionally left blank*]

Dated: October 12, 2026
New York, New York

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard East
New York, New York 10001
Tel.: (212) 909-6000
Jasmine Ball
Elie J. Worenklein

*Fleet Counsel to the Debtors and Debtors in Possession*

DAVIS POLK & WARDWELL LLP

By: */s/ Darren S. Klein*

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*