# EXHIBIT B

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SPIRIT AVIATION HOLDINGS, INC., *et al.*, | Case No. 25-11897 (SHL) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SKYWEST INFLIGHT ASSOCIATION LEAVE TO FILE STATEMENT OF AMICUS CURIAE**

Upon the motion of SkyWest InFlight Association ("SIA") for leave to file a statement of *amicus curiae* concerning employee-data privacy in the proposed sale of the Deidentified Data [ECF No. ____] (the "Motion"), and the Court having determined that good cause exists, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Statement of *Amicus Curiae* attached as Exhibit A to the Motion is deemed filed.

3. Nothing in this Order makes SIA a party in interest or entitles SIA to further participation absent leave of the Court.

Dated: ___________, 2026
White Plains, New York

_____________________________________

HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE