DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC., *et al.*,** | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF ADJOURNMENT OF HEARING ON THE SALE OF THE DEIDENTIFIED DATA**

**PLEASE TAKE NOTICE** that, on June 22, 2026, the Court entered the *Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures* [ECF No. 1213] (the "**Bidding Procedures Order**")[2] by which the Court, among other things, approved procedures (the "**Bidding Procedures**") to be used in connection with one or more transfers of the Debtors' assets free and clear of all liens, claims, encumbrances, and other interests.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures and the Bidding Procedures Order, the Debtors conducted a virtual Auction with respect to the Deidentified Data on Friday, August 14, 2026.

**PLEASE TAKE FURTHER NOTICE** that, on August 14, 2026, the Debtors filed the *Notice of Auction Results and Scheduled Hearing for the Deidentified Data* [ECF No. 1463] (the "**Notice of Auction Results**").

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] Capitalized terms used but not defined herein are defined in the Bidding Procedures Order or the sale agreement attached as Exhibit A to the Notice of Auction Results, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline with respect to the sale of the Deidentified Data to the Successful Bidder was at 4:00 p.m. on August 17, 2026,[3] and has passed. **The Debtors continue to work constructively with objecting parties in an effort to resolve objections consensually, including to address the concerns of parties who have raised questions with respect to the treatment of personally identifiable or sensitive employee information.**

**PLEASE TAKE FURTHER NOTICE** that the hearing with respect to the sale of the Deidentified Data (the "**Hearing**") was previously adjourned to 11:00 a.m. on November 6, 2026.

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned and will now take place at **11:00 a.m. on November 17, 2026**.

**PLEASE TAKE FURTHER NOTICE** that the reply deadline with respect to the sale of the Deidentified Data is **12:00 p.m. on November 13, 2026**.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before the Court in Courtroom No. 147, located at 300 Quarropas Street, White Plains, New York 10601. For those wishing to participate remotely, the Hearing will be conducted via Zoom for Government. Any party that wishes to view or examine any witness is required to do so in person at the Court during the evidentiary portion of the Hearing. Pursuant to Judge Lane's Chambers Rules on Remote and In-Person Proceedings, no witnesses may be viewed or examined remotely over Zoom. Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by **11:00 a.m. on November 16, 2026**. Instructions and additional information about the Court's remote attendance procedures can be found at https://www.nysb.uscourts.gov/ecourt-appearances. Once an appearance is properly submitted, the Court will circulate by email the Zoom link to the hearing to those parties who have made an electronic appearance prior thereto.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued or adjourned from time to time by an announcement in open court or by filing a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of documents filed publicly in these chapter 11 cases are available free of charge at https://dm.epiq11.com/SpiritAirlines.

[*Remainder of page intentionally left blank*]

[3] All times herein are expressed in prevailing Eastern Time.

Dated: November 4, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Darren S. Klein*

450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*