DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Re: ECF No. 1779**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC., *et al.*,** | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF CANCELLATION OF NOVEMBER 6, 2026, HEARING**

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Court**") was previously scheduled for 11:00 a.m.[2] on November 6, 2026.

**PLEASE TAKE FURTHER NOTICE** that all matters originally scheduled to be heard at the November 6, 2026, hearing have been adjourned (*see* notice of adjournment filed at ECF No. 1779).

**PLEASE TAKE FURTHER NOTICE** that, in light of the fact that all matters originally scheduled for the November 6, 2026, hearing have been adjourned, the November 6, 2026, hearing **has been cancelled**.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed publicly in these chapter 11 cases are available free of charge at https://dm.epiq11.com/SpiritAirlines.

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] All times herein are expressed in prevailing Eastern Time.

Dated: November 5, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Darren S. Klein*

450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*