DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AVIATION HOLDINGS, INC., *et al.*,** | **Case No. 25-11897 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

**AGENDA FOR NOVEMBER 17, 2026, HEARING**

Time and Date of Hearing: November 17, 2026, at 11:00 a.m. (Prevailing Eastern Time)[2]

Location of Hearing: The hearing will be held in front of the Honorable Sean H. Lane, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York.

The Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before the Court in Courtroom No. 147, located at 300 Quarropas Street, White Plains, New York 10601. For those wishing to participate remotely, the Hearing will be conducted via Zoom for Government. **Any party that wishes to view or examine any witness is required to do so in person at the Court during the evidentiary portion of the Hearing**. Pursuant to Judge Lane's Chambers Rules on Remote and In-Person Proceedings, no witnesses may be viewed or examined remotely over Zoom. Any parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] All times herein are expressed in prevailing Eastern Time.

| | |
|---|---|
| | required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl 24 hours in advance of the hearing. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and https://dm.epiq11.com/SpiritAirlines (free of charge). |

## I. UNCONTESTED MATTERS

1. **INTERIM FEE APPLICATION OF DAVIS POLK & WARDWELL LLP**. Fourth Interim Application of Davis Polk & Wardwell LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2026 Through August 31, 2016 [ECF No. 1736]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

2. **INTERIM FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP**. Fourth Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as Conflicts Counsel for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred From June 1, 2026 Through August 31, 2026 [ECF No. 1738]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

3. **INTERIM FEE APPLICATION OF FTI CONSULTING, INC**. Third Interim Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisors to the Debtors and Debtors in Possession for the Period from June 1, 2026 Through August 31, 2026 [ECF No. 1737]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

Status: This matter is going forward on an uncontested basis.

4. **INTERIM FEE APPLICATION DEBEVOISE & PLIMPTON LLP**. Third Interim Application of Debevoise & Plimpton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Fleet Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2026 Through August 31, 2026 [ECF No. 1739]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

5. **INTERIM FEE APPLICATION OF O'MELVENY & MYERS LLP.** Fourth Interim Application of O'Melveny & Myers LLP, as Special Labor Counsel to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2026 Through August 31, 2026 [ECF No. 1740]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   Status: This matter is going forward on an uncontested basis.

6. **INTERIM FEE APPLICATION OF ERNST & YOUNG LLP.** Fourth Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Audit and Tax Services Provider for the Time Period June 1, 2026 Through and Including August 31, 2026 [ECF No. 1734]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   Status: This matter is going forward on an uncontested basis.

7. **FINAL FEE APPLICATION OF EASTDIL SECURED, L.L.C.** First and Final Application of Eastdil Secured, L.L.C. as Real Estate Advisors for Debtors for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 24, 2026 Through and Including August 31, 2026 [ECF No. 1735]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward on an uncontested basis.

8. **INTERIM FEE APPLICATION OF WILLKIE FARR & GALLAGHER LLP.** Fourth Interim Fee Application of Willkie Farr & Gallagher LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2026 Through and Including August 31, 2026 [ECF No. 1732]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

9. **INTERIM FEE APPLICATION OF ALTON AVIATION CONSULTANCY LLC.** Third Interim Application of Alton Aviation Consultancy LLC for Allowance of Compensation for Specialized Aviation Advisory Services Rendered and Reimbursement of Expenses Incurred as Professionals to the Official Committee of Unsecured Creditors for the Period June 1, 2026 Through and Including August 31, 2026 [ECF No. 1733]

   Objection Deadline: November 10, 2026, at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

10. **FINAL FEE APPLICATION OF JEFFERIES LLC.** Final Fee Application of Jefferies LLC as Investment Banker for the Official Committee of Unsecured Creditors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 19, 2025 Through September 30, 2026 [ECF No. 1689]

    Objection Deadline: October 28, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

11. **INTERIM FEE APPLICATION OF BIELLI & KLAUDER, LLC.** Third Interim Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner, David M. Klauder, Esquire, for the Period from June 1, 2026 Through August 31, 2026 [ECF No. 1704]

    Objection Deadline: November 10, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

12. **ELAVON SETTLEMENT MOTION.** Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreement and Release Between the Debtors and the Evalon Parties, (II) Authorizing and Approving Assumption of the Card Processing Agreement and (III) Granting Related Relief [ECF 1765]

    Objection Deadline: November 13, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Motion of the Debtors for Entry of an Order Shortening Notice with Respect to (I) The Elavon Settlement Motion and (II) The Amex Settlement Motion [ECF No. 1767]

    B. Declaration of Pedro Motta in Support of (I) the Elavon Settlement Motion, (II) the AmEx Settlement Motion and (III) the Motion to Shorten) [ECF No. 1768]

13. **AMEX SETTLEMENT MOTION.** Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreement and Release Between Spirit Airlines, LLC and American Express Travel Related Services Company, Inc., (II) Allowing Assumption of the Card Acceptance Agreement, as Modified, and (III) Granting Related Relief [ECF 1766]

    Objection Deadline: November 13, 2026, at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Motion of the Debtors for Entry of an Order Shortening Notice with Respect to (I) The Elavon Settlement Motion and (II) The Amex Settlement Motion [ECF No. 1767]

B. Declaration of Pedro Motta in Support of (I) the Elavon Settlement Motion, (II) the AmEx Settlement Motion and (III) the Motion to Shorten [ECF No. 1768]

C. Notice of Filing of Revised Exhibit to Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreement and Release Between Spirit Airlines, LLC and American Express Travel Related Services Company, Inc., (II) Allowing Assumption of the Card Acceptance Agreement, as Modified, and (III) Granting Related Relief [ECF No. 1798]

Status: This matter is going forward on an uncontested basis.

## II. CONTESTED MATTERS

14. **SALE OF DEIDENTIFIED DATA**. Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [ECF No. 1117]

Objection Deadline: August 17, 2026, at 4:00 p.m.

Responses Received:

A. The Debtors received informal comments.

B. The Debtors received a *pro se* limited objection via email from Mr. Stephen M. Ambrozy on August 17, 2026, which has not been filed to the docket, captioned "Emergency Request to Accept Late-Filed Limited Objection of Stephen M. Ambrozy to Proposed Sale of Deidentified Data [ECF Nos. 1463, 1469]".

C. Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO to the Proposed Sale of the Deidentified Data [ECF No. 1489]

D. Limited Objection of Springshot, Inc. to the Proposed Sale of the Deidentified Data [ECF No. 1508]

E. Notice of Adoption and Joinder in Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO to the Proposed Sale of the Deidentified Data (filed by the Professional Airline Flight Control Association) [ECF No. 1521]

F. Limited Objection of International Aero Engines LLC and IAE International Aero Engines AG to the Debtors' Proposed Sale of the Deidentified Data and Cross-Motion for Enforcement of Confidentiality Agreements [ECF No. 1538]

G. Joinder of the IAM and TWU Local 570 to the Limited Objection of the AFA to the Proposed Sale of Deidentified Data [ECF No. 1539]

H. Limited Objection of Air Line Pilots Association, International to the Debtors' Proposed Sale of Deidentified Data [ECF No. 1558]

I. Navitaire and Amadeus' Limited Objection to Deidentified Sale and Joinder in Objections to Deidentified Sale and Cross Motion for Enforcement of Confidentiality Agreements [ECF No. 1602]

J. Supplemental Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO to the Proposed Sale of the Deidentified Data [ECF No. 1656]

K. Supplement to Limited Objection of Air Line Pilots Association, International to the Debtors' Proposed Sale of Deidentified Data [ECF No. 1658]

L. Limited Objection of Allied Pilots Association to the Proposed Sale of the Deidentified Data [ECF No. 1669]

M. Supplemental Limited Objection of Springshot, Inc. to the Proposed Sale of the Deidentified Data [ECF No. 1693]

N. Limited Objection of Southwest Pilots Association to the Proposed Sale of the Deidentified Data [ECF No. 1746]

O. Joinder of Airlines for America to Union Objections to Debtors' Proposed Sale of Deidentified Data [ECF No. 1784]

P. Limited Objection and Reservation of Rights to the Debtors' Proposed Sale Order and Sale of the Deidentified Data [ECF No. 1810]

<u>Reply Deadline</u>: November 13, 2026, at 12:00 p.m.

<u>Replies Received</u>:

Q. Debtors' Omnibus Reply In Support of Proposed Sale of Deidentified Data [ECF No. 1816]

R. Google LLC's Omnibus Response In Support of the Proposed Sale of the Deidentified Data [ECF No. 1815]

<u>Related Documents</u>:

S. Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing the Potential Selection of Stalking Horse Bidder(s), (C) Approving

Bid Protections, (D) Scheduling Auction(s) for, and Hearing(s) to Approve, the Sale of the Debtors' Assets, (E) Approving the Form and Manner of Notices of Sale, Auction(s), and Sale Hearing(s), and (F) Approving the Assumption and Assignment Procedures and (II) Granting Related Relief [ECF No. 1213]

T. Notice of Auctions and Revised Timeline in Connection with the Debtors' Bidding Procedures Motion [ECF No. 1435]

U. Consumer Privacy Ombudsman (CPO) Request for Extension of Time to File CPO Report to the Court [ECF No. 1446]

V. Notice of Auction Results and Scheduled Hearing for the Deidentified Data [ECF No. 1463]

W. Notice of Proposed Order (I) Authorizing the Sale with Respect to the Deidentified Data Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the Transfer Agreement and (III) Granting Related Relief [ECF No. 1469]

X. Declaration of Dylan Friesner in Support of Order (I) Authorizing the Transaction with Respect to the Deidentified Data Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the Sale Agreement and (III) Granting Related Relief [ECF No. 1470]

Y. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1488]

Z. Notice of micro1 Inc.'s Intent to Submit a Competing and Superior Bid for the Deidentified Data [ECF No. 1556]

AA. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1557]

BB. Consumer Privacy Ombudsman Report to the Court [ECF No. 1581]

CC. Google LLC's Preliminary Response to Consumer Privacy Ombudsman's Report in Support of the Proposed Sale of the Deidentified Data [ECF No. 1594]

DD. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1601]

EE. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1663]

FF. Motion by the Electronic Privacy Information Center & Seema N. Patel for Leave to Participate as *Amici Curiae* in Support of the Supplemental Limited Objection of the Association of Flight Attendants-CWA, AFL-CIO [ECF No. 1677]

GG. Consumer Privacy Ombudsman Supplemental Report to the Court on the Sale of the Deidentified Data [ECF No. 1684]

HH. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1695]

II. Motion of SkyWest InFlight Association for Leave to File Statement of Amicus Curiae Concerning Employee-Data Privacy in Proposed Sale of Deidentified Data [ECF No. 1774]

JJ. Notice of Adjournment of Hearing on the Sale of the Deidentified Data [ECF No. 1779]

KK. Motion by Joshua Eames-Cepero for Leave to File Statement of Amicus Curiae [ECF No. 1783]

LL. Notice of Status Conferences [ECF No. 1797]

MM. Notice of Filing of (A) Revised Proposed Sale Order, (B) Revised Sale Agreement and (C) Ancillary Agreements in Connection with the Proposed Sale of the Deidentified Data [ECF No. 1802]

NN. Declaration of Sapana Patel In Support of the Proposed Sale of Deidentified Data [ECF No. 1813]

OO. Declaration of Andrew Colombi [ECF No. 1814]

Status: This matter is going forward on a contested basis.

## III. ADJOURNED MATTER

15. **DEBTORS' OBJECTION TO DFS CLAIMS.** Debtors' Objection to Proof of Claim No. 73 and Pre-Wind Down Administrative Expense Claim No. 26 Filed by DFS Services LLC [ECF No. 1724]

Objection Deadline: November 9, 2026, at 4:00 p.m.; extended to a date to be determined for DFS Services LLC

Responses Received: None.

Related Documents:

A. Proof of Claim No. 73 filed by DFS Services LLC

B. Pre-Wind Down Administrative Expense Claim No. 26 filed by DFS Services LLC

Status: This matter has been adjourned to 11:00 a.m. on December 16, 2026.

Dated: November 13, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

By: *_/s/ Darren S. Klein_*
Darren S. Klein

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*